**Attachment# 1**

**MSPB Opinion and Order docket number# CH-0752-22-0331-I-1**

This is a request for judicial review of the Merit System Protection Board's (MSPB) decision to dismiss my appeal of the United States Marshal Service's decision to terminate my employment on the basis of medical inability to perform. The MSPB never decided my claims on the merits and rather elected to dismiss my appeal for procedural reasons. The MSPB's decision to terminate my appeal was both an error of law and a violation of my right to due process. The MSPB's decision has effectively denied me any appeal of the Marhsall service's decision to separate me and terminate my employment. My claims involve allegations of reprisals against me as a Whistleblower and discrimination claims on my basis of my disability. For these reasons I respectfully seek judicial review of the MSPB's decision before this honorable court.

The United States Marshal Service Agency's initial decision letter separating me from the United States Marshal Service did not adequately explain my appeal options or explain how pursuing one appeal route could preclude other appeal routes. As the MSPB's decision states, an election of remedies must be made knowingly. I did not understand the difference between the evidence the MSPB could hear on appeal depending on whether I pursued a direct appeal or went through the OSC first.

Regardless, the record shows that I appealed to the MSPB twice in connection with my separation from the United States Marshal Service. Once a direct appeal of the Agency's removal decision and second as an Individual Right of Action (IRA) appeal from the Office of Special Counsel (OSC) decision closing my case. The MSPB has jurisdiction to hear both appeals erred in determining that I knowing elected to proceed with my IRA appeal over a direct appeal and in determining that it lacked jurisdiction to hear my IRA appeal and dismissing my appeal.

The previous MSPB decision on November 17, 2022 stated that even though it dismissed my direct appeal by erroneously find that I elected to do an IRA appeal instead "the Board will adjudicate the appellant's challenge of the agency's removal action in the context of his IRA appeal." Exhibit ___, November 17, 2022 MSPB Decision at Page 6. The MSPB then dismissed my IRA appeal without giving reasons and concluding that it lacked jurisdiction to hear my IRA appeal. After OSC closed my case, I was informed that I could continue my case by filing an IRA with the MSPB. The MSPB erred as a matter of law in determining that it lacked jurisdiction to hear my IRA appeal.

In the MSPB's decision there was considerable discussion regarding the election of remedy issue. I did not understand the differences between the different appeal routes and it appears that my attorney did not understand them either. I believe that I have also been prejudiced by the ineffective assistance of counsel.

**Attachment# 1**

**MSPB Opinion and Order docket number# CH-0752-22-0331-I-1**

However, regardless of whether the MSPB was adjudicating a direct appeal of my termination from the United States Marshal Service or an IRA appeal from the Office of Special Counsel (OSC), the MSPB had jurisdiction to hear my appeal and should have granted me a hearing to dispute my separation from the United States Marshal Service.

I am requesting that this honorable Court order overturn the MSPB's May 30, 2024 decision and order the MSPB to grant me a hearing to determine whether the United States Marshal Service Agency's decision to terminate my employment was due to discrimination or because of my whistleblowing activities.

While my Attorney Counsel Scott Graham has unexpectedly withdrawn from representing me in all civil matters after five years. However, I have hand delivered a five (5) page notarized letter dated 06-10-2024, to Attorney Counsel Scott Graham legal staff at the Kalamazoo, MI Public Defenders Office (Attachment 1 (a)). Attorney Graham's legal staff were kindly accepted my letter, they also provided me with a receipt and signed and dated a secondary copy of my five-page notarized letter to Attorney Counsel Scott Graham.

Furthermore, with the unexpected retaliation, this has caused me a major financial impact. On 06-22-2024, I respectfully summited two (2) separate Pro Bono Attorney Counsel requests to the Federal Circuit Bar Association Bench & Bar, that pertain to MSPB docket number# CH-0752-22-0331-I-1 and MSPB/IRA Docket Number: CH-1221-22-0418-W-1. I will also be summiting to the Western District of Michigan AO 240 form on 07-05-2024, with my (Christopher J. Andreski) PII Sensitive Information to the Western District of Michigan Federal Court. In the event the Western District of Michigan Federal Court grants me pro bono attorney counsel in MSPB docket number# CH-0752-22-0331-I-1 and MSPB/IRA Docket Number: CH-1221-22-0418-W-1. I then would respectfully request that the Western District of Michigan Federal Court consider appointing me the attorney counsel firm that kindly reviewed my MSPB docket number# CH-0752-22-0331-I-1 and in MSPB/IRA Docket Number: CH-1221-22-0418-W-1, and recognizes the severity and difficult situation that I am experiencing with the MSPB docket number# CH-0752-22-0331-I-1 and in MSPB/IRA Docket Number: CH-1221-22-0418-W-1.

Due to the complexity of my case, I also request that this honorable Court appoint an attorney to assist me with my cases.

**Attachment# 1**

**MSPB Opinion and Order docket number# CH-0752-22-0331-I-1**

- Title VII of Civil Rights Act of 1964 [42 U.S.C. & 2000e-3(a)].
- 42 U.S. Code & 1985 - (1) and (2).
- 42 U.S.C. & 2000e-5(f).
- Title II of the Americans with Disability Act of 1990 and Section 504 of the Rehabilitation Act of 1973.
- 42 U.S.C. & 12313, et seq. and 29 U.S.C. & 794.
- Execution 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), 29 U.S.C.&791 et seq.
- Title III.
- Chapter 41-Sec. 871. &876 (a)(b)(c)(d).
- Criminal Antitrust Anti-Retaliation Act (CAARA) 15 U.S.C. & 7a-3
- Major Group 92: 9221 Police Protection
- Title 49 42121(b)(1).
- Executive Order 13977, 18 U.S.C. & 1031(h).
- 5 U.S.C. & 8116(c).
- **5 U.S.C. & 8128(b)**
- 18 U.S.C. & 1507
- 18 U.S.C. Sec. 111.
- 18 U.S.C. Sec. 1115.
- 5 U.S.C. 8331 (20)) and 8401(1).
- 18 U.S.C. Chap. 93 Sec.1917.
- 18 U.S.C.1922.
- 18 U.S.C. & 1961, 1962 and 1964.
- 18 U.S.C. & 1962 Prohibited Activates Section 1962(a), (b), and (c).
- 18 U.S.C. & 1962 Section (d).
- 18 U.S.C. & 1031(h).
- 18 U.S.C. & 1314.
- 18 U.S.C. & 1513(e).
- 18 U.S.C. & 1951(a)
- 18 U.S.C. & 1951(b)(2).
- 18 U.S.C. 241.
- 18 U.S.C., Section 242.
- 18 U.S.C. Section 245.
- 20 C.F.R. 10.110 (c).
- 20 C.F.R. 10.300 (d).

**Attachment# 1**

**MSPB Opinion and Order docket number# CH-0752-22-0331-I-1**

- 20 C.F.R. & 10.7.
- 20 C.F.R. & 10.15.
- 20 C.F.R. & 10.16
- 20 C.F.R. & 10.16 (a) sections 287, 1001, 1920, and 1922 of title 18, United States Code.
- 26 U.S.C. & 104(a)(1).
- 28 U.S.C. & 2679(b)(1). Section 1346(b) and 2672.
- PUBLIC LAW 117-172-AUG. 16, 2022. PUBLIC SAFETY OFFICER SUPPORT ACT OF 2022.

**Attachment# 1 (a)**

MSPB Opinion and Order docket number# **CH-0752-22-0331-I-1**

MSPB/IRA Docket Number: **CH-1221-22-0418-W-1**

Attachment # 1 (9)

MSPB Docket# CH-0752-22-0331-I-1.
MSPB/IRA Docket Number: CH-1221-22-0418-W-1


06/10/2024

Attorney Scott Graham,

I write you this concerning letter today in an urgency to schedule an urgent in-person meeting with you (Attorney Scott Graham). I am sure that you are aware, the last time we had a short conversion was over the phone before our hearing before the administration judge in my MSPB/IRA appeal hearing cases on 11-17-2022. While my family, friends, and I (Christopher Andreski) have been dealing with theses mind altering terrorizing and threating attacks from these unknown individuals for some time now, which has caused me a huge inconvenience and frightening embarrassment to my family, friends, and myself. I also (Christopher Andreski) am in a financial hardship and have exhausted my TSP for some time now. While I have been trying to get into touch with you by calling you, so we can have a conversation over our next course of action, but unforentially I can never get in touch with you. I do not know if it is the unknown attackers (DOD Contractors) causing the interference. Additionally, the numerous times I called attorney office and try to schedule a sit-down appointment with you (Attorney Scott Graham) or showed up to your attorney office to try to schedule an appointment with your (Attorney Scott Graham) legal secretary Elizabeth Smeal, who refuses to schedule me (Christopher Andreski) an appointment with you (Attorney Scott Graham) my attorney counsel.

When the attacks were increasing on me, by the USMS and the State of Michigan I asked you (Attorney Scott Graham) if you wanted to took my case on, then you (Attorney Scott Graham) told me (Christopher Andreski) that you wanted to take my case on because you have never have seen a case like mine before, and that my case was very interesting and complex. You (Attorney Scott Graham) also told me, that you personally wanted to take my civil action case on (Racteering Rico Case) because it was going to be one of your last cases that you do from your private attorney practice firm. Then you told my family and I (Christopher Andreski) to "Trust" you (Attorney Scott Graham), while also informing me to stay "Strong". While I understand you have taken my case probono, however I did offer you (Attorney Scott Graham) all my TSP financial funds, which was you declined to take from me, then you (Attorney Scott Graham) stated to me (Christopher Andreski) that you did not want any money from me. While you (Attorney Scott Graham) instructed my family and me to "Trust" you (Attorney Scott Graham) and that I (Christopher Andreski) had to be "Strong", but you (Attorney Scott Graham) never instructed me (Christopher Andreski) that I could not fight for my life by reporting and notifying the proper agencies, individuals, and the proper law enforcement authorities. I truly do appreciate your help as my attorney counsel and your representation in my current MSPS/IRA appeal cases (Whistleblowing Retaliation / Disability Description), which your help as my attorney counsel. Furthermore, during all the prior terrorizing and termadic shocking attacks and shocking/embarrassing events that I had to endured from the muitlible different conspiring parties prior to our 11-17-2022 MSPB/IRA appeal hearing, I am grateful for your help and representation as my Attorney Counsel.

HL

By Holly LaPlante
2:55 pm

This process of retaliations from my whistleblowing complaints and attacks I have experienced throughout this process has been life altering to say the least. I fully put "Trust" into you (Attorney Scott Graham), as my attorney counsel. When I came to your private attorney office your legal secretary Elizabeth Smeal informed me on 06-05-2024, that you (Attorney Scott Graham) might not be able to represent me, due to you taking a new position with the Kalamazoo, MI Public Defender Office. While your legal secretary then informed me that maybe you (Attorney Scott Graham) could send me (Christopher Andreski) a referral to an attorney, which I have not received. While I (Christopher Andreski) am in pain and consentally being followed and terrorized, and without a dought chanenging, not being able to speak with you (Attorney Scott Graham) or schedule a sit-down meeting with you (Attorney Scott Graham). The lack of communication from you (Attorney Scott Graham) does not make my family and I feel good while all these attacks are occurring to family and I, as no one deserves to be treated like this by their attorney counsel who tells one family and their client to "Trust" them and to be "Strong". While I have done everything you have asked me to do, regarding gathering the evidence and organizing the evidence together. While also documenting the chain of events and reporting to my local law enforcement. I reported the numerous crimes and attacks that my family, friends, and myself to the FBI (Detroit, MI Field Office), and to the Criminal and Civil Divisions of the Department of Justice, which I sent to you attorney counsel (Attorney Scott Graham) either by email or USPS Certified mail. I even have made the USMS, FLEOA, MSPB, OPM and you (Attorney Scott Graham) aware of the illegal attacks and illegal criminal acts that my family and I have endured for some time now. While I recently requesting assistants in my (Christopher Andreski) USMS work injury medical care/medical treatment/medical reienbursement issues and financial hardship assistants, it appears that no one is willing to help me. It also appears this whole traumatic experience has been one huge conspiracy to destroy my (Christopher Andreski) health, life, and professional career, while the conspiring attackers appear to be stealing my PII Sensitive Information (identity theft) by utilizing the USPS carrier by tampering and stealing my PII Sensitive Mail and hacking into my phone and my personal computer, appears to be stealing my PII Sensitive Information and tampering with my emails.

Attorney Graham, when I informed you my medical doctor/counselor, family and close concerned friends about your legal secretary instructed me to apply for probono attorney counsel representation for the MSPB in December of 2022, regarding MSPB/IRA appeal response cases. While I reached out to the MSPB and tried to apply for probono attorney representation but was not able to receive probono representation because you (Attorney Scott Graham) were the Attorney of record for my MSPB/IRA appeal cases. Then on December 12, 2022, you (Attorney Scott Graham) sent me (Christopher Andreski) a telephonic text message informing me that you (Attorney Scott Graham) were representing me in my MSPB/IRA proceedings. Again, you (Attorney Scott Graham) made it clear to my family that I (Christopher Andreski) needed to "Trust" you (Attorney Scott Graham). While my medical doctor counselor, family, close friends, and I agree with me that something odd is occurring,

regarding not being able to speak or have a schedule appointment with you (Attorney Scott Graham) for over a year in a half now. While I do "Trust you (Attorney Scott Graham) and I have

been "Strong" while doing the best of my ability stay afloat. Additionally, in my dying mother last days of life, she also told me (Christopher Andreski) to also stay "Strong" and to "not give up", but also made it clear to me to "Trust" you (Attorney Scott Graham) in the last days of my mother's life. However, while my dying mother was concerned and worried that her son (Christopher Andreski) attorney counsel (Attorney Scott Graham) would not have a conversation with me (Christopher Andreski), return my (Christopher Andreski) calls or even allow me (Christopher Andreski) a schedule meeting with you (Attorney Scott Graham). While my mother passed away on 04-22-2023, a day before my (Christopher Andreski) birthday, my medical doctor/counselor, family, and close friends agree with me (Christopher Andreski) that something is unusually and odd is occurring with the lack of communication from you (Attorney Scott Graham), and it was not normal for any client not being able to meet or speak with his/her attorney counsel, as we (Christopher Andreski / Attorney Scott Graham) have not spoken or had a sit down meeting sense 11/17/2022.

On 06-05-2024, I requested a scheduled meeting with you (Attorney Scott Graham), and a confirmation scheduled meeting email your legal secretary Elizabeth Smeal provided me, which was regarding our scheduled sit-down meeting with my Attorney Counsel Scott Graham on 06-07-2024 at 5:00 PM. Then on 06-07-2024 at 1:42 PM, you (Attorney Scott Graham) sent me an email to my **Andreskichris@outlook.com** but disregard my email **Andreskichris@yahoo.com**, that I periodically check. I told you legal secretary the unknown attackers (DOD Contractors) are hacking and tampering with my personal computer and PII Sensitive Information and somehow are tampering with my personal **Andreskichris@outlook.com** email. Then on 06-07-2024 at 4:02 PM, I (Christopher Andreski) missed a call from your legal secretary who called me from her mobile phone number, within minutes I (Christopher Andreski) called your legal secretary back who notified me that you (Attorney Scott Graham) my attorney representation in both of my administration MSPB/IRA appeal cases, MSPB Docket No. **CH-0752-22-0331-I-1** and my IRA Docket Number **CH-1221-22-0418-W-1**, had to canceled our scheduled sit down meeting on 06-07-2024 at 5:00 PM meeting. Attorney Graham, I do want you to be aware that these attacks to my life are affecting my health, but also are destroying my life. While the lack of communication from you (Attorney Scott Graham) and not being able to speak or sit down with you (Attorney Scott Graham) for over a year in a half, is unreasonable and is very concerning, and appears this is a conspiracy to destroy and end my life? It also does not feel good living in the unknown, while waiting for one's attorney representation who stated to me (Christopher Andreski) and my family that you (Attorney Scott Graham) wanted to personally take my cases and file lawsuits in Federal court and file law suits State of Michigan court, while informing me (Christopher Andreski) to "Trust" you (Attorney Scott Graham) and for me (Christopher Andreski) to be "Strong".

The concerns of not having contact or receiving any updates in any of my MSPB/IRA cases that you (Attorney Scott Graham) represent me in is again very concerning and it makes everyone in my family and myself very worried. While the attacks make me feel fear and fright at times, the hopeless and has affect my health is causing me anxiety, rapid heart racing while sweating, does this concern you Attorney Scott Graham? My family and close friends I keep telling them that I have to "Trust" my Attorney Scott Graham, as you have instructed me Trust you (Attorney Scott Graham). The one I care about in my personal life, who was being attacked by these unknown DOD contractors, also does not understand why you (Attoney Scott Graham) refuses to talk to me or have a sit-down meeting with me for over a year in a half now. Additionally, the one I care about also recently told me that my life is like the movie "Ground Hog Day" living in caous every day. Attorney Graham, these unknown individuals who are terrorizing my life and attacking my family and I in every which way, appears to be attacking us with cyopt operation. These unknown individuals terrorizing my life are attacking me with their physiological warfare games, by trying to humiliate and break me with the hacking in my computer, phone and with the flying blinking drones. Furthermore, the unknown attackers who are playing mind altering games with my head and body, are continuing causing me anxiety, sweats with rapid heartbeats, along with causing me additional pain, ageing and at times in a numbing and dazed state where I cannot move. Due to all the attacks and feeling numb and dazed at times is also preventing me from trying to recover from my USMS work injury disabilities, or even recover for quality of life which has put me in a financial hardship.

Attorney Counsel Scott Graham do you not have an ethical judiciary obligation to representing me (Christopher Andreski), regarding the MSPB/IRA cases you currently represent me in for the Federal record, filing Federal lawsuits, filing State of Michigan / Grattan Township lawsuits, filing Independent Bank lawsuit that you (Attorney Scott Graham) knowingly, willingly and wontedly stated to me that you (Attorney Scott Graham) wanted to take on all of my (Christopher Andreski) cases on probono, that you (Attorney Scott Graham) told my family and I (Christopher Andreski) to "Trust" you (Attorney Scott Graham) and stated to me (Christopher Andreski) to stay strong?

Your legal secretary recently received and kindly provided me with a copy of the May 30, 2024, MSPB Docket No. **CH-0752-22-0331-I-1** Opinion and Order that you (Attorney Scott Graham) represent me (Christopher Andreski) in for the federal administration record. Furthermore, your legal secretary also received and kindly provided me copy of the May 30, 2024, IRA Docket Number **CH-1221-22-0418-W-1** "Final Order that you (Attorney Scott Graham) represent me (Christopher Andreski) in for the federal administration record, while the final order is nonprecedential and appears is a right to sue and file in federal court, which you (Attorney Scott Graham) told me and my family that you wanted to represent me in all the federal lawsuits and lawsuits against the State of Michigan, Grattan Township and third-parties.

06-11-2024

Christopher Andreski Letter Questions

1. Question: Attorney Counsel Scott Graham what is the next course of action and plan moving forward in the MSPB/IRA cases, that you currently represent me in for the record?

2. Question: Attorney Counsel Scott Graham what is the next course of action and plan moving forward regarding filing Federal lawsuits, filing State of Michigan lawsuit, filing Grattan Township lawsuits, filing Independent Bank lawsuit that you (Attorney Scott Graham) knowingly, willingly, and wontedly to represent me (Christopher Andreski) and stated to my family and me (Christopher Andreski) to "Trust" you (Attorney Scott Graham)?

3. Question: Attorney Counsel Scott Graham what is the statute of limitation regarding the filing Federal lawsuits, filing State of Michigan lawsuit, filing Grattan Township lawsuits, filing Independent Bank lawsuit that you (Attorney Scott Graham) knowingly, willingly, and wontedly to represent me (Christopher Andreski) and stated to my family and me (Christopher Andreski) to "Trust" you (Attorney Scott Graham)?

4. Question: Attorney Counsel Scott Graham do you not have an ethical judiciary obligation to represent me (Christopher Andreski), regarding the MSPB/IRA cases you currently represent me in for the Federal record, filing Federal lawsuits, filing State of Michigan / Grattan Township lawsuits, filing Independent Bank lawsuit that you (Attorney Scott Graham) knowingly, willingly and wontedly stated to me that you (Attorney Scott Graham) wanted to take on all of my (Christopher Andreski) cases on probono, and that you (Attorney Scott Graham) also told my family and I (Christopher Andreski) to "Trust" you (Attorney Scott Graham) and also stated to me (Christopher Andreski) to stay strong?

5. Question: When can you (Attorney Scott Graham) meet me and go over plan and stagy moving forward, along with me physically handing you the condense 200-pages that is organized in time/date order of the timeline of events?

Thank you.

Respectfully,
Christopher Andreski

06-10-2024

6/10/24

Ellen Hoffman
Notary Public State of Michigan
Kent County
My Commission Expires 5/10/2029
Acting in the County of KENT

06/11/2024

Timeline of attacks to Christopher Andreski (187-page)

Receipt to Attorney Scott Graham Representation to Christopher Andreski.

MSPB IRA Final Order is Nonpresidential decision Docket Number: CH-1221-22-0418-w-1.

MSPB Opinion and Order docket number# CH-0752-22-0331-I-1.

X [signature]

Date: 6-11-24

# Fwd: May 30 Orders

From: Chris Andreski (andreskichris@yahoo.com)

To: sgraham@scottgrahampllc.com

Bcc: andreskichris@outlook.com; granny114@gmail.com

Date: Wednesday, June 19, 2024 at 09:04 AM EDT

Attorney Scott Graham,

I (Christopher Andreski) am confirming the below email that pertains to you (Attorney Scott Graham) as my attorney representation, in MSPB Docket Number: CH-0752-22-0331-I-1 (MSPB Opinion and Order)and in my MSPB IRA Docket Number (CH-0752-22-0331-I-1 (Final Order is Nonpresidential decision), is withdrawing from both of my MSPB/IRA appeal attorney counsel representation as indicated in your (Attorney Scott Graham) email on 06-17-2024 to me (Christopher Andreski)?

If the below 06-17-2024 email is accurate, I would respectfully request picking up my display boards, supporting documents, USPS Packages, Timeline, USB and evidence this week.

Thank you.

Respectfully,
Christopher Andreski
586-321-4113

**From:** Chris Andreski <andreskichris@outlook.com>

---

**From:** Scott Graham <sgraham@scottgrahampllc.com>
**Sent:** Monday, June 17, 2024 3:56 PM
**To:** Chris Andreski <andreskichris@outlook.com>
**Subject:** May 30 Orders

Chris,

I have reviewed again the two orders of May 30, 2024 denying relief that we requested based on, in the simplest terms, "failure to exhaust and election of remedies." The orders describe what your next possible steps might be in those cases. We have discussed those steps and the time requirements for them.

I do not see a basis to seek review. I have looked for factual or legal errors in the decisions. I have not identified such errors. Therefore, I will not take further action on your behalf in those matters.

We discussed the reference in the order to the pro-bono panel that is apparently made up of attorneys who work in this area on a regular basis. I recommend that you contact the panel through the website identified in the orders and request assistance. Perhaps experts who work in the area on a daily basis will see something that I did not find.

Keep in mind the timing requirements for any further action. Don't miss any deadlines.

Regards,

Scott
Sent from my iPad