# Attachment# 2
# CH-0752-22-0331-I-1
# III. Statement of Claim
# Disability Discrimination

**04-23-2010 –** Christopher Andreski signed a USMS form USM-2 on 04-23-2010, by former Director John F. Clark. **"I Christopher Andreski do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and will enforce the laws thereunder, execute all lawful precepts directed to me under authority of the United States, and in all things faithfully execute the duties of the office of Deputy United States Marshal during my continuance in office. So help me God."**

## 1. LEFT SHOULDER

USMS 1811 Criminal Investigator employee Christopher Andreski USMS work injury Left Shoulder DOL/OWCP Case# **094006074**/DOI: **03-05-2019.**

**Statement of Facts:**

- On **03-05-2019,** Christopher Andreski left shoulder injury DOL/OWCP Case# **094006074** / DOI: **03-05-2019,** injury form CA-16 form was signed and dated on **03-08-2019** from the USMS HRD DOL/OWCP Work Comp Specialist employee. W/MI USMS AO employee Lisa Swanson refused to provide the injury CA-16 form to Christopher Andreski regarding his USMS work injured left shoulder.

- **08-19-2020** - USMS 1811 CIDUSM employee Christopher Andreski was placed on USMS Limited Duty by the USMS. 1811 CIDUSM Christopher Andreski was expected to perform his USMS Operational duties without his USMS Tools (Gun), USMS Identifiers (Badge/Wallet Badge Credentials), USMS issue vehicle, and while injured.
- **1985(1) (conspiracy to prevent a federal officer from performing his duties).**
**42 U.S.C. Code § 1985 - Conspiracy to interfere with civil rights**:
**(1)PREVENTING OFFICER FROM PERFORMING DUTIES:** If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties.

- **09-17-2020 -** The former U.S. Marshal Service (USMS) Assistant Director (AD) Derek Driscoll sends an email to all USMS employees, regarding how nothing is more important than protecting the health and safety of everyone in the Agency. The former USMS Assistant Director then address in his email on how these are unprecedented times in law enforcement, and everyone should recognize that we may be targeted and attacked, without warning or reason. Furthermore, former USMS AD urging USMS personnel to be vigilant on and off duty. Lastly the former USMS AD writes in his last sentence of his email, **"There are individuals who are more motivated solely by a desire to hurt or kill law enforcement, so please do not let your guard down".**

**10-08-2020 -** DOJ Press Release, from the U.S. Attorney's Office, Western District of Michigan. **"Six Arrested on Federal Charge of Conspiracy to Kidnap The Governor of Michigan", USMS 1811** CIDUSM Christopher Andreski was scheduled to work injured and without USMS tools (Gun) and USMS Identifiers.

**11-06-2020 -** Email from USMS W/MI Management Acting Chief DUSM Joseph Guzman assigning injured CIDUSM Christopher Andreski to be assigned to the W/MI USMS cellblock and perform USMS Operational LEO/USMS duties, without USMS assigned identifiers, USMS assigned gun and while injured awaiting surgery.

**12-10-2020 -** On 12-10-2020, DEA Special Agent emailed CIDUSM Christopher Andreski regarding CIDUSM Andreski professionalism in the USMS cellblock on 12-01-2020, during a DEA operational arrest roundup. This is where numerous violent criminals were arrested on federal charges, and where injured CIDUSM Christopher Andreski processed most of the subjects that were arrested on violent criminal charges by DEA, and were held in the W/MI USMS cellblock prior to arraignment.

**01-04-2021 -** Medical Doctor pre opt notes to Christopher Andreski USMS work injuried left shoulder "Left Shoulder" DOL/OWCP Case# 094006074, that was summitted by Dr. Lebolt staff Alyssa Otto, ATC. **Page 4,** of the Medical Doctor Medical Assessment, never mentioned discussed removing a piece of Christopher Andreski left clavicula bone out of Christopher Andreski Left Shoulder.

**03-18-2018** - News Article in Salt Lake City, UT USMS shooting incident regarding a USMS Operational CIDUSM shooting a USMS in-custody prisoner in the federal courtroom during a federal trial.

**01-08-2021** - W/MI USMS Management approved performance evaluation, **3.25** rating.

**01-12-2021 -** Former W/MI USMS Employee Bruce Nordin email to all W/MI USMS employees regarding possible threats and being prepared to protect the W/MI courthouse.

**01-12-2021 -** On 01-12-2021, W/MI USMS Management emailed all W/MI USMS District USMS employees of the possible chance of violent riots in W/MI (Lansing, MI), and W/MI Operational CIDUSM's being prepared. During this potential threat towards W/MI, Christopher Andreski had concerns while still fulfilling his USMS Operation CIDUSM duties in the W/MI Federal District Court and the USMS Federal cellblock (Handling Violent Criminals, Protecting and Serving our Federal Judges and Federal Judiciary W/MI staff. While CIDUSM Andreski had no instruction on by the W/MI USMS Management, in the case of something tragic incident and how to Protect our W/MI Federal Judges and Federal Judiciary W/MI staff. Acting W/MI Supervisor Tom Kubzack told me to take my issued USMS gear, issued USMS radio, issued USMS tactical vest, home. While CIDUSM Andreski was without his USMS issued duty gun, no USMS issued wallet badge credentials, no issued USMS badge, or assigned W/MI USMS GOV.

**01-12-2021 -** USMS employees ran interference and gave misleading information to my private short/long term disability insurance third party company "The Standard" / "Fed Advantage" that CIDUSM Christopher Andreski enrolled in the disability insurance in **2017**, couple years after my work injury to my 2013 USMS work injury left knee DOL/OWCP case. Additionally, FLEOA also encourage and supported the "Fed Advantage Disability Insurance for all Federal Law Enforcement to enroll.

**01-26-2021 -** USMS W/MI Management thought it was a good idea to have injured CIDUM Christopher Andreski who was awaiting surgery, handle violent in-custody USMS Prisoner Richard Smith for a criminal court matter before the Honorable Chief Judge Robert Jonker, without CIDUSM Christpher Andreski USMS tools and USMS identifiers. While in **2013,** CIDUSM Christopher Andreski suffered a left knee injury that required surgery from preventing USMS in-custody prisoner Richard Smith from assaulting W/MI AUSA Sean Lewis.

**02-10-2021**, DOL/OWCP approved medical surgery regarding Christopher Andreski USMS work injury Left Shoulder DOL/OWCP Case# **094006074**/DOI: **03-05-2019**, The knowingly willingly, and wantonly, malice attacks from USMS employees, USMS/OGC employees, U.S. Department of Labor employees and DOL/OWCP contract employees, Third-party health care providers, Third-party health insurance and disability insurance carriers, and third-party accepted DOL/OWCP medical care provider's facilities who specialize in medical treatment and medical recovery for protected injured federal workers, pertaining to the overwhelming medical impeding and detrimental medical interference pertaining to the impacted on USMS 1811 Criminal Investigator Deputy U.S. Marshal employee Christopher Andreski medical recovery, medical treatment, personal life and family. Did President Joe Biden not state, **"No one is above the LAW".**

**02-10-2021** - Major Left Shoulder Surgery (work injury), accepted DOL/OWCP case, where the surgeon did not have Christopher Andreski permission or consent to remove a piece of Christopher Andreski left piece of clavicle bone from Christopher Andreski injured left shoulder on 02-10-2021.

**02-10-2021 - "Jade ATC"** with Dr. James Lebolt office sent Christopher Andreski a detail message through "My Chart", regarding Christopher Andreski physical therapy that **"Jade"** had scheduled on **02-11-2021,** at noon for Christopher Andreski (**Medical Interference with Jade and W/MI USMS former employee**). Christopher Andreski went to physical therapy on **02-11-2021,** but was sent home because the nerve block was still active in Christopher Andreski injured Left Shoulder.

**02-16-2021 - 07:18:53 AM -** DOL CA-110 Notes, **"Jade ATC"** with Dr. James Lebolt office called and spoke with DOL/OWCP CE **Elizabeth V.**, regarding a faxing over a "re operative report" in Christopher Andreski USMS work injury DOL/OWCP Case# **094006074**.

**02-16-2021 -** Attorney Counsel Scott Graham emailed to USMS Managers, regarding his concerns for Christopher Andreski safety, due to the prior USMS dangerous and negligent conduct by illegally placed CIDUSM Christopher Andreski in situations of disadvantage.

**02-22-2021 -** USMS employee Santuci Alexander response email to Christopher Andreski Attorney Counsel Scott Graham, regarding Attorney Counsel Scott Graham concerning email of Christopher Andreski safety and health and well-being to the USMS on **02-16-2021**.

**03-18-2021** - USMS creates a Total Force Fitness Program (TTF), **Work Life, Social, Psychological, and Spiritual**. The USMS DOL/OWCP specialist employee Sarah Sherman is also part of the USMS TTF Program.

**03-24-2021 -** USMS Limited Duty Job Offer from USMS employees along with emails of misleading and false statements made by USMS HRD employee Wanda Karls and from former USMS employee Bruce Nordin, regarding Christopher Andreski left injured shoulder and interference with Christopher Andreski DOL/OWCP claims examiner.

**03-24-2021 - 03-30-2021 -** The email chain of misleading, false statements, and medical inference from USMS employees, regarding CIDUSM Christopher Andreski DOL/OWCP accepted USMS work injury left shoulder medical case and recovery. **18 U.S.C. 1922**.

**03-31-2021 -** USMS Employee Medical Programs Notice of Medical Status that USMS nurse **Beverly Schmidt** restricted Christopher Andreski from full-duty. USMS Nurse Schmidt sent the medical status document to Christopher Andreski, USMS W/MI employees Joseph Guzman, Lisa Swanson and former USMS employee Bruce Nordin.

**03-31-2021 - 9:59 AM -** Former USMS employee Bruce Nordin sent an email to USMS Nurse Beverly Schmidt, regarding the expected date of DUSM Andreski being on limited duty with the USMS. No Response.

**04-21-2021** - Email Message for All DOJ Employees from the **Deputy Attorney General Lisa O. Monaco,** "There is no more important work than the work all you do to safeguard the rule of

law, pursue the Constitutional's promise of equal justice and ensure the safety of all who call America home".

**04-23-2021** - Email Message to DOJ Employees from the **Associate Deputy Attorney General Vanita Gupta,** "Thank you all for the work you do every day to uphold the Constitution and the rule of law".

**04-26-2021** - Christopher Andreski letter to DOL/OWCP Claims Examiner in Christopher left shoulder USMS work inury DOL/OWCP Case# 094006074. Christopher Andreski letter dated 04-26-2021, was respectfully requesting to teleworking with the USMS, while many USMS Operational employees are given the equal opportunity to telework for the USMS. Additionally, Christopher Andreski expresses his concerns of former USMS employee Bruce Nordin behavior, along with other USMS employees who are in W/MI USMS leadership positions and that are knowingly, willingly, and wontedly aware of the hostile work environment and harassment Christopher Andreski must endure while under W/MI USMS management. Furthermore, W/MI USMS managers are not only endangering the health and well-being of Christopher Andreski life, but are risking potential endangerment of protecting of our W/MI Federal District Judges safety and our Judiciary Staff in the Western District of Michigan District Court, when you have USMS W/MI Operational 1811 CIDUSM's employees protecting our judiciary staff without their assigned USMS tools and USMS identifiers.

**04-29-2021** - DOJ OIG Report: Finding USMS of Government Computer Devices **(Trackers)** and False Statements.

**05-02-2021** - Former W/MI USMS employee Bruce Nordin email regarding W/MI USMS employee CIDUSM Mark Holloway passing away from cancer, that Former W/MI USMS employee Bruce Nordin allowed CIDUSM Mark Holloway to telework for years prior to his passing.

**05-07-2021** - RI 20-124 LEO 535 Form for Christopher Andreski that was filled out by USMS Retired USMS HR Specialist **Terry Lunsford**, who is a contractor for the USMS.

**05-11-2021** - Christopher Andreski assigned DOL/OWCP Field Nurse ECOMP Memo Letter to DOL/OWCP claims examiner for Mr. Andreski **OWCP Case# 094006074** USMS work injury left shoulder DOL/OWCP case. **"Unusual".**

**05-12-2021** - Christopher Andreski Physical Therapist (Tyler Kruis) reached out to Dr. Lebolts office medical staff regarding the Christopher Andreski USM-522 form being filled out for Christopher Andreski employer (USMS), but no one responded to Physical Therapist (Tyler Kruis).

**05-13-2021** - Christopher Andreski sent his family doctor (Dr. John B. Millett) a message through "**My Chart**" (Spectrum Health) regarding Christopher Andreski numerous attempts of trying to get ahold of his treating Medical Doctor James Lebolt. Christopher Andreski explained

in his "My Chart" message to Dr. Millett, how Dr. Lebolt has not responded Christopher Andreski messages and how **"Jade ATC"** was again **involving herself** into Christopher Andreski "Left Shoulder" DOL/OWCP Case# 094006074 and if his family Dr. Millett could help relay a message to Dr. James Lebolt. On **05-14-2021, "Jade ATC"** responded to Christopher Andreski through "My Chart" regarding Christopher Andreski 05-13-2021, message to Dr. James Lebolt.

- **Side Note**: Dr. James Lebolt apologized for his medical staff "**Jade**", medical unprofessionalism to Christopher Andreski, regarding Christopher Andreski last appointment with Dr. Lebolt. In addition, Dr. Lebolt told Christopher Andreski that "**Jade**" would not be involved herself in Christopher Andreski DOL/OWCP Left Shoulder case. FYI: Dr. James Lebolt personally called Christopher Andreski personal cellphone on **05-14-2021,** while Christopher Andreski was driving and traveling to Grand Haven, MI, for a court matter before **Judge Craig Bunce "Ottawa County"**.

- During the **05-14-2021,** telephonic conversation with Dr. James Lebolt who called Christopher Andreski on his mobile number, Dr. Lebolt told Christopher Andreski that he could be his primary doctor provider (DOL/OWCP left shoulder case) until Christopher Andreski could find another medical doctor provider. Dr. Lebolt also told Christopher Andreski that he (Dr. Lebolt) could not see Christopher Andreski in his medical office. Christopher Andreski thought that his was odd and unfair because of the unprofessionalism and the medical interference from Dr. James Lebolts medical staff **(Jade/PA Brian Burns)**. Dr. Lebolt then told Christopher Andreski, towards the end of the telephonic conversation, **"What do you want me to do?" "I have to work these people"** then Dr. Lebolt stated to Christopher Andreski **"I am not going to go down this rabbit hole with you"**.

**05-17-2021 - Exhibit# -** Christopher Andreski sent Dr. James Lebolt a "My Chart" message per Dr. Lebolt telephonic conversation Christopher Andreski on **05-14-2021**. While Dr. Lebolt requested that Christopher Andreski put in writing, his medical treatment requests, and medical assistants regarding Christopher Andreski DOL/OWCP left shoulder USMS work injury DOL/OWCP Case# 094006074.

**05-20-2021** - Christopher Andreski email to USMS Nurse Beverly Schmidt and USMS DOL/OWCP employee Sarah Sherman, regarding an update with attached medical documentation (Work Hardening Program), which was approved by Mr. Andreski doctor and DOL/OWCP and coordinated with DOL/OWCP Deb Parker.

**05-24-2021 -** Medical Doctor James Lebolt referred and signed off on the Work Conditioning Evaluation / Work Hardening Program for Christopher J Andreski that was approved by DOL/OWCP in Christopher J Andreski accepted USMS Work Injury DOL/OWCP Case# 094006074 Left Shoulder.

**06-16-2021 - USA TODAY POLITICS:** US MARSHALS lack staff, treat detection capabilities to protect federal judiciary. The USMS agency said it takes judicial security "very seriously". The USMS agency then stated, "Ensuring that the judicial process operates independently and **free from harm or intimidation is paramount to the rule of law and the reduction of violent crime**, the agency (USMS) said.

**06-21-2021** - Dr. James Lebolt sent a "My Chart" message to Christopher Andreski, regarding his **FCE results 35% loss** in Christopher Andreski injuried Left Shoulder. Dr. Lebolt then recommended Christopher Andreski to find another medical doctor provider for his left shoulder USMS work injury DOL/OWCP Case# **094006074**.

**06-21-2021 - 09:51:35 - DOL-110 Notes -** USMS HRD employee Sara Sherman voicemail (Subject# **2005417323)** to DOL/OWCP CE Elizabeth Villanuea (office **9**), regarding Christopher Andreski accepted USMS work injury **"Left Shoulder"** DOL/OWCP case# 094006074. CA-110 Notes: Verbatim - **"**Sara Sherman MD never responded. ecomp. follow up. **"FCE he can not LD".** 703 740 4203**"** - **"**I called 703 740 4203 and thanked her for her patience. I asked if JO 03/24/21 avail. And she stated yes. Will be paying clmt on CA7 and then issuing 10.500 letter**"**. Closed CA-110 Notes on **06-23-21** at **9:16:03 AM**.

**06-30-2021 -** W/MI USMS conference staff meeting (telephonic), with W/MI USMS Management present. This is where W/MI CIDUSM Tony Casper stated while laughing, **"I would be more afraid of giving him (Christopher Andreski) his gun back after what we did to him (Christopher Andreski)**. Question: What did they do to Christopher Andreski?

**07-02-2021 - Exhibit# -** CIDUSM Christopher Andreski email to USMS W/MI Management, regarding the concerns that CIDUSM Andreski had about the **06-30-2021**, W/MI USMS conference meeting. CIDUSM Andreski addressed several issues in his email, as one of those issue to W/MI USMS management was how a CIDUSM threatened to "Fucking Kill You" (CIDUSM Christopher Andreski). CIDUSM Andreski could not believe how USMS W/MI management would allow USMS CIDUSM employee to slandering CIDUSM Andreski character and name in a USMS W/MI USMS conference meeting, let alone be allowed to make threats against CIDUSM Andreski life. Christopher Andreski did not understand the comment by, that CIDUSM Tony Casper **"I don't know if I would give him (CIDUSM Andreski) his gun back after what we did to him". Direct Threat – 42 U.S.C. 12113(b) – Kesha Y. v. U.S. Postal Service (Great Lakes Area).** When the USMS W/MI CIDUSM threatened to "fucking kill CIDUSM Christopher Andreski USMS Operational SDUSM at the time Troy Snyder present. This behavior in my opinion would meet the elements under 29 CFR 1630.15(B)(2). This same employee has been suspended for being rude to W/MI court staff and for calling individuals racial names. Both individuals that were talking negatively about me in the USMS meeting on 06-20-2021, appear to be coursed and the reason I believe both these USMS W/MI employees were coursed to talk negatively about me was because both USMS operational USMS employees are on thin ice with the USMS agency, while the former USMS W/MI employee Bruce Nordin was trying to

portray me as the hostile person and while USMS W/MI Acting Chief Joe Guzman was present and did nothing. **08-15-2016 - 7.5 USMS Policy – USMS WORKPLACE VIOLENCE PROGRAM**.

**07-21-2021 -** DOL/OWCP Attorney Stephanie Leet responds letter to W/MI USMS job offer, regarding Christopher Andreski DOL/OWCP Case# 094006074 left shoulder. Side Note: Dr. James Lebolt suggested to Christopher Andreski hire an attorney, because of the medical interference and medical impeding that was occurring in Christopher Andreski DOL/OWCP Case# 094006074 left shoulder USMS work injury case.

**08-23-2021 -** W/MI USMS Management sent me a second **(2)** job offer in W/MI USMS District. Disability Attorney Stephanie Leet, responded to my DOL/OWCP claims examiner "**Jodi G.**"in my USMS left shoulder work injury DOL/OWCP case. This is where Christopher Andreski was in DOL/OWCP work hardening program, was being interfered with by the DOL/OWCP CE and USMS employees and eventually Christopher Andreski medical treatment "**Work Hardening Program**" was illegally terminated.

**08-29-2021 -** Christopher Andreski sent a "My Chart" message to Dr. James Lebolt, regarding Christopher Andreski Spectrum Health bill (Attached outstanding balance), from his approved USMS DOL/OWCP medical surgery that occurred on **02-10-2021**.

**08-30-2021 -** Dr. James Lebolt staff "**Jade ATC**", then sent a "My Chart" message to Christopher Andreski, regarding the outstanding balance from Christopher Andreski's surgery on **02-10-2021 (**USMS work injury "**Left Shoulder**" DOL/OWCP Case# **094006074).** Additionally, it is illegal to put any medical approved bill from DOL/OWCP outstanding bill on anyone's person's credit report.

**08-23-2021 -** W/MI USMS Management sent me a second **(2)** job offer in W/MI USMS District. Disability Attorney Stephanie Leet letter. The USMS does NOT have a Light Duty position in USMS policy for USMS Operational CIDUSM "1811" employees.

**09-08-2021 -** Disability DOL/OWCP Attorney Stephanie N. Leet medical benefit letter to Christopher Andreski DOL/OWCP Claims Examiner (CE) **Jodi G.**, regarding how DOL/OWCP Claims Examiner (CE) illegally cutoff Protected USMS 6c Federal LEO "1811" CIDUSM employee Christopher Andreski DOL/OWCP pay/benefits. Christopher Andreski had to hire Attorney Stephanie Leet who specializes in disability DOL/OWCP federal injured worker's cases, due to all the retaliation and disability discrimination that Christopher Andreski was unjustly enduring in his USMS work injury case "Left Shoulder" DOL/OWCP Case# **094006074**.

**10-16-2019** - USMS 1811 CIDUSM employee Christopher Andreski received an email from former USMS W/MI employee Bruce Nordin, regarding the W/MI USMS GOV vehicle that CIDUSM Andreski was not allowed to drive while being placed on limited duty document by W/MI USMS management was still responsible for the administrative paperwork each month that pertained to W/MI USMS GOV vehicle and W/MI USMS GOV credit card. Additionally, the disability discrimination of intimidation and life threating fear factors, regarding the unknown

individuals tampering and stealing, "protected under special provisions" DOJ 6c USMS 1811 CIDUSM employee Christopher Andreski PII Sensitive Information (Mail/Medical). The financial burden of being attacked and prevented medical recovery and medical treatment, which has been impacted which has Christopher Andreski recovery and health and well-being in his USMS work injury Left Shoulder case# **094006074** DOI: **03-05-2019**.

**11-06-2020 -** Email from USMS W/MI Management Acting Chief DUSM Joesph Guzman assigning CIDUSM Christopher Andreski to be assigned TO USMS LEO duties, to work/run the W/MI USMS cellblock.

**12-10-2020 -** DEA Special Agent emailed CIDUSM Christopher Andreski regarding CIDUSM Andreski professionalism in the USMS cellblock on 12-01-2020, during a DEA operational arrest roundup. This is where numerous violent criminals were arrested on federal charges, and where Christopher Andreski processed most of the subjects that were arrested by DEA and held in the W/MI USMS cellblock.

**End of 2020,** before CIDUSM Christopher Andreski left to go out on DOL/OWCP from his USMS work injury left shoulder, CIDUSM Brandon Lally told CIDUSM Andreski that the former USMS employee was "done with CIDUSM Christopher Andreski"? CIDUSM Andreski inquired to CIDUSM Lally regarding, what did the former USMS employee Nordin statement mean "done with CIDUSM Christopher Andreski"? CUDUSM Lally then stated that the former USMS employee Nordin, was just done with you (CIDUSM Christopher Andreski, shrugged his shoulders and walked away.

**01-12-2021 -** Former USMS employee Bruce Nordin email to all W/MI USMS employees regarding possible threats and for Operational USMS employees to be prepared to protect the W/MI courthouse. Again, this email pertains to how USMS management knowingly, willingly, and wantonly directed injured USMS 1811 Criminal Investigator Deputy U.S. Marshal (CIDUSM) employee working in the scope of CIDUSM Christopher Andreski USMS Operational Duties without his USMS Tools and USMS Identifiers, while injured CIDUSM Christopher Andreski was placed on limited duty by USMS Management on 08-19-2020.

**01-12-2021 -** USMS employees ran interference and provided incorrect and misleading information to Christopher Andreski private short/long term disability insurance third party company "The Standard" / "Fed Advantage". FYI: I enrolled in the disability insurance in **2017,** couple years after my work injury to my 2013 USMS work injury left knee DOL/OWCP case. Additionally, FLEOA also encourage and supported the "Fed Advantage Disability Insurance for all Federal Law Enforcement to enroll.

**01-25-2021 -** Medical doctor letter, regarding Christopher Andreski has discussed at times the **harassment** from his **Superiors** which has caused significant distress in Christopher Andreski life.

**02-09-2021 -** Attorney Josh Kuiper voice recording regarding conversation with Christopher Andreski. (FYI: Christopher Andreski alleges that Former W/MI USMS employee Bruce Nordin impleaded and interfered with Attorney Counsel Josh Kuiper, regarding Christopher Andreski personal court matter in Ottawa County, MI (Grand Haven, MI).

**02-16-2021 -** Attorney Counsel Scott Graham emailed to USMS Managers, regarding his concerns for Christopher Andreski safety, due to the prior USMS dangerous and negligent conduct by illegally placed CIDUSM Christopher Andreski in situations of disadvantage.
**18 U.S.C. § 1962: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities. Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6.**

**04-14-2021 -** Christopher Andreski "Positive" Covid-19 medical test conformation medical note from Dr. John Millett on **04-16-2021.**

**04-26-2021 -** Christopher Andreski letter to DOL/OWCP Claims Examiner in DOL/OWCP Case# 094006074. Christopher Andreski letter dated 04-26-2021, was regarding teleworking request with the USMS, while many USMS Operational employees can telework for the USMS. Additionally, Christopher Andreski expresses his concerns from former USMS employee Bruce Nordin, along with other USMS employees who are in W/MI USMS leadership positions that are fully aware of the hostile work environment and harassment CIDUSM Christopher Andreski was enduring, while under W/MI USMS management. Furthermore, W/MI USMS managers not only endangered the health and well-being of Christopher Andreski life but also risked potential endangerment, regarding the protection of our W/MI Federal District Judges and Judiciary Staff in the Western District of Michigan District Court.

**05-11-2021 -** Christopher Andreski assigned DOL/OWCP Field Nurse ECOMP Memo Letter to DOL/OWCP claims examiner for Mr. Andreski **OWCP Case# 094006074** USMS work injury left shoulder DOL/OWCP case. **"Unusual".**

**06-21-2021 -** Dr. James Lebolt sent a "My Chart" message to Christopher Andreski, regarding his **FCE results 35% loss** in Christopher Andreski injuried Left Shoulder. Dr. Lebolt then recommended Christopher Andreski to find another medical doctor provider for his left shoulder USMS work injury DOL/OWCP Case# **094006074**.

**06-21-2021 - 09:51:35 - DOL-110 Notes -** USMS HRD employee Sara Sherman voicemail (Subject# **2005417323)** to DOL/OWCP CE Elizabeth Villanuea (office **9**), regarding Christopher Andreski accepted USMS work injury "**Left Shoulder**" DOL/OWCP case# 094006074. CA-110 Notes: Verbatim - "Sara Sherman MD never responded. ecomp. follow up. **"FCE he can not LD".** 703 740 4203" - "I called 703 740 4203 and thanked her for her patience. I asked if JO 03/24/21 avail. And she stated yes. Will be paying clmt on CA7 and then issuing 10.500 letter". Closed CA-110 Notes on **06-23-21** at **9:16:03 AM**.

**06-30-2021 -** W/MI USMS conference staff meeting (telephonic), with W/MI USMS Management present. This is where W/MI CIDUSM Tony Casper stated while laughing, "**I would be more afraid of giving him (Christopher Andreski) his gun back after what we did to him (Christopher Andreski)**. What did they do to Christopher Andreski?

**08-23-2021 -** W/MI USMS Management sent me a second (**2**) job offer in W/MI USMS District. Disability Attorney Stephanie Leet, responded to my DOL/OWCP claims examiner "**Jodi G.**" in my USMS left shoulder work injury DOL/OWCP case. While Christopher Andreski was receiving medical treatment and medical rehabilitation in DOL/OWCP work hardening program, DOL/OWCP and the USMS medical interference and medical impeding occurred in CIDUSM Christopher Andreski medical treatment in the Work Hardening Program, that was illegally terminated. **"18 U.S.C. 1922"**.
**Title 18 Chapter 95-Racketeering: Sec. 1951**. - Interference with commerce by threats or violence. Additionally, it can be a common law tort where one party interferes with the contracts or relationships of another party. **Sec. 1954.** - Offer, acceptance, or solicitation to influence operation of an employee benefit plan.

**08-29-2021** - Christopher Andreski sent a "My Chart" message to Dr. James Lebolt, regarding Christopher Andreski received a Spectrum Health bill (Attached outstanding balance), from his approved USMS DOL/OWCP medical surgery that occurred on **02-10-2021**.

**08-30-2021 - Exhibit# -** Dr. James Lebolt staff "**Jade ATC**", then sent a "My Chart" message to Christopher Andreski, regarding the outstanding balance from Christopher Andreski surgery on **02-10-2021 (**USMS work injury "**Left Shoulder**" DOL/OWCP Case# **094006074).** Additionally, it is illegal to put any medical approved bill from DOL/OWCP outstanding bill on anyone's person's credit report.

**09-08-2021 -** Disability DOL/OWCP **Attorney Stephanie N. Leet** letter to Christopher Andreski DOL OWCP Claims Examiner (CE) **Jodi G.**, regarding how DOL/OWCP **illegally cutoff** (Protected DOJ 6c Federal LEO "1811") employees DOL/OWCP **pay benefits.** Christopher Andreski had to hire Attorney Stephanie Leet who specializes in Disability DOL/OWCP federal injuried workers and DOL/OWCP cases, due to all the medical interference and medical retaliation that Christopher Andreski was enduring in his USMS work injury case "Left Shoulder" DOL/OWCP Case# 094006074.

**09-10-2021** - Christopher Andreski sent a My Chart message to Dr. James Lebolt regarding a medical form that Christopher Andreski attorney (Stephanie Leet) was requesting Dr. Lebolt to complete, which pertained to Christopher Andreski left shoulder work injury case# 094006074.

**09-10-2021,** Office of Your Provider sent a "My Chart" responded to Christopher Andreski message regarding completing the "**Summary of Physician's Medical Opinion Form**", that Christopher Andreski Disability Attorney Stephanie Leet sent Dr. James Lebolt to complete. The message also indicted to Christopher Andreski, once Dr. James Lebolt office receives a one

payment of **$250.00,** then Dr. James Lebolt will compete the medical form (Summary of Physician's Medical Opinion Form).

**09-11-2021 -** Christopher Andreski sent a "My Chart" message to Dr. James Lebolt regarding a copy of the invoice that Christopher Andreski agreed to pay the "250.00 payment" and was inquring for a referral for a nerve specialist regarding Christopher Andreski DOL/OWCP injuried left shoulder.

**09-13-2021 -** Office of your provider sent Christopher Andreski another "My Chart" message regarding the invoice being sent to Christopher Andreski for payment.

**09-13-2021 -** Christopher Andreski sent a second "My Chart" message to Dr. James Lebolt requesting a referral for a nerve specialist for the issues in Christopher Andreski USMS work injury "Left Shoulder" DOL/OWCP Case# 094006074, that was also affecting Christopher Andreski Left Side of Christopher Andreski NECK.

**09-14-2021 -** Office of your provider sent Christopher Andreski a "My Chart" message regarding placing a medical referral for Christopher Andreski for a medical nerve specialist within the Spectrum Health Neurology.

**09-24-2021 -** Christopher Andreski USMS work injury "Left Shoulder" DOL/OWCP Case# 094006074, DOL/OWCP approved original MD Surgeon filed out the four **(4)** questions on Attoney Stephaine Leet medical form, regarding Christopher Andreski FERS Disability Retirement (**Not DOJ 6c Special LEO "535"FERS Disability Retirement?**), Summary of Physicians Medical Opinion Form. **EDIT** this is where Jade was interfering, by not getting the document signed by the MD.

**10-06-2021 -** DOL/OWCP CE Medical USMS work injury history **SOAF-1-ME-SO**, from Christopher Andreski first assigned DOL OWCP Claims Examiner (CE) Liz V. who was later taken off Christopher Andreski accepted DOL/OWCP USMS work injury Left Shoulder Case# 094006074. While DOL CE. Liz V. summited two (2) pages of statements of accepted facts under Christopher J Andreski File Number: 094006074 left shoulder case. FYI: Several of Christopher Andreski USMS work injuries DOL/OWCP cases were also listed in DOL/OWCP CE Liz V. medical report.

**10-12-2021 -** Assistant Director Andrew Smith that oversaw the USMS Tactical Operation Division (TOD) made National News. USMS AD Smith, was one of the USMS leaders at the USMS HQ and who was responsible for how the USMS Management in W/MI was allowed to target Christopher Andreski by creating a hostile work environment, along with placing CIDUSM Christopher Andreski in situations of disadvantage while having CIDUSM Christopher Andreski work without his USMS tools and USMS Identifiers. Meanwhile, U.S. Marshal Service Assistant Director Andrew Smith of USMS TOD was turning a blind, USMS TOD Director Smith was busy defrauding the USMS and the U.S. Government, while having sexual intercourse with his USMS HQ secretary who was illegally taking his online college courses, so USMS TOD Director Smith could add a PHD to his resume. If that wasn't enough, the USMS HQ secretary that was having sexual affairs with and doing college courses for TOD Director Andrew Smith during USMS

official business hours, caught TOD Director Andrew Smith having sexual affair with a USMS HQ intern. "**New York Times**".

**11-01-2021 - Exhibit# -** First (1) DOL/OWCP Second Medical Opinion DOL/OWCP appointment for Christopher Andreski left shoulder/left side of neck to be examined by DOL/OWCP EMMANUEL OBIANWU, MD. Christopher Andreski sent a detail email to Attorney Stephanie Leet of the unusual medical appointment examination. Additionally, EMMANUEL OBIANWU, MD was wearing a thick wool trench coat that was buttoned up to his neck during the examination of Christopher Andreski Left Shoulder. EMMANUEL OBIANWU, MD appeared to be recording (under the thick coat) Christopher Andreski during the entire examination period. EMMANUEL OBIANWU, MD then asked Christopher Andreski leading false questions, regarding Christopher Andreski USMS work injury Left Shoulder/Neck. Towards the end of the DOL/OWCP medical exam, Christopher Andreski had to instruct EMMANUEL OBIANWU, MD to put his hand on Christopher Andreski Left Shoulder while Christopher Andreski raised his left arm up and down, so EMMANUEL OBIANWU, MD could feel and hearing the crackling and popping in Christopher Andreski Left Shoulder. When EMMANUEL OBIANWU, MD lightly placed his hand on Christopher Andreski Left Shoulder, it appeared that EMMANUEL OBIANWU, MD could feel and hear the crackling and popping in Christopher Andreski Left Shoulder. That is when EMMANUEL OBIANWU, MD responded by stating "**OHHHHHHHHHHHH**" to Christopher Andreski.

**11-30-2021 - Exhibit# -** Christopher Andreski DOL/OWCP first second opinion EMMANUEL OBIANWU, MD, medical second opinion medical report dated 11-30-2021, regarding Christopher Andreski USMS work injury left shoulder (Neck) for Case Number 09-4006074. However, EMMANUEL OBIANWU, MD, medical second opinion medical report and OWCP-5c form (Rev. 08-14), dated 11-2-2021, OMB No: **1240-0046**. Expired: **05-31-2024.**

**11-30-2021 - 3:00 PM - Exhibit# -** Former W/MI CIDUSM SL screenshot/ANDRESKI Report Binder# 9, text message to Christopher Andreski, the W/MI USMS opening Chief DUSM opening (Former W/MI USMS employee Nordin molded the W/MI USMS CDUSM for Joe Guzman) and **"Nobody knows when the current (CDUSM-Nordin) guy's last day is".** Christopher Andreski did not respond back to SL text message.

**12-17-2021 -** DOJ OIG Civil Rights Division response from CIDUSM Christopher Andreski DOJ-OIG complaint. **Record Number 123527-TBS.**

**12-20-2021 -** Christopher Andreski received a suspicious Certified USPS slip in the mailbox where I receive mail at 5333 Egypt Valley Belmont, MI 49306. The USPS slip indicated it was sent from DOJ, had mailed me something and that I needed to pick it up at my local USPS office. I believe this was another act of bad faith by the USMS and former USMS employee who were illegally utilizing and misusing the United States Post Office (USPS) mail service.

**12-21-2021 -** Christopher Andreski went to the USPS office to sign for the piece of mail from DOJ, then I noticed it was really from the W/MI USMS office. The exhibits detail the communication with JSTARS, along with USMS Headquarters employees, in regarding to the COVID-19 Vaccination. In addition, I have been using Sarah Sherman as my USMS Supervisor.

**12-22-2021 -** Christopher Andreski sent Dr. Tracy Luke a "My Chart" message requesting a referral for the pain and nerve issues in his Left Shoulder and in Christopher Andreski Left Side of his Neck. On **12-22-2021,** Dr. Tracy Luke sent a "My Chart" response message to Christopher Andreski, on placing a referral to the "Spine and Pain Management Specialist" for Christopher Andreski through **Spectrum Health**.

**12-23-2021 - Exhibit# -** JSTARS (JMD) employee **Fahmida** emailed USMS employee Sarah Sherman regarding how USMS OWCP/DOL employee Christopher Andreski was unable to submit COVID Attestation Form and if USMS employee Sarah Sherman would contact Christopher Andreski and give Mr. Andreski guidance on how to submit COVID Attestation Form.

**12-23-2021 -** CIDUSM Christopher Andreski USMS email chain requesting for Reasonable Accommodation, regarding CIDUSM Andreski was unable to summit the **COVID Attestation Form** and was needing assistants from JSTARS and USMS HQ admin employees.

**12-27-2021 - Exhibit# -** Email from Christopher Andreski to JSTARS (JMD) and USMS employee Sarah Sherman regarding unable to submit COVID Attestation Form.

**12-28-2021 - Exhibit# -** Email response from USMS employee Sarah Sherman, who responded by stating "Chris, vaccine attestation and Help vaccine does is not handle by my office." Side Note: Sarah Sherman is the main POC when a USMS employee is on Workman's Compensation DOL/OWCP and who was also a Team Member for the new USMS program called Total Force Fitness Program, but you think Sarah Sherman would try to be Social and Spiritual with all her USMS / DOL/OWCP experience and knowledge to help me.

**2022-2023 -** Peak Performance, Chicago, IL DOL/OWCP medical reports and DOL/OWCP medical rehab/treatment reports, regarding Christopher Andreski USMS work injury's, **Left Shoulder**, Neck, Left Foot, and Left Knee.

**01-03-2022 -** Former W/MI USMS employee Nordin sends an email to Christopher Andreski personal email account on 01-03-2022. AUSM Nordin instructs CIDUSM Andreski, to call the USMS help desk to assist CIDUSM Andreski with the outdated recycled (Chicago, IL) lab top computer that was not working properly and would turn off at times. It appears that the former USMS employee and W/MI USMS management (FYI: Joe Guzman/Tom Kubzack were in acting roles during this time period.), appeared to think it funny to issue the USMS used USMS Chicago, IL Districts old and outdated lap tops computers that were supposed to be recycled and destroyed to operational W/MI USMS employees who the former USMS employee did not care for to take home to telework during COVID-19. While W/MI USMS Management had plenty of brand new USMS lap top computers in the W/MI USMS District, well before I left for

surgery regarding my USMS work injury to my left shoulder OWCP/DOL case. W/MI USMS Property Officer **Shane Smith** and W/MI USMS Supervisor DUSM, who is now W/MI USMS JSI **Troy Snyder** can verify this story.

**01-03-2022 -** Christopher Andreski PII Sensitive USPS mail at 5333 Egypt Valley Belmont, MI 49306, envelopes were opened, and it appeared an unknown party circled Christopher Andreski PII Sensitive Information USPS mail with red lip stick and place back on top of the other USPS mail that was in the mailbox. While Christopher Andreski notified his Attorney Counsel Scott Graham of the incident, then went to the Belmont, MI USPS Post Office. When Christopher Andreski was explaining the USPS mail incident with the USPS employee, who was a white female that appeared to be in her mid-30's of age. Christopher Andreski made it clear to the USPS female employee that the Christopher Andreski placed his USPS opened / tampered mail in a clear plastic bag, was so the Postmaster could give Christopher Andreski USPS open mail that was tampered with to the USPS LEO Postal Inspector to investigate and possibly try to obtain fingerprints from the paper envelopes that were opened. Common Sense. When I spoke with the USPS Postmaster "Brogan" who was a white male in his mid to late 30's, at the USPS Post Office in Belmont, MI on a different date. I could not help but noticed that the USPS Postmaster "Brogan", had my opened/tampered USPS mail spread-out on his desk and out of the plastic bag.

**01-07-2022 -** Two **(2)** Pictures of Christopher Andreski USPS mail opened and tampered with (Red Lipstick) 5333 Egypt Valley NE Bemont, MI 48809.

**01-08-2022 -** Recent email from Acting U.S. Marshal Bruce Nordin to Christopher Andreski personal email address: (**Andreskichris@outlook.com**).

**01-11-2022 - Exhibit# -** USMS Reviewing Medical Officer F. Glass, MD report regarding Christopher Andreski USMS work injury medical condition (Left Shoulder) and the first DOL/OWCP second opinion medical doctors' opinion (FYI: This is not my assigned medical doctor for my assigned DOL/OWCP left shoulder/left neck injury case.). Additionally, how does the USMS give Christopher Andreski medical to a third-party medical doctor, that Christopher Andreski has never met or had a medical exam from the USMS Reviewing Medical Officer Fredrick. Glass, MD? (USMS/OGC – Retaliation).

**01-11-2022 - 1:42 PM -** Former W/MI USMS CIDUSM SL screenshot/ANDRESKI Report Binder# 9, text message to Christopher Andreski, **"FYI- I'm parked in your spot".** Christopher Andreski did not respond to SL text message.

**01-21-2022 -** Fitness-for-Duty-Determination USMS Letter.

**01-27-2022 -** OIG CIGIE (OIG) response email (Ms. Andreski). I also was told by a DOJ employee that the email and letter were fraudulent because the letter or email did not reference any DOJ OIG report number or a DOJ OIG point of contact.

**01-31-2022 -** CIDUSM Christopher Andreski filed a complaint to DOJ OIG Criminal Investigation Division (Complaint Detail Section).

**12-29-2021 -** USMS employee Beverly Schmidt RN CCM sent CIDUSM Christopher Andreski an email advising CIDUSM Andreski that USMS HQ HRD employee Katrina Queen is the DOJ reasonable accommodation point of contact for the USMS agency and that Christopher Andreski need to reach out to USMS employee Katrina Queen at kqueen@usms.doj.gov.

**12-29-2021 -** Christopher Andreski forwarded the email chain to USMS employee Katrina Queen, for a reasonable accommodation as it pertained to the COVID Attestation Form, while Christopher Andreski was receiving medical treatment and medical rehab in his USMS work left shoulder injury DOL/OWCP Case# 094006074. USMS employee Katrina Queen never responded back to Christopher Andreski inquiry email.

**02-17-2022 -** DOL/OWCP/DFEC - CA-110 "RESPONSE" Notes. Response by: **Jodi G.** (Office **5**), Referred to: **Jodi G. -** Caller Name: **Sarah Sherman** (703) 740-4203, Call Type: AGCY, Call Reason: GEN. Jodi G. notes at 4:32:57 PM, "When I spoke to the EA on 02-15-2022." "I was told there were no EEO or grievance cases submitted by the IW." "**However, there are 3 pending investigations against the IW**". FYI: The USMS illegal provided DOL/OWCP with Christopher Andreski PII Sensitive Information.

**02-21-2022 -** Christopher Andreski sent Dr. James Lebolt a "My Chart" message request for a "In-Person" medical appointment regarding the issues that Christopher Andreski is experiencing from the 02-10-2021 medical surgery, in reference to his approved Left Shoulder DOL/OWCP Case# 094006074. Christopher Andreski also explains his injuried left shoulder is now affecting the left side of Christopher Andreski "NECK". This is why Christopher Andreski was requesting another referral from Dr. James Lebolt who specializes in the PRP and Stem Cell treatments.

**02-21-2022 -** "My Chart" response message from **"Jade ATC"**, sent Christopher Andreski, stated that Christopher Andreski was no longer a patient of Dr. James Lebolt and that Dr. Lebolt cannot give Christopher Andreski a referral for PRP medical treatment. **"18 USC 1922".**

**02-22-2022 -** Christopher Andreski sent Dr. James Lebolt a My Chart message regarding Mr. Andreski concerns of the interference of Dr. Lebolts staff (**Jade**) and how Mr. Andreski was trying to find another provider to care for his DOL/OWCP injured left shoulder case.

**02-22-2022 -** Dr. James Lebolt sent Christopher Andreski a "My Chart" response message, regarding when Dr. James Lebolt called Christopher Andreski on **05-14-2021**. Christopher Andreski suspects that **"Jade"** wrote the false response regarding, the "**02-22-2022** My Chart response message" acting like Dr. James Lebolt. As the "My Chart" message had incorrect

information in the "My Chart" message that Dr. James Lebolts and Christopher Andreski agreed on, during a telephonic phone conversation on **05-14-2021**.

**02-23-2022 -** Christopher Andreski first medical appointment with medical Dr. Kelsey Satkowiak Neurology Specialist.

**02-24-2022 -** Christopher Andreski responded to Dr. James Lebolt "My Chart" message on 02-22-2022. While Christopher Andreski explains in his My Chart response message to Dr. James Lebolt, that Christopher Andreski recollection of their phone conversation on **05-14-2021.** Furthermore, Mr. Andreski informed Dr. Lebolt that Christopher Andreski has been trying to find an Orthopedic Doctor provider to treat him, but no doctor in the Western District of Michigan who reviewed Christopher Andreski Left Shoulder case was inclined to undertake Christopher Andreski treating medical provider in Christopher Andreski USMS work injury left shoulder DOL/OWCP Case# 094006074. However, OAM Dr. Thomas Metallic told Christopher Andreski that he would have never taken a piece of left cadaver bone out of Christopher Andreski left shoulder. Christopher Andreski then explains how Dr. James Lebolt told Christopher Andreski would not have to communicate with Dr. Lebolt staff medical staff member **"Jade".**

- Christopher Andreski My Chart response message to Dr. James Lebolt was viewed by Dr. Lebolt staff on **02-28-2022, at 2:15 PM**.

- Christopher Andreski then was informed that **"Jade"** "Supervisor Emily", who was going to be handling Christopher Andreski medical communication, medical documents, and while relaying medical information and medical messages to Dr. James Lebolt for patient Christopher Andreski.

**02-24-2022 -** Christopher Andreski DOL/OWCP USMS work injury Case# **094006074/DOI: 03/05/2019 "Left Shoulder" MRI.**

**02-24-2022 -** DOL/OWCP Left Shoulder accepted conditions, but the surgeon Dr. Lebolt would not write up anything for my cervicalgia, but instead Dr. Lebolt refused to see me and dropped me as a patient. Dr. Lebolt would not refer me for any doctor out of the state of Michigan. I know why now, so corrupt.

**03-02-2022 -** U.S. Marshal Service employee 1811 CIDUSM Christopher Andreski reported to OSC, OSC# - **DI-22-000374.**

**03-04-2022 -** email from OSC Attorney Lynn Alexander to Attorney Scott Graham and a follow up email from OSC Attorney Lynn Alexander to Attorney Scott Graham **03-07-2022.**

**03-09-2022 -** USMS Director Ronald Davis email memo to all USMS employees effective **02-28-2022**, that the former USMS employee Bruce Nordin was the Acting USM employee for the Western District of Michigan.

**03-14-2022 - 11:04 AM -** Medical Supervisor Emily that is member of Dr. James Lebolt medical staff, sent Christopher Andreski a "My Chart" message to update to Christopher Andreski. Medical Supervisor Emily notified Christoper Andreski that she had requested all of Christopher Andreski applicable imaging to be sent to Peak Performance (Chicago, IL). Additionally, Medical Supervisor Emily then informed Christopher Andreski that Dr. James Lebolt **would not be placing a referral Mr. Andreski (Doctors in Chicago, IL at Peak Performance)**. Medical Supervisor Emily then relayed a message to Christopher Andreski, regarding how Dr. James Lebolt would not write a (DOL/OWCP) work restriction letter or complete any paperwork necessary for Christopher Andreski until the **$250.00** payment was fully paid.

**03-14-2022 - 12:57 PM -** Christopher Andreski sent Dr. Lebolt Medical Supervisor Emily a "My Chart" message, thanking Emily for sending Christopher Andreski medical documentation and medical imaging to Peak Performance. Christopher Andreski then expressed his concerns, regarding how Dr. James Lebolt would not refer Christopher Andreski to Peak Performance and PRP medical treatments in Christopher Andreski USMS work injuried "Left Shoulder" DOL/OWCP case# 0940060674.

**03-14-2022, 4:44 PM -** Emily (Supervisor) staff of Dr. Lebolt, sent Christopher Andreski a My Chart response message to Mr. Andreski, that she would talk with Dr. Lebolt again about the referral. In addition, Emily told Christopher Andreski that she was able to confirm Peak Performance (Chicago, IL) has Christopher Andreski medical imaging and medical documents that pertain to Mr. Andreski DOL/OWCP work injury left shoulder case.

**03-17-2022 -** Christopher Andreski received a medical letter from Dr. James Lebolt on **03-15-2022**, that pertains to Dr. James Lebolt notifying Christopher Andreski that Dr. James Lebolt will no longer be able to serve as Christopher Andreski as his treating medical provider, **because of patient/provider relationship**. Additionally, Dr. James Lebolt also stated in his medical letter Christopher Andreski, that Dr. Lebolt would still be Christopher Andreski medical treating provider for thirty-days (**30**) days from the date of Dr. James Lebolts medical letter, so Christopher Andreski can have time to find a medical treating provider USMS work injury left shoulder DOL/OWCP Case# 0940060674.

**03-21-2022 -** Christopher Andreski sent Medical Supervisor Emily a "My Chart" message, regarding Christopher Andreski medical forms for Dr. James Lebolt to fill-out and Christopher Andreski also sent the **$250.00** payment that Dr. James Lebolts medical staff request from Christopher Andreski.

**03-22-2022 -** Two (**2**) photos that identify Christopher Andreski mailing USPS certified mail package (Big USPS Box) regarding the start of the ANDRESKI REPORT complaint and material to OSC Disclosure Unit assigned Attorney. (**USPS Interference**)

**03-23-2022** - Christopher Andreski was **Forced** to find a MD, in USMS work injury **"Left Shoulder"** DOL/OWCP Case# **094006074** / DOI: **03-05-2019**. Christopher Andreski changed treating physician to a medical doctor in Chicago, IL, regarding Christopher J Andreski accepted USMS work injury "Left Shoulder" DOL/OWCP Case# 094006074. **20 CFR 10.300 (d) - You Have the Right to Choose Your Own Medical Doctor**.

**03-24-2023 -** Birmingham AL, News Article., regarding U.S. Marshals train law enforcement in Birmingham, AL. **Officer Safety and performing under high-stress scenarios**.

**03-28-2022 -** Email from the former USMS employee Bruce Nordin, who want to meet Christopher Andreski in person. **"I have papers from the USMS that must be given to you in person and signed for as soon as possible."** Christopher Andreski did not meet former USMS employee Bruce Nordin.

**03-28-2022 -** USMS Package of documents were sent Priority Overnight through FedEx from former USMS employee Bruce Nordin to Christopher Andreski.

**03-28-2022 -** Christopher Andreski received an instruction letter from the Michigan Judicial Tenure Commission, regarding Request for Investigation Form (RFI No.). Regarding the corruption and civil rights violations / interference in Christopher Andreski Ottawa County, MI court matter.

**03-29-2022 -** Christpher Andreski emailed his Attorney Counsel Scott Graham, expressing Christopher Andreski and his families concerns of meeting with former USMS employee Bruce Nordin.

**03-29-29-2022 -** Email from response from Attorney Scott Graham to Christopher Andreski, to see if former USMS employee Nordin is willing to meet Christopher Andreski and Mr. Andreski, Attorney (Scott Graham).

**03-29-2022 -** Email from Christopher Andreski to USMS employee Sarah Sherman and USMS HQ employees, and former USMS employee and now USMS contract employee Terri Lunsford, email communication regarding, ILLEGALLY Terminating Christopher Andreski Health Insurance Benefits (BCBS) and Reinstating Christopher Andreski Health Insurance Benefits (BCBS).

**03-29-2022 -** Former USMS employee Bruce Nordin mailed a FedEx package that appeared to be sent from USMS W/MI District office to Christopher Andreski.

**04-05-2022 -** Christopher Andreski sent Dr. Lebolt and his medical staff Supervisor Emily a "My Chart" message, regarding Christopher Andreski new treating medical provider "**Dr. Ronald Stumbris**" to take over for his USMS work injury left shoulder DOL/OWCP case. Then Mr. Andreski requested a referral letter from Dr. Lebolt to see Dr. Stumbris. Christopher Andreski then uploaded Dr. James Lebolt **03-15-2022** letter dated **03-05-2022,** in Christopher Andreski "My Chart" message to Dr. Lebolt and his staff Emily (Supervisor).

**04-06-2022, 11:47 AM -** Medical Supervisor Emily then sent Christopher Andreski a "My Chart" message, informing Christopher Andreski that Dr. James Lebolt is not going to place any more referrals for Christopher Andreski USMS work injury left shoulder DOL/OWCP case.

**04-06-2022, 11:49 AM -** Medical Supervisor Emily staff, sent Christopher Andreski another "My Chart" message, informing Christopher Andreski that his medical records will be given to "**Dr. Ronald Stumbris**" in Chicago, IL as requested by Christopher Andreski. Dr. James Lebolt **would not refer** Christopher Andreski to Dr. Ronald Stumbris as Christopher Andreski new treating medical provider.

**04-07-2022 -** CIDUSM Christopher Andreski email to HQ USMS employees Sarah Sherman and USMS Nurse Beverly Schmidt, regarding Christopher Andreski USMS work injury left shoulder DOL/OWCP case# 094006074 medical status and CC: Attorney Counsel Scott Graham in the email response status.

**04-07-2022 -** OSC Complaint# **MA-22-1119**. (OSC Attorney **Sarah Karpinen**).

**04-11-2022 -** Christopher Andreski received an email from OSC Attorney Lovie Jones (313-335-8085) to CIDUSM Christopher Andreski regarding the second (**2**) OSC Case (Whistleblower) - **OSC# - MA-22-001119** and how attorney Sarah Karpinen will be working the OSC case.

**04-21-2022 -** Christopher Andreski email to Office of Special Counsel (OSC) attachments, regarding Christopher Andreski matters in Ottawa County, MI, and the Civil Rights Violation / Judicial Misconduct / Political Corruption. FYI: **Andreski Report Binder# 2.**

**04-29-2022 -** CIDUSM KE screenshot/ANDRESKI Report Binder# 9, text message to Christopher Andreski "**Happy birthday Chris**". Christopher Andreski did not respond to CIDUSM KE.

**04-25-2022 -** Christopher Andreski second appointment with medical Dr. Kelsey Satkowiak and provider notes, regarding the pain and nerve issues that Christopher Andreski is experiencing in his left shoulder and in his left side of Christopher Andreski Neck. Dr. Satkowiak states in her notes that Mr. Andreski is interested in **PRP/Stem Cell treatment**. DIAGNOSIS(ES): Chronic left shoulder pain, Myofascial pain syndrome, cervical, labal tear of shoulder, left, sequela.

**04-25-2022 - 5:02 PM -** Christopher Andreski screenshot text message from Ken Groenveld text message screenshot to Christopher Andreski, regarding former W/MI USMS employee Bruce Nordin farewell email.

**04-26-2022 -** Christopher Andreski email and attached documentation of Christopher Andreski injuries that occurred while working for the USMS and medical documentation to OSC Attorney Whitney Waters and OSC Attorney Sarah Karpinen.

**04-26-2022 -** Christopher Andreski email to Office of Special Counsel (OSC) attachments, regarding the Christopher Andreski DOL/OWCP accepted and pending USMS work injury case issues.

**04-26-2022 -** Christopher Andreski received a voicemail mail from Malpractice Attorney Steve Grimm. Attorney Grimm mentions in his voicemail to Christopher Andreski that he is "Good Friends" with **Bruce Nordin.**

**05-07-2022** - The USMS Illegally Separation of USMS 1811 Criminal Investigator protected DOJ 6c employee Christopher Andreski, Reason Charge: Medical Inability to Perform.

**05-07-2022 -** The USMS HR Specialist employee certified 1811-Criminal Investigator Deputy U.S. Marshal Christopher Andreski RI 20-124 form, **RI 20-124 FORM certified of service Performed as a Law Enforcement Officer, Firefighter, Nuclear Materials Courter, Customs and Border Protection Officer (535 Service),** or Air Traffic Controller. Pertaining to Christopher Andreski Law Enforcement Officer career **(01- LEO Special Population Code - Primary/Rigorous)**. **LEO Provisions in 5 U.S.C. & 8412(d).**

**05-07-2022 -** The USMS summited a **SF-50** separating Criminal Investigator Deputy U.S. Marshal Christopher John Andreski from service, while CIDUSM Andreski is on DOL/OWCP (Work-Comp) and while CIDUSM Andreski is still receiving treatment and rehab to his left shoulder. Again, CIDUSM Andreski injury his left shoulder while working for the U.S. Marshal Service (USMS).

**05-10-2022 -** Christopher Andreski received what appears to be a **"Fraudulent"** letter from DOJ, regarding Christopher Andreski complaints to DOJ OIG Civil Rights Division. In the **"Fraudulent"** DOJ letter it mentions that Christopher Andreski contacted DOJ on March 8, 2023, and then stated "After careful review of what you (Christopher Andreski) submitted, we have decided not to take any further action on your complaint. Furthermore, in the **What we did:** section of the fraudulent DOJ letter, it stated **"they do not have resources to take direct action for every report"**. "Your report number was **291990-FQV."** In the **What you can do:** section of the **"Fraudulent"** DOJ letter, states **"Your issue may still be actionable by others-your state association or local legal aid office my be able to help."** The **"Fraudulent"** DOJ letter was in a letter envelope, with a return address in the left corner of letter envelope U.S. Department of Justice where what appears to be two **(2)** blank spaces where a return address would go, then Washington, D.C. 20530.

- **Side Note:** Christopher Andreski believes the DOJ Fraudulent Letter potentially may of came from the State of Michigan employees to try to gather evidence to coverup Civil Rights Violations and Hate Crimes towards Christopher Andreski and his family.

**05-11-2022 -** Medical Doctor Michael A Fitzgerald, (DO) medical letter, regarding Christopher Andreski USMS work injury of the posterior labral tears, low grade rotator cuff tears, and most importantly, chondromalacia of the humerus and glenoid. Dr. Fitzgerald also supports PRP treatment injections for Christopher Andreski accepted DOL/OWCP Case# 094006074 Left Shoulder.

**05-17-2022** - FLEOA represenitive Lawrence Berger letter inquiring the status/update, regarding Christopher Andreski **10-24-2019**, Unredacted FOIA request to USMS/OGC USMS OPR-IA Unredacted FOIA/PA-000181 (DEQ/Eagle) material. (No Response).

**05-19-2022** - Christopher Andreski received a Health Insurance (BCBS) **termination letter**, by the USMS. (DOL/OWCP restored Christopher Andreski BCBS Health Insurance. Games)

**05-19-2022** - Christopher Andreski paid off **$2250.00** for PRP medical treatments to his USMS injured Left Shoulder DOL/OWCP Case# **094006074**.

**05-21-2022** - Christopher Andreski sent an email and attached documents to Office of Special Counsel Deputy Chief of the Disclosure Unit Tracy Biggs, OSC Attorney Sarah Karpinen, OSC Leadership Henry Kerner and Catherine McMullen, regarding the U.S. Marshal Service (USMS) separating Christopher Andreski from service while still recovering from a work-related injury. Mr. Andreski also provided additional documents of evidence, regarding how the USMS attacked Mr. Andreski and how the attacks impacted Mr. Andreski life, physically, financially, and mentally.

**05-22-2022 - Exhibit#** - CIDUSM Christopher Andreski filed a Whistleblower complaint with **Senator Chuck Grassley Office**, who calls out the USMS on a regular basis for unethical acts and conduct on USMS Poor leadership on a regular basis. Christopher Andreski has the three-page Whistleblower complaint to Senator Chuck Grassley Office in ANDRESKI REPORT Binder# **14**. Christopher Andreski mentions in the EMPLOYER section. "U.S. Marshal Service – "Separated me as of **05-07-2022** while still on OWCP Work Comp".

**05-31-2022** - Christopher Andreski email to Attorney Scott Graham. Mr. Andreski described the **FedEx delivery** driver as a **maniac**, because of the lengthy pounding at the door (5 minutes), the FedEx delivery driver ended up opening the door accidently. The FedEx delivery driver eventually left the USMS package at the door on **06-01-2022**. Again, Mr. Andreski did not sign for the FedEx USMS separation package that was left at the door on **06-01-2022**.

**06-01-2022** - OSC Attorney Sarah Karpinen follow up email to Christopher Andreski regarding the 06-01-2022, phone conversation between Attorney Karpinen and Christopher Andreski. OSC Attorney Karpinen expresses her concerns that Christopher Andreski feels like he may be in danger, and that Christopher Andreski should reach out to local law enforcement for assistance.

**06-02-2022 -** Christopher Andreski email USMS HQ HRD a list of concerning benefit questions, which many of Christopher Andreski questions still have not been answered here today by USMS HQ HRD employees, OGC Counsel Simon Caine, and OGC Counsel Cedrick Bullock.

**06-02-2022 -** OSC Attorney Sarah Karpinen Closure email regarding **OSC Case MA-22-1119** to Christopher Andreski and OSC Attorney Karpinen **06-01-2022** OSC Closure letter for **OSC Case MA-22-1119** and explains Mr. Andreski IRA appeal rights at the MSPB.

**06-03-2022 -** Medical letter from Olseia Galanesi APRN, PNP-C in Chicago, IL regarding Christopher Andreski USMS work injury DOL/OWCP case# **094006074.** The medical letter describes how **Dr. James Lebolt** will not see (treat) Christopher Andreski. The medical letter also points out how **"Christopher has mailed all proper documents to the OWCP.". "He also has a certified USPS mailing receipt.".**

**06-03-2022 -** Christopher Andreski email to USMS employee Sarah Sherman and USMS HQ employees, and former USMS HQ employee and now USMS contract employee Terri Lunsford, regarding the illegal termination of Christopher Andreski Health Insurance Benefits (BCBS) and email confirmation of reinstating Christopher Andreski health insurance benefits (BCBS).

**06-06-2022** - Christopher Andreski private attorney Scott Graham filed an appeal with the MSPB., regarding how the USMS/OGC illegally separated injuried USMS CIDUSM Christopher Andreski protected 6c DOJ/USMS employee from Government Service on **05-07-2022**. (ADA Violation / Whistleblowing Retaliation).

**06-06-2022 -** Christopher Andreski email of questions and concerns to USMS HQ employees. Mr. Andreski sent the email to the following: USMS DOL/OWCP POC Sarah Sherman, USMS Nurse Beverly Schmidt, USMS contract employee Terry Lunsford, USMS Reasonable Accommodation POC employee Katrina Queen, Gregory Shearer, Marcus Davis, Velicia Marshall, Beth Brown-Ghee, Sharonda Purnell, Billy Atwater, Attorney Scott Graham, FLEOA Attorney Larry Berger. In, Addition to the **usmsbenefits@usms.doj.gov** email address for questions regarding USMS employee's benefits.

**06-06-2022 -** USMS HQ employee Sarah Sherman (USMS OWCP/DOL POC) sent Christopher Andreski an email in response to Mr. Andreski question and assistants for applying for the **Protecting American First Responders Act 2021 (S. 1511)**.

**06-06-2022 -** USMS HQ DOL/OWCP Specialist employee Sarah Sherman response to Chrstopher Andreski inquiry regarding the **Protecting American First Responders Act 2021 (S. 1511),** and that is was outside her USMS program area. USMS employee Sarah Sherman then stated she would forward my email to someone in the USMS retirement and benefits, to see if they could assist Christopher Andreski. Christopher Andreski never heard back from USMS HQ HRD DOL/OWCP Specialist employee Sarah Sherman or from any other USMS employee in regards of the **Protecting American First Responders Act 2021 (S. 1511)** benefits.

**06-08-2022 -** USMS HQ Assistant Chief of health and medical programs Wonda Karls emailed Christopher Andreski, in response to Mr. Andreski email of questions to USMS HQ employees on **06-06-2022**.

**06-08-2022 -** U.S. Department of Labor "**OWCP-3 (letter format)-R-3**" letter **DFELHWC-FECA** to Christopher Andreski, regarding USMS work injury left shoulder DOL/OWCP case# 094006074 second medical opinion doctor opinion, dated **01-21-2021, "Dr. Obianwa" did not provide work restrictions.** Case Status: Closed **"51G"** – Gail S VRS.

**06-09-2022** - USMS HQ employee Velicia Marshall response email to Christopher Andreski inquiry email on **06-06-2022**, regarding Christopher Andreski concerns and questions to the USMS. In addition, to USMS employee Marshall attached a packet that explained the "**standard** disability FERS retirement packet" to Christopher Andreski. Christopher Andreski also found the OPM Enhanced Disability and Survivors Annuity Computation documentation, under Special CSRS and Special FERS. Christopher Andreski is still confused as to the fact, why wouldn't the USMS HQ employees share this important benefit Special FERS Enhanced Disability Retirement documentation with Christopher Andreski. **USMS HQ employee Velicia Marshall response email also did not answer all Christopher Andreski concerning benefit questions.**

**06-10-2022 -** DOL/OWCP CE Jodi G. CA-110 Notes regarding the false information and misleading information that was being directed to Christopher Andreski, by Christopher Andreski DOL/OWCP CE Jodi G. in USMS work injury DOL/OWCP case# 094006074. It appears this is another act of retaliation by the DOL/OWCP CE Jodi G. and USMS /OGC who appear to be conspiring together. **(Call ID: 2001389523) - (CA-110 ID: 15327609).** FYI: Christopher Andreski recorded the conversation for DOL quality assurance and how DOL/OWCP CE Jodi G. was unprofessional and verbally combative towards Christopher Andreski.

**06-10-2022 -** USMS OGC Attorney **Susan Gibson** assigned as the USMS Agency Attorney Counsel in CIDUSM Christopher Andreski MSPB appeal case, regarding the USMS illegally separation of USMS 1811 Criminal Investigator Deputy U.S. Marshal (CIDUSM) employee Christopher Andreski from USMS/DOJ government service (ADA Violation).

**06-14-2022 -** OWCP/DOL Supervisor **Robert Carpender (Office 10)** two (2) pages of CA-110 notes, regarding six (**6**) different issues Christopher Andreski has been encountering with the DOL/OWCP Jodi G. claims examiner (CE), and at the time CE Jodi. G (Graves) was over all of Christopher Andreski **denied pending appeal and accepted** USMS work injury DOL/OWCP cases. OWCP/DOL Supervisor Carpender stated in his CA-110 notes, that FLEOA was involved who provided OD 10 (**Office "10" Director**). Additionally, the phone call conversation between Christopher Andreski and OWCP/DOL Supervisor **Robert Carpender (Office 10)** CA-110 Notes were under Christopher Andreski USMS work injury DOL/OWCP **PTSD** case# **550113498**. Christopher Andreski also uploaded **Robert Carpender (Office 10)** two (**2**) pages of CA-110, into Christopher Andreski USMS work injury "**Left Shoulder**" DOL/OWCP case# **094006074.**

**06-14-2022 -** Media Article "US Marshal Charged for Using Cop Phone Location Tool to Track People He Knew". On 06-14-2022, DOJ OIG News Deputy U.S. Marshal Charged with Unlawful Obtaining Cell Phone Location Information, by misusing law enforcement services, and later making false statement. The DOJ OIG did not consider this USMS CIDUSM operational employee.

**06-17-2022 -** CIDUSM Christopher Andreski email communication with USMS HQ HRD employees, regarding CIDUSM Christopher Andreski Special Protected 6c FERS LEO "1811" benefits and the fraudulent activity that has affected Injuried CIDUSM Christopher Andreski high three (3) years of service as "1811" with the USMS.

- The USMS did not anticipate that Christopher Andreski would have printed off his last three (**3**) high years of government service, before the USMS had the chance to deny Christopher Andreski access from gaining his personal PII Sensitive Information of federal government EPP protected special 6c LEO "1811" USMS benefits page. Remember, the MSPB Administration Judge was being misleading for the MSPB recorded by stating that Christopher Andreski concerns about his annual/sick leave from the prior MSPB hearing. In fact, Christopher Andreski stated stated for the MSPB recorded that **"it appears that fraudulent activity has occurred to Christopher Andreski high three (3) years of government service"**. Then Christopher Andreski took the liberty by sending a follow up email, to USMS/OGC Simon Caine and USMS/OGC Cedrick Bullock, regarding the supporting evidence and supporting chain of emails with USMS HRD, regarding the "Fraud" to Christopher Andreski benefits "High Tree Years".

**06-17-2022 - USMS OCBP Assistant Chief Sharonda N. Purnell** emailed a response to Christopher Andreski of an acknowledging receipt, while stating in her email to Christopher Andreski "**we will provide you a detailed response next week to your email below."**

**06-17-2022 -** Christopher Andreski forwarded OSC Attorney Sarah Karpinen the chain email of USMS email communications between Mr. Andreski and HQ HRD USMS employees, regarding the fraudulent activity to injuried CIDUSM Christopher Andreski **Special DOJ 6c Federal LEO "1811" FERS Benefits and Federal Health Insurance**.

**06-23-2022 - $1575.00** PRP medical treatments Christopher Andreski paid for in his USMS work injury DOL/OWCP case# 094006074 Left Shoulder, and DOL/OWCP CE. Jodi G. Denied Christopher Andreski Medical Bill Reimbursement.

**07-06-2022 -** Medical Doctor Ronald Stumbris, MD medical letter regarding Christopher Andreski would benefit by attending Peak Performance Health Care for his USMS work injury to Christopher Andreski USMS work injuried left shoulder DOL/OWCP Case# 094006074.

**07-06-2022 -** Medical Doctor Ronald Stumbris, MD medical letter regarding five Gen Visc Injections in injuried left shoulder and supporting medical evidence regarding PRP treatment to

Christopher Andreski injured left shoulder. **(07-06-2022 MD medical letter was uploaded into DOL/OWCP ECOMP system.)**

**07-12-2022 - Exhibit# -** DOL/OWCP CE **Jodi G**. (office 5) email to **DFEC**-fiscal regarding Christopher Andreski BCBS health insurance cancellation letter and making sure Christopher Andreski BCBS health insurance was not cancelled and corrections be made.

**07-12-2022 -** DOL/OWCP CE **Jodi G**. (office 5) CA-110 Notes: Verbatim – "I called the IW to discuss and resolve his concerns and complaints." - "I left a message advising the Cleveland office is handling his claim and I am his **CE for all of his claims** and asked for him to call me back to update him on the next steps regarding his concerns." **FYI:** Christopher Andreski was not aware the next steps appeared on how DOL/OWCP and USMS/OGC were **Knowingly, Willingly** and **Wontedly** causing medical interference and medical impeding in Christopher Andreski accepted USMS work injury "**Left Shoulder**" DOL/OWCP Case# 094006074. The illegal termination of Christopher Andreski work hardening medical program, along with the termination of Christopher Andreski assigned DOL/OWCP Nurse in DOL/OWCP Case# 094006074. **(Retaliation)**

**07-13-2022 -** Christopher Andreski respectfully provided his corresponding email chain and attachment of supporting evidence to the USMS HQ leadership regarding the fraudulent activity to Christopher Andreski Special (6) LEO FERS benefits to USMS OGC Attorney Simone Caine and USMS OGC Attorney Cedric Bullock. **FYI:** In Christopher Andreski email to USMS OGC Attorney Cain, Attorney Bullock, and Private Attorney Scott Graham, Christopher Andreski stated for the MSPB record on **07-14-2022**, before the MSPB Administrative Judge Jennifer Cassel, that Christopher Andreski has alleged it appears that fraudulent activity has occurred in Injuried Criminal Investigator Deputy United States Marshal Christopher Andreski DOJ 6c LEO Special FERS Disability Benefits package.

**07-13-2022** - Christopher Andreski respectfully emailed USMS OGC Attorneys Caine and USMS OGC Attorney Bullock after the MSPB hearing. While Chirstopher Andreski kindly included an attached of supporting evidence that pertain to Christopher Andreski MSPB case, and the illegal fraudulent activity to years **2020, 2021** and **2022** high-three **(3)** year history regarding Christopher Andreski DOJ 6c LEO "1811" Special FERS benefits package. (Retaliation).

**07-14-2022 -** USMS OGC Attorney Cedric D Bullock filed a Modified information of exciting Agency Representation by **Deactivating USMS/OGC** **Susan E. Gibson** from Christopher Andreski MSPB case# **875326676,** that involved the USMS Illegally Separating Christopher Andreski from the USMS and government service. Additionally, the USMS added new counsel USMS OGC Cedric D Bullock to be new counsel representing the USMS Agency.

**07-26-2022 -** Spectrum Health letter notifying Christopher Andreski that Dr. Kelsey Satkowiak will no longer be with Spectrum Health Medical Group, after **08-01-2022**.

**08-05-2022** - MSPB confirmation email that an **IRA Appeal** for Christopher J. Andreski has been filed with the MSPB Central Regional Office. **Confirmation# 216062 / Appeal# 202203419.**

**08-16-2022** - Public Safety Officer Support Act of **2022**.

**08-18-2022** - Christopher Andreski email to DOL/OWCP Disability **Attorney Stephaine Leet** and **Paralegal Terri Smolinski**, respectfully requested Attorney Stephanie Leet review Christopher Andreski new supporting medical evidence on 08-18-2022, that pertains to Christopher Andreski injuried left side of his **"NECK"** that stems from Christopher Andreski USMS work injury DOL/OWCP Case# 094006074 Left Shoulder surgery, where a piece if left clavicle bone was illegally removed without Christopher Andreski permission or consent.

**11-17-2022** - MSPB dismissed U.S. Marshal Service Criminal Investigator Deputy U.S. Marshal Christopher Andreski two **(2)** pending MSPB cases. On **12-23-2022**, U.S. Marshal Service Criminal Investigator Deputy U.S. Marshal employee Christopher Andreski Attorney Counsel Scott Graham filed an appeal in both MSPB cases, that were combined by the Administrative **MSPB Judge Jennifer Cassel**.

**02-09-2023** - Christopher Andreski email to Attorney Counsel Scott Graham, regarding the unknown vehicle, unknown individuals, and unknown flying drones terrorizing Christopher Andreski on **02-06-2023** and on **02-08-2023 in Chicago, IL (Peak Performance Health Care)**.

**02-23-2023** - DOL/OWCP CE Jodi. G. (FYI: I think DOL/OWCP CE Jodi. G. (**Graves**) second medical opinion 2-page letter and one-page accepted definitions that were sent on 02-22-2023, by DOL/OWCP CE Jodi G. who roughly inquires and instructs the second MD DOL/OWCP opinion to answer after examine Christopher Andreski on **04/14/2024**. DOL/OWCP CE Jodi G. inquiry list of roughly **37** questions, contains many **Leading, Misleading, and Baited questions** for the (2nd) second opinion DOL/OWCP MD in **Mount Pleasant, MI** to answer, regarding Christopher Andreski USMS work injury "Left Shoulder" DOL/OWCP case# **094006074. (18 U.S.C. 1922 Medical Impeding and Medical Interference).**

1. **02-28-2023** - NPR National Security news article **(Journalist: Jenna Mclaughlin)**, regarding **USMS Director Ronald L. Davis addressing the press regarding how unknown "Hackers steal sensitive LEO data in a breach of the U.S. Marshal Service".** While the USMS agency has revealed it was the victim of a cyberattack last week in which hackers stole sensitive data.

**03-08-2023** - Former FLEOA Executive Vice President **Don Mihalek** email to Christopher Andreski. Verbatim **- "Chris Sorry you are dealing with this. Don".** (Retaliation).

**03-20-2023** - Medical Doctor Steven Sclamberg, wrote a medical supporting evidence letter for Christopher Andreski that outlines the medical problems Christopher Andreski is experiencing and a medical plan moving forward in his USMS work injury left shoulder DOL/OWCP Case# **094006074**. The MD plan entails Stem Cell medical treatments, PRP treatments and pain

and Christopher Andreski's mother took a bad spill while she has been fighting cancer. Christopher Andreski email were supporting documentation to Attorney Stephanie Leet.

**03-31-2023 -** Office of Special Counsel (OSC) Attorney Sarah Karpinen sent Christopher Andreski an email notifying Mr. Andreski that **OSC Attorney Karpinen is no longer with OSC** and does not have access to the OSC email account and referred Mr. Andreski to contact OSC employee Christopher Tall **(ctall@osc.gov)** if Christopher Andreski needed further assistance. **FYI:** The MSPB Administration Judge put on the record that OSC did not do their job, regarding the allegations in Christopher Andreski OSC Complaint.

**04-01-2023 -** Christopher Andreski forwarding his email **06-30-2023** to USMS HQ leadership, USMS OPR-IA Director Ronald Carter, USMS DOJ Reasonable Accommbunation Officer Katrina Queen, MSPB, USMS/OGC Caine, USMS/OGC Bullock. That pertains to Christopher Andreski **06-30-2023**, forwarding email **07-13-2022** to USMS HQ/HRD Leadership, USMS/OGC Caine, USMS/OGC Bullock, USMS Assistant Chief Sharonda Purnell, USMS Billy Atwater and FLEOA Rep. Larry Berger, as Christopher Andreski was respectfully inquiring an update from almost a year ago. While Christopher Andreski forwarding email pertained to his **07-13-2022**, email he sent to USMS OGC Attorneys Caine and USMS OGC Attorney Bullock after the MSPB hearing and supporting evidence attached that pertain to Christopher Andreski MSPB case, and the illegal fraudulent activity to years **2020, 2021** and **2022** high-three (**3**) year history regarding Christopher Andreski DOJ (6c) LEO "1811" Special FERS benefits package. (Retaliation).

**04-13-2023 -** Christopher Andreski letter to DOL/OWCP Supervisor CE that addresses some of difficulties, issues and medical updates in Christopher Andreski accepted DOL/OWCP Case# 094006074 work injury left shoulder (**Missing Piece of Left Clavicle Bone).** While the MD Surgeon Doctor did not have Christopher Andreski consent to take out a piece of Christopher Andreski **"Left Clavicle Bone"** out of his body on **02-10-2021.**

**04-14-2024** - DOL/OWCP Second MD opinion appointment, in Mount Pleasant, MI. The OWCP/DOL Second Opinion Medical Doctor wrote and summited a seven (**7**) page medical report regarding Christopher Andreski USMS work injuries, which the second opinion appointment was referenced under Christopher Andreski USMS work injury "Left Shoulder" DOL/OWCP Case# 094006074. However, the Second Opinion OWCP/DOL MD appeared frustrated because DOL/OWCP did not provide the DOL/OWCP MD with the up-to-date supporting medical evidence. When Christopher Andreski made the DOL/OWCP MD aware that Christopher Andreski brought Supporting Medical evidence of Christopher Andreski current Medical MRI/X-Ray Reports regarding Christopher Andreski USMS work injury cases (Left Shoulder and Left side of NECK). The DOL/OWCP MD then ask Christopher Andreski if he could make copies of his updated Medical Xray/MRI Medical Reports regarding Christopher Andreski USMS work injury Left Shoulder case and injuried Left side of Christopher Andreski NECK (DOI: 02-10-2021). (FYI: I brought a witness that sat in the lobby of the DOL/OWCP MD office, where my witness heard the MD told his medical staff, "**I am going to make an example out of this case**". It appeared to Christopher Andreski witness, who was sitting in the DOL/OWCP Second Opinion MD lobby that the DOL/OWCP MD appeared to care about what was going on in

Christopher Andreski DOL/OWCP USMS medical injury cases. It also appeared the DOL/OWCP MD could clearly see how Christopher Andreski health and well-being was being affected. The DOL/OWCP Second Opinion MD Christopher Andreski can attest the DOL/OWCP MD was frustrated/irritated with DOL/OWCP for not providing the DOL/OWCP MD with the proper supporting medical MRI reports and X-Ray medical reports. Again, this is another retaliation attack from the USMS and DOL/OWCP from Christopher Andreski Whistleblowing disclosures to the DOJ OIG Criminal Division and to the DOJ OIG Civil Division. **FYI**: Christopher Andreski was forced to go to the **04-14-2024** DOL/OWCP Second opinion doctor, while his mother who was suffering and dying of Cancer. While Christopher Andreski's mother end up passing away nine **(9)** days later **"04-22-2023"**, an hour before Christopher Andreski birthday.

**04-14-2023 -** The unknown hired PI's (white man and white woman) followed Christopher Andreski and his friend to his DOL/OWCP second opinion appointment in DOL/OWCP Case# 094006074 left shoulder to the Mount Pleasant, MI doctor's office. Vehicle: Ford 4-door, silver color vehicle, with a Michigan Plate# **EPN 8535**.

**04-18-2023 -** Christopher Andreski paid off Stem Cell IV payment receipt, regarding accepted DOL/OWCP left shoulder USMS work injury Case# 094006074.

**04-19-2023 - 04-22-2023 -** While Christopher Andreski was visiting his mother at her home dying of cancer while in Hospice Care. Four days of stalking/harassing of the same private investigator who kept stalking and harassing Christopher Andreski mothers' home, while the unknown private investigator knocking at the door to see if Christopher Andreski and family wanted to by (Ruse) cable/internet four (4) days in a row.

**04-25-2023 -** Christopher Andreski private "FedAvantage" "The Standard" disability insurance benefit of $100.00 a month was **illegally terminated** regarding Christopher Andreski USMS work injury left shoulder case. Christopher Andreski suspects the USMS ran interference again, regarding disabling Mr. Andreski private disability insurance benefit of $100.00 a month. Contacts: Karen.A.Ferguson@standard.com, and **Andrea Skufca -** askufca@standard.com**.**

**05-01-2023 - Exhibit# -** Attorney Stephanie N. Leet letter and email dated **05-01-2023**, advising Christopher Andreski that she is no longer is representing Christopher Andreski in FERS Disability Retirement claim. Christopher Andreski did not receive a refund. Attorney Stephanie N. Leet appeared to be communicating to the USMS to deceive and mislead Christopher Andreski about his correct Disability benefits / Special FERS benefits. At the end of Attorney Stephanie N. Leet letter dated 05-01-2023, Attorney states **"Please don't hesitate to contact our office if you need assistance with your federal workers' compensation claim in the future as they are separate matters." 'Thank you.".**

**05-03-2023 - Exhibit# -** Christopher Andreski email response to Attorney Stephanie N. Leet Paralegal Terri, from Attorney Leets (Paralegal-Terri) 05-01-2023 email. In Christopher Andreski email to Paralegal Terri to advise Attorney Stephanie Leet and update status regarding

Christopher Andreski DOL/OWCP Case# 094006074 left shoulder second opinion medical doctors report in Christopher Andreski OWCP Case# 094006074 Left Shoulder, and how Christopher Andreski's mother did not appreciate how the Private Investigators were knocking at her door four (**4**) days in a row, while Christopher Andreski was in hospice care and now has passed away.

**05-03-2023 -** Medical Doctor Steven Sclamberg (MD) **referral to Pain Management "Midwest Anesthesia & Pain", Medical Specialist Williiam Hayduk, PA-C** describes in his medical report that Christopher Andreski has Left Shoulder and Neck Pain. Medical Specialist William Hayduk, PA-C also indicates in the medical report Christopher Andreski mentions having tight achy sensation, numbness in his left shoulder joint and some limitations of lifting overhead, where it causes flare-ups at times. Then **Dr. William Hayduk** inquired if Christopher Andreski had a Disability Attorney, Christopher Andreski then told Dr. Hayduk his Disability Attorney is Stephanie Leet. Dr. Hayduk then told Christopher Andreski that he didn't know Disability Attorney Leet did DOL/OWCP cases. Then Dr. Hayduk asked Christopher Andreski for Attorney Leets phone number, as I only had Attorney Leet's Office number. Dr. Hayduk then had his staff provide him with Disability Attorney Leets cell phone. Dr. Hayduk called Attorney Stephaine Leet and was even able to get ahold of Attorney Leet, while Christopher Andreski was present in the medical examining room with Dr. Hayduk. When Dr. Hayduk told Attorney Stephanie Leet that he was inquiring about Christopher Andreski, it appeared then that Attorney Leet inquired if Christopher Andreski was presently by Dr. Hayduk. That is when Dr. Hayduk step out of the medical examining room and talked with Christopher Andreski Disability Attorney Stephanie Leet. This was another "**Red Flag**" indicator for Christopher Andreski, regarding Disability Attorney Stephaine Leet conduct.

**05-05-2023 -** Christopher Andreski USPS overnight certified receipt# **EJ958509865US**, (Signed by **J CLOUSE**) regarding Christopher Andreski PII Sensitive Information personal/medical forced application for Special FERS LEO 6© "1811" Disability OPM Retirement. (Same OPM Package - Suspected Retaliation and Interference).

**05-05-2023 -** Christopher Andreski USPS certified mail receipt# **9505 5108 6401 3125 9180 10**, regarding Christopher Andreski PII Sensitive Information personal/medical forced application for Special FERS LEO 6© "1811" Disability OPM Retirement. (Same OPM Package - Suspected Retaliation and Interference).

**05-13-2023 - FRAUD DOL/OWCP MEDICAL LETTER.** Red Flag# **1**, Christopher Andreski correct DOL/OWCP Case# 094006074 (Left Shoulder), incorrect 09-4006074 in fraud medical letter that is dated **05-13-2024**. Red-Flag# **2**, Christopher Andreski never had any medical appointment scheduled or a medically examination scheduled on **05-13-2023**, by the DOL/OWCP Second Opinion MD in Mount Pleasant, MI. Furthermore, the medical fraud letter identifies that Christopher Andreski was medically examined on **05-13-3024**, which is untrue and appears to be a **false statement**.

**05-15-2023 -** DOL/OWCP Disability Attorney Stephanie Leet letter to DOL/OWCP requesting a change of claim's examiner for Christopher Andreski accepted USMS injured left shoulder DOL/OWCP Case# 094006074. **"He feels the current examiner has a pattern of lying and manipulating the files against him"**. **FYI:** Christopher Andreski never told DOL/OWCP Disability Attorney Stephanie Leet to put that statement in Attorney Stephanie Leet dated 05-15-2023, letter Case# 094006074.

**06-12-2023 -** Third-party USPS Fake Envelope and Fake Letter from "**TANJA HENTELEFF**", Address: "**TANJA HUBACKER** 4938 HAMPDEN LN # 294 BETHESDA MD 20814-2914" – Red Flag 1, Appears to be a Fake USPS Tracking numbers on the USPS Label – 1 First Tracking – **9405 5036 9930 0559 0313 63 0102 0000 0444 9306** – **1st** Red Flag Appears to be fake USPS Postage Label. Mailed from **20814 986755212127600** – **2nd** Red Flag, Third-Party PII Sensitive Information. USPS Tracking# **9405 5036 9930 0559 0313 63. 3rd** - Red Flag, has different USPS tracking number, then the first USPS tracking number that is on top of the USPS label. Electronic Rate Approved# 038555749 (Third-Party). The return address on the envelope was different then the name and abbreviation on the third-party letter head, **"Tanja H. Hubacker"** - Red Flag **1**. Red Flag **2**, Non-Government email **thibacker@verizon.net** (**20 CFR & 10.15**). Red Fag **3**, the third-party letter states on top of the letter "**RE: Mandatory Dept of Labor/OWCP Vocational Evaluation"**, as the subject matter appears to be fraudulent and misleading. No USMS DOL/OWCP injury case number.

**06-16-2023 -** Attorney Stephanie Leet Paralegal email to Christopher Andreski, regarding **"Stephanie needs to speak to you on the proposed termination on file 094006074". FYI:** Christopher Andreski was and still is dealing with Neck issues on the left side of Christoher Andreski neck, but Attorney Stephanie Leet and Paralegal Legal were trying to get Christopher Andreski to give his PII Sensitive Information to a third party and train for a different position in the private sector which would be debtermential to Christopher Andreski Protected DOJ 6c LEO 1811 Special FERS retirement and benefits. Christopher Andreski suspects that Attorney Stephaine Leet and her Paralegal Terri, are conspiring with the USMS/OGC and DOL/OWCP to cause harm and duress to Christopher Andreski life and health and well-being.

**06-20-2023 -** Christopher Andreski email of questions to Attorney Stephanie Leet, who was not helpful in not answering question that Christopher Andreski provided in his 06-20-2023, email to Attorney Leet Paralegal for Attorney Stephanie Leet to answer. It appears Attorney Stephanie Leet has been looking from representing Christopher Andreski in Christopher Andreski DOL/OWCP work injury cases. It appears because of the misleading representation of Attorney Stephaine Leet, Attorney was also trying to get injuried protected employee Christopher Andreski to fire Attorney Stephanie Leet by using her Paralegal Terri and by the lack of care in Christopher Andreski injury DOL/OWCP cases. I personally believe the USMS and DOL/OWCP have compromised Attorney Stephanie Leet and her Paralegal Terri, by running medical interference and by impeding in misrepresenting Christopher Andreski in his USMS DOL/OWCP work injury cases. **(Possible Kickbacks for Attorney's, USMS, DOL/OWCP, USPS, and other third-parties in doing so?)**

**06-20-2023 -** Christopher Andreski DOL/OWCP medical travel denied from receiving the full amount of DOL/OWCP medical travel reinburment of 400 miles to only receiving DOL/OWCP medical travel reinburment of 100 miles. (Chicago, IL)

**06-22-2023 -** Christopher Andreski emailed to Attorney Stephanie Leet regarding Christopher Andreski vehicle issue while Christopher Andreski was traveling to Chicago, IL for medical treatment in Christopher Andreski USMS injury DOL/OWCP cases. While Christopher Andreski vehicle transmission blew-up unexpectedly inquired from Attoney Stephanie Leet if he could get any financial assistants from DOL/OWCP to repair Christopher Andreski vehicle. Christopher Andreski believes someone tampered with vehicle, because Christopher Andreski had his vehicle in the shop for and oil change days before traveling to Chicago, IL and all fluids were checked full and there were no leaks. The local Chicago, IL mechanic shop owner thought the transmission issue with my vehicle was odd after explaining my vehicle situation with him. The owner/mechanic also thought it was also unusual that my vehicle did not have any prior transmission issues or fluid leaking that would have been dripping in my home driveway where I park my vehicle "indicators". During this time, Christopher Andreski believes he was being followed everywhere by private investigators (PI) when trying to arrange transportation at the airport in Chicago, IL, and was being followed to the hotel that Christpher Andreski book online (Spoofing/Hacking Christopher Andreski Phone). When Christopher Andreski arrived at the hotel, the hotel staff told Christopher Andreski that his hotel room was not available, and the hotel was fully book. Christopher Andreski then walked across the street to the nearest hotel that evening and book a vacant room. **FYI: Attorney Stephanie Leet also told me that the DOL/OWCP would have to notify me that if DOL/OWCP hired any private investigator company to investigate me of monitor me.**

**06-27-2023 -** Christopher Andreski received a letter from Fed Advantage on June 21, 2023, ILLEGALLY terminating Christopher Andreski PRIVATE disability coverage Account Number: **M100081400**.

**06-27-2023 -** OSHA Regional Investigator Amy Bailey email and letter dismissing Christopher Andreski OSHA complaint **U.S. Marshals Service/Andreski/301017395.**

**06-28-2023 -** Christopher Andreski DOL Medical Form **CA-20.** 25. Remark: **"Patient still has a piece of bone that was removed during surgery "Plus" not consented by patient! Nerve Damage".** Signed by Medical Doctor Ronald Stumbris M.D.

**06-28-2023 -** Christopher Andreski USMS Medical Form, USM-522A Medical Form, Stem Cells. Signed by Medical Doctor Ronald Stumbris M.D.

**07-05-2023 -** Office of Personal Management (OPM) letter dated **July 5, 2023**, that appeared to be fraudulent to Christopher Andreski. The below suspicious information and incorrect information in the OPM "Fraud" letter, Christopher Andreski identifies in a letter that Christopher Andreski signed and dated on **08-03-2023**, and sent to OPM:

- The address listed above the July 5, 2023, OPM inquiry letter is missing a street number and street (1900 E St NW).
- My CSA confirmation (OPM) number was **incorrect** in the July 05, 2023, OPM inquiry letter that had been sent me, but also the incorrect CSA confirmation number only has seven numbers in the CSA confirmation number.
- My correct CSA confirmation number consists of **8** numbers, as does every government who applies for federal disability retirement.
- The **July 5, 2023**, OPM inquiry letter began with Dear Applicant, this is another Red Flag to me. The pervious letter OPM sent me on May 10, 2023, which had my correct CSA confirmation number in the letter, OPM started the letter off by beginning it with "Dear Christopher J Andreski:".
- The return address on the envelope of the July 5, 2023, dated letter to me was also labeled differently than the first OPM letter I received on May 10, 2023.
- The email address that was in the July 5, 2023, OPM letter was different then (Boyer_Disability@opm.gov) then the email address from the May 10, 2023, OPM letter I received (retire@opm.gov).

**07-07-2023 - Medical Doctor, Robert Piccinini**, D.O., DF.A.C.N signed his medical letter regarding his supporting Medical Doctors opinion in Christopher Andreski (DOI: 03-05-2019 / USMS work injury DOL/OWCP Case# **094006074** Left Shoulder.

**07-10-2023 -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski in a gas station parking lot and driving back to his home residence, while driving back home from Chicago, IL was little more and painful after the 18 injections of PRP to Christopher Andreski injured Left Shoulder DOL/OWCP Case# 094006074.

**07-12-2023 -** Christopher Andreski email response, to OSHA Regional Investigator Amy Bailey email and letter dismissing Christopher Andreski OSHA complaint **U.S. Marshals Service/Andreski/301017395.**

**07-14-2023 -** Receipt Request for review (RFR) Letter from **Robert Swick Chief, Division of Field Operations Directorate of Whistleblower Protection** Programs regarding the investigation file U.S. Marshals Service/Andreski/**301017395,** complaint filed under Section 11(c) of the Occupational Safety and Health Act of 1970.

**07-17-2023 -** Unknown individuals stalking Christopher Andreski at the Chesterton, IN library, when Christopher Andreski was traveling back home from his medical appointments in Chicago, IL for USMS work injury DOL/OWCP Case# 094006074. Christopher Andreski also video recorded the flying drones following him home in the evening hours in the Wendy's parking lot where the Van Burren County, Sheriff Department witnessed the flying drones.

**07-25-2023 - Exhibit# -** Christopher Andreski twelve (12) page letter to DOL/OWCP Vocational Specialist, detailing my medical issues pertaining to my USMS work injuries and the retaliation attacks from my Whistleblowing complaints and appears retaliation from my father's honest and truthful testimony in a EEO case involving USMS female USMS manger employee who was discriminated against regarding a USMS position.

**07-26-2023 -** Christopher Andreski email regarding the supporting medical evidence, coverage, and attacks to Christopher Andreski, attached documentation to Attorney Counsel Scott Graham, **MSPB**, USMS HRD HQ leadership, USMS OGC Simon Caine, and USMS OGC Cedric Bullock. Email Subject: **"When does the Stalking and Attacks Stop?"**

**07-27-2023 -** Christopher Andreski email regarding the unknown flying flashing drones followed me back home to Michigan from leaving my medical appointment in Chicago, IL, regarding my USMS work injuries DOL/OWCP cases.

**07-28-2023 -** DOL/OWCP Letter regarding fee application regarding Christopher Andreski USMS work injury left shoulder case in the amount of **$1380.00** be paid to Attorney Stephanie Leet.

**07-28-2023 -** Medical Email from the Stem Cell Institute Osteoarthrosis in Panama City, Panama, with a Conditional Approval after reviewing my medical USMS work injury DOL/OWCP cases (Stem Cell Institute does accept work comp?), for a payment of **$26, 900** dollars that Christopher Andreski does not have.

**07-30-2023 -** Christopher Andreski email response to the MSPB "Subject RE: **When do the Stalking and Attacks Stop?** Christopher Andreski response to the MSPB regarding retaliation, attacks, endangering Christopher Andreski life and terrorizing Christopher Andreski family.

**07-31-2023 - Exhibit# -** Christopher Andreski sent a PII Sensitive Information Medical package USPS Certified# **7021 1970 00007114 9508** Green Card mail on **07-27-2023,** to Special Handling Case Unit DFELHWC-FECA, PO BOX 8311 London, KY 40742-8311. Christopher Andreski received the return USPS Certified# **7021 1970 00007114 9508** Green Card receipt on 07-31-2023, as the USPS Green card had no signature but a third-party USPS Stamp.

**08-10-2023 - Exhibit# -** Christopher Andreski went to the Kent County Sheriff's Department to get his police report from the **08-08-2023**, from the 911 incident call. Then Christopher Andreski seek help from Kent County Sherriff Deputy **Detective Dustin Cook,** (Wondering Officer) who was trying to record Christopher Andreski speaking with Kent County Detective Dustin Cook's body camera on his chest. While Christopher Andreski could tell by Detective Cooks mannerisms and questions, that Detective Cook was being directed not to help Christopher Andreski, based on Detective Cook leading and bating questions, which were indicators to Christopher Andreski (Rural Public Corruption) that he was not going to get any help from the Kent County Sherriffs Department. Christopher Andreski did provide Detective Cook with his father's phone number in case someone decides to harm Christopher Andreski,

while Christopher Andreski made it clear to Detective Cook that Christopher Andreski's fathers phone number should not be given out to any USMS employee. **(Public Corruption)**

**08-10-2023 - Exhibit# - (USPS Cert# 7017 3040 0001 0928 1384 – USPS Envelope was dated, 08-10-2023),** Letter appears to be a fraudulent medical rehabilitation letter, based on my review. **(Remember, I have two (2) pending cases before the MSPB)** Why would I train for another position when I am still injured and things are getting worse and now are affecting my "**Neck**". Not to mention that I am protected as a DOJ 6c LEO "1811" injured federal employee.

**08-17-2023** - Christopher Andreski sent a package of supporting medical evidence to Directorate of Whistleblower Protection Programs, Att: Robert Swick Chief, Division of Field Operations, U.S. Department of Labor-OSHA, 200 Constitution Avenue, N.W., Rm N-4618 Washington DC 20210. In reference to **U.S. Marshals Service/Andreski/301017395,** complaint filed under Section **11(c)** of the Occupational Safety and Health Act of 1970.

**08-21-2023** - DOL/OWCP denial for full travel reimbursement letter from DOL/OWCP **(DFELHWC-FECA)**, regarding Christopher Andreski full travel reimbursement amount, for his traveling to medical appointments (GR-Chicago, IL – Day Trip). Christopher Andreski has been receiving full medical DOL/OWCP medical travel reimbursement of 400 miles and toll fees for almost a year. Now, Christopher Andreski is only approved for 100 miles of medical travel reimbursement **(20 C.F.R. & 10.315)** and appears no toll fees are approved, in Christopher Andreski USMS work injury DOL/OWCP Left Shoulder, Neck, and his DOL/OWCP Left Knee USMS work injury DOL/OWCP approved cases (Left Knee Master Case). Christopher Andreski brought his medical travel reimbursement issues up with his disability counsel Attorney Stephaine Leet. Attorney Stephanie Leet was not helpful and appeared wanting more and more money from Christopher Andreski who has financially exhausted. I think during this time-period, Attorney Stephanie Leet and her Paralegal Terri, have been compromised by the USMS, DOL and Third Parties.

**08-28-2023** - Email from Erin. S OPM – Boyers Disability Section (Boyers_Disability) to Christopher Andreski, regarding **#A9468038-0 – Andreski. "Could you please let us know how you sent your documents?" "Via mail or fax?".** FYI: The email appears to be possible retaliation/interference from the USMS or Potential Fraud from a third-party. **"We have reached out to your agency as well to retrieve the information needed case but have not received anything from them yet and will continue the efforts".**

**08-29-2023** - Video of flying blinking drones terrorizing Christopher Andreski and his friend who was driving Christopher Andreski home, from the Grand Rapids, MI train station from Christopher Andreski medical appointments in Chicago, IL. Furthermore, it appears that Christopher Andreski transmission was tampered with again during his trip to Chicago, IL.

**09-22-2023 -** Christopher Andreski email to Josiah Bear and Joel Johnson staff of Congressman John R. Moolenaar, regarding the two packages of Christopher Andreski PII Sensitive Information regarding **ANDRESKI REPORT Binder's 1,2,3,4,5,6,7,8,10.** Christopher Andreski PII Sensitive Information Whistleblowing material has been reported to the Criminal and Civil Divisions of the U.S. Department of Justice, was hand delivered by Christopher Andreski to Congressman John R. Moolenaar staff Director Josiah Bear for help with receiving medical reinburment and health benefits, but not for disclosing any of Christopher Andreski PII Sensitive Information to share by non-authorized parties and for games to be played with Christopher Andreski life. **FYI:** Christopher Andreski would have picked up the two (2) used flimsy amazon boxes from Congressman John R. Moolenaar, as it appears that someone has tampered with each (**2**) box. The reason Christopher Andreski has not opened either of the two (2) boxes that Congressman John R. Moolenaar staff Director **Josiah Bear sent** to Christopher Andreski home residence 12491 Woodland Park Dr. NE Belding, MI 48809, was because Christopher Andreski wanted to show my Attorney Counsel Scott Graham the two packages and possibly have law enforcement forensic team to annualize each box, but also run fingerprint analyst on the ANDRESKI REPORT Binders and plastic sleeves. Could you imagine if fingerprints from USMS employees or a hired Third-Party Private Investigators who are illegally terrorizing Christopher Andreski life, illegally obtained Christopher Andreski PII Sensitive Information and if prints were lifted and obtained from the clear plastic sleeves in the ANDRESKI REPORT Binders.

**09-27-2023 -** Christopher Andreski email to Kent County Detective Dustin Cook, regarding how (Detective Blue Shirt) turned a blind eye, when Christopher Andreski reported the criminal conduct "Hate Crimes" towards Christopher Andreski and his family in Kent County, MI. If that wasn't enough, Detective Blue Shirt then refused to take supporting evidence that Christopher Andreski voluntary hand delivered to Detective Blue Shirt. While Detective Blue Shirt refuse to take Christopher Andreski five document of Supporting Evidence of criminal conduct. Christopher Andreski then decided to follow up with a respectful email on **09-29-2023**, as Christopher Andreski attached Detective Blue Shirt the five (5) documents of supporting evidence that Detective Blue refused to take that day, Christopher Andreski then provided Detective Blue Shirt the Kent County Sherriff Department Dispatch recording from 2019, along with several documents of supporting evidence that identify the pattern of criminal conduct against Christopher Andreski and his family. This is another sign of Rural Political Corruption in the Kent County Sheriff's Department. While Christopher Andreski was seeking help and justice from Detective Blue Shirt, Christopher Andreski felt that he had no choice but to share with the to the U.S. Department of Justice and to the FBI the conduct of Detective Blue Shirt (Detective Dustin Cook). I am sure nothing will happen, but I have a legal to make everyone aware plan and hard for the approate parties to turn a blind eye.

**10-05-2023 - Exhibit# -** Christopher Andreski received a five (**5**) page United States Department of Labor Office of Administration Law Judges order title. **<u>"Advice to Complaint / Order To Show Cause Why The Complaint Should Not Be Dismissed"</u>. (29 C.F.R. & 18.21).**

**10-05-2023 -** "1811" Criminal Investigator Deputy U.S. Marshal Christopher Andreski **<u>OSHA-301</u>** form was approved, as it related to Christopher Andreski injury "Neck". "1811" Criminal

Investigator Deputy U.S. Marshal Christopher Andreski filed and summited a **DOL-CA-2a** form recurrence injury on **10-05-2023**, to "1811" Criminal Investigator Deputy U.S. Marshal Christopher Andreski accepted DOL OWCP USMS work injury Case# **094006074** Left Shoulder (**Missing Left Piece of Clavicle Bone from Left Shoulder).** "**NEW NECK INJURY**" DOL/OWCP Case.

**10-05-2023 - Exhibit# -** "1811" Criminal Investigator Deputy U.S. Marshal Christopher Andreski filed an **OSHA-301** form, that was completed by **Mark Land (703) 740-0285 on 10-05-2023.**

**10-05-2023 - Exhibit# -** "1811" Criminal Investigator Deputy U.S. Marshal Christopher Andreski filed and summited **a CA-2a recurrence** to Christopher Andreski "**ACCEPTED**" DOL OWCP USMS work injury Case# 094006074 / DOI: 03-05-2019 - Left Shoulder in DOL ECOMP System 10-05-2023.

**10-05-2023 - Exhibit# -** Christopher Andreski email to the DOL/OWCP Supervisor Claims Examiner Tiffany Capers "**Capers.Tiffany@DOL.GOV**" and DOL/OWCP Specialist Yemin K Adams **"Adams.Yemin@DOL.GOV"** for help/assistants in Christopher Andreski USMS injury cases, due to all the medical impeding and medical interference occurring to Christopher Andreski.

**10-05-2023 -** Five **(5)** videos of the USPS vehicle with no license plate of USPS Vehicle number tag on the USPS vehicle, driving past Christopher Andreski home residence, on Sunday. FYI: The pattern appears to be occurring on Sundays with the USPS vehicle with no identifiers USPS vehicle number or Michigan license plate.

**10-06-2023 -** Christopher Andreski also summited CA-2a recurrence in Christopher Andreski CA-2 Neck injury case in DOL ECOMP System on 10-06-2023. **(New Neck Injury – DOL/OWCP Case# 550458476 / ECN 17832324 / Date of USMS work injury 02-10-2021)**

**10-06-2023 -** Christopher Andreski received an email from the DOL/OWCP Supervisor Claims Examiner **Tiffany Capers**, regarding Christopher Andreski inquiry for help/assistants in his USMS injury cases. (Yemin K Adams was CC in email.)

**10-11-2023 -** Christopher Andreski received an email from the DOL/OWCP Supervisor Claims Examiner **Tiffany Capers**, regarding Christopher Andreski inquiry for help/assistants in his USMS injury cases. In Supervisor Claims Examiner Tiffany Capers makes Christopher Andreski aware that the **Special Claims unit has no jurisdiction to intervene with any case action (?)**. Supervisor Claims Examiner Tiffany Capers then states that **Office Director Kim Adams** will be contacting the Office Director of Office **8** which is where Christopher Andreski cases are assigned.

**10-13-2023 -** Christopher Andreski updated and uploaded medical regarding Christopher Andreski USMS work injuries **DOL/OWCP Case# 550458476 New NECK case** into DOL System

ECOMP. Furthermore, Christopher Andreski has a printout of his New Neck PII Sensitive Information medical that he uploaded into ECOMP for verification.

**10-16-2023 -** DOL/OWCP **Denial letter**, regarding Full Travel Reimbursement, in Christopher Andreski from receiving medical treatment in Chicago, IL. Regarding**, Christopher Andreski USMS injuries Left Knee, Left Shoulder, and Neck.**

**10-17-2023 - 10:08 AM -** Christopher Andreski email and attachments to Attorney Scott Graham, regarding Christopher Andreski **New Neck injury CA-2 and CA-2a** and the medical interference and political attacks towards Christopher Andreski life**. FYI**: **Congressman John Moolenaar Director Josiah Bear was CC in the email**.

**10-17-2023 - 4:45 PM -** Christopher Andreski email and attachments to USMS/OGC Simon Cain, USMS employee Sarah Sherman and Attorney Scott Graham, regarding Christopher Andreski **New Neck injury CA-2 and CA-2a,** and how **USMS employee Sarah Sherman is impeding and delaying Christopher Andreski medical care.** FYI: Congressman John Moolenaar and Congressman Moolenaar Director Josiah Bear were CC in Christopher Andreski email.

**10-19-2023 -** U.S. Department of Labor DFELHWC-FECA sent a letter to Christopher J Andreski, regarding his CA-2 DOL/**OWCP Case# 550458476 / ECN 17832324** Date of Injury (DOI) **02-10-2021, New Neck Injury**. The DFELHWC-FECA letter stated that Christopher Andreski has 60 days to submit necessary information. While Christopher Andreski summited additional Supporting Medical Evidence in his New NECK Injury. Would you believe it**,** someone **"Illegally Deleted"** Christopher Andreski New NECK Injury **OWCP Case# 550458476 / DOI 02-10-2021,** from Christopher Andreski DOL/OWCP ECOMP system injury case file.
Why was Christopher John Andreski CA-2 DOL FECA/OWCP Case# **550458476** / ECN **17832324** / Date of USMS work injury 02-10-2021, **NEW NECK injury DOL/OWCP case** was ACCEPTED but then **illegally DELETED**?

**10-20-2023 -** Christopher Andreski email "**2023-CAR-00002**" with attached documents to the **OAJL-NewportNews@dol.gov**, regarding Christopher Andreski receiving help and an extension under the CAARES Act and the attacks and his family have endured. Christopher Andreski also suspects that the USMS is impeding and influencing behind the scenes with OSHA CAARES Act, MSPB, and DOL/OWCP that all fall under the U.S. Department of Labor Division. Side Note: When Christopher Andreski called and inquired to several governmental division counsels in Washington D.C. about the CAARES Act, Christopher Andreski could not get a straight answer from anyone and some government employees when Christopher Andreski mentioned CAARES Act the government employee would hang up the phone.

**10-23-2023 -** Christopher Andreski filed a DOL ECOMP complaint regarding his FECA/OWCP **Case# 550458476 DOI: 02-10-2021, New Neck injury** FECA/OWCP case that was never received by **17 (Fiscal).** When Christopher Andreski filed his complaint with DOL/OWCP Director. Christopher Andreski PII Sensitive Information/Personal Medical USPS green card return receipt

USPS mail services and UPS Services, appears that all Christopher Andreski mail is being tampered with, stolen, and/or never making it to the proper destination. Additionally, most of Christopher Andreski USPS green card return receipts are not being signed. **Blacklisting anyone is illegal. 504 of the Rehabilitation Act which is also regulated by 45 CFR Part 84".**

**10-23-2023 - 11:09 AM (Greenville, MI USPS Post** - Christopher Andreski USPS Certified mail of PII Sensitive Information/Personal Medical USPS Big box to the **Ellis Clinic, in Oklahoma City, OK**. Christopher Andreski believes that a third-party illegally intercepted Christopher Andreski PII Sensitive Information/Personal Medical USPS package. FYI: The USPS Green Card return receipt# **9589 0710 5270 1031 2448 28**, was never signed and had the same USPS stamp dated **11-23-2023**, on the USPS Green Card. **20 days come on.**

**10-25-2023** - Christopher Andreski DOL FECA/OWCP # 094006074 letter regarding Christopher John Andreski U.S. Department of Labor DFELHWC-FECA/OWCP Case# **550458476 (Separate Body Part NECK) was illegally deleted,** per FECA Practice Manual.

**10-31-2023** - Christopher Andreski fax (405-917-2250) PII Sensitive Information updated medical to Ellis Clinic, Paralegal Page in Oklahoma City, OK.

**11-06-2023 - 7:48 AM** - Christopher Andreski received a FaceTime Audio call from **1-( 914) 629-7849,** while Christopher Andreski did not answer but did reset his personal cell phone network.

**11-09-2023** - Two (2) videos of flying blinking drones terrorizing Christopher Andreski driving to his medical appointments in Chicago, IL. Sent to Attorney Counsel Scott Graham.

**11-09-2023 - (NECK MRI)** - Medical Doctor Heather Burkbank M.D. MRI medical report regarding Christopher Andreski **MRI Cervical Spine** Medical Report. (Chicago, IL)

**11-16-2023** - DOL/OWCP **Denial** letter DOL/OWCP Case# 094006074 left Shoulder/Neck, that pertains to providing Christopher Andreski authorization for Cab Fare to medical appointments in Chicago, IL on **11/09/2023 ($7,516.12). Side Note:** Christopher Andreski had no choice to apply for a Cab Fare ride to his medical appointments in Chicago, IL. While OWCP DOL was **authorized** (DOL/OWCP Director Christina P.) to reimburse Christopher Andreski for full medical travel authorization **400 Miles and Toll Fees** to medical appointments in **Chicago, IL**. OWCP DOL (CE Jodi G.) only was authorizing 100 Miles of medical travel reimbursement to Christopher Andreski, that caused Christopher Andreski a financial impact to receive medical care and medical treatment from his travels, regarding Christopher Andreski USMS injury's and an accepted DOL/OWCP cases from his medical provider in Chicago, IL. Attorney Stephanie Leet was also CC in Christopher Andreski DOL/OWCP CE Denial Cab Fare Letter.

**12-05-2023** - Christopher Andreski twenty-seven **(27)** page letter of updated supporting medical evidence and questions, regarding Christopher Andreski USMS work injuries **New NECK**

**DOL/OWCP Case# 550458476** into DOL/OWCP System **ECOMP**. Furthermore, Christopher Andreski mailed USPS his New Neck PII Sensitive Information medical neck documents and twenty-seven **(27)** page letter to the U.S. Department of Labor Director because Christopher Andreski New Neck was illegally deleted in the DOL/OWCP ECOMP system.

**12-05-2023 -** Three (3) videos of flying blinking drones terrorizing Christopher Andreski at Rite Aid, in Belding, MI purchasing medical in Belding, MI and at Christopher Andreski home residence, 12491 Woodland Park Dr. NE Belding, MI 48809.

**12-07-2023** - Two (2) videos of flying blinking drones terrorizing Christopher Andreski driving to his medical appointments in Chicago, IL. Sent to Attorney Counsel Scott Graham.

**12-09-2023 -** Christopher Andreski mailed updated medical supporting evidence, regarding Christopher Andreski USMS work injury NECK and PII Sensitive Information to **Chief Sherri Doiron**, Branch of Hearing and Review – DFELHWC Office of Workers' Compensation Programs.

**12-18-2023 -** Christopher Andreski went to the **FBI** Field Office in **Detroit, MI** for help/assistants. Christopher Andreski also summited PII Sensitive Information, reported crimes and reported political criminal corruption occurring in the Western District of Michigan (Kent County, MI) from the past and still ongoing, to **FBI Special Agent Neil Gavin**.

**12-18-2023 -** Unknown party shot out Christopher Andreski truck rear driver side panel window while Christopher Andreski and his grandmother were in Christopher Andreski vehicle. During shooting incident Christopher Andreski and his grandmother heard a **"POP"** inside Christopher Andreski vehicle.

**12-20-2023 -** Christopher Andreski email to FBI Special Agent Neil Gavin and Attorney Scott Graham, regarding the attacked a video/picture of the flying drones and unknown private investigators attacking while Christopher Andreski was driving his vehicle off the highway. Vehicle Plate: (OIG) **OLG W16** (WIG).

**12-22-2023 -** Protecting Civil Rights by U.S. Attorney Mark A. Totten W/MI, states **"No one should have to endure harassment and discrimination, especially in their own homes".**

**12-24-2023 -** Christopher Andreski received a letter from a third-party AMCE Physicians Group in Byron Center, MI, for SSA of Michigan **(Fraud?). "CFR 10.15".**

**12-28-2023 -** Christopher Andreski email to **FBI Special Agent Neil Gavin,** pictures of Christopher Andreski rear vehicle window that was shot by an unknown party, while Christopher Andreski grandmother was in the vehicle.

**2023-2024** - Peak Performance, Chicago, IL DOL/OWCP medical reports and DOL/OWCP medical rehab/treatment reports, regarding Christopher Andreski USMS work injury's, Left Shoulder, Neck, Left Foot, and Left Knee. FYI": Peak Performance, Chicago, IL DOL/OWCP **appeared to be directed not to provide medical treatment** Christopher Andreski USMS work injury COVID-19 DOL/OWCP case, because of the overwhelming supporting medical evidence in Christopher Andreski USMS work injury COVID-19 DOL/OWCP case.

**01-03-2024** - Peak Performance, Chicago, IL DOL/OWCP medical rehab/treatment home exercises (2-pages) regarding Christopher Andreski USMS work injury NECK.

**01-18-2024 - Andreski v. USMS, OALJ No. 2023-CAR-00002**. "Please be advised that leave of the administrative law judge is not required for you to file an appeal.". "The procedures for filing an appeal are set forth at pages 4-7 of the Notice of Appeal section of the **Order Dismissing Complaint dated December 15, 2023**.".

**01-18-2024** - Christopher Andreski notarized statement (**01-16-2024**) to the Sterling Heights Police Department, regarding the prior retaliation shooting incident on **12-18-2023.**

**01-21-2024 - 1:27 PM** - USMS employee text message screenshot. It appears the USMS employee was **fishing for Christopher Andreski location**, while Christopher Andreski was in **Oklahoma City, OK**.

**01-23-2024 - 10:20** - Christopher Andreski traveled to on his own dime to scheduled medical appointments at the Ellis Clinic in Oklahoma City, OK, regarding Christopher Andreski USMS work injuries.

**01-23-2024 - 10:20** - Christopher Andreski screenshot missed call from Peak Performance Health Care in Chicago, IL, when Christopher Andreski was at Ellis Clinic in Oklahoma City, OK.

**01-23-2024 - 10:21 AM** - Christopher Andreski screenshot second missed call from Peak Performance Health Care in Chicago, IL, when Christopher Andreski was at Ellis Clinic in Oklahoma City, OK.

**01-23-2024 - 10:23 AM** - When Christopher Andreski was in Oklahoma City, OK, received a text message from Peak Performance Health Care in Chicago, IL. Screenshot text message from Christopher Andreski phone, **"Good morning Chris what days will you be able to come in?"**

**01-23-2024 - 5:54 AM** - Christopher Andreski screenshot **"Page"** email, regarding Christopher Andreski appointment at the Ellis Clinic in Oklahoma City, OK on **01-23-2024**.

**01-23-2024** - Christopher Andreski screenshot missed call from **+1(210) 640-1338**, San Antonio, TX. Appears number is used to Spoof or Track Christopher Andreski location.

**01-24-2024 - 2:13 PM -** Christopher Andreski screenshot missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-24-2024 - 2:15 PM -** Christopher Andreski screenshot second missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-24-2024 - 2:16 PM -** Christopher Andreski screenshot third missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-25-2024 - Exhibit# -** USPS Mail letter from Ellis Clinic, Oklahoma City, OK to Christopher John Andreski medical mail address, Christopher Andreski did not open envelope because of the medical fraud activity. FYI: Christopher Andreski specially told Ellis Clinic "Page" to send all medical / corresponds to Christopher Andreski PO Box address. **FRAUD Letter**.

**01-26-2024 - 12:52 PM -** Christopher Andreski screenshot missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-26-2024 - 12:53 PM -** Christopher Andreski screenshot second missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-26-2024 - 12:54 PM -** Christopher Andreski screenshot third missed call from **(727) 540-2616**, Saint Peterburg, FL. (Pinging Location)

**01-31-2024 -** USPS Mail letter from Ellis Clinic, Oklahoma City, OK to Christopher J. Andreski P.O. Box 183 Belding, MI 48809. Christopher Andreski did not open envelope because of the medical fraud activity. On the back of the Ellis Clinic USPS Mail letter had a barcode on the envelope.

**01-31-2024 - Exhibit# - (FRAUD)** Social Security Administration Supplement Security Income Notice of **Disapproval** Claim Number: **8671582**, nine **(9)** page letter (SSA-L444).

**02-19-2024 - 6:52 PM -** Christopher Andreski screenshot missed call (President Day) from **+1(876) 321-9237,** Kingston, Surrey County, Jamaica.

**02-21-2024 - 3:57 PM -** Screenshot Text message, from a former W/MI USMS contractor employee (CSO) recenly reached out to Christopher Andreski, by text messaging to Christopher Andreski personal mobile phone number. It appears that the former W/MI USMS contractor employee was being baited into reching out to Christopher Andreski with a leading open question, regarding former USMS employee Nordin. Christopher Andreski suspects that former USMS employee was utilizing former W/MI USMS contractor employee by trying to see if Christopher Andreski would respond negitivally about the the former W/MI USMS employee Bruce Nordin.

**02-23-2024 - (3:47 pm) -** DOL/OWCP ECOMP email, **Attorney Stephanie Leet** has **withdrawn representation** of Christopher Andreski USMS Injury Left Shoulder DOL/OWCP Case# 094006074.

**03-13-2024 -** Christopher Andreski received a **fraud medical letter/envelope** at address: 5333 Egypt Valley, MI 49503, from an unknown criminal by mailing from CAROL, STREAM, IL USPS mail service. **1.** Dear, Phillip Piggie, **2.** Patient name, Christopher Andreski and medical information was not on the medical fraud letter, **3.** Fraud Signature (Bigger loop in the "G" and the signature had two dots on letter inside of one dot (Previous Letters), **4.** Spelling and Punctuations were incorrect, regarding to the Medical PA name and medical title.

**03-15-2024 - 11:44 -** Christopher Andreski parked his vehicle on the street, that was across the street from the Public Library in Saranac, MI. Christopher Andreski suspected a potential PI vehicle was parked in front of Christopher Andreski vehicle. The potential PI vehicle had a Michigan license plate **EQP0583**, White in color AWD Chevy Traverse SUV.
FYI: Christopher Andreski approached the Female Ionia County Sheriff Deputy, and asked if the sheriff deputy could keep an eye on Christopher Andreski vehicle while he went into the Public Library in Saranac, MI for five (5) minutes to scan PII Sensitive documents to Christopher Andreski personal email. The Female Ionia County Sheriff Deputy then said she would keep an eye on Christopher Andreski vehicle. However, I did notice that there was a dark blue in color SUV vehicle that had two spotlights on the front of the SUV vehicle parked in the gas station parking lot, which was near the Female Ionia County Sheriff Deputy cruiser was parked. Christopher Andreski then inquired if the Female Ionia County Sheriff Deputy knew if the dark blue color SUV that had spotlights was a PI or unmarked unit? The Female Ionia County Sheriff Deputy then replied to Christopher Andreski while stating, the SUV that looks like an unmarked police cruiser was a local in the Saranac, MI area.

**03-15-2024 -13:20 -** Christopher Andreski **BELLE TIRE receipt** from an unknown criminal that vandalized **(slashed)** Christopher Andreski personal vehicle sidewall tire, which was located on front driver's side of Christopher Andreski vehicle. FYI: Christopher Andreski has color pictures and the vandalized slashed sidewall tire at a secure location.

**03-15-2024 - 4:36 PM -** Christopher Andreski then filed police report with the Ionia County Sheriff Department. While the Female Ionia County Sheriff Deputy was at the end of her shift, the Female Ionia County Sheriff Deputy however, took pictures of Christopher Andreski vandalized slashed tire. Ionia County Sheriff Deputy Bradley Mezei (**616-527-5737**) gave Christopher Andreski Complaint# **1508-24** dated 03-15-2024.

**03-18-2024 -** Christopher Andreski **REDACTED** Southfield Police Report, from the 03-18-2024 incident at the Southfield, MI Library. Christopher Andreski also has a witness, color photos of the unknown individuals who are stalking, **hacking, spoofing** and terrorizing Christopher Andreski and his family/friend's life's. FYI: "The police told Christopher Andreski to be safe."

**03-18-2024 -** Christopher Andreski detail email with attached supporting evidence and documentation to Attorney Counsel Scott Graham, Special Agent Neil Gavin, **W/MI** and **E/MI** US Attorney's offices, FBI Special Agent Cheyvoryea Gibson, FBI Victim Rights, DOJ Criminal Division, antitrust ATR Division, regarding the unjust and illegal medical interference and recent attacks to Christopher Andreski is enduring in the W/MI District and E/MI District. (**RURAL Political Corruption / Domestic Terrisom / Hate Crime**)

**03-18-2024** - Christopher Andreski concerning and reach out for help email regarding the fraudulent, terrorizing and intimidation events that occurred when Christopher Andreski was seeking help in his approved and denied USMS work injury DOL/OWCP cases on 01-23-2024 from a Medical Doctor in Oklahoma City, OK. Christopher Andreski sent the twenty-page (20-page) detail email to the following; Attorney Counsel Scott Graham, FBI Victim Rights Division, FBI Detroit, MI Agent in charge, FBI Special Agent Neil Gavin, DOJ Civil Division, DOJ Criminal Division, U.S. Attorney's office in the Eastern District of Michigan, U.S. Attorney's office in the Western District of Michigan and the Federal Government Antitrust Division.

**03-21-2024 -** Concerned friend BN who witnessed and wrote an affidavit regarding the incident in Southfield, MI library of unknown attackers are knowingly, willingly, and wontedly, terrorizing and committing cybercrimes towards Christopher Andreski health and well-being and life on **03-18-2024**.

**03-21-2024 -** Christopher Andreski received an email from USMS/OGC employee Cedric Bullock **(Cedric.Bullock@usdoj.gov)** with an attachment that pertains to the U.S. DEPARTMENT OF LABOR ADMINISTRATIVE REVIEW BOARD **ARB CASE NO. 2024-0015 and ALJ CASE NO. 2023-CAR-0002 dated 03-20-2024.**

**03-22-2024 -** Christopher Andreski received a letter from Attorney Stephanie N. Leet, that stated **"We are unable to represent you any longer on any matter, decision, or appeal for your federal worker's compensation cases."**.

**04-26-2024 -** Christopher Andreski three-page notarized medical letter/questioner that Christopher Andreski hand delivered to **Dr. Piyush Bhatnagar**. Additionally, Christopher Andreski has a one-page notarized medical **"proof of service letter"** to Dr. Piyush Bhatnagar
**04-26-2024 -** Christopher Andreski Medical Interference and Update email (Willingly, Knowingly, and Wantonly), to Attorney Counsel Scott Graham.

**04-29-2024 -** Christopher Andreski phone recorded conversation with Dr. Piyush Bhatnagar, MD., medical staff who told Christopher Andreski that he did not have a Medical Appointment scheduled at noon, on 04-29-2024. This appears to be Medical Fraud - West Michigan Family Medicine – (616) 808-2695. The involved parties, State of Michigan, DOL/OWCP, USPS, Unknown Third-Party, Dr. James Lebolt and/or Dr. Lebolts staff, Dr. John Millet, and Dr. Piyush Bhatnagar, MD.

## Disability Discrimination

- The USMS and DOL/OWCP purposely are not accepting several of Christopher Andreski USMS work injury DOL/OWCP cases.
- **04-23-2015 -** William W. Schwab MD. letter "The patient needs special shoes running shoes due to his left knee USMS injury while on duty and subsequent that was required".
- **09-15-2015 -** W/MI AUSA Sean Lewis signed letter to Christopher Andreski to DOL/OWCP, regarding USMS prisoner Richard Smith who tried to assault W/MI AUSA Sean Lewis, correct statement and incorrect statement. Truth is in the courtroom video.
- **2016-2017 -** FLEOA Attorney Lawrence Berger response letter to USMS OPR-IA Chief Deciding Official Cheryl Jacobs, regarding the in office mental games.
- **08-25-2020 -** DOL/OWCP CA-110 notes regarding my COVID-19 **CA-2** claim that is still not approved, inquiry from a DOL/OWCP Fraud Investigator Didier Anderson Office D52.
- **08-24-2020 -** Attorney Scott Graham email to the USMS, regarding the safety and health concerns of CIDUSM Christopher Andreski, assigned to W/MI USMS operational duties with no USMS issue gun or USMS Identifiers. Page 39.
- USMS, DOL/OWCP, and Third Parties Medical impeding and medical interference in all of Christopher Andreski USMS DOL/OWCP USMS injury cases. Regarding to the medical treatment, accurate medical information on options, canceling work hardening program, medical travel expenses, medical reimbursements, medical bills, other medical.
- **08-23-2021 -** W/MI USMS Management sent me a second (**2**) job offer in W/MI USMS District. Disability Attorney Stephanie Leet letter. The USMS does NOT have a Light Duty position in USMS policy for USMS Operational CIDUSM "1811" employees.
- USMS and DOL/OWCP interference in final assistance, pertaining to paying for medical treatments.
- USMS and DOL/OWCP medical interference and medical impeding with third-party's companies in Christopher Andreski DOL/OWCP USMS work injury cases.
- The overwhelming submissions of medical paper/medical responses, and medical 2nd opinion exams from the USMS and the DOL/OWCP.
- The DOL/OWCP are not not accepting Christopher Andreski supporting medical evidence.

Please see the attached corresponding emails and letters as I give a brief description below regarding the OPM Standard Form **3112B:**

- USMS employee **Andrew J. Deserto** letter that also had a date of March 28, 2022, to Christopher Andreski regarding **CHARGE: MEDICAL INABILITY TO PERFORM.**

- **04-07-2022**, Christopher Andreski email to USMS employees and to Mer. Andreski counsel regarding Christopher Andreski medical update.

- **04-21-2023**, USMS employee **Jay Bieber** letter with **CHARGE: MEDICAL INABILITY TO PERFORM -SUSTAINED.** Unfortunately, Christopher Andreski was not allowed to telework in the USMS Western District of Michigan (W/MI).

- **01-11-2022**, U.S. Marshals Reviewing Medical Officer F. Glass, MD report regarding Christopher Andreski medical condition. Side note: Christopher Andreski was never had a medical exam by U.S. Marshals Reviewing Medical Officer F. Glass, MD.

- **05-07-2022**, STAND FORM 50 – REMOVAL. FERS AND FICA SPECIAL.

- **06-17-2022**, Christopher Andreski email communication with USMS employees regarding Christopher Andreski benefits and what appears to be fraudulent activity to Christopher Andreski high three years of service with the USMS.

- Christopher Andreski and his counsel exercised Mr. Andreski rights at the U.S. MERIT SYSTEMS PROTECTION BOARD (MSPB).

- **07-13-2022**, Christopher Andreski email communication with USMS regarding what appears to be fraudulent activity to Christopher Andreski high three years as an 1811 Criminal Investigator Deputy U.S. Marshal of service with the USMS.

- **03-30-2023**,

Recreation – Horseplay – Assault – Harassment or Teasing – Idiopathic Falls – Emergencies – Union Representation

Employee is enrolled in Civil Air Patrol, Peace Corps, or other group covered by special legislation

Terminating COP – Employee returns to work with no loss of pay – Employee's period of employment expires – OWCP directs the employer to stop – COP has been paid for 45 days

Medical Benefits - Treatment λ OWCP authorizes medical services, appliances or supplies "likely to cure, give relief, reduce the degree or period of disability, or aid in lessening the amount of the monthly compensation." (5 USC 8103).

Wage Loss λ CA-7 λ Computation λ Deductions λ Leave Buy Back λ Termination

Wage Loss - Computation λ Elements included in pay: – The employee's full salary or full cash wage; – Night or shift differential; – Extra compensation/premium pay for Sunday or holiday work; – Administratively uncontrolled overtime; – Extra pay received by immigration and customs inspectors; – Availability pay for criminal investigators; – Heavy duty pay for rural carriers; – Quarters allowance for overseas personnel; – Dirty work pay; – Hazard pay; – Locality pay and COLA; and – Remote worksite allowance

Wage Loss - Computation λ Elements excluded from pay: – Overtime pay; – Locality/COLA pay for employees outside the US; – Bonus or premium pay for extraordinary service; – Per diem while in travel status; – Allowance for use of personal vehicle; and – Unemployment compensation

Wage Loss - Computation λ Determining Pay Rate – The basic rate is 66 2/3%, which is increased to 75% if there is at least one eligible dependent. λ Period of Entitlement – Waiting days: If the employee is disabled for 14 days or less (after the end of the COP period in traumatic injury cases), compensation is not payable for the first three calendar days of disability.

Wage Loss – Deductions λ Pay elements NOT deducted by OWCP: - Long Term Care (FLTCIP) - Flexible Spending Accounts (FSA) - Thrift Savings (TSP) - Taxes: OWCP benefits are "tax free" by law so federal/state taxes are not deducted, nor are Social Security taxes.

Wage Loss – Termination of λ Once OWCP accepts a claim, it has the burden of justifying termination of compensation benefits. – If compensation benefits are terminated, the right to medical benefits is not necessarily effected. – Entitlement to **FEHB** and life insurance ends with the termination of compensation benefits.

Wage Loss – Termination of λ Fraud Conviction λ Refusal/Abandonment of Suitable Employment λ No continuing injury related disability λ Zero loss of wage earning capacity (actual or constructed

Schedule Award λ Compensation is provided for specified periods of time for the permanent loss or loss of use of certain members, organs, and functions of the body. – Such loss or loss of use is known as permanent impairment. – Skin was added as a scheduled member in the regulations finalized 8/29/12 – The law does not allow for payment of a schedule award for impairment to the back, heart or brain. λ However, a back injury may result in impairment to an appendage, which would be eligible for a Schedule Award

Schedule Award Arm 312 Loss of Hearing (S) 52 Leg 288 Loss of Hearing (B) 200 Hand 244 Breast 42 Foot 205 Kidney 156 Eye 160 Larynx 160 Thumb 75 Lung 156 First Finger 46 Penis 205 Great Toe 38 Testicle 52 Second Finger 30 Tongue 160 Third Finger 25 Ovary/Fallopian Tube 52 Toe 16 Uterus/Cervix/Vulva/Vagina 205 Fourth Finger 15 Skin 205

## Dual Benefits λ Annuity Benefits Paid by OPM – Death Benefits – Lump Sum Payment λ Veteran's Disability – VA Death Benefits λ Social Security Act Benefits λ Tennessee Valley Authority λ Black Lung Benefits λ Railroad Retirement Act Benefits λ **Department of Justice Benefits for Survivors of Federal Law Enforcement Officers** λ Benefits for Judicial Officials Assassinated in Performance of Duty λ Severance and Separation Pay

Elections between OWCP and OPM λ If entitled to both FECA disability compensation and OPM retirement benefits, employee must make an election which is not irrevocable. λ OWCP benefits tend to pay more than OPM. However, if FECA is elected, employee is subject to OWCP rules regarding obligation to return to work. λ May receive schedule award concurrently.

**Return to Work Employer's Responsibilities** λ OPM restoration rights: – Recovery within a year: right to be restored to the job held when injured, or equivalent. Such an employee is expected to apply for reemployment with his or her agency immediately upon recovery. – If more than one year to recover, the agency has the right to separate the employee. The claimant remains entitled to priority consideration, provided he or she applies for reemployment within 30 days after compensation ends. λ If alternative positions are available for partially disabled employees, advise the employee in writing of specific duties and physical demands. λ Where no alternative positions are available, advise the employee of any accommodations the agency can make.

**Return to Work Acceptable Reasons for Refusal** λ The position is withdrawn. λ The claimant found other work which fairly and reasonably represents his/her earning capacity. λ Medical evidence establishes that the condition has worsened and the claimant is unable to perform the duties. λ Attending physician advises employee not to accept (this will be further developed by OWCP through IMEs). λ Claimant is unable to travel to the job because of the injury. λ Medical condition has arisen since the compensable injury and prevents the claimant from working.

1. ENDANGERMENT.

Return to Work Unacceptable Reasons for Refusal λ Preference for the area in which he or she currently resides. λ Dislike of the position offered or work hours λ Lack of promotion potential. λ Lack of job security. λ Retirement λ Age

Return to Work Vocational Rehabilitation VocRehab services are offered at the discretion of OWCP but may include: λ Medical rehabilitation (FCE, work hardening) λ Placement with the previous employer λ Training λ Placement with a new employer. 1811 LEO does not have to downgrade to anther position.

No Disclosure Without Consent

Structure of the Privacy Act

♣ESTABLISHES RIGHTS (INDIVIDUALS) ♣CREATES RESPONSIBILITIES (AGENCIES) ♣PROVIDES OVERSIGHT MECHANISMS ♣NOT JUST ACCESS AND DISCLOSURE— RECORDS MANAGEMENT IS KEY "

INFORMATION ABOUT AN INDIVIDUAL – EDUCATION, FINANCIAL TRANSACTIONS, MEDICAL HISTORY, AND CRIMINAL AND EMPLOYMENT HISTORY

INDIVIDUAL IDENTIFIER – NAME, IDENTIFYING NUMBER, SYMBOL, OR OTHER IDENTIFYING PARTICULAR ASSIGNED TO INDIVIDUAL, SUCH AS FINGERPRINT, VOICE PRINT, BIOMETRIC OR PHOTOGRAPH

1. FEDERAL EMPLOYEE DISCLOSURE OF INFORMATION PROHIBITED FROM DISCLOSURE --(all three)-- MISDEMEANOR, FINE NOT > $5,000 PRIVACY ACT—CRIMINAL PENALTIES (INDIVIDUALS) 3. ANYONE, INCLUDING A FEDERAL EMPLOYEE, REQUESTS OR OBTAINS ANY RECORD UNDER FALSE PRETENSES

These provisions are solely criminal, and create no private right of action against a federal employee individually ♣ In other words, if you violate an individual's privacy, the individual can only sue the government BUT THE GOVERNMENT CAN PROSECUTE YOU

PRIVACY ACT—CIVIL REMEDIES

CIVIL REMEDIES—AMENDMENT, ACCESS, ACCURACY, & OTHER DAMAGES SUIT IS AGAINST FEDERAL AGENCY ONLY— INDIVIDUAL FEDERAL EMPLOYEE IS NOT ABLE TO BE SUED FOR MONEY DAMAGES UNDER THE PRIVACY ACT

WORKERS' COMPENSATION RECORDS BELONG TO DOL, AND DOL ONLY ANY RECORDS THE EMPLOYING AGENCY HAS, INCLUDING COPIES, BELONG TO DOL

PRIVACY ACT WHAT DOES THAT MEAN? ANY RECORDS THE AGENCY HAS BELONG TO DOL, AND CAN ONLY BE RELEASED IN ACCORDANCE WITH DOL'S PUBLISHED ROUTINE USES, AND **WITH DOL'S INTERPRETATION. Question**

Personally Identifiable Information (PII)

The department defines PII as information "whose disclosure could result in harm to the individual whose name or identity is linked to that information. Examples include, but are not limited to, social security number; credit card number; bank account number; residential address; residential or personal telephone; biometric identifier (image, fingerprint, iris, etc.); date of birth; mother's maiden name; criminal records; medical records; and financial records. The conjunction of one data element with one or more additional elements increases the level of sensitivity and/or propensity to cause harm in the event of compromise.

## DISCLOSURE YES/NO??

**EMPLOYING AGENCY – OIG—YES (IF INVESTIGATING FECA FRAUD)** – INJURY COMP—YES – SECURITY OFFICE—YES, with limitations – SUPERVISOR—YES, IF RTW, and with limitations – EEO INVESTIGATOR—NO (with PA WAIVER, YES) – PERSONNEL ACTION—NO – AGENCY ATTORNEY—NO (if assisting agency with FECA case itself, YES) – BUDGET OFFICE—YES, summary information only – SAFETY AND HEALTH—YES, with limitations – UNION REPRESENTATIVE—YES, but only if representing claimant before OWCP

Main DOL Privacy Act Systems Page http://www.dol.gov/sol/privacy/main.htm v DOL/GOVT-1 Systems Notice http://www.dol.gov/sol/privacy/dol-govt-1.htm v DOL Universal Routine Uses http://www.dol.gov/sol/privacy/intro.htm v DOL's assertion of control http://www.dol.gov/sol/privacy/gov-wide.htm

Disability discrimination pertaining to injured/disabled 1811 Criminal Investigator Deputy U.S. Marshal, who is protected under United States Constitution and federal laws or treaties. Title IV. Title 18 Sec. 111. Title 18 Sec. 1115. Chapter 41-Sec. 871. &876 (a)(b)(c)(d). (5 U.S.C. 8331 (20)) and 8401(1). Title 18 Chap. 93 Sec.1917. Executive Order 13977, 18 U.S.C. & 1031(h). 18 U.S.C.1922. 18 U.S.C. & 1962(a), (b), and (c). 18 U.S.C. & 1962 Section (d), 18 U.S.C. & 1513(e). 18 U.S.C. & 1314. 18 U.S.C. & 1513(e). 18 U.S.C. Section 245. 42 U.S. Code& 1985 (1) and (2)

Disability discrimination pertaining to injured/disabled 1811 Criminal Investigator Deputy U.S. Marshal, who is protected under United States Constitution and federal laws or treaties. Title IV. Title 18 Sec. 111. Title 18 Sec. 1115. Chapter 41-Sec. 871. &876 (a)(b)(c)(d). (5 U.S.C. 8331 (20)) and 8401(1). Title 18 Chap. 93 Sec.1917. Executive Order 13977, 18 U.S.C. & 1031(h). 18 U.S.C.1922. 18 U.S.C. & 1962 Prohibited Activates Section 1962(a), (b), and (c). 18 U.S.C. & 1962 Section (d), 18 U.S.C. & 1513(e). 18 U.S.C. & 1314. 18 U.S.C. & 1513(e). 18 U.S.C. Section 245. 42 U.S. Code& 1985 (1) and (2).

# Covid Training - SECTION 1

## FEDERAL OWCP COVID-19 CA-1 CLAIMS

The Department of Labor has posted a bulletins explaining how they will process federal employee Covid 19 Claims under FECA. FECA Bulletins 21-09 and 21-10 which were published in April and August of 2021, based on the American Rescue Plan Act of 2021, says that all federal employees (not telework) are eligible to receive OWCP benefits after being infected with Covid as a result of exposure in the performance of duty. FECA bulletin 21-10 adds to Bulletin 21-09 from April 2021, which states that in order to establish a diagnosis of Covid-19, the federal employee should submit:

1. A positive Polymerase Chain Reaction (PCR) COVID-19 test result; or
2. A positive Antibody or Antigen COVID-19 test result, together with contemporaneous medical evidence that the claimant had documented symptoms of and/or was treated for COVID-19 by a physician (a notice to quarantine is not sufficient if there was no evidence of illness); or
3. If no positive laboratory test is available, a COVID-19 diagnosis from a physician together with rationalized medical opinion supporting the diagnosis and an explanation as to why a positive test result is not available.

The FECA bulletin states, "In certain rare instances, a physician may provide a rationalized opinion with supporting factual and medical background as to why the employee has a diagnosis of COVID-19 notwithstanding a negative or series of negative COVID-19 test results."

It goes on to say, "As antigen testing has become more prevalent over the course of the COVID-19 pandemic, the FECA Program will no longer require contemporaneous medical evidence submitted together with an antigen test to establish the diagnosis of COVID-19. Submission of an antigen test alone is now sufficient to establish the medical component of a COVID-19 claim."

So, in other words, OWCP is accepting work-related Covid claims from federal employees who have a positive PCR Covid test, a positive antigen test, or a medical narrative from your doctor that clearly details why and how the employee has had Covid-19, with or without positive testing.

And for those federal employees who previously had their OWCP Covid claims denied after submitting a positive antigen test, Bulletin 21-10 says they will automatically go back and review those claims and reverse them.

### Report Covid Claims with Form CA-1 on ECOMP

OWCP requires all federal work-related Covid-19 claims to be submitted by filling out a CA-1 form using ECOMP. You can access this portal by going to ecomp.dol.gov and creating a user profile. From there, complete the Covid CA-1 and your supervisor will be notified to complete their portion prior to submitting the completed form to OWCP.

You will be able to upload relevant documents to assist in getting your OWCP Covid claims approved. These may include:

1. A positive Covid-19 PCR Test
2. A positive Antibody or Antigen Covid-19 Test

Attachment # 2
III. Statement of Claim

**Targeted in the USMS during the**

**Impacted of COVID-19**

**EXHIBITS to DOJ:**

1. Fax of the COVID-19 complaint to DOJ.
2. OWCP Covid-19 Fact finding (FYI: No tests or vaccines were available currently when I was exposed to COVID-19, with 12 USMS prisoners in an enclosed USMS prisoner van for hours).
3. OSHA -301 form and CA-2.
4. USMS schedule Airlift where I caught COVID-19.
5. The day I called in sick.
6. The email chain with Lisa Swanson the Administration Officer (AO) of the W/MI district.
7. March 6th, 2020, Attorney General notified DOJ Employees.
8. March 12th, 2020, USMS of W/MI District notifies protocol.
9. March 17th, 2020, District notifies DUSM's of protocol in cellblock.
10. March 23rd, 2020, W/MI District Court Order.
11. March 24, 2020, W/MI USMS Management sends out email on DUSM's and staff with COVID-19 exposure to stay home.
    (Remember, I was told to toughen it out and I will be ok).

**Targeted in the USMS during the**

**Impacted of COVID-19**

**EXHIBITS:**

12. OWCP COVID-19 denial letter and reconsideration response.
13. OWCP sent me on August 11, 2020, of W/MI USMS AO Lisa Swanson response that she created on May 6th, 2020, to my CA-2 COVID-19 claim.
14. My comments to AO Swanson incorrect comments to OWCP.
15. April 3rd, 2020, USMS Management gives district number of positive cases in the W/MI district.
16. Second in command (Assistant Director)of the USMS agency is giving a good alert notice email to the USMS agency.
17. January 6th, 2021, USMS management sends email out to the W/MI district (2 Supervisors DUSM's working an overtime detail usually does not happen in the USMS. (I told ACDUSM Guzman I was in the gym next to SDUSM Ortiz during this time. (Again, I was told to toughen it up and I would be fine).
18. February 3rd, 2021, DOJ OIG Releases Review of the USMS's Response to the COVID-19 Pandemic.
19. March 3rd, 2021, medical letter to OWCP on the fact finding of my exposure to COVID-19.
20. April 14, 2021, 2nd positive test of the COVID-19 antibodies.
21. April 16, 2021, Doctor letter to OWCP regarding COVID-19 exposure.
22. April 21st and 23rd 2021, emails regarding civil rights, hate crimes and other crimes.
23. Emails from USMS and DOJ regarding COVID-19.
24. DOJ Investigation Packet of COVID-19 with the USMS.
25. August 20, 2021, resent signed copy of the reconsideration letter and uploaded to OWCP ECOMP.
26. August 21, 2021, my COVID-19 case, which is now assigned to a Quality Assurance and Mentoring Examiner, (Find that odd).
27. September 15, 2021, received OWCP letter on reconsideration.
28. September 20th, 2021, Fax a copy of my COVID-19 packet to DOJ (Also sent a copy of my COVID-19 PACKET USPS in July 2021.

## Targeted in the USMS during the

## Impacted of COVID-19

## Additional Exhibits:

29. Department of Labor OSHA Form 301, details Christopher Andreski COVID-19 symptoms. Additionally, the OSHA Form was completed by W/MI USMS employee OSHA Record Keeper Tony Casper completed the OSHA 301 forms on **03-20-2020**.

30. **08-25-2020**, DOL/OWCP CA-110 notes from Didier Anderson Office D52, who was inquiring verification weather Christopher Andreski (clmt) is a DEPUTY US MARSHAL/CRIMINAL INVESTIGATOR.

- Additional CA-110 Notes, from Didier Anderson from Office 14 **(Fraud/MBE)** on **07-20-2021** and a Federal OWCP Covid Training SECTION 1 flyer.

31. On **08-20-2021**, DOL letter notifying the USMS for reconsideration per the requirement of **20 C.F.R. & 10.609(a)**, request that pertains only to medical issue.

- On **08-23-2021,** response from USMS employee Ryan Arpin **"No response from agency"**.

32. Two letters sent on **06-07-2022** and **06-15-2022** regarding acknowledgement receipt of petition dated **05-25-2022.**

33. On **06-29-2022**, DOL letter notifying the USMS for reconsideration per the requirement of **20 C.F.R. & 10.609(a)**, request that pertains only to medical issue.

- On **09-15-2021,** DOL letter with a correspondence appeal request date of **05-25-2022.**

34. On **02-22-2022**, Peak Performance Evaluation and signed off by Olesia Galanesi, MSN, APRN, FNP-C on **05-04-2022** and Ronald Stumbris, MD on **05-04-2022**.

35. On **07-15-2022**, email from with Spectrum Health with attached COVID-19 letter from Elizabeth M. Verduin, PA-C, dated **3-25-2021** and Dr. Edward Snell signature.

36. On **07-01-2022**, the USMS Agency Response from USMS employee Sarah Sherman **"Agency cannot respond since reconsideration is due to medical"**. This response is regarding the Correspondence Dated **06-29-2022**.

37. On **09-09-2022**, hired Victor Walker DOL/OWCP Representative. Unfortenaly, Representative Victor Walker was removed from Christopher Andreski COVID-19 case, due to suspected interference by other parties that were not looking out for Christopher Andreski best interest.

38. On **10-07-2022,** DOL/OWCP Case# **094014491** Merit Review1-D-RECO sent a COVID-19 denial letter, with appeal rights on the last page of the denial letter.

39. **02-28-2020,** Dr. John Millett, Medical notes **(New Evidence)**, regarding Christopher Andreski work-related COVID-19 exposure on **02-24-2020**.

40. Additional COVID-19 evidence, in response to DOL COVID-19 denial letter dated 10-07-2022. (**OWCP Case# 094014491**).

41. Department of Labor and Economic Opportunity, Workers Disability Compensation Agency, General Rules, Emergency Rules. Filed with the secretary of state on **10-16-2020.**

42. **02-08-2023**, Peak Performance Healthcare new appeal COVID-19 medical letter from Olesia Galanesi, APRN FNP-C.

43. Additional documents of rules, laws, policies, and position.

- **07-30-2020**, Henry J. Kerner Statement on Whistleblower Appreciation Day.

- Federal Workers Compensation (OWCP) Rules, Laws, and Regulations. **(20 CFR 10.16 / 18 USC 1922)**

- **H.R. 2137** AN ACT.

- Christopher Andreski - Certification of service as a Law Enforcement Officer,

**(Criminal Investigator Deputy U.S. Marshal)**.

- **20 CFR 10.16**, outlines the civil and criminal penalties in section **(a)** and **(b)**.

- **10.315** outlines OWCP pay for reimbursement for travel for medical case.

- **908**. Elements of **18 U.S.C. & 1001**.

- **15 U.S.C. & 7a-3** – Criminal Antitrust Anti-Retaliation Act (CAARA)

- **34 U.S.C. 10284** – Public Law **116-157**.

44. **02-24-2023** - American Red Cross letter to Christopher Andreski, confirming that **12-04-2020**, Christopher J. Andreski COVID-19 ANTIBODY RESULTS RESULTS: **POSITIVE.**

Attachment #2

An official website of the United States government Here's how you know

U.S. OFFICE OF SPECIAL COUNSEL

Main Menu

U.S. Office of Special Counsel > News > Special Counsel Henry J. Kerner Statement o...

**Left Navigation**

# SPECIAL COUNSEL HENRY J. KERNER STATEMENT ON WHISTLEBLOWER APPRECIATION DAY

*7/30/2020*

GENERAL

Special Counsel Henry J. Kerner today released the following statement:

"Today on National Whistleblower Appreciation Day, we honor those who have the courage to speak up and fix problems in our government. Whistleblowers are our first line of defense in rooting out waste, fraud, and wrongdoing. Today, we take a moment to honor them and the community that supports them.

"I would also like to acknowledge the staff of OSC who, in the face of unprecedented challenges this year, have continued to excel in their service to federal whistleblowers. Last quarter, while all of our staff were subject to precautionary mandatory telework, OSC obtained 105 favorable actions on behalf of whistleblowers, the highest number on record for a single quarter. OSC is as productive as ever in ensuring federal employees, whistleblowers, and veterans are protected under civil service laws. Especially during the COVID-19 pandemic, blowing the whistle has the power to save lives. OSC is honored to support these brave individuals and to participate in the celebration of National Whistleblower Appreciation Day."

***

Attachment #2 1 of 2

**United States Marshal Service**

**(1811) Criminal Investigator Deputy United State Marshal**

**Christopher Andreski**

**Injuries that occurred while working for the U.S. Marshal Service:**

**1113. 02-24-2020 CA-2 – OWCP Case# 094014491 COVID-19**

- **(Fifth Time Appealing COVID-19 Case and denied)**
- **02-24-2020** – DOL/OWCP will not accept Christopher Andreski Covid-19 Case. Mr. Andreski can only suspect the unethical interference; impending and misleading statements is outlined in detail ANDRESKI REPORT Binder# 8 USMS COVID-19 case.

**1114. DOL/OWCP Case# 062251865 Right Shoulder Schedule Award letter on 07-21-22, with a lesser wrong amount that was awarded to Christopher Andreski.**

- DOL/OWCP has been granted to pay me **5 percent** impairment rating for my right shoulder from **2010**.
- USMS would not provide proper paperwork to DOL/OWCP that pertained to Christopher Andreski Schedule Award Right Shoulder.
- Christopher Andreski Schedule Award was not calculated and awarded right.
- OWCP CE Jodi G. and the USMS are playing more games not to pay me on my right shoulder impairment rating.

**1115. DOL/OWCP Master Case# Left Knee / Left Knee Schedule Award.**

**1116. OWCP Case# 094006074 Left Shoulder – Andreski Report Binder# 6 and Binder# 7.**

**1117. DOL/OWCP three (3) DOL/OWCP PTSD claims** have been all combined together and assigned to my OWCP/DOL disability Attorney Stephanie Leet. DOL/OWCP has also assigned a **DOL/OWCP Master PTSD Case#.**

DOL/OWCP will not accept Christopher Andreski PTSD cases.

- **ANDRESKI REPORT Binder# 4** – OWCP Case# **550113498** Stress Claim.
- OWCP Case# **550113338** Chronic Pain / Nerve Damage from Injuries on job.
- OWCP Case# **550119188** – Harassment and Hostile Work Environment.

**1118. DOL/OWCP Denied USMS Asbestosis Exposes claim.**

**USMS Training Academy (FLETC)**

**Exhibit# - 28 USC 566:**

- (a) USMS provides security US District Courts.
- (e)Provide personal protection Federal Jurists, Court Officers, Witnesses.
- PROTECTIVE SERVICE MISSION – Any and all utilized to protect a designated individual from **harm** or **embarrassment**.

**Exhibit# - Mental Preparation:**

Negative Psychological Effects:

- Visual Processing.
- Motor Skill Performance.
- Cognitive Processing.
- Auditory Processing.

**Psychological Factors – What triggers the sympathetic nervous system response:**

- Fear of Death.
- Fear of Injury.
- Fear of Killing.
- Fear of Fear.
- Unexpected Impact.
- Close Threat/
- New Type of Threat. – (Treats from a USMS Manager and Treats to kill you from an USMS Operation employee.)
- Lack Confidence.
- Physical Exhaustion.

**Development:**

- Belief in the Mission.
- Personal Appearance.
- Physical Fitness.
- How You Wear Your Uniform/Equip.
- Understanding, Law, Policy.
- Reality Based Training.
- Continuous Positive Visualization.
- Commitment to Family/Friends/DUSMs.

**YOU MUST...:**

- 1. Mentally prepare for significant confrontations – Responsibility.
- 2. Develop ability and awareness to recognize dangerous situations and take immediate action – Thinking.
- 3. Win, not be willing to only survive – Determine and Proactive.

**Causes of Psychological Effects:**

Attachment #2

**Andreski Report**

**DOJ – OSC – USMS**

**Binder# 5**

**Exhibit List**

**Exhibit# 1 - 01-31-2022** - Christopher Andreski DOJ OIG Criminal Complaint.

**Exhibit# 2 - 12-17-2021** – DOJ Civil Rights Division email, with a record number: [redacted]

**Exhibit# 3 - 01-20-2022** - OIG CIGIE (OIG) Reveal Letter with attached fake OIG DOJ letter.

**Exhibit# 4** – Christopher Andreski Complaint to OSC. **(DI-22-000374)**

**Exhibit# 5 – 03-04-2022,** email from OSC Attorney Lynn Alexander to Attorney Scott Graham and a follow up email from OSC Attorney Lynn Alexander to Attorney Scott Graham **03-07-2022.**

**Exhibit# 6 – 03-22-2022,** two pictures of the package sent to OSC Attorney Whitney Waters and a receipt from USPS, along with a detail summary of table of contents of the Andreski Report complaint.

**Exhibit# 7 – 03-09-2022**, email from OSC Attorney Whitney J. Waters to Attorney Scott Graham regarding **OSC file# DI-22-000374.**

- **03-15-2022,** follow up email from OSC Attorney Whitney J. Waters to Attorney Scott Graham.

- **03-17-2022,** email from OSC Attorney Whitney J. Waters to Christopher Andreski regarding Mr. Andreski conversation with OSC Attorney Waters moving forward without representation.

- **03-21-2022,** email from Christopher Andreski to OSC Attorney Whitney Waters regarding supporting information that supports Christopher Andreski allegations.

- **03-21-2022,** follow up email from OSC Attorney Whitney J. Waters to Christopher Andreski regarding how OSC Disclosure Unit does not investigate disclosures, but will refer matters for investigation by the head of the agency if the disclosure unit has found that wrongdoing has occurred by federal employees.

**Exhibit# 8 – 04-11-2022,** email from OSC Attorney Lovie Jones to Christopher Andreski regarding Mr. Andreski complaint that alleged prohibited personnel practices (PPP). **(OSC File# MA-22-001119)**

**Exhibit# 9 – 04-13-2022,** email communication from OSC Whitney Waters and Christopher Andreski regarding scheduling a phone conference meeting and the Grassley Report regarding the excess amount of cash awards to Senior Executives in the USMS **(FOIA# 2022-USMS-000111).**

**Exhibit# 11 - 04-14-2022, –** OSC Attoney Sarah Karpinen email to Christopher Andreski regarding predetermination letter in **OCS Case MA-22-1119**. Additionally, OSC Attorney Karpinen gave Mr. Andreski 13 days to provide additional evidence or comments to OSC Attorney Karpinen.

**Exhibit# 12 – 04-14-2022,** email communication between Christopher Andreski and OSC Attorney Sarah Karpinen regarding sending supporting documentation to Sarah Karpinen U.S. Office of Special Counsel 1730 M Street NW Suite 218 WASHINGTON DC 20036-4531.

**Exhibit# 13 - 04-18-2022,** OSC email and final determination letter **(DI-22-000374)** from OSC Attorney Whitney J. Waters to Christopher Andreski.

**Exhibit# 14 – 04-19-2022**, email response with attached supporting documents from Christopher Andreski to OSC Director, OSC Officials and OSC Attorney Whitney Waters.

**Exhibit# 15 – 04-20-2022** - Email from Christopher Andreski to OSC Attorney Sarah Karpinen of off Duty Kent County Officer Voice Recording Call attachment.

**Exhibit# 16 – 04-21-2022** - Email from Christopher Andreski to OSC Attorney Sarah Karpinen Andreski Report Binder# 2 attachment 2020 OWI Ottawa County Case.

**Exhibit# 17 – 12-23-2021** - JSTARS (JMD) employee Fahmida emailed USMS employee Sarah Sherman regarding how USMS OWCP/DOL employee Christopher Andreski was unable to submit COVID Attestation Form and if USMS employee Sarah Sherman would contact Christopher Andreski and give Mr. Andreski guidance on how to submit COVID Attestation Form.

- Email Chain Breakdown - **Exhibit# 17:**

- **12-27-2021** - Email from Christopher Andreski to JSTARS (JMD) and USMS employee Sarah Sherman regarding unable to submit COVID Attestation Form.

- **12-28-2021 –** Email response from USMS employee Sarah Sherman, who responded by stating "Chris, vaccine attestation and Help vaccine does is not handle by my office." (Side Not; Sarah Sherman is the main POC when a USMS employee is on Workman's Compensation DOL/OWCP and who was also a Team Member for the new USMS program called Total Force Fitness Program.

- The TFF Program was introduced by the Tactical Operation Division Assistant Director Andrew Smith on 03-18-2021, which will utilize and integrative health and wellness approach to improve overall personal and organizational resiliency. Additionally, the TFF framework is comprised around 4 key elements, Work Life, Social, Psychological and Spiritual **(Exhibit# 37)**.

- **12-29-2021** – USMS employee Beverly Schmidt RN CCM sent Christopher Andreski an email advising Christopher Andreski that USMS employee Katrina Queen is the reasonable accommodation contact for the USMS and that Christopher Andreski need to reach out to Katrina Queen at kqueen@usms.doj.gov.
- **12-29-2021** – Christopher Andreski forwarded the email chain to USMS employee Katrina Queen, for a reasonable accommodation as it pertained to the COVID Attestation Form.

- **04-25-2022** - OSC Attorney Whitney Waters responded and acknowledged Christopher Andreski email chain, regarding Christopher Andreski issue of not being able to summit the COVID Attestation Form. OSC Attorney Whitney Waters also forward Christopher Andreski chain of emails to OSC Chief Deputy of the Disclosure Unit.

**Exhibit# 18 – 04-26-2022** – Christopher Andreski email and attached documentation of Christopher Andreski injuries that occurred on the job and medical documentation to OSC Attorney Whitney Waters and OSC Attorney Sarah Karpinen.

**Exhibit# 19 – 04-27-2022** - Christopher Andreski email and attached documentation to OSC Attorney Whitney Waters and OSC Attorney Sarah Karpinen. The documentation is regarding the National Whistleblower Appreciation Day that references Senator Chuck Grassley Report of **07-29-2020**, that involves the U.S. Marshal Service (USMS) Cash Awards and violation of USMS and DOJ policy regarding cash awards.

**Exhibit# 20 - 04-07-2022** – Christopher Andreski sent a confirmation email with attached documentation of the USMS package on Christopher Andreski received on **03-29-2022**. Christopher Andreski response email with attached documents on **04-07-2022**, was sent to USMS employees Gregory Shearer, Sarah Sherman, Katrina Queen, and Beverly Schmidt.

- Christopher Andreski also forwarded the **04-07-2022** email and attached USMS package to OSC Attorney Whitney Waters on **04-07-2022**. On **04-27-2022**, Christopher Andreski forwarded the email to OSC Attorney Sarah Karpinen on **04-27-2022**, regarding the confirmation email attached USMS package documents on **04-07-2022.**

- On **04-27-2022**, Christopher Andreski sent OSC Attorney Whitney Waters and OSC Attorney Sarah Karpinen an email along with attached USMS documents / medical.

- On **04-27-2022**, Christopher Andreski sent an email and attachment to Office of Special Counsel (OSC) Leadership Henry J. Kerner, Catherine McMullen and Kimberly Baxter, regarding the USMS proposed removal of Christopher Andreski.

- On **04-27-2022**, Christopher Andreski sent an email and attachment to Office of Special Counsel (OSC) Attorney Whitney Waters and OSC Attorney Sarah Karpinen, regarding the USMS proposed removal of Christopher Andreski.

**Exhibit# 21 – 05-05-2022 –** email from OSC Attorney Sarah Karpinen regarding trying to locate Christopher Andreski OSC Package to OSC Attorney Sarah Karpinen Tracking# **7020 3160 0001 0418 9521**.

- **05-06-2022** – Christopher Andreski email response along with attached documents (USPS receipt, USPS Tracking documents and signed received receipt) to OSC Attorney Sarah Karpinen.

- **04-28-2022** – Screen shot picture sent to Christopher Andreski personal cell phone of Former USMS employee Bruce Nordin email to W/MI-ALL (USMS) employees regarding former USMS employee Nordin retiring on **05-31-2022.**

**Exhibit# 22 - 05-16-2022 -** OSC Attorney Sarah Karpinen email confirmation to Christopher Andreski, that Attorney Karpinen located Mr. Andreski USPS package/USPS tracking# **7020 3160 0001 0418 9521** and apologized for the confusion.

**Exhibit# 23 – 05-09-2022** - Christopher Andreski sent an email and attached documents to Office of Special Counsel (OSC) Attorney Whitney Waters and OSC Attorney Sarah Karpinen, Deputy Chief of the Disclosure Unit Tracy Biggs, Henry Kerner, Catherine McMullen, regarding "DEQ Email Jarred Saunders and DEQ notes and lies".

**Exhibit# 24 – 05-09-2022** - Christopher Andreski sent an email and attached documents to Office of Special Counsel (OSC) Attorney Whitney Waters and OSC Attorney Sarah Karpinen, Deputy Chief of the Disclosure Unit Tracy Biggs, Henry Kerner, Catherine McMullen, regarding Christopher Andreski 2019 USMS OPR-IA Exhibits.

**Exhibit# 25 - 05-09-2022 -** Christopher Andreski sent an email and attached documents to Office of Special Counsel (OSC) Attorney Whitney Waters and OSC Attorney Sarah Karpinen, Deputy Chief of the Disclosure Unit Tracy Biggs, Henry Kerner, Catherine McMullen, regarding Christopher Andreski 2019 USMS OPR-IA **Email** Exhibits.

**Exhibit# 26 - 05-09-2022** - Christopher Andreski sent an email and attached documents to Office of Special Counsel (OSC) Attorney Whitney Waters and OSC Attorney Sarah Karpinen, Deputy Chief of the Disclosure Unit Tracy Biggs, Henry Kerner, Catherine McMullen, regarding Christopher Andreski 2019 USMS OPR-IA and DEQ/Eagle Emails.

**Exhibit# 27 - 05-10-2022 -** Christopher Andreski forwarded the email and the attached documents to Office of Special Counsel (OSC) Leadership Henry Kerner and Catherine McMullen, which pertained to the certified USPS package receipt (Tracking# **7020 3160 0001 0418 9521)** with a receiving signature from an OSC employee.

**Exhibit# 28 - 05-21-2022 -** Christopher Andreski sent an email and attached documents to Office of Special Counsel Deputy Chief of the Disclosure Unit Tracy Biggs, OSC Attorney Sarah Karpinen, OSC Leadership Henry Kerner and Catherine McMullen, regarding the U.S. Marshal Service (USMS) separating Christopher Andreski from service while still recovering from a work-related injury. Mr. Andreski also provided additional documents of evidence, regarding how the USMS attacked Mr. Andreski and how the attacks impacted Mr. Andreski life, physically, financially, and mentally.

**Exhibit# 29 – 05-24-2022 –** OSC Deputy Chief of the Disclosure Unit Tracy Biggs emailed Christopher Andreski regarding the reconsideration for OSC File No. DI-22-000374, RFR and the closure of the case. OSC Deputy Chief Briggs also mentions in her email that the closure determination decesion does not apply to the prohibited personnel practices (PPP), which are being reviewed by OSC Attorney Sarah Karpinen.

**Exhibit# 30 - 05-24-2022 –** Christopher Andreski follow up response email to OSC Deputy Chief Tracy Brigg, OSC Leadership Henry Kerner, Catherine McMullen, Kimberly Baxter, Patrick Boulay, Lis Brown, Emilee Collier, and Julie Figueira, regarding the closure of **OSC File No. DI-22-000374**, RFR.

**Exhibit# 31 – 06-01-2022**- OSC Attorney Sarah Karpinen follow up email to Christopher Andreski regarding the 06-01-2022, phone conversation between Attorney Karpinen and Mr. Andreski.

- OSC Attorney Karpinen expresses her concerns that Mr. Andreski feels like he may be in danger and that Mr. Andreski should reach out to local law enforcement for assistance.

- On 06-01-2022, Christopher Andreski responds to OSC Attorney Sarah Karpinen and also included OSC Leadership Henry Kerner, Catherine McMullen, Kimberly Baxter, Patrick Boulay, Lis Brown, Emilee Collier, and Julie Figueira in Mr. Andreski response email.

- In Christopher Andreski response email, Mr. Andreski expresses his concerns to OSC Attorney Karpinen about the health and safety of Mr. Andreski family and himself because of reporting all the attacks and reporting the Andreski Report to OSC.

**Exhibit# 32 – 06-02-2022 –** OSC Attorney Sarah Karpinen Closure email regarding **OSC Case MA-22-1119** to Christopher Andreski and OSC Attorney Karplnen **06-01-2022** OSC Closure letter for **OSC Case MA-22-1119** and explains Mr. Andreski IRA appeal rights at the MSPB.

- Private Attorney Scott Graham has filed an IRA appealed in Christopher Andreski behalf.

**Exhibit# 33 – 06-17-2022 –** Christopher Andreski forwarded OCS Attorney Sarah Karpinen the chain of email communications between Mr. Andreski and Headquarters (HQ) U.S. Marshal Service employees regarding the fraudulent activity to Christopher Andreski **Special Law Enforcement Officer (LEO) (6C) FERS Benefits and Health Insurance**.

- On **06-23-2022**, OSC Attorney Sarah Karpinen responded to Christopher Andreski forwarded email from **06-17-2022.**

- OSC Attorney Karpinen reminded Mr. Andreski in her email that Mr. Andreski Prohibited Personnel Practice case is closed, and to refer to OSC Attorney Karpinen letter from **06-02-2022**, regarding any additional rights Mr. Andreski may have.

**Exhibit# 34 – 07-04-2022 –** Christopher Andreski responding email from OSC Attorney Sarah Karpinen email and IRA letter on 06-02-2022. Mr. Andreski also included OSC Leadership Henry Kerner, Catherine McMullen, Kimberly Baxter, Patrick Boulay, Lis Brown, Emilee Collier, and Julie Figueira in Mr. Andreski response email.

- Christopher Andreski also included attached supportive documentation in Mr. Andreski email to OSC Attorney Sarah Karpinen and OSC Leadership on **07-04-2022.**

**Exhibit# 35 – 07-06-2022 -** OSC Attorney Sarah Karpinen response to Christopher Andreski email on **07-04-2022.**

- OSC Attorney Karpinen stated she was sorry that she could not offer further assistance. OSC Attorney Karpinen referred Mr. Andreskl to OSC Attorney Karpinen IRA letter from **06-02-2022**, regarding any information and additional appeal rights that Mr. Andreski may have. OSC Attorney Karpinen closed her 07-06-2022 email by stating "I wish you all the best".

**Exhibit# 36 – 08-05-2022 –** MSPB confirmation email that an IRA Appeal for Christopher J. Andreski has been filed with the MSPB Central Regional Office. **Confirmation# 216062 / Appeal# 202203419.**

- On **10-19-2022** Office of Special Counsel (OSC) sent Christopher Andreski a survey to fill out. Mr. Andreski forwarded the email to his Attorney Scott Graham, as OSC was hoping to hear back from Mr. Andreski soon. Unfortenaly, Mr. Andreski decided not to fill the OSC survey out.

**Exhibit# 37 – Christopher Andreski summary notes of the JSTARS 12-20-2021, and the USMS.**

- On **12-20-2021**, I received a Certified USPS slip in my resident mailbox. The USPS slip indicated that, DOJ had mailed me something and that I needed to pick it up at my local USPS office.

- On **12-21-2021**, I went to my local USPS office to sign for the piece of mail from DOJ, then I noticed it was really from the WMI USMS office.

- The exhibits detail the communication with JSTARS, USMS employee Bruce Nordin and USMS Headquarters employees, in regarding to the JSTARS COVID-19 Vaccination regarding the 11-08-2021, COVID Check application for Christopher Andreski.

**Exhibit# 38 – 01-31-2022** – Fitness-for-Duty-Determination USMS letter.

- **02-05-2022 –** Email from Scott Graham to Christopher Andreski, regarding picking up a USMS letter from former of USMS employee Bruce Nordin.

- **02-13-2022** - Christopher Andreski email of notes to Attorney Scott Graham regarding the USMS Fitness-for-determination USMS letter.

**Exhibit# 39 - 03-28-2022 –** Email from former USMS employee Bruce Nordin to Christopher Andreski regarding trying to meet Mr. Andreski at a unknown location to give Mr. Andreski USMS documents.

- **03-29-2022 –** Email from Christopher Andreski to Attorney Scott Graham, expressing his concerns of meeting with former USMS employee Bruce Nordin.

- **03-29-29-2022 –** Email from response from Attorney Scott Graham to Christopher Andreski, to see if former USMS employee Nordin is willing to meet Christopher Andreski and Mr. Andreski, Attorney (Scott Graham).

- **03-29-2022 –** Email response from Christopher Andreski to Attorney Scott Graham that Mr. Andreski does not want to meet with former USMS employee Bruce Nordin.

- **03-28-2022 –** USMS Package of documents were sent Priority Overnight through FedEx from former USMS employee Bruce Nordin to Christopher Andreski.

**Exhibit# 40 - 04-07-2022** – Christopher Andreski medical update email in response to the USMS Package Mr. Andreski received on **03-29-2022**. Mr. Andreski sent his response to HQ USMS employees Gregory Shearer, Sarah Sherman (USMS DOL/OWCP POC), Katrina Queen (USMS DOJ Reasonable Accountability POC), Beverly Schmidt (USMS Nurse POC for USMS Employees on Limited Duty).

- Christopher Andreski forwarded his medical update email to OSC Attorney Whitney Waters on **04-07-2022** and OSC Attorney Sarah Karpinen on **04-27-2022**.

- **04-07-2022** – USMS Nurse Beverly Schmidt response to Christopher Andreski medical update email on **04-07-2022**.

**Exhibit# 41 - 06-03-2022** – Email from Christopher Andreski to USMS employee Sarah Sherman and USMS HQ employees, and former USMS HQ employee and now USMS contract employee Terri Lunsford, regarding the illegal termination of Christopher Andreski Health Insurance Benefits (BCBS) and email confirmation of reinstating Christopher Andreski health insurance benefits (BCBS).

- Email attached documents for **Exhibit# 41** below.

- **05-19-2022** – BlueCross BlueShield (BCBS) termination letter.

- **01-27-2021** – FLEOA letter regarding "First Responder Fair RETIRE Act".

- Christopher Andreski page from "my EPP", regarding Federal Employees Group Life Insurance Basic page. My EPP also notified Christopher Andreski that because you have retired or separated the USMS that Mr. Andreski MY EPP page will be discounted after 90 days. Note the USMS separated Christopher Andreski from a work injury.

- Christopher Andreski Special LEO FERS 6(c) benefits from last 3 years **(2020-2022)**. In Mr. Andreski benefit packet, it will show the past three years average and Mr. Andreski LEO Special LEO FERS 6(c) benefits (LEAP) has been removed, as it pertains to Mr. Andreski high 3-year salary. In addition, Mr. Andreski Dental Insurance benefits have never been restored from the USMS.

- **01-25-2021** - Within-Grade Increase from a 13-2 to a 13-3.

- **08-19-2020** – Acknowledgement of receipt regarding the USMS removing Christopher Andreski Gun, Badge, Credentials (Tools) and Government Vehicle.

- **02-16-2021** - Attorney Scott Graham email to USMS W/MI Management, USMS HQ Management and USMS HQ employees, regarding the safety concerns and health and well-being of injuried USMS employee Christopher Andreski.

- **02-22-2021** – USMS employee Santuci Alexander response email to Attorney Scott Graham **02-16-2021** email, in addition W/MI USMS Management and HQ USMS Management were copied in USMS employee Santuci email.

- **09-17-2020** – Former USMS Deputy Director Derrick Driscoll USMS-ALL email. USMS AD Driscoll ended his email with a message to all USMS employees, **"There are individuals who are motivated solely by a desire to hurt or kill law enforcement, so please do not let your guard down".**

- **11-25-2020** – Former USMS Director Donald W. Washington USMS-ALL Happy Thanksgiving email. "Justice, Integrity, and Service.

- **04-21-2021** – Deputy Attorney General Lisa O. Monaco email to all DOJ Employees.

- **04-23-2021** - Associate Attorney General Vanita Gupta email to all DOJ Employees.

- **07-02-2021** – Christopher Andreski email to W/MI USMS Management regarding how W/MI USMS Management allowed W/MI USMS employees who have had a trouble career with the USMS, to disrespect and talk negative about Christopher Andreski character in the USMS W/MI staff meeting on **06-30-2021**.

- **07-08-2021** – W/MI USMS Management response email to Christopher Andreski on **07-02-2021**.

- UNITED STATES CODE. - **TITLE 18** – CRIMES AND CRIMINAL PROCEDURE.

- **Sec. 111**. Assaulting, resisting, or impeding certain officer or employee. **(a), (b).**

- **Sec. 115** Influencing, impeding or retailing against a Federal official by threating or injuring a family member. **(a)(1), (b)(1), (4).**

- **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** – DOJ Misconduct Law Enforcement Misconduct. **18 U.S.C. 242.** Deliberate Indifference to a Serious Medical Condition or a Substantial Risk of Harm. Failure to Intervene.

- **07-08-2021** – EAP documents.

- **09-27-2021** – USMS/OGC letter regarding **10-24-2019**, FOIA request all material from Christopher Andreski 2019 USMS IA (DEQ/Eagle).

- **08-15-2016** - 7.5 USMS Policy – WORKPLACE VIOLENCE PROGRAM.

- **Section D.** Policy: The USMS promotes a safe environment to all employees.

- **Section D - 1.** All reports of incidents will be taken seriously and pursed promptly. Individuals who commit such acts may be removed from the premises and may be subject to disciplinary action, criminal penalties, or both.

- **Section D - 2.** Such behavior can include oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **10-09-2015** – DOJ POLICY MEMORANDUM # 2015-04. Subject Prevention of Harassment in the Workplace.

- **03-24-2014** – USMS Memorandum "ZERO TOLERANCE" policy for any form of unlawful harassment.
- DOJ OIG report from **09-15-2015**, Investigation Summary of the Finding of Misconduct by a U.S. Marshal for creating a Hostile Work Envirorment and Failing to Report an Employee's Alleged Misconduct.

  **Exhibit# 42** - Email commination from **03-25-2021 03-30-2021**) between USMS Health and Medical Programs Assistant Chief, Wanda Karls and Christopher Andreski. The email communication between USMS Assistant Chief Karls and Mr. Andreski, was regarding the first USMS job offer to Christopher Andreski and the misleading/false language that was used in the first USMS job offer letter to Christopher Andreski.

- Christopher Andreski notes regarding email communication (**03-25-2021** and **03-30-2021)** between USMS Health and Medical Programs Assistant Chief Wanda Karls and Christopher Andreski, and USMS Limited Duty Policy.

- **03-31-2021 at 9:57 AM,** – USMS Employe Medical Programs Notice of Medical Status that USMS nurse employee Beverly Schmidt restricted Christopher Andreski from full-duty. USMS Nurse Schmidt sent the medical status document to Christopher Andreski, USMS employees Joseph Guzman, Lisa Swanson and former USMS employee Bruce Nordin.

- **03-31-2021 at 9:59 AM** - Former USMS employee Bruce Nordin sent an email to USMS Nurse Beverly Schmidt, regarding the expected date of DUSM Andreski being on limited duty with the USMS.

- Side note, while reading the Andreski Report, have you read former USMS employee Bruce Nordin concerned about injured **(Criminal Investigator Deputy U.S. Marshal)** USMS employee Christopher Andreski and his health and well-being?

**Exhibit# 43 - 04-26-2021** - Christopher Andreski letter to DOL/OWCP Claims Examiner. Mr. Andreski letter to DOL/OWCP CE, was regarding teleworking request from Christopher Andreski. Additionally, Mr. Andreski expresses his concerns regarding former USMS employee Bruce Nordin, along with other USMS employees who are in leadership positions who were fully aware of the hostile work environment and harassment Mr. Andreski was enduring while under USMS W/MI management, who not only endangered Mr. Andreski life, but the USMS also allowed risking the endangerment of the Judiciary Staff (**Federal Judges**) in the Western District of Michigan.

**Exhibit# 44 - 05-20-2021** - Christopher Andreski email to USMS Nurse Beverly Schmidt and USMS DOL/OWCP employee Sarah Sherman, regarding an update with attached medical documentation (Work Hardening Program), which was approved by Mr. Andreski doctor and DOL/OWCP and coordinated with DOL/OWCP Deb Parker.

**Exhibit# 45 – 04-22-2022 –** W/MI USMS employee property officer Shane Smith sent a USMS package by FedEx / Express, to Christopher Andreski. On **04-27-2022**, Christopher Andreski received the USMS package that included a **04-21-2022**, letter from USMS employee Chief Inspector of the Director Jay Bieber. USMS employee Bieber removed USMS employee Criminal Investigator Deputy U.S. Marshal Christopher Andreski, who is on Work Compensation through DOL/OWCP and while rehabbing while preparing for another procedure to Mr. Andreski **OWCP Case# 094006074 - Left Shoulder** which occurred "ON DUTY" working for the USMS.

- Side note, Christopher Andreski birthday is on **April 23**.

- Side note, Christopher Andreski has paid for all PRP procedures done to Mr. Andreski injuried left shoulder, as DOL/OWCP will not reimburse Mr. Andreski for his PRP medical bills. Mr. Andreski is also making monthly payments for stem cell treatment for Mr. Andreski injuried left shoulder and cannot receive stem cell treatment until the stem cell treatment is fully paid for.

**Exhibit# 46 – 05-31-2022 –** Christopher Andreski email to Attorney Scott Graham. Mr. Andreski described the FedEx delivery driver as a maniac, because of the lengthy pounding at the door (5 minutes). The FedEx delivery driver eventually left the USMS package at the door on **06-01-2022**. Again, Mr. Andreski did not sign for the FedEx USMS separation package that was left at the door on **06-01-2022**.

- **05-26-2022** – Former HQ USMS employee and now contract HQ USMS employee Terry Lunsford sent Christopher Andreski the USMS separation package by FedEx. Again, the USMS separation package was left at the door on **06-01-2022**, without a receiving signature from Mr. Andreski.

**Exhibit# 47 - 06-06-2022** - Christopher Andreski email of questions and concerns to USMS HQ employees. Mr. Andreski sent the email to the following: USMS DOL/OWCP POC Sarah Sherman, USMS Nurse Beverly Schmidt, USMS contract employee Terry Lunsford, USMS Reasonable Accommodation POC employee Katrina Queen, Gregory Shearer, Marcus Davis, Velicia Marshall, Beth Brown-Ghee, Sharonda Purnell, Billy Atwater, Attorney Scott Graham, FLEOA Attorney Larry Berger. In, Addition to the usmsbenefits@usms.doj.gov email address for questions regarding USMS employee's benefits.

**Exhibit# 48 - 06-08-2022** – USMS HQ Assistant Chief of health and medical programs Wonda Karls emailed Christopher Andreski, in response to Mr. Andreski email of questions to USMS HQ employees on **06-06-2022**.

- Side note, Mr. Andreski did not include HQ USMS employee Wonda Karls in Mr. Andreski email of questions that he sent on **06-06-2022**.

- **06-08-2022** - Christopher Andreski email response to USMS HQ employee Wanda Karls, USMS HQ employees. Mr. Andreski sent the email to the following: USMS DOL/OWCP POC Sarah Sherman, USMS Nurse Beverly Schmidt, USMS contract employee Terry Lunsford, USMS Reasonable Accommodation POC employee Katrina Queen, Gregory Shearer, Marcus Davis, Velicia Marshall, Beth Brown-Ghee, Sharonda Purnell, Billy Atwater, Attorney Scott Graham, FLEOA Attorney Larry Berger and the USMS email benefit address usmsbenefits@usms.doj.gov.

**Exhibit# 49- 06-09-2022** – USMS HQ employee Velicia Marshall response to Christopher **06-06-2022**, email regarding Mr. Andreski concerns and questions to the USMS. In addition, USMS employee Marshall attached a packet that explained the standard disability FERS retirement packet to Mr. Andreski.

- Side note, Mr. Andreski found the OPM Enhanced Disability and Survivors Annuity Computation documentation, under CSRS and FERS. Mr. Andreski is confused as to the fact, why wouldn't the USMS HQ employees share this important Enhanced Disability Retirement documentation with Mr. Andreski.

- **H.R. 962** Bill introduced on **02-11-2021** and still pending. This 962 bill would allow a 3 year time frame from the approving time frame of the bill being approved. This would eliminate the one-year time frame to file for LEO's to apply for Disability Retirement with OPM because of the working agency separation of the injuried/recovery Law Enforcement Officer.

**Exhibit# 50 - 06-10-2022 -** Christopher Andreski email to **Badges.Credential@usdoj.gov**, regarding questions that pertain to questions **4, 6, 7** and **8** from Mr. Andreski **06-06-2022,** email of questions and concerns to the USMS.

- Christopher Andreski never received a response from the USMS, regarding Mr. Andreski **06-10-2022**, email inquiry to Badges.Credential@usdoj.gov.

**Exhibit# 51 - 06-14-2022 -** Billy Atwater update email to Christopher Andreski regarding the Accidental Dismemberment FE-1 forms and transferring Mr. Andreski FEGLI benefits to OWCP. Side note, USMS HQ administrative employee are supposed to handle the transferring benefits to OWCP. USMS HQ employee Atwater was also communicating Terry (Assuming Terry Lunsford) regarding why Christopher Andreski LEO was removed from Mr. Andreski USMS 6C Special LEO FERS Benefit Package, as it appears to be not only to be retaliation towards Mr. Andreski, but also appears to look like fraud activity to Mr. Andreski LEO Special 6C FERS benefits.

- Accidental Dismemberment Federal Employees' Group Life Insurance (FEGLI) Program Form FE-1 and attached 06-03-2022, email from Christopher Andreski to USMS HQ employees.

- USMS HR Specialist Terry Lunsford (Contractor) filled out and signed off the Standard Form 2819, terminating Christopher Andreski FEGLI Life Insurance, with an insurance termination date of **05-07-2022.**

**Exhibit# 52 – 06-17-2022** - email response from Christopher Andreski with attached documentation to USMS HQ employee Billy Atwater, along with the following USMS employees: USMS DOL/OWCP POC Sarah Sherman, USMS Nurse Beverly Schmidt, Former USMS and current USMS contract employee Terry Lunsford, USMS Reasonable Accommodation POC employee Katrina Queen (Prior USMS position, USMS EEO POC), Gregory Shearer, Marcus Davis, Velicia Marshall, Tammie Hicks, Terri Simmons, Kimberly Banks, Jeffery Mans, Heather Walker, Phillip Patterson, Beth Brown-Ghee, Sharonda Purnell, Billy Atwater, Attorney Scott Graham, and the USMS email benefit address usmsbenefits@usms.doj.gov.

- Email attached documents for **Exhibit# 52** below.

- **05-19-2022** – BlueCross BlueShield (BCBS) termination letter.

- **01-27-2021** – FLEOA letter regarding "First Responder Fair RETIRE Act".

- Christopher Andreski page from "my EPP", regarding Federal Employees Group Life Insurance Basic page. My EPP also notified Christopher Andreski that because you have retired or separated the USMS that Mr. Andreski MY EPP page will be discounted after 90 days. Note the USMS separated Christopher Andreski from a work injury.

- **12-14-2020** – Christopher Andreski last USMS performance Performance Rating.

- **01-25-2021** – Within-Grade Increase from a **13-2** to a **13-3** and pay stub from pay period dates, **01-03-2021 – 01-16-2021**.

- Enhanced Disability and Survivors Annuity Computation documentation, under CSRS and FERS Important Notice.

- Christopher Andreski Special LEO FERS 6(c) benefits from last three years **(2020-2022)**. In Mr. Andreski benefit packet, it will show the past three years average and Mr. Andreski LEO Special LEO FERS 6(c) benefits (LEAP) has been removed, as it pertains to Mr. Andreski high three year salary. In addition, Mr. Andreski Dental Insurance benefits have never been restored from the USMS.

- **05-07-2022**, Certification of service performed as a Law Enforcement Officer.

- Packet of **SF-52** for years, **2020**, **2021** and **2022**.

- **09-27-2021** - USMS/OGC letter regarding **10-24-2019**, FOIA request all material from Christopher Andreski 2019 USMS IA (DEQ/Eagle).

- **08-19-2020** – Acknowledgement of receipt regarding the USMS removing Christopher Andreski Gun, Badge, Credentials (Tools) and Government Vehicle.

- **02-16-2021** - Attorney Scott Graham email to USMS W/MI Management, USMS HQ Management and USMS HQ employees, regarding the safety concerns and health and well-being of injuried USMS employee Christopher Andreski.

- **02-22-2021** - USMS employee Santuci Alexander response email to Attorney Scott Graham **02-16-2021** email, in addition W/MI USMS Management and HQ USMS Management were copied in USMS employee Santuci email.

- **06-16-2021** - USA TODAY Article, regarding how U.S. Marshals lack staff, treat detection capabilities to protect federal judiciary.

- **01-12-2021** - Email from former USMS employee Bruce Nordin to all USMS W/MI employees regarding potential threats to the federal courthouse and having USMS equipment ready to go.

- **08-15-2016 - 7.5** USMS Policy – WORKPLACE VIOLENCE PROGRAM.

- **09-17-2020 -** Former USMS Deputy Director Derrick Driscoll USMS-ALL email. USMS AD Driscoll ended his email with a message to all USMS employees, **"There are individuals who are motivated solely by a desire to hurt or kill law enforcement, so please do not let your guard down".**

- **11-25-2020 -** Former USMS Director Donald W. Washington USMS-ALL Happy Thanksgiving email. "Justice, Integrity, and Service.

- **04-21-2021** - Deputy Attorney General Lisa O. Monaco email to all DOJ Employees.

- **04-23-2021** - Associate Attorney General Vanita Gupta email to all DOJ Employees.

- **07-02-2021** - Christopher Andreski email to W/MI USMS Management regarding how W/MI USMS Management allowed W/MI USMS employees who have had a trouble career with the USMS, to disrespect and talk negative about Christopher Andreski character in the USMS W/MI staff meeting on **06-30-2021**. (Redacted)
- **07-08-2021** - W/MI USMS Management response email to Christopher Andreski on **07-02-2021**. (Redacted)

- **05-06-2020** - USMS Agency (W/MI USMS employee) response statement to DOL/OWCP regarding Christopher Andreski exposure to COVID-19. (Redacted).

- **02-03-2021** - DOJ OIG review of the USMS response to COVID-19 Pandemic. Where OIG made six recommendations mitigating the health risk raising from the pandemic. The USMS agreed to all six recommendations.

- **06-15-2022 –** Director Washington email to all USMS employees regarding the protests of George Floyd.

- **07-08-2021 –** EAP Documents.

- UNITED STATES CODE. - **TITLE 18** – CRIMES AND CRIMINAL PROCEDURE.

- **Sec. 111**. Assaulting, resisting, or impeding certain officer or employee. **(a), (b).**

- **Sec. 115** Influencing, impeding, or retailing against a federal official by threating or injuring a family member. **(a)(1), (b)(1), (4).**

- **07-06-2020 –** DOJ Misconduct Law Enforcement Misconduct. **18 U.S.C. 242.** - Deliberate Indifference to a Serious Medical Condition or a Substantial Risk of Harm. Failure to Intervene.

- **Section D.** Policy: The USMS promotes a safe environment to all employees.

- **Section D - 1.** All reports of incidents will be taken seriously and pursed promptly. Individuals who commit such acts may be removed from the premises and may be subject to disciplinary action, criminal penalties, or both.

- **Section D - 2.** Such behavior can include oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm.

- **10-09-2015** – DOJ POLICY MEMORANDUM # 2015-04. Subject Prevention of Harassment in the Workplace.

- **03-24-2014** – USMS Memorandum "ZERO TOLERANCE" policy for any form of unlawful harassment.

- DOJ OIG report from **09-15-2015**, Investigation Summary of the Finding of Misconduct by a U.S. Marshal for creating a Hostile Work Envirorment and Failing to Report an Employee's Alleged Misconduct.

**Exhibit# 53 – 06-17-2022 –** Email from USMS HRD employee Sharonda N. Purnell Assistant Chief Office of Compensation, Benefits, and Processing (OCBP) to Christopher Andreski in response to an acknowledge receipt to Mr. Andreski email and attachments that were sent by Mr. Andreski on **06-17-2022**, to USMS employee Billy Atwater and USMS HQ employees. USMS HRD employee Assistant Chief Purnell also stated to Mr. Andreski in her **06-17-2022** email that the USMS would provide a "detailed response next week to your email below".

- Side note, as of **02-23-2022**, Christopher Andreski has not received a detail response email from anyone from USMS HRD employee Assistant Chief Purnell or any USMS employee regarding the corresponding USMS email to Mr. Andreski that was sent on **06-17-2022.**

**Exhibit# 54 - 07-13-2022 –** Christopher Andreski forwarded his email chain of communication that also included attached documentation that Mr. Andreski sent to USMS HRD employee Assistant Chief Sharonda Purnell on **06-17-2022**, to USMS/OGC Attorney Simon Caine and USMS/OGC Attorney Cedric Bullock on **07-13-2022.**

**Exhibit# 55 – 06-06-2022 –** USMS HQ employee Sarah Sherman (USMS OWCP/DOL POC) sent Christopher Andreski an email in response to Mr. Andreski question and assistants for applying for the **Protecting American First Responders Act 2021 (S. 1511)**.

- USMS HQ employee Sarah Sherman response to Mr. Andreski was that this was outside her program area, but she would forward my email to someone in retirement and benefits to see if they could assist. Mr. Andreski never heard back from USMS HQ employee Sherman or from any USMS employee who handled disability retirement and benefits.

**Exhibit# 56 - 11-08-2022 -** Christopher Andreski email chain of communication regarding the numerous unredacted FOIA request along with attached documentation that were made by Christopher Andreski to USMS HQ employees, Cynthia Castaneda, Elaine Rivera, Charlotte Luckstone, OIG-FOIA email address, USMS OGC Attorney Simon Caine, USMS OGC Attorney Cedric Bullock and Attorney Scott Graham.

**Exhibit# 57 – 11-09-2022 -** USMS/OGC Attorney Simon Caine email response to Attorney Scott Graham, regarding Christopher Andreski **11-08-2022**, email to USMS HQ employees and USMS OGC Attorney Simon Cain and USMS/OGC Attoney Cedric Bullock (unredacted FOIA request).

- Criminal Antitrust Anti-Retaliation Act (CAARA), **15 U.S.C. & 7a-3** packet of statutes.

**Exhibit# 58 –** Federal Workers Compensation (OWCP) Rules, Laws, and Regulations packet.

# 01-23-2024 Oklahoma City Medical Trip and ongoing 03-15-2024 Tire / 03-18-2024 Stalking Intimating Incidents.

Attachment #2

From: Chris Andreski (andreskichris@outlook.com)

To: sgraham@scottgrahampllc.com; nmgavin@fbi.gov; neil.gavin@ic.fbi.gov

Cc: VictimsRights@fbi.gov; USAMIE.CivilRights@usdoj.gov; antitrust.leniency@usdoj.gov; antitrust.ATR@usdoj.gov; USAMIE.CivilRights@usdoj.gov; Cheyvoryea.Gibson@ic.fbi.gov; USAMIE.CivilRights@usdoj.gov; USAMIW.CIVILRIGHTS@usdoj.gov; Criminal.Division@usdoj.gov; VictimsRights@fbi.gov

Date: Monday, March 18, 2024 at 05:01 PM EDT

Update,

The information in this email is the most recent events, regarding the terrorizing and illegal attacks to the life, health, and well-being of injured Criminal Investigator Deputy United States Marshal Christopher Andreski. While in pain and the battle to fight for my life, while also battling the illegal political corruption towards my family and me. The individuals who have conspired together to illegally attacked my family and I, by utilized their political occupation positions. Furthermore, these individuals that have conspired with several individuals who are in political occupation of powers against me by illegally impacting my professional life and my personal life, intentionally harmed me, and financially.

The medical interference **(18 U.S.C. 1922)** prior to my scheduled medical appointments in Oklahoma City, OK, on 01-23-2024, were canceled by an unknown party on 01-08-2024, which I had rescheduled on 01-04-2023 because of the terrorizing attacks. This was frustrating as one can imagine, while I am making medical travel agreements and lodging arrangements with my personal funds that I do not have. The financial impact of fighting for my life from these terrorizing attacks has put me in a financial crisis. Now, these medical appointments in Oklahoma City, OK, that pertained to my USMS work injuries and to receive help and/or assistants with the illegal medical interference towards my health and life on 01-23-2024 (Tuesday). I would also like to mention, that I had another medical doctor's appointment scheduled in Michigan on 01-22-2024 (Monday). This medical appointment on 01-22-2024, in Michigan pertained to me changing my primary medical doctor. This was due to the medical interference and medical impeding (18 U.S.C. 1922) that has occurred with my primary medical doctor. While I knew that I was not going to be able to make the medical appointment in Michigan on 01-22-2024 because I was going to be in Oklahoma City, OK for my medical appointments on 01-23-2024. As I did not cancel the medical appointment on 01-22-2024 in Michigan. I did this because of the medical interference and the medical impeding that is occurring in my life, which stems from all my USMS work injury DOL/OWCP cases. Additionally, I confirmed my medical Michigan appointment (online), days before the Michigan medical appointment that I knew I could not attend. The reason I did this, was because I was attempting to deter the individuals who are interfering and impeding in my medical appointments Oklahoma City, OK, on 01-23-2024. During this time, I felt I had no choice to schedule the medical appointment in Michigan that I knew I was not attending, as I suspected there was corrupt medical interference going on with my medical appointment in Michigan. Not mention, this medical provider in Michigan has been caught in a recent prior medical corruption case. Then the medical provider called my personal phone several times and text messages to my personal phone several times after I confirmed my 01-22-2024, medical appointment in Michigan. I suspected the reason these individuals were illegally spoofing my personal phone calls and text messages, so the unknown individuals could impede and interferer with in my USMS medical work injury DOL/OWCP cases.

- ***United States v. Enmons*, 410 U.S. 396 (1973)**, holding that violence undertaken by the parties to labor-management relations is "wrongful" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.

While I am not a lawyer and do not have the funds or resources to battle the corporate medical industry system when it pertains to the illegal and unethical premeditated incident to my person on 02-10-2023 (Illegally Removed my Left Clavicle Bone). Furthermore, in the past when I have reach out to several medical attorneys in Michigan, who informed me that their attorney law firm did not want to battle any federal medical work injury cases or they did not have time, while I understand now why (ANDRESKI REPORT# 6 / ANDRESKI REPORT# 7). It appears, while no attorney law firm will engage in a battle with any illegal activity, regarding protected government employees who have been harmed and still suffering from a USMS work injury DOL/OWCP case because it would be "detrimental" to the employing government agency.

I then traveled to Oklahoma City, OK on 01-21-2024. When I arrived in Oklahoma City, OK on 01-21-2024, I noticed I received a text message on my mobile. The text message on my mobile was from a USMS employee that I used to work with while I was stationed in Washington D.C. This Special USMS employee who sent me the text message to my mobile, was inquiring if I was attending the Detroit Lions playoff game that was occurring in Detroit, MI? As I did not respond to the Special USMS employee text message to my mobile. While this Special USMS employee was having difficulties in the past in transferring to the Special USMS employee's home USMS district. In fact, this Special USMS employee and I used to be somewhat good friends at one time. Now, I cannot communicate with the Special USMS employee, because of the supporting evidence in ANDRESKI REPORT Binder# 9. In ANDRESKI REPORT Binder# 9, the supporting evidence would show the pattern of communication activity regarding how individuals who have tried to entrap me in the past. As it pertains to the Special USMS employee that was possibility forced and then swindled to share my personal information and fishing for information for the former for the former W/MI USMS employee and other individuals who have appeared to agree to stalked and terrorizing my life in the past and currently here today. "Side note: there are many former and current USMS employees and individuals who are fully aware that former W/MI USMS employee did in in fact utilize his position to stalk my personal life, while conspiring with other individuals to cause me pain and suffering but also to destroy my life". **18 USC 241: Conspiracy against rights.**

Now, this same Special USMS employee later was rewarded for the Special USMS employee corporation in sharing my personal information with that former USMS employee in W/MI and individuals, while on a USMS detail (2019-USMS CIRT responding to shooting incident in PA). When Special USMS employee approved transfer led the Special USMS to the Special USMS employee home area that was approved by the USMS (Roberto Roberson – I suspect, as there is a reason for this). While I have refused to communicate with this Special USMS employee over the last five (5) years, I also believe this same Special USMS employee was being swindled and/or coursed to contact me on 01-21-2024, for purposes of narrowing down my location for individuals impeding and interfering in my USMS work injury DOL/OWCP case. The reason the individuals who are terrorizing my life were having difficulties tracking my location. This is why I had tactically run interference with my own life's location when traveling to Oklahoma City, OK, safe and without potential fear of being harmed or potently killed. **42 U.S. Code § 1985 - Conspiracy to interfere with civil rights.**

**Question:** Does the U.S. Department of Justice, Western District of Michigan U.S. Attorney, Eastern District U.S. Attorney, and the Federal Bureau of Investigation (FBI) agree, it is not approate for anyone to hire a private contractor (Private Investigators) to terrorize anyone's dying mother, while one's mother is dying in their home residence while in hospice care? Think about that...

During my in Oklahoma City, OK, I was looking forward to not having to feel like I had to look over my shoulder from the individuals who caused harm to my life and that continue to terrorizing my life and stalked my life flying drones invading my privacy (curtilage). If that wasn't enough, I continue trying to figure out the status of my complaints to the FDIC, and the Federal Reserve. While my SECOND package of "PII Sensitive Information" that I sent USPS certified "Green Card" mail to the FDIC is still missing and has not been received FDIC. In fact, now the interference with my USPS packages of sending and receiving is occurring with FDIC and with Federal Reserve regarding the individuals who have embezzled money from my unfinish home and permitted structural foundation damage, along with unethical banking procedures and illegal conspiring attacks from several third parties. Now, can you believe that

the individuals who terrorizing and attacking my life, appear to be illegally swindling and/or conspiring with individuals from United States Postal Service (USPS) mail and my my USPS carriers mail to commit USPS Mail Fraud and USPS Mail Identity Theft?

- **18 U.S.C. § 1962: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities. Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6.**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**
- **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

While I have made several complaints online to the United States Postal Service Inspector LEO Division, it appears I have new evidence of individuals trying to send me several fraudulent letters through the USPS, that appear to mislead and cover up illegal activity. I also can tell you, that I several more USPS complaints to file with the U.S. Postal Inspector LEO Division. In my USPS complaints to the U.S. Postal Inspector LEO Division, it will show the the pattern of my personal mail "PII Sensitive Information" being stolen and tampered with. In fact, my "USPS Green Card" "PII Sensitive Information" packages are being intercepted by an unknown individual or individuals. In my travels I have notified and inquired to several USPS offices, regarding the "Pattern" of issues with sending and receiving of my person USPS mail "PII Sensitive Information" packages and letters are being tampered with, no signatures on the "USPS Green Cards" and USPS packages end up missing and/or USPS packages never making it to the correct destination. I want the U.S. Postal Service Inspector LEO Division in E/MI and the U.S. Postal Service Inspector LEO Division W/MI to be aware, my personal "PII Sensitive Information" USPS packages that I am sending out with a "USPS Green Card" appears to be more retaliation from my whistleblower complaints and disclosure of illegal harmful attacks to members of my family and myself. I suspect these illegal criminal acts, regarding my personal "PII Sensitive Information" from the United States Postal Service "USPS packages" (USPS Green Card) that are being illegally intercepted and obtained by individuals who have caused to members of my family and myself, as I fear that my personal identity will be stolen and/or utilized in a way to destroy my life. **"Title 18 U.S.C. 1341" - (frauds and swindles through the mail).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**
  **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

The individuals that involved themselves in interfering and impeded in my medical that pertained to my USMS work injuries DOL/OWCP cases, are also involved with the same individuals who continue to terrorize and harm my life. I understand that these hired private investigator will go to great lengths to terrorize one's life, and I have been told even if that means breaking the "Law". I also have been told that it is likely that these unknown individuals **(1(210) 640-1338 - San Antonio, TX)** appear to be spoofing my personal mobile calls and text messages to illegally obtaining my personal PII Sensitive Information and my personal location from my personal mobile and/or GPS illegally monitoring my personal location "Title III Violation". The illegal gathering of my personal information appears to be gathered without a search warrant **(Franks v. Delaware)**.

While in Oklahoma City, OK, I was planning on working on the responses of being attacked by the Michigan Tax Tribunal, Grattan Township Building Inspector, the embezzlement of money and my unfinished/damaged home complaints that are at the FDIC/Federal Reserve/Michigan Building Code Compliance and Michigan Building Investigations. I also have file additional complaints with USPS Postal Inspector, due to the issues of my personal PII Sensitive (Complaints) mail not being properly delivered, along with my USPS mail being tampered with, which this has been happening for some time now.

- FYI: Could one imagine, if a state agency or even a government agency hired a company to navigate medical interference and impede in harming an injuried Protected DOJ 6c 1811 Federal Law Enforcement Officer health and well-being and life? This would show not only an act of bad faith act, but also meet the criminal elements for, that pertain to "**Title 18 U.S.C. 1922 and Title 18 U.S.C. Sec 111 Assaulting, resisting, or impeding certain officers or employees (b) inflicts bodily injury, shall be fined under this title, or imprisoned not more than [ten] 20 years, or both**".

On 01-22-2024, at 0900 am I called down to the valet (No Free Parking) from my hotel room to bring my rental vehicle to the front exterior lobby of the hotel. Then just before I started to head down to the hotel lobby my phone rings in my hotel room, when I picked the phone in my hotel room, the hotel manager then notifies me that the valet driver had a minor accident with my rental vehicle. When I arrived too the hotel lobby, the hotel manager first tells me that all the damages will be covered by the hotel, then the valet driver brings me outside to show me my damaged rental vehicle. While looking at valet driver and my damaged rental parked on the curb of the sidewalk. The damage to my rental vehicle from the valet/hotel staff was the left passenger tire/rim that was bent over the icy intersection sidewalk curb and appeared damage to left front passenger tie-rod.

Once I reported the rental vehicle had been damaged and made an accident report with rental vehicle company, I then told the rental vehicle company that the hotel/valet manager were covering the damages to the rental vehicle. Then the hotel manager paid to have the rental vehicle towed back to the rental company. When I arrived back at the rental vehicle company the rental company employee made me do a second accident report, this was so I could get another rental vehicle. Once I received a second rental vehicle, I went to the USPS station to mail a restricted USPS "thumb drive" package to my counsel Attorney Scott Graham (01-22-2024). Later that day (01-22-2024), I noticed I had a missed a call from an Oklahoma City, Sheriff. When I called the Oklahoma City, Sheriff back, the Sheriff first thanked me for calling him back, then the Sheriff notified me that the valet/hotel staff had my damaged rental vehicle towed to the wrong rental vehicle location, but the damaged vehicle eventually made it to the correct rental vehicle destination.

On 01-23-2024, I arrived at the Senior Medical Doctor's office located in Oklahoma City, OK, before 08:00 AM. I then noticed that I was possibly being followed by an unknown private investigator (PI). When I arrived at the Senior Medical Doctor lobby, I checked in and took seat while waiting to be seen. I could tell the VA patient (PI) (Ruse) was eager to start up a conversation with me. The VA patient (PI) (Ruse) started openly expressing his personal injuries with me. Then two more male VA patients (PI) (Ruse) showed up in Senior Medical Doctor VA lobby office around 0815 am/0820 am. FYI: Senior Medical Doctor's lobby does not open until 0900 am. In my opinion, I would not put anything past the individuals who are interfering and impeding in my scheduled medical appointments, that day in the Senior Medical Doctor office on 01-23-2024 (Oklahoma City, OK).

While waiting in the lobby of the doctor's office in Oklahoma City, OK, to be examined and talk with the medical doctor and the legal medicine assistant that I previously talked with over the phone on 01-04-2024. **(FYI: The previous phone conversation on 01-04-2024, with the legal medicine assistant was for nearly three (3) hours regarding me sharing and describing the medical issues I am experiencing, retaliation attacks, and the medical concerns of individuals interfering with my medical and impeding in my USMS work injury DOL/OWCP cases.)** Then a high-strung female approached me around 08:30 AM, while the high-strung female I noticed was wearing jeans and a casual shirt. As I also noticed the medical attire was quite different then then the high-strung female attire, as the medical doctor's medical staff were wearing medical uniforms, kind of the same normal medical staff wear in hospital (different colors but same) on 01-23-2024. Then the high-strung female (PI) (Ruse) began informing me on how my medical appointments were going to have to be reschedule. While I paused and thought to myself, really with all the medical interference and the ongoing attacks that I am enduring and now this. Not to mention, how I thought it was strange that the high-strung female who was not wearing a medical uniform and was not listed online of the Senior Medical Doctor medical staff employee roster list, which is currently posted on the Senior Medical Doctor web page.

Then high-strung female (PI) informed that she could not find any of my medical documents regarding my USMS work injury DOL/OWCP cases, but only one of my USMS work injury DOL/OWCP case (Neck). I then informed the high-strung female (PI), that I have already scheduled and talked with legal medicine assistant at the doctor's office previously on 01-04-2024, who told me that she had received my all my medical (DOL/OWCP Cases). Then the high-strung female appeared to look at me with disgust look on her face, then storming off (walking fast) in the back of the medical doctor's office. While patiently waiting in the doctor's lobby, the high-strung female (PI) walked back into the doctor's lobby and told me that she able to retrieve all my medical cases/medical documents. Then the high-strung female (PI) started talking about my personal medical "PII Sensitive Information" USMS work injury DOL/OWCP cases in front of the the three (3) patients, who appeared to be private investigators (PI's) (Ruse) that were all sitting in the doctor's lobby before 9 AM. While the high-strung female (PI) was becoming more frustrated with me because I refused to reschedule my medical appointments, as I tried explaining that I traveled from Michigan to Oklahoma City, OK with my personal funds I do not have just to get help. The High-Strung Female then stormed back into the doctor office again. While waiting I then decided after two (2) hours, to walk across the hall where the Senior Medical Doctor had a second Medical Doctors office. When I approached the medical staff in the lobby, I began explaining my situation. Within minutes, the medical staff (second medical office) then told me the Senior Medical Doctor was going to personally talk with me in his office. While the medical staff escorted me back to the Senior Medical Doctors office, I quickly noticed through the corner of my eye, the high-strung female (PI) making what appeared to be another mean facial expression towards me. As I wonder if the high-strung female (PI) was a government employee?
When I walked into the Senior Medical Doctor office, the Doctor told me to take a seat. While I took a seat, I then noticed a video recording camera staring at my face. I also noticed, there were several more video recording cameras mounted throughout the Senior Medical Doctors office.

I began to become a little concerned, due to the fact I traveled to Oklahoma City, OK, to receive medical "HELP", as I did not travel to Oklahoma City, OK to be interrogated and recorded for all my USMS work injury DOL/OWCP cases (Entrapment?). I then inquired if the Senior Medical Doctor, was recording me? The Senior Medical Doctor then responded to my question, by citing versions of the Bible and then talking about God. Eventually, the Senior Medical Doctor answered my question regarding if I was being recorded, while stating to me that I (Christopher Andreski) was "NOT" being recorded. Additionally, I "NEVER" gave any consent to be recorded at any point or at any time to anyone on 01-23-2024, to be recorded, while in the Senior Medical Doctor office trying to get medical help the pertained to my USMS work injuries DOL/OWCP cases.

The Senior Medical Doctor continued to preach to me about God, versions of the Bible, and about his extensive experience regarding with dealing federal work injury DOL/OWCP claims and the games that go on. While listening to how great the Senior Medical Doctor was, I couldn't help but notice that the doctor's office door was widely opened. I also noticed several USMS patches hanging on the wall/hallway, outside the Senior Medical Doctors office. While one of the USMS patches I noticed was a USMS "Big Glock Gun" patch that was hanging on the doctor's hallway wall, which gave me flashback. The detailed USMS "Big Glock Gun" patch I thought was a cool patch, but it reminded me of being targeted by a former USMS employee and USMS OPR-IA Division employees. I then became concerned, the reason I was concerned was regarding the USMS employee who created the cool USMS "Big Glock Gun" patch. As I wondered if the USMS/OGC approved the USMS "Big Glock Patch"? At this time sense the Senior doctor was still preaching versions of the bible to me in his office, I decided to say prayer to myself, asking "God" to not allow anyone in the USMS to retaliate against the USMS employee who created the cool USMS "Big Glock Gun" patch. While knowing firsthand of the targeting, and retaliation I experienced from the former USMS employee and USMS OPR-IA employees from the moral boosting wolverine patch I created and paid for with my personal funds. While the patch I created and paid for was intended to bring moral up in the USMS office, I also donated the patch to disabled children at the YMCA. (FYI: Jonny still likes his patch).

During this time-period of my open/closed USMS OPR-IA of the wolverine patch I created. Former USMS employee who called himself "The King" and "Dad" was engaging in "prohibited personnel practices" (PPP). While there were several NCAA football coaches who showed up during USMS operational working hours, in the Western District of Michigan USMS office. The former USMS employee used his position of power for thirty plus years for his own

personal gains that benefited his family as well. As the former USMS employee has tarnished the integrity of the USMS, but also internally placed our Western District of Michigan Judges, Judiciary staff and USMS employees in potential harm's way.

This same former USMS employee has not only shown his "gross management" skills by talking down and laugh at his USMS employees, while the former USMS employee would give tours to the NCAA football coaches during USMS operational working hours. During this same time-period in W/MI USMS office, the former USMS employee who called himself "The King" and "Dad" would instruct USMS employees (2-W/MI USMS JSI'S) to make temporary parking passes for access to the Gerald R. Ford Courthouse parking garage, for the former USMS employee's friends "prohibited personnel practices" (PPP).

Once the Senior Medical Doctor finally finished preaching to me about God and versions of the holy bible (45 minutes). The Senior Medical Doctor then informed how I am fighting "Evil", and I will never win, and that "Law" does not matter. The Senior Medical Doctor then insists that I pray with him and hold his hands during prayer. During this time, I thought to myself, I must have missed the chapter in the Federal Employee Compassion Act Practice Manual regarding having to hold a medical doctor's hands and praying with them so one can receive "HELP" in their work injury DOL/OWCP cases. Once prayer session was over with Senior Medical Doctor from Oklahoma City, OK, the doctor then asked me to wait in the lobby. At this time, I suspected the medical doctor had me to wait in the lobby, not because the medical doctor had another patient, as I suspected the Senior Medical Doctor was being told and coached by hired contractors (Private Investigators) and/or individuals who have and are currently terrorizing my life. It also appeared that individuals (PI) that are impeding with my medical appointments, were directing the Senior Medical Doctor to ask me follow-up leading and baiting questions that pertained to my USMS work injuries.

When the Senior Medical Doctor had me step back into his medical office (2nd time), the Doctor started asking me questions, regarding the one thing that he can do for me? (FYI: Watch the Senior Medical Doctor website videos). I responded that I need help in receiving the proper medical treatment and medical care in my all USMS work injury cases, but mostly help in my left shoulder (Missing Bone) that is now affecting my **"NECK"** (I want to go to the Mayo Clinic and receive medical Stem Cells I cannot afford). Then the Senior Medical Doctor started yelling at me again and asked me "What is the one thing that he can do for me?". I then responded that I need a piece of bone/graph/stem cell, or something (medical procedure) to fill in the empty spot of my left clavicle bone from my USMS work injury DOL/OWCP left shoulder case. I also stated that the medical doctor illegally took out a piece of my left clavicle bone without my consent. The Senior Medical Doctor responded back to me, by yelling "You are not going to get better!!". I then inquired if the Senior Medical Doctor reviewed my supporting medical evidence that I sent to him USPS Green Card and Fax? At this time the Senior Medical Doctor appeared to be getting more upset with me by yelling at me telling me "Shut-Up"!! I then told the Senior Medical Doctor again, that I never gave consent to have the medical doctor surgeon, remove any piece of my left clavicle bone out of my body on 02-10-2021 in my USMS work injury left shoulder DOL/OWCP case, as it is a Federal Crime, to remove anyone's left clavicle bone out of any patient's body without their consent prior or during surgery. The Senior Medical Doctor then started yelling at me again, by telling me to "Shut-Up!" (ANDRESKI REPORT Binder# 6 and ANDRESKI REPORT Binder# 7).

While the Senior Medical Doctor did not question me, regarding the malicious medical conduct by medical doctor surgeon (or medical PA) did to me on 02-10-2021, in my USMS work DOL/OWCP injury case "Left Shoulder". As I inquired if the Senior Medical Doctor wanted to look at my new supporting medical evidence, I brought with me to his medical office on 01-23-2024? The Senior Medical Doctor then screamed at me, while stating "Don't you get it!! You are battling "EVIL", and "You will never win!!", then the Senior Medical Doctor stated, "Law does not matter!". I then responded to the Senior Medical Doctor concerning responses, by stating the Senior Medical Doctor that my intensions have never been about winning or losing, but about receiving the proper medical treatment/medical care without medical barriers and medical interference. My health is being affected by all these attacks as I told the Senior Medical Doctor, as the doctor yelled at me again and stated again that 'I will not get better". I then inquired if the Senior Medical Doctor reviewed any my supporting medical evidence. The Senior Medical Doctor responded to me again, to "Shut-Up!". As I disagree with the Senior Medical Doctor, but due to all the medical impeding and medical interference that has been happened and still occurring, is not only holding me back from my recovery and

receiving the medical treatment and medical care but is making my injury worse and is now affecting my "NECK" (curving to the left) and other body parts.

The Senior Medical Doctor then started ranting and yelling at me about my USMS work injury DOL/OWCP denied/pending appeal cases, regarding how the U.S. Department of Labor will "NEVER" accepted my USMS (factual) work injury DOL/OWCP cases. (FYI: Remember this medical doctor also states "EVIL" is number and Law does not matter). When I finally had a chance to respond to the Senior Medical Doctor statement regarding my denied/pending appeals USMS work injury cases, I asked the Senior Medical Doctor, was his decision based on the overwhelming amount of supported medical evidence I submitted to DOL/OWCP and supporting medical doctor letters that I submitted to DOL/OWCP, along with government OSHA health audit reports to DOL/OWCP? The Senior Medical Doctor then screamed at me again and told me again to "Shut-Up!!". While the Senior Medical Doctor kept on yelling and ranting at me that I must accept that, "EVIL" will always win, and that "Law" does not matter!! Then the Senior Medical Doctor stated to me that he has not yet decided if he was going to help me in my USMS work injury DOL/OWCP cases. At this point, I was not only confused but frustrated, due to the fact I exhausted my personal funds, but also exhausted from all the terrorizing attack. The illegal retaliation from my Whistleblower Complaints and disclosures that pertain to me reporting the criminal conduct and civil rights violations to United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG) in 2022, 2023, 2024. Furthermore, while prior illegal retaliation is still ongoing from the United States Marshal Service (USMS) and other government agencies, state/local agencies and hired third-party contractors, in my Whistleblower Complaints and disclosures of the criminal conduct and civil rights violations my family and I have endured to the United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG) in 2021.

The Senior Medical Doctor then started preaching to me versions of the holy bible again. Once the gospel session was over with the Senior Medical Doctor, I respectfully inquired if the Senior Medical Doctor would allow me to ask him another question? The Senior Medical Doctor then allowed me to ask my question, while I informed the Senior Medical Doctor that it appears that I am on a "Blacklist"? As I explained to the Senior Medical Doctor the medical concerns and overbearing medical paperwork, I have experienced from trying to receiving correct medical care, medical treatment, and DOL/OWCP medical reimbursement for medical USMS work injury bills and USMS work injury medical travel that I was forced to withdraw from my Thrift Savings Retirement (TSP) account. I also explained to the Senior Medical Doctor the issues I was experiencing from receiving any assistants/help in my DOL/OWCP cases because of retaliation from my Whistleblowing Complaints to United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG). It also appears, that I am on a "Blacklisted" with the United States Postal Service (USPS, due to the fact many of my **"USPS"** mail that I send out through the (PII Sensitive Information) USPS Certified mail "Green Card" and the overbearing fraudulent and the tampering with my PII Sensitive Information USPS mail receiving is being tampered with and opened at times. It concerning and disturbing that my personal "PII Sensitive Information" USPS Certified mail "Green Card" that requires a signature, are not being signed and my personal "PII Sensitive Information" USPS Certified mail **(1341 - frauds and swindles through the mail)**.

While asking the Senior Medical Doctor opinion of the individuals who have conspired together in my medical care/treatment (**ANDRESKI REPORT Binders 6, 7, 14, and 20**), along with the retaliation from my Whistleblowing Complaints to the DOJ OIG Civil Rights Division and OIG DOJ Criminal Division to my life **(Racketeering RICO Case)**. The Senior Medical Doctor then paused, then responded by stating "YES!!!! The Senior Medical Doctor then told me that "We finally agree on something!!", regarding me being "Blacklisted" and targeted from receiving assistants and help. Then the Senior Medical Doctor told me, that no Federal Disability Attorney who specializes in U.S. Department of Labor OWCP Federal work injury cases can assist or help me (Blacklisted) in my USMS work injury DOL/OWCP cases and then mentioned again to me that "Law" does not matter. I am sure that everyone realizes that it is illegal to "Blacklist" and "Retaliate" against anyone who is has an open/pending Whistleblowing complaint with the DOJ OIG and two (2) separate MSPB cases, and other approate U.S. Government Agencies and State agencies.
**FYI: I already know about the interference and swindling acts with my U.S. Congressman "Staff Member".**
**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

Once the Senior Medical Doctor was finished yelling and screaming at me, the doctor then pulls out a measuring tape and measures each binder of my supporting medical evidence that I USPS mailed to the Senior Medical Doctor office in Oklahoma City, OK, on 10-23-2023. Then the Senior Medical Doctor measures the two (2) additional binders of supporting medical evidence, that I brought with me to the doctor's office on 01-23-2024. The two additional binders of supporting medical evidence I brought with me that day on 01-23-2024, the Senior Medical Doctor yelled at me while refusing to review the recent supporting medical evidence. While the two (2) additional binders of supporting medical evidence contained new medical tests, new medical imaging (**Neck MRI'S medical reports**, recent X-Ray medical reports, along with current medical reports that I prepared and categorized for the Senior Medical Doctor office in Oklahoma City, OK, on 01-23-2024. While the Senior Medical Doctor was measuring my supporting medical evidence binders, as I felt it was necessary to inquire again if the Senior Medical Doctor reviewed "ANY" of my supporting medical evidence that pertained to my USMS work injury DOL/OWCP cases, that I USPS mailed (Green Card) to the doctor's office in Oklahoma City, OK on 10-23-2023, as instructed by the doctor's medical staff? The Senior Medical Doctor then screamed at me again to "Shut up!!". At this time, I could not help but wonder to myself, why would the Senior Medical Doctor who specializes in Federal work injury DOL/OWCP cases, measure the two (2) new supporting medical evidence that I brought with me to the doctor's office on 01-23-2024, while never reviewing any of my new supporting medical evidence?

**Side note**: The two separate medical sources made me aware of the ongoing misleading, false medical information, medical impeding, and the medical interference in my USMS work injury DOL/OWCP cases. Additionally, the retaliation in my medical regarding my USMS work injury DOL/OWCP cases, appear to illegally be sharing my personal "PII Sensitive Information" with many unknown third parties for some time. Furthermore, a several individuals have me aware that my hired Disability Attorney in Chicago, IL, has been misleading, by trying to swindle me with bad information in my personal USMS work injury DOL/OWCP cases (**Entrapment**). The unethical and illegal behavior from my Disability Attorney in Chicago, IL, who I have paid tens of thousands of dollars, that forced me to withdraw from my TSP retirement account because of the financial impact of being retaliated against by the USMS and the DOL/OWCP. I also financial assistants from my family, that helped me pay for medical bills, medical travel and the medical Disability Attorney in Chicago, IL retainers fees and monthly bill fees. While I cannot fire my Disability Attorney in Chicago, IL, because of the financially impacted and financial hardship that I am in here today. Additionally, I cannot afford to pay or find another Disability Attorney who specializes in Federal DOL/OWCP work injury cases, and who also specializes in Protected DOJ 6c Injuried "1811" Criminal Investigator Deputy United States Marshal who is "Blacklisted" from receiving help and assistants.

I then inquired if the Senior Medical Doctor knew that I had prior medical impairment ratings from my prior USMS work related injuries that occurred in the line of duty for the USMS (Left Knee / Right Shoulder)? The Senior Medical Doctor then asked me for supporting DOL/OWCP impairment documents, which were sent to him on 10-23-2023, as I also I provided the impairment documents to the doctor on 01-04-2023. The Senior Medical Doctor then finished writing his medical report and talking into a handheld voice recorder. Then out of nowhere, the Senior Medical Doctor starts raising his voice at me, while informing me that the Senior Medical Doctor is not an attorney, as I knew this. Then the Senior Medical Doctor told me to take all my supporting medical evidence back that I mailed to the doctor USPS (Green Card) on 10-23-2023 back with me, as the Senior Medical Doctor told me he was not an attorney. The Senior Medical Doctor randomly then pulls his phone out quickly and snaps a picture of me sitting in the chair in the doctor's office. I then proceeded to ask the Senior Medical Doctor "why did you take a picture of me with your cell phone"? The Senior Medical Doctor responded that the Senior Medical Doctor keeps a picture of each of his patients on file. This was concerning to me for many reasons, (**Fraud/Identity Theft/Scams/Entrapment**). I suspected the Senior Medical Doctor was told to take a picture of me by individuals who have been hired to harm me and terrorize my life. When the Senior Medical Doctor finished screaming and yelling at with me about my USMS work injury DOL/OWCP cases, the doctor then told me I would be receiving a letter from Senior Medical Doctor in Oklahoma City, OK, regarding my scheduled appointment that day (01-23-2024) and if the Senior Medical Doctor could assist or help me with any of my USMS work injury DOL/OWCP cases.

The Senior Medical Doctor then walked me to his legal medicine assistant office and told me to have a seat. It appeared the legal medicine assistant was also being directed to ask me leading and baiting questions regarding my USMS work injury OWCP/DOL cases and appeared that the legal medicine assistant was being directed to not help me with any of my USMS work injury DOL/OWCP cases. I suspected that the PI's coached the legal medicine assistant by telling her to ask me leading questions to see if I would "Lie "or to get me to change my story "False Statement". For example, the legal medicine assistant asked me a leading question regarding the incident shooting on 12-18-2023, as I shared the redacted shooting incident email with her on 01-04-2024. The legal medicine assistant then inquired several times by stating to me "you stated "It was your mother in the vehicle during the shooting incident" as I had repeatedly stated no, "It was my grandmother". **Remember, I just left the Detroit, MI FBI Field office, then I picked up my grandmother up in my vehicle so we could go out to dinner. As this incident occurred at a traffic like while traveling to a restaurant with my grandmother on 12-18-2023**. I found it odd, the legal medicine assistant was asking me the leading/baiting question several times, regarding who was in my vehicle during the shooting incident on 12-18-2023. As I also explained some of the prior terrorizing retaliation events from the unknown hired private investigators who appeared were also hired to terrorize my mother's home while my mother (Former LEO) was dying in hospice care, as my mother passed away shortly after these terrorizing harassing incidents. Then I inquired if the legal medicine assistant, was asking me about the shooting incident on 12-18-2023? The legal medicine assistant then told me that she wanted to have the 12-18-2023, shooting incident facts for her records (I'm sure she did). However, the legal medicine assistant informs me that I could participated in work hardening program if I wanted for, medical quality-of-life purposes that will be benifitual for my health and well-being purposes.

When I was receiving the proper medical DOL/OWCP treatment "work hardening program" I was making improvements. The medical work hardening program did help me stabilize and built muscle strengthening around my left shoulder area and left side of my neck, that was impacted from my USMS work injuried left shoulder surgery and how the DOL/OWCP medical doctor surgeon illegally removed my left "clavicle" bone from my left shoulder (Premeditated Missing Bone) DOL/OWCP case. Then I informed the legal medicine assistant, about the overbearing impeding and interference that was occurring with my medical care, as I forced out of the "work hardening program" which was illegal to deny me the medical treatment I choose to stay with. When I was being kicked out of the work hardening program, I could tell that my physical therapist I was working with for some time, appeared to be being directed from a different direction, while I was making medical improvements in my USMS work injury DOL/OWCP case and my health and well-being. When my assigned physical therapist informed me of the bad news, that my DOL/OWCP medical treatment "Work Harden Program" was being denied, I was confused and did not understand (Retaliation Whistleblowing Complaint). Then my pyisical therapist informed me that I could pay out of pocket for medical treatment at the physical therapy facility regarding my USMS work injury Left Shoulder/Neck DOL/OWCP case. Then I was forced to find another medical therapist and medical doctor who handled Federal work injury DOL/OWCP cases, which I did in Chicigo, IL. As the medical staff told me it was illegal to deny my medical treatment "Work Hardening Program" in any DOL/OWCP work injury case **"Title 18 U.S.C. 1922" (Now, I know why individuals are sooner than later retiring and/or leaving the USMS – ANDRESKI REPORT)**. While it is illegal to place anyone on a blacklist (Retaliation Whistleblowing Complaints), the Senior Medical Doctor from Oklahoma City, OK did advise me that, "Law does not matter". Which I refuse and never will accept, but also, I believe that "Law" does matter.

**Title 18, U.S.C., Section 245 - Federally Protected Activities.**

**1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:**

a. **A voter, or person qualifying to vote.**
b. **a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States.**
c. **an applicant for federal employment or an employee by the federal government.**
d. **a juror or prospective juror in federal court; and**

e. **a participant in any program or activity receiving Federal financial assistance.**

The legal medicine assistant in Oklahoma City, OK, I had a prior conversation with for almost three (3) hours, on 01-04-2024. In our conversation on 01-04-2024, I was inquiring for help/assistants with USMS work injuries DOL/OWCP cases, as my medical treatment, medical care and DOL/OWCP overbearing paperwork in retaliation of my 2021, 2022, 2023, 2023, 2024 whistleblowing complaints and disclosures to the DOJ OIG criminal and civil rights division and agencies. I also explained to the legal medicine assistant how the illegal targeting and retaliation is impacting my health and well-being. The legal medicine assistant then informed me (01-04-2024) that the legal medicine assistant could either help/assist me and/or write up any medical responses to DOL/OWCP in my USMS work injury DOL/OWCP cases. However, the legal medicine assistant informed me (01-04-2023), that she could only help/assist me in my DOL/OWCP medical injury DOL/OWCP cases that I do not have attorney representation on. On 01-23-2024, when discussing my USMS work injury DOL/OWCP cases with the Senior Medical Doctor's legal medicine assistant, the legal medicine assistant informed me that the legal medicine assistant is not an attorney, as I was fully aware the legal medicine assistant was not an attorney.

The legal medicine assistant then informs me that the legal medical assistant could not help me with" ANY" of my USMS work injury DOL/OWCP medical case responses that pertain to my USMS work injury DOL/OWCP cases. As I thought to myself, why the hell am I here in Oklahoma City, OK, and why did the Senior Medical Doctor and why did the legal medicine assistant mislead me they could help me over the phone on 01-04-2024? Again, I have been "Blacklisted" (Retaliation). The legal medicine assistant then informs me that the legal medicine assistant is sorry. I then inquire if the legal medicine assistant had any federal disability attorneys or referral help for me, due to all the retaliation in my whistleblowing complaints and illegal crimes that were happening to me for some time. The legal medicine assistant responded to me that the egal medicine assistant did not have any disability attorney that could help me out at this time.

While the retaliation from these unknown individuals that are interfering and impeding in my USMS work injury DOL/OWCP cases in my medical/treatment is preventing me from receiving the proper medical treatment and medical care. Most recently, my left side of my throat is now being impacted, it appears because of the missing piece of my left clavicle bone that was illegally taken out of my body without my consent is impacting my throat. Furthermore, while I am having a new pulling down sensation coming from the left downside of my throat (Missing Left Clavicle Bone), I was able to obtain a free imagining picture my neck, as I have neck issues now from the 02-10-2021 DOL/OWCP surgery. Can one believe that the imagining of my neck, is now curving to the left, it's not a good feeling. The individuals who have conspiring together and are making up stories are trying not to be exposed and get in trouble.

When I was leaving the Senior Medical Doctor's office, I decided to provide the legal medicine assistant with a different address where I receive mail. I provided my PO Box address to the legal medicine assistant to send the Senior Medical Doctors letter to because of all the tampering and mail fraud that has been occurring with my (PII Sensitive Information) USPS mail. Additionally, the unknown individuals that are illegally attacking me, appear to be utilizing the United States Postal Service (USPS) by tampering with my USPS mail when I am sending my PII Sensitive Information USPS Green Card mail out and when I receive my personal (PII Sensitive Information) USPS mail. (Remember, I am on a "Blacklist", as I suspect that my name/address is illegally being flagged in the USPS system?). The factual evidence I that I have, and summited in my complaints to the USPS Postal LEO Inspector that identifies these unknown individuals have been illegally tampering and illegally intercepting my USPS mail "PII Sensitive Information" for some time now, when I send USPS (Green Card) my (PII Sensitive Information) mail out and receiving my personal (PII Sensitive Information) USPS and it appears UPS to. These unknown individuals also appear to be trying to illegally steal my identity by illegally obtaining my PII Sensitive Information. As I also have file several complaints with USPS Postal LEO Inspector (online), due to the Mail Fraud / Identity Theft with my personal PII Sensitive USPS mail being tampered with.

The next day on 01-24-2024, I was scheduled to fly back to Grand Rapids, Michigan. When checking out of the hotel, I then remember I needed to purchase another travel bag for the medical binders that the Senior Medical Doctor was so kind to give back to me, during my travels back to Michigan. I then purchased a used travel bag ($5.99) from

the Super Goodwill store on the way to the library before departing flight in Oklahoma City, OK. Once I finished scanning and email documents at the library, I was planning on dropping the rental vehicle off at the airport. While I proceeded to start the rental vehicle in the library parking lot the battery goes dead, go figure right. I then have the rental vehicle towed back to the rental vehicle station at the airport, then get on my flight to Houston, TX, from Houston, TX departing to Chiago, IL then to Grand Rapids, MI (home). While waiting at the Houston, TX airport terminal, I receive an email that I missed my flight to Chicago, IL, while I was standing in front of the airport terminal that my flight to Chicago, IL has been cancelled flashing in red. While waiting seven (7) hours at the airport in Houston TX, and the airline rescheduled my flight for the next day on 01-25-2024. Then the airline finally decides to put me up in a hotel near the Houston, TX airport. The next day on 01-25-2024, early morning I departed from Houston, TX to Chicago, IL, with a 2-hour layover.

Prior to boarding to my flight home to Grand Rapids, MI, I decided to change my window seat changed to a seat near the exit row. As the fly staff kindly changed my seat, and notified me that no one else was assigned to the seat next to me (window seat) on my final departing flight back to Grand Rapids, MI. While boarding the plane and locating my assigned seat, I noticed an interesting white male in his mid-40's sitting in the window seat next to me. The man seemed to be nice and told me that his company booked him the flight back home to Grand Rapids, MI (Grandville). Then the man started telling me story after story, mostly in the Kalamazoo, MI, area. The man then states to me that he is thinking about retiring in a year or so, as I thought to myself this is too much. I noticed when the man was telling his random stories to me, the man mentions "Funny Money" several times. The man then starts telling me a a time when he was pulled over by the Michigan State Police (MSP). The man then stated the reason the MSP officer pulled the man over was for speeding and something to do with his vehicle license plate. Then the man pulls his wallet out and hands me his old Michigan driver's license card, while I noticed the man had several other Michigan ID cards in his wallet wallet (PI). The man then told me his name "Mike Smith" and then stated, "common name right". Mr. Smith then asked me a question regarding what I notice about his Michigan driver's license ID photo? As I responded to Mr. Smith question by inquiring if Mr. Smith was religious priest? My question to Mr. Smith was based off the religious priest uniform Mike Smith was wearing in his Michigan driver's license photo. Mr. Smith started laughing loud, then Mr. Smith informed me his driver's license photo was the reason Mr. Smith ended up with a warning from the MSP officer. Once we landed in Grand Rapids, MI, Mr. Smith then asked me what I did for a living? I just replied "government" but I'm currently injuried right now and work comp. Mr. Smith then carries on about how his brother is a "FED" and in a position as a "Federal Government Analyst". Mr. Smith then informs me how Mr. Smith tells his brother how he could so much more money in the private sector. At this time, I proceeded to depart the aircraft and retrieve my luggage in the baggage claim area in Gerald R. Ford airport. When I approached my luggage bag, I noticed my luggage bag was unzipped (3-4 inches). I then opened my luggage bag in the baggage claim area, as it appeared that all my PII Sensitive Information personal medical and USMS work injury medical documents were in the bag, and only few medical documents were wet from the rain that day.

When I reported to my local law enforcement agency "**Kent County Sheriff's Department**", who appears to turn a blind eye. So, then I emailed and reported crimes to the Kent County's Proscutors Office, as it appears they too have turned a blind eye. - **Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law,** "statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S."; Now, it appears political corruption has now impeded in my complaints of being a victim from individuals who have targeted me and committed crimes towards me, and which has impacted my family. Furthermore, the civil rights violations and conspiring "Hate Crimes", towards Christopher Andreski involve a several corrupt organization, corrupt rural individuals, corrupt rural high power political neighbor, rural hospital employees, corrupt rural bank employees, rural insurance agency, rural builder, rural township employees, rural county employees, rural county LEO employee, and rural state employees who harmed and conspired to destroying Christopher Andreski life, for reasons I cannot explain. As Christopher Andreski believes that everyone in the United States of America has the right to live free and equal. Christopher Andreski also stands for Life, Liberty, and Justice. In my opinion, the criminal statue of **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964,** would meet the criminal elements in the ANDRESKI REPORT. In a new chapter of the ANDRESKI REPORT, it will show the criminal elements in my opinion that the rural corrupt bank employees and rural bank would be able to be charged with the **BANK - Section 1507 of the Dodd-**

**Frank Act, codified at 12 U.S.C. & 5567. – The Bureau of Consumer Financial Protection, "The CFSL Bulletin (July 23, 2010). – FBI. 12 U.S.C. 1831j (FDIC); 31 U.S.C. & 5228.**

The interference and impeding in my medical treatment and medical care is a violation of the **18 U.S.C., Section 245 – Federally Protected Activates,** as I described below. Its appears that these individuals who were hired to bullying and intimidate me by shooting the rear panel window of my vehicle on 12-18-2023, would in my opinion meet the requirements of the **18 U.S.C. 241 - Conspiracy against rights**. The shooting incident on 12-18-2023, has impacted a family member of mine who was sitting in the passenger seat of my vehicle. While the 12-18-2023, traumatic shooting incident occurred, it my opinion and maybe even the people of the United States of America, that "NOW" the **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964,** that the ANDRESKI REPORT would meet the criminal elements that are outlined in the ANDRESKI REPORT and in this email along with the supporting evidence that is attached to this email. While I understand I am not an attorney it would be my opinion, due to the facts that are outlined in the ANDRESKI REPORTS regarding the Civil Rights Violations, Bad Faith Acts, along with individuals who have Conspired together to commit Criminal Acts for purposes of harming and destroying my life, which will always impacting members of my family here today.

It would also appear because of these individuals who have attacked me, are utilizing the United States Postal Service (USPS). As it appears these same individuals have illegally obtained and/or tried to obtain my personal private medical/financial documents, which also have my social security number on my PII Sensitive Information documents. I hope everyone can agree, tampering with USPS mail, USPS mail fraud and USPS identity theft is serious crime and should be addressed by the United States Postal Inspector Law Enforcement "1811" Criminal Investigators. If these individuals have illegally influenced the Senior Medical Doctor not to help me and/or illegally providing these individuals with my personal supporting medical evidence **"PII Sensitive Information"** in return for "Kickbacks" "Money", I would hope the FBI would investigate this matter **"18 U.S.C. 1922"**? **Katz v. United States (1967)**, along with **Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

While I have repeatedly reported many civil rights violations, long with criminal acts to the US Department of Justice OIG Division and the Criminal and US Department of Justice OIG Civil Division. I also have reported the DOJ OSC Division, MSPB, OSHA (CARRA ACT), FDIC, DOL/OWCP, Congressman John Moolenaar staff and most recently now the FBI. Additionally, I have also respectfully requested help from State of Michigan Represenitive Bryan Posthumus and State of Michigan Senator Rick Outman, along with State of Michigan OIG Office (by email) regarding the State of Michigan/Grattan Township targeting me at the Michigan Tax Tribunal regarding my unfinished/damaged home residence property taxes. I have also made several complaints with the State of Michigan Building codes/investigation divisions matters, as it appears there is more interference regarding my two (2) building complaints with the State of Michigan. Regarding the individuals who are consentity targeting me in their State, Local, and former and active Government employee's positions, seemed to be swaying influence in not addressing these individuals who have conspired in harming and destroying Christopher Andreski life. - (***United States v. Enmons***, 410 U.S. 396 (1973), **holding that violence undertaken by the parties to labor-management relations is "wrongful" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.)**

What I cannot accept from all these illegal targeting/terrorizing attacks and bad faith acts, to happen to another USMS Operational employee, First Responder, any other Government employee in that matter. As I would respectfully request the U.S. Department of Justice to and the FBI to address these individuals who continue causing harm my life that has also impacted my family.

Why do you think the MSPB that never allowed my Attorney Counsel Scott Graham and myself to have deposition hearings? It appears that the MSPB was inflununcae by unknown parties, due to the fact it would be debtermential to those who committed hate crimes offenses against Christopher Andreski and his family. This is why I created the "ANDRESKI REPORT". Does everyone remember that movie scene from "A Few Good Men", when Tom Cruise told the Military Coorunial Jessup (Jack Nicolson) in the military courtroom, "I want the truth" and Military Coorunial Jessup (Jack Nicolson) responded, by screaming at Tom curse "You can't handle the truth". Once the Military Coorunial Jessup (Jack Nicolson) was finished with his testimony, the Military Judge then had the Military Coorunial Jessup (Jack Nicolson) charged and taken into custody. The reason I brought up the movie scene scenario from "A

Few Good Men" is because, in my opinion certain individuals who have attacked me, and my family would find themselves in the same position as the USMC Military Coorunial Jessup (Jack Nicolson) when he finished testimony in the military courtroom.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

2. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**1. Title 18, U.S.C., Section 245 - Federally Protected Activities.**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

f. A voter, or person qualifying to vote...;
g. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
h. an applicant for federal employment or an employee by the federal government.
i. a juror or prospective juror in federal court; and
j. a participant in any program or activity receiving Federal financial assistance.

3. **Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

3. **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

- **Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**
- **DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whileblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

4. **18 USC 241: Conspiracy against rights.**

**§241. Conspiracy against rights**

- If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

1. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**2. Title 18, U.S.C., Section 245 - Federally Protected Activities.**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

k. A voter, or person qualifying to vote...;
l. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
m. an applicant for federal employment or an employee by the federal government.
n. a juror or prospective juror in federal court; and
o. a participant in any program or activity receiving Federal financial assistance.

- **18 U.S.C. & 1513(e) Obstruction of Justice Retaliation Against Whistleblower.**
- **18 USC 241: Conspiracy against rights.**

**§241. Conspiracy against rights**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

FYI: The 12-18-2023, shooting incident occurred in the metro Detroit, MI area. **As I hope the U.S. Attorney office of the Eastern District of Michigan would take this incident serous (RICO CASE)**?

Remember, when individuals who have conspired together by agreeing to commit a crime for the purposes of harming anyone, these same individuals who committed the conspiring crimes will go to great lengths to terrorizes that same personal life to above criminal prosecution. In my opinion, most of the individuals who conspired together, to cause harm my life, have many political ties in the local rural community (Kent County) and the State of Michigan. As it would appear, these same individuals who have conspired to attack me would meet the criminal elements in my opinion being charged in a RICO case of political corruption. Additionally, I have provided below this email, several criminal statues regarding Racketeering criminal case statues and RICO criminal case statues. Lastly, being caught of that crime and placed in five by eight room, that comes with free room and board.

**-15 U.S.C. & 78u-6 (h)(1)(A)(iii) Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (establishing a civil action for wrongful discharge based on violation of 18 U.S.C. & 1513(e))**

**Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

**Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

**DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whileblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

- **Federal Acquisition Regulation; Contractor Business Ethics Compliance and Contractor Whistleblower Protection Rules. – 48 C.F.R. Ch. 1, 48 C.F.R. Subpart 3.900, 73 Federal Register 67064**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**
- **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

**False Claims Act, Whistleblower Antiretaliation 31 U.S.C. & 3730(h)**

- **U.S. ex rel. Yesudian v. Howard University, 153 F.3d 731 (D.C. Cir 1998) (board definition of protected activity).**

**ANDRESKI REPORT Binder# 2:**

- 1985(3) (conspiracy to violate a person's constitutional rights and privileges).
- 5th Amendment (right to due process).
- 6th Amendment (right to a fair trial with assistance of counsel).
  512 (obstruction of justice).
- Violations of 28 U.S.C. § 454 (practice of law by justices and judges).
- Violations of the Federal Rules of Civil Procedure 60(b).
- Relief from judgment or order for mistakes.
  26(e) (duty to supplement disclosures and responses in discovery).
  Excusable neglect, and newly discovered evidence, fraud.

**Title 18 U.S.C. 1341** (frauds and swindles through the mail).

**18 USC 241: Conspiracy against rights:**

**§241. Conspiracy against rights:**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## 1985(1) (conspiracy to prevent a federal officer from performing his duties). "ANDRESKI REPORT".

**42 U.S. Code § 1985 - Conspiracy to interfere with civil rights:**

1. **PREVENTING OFFICER FROM PERFORMING DUTIES:**

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

2. **DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES:**

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**United States v. Leon, 438 U.S. 897 (1984).**

### Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law.

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, then those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap,

aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

When two or more individuals conspire to commit a crime together against any person and/or persons, as the conspiring individuals who agreed to commit the illegal conspiring crime together will also go to great lengths to coverup all criminal activity and/or bad faith acts the conspirers agreed upon. When destroying supporting evidence of criminal activity and/or swindling/bribing other individuals to commit a crime and/or illegally do bad faith act so the individuals who conspire that original I understand I am just a number, and my life is meaningless to most, but I want you to know I still take pride in our beautiful country "United States of America" and believe in our "Federal Justice System".

**- Title 18, U.S.C., Section 245 - Federally Protected Activities:**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

5. A voter, or person qualifying to vote...;
6. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
7. an applicant for federal employment or an employee by the federal government.
8. a juror or prospective juror in federal court; and
9. a participant in any program or activity receiving Federal financial assistance.

**Title 18 Chapter 95-Racketeering:**

**Sec. 1951.** – Interference with commerce by threats or violence. Additionally, it can be a common law tort where one party interferes with the contracts or relationships of another party.

**Sec. 1954. –** Offer, acceptance, or solicitation to influence operation of an employee benefit plan.

**Sec. 1959.** –Violent crime in aid of racketeering activity. (**12-18-2023** Shooting Vehicle window out" incident, **03-15-2024** "Slashing Tire" incident and prior incidents).

.

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than **five years**, or both.

**18 U.S.C. § 1962(c) Section 1962(c):**

Makes it unlawful for any person "employed by or associated with any enterprise" engaged in or affecting interstate or foreign commerce "to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. "12 For example, employees of the New York State Department of Motor Vehicles violated this provision by using the DMV to process fraudulent licenses and registrations for stolen vehicles in exchange for money.

**18 U.S.C. Chapter 31 EMBEZZLEMENT AND THEFT.**

**§648. Custodians, generally, misusing public funds.**

Whoever, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, loans, uses, or converts to his own use, or deposits in any bank, including any branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), or exchanges for other funds, except as specially allowed by law, any portion of the public moneys in trusted to him for safe-keeping, is guilty of embezzlement of the money so loaned, used, converted, deposited, or exchanged, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§650. Depositaries failing to safeguard deposits.**

If the Treasurer of the United States or any public depositary fails to keep safely all moneys deposited by any disbursing officer or disbursing agent, as well as all moneys deposited by any receiver, collector, or other person having money of the United States, he is guilty of embezzlement, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§656. Theft, embezzlement, or misapplication by bank officer or employee.**

Whoever, being an officer, director, agent or employee of, or connected in any capacity with any Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch or agency of a foreign bank, or organization operating under section 25 or section 25(a) [1] of the Federal Reserve Act, or a receiver of a national bank, insured bank, branch, agency, or organization or any agent or employee of the receiver, or a Federal Reserve Agent, or an agent or employee of a Federal Reserve Agent or of the Board of Governors of the Federal Reserve System, embezzles, abstracts, purloins or willfully misapplies any of the moneys, funds or credits of such bank, branch, agency, or organization or holding company or any moneys, funds, assets or securities in trusted to the custody or care of such bank, branch, agency, or organization, or holding company or to the custody or care of any such agent, officer, director, employee or receiver, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount embezzled, abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§658. Property mortgaged or pledged to farm credit agencies.**

Whoever, with intent to defraud, knowingly conceals, removes, disposes of, or converts to his own use or to that of another, any property mortgaged or pledged to, or held by, the Farm Credit Administration, any Federal intermediate credit bank, or the Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, any production credit association organized under sections 1131–1134m of Title 12, any regional agricultural credit corporation, or any bank for cooperatives, shall be fined under this title or imprisoned not more than five years, or both; but if the value of such property does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§664. Theft or embezzlement from employee benefit plan**

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than five years, or both.

As used in this section, the term "any employee welfare benefit plan or employee pension benefit plan" means any employee benefit plan subject to any provision of title I of the Employee Retirement Income Security Act of 1974.

4. ***United States v. Enmons*, 410 U.S. 396 (1973)**, holding that violence undertaken by the parties to labor-management relations is "**wrongful**" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.

**§666. Theft or bribery concerning programs receiving Federal funds:**

(a) Whoever, if the circumstance described in subsection (b) of this section exists—

(1) being an agent of an organization, or of a State, local, or Indian tribal government, or any agency thereof—

(A) embezzles, steals, obtains by fraud, or otherwise without authority knowingly converts to the use of any person other than the rightful owner or intentionally misapplies, property that—

(i) is valued at $5,000 or more, and

(ii) is owned by, or is under the care, custody, or control of such organization, government, or agency; or

(B) corruptly solicits or demands for the benefit of any person, or accepts or agrees to accept, anything of value from any person, intending to be influenced or rewarded in connection with any business, transaction, or series of transactions of such organization, government, or agency involving anything of value of $5,000 or more; or

(2) corruptly gives, offers, or agrees to give anything of value to any person, with intent to influence or reward an agent of an organization or of a State, local or Indian tribal government, or any agency thereof, in connection with any business, transaction, or series of transactions of such organization, government, or agency involving anything of value of $5,000 or more; shall be fined under this title, imprisoned not more than 10 years, or both.

(b) The circumstance referred to in subsection (a) of this section is that the organization, government, or agency receives, in any one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract,

subsidy, loan, guarantee, insurance, or other form of Federal assistance.

(c) This section does not apply to bona fide salary, wages, fees, or other compensation paid, or expenses paid or reimbursed, in the usual course of business.

(d) As used in this section—

(1) the term "agent" means a person authorized to act on behalf of another person or a government and, in the case of an organization or government, includes a servant or employee, and a partner, director, officer, manager, and representative;

(2) the term "government agency" means a subdivision of the executive, legislative, judicial, or other branch of government, including a department, independent establishment, commission, administration, authority, board, and bureau, and a corporation or other legal entity established, and subject to control, by a government or governments for the execution of a governmental or intergovernmental program;

(3) the term "local" means of or pertaining to a political subdivision within a State;

(4) the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States; and

(5) the term "in any one-year period" means a continuous period that commences no earlier than twelve months before the commission of the offense or that ends no later than twelve months after the commission of the offense. Such period may include time both before and after the commission of the offense.

I would like to mention in 2020, injuried USMS Operational employee “Criminal Investigator Deputy U.S. Marshal (CIDUSM)” Christopher Andreski respectfully requested (verbally), to W/MI USMS Acting Chief Deputy U.S. Marshal in his office to telework. While the USMS W/MI Acting Chief Deputy U.S. Marshal brought my reasonable request before the former W/MI USMS Acting employee. The former W/MI USMS Acting employee declined to allow me to telework in the W/MI USMS office. During this time, I was confused regarding the former W/MI USMS Acting employee decision on not allowing me to telework, as many W/MI USMS employees have been allowed to telework in the past when they have been sick or injuried in the W/MI USMS District - **Sherbert v. Verner (1963)**. I have been told that the former Acting employee has sensed retired, which was unusually odd, sense the well-respected USMS Director Ronald Davis, selected the former USMS employee for the Acting USM position in the USMS Western District of Michigan. Justice Alito explains how the second amendment “the right to keep and bear arms” in his concurring opinion in case, **McDonald v. City of Chicago**, the right of self-defense.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

5. **Federal felony to harm an employee’s livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**15 U.S.C. & 78u-6 (h)(1)(A)(iii) Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (establishing a civil action for wrongful discharge based on violation of 18 U.S.C. & 1513(e))**

**Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

6. **Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

7. **DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whistleblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

8. **Federal Acquisition Regulation; Contractor Business Ethics Compliance and Contractor Whistleblower Protection Rules. – 48 C.F.R. Ch. 1, 48 C.F.R. Subpart 3.900, 73 Federal Register 67064. – (Interference when I was reporting crimes to city and local law enforcement agencies).**

Example: When I went to my local law enforcement agency “Kent County Sheriff Department” in 2023, regarding the safety and concerns that my family, friends, and I were having from the disturbing “Flying Drones”. I explained to Detective Blue Shirt, how the Flying Drones have been stalking, harrassing and spying in my home residence for some time. The intimidation of these ‘Flying Drones” also travels and how the unknown individuals were and currently are tampering of my personal vehicle "Good Feeling". While Detective Blue Shirt from the Kent County Sheriff's Department, was more concerned in asking me leading and baiting questions about my USMS work duties and how long I have been on DOL/OWCP work comp. It appeared that Detective Blue Shirt from the Kent County Sheriff's Department, was being directed not to help me, while stating several times it sounds like a USMS matter. While W/MI USMS Management placed injuried Criminal Investigator Deputy U.S. Marshal (CIDUSM) Christopher Andreski in many situations of disadvantages and without his USMS tools and USMS identifiers and expecting CIDUSM Christopher Andreski to perform his USMS Operational Duties, as one could think these illegal acts could be USMS matter. In fact, these illegal acts would appear to be handled by the Department of Justice OIG Criminal Investigation

Division and the FBI. **"Title 18, U.S.C., Section 245", Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights – (1) PREVENTING OFFICER FROM PERFORMING DUTIES, (2) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES, 18 USC 241: Conspiracy against rights, Title 18, U.S.C., 18 USC 241: Conspiracy against rights, Section 242 - Deprivation of Rights Under Color of Law, 1985(1) (conspiracy to prevent a federal officer from performing his duties).**

Justice Alito explains how the second amendment "the right to keep and bear arms" in his concurring opinion in case, **McDonald v. City of Chicago**, the right of self-defense. Justice Alito cited examples from amicus briefs in which individuals brandished a firearm in public in order to save some-one who was being attacked. Justice Alito then cited examples of a gay man in Arkansas who was being attacked by four gay-bashers. However, a friend of the victim pulled out a pistol and stopped the brutal attack. Justice Alito also cited the example of a woman in Jefferson City, Tennessee, who was being attacked until a bystander pulled out a firearm and saved a woman....

**False Claims Act, Whistleblower Antiretaliation 31 U.S.C. & 3730(h)**

> **U.S. ex rel. Yesudian v. Howard University, 153 F.3d 731 (D.C. Cir 1998) (board definition of protected activity).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

> **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act. Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

**Law are published at 29 C.F.R. Part 1983.**

**BANK – Section 1507 of the Dodd-Frank Act, codified at 12 U.S.C. & 5567. – The Bureau of Consumer Financial Protection, "The CFSL Bulletin (July 23, 2010). – FBI.**

> **12 U.S.C. 1831j (FDIC); 31 U.S.C. & 5228.**

**Refusing to Perform Dangerous Work: Whirlpool Corp. v. Marshall, 445 U.S. 1 (1980) (OSHA); NLRB v. Washington Aluminum Co., 370 U.S. 9 (1962) (NLRB); Gateway Coal Co. v. United Mine Workers, 414 U.S. 368 (1974).**

**18 U.S.C. § 1962**: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities. Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6

> **Question# 1**: What would you do if two or more individuals have conspired, to not only destroy your life but also cause your family, friends, and yourself harm?
>
> **Question# 2:** What does a United States American citizen do, in the United States of America, when your local law enforcement agency is being influenced by political corruption, political interference and political influence?
>
> **Question# 3:** Regarding the statement that the Senior Medical Doctor in Oklahoma City, OK, stated to me, that "**Law does not matter**". Would the U.S. Department of Justice OIG Criminal Division, Federal Bureau of Investigation, U.S. Attorney Mark A. Totten for the Western District of Michigan, U.S. Attorney Dawn N. Ison for the Eastern District of Michigan agree with the Senior Medical Doctor statement, "**Law does not matter**"?

On **03-18-2024** at **1338 hours** , I "Christopher Andreski" called "911" the (Southfield Police Department) to respond to the third (3rd) floor of the Southfield, MI library. The reason I "Christopher Andreski" called the police was because I am in fear of my life from the unknown individuals who appear been hired to harrass , stalk, tamper with my persoanal computer (PII Sensitive Information), tampering with mobile phone, and potentially

HATE CRIME RICO CASE ATTCHMENTS 1-1212-compressed(2).pdf
14.5MB

Kent County Sheriff Deartment Disbatch Voice Transcript. .wma
1.3MB

02-15-2024 Drone and Unknown Vehicles..pdf
1.8MB

OKKKKKKKKKKKKKKKKK_compressed.pdf
5.1MB

Attachment #2

**From:** Chris Andreski
**Sent:** Monday, May 13, 2024 9:15 AM
**To:** BJANTTAC@ojp.usdoj.gov; OIG CIGIE (OIG); OIG Hotline
**Cc:** Scott Graham; Elizabeth Smeal
**Subject:** FW: Questions Regarding CN-1032 Form Benefits - Criminal Retaliation Concerns - USMS DOL OWCP Injury Questions and Concerns.

**From:** Chris Andreski
**Sent:** Thursday, May 9, 2024 2:00:35 PM
**To:** Alex.Neville@usdoj.gov <Alex.Neville@usdoj.gov>; Jeffery.Lour@usdoj.gov <Jeffery.Lour@usdoj.gov>; Cheryl.Jacobs@usdoj.gov <Cheryl.Jacobs@usdoj.gov>; Marshall, Velicia (USMS) <Velicia.Marshall@usdoj.gov>; Carter, Ronald (USMS) <rcarter@usms.doj.gov> <rcarter@usms.doj.gov>; Ronald.Carter@usdoj.gov <Ronald.Carter@usdoj.gov>; Ronald_Carter@usdoj.gov <Ronald_Carter@usdoj.gov>; Dianne.Cambell@usdoj.gov <Dianne.Cambell@usdoj.gov>; Dianne_Campbell@usdoj.gov <Dianne_Campbell@usdoj.gov>; DCambell@usdoj.gov <DCambell@usdoj.gov>; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov> <DMCampbell@usms.doj.gov>; Phillip_Patterson@usdoj.gov <Phillip_Patterson@usdoj.gov>; PPatterson@usdoj.gov <PPatterson@usdoj.gov>; Phillip.Patterson@usdoj.gov <Phillip.Patterson@usdoj.gov>; Beth_Brown-Ghee@usdoj.gov <Beth_Brown-Ghee@usdoj.gov>; Brown-Ghee, Beth (USMS) <Beth.Brown-Ghee@usdoj.gov>; BBrown-Ghee@usdoj.gov <BBrown-Ghee@usdoj.gov>; Jeffery.Mans@usdoj.gov <Jeffery.Mans@usdoj.gov>; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov> <BBrown-Ghee@usms.doj.gov>; Jeffery_Mans@usdoj.gov <Jeffery_Mans@usdoj.gov>; JMans@usdoj.gov <JMans@usdoj.gov>; Susan_Gibson@usdoj.gov <Susan_Gibson@usdoj.gov>; Susan.Gibson@usdoj.gov <Susan.Gibson@usdoj.gov>; SGibson@usdoj.gov <SGibson@usdoj.gov>; Sharon.Purnell@usdoj.gov <Sharon.Purnell@usdoj.gov>; Sharon_Purnell@usdoj.gov <Sharon_Purnell@usdoj.gov>; Billy_Atwater@usdoj.gov <Billy_Atwater@usdoj.gov>; Atwater, Billy (USMS) <Billy.Atwater@usdoj.gov>; BAtwater@usdoj.gov <BAtwater@usdoj.gov>; Ronald.Davis@usdoj.gov <Ronald.Davis@usdoj.gov>; Brendan.Gordan@usdoj.gov <Brendan.Gordan@usdoj.gov>; Caine, Simon (USMS) <Simon.Caine@usdoj.gov>; Bullock, Cedric (USMS) <Cedric.Bullock@usdoj.gov>; Sherman, Sarah (USMS) <Sarah.Sherman@usdoj.gov>; Marshall, Velicia (USMS) <VMarshall@usms.doj.gov> <VMarshall@usms.doj.gov>; Marshall, Velicia (USMS) <Velicia.Marshall@usdoj.gov>; Atwater, Billy (USMS) <Billy.Atwater@usdoj.gov>; Schmidt, Beverly (USMS) <Beverly.Schmidt@usdoj.gov>; usms-benefits@usdoj.gov <usms-benefits@usdoj.gov>; usms-benefits@usms.doj.gov <usms-benefits@usms.doj.gov>; usmsbenefits@usms.doj.gov <usmsbenefits@usms.doj.gov>; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov> <BBrown-Ghee@usms.doj.gov>; Brown-Ghee, Beth (USMS) <Beth.Brown-Ghee@usdoj.gov>; oce@mail.house.gov <oce@mail.house.gov>; Sherman, Sarah (USMS) <Sarah.Sherman@usdoj.gov>; Jarrod.Bruner@usdoj.gov <Jarrod.Bruner@usdoj.gov>; Sandee.Burkemper@usdoj.gov <Sandee.Burkemper@usdoj.gov>; darnell.sims@usdoj.gov <darnell.sims@usdoj.gov>; Phillip.Patterson@usdoj.gov <Phillip.Patterson@usdoj.gov>; Kevin.Riley@usdoj.gov <Kevin.Riley@usdoj.gov>; Lisa.Dickinson@usdoj.gov <Lisa.Dickinson@usdoj.gov>; Mark.Pittella@usdoj.gov <Mark.Pittella@usdoj.gov>
**Cc:** OAJL-NewportNews@dol.gov <OAJL-NewportNews@dol.gov>; Patto, Patricia M - OALJ

<patto.patricia.m@dol.gov>; ARB-Correspondence <ARB-Correspondence@dol.gov>; Scott Graham <sgraham@scottgrahampllc.com>; VictimsRights@fbi.gov <VictimsRights@fbi.gov>; criminal.division@usdoj.gov <Criminal.Division@usdoj.gov>; Congressman John Moolenaar <MI02JMima@mail.house.gov>; MSPB <MSPB@mspb.gov>; RFR <RFR@dol.gov>; antitrust.atr@usdoj.gov <antitrust.ATR@usdoj.gov>; antitrust.leniency@usdoj.gov <antitrust.leniency@usdoj.gov>; USAMIE-Civil Rights (USAMIE) <USAMIE.CivilRights@usdoj.gov>; USAMIW-CIVILRIGHTS <USAMIW.CIVILRIGHTS@usdoj.gov>; FCS.CRT@USDOJ.GOV <FCS.CRT@USDOJ.GOV>; summer.duncan@usdoj.gov <summer.duncan@usdoj.gov>
**Subject:** Questions Regarding CN-1032 Form Benefits - Criminal Retaliation Concerns - USMS DOL OWCP Injury Questions and Concerns.

United States Marshal Service Director Ronald Davis, USMS U.S. Department of Labor OWCP Specialist / USMS Office of General Counsel,

1. Christopher Andreski recently received the CN-1032 form from the U.S. Department of Labor Office of Workman's Compensation Program. Does Christopher Andreski have to complete the CN-1032 form?

2. If Christopher Andreski must complete the CN-1032 form that has Christopher Andreski PII Sensitive Information on the CN-1032 form, then where does Christopher Andreski have to summit the competed CN-1032 forms and to who?

3. Question three (3) of the CN-1032 form, are 1811 Criminal Investigator Deputy U.S. Marshals covered under the Armed Forces? If so, does Christopher Andreski "receive benefits from the (VA) disability award resulting from the United States? Yes or No?", **CN-1032 Question# 3 a**.

4. Question three (3) of the CN-1032 form, does Christopher Andreski have a Arm Forces file number? **CN-1032 Question# 3 b**.

5. Question three (3) of the CN-1032 form, does Christopher Andreski have a percentage of Christopher Andreski VA award increased since injury for which Christopher Andreski is receiving benefits under the FECA? **CN-1032 Question# 3 c**.

6. Can you send information on receiving Dual Benefits, which will help Christopher Andreski pay for medical bills, medical travel and other bills.

7. Does the USMS want Christopher Andreski to file a CA-1 for my Left Foot injury that is related to my USMS work injury Left Knee Master DOL/OWCP Case?

A promptly response would be much appreciated by the USMS U.S. Department of Labor OWCP Specialist.

On other news, while Christopher Andreski has summited seven (7) online complaints to the U.S. Postal Inspector Office, regarding Christopher Andreski PII Sensitive Information (Mail Fraud/Identify Theft) USPS mail being stolen, and USPS mail being tampered with. If anyone has any information of the Criminals who are **Knowingly, Willingly and Wantonly** stealing/tampering with Christopher Andreski PPI Sensitive Information USPS mail through the

United States Postal Service, please let Christopher Andreski, Attorney Counsel Scott Graham and the FBI know as soon as possible. Addionally, Christopher Andreski has several more online USPS mail fraud / USPS mail identity theft (PII Sensitive Information) complaints to file with the U.S. Postal Inspector Office but is waiting to file because Christopher Andreski and his Attorney Counsel Scott Graham have been contacted by the approate federal USPS law enforcement agency. Christopher Andreski can only hope and pray to God that this is not another act of retaliation, towards Christopher Andreski. While retaliation is a crime itself, stealing and tampering USPS mail is also a Felony Crime Offense: "**Title 18 U.S.C. 1341**".

These unknown criminals who are **Knowingly, Willingly and Wantonly** attacking Christopher Andreski life and family by shooting out Christopher Andreski rear panel vehicle window on **12-18-2023**, while Christopher Andreski "Grandmother" was sitting in passenger seat of the vehicle. United States Marshal Service Director Ronald Davis do you or anyone in the USMS have any information about the **12-18-2023**, shooting incident to Christopher Andreski rear panel window, that occurred in the **Eastern District of Michigan**? Then on **03-15-2024**, Christopher Andreski vehicle tire was slashed/puckered on the sidewall of his vehicle tire. The concerns Christopher Andreski raises in this hate crime incident that occurred in the **Western District of Michigan**, is that someone could have been seriously hurt if Christopher Andreski vehicle tire would have exploded on the highway. While this hate crime appears to be another retaliation crime from CIDUSM Christopher Andreski Whistleblowing Complaints. Furthermore, the unknown criminals who are **"Knowingly, Willingly,** and **Wantonly"** attacking and terrorizing Christopher Andreski life, health, and well-being, also are impacting Christopher Andreski' s family and friends' life, health and well-being.

On **03-18-2024**, Christopher Andreski was seating in the Quiet Zone area of the library, which was in the Eastern District of Michigan, as Christopher Andreski had countersurveillance over the over the unknown countersurveillance on Christopher Andreski. Christopher Andreski witness wrote a notarized affidavit, from the unknown individuals who are "**Knowingly, Willingly,** and **Wantonly**" terrorizing Christopher Andreski life, health, and well-being.

**January of 2024**, Christopher Andreski has confirmed confirmation that Christopher Andreski is on some type of **"Medical Blacklist"**, which was confirmed by an out-of-state Medical Doctor, MD. This **"Medical Blacklist"** is preventing Christopher Andreski receiving the proper medical care and medical treatment for Christopher Andreski USMS work injuries DOL/OWCP cases (FECA).

**CIDUSM Christopher Andreski Questions:**

While W/MI USMS CIDUSM Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis inquire with the Western District of Michigan USMS Acting U.S. Marshal Joseph Guzman, regarding who has possession of W/MI USMS CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does W/MI USMS Acting U.S. Marshal Joseph Guzman know the whereabouts of CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does the W/MI USMS Acting U.S. Marshal Joseph Guzman have

United States Postal Service, please let Christopher Andreski, Attorney Counsel Scott Graham and the FBI know as soon as possible. Addionally, Christopher Andreski has several more online USPS mail fraud / USPS mail identity theft (PII Sensitive Information) complaints to file with the U.S. Postal Inspector Office but is waiting to file because Christopher Andreski and his Attorney Counsel Scott Graham have been contacted by the approate federal USPS law enforcement agency. Christopher Andreski can only hope and pray to God that this is not another act of retaliation, towards Christopher Andreski. While retaliation is a crime itself, stealing and tampering USPS mail is also a Felony Crime Offense: "**Title 18 U.S.C. 1341**".

These unknown criminals who are **Knowingly, Willingly and Wantonly** attacking Christopher Andreski life and family by shooting out Christopher Andreski rear panel vehicle window on **12-18-2023**, while Christopher Andreski "Grandmother" was sitting in passenger seat of the vehicle. United States Marshal Service Director Ronald Davis do you or anyone in the USMS have any information about the **12-18-2023**, shooting incident to Christopher Andreski rear panel window, that occurred in the **Eastern District of Michigan**? Then on **03-15-2024**, Christopher Andreski vehicle tire was slashed/puckered on the sidewall of his vehicle tire. The concerns Christopher Andreski raises in this hate crime incident that occurred in the **Western District of Michigan**, is that someone could have been seriously hurt if Christopher Andreski vehicle tire would have exploded on the highway. While this hate crime appears to be another retaliation crime from CIDUSM Christopher Andreski Whistleblowing Complaints. Furthermore, the unknown criminals who are **"Knowingly, Willingly,** and **Wantonly"** attacking and terrorizing Christopher Andreski life, health, and well-being, also are impacting Christopher Andreski' s family and friends' life, health and well-being.

On **03-18-2024**, Christopher Andreski was seating in the Quiet Zone area of the library, which was in the Eastern District of Michigan, as Christopher Andreski had countersurveillance over the over the unknown countersurveillance on Christopher Andreski. Christopher Andreski witness wrote a notarized affidavit, from the unknown individuals who are "**Knowingly, Willingly,** and **Wantonly**" terrorizing Christopher Andreski life, health, and well-being.

**January of 2024**, Christopher Andreski has confirmed confirmation that Christopher Andreski is on some type of **"Medical Blacklist"**, which was confirmed by an out-of-state Medical Doctor, MD. This **"Medical Blacklist"** is preventing Christopher Andreski receiving the proper medical care and medical treatment for Christopher Andreski USMS work injuries DOL/OWCP cases (FECA).

**CIDUSM Christopher Andreski Questions:**

While W/MI USMS CIDUSM Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis inquire with the Western District of Michigan USMS Acting U.S. Marshal Joseph Guzman, regarding who has possession of W/MI USMS CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does W/MI USMS Acting U.S. Marshal Joseph Guzman know the whereabouts of CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does the W/MI USMS Acting U.S. Marshal Joseph Guzman have

any knowledge of former W/MI USMS employee Bruce Nordin illegally stealing or obtaining any of CIDUSM Christopher Andreski "PII Sensitive Information" or CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Do the leaders of the USMS, OGC or United States Marshal Service Director Ronald Davis, have any knowledge of CIDUSM Christopher Andreski **"PII Sensitive Information"** or **"USMS Credentials and USMS Badge"** being **illegally released, illegally tampered with, or illegally stolen**? If so, this would be a good time to be honest with the U.S. Department of Justice Criminal Division and the U.S. Department of Justice Attorney General Merrick B. Garland, and of course to my Attorney Counsel Scott Graham and CIDUSM Christopher Andreski. While CIDUSM Christopher Andreski would hope that the U.S. Department of Justice Attorney General Merrick B. Garland and United States Marshal Service Director Ronald Davis would not stand or tolerate whistleblowing retaliation crimes towards any U.S. Department of Justice employee, USMS employee or anyone in general. CIDUSM Christopher Andreski whistleblowing complaints and supporting evidence was summitted to the U.S. Department of Justice Civil Division, U.S. Department of Justice Criminal Division, Office of Special Counsel (OSC) and to other approate law enforcement agencies.

CIDUSM Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis inquire to W/MI USMS employee CIDUSM Tony Casper laughing statement on **06-30-2021**. While on 06-30-2021, in the Western District of Michigan USMS managers had their annual district all USMS staff meeting in the conference room on the 7th floor. During the conversation meeting, CIDUSM Christopher Andreski name was one topic that was discussed with all **Western District of Michigan** USMS employees, this is where CIDUSM Tony Casper stated while laughing and I quote **"I don't know if I would give Andreski his gun back, after what "WE" did to him (CIDUSM Christopher Andreski)".** CIDUSM Christopher Andreski question to United States Marshal Service Director Ronald Davis, what did CIDUSM Tony Casper and W/MI USMS employee's **Knowingly, Willingly** and **Wantonly** do to injuried Criminal Investigator Deputy U.S. Marshal Christopher Andreski?

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, Christopher Andreski have to exhaust his Thrift Saving Account (TSP), due to Christopher Andreski paying medical bills for his USMS injuries DOL/OWCP injury cases, vandalism to Christopher Andreski personal property/home, and being forced to hire a Federal Disatibilty Attorney who had Christopher Andreski benefits USMS DOL/OWCP reinstated from being illegally cut-off?

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, the USMS had

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, the USMS Office of General Counsel Attorney Simon Caine was attempting or did illegally obtain Christopher Andreski PII Sensitive Information Personal (**Medical Documents**)? FYI: Recording and Transcripts do not lie Mr. Caine.

USMS Office of General Counsel Attorney Simon Caine and USMS Office of General Counsel Attorney Cedric Bullock, can you explain to Christopher Andreski and his family, why the fraud to Criminal Investigator Deputy U.S. Marshal Christopher Andreski benefits has not been addressed by the USMS? In fact, it has been almost over two (2) years now. Maybe the FBI can assist the USMS OFFICE of General Counsel, I hear the FBI is well versed in financial fraud crimes.

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family, why Christopher Andreski PII Sensitive Information is being released by the USMS to third parties without Christopher Andreski permission or consent? How would you feel?

United States Marshal Service Director Ronald Davis Christopher Andreski wanted you to be aware that OPM is investigating Christopher Andreski PII Sensitive Information that appears to be stolen. Christopher Andreski suspects the USPS mail fraud and USPS mail identity theft crimes are occurring with someone in the United States Postal Service (Sunday). Christopher Andreski also wanted you to be aware, that by chance if anyone in the USMS ever worked for **OPM** prior to coming to our W/MI USMS family, maybe someone should be looking into that person. FYI: The FBI calls this a clue.

When CIDUSM Christopher Andreski signed a USMS form USM-2 on **04-23-2010**, by former United States Marshal Service Director John F. Clark. The USM-2 form stated **"I Christopher Andreski do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and will enforce the laws thereunder, execute all lawful precepts directed to me under authority of the United States, and in all things faithfully execute the duties of the office of Deputy United States Marshal during my continuance in office. So help me God**.". Now, United States Marshal Service Director Ronald Davis, I want to be aware, no one in the United States of America the land of the free has the right to terrorizes anyone life or family.

Christopher Andreski wanted to inform his family, friends, and colleges that when criminals commit crimes, criminals will do almost anything not to get caught from there **knowingly, willingly,** and **wantonly** criminal actions. Why do you think these illegal attacks are occurring to Christopher Andreski family, friends, and himself, ask yourself that? While Christopher Andreski not only believes but trusts our United States of America Federal Justice System, as he knows many of you do as well. Attorney Counsel Scott Graham told Christopher Andreski to stay strong in 2022, and while Christopher Andreski will always keep the "warrior mind set" and to always stay strong but also will never give up from ANY illegal evil criminal attacks. Now, Christopher Andreski will only do what reasonable person he believes would do, which Christopher Andreski would only hope that United States Marshal Service Director Ronald Davis would agree in Christopher Andreski decesion, to keep reporting the pattern of illegal crime acts that these criminals are **knowingly, willingly,** and **wantonly** doing to the U.S. Department of Justice OIG Criminal Division, and to the proper law enforcement authorities.

Christopher Andreski also wanted to inform his USMS D.C. Superior Court colleges that he will sending a separate email, regarding the health conditions and hazards the USMS had us working in while assigned to the D.C. Superior Court Cellblock. While Christopher Andreski encourages

every USMS employee who worked in the D.C. Superior Court USMS cellblock prior to the USMS Cellblock renavation (Per-OSHA), to see **your own personal** Pulmonologist Doctor. In Christopher Andreski email to his colleges there will a special DOJ/OSHA audit report of D.C. Superior Court, regarding the health conditions and health harazids the USMS had us all work in. Christopher Andreski also going to provide a D.C. Superior Court public record, from an honor attorney in the District of Colombia. While Christopher Andreski main concern of making every USMS employee who worked health hazard conditions, while assigned to the D.C. Superior Court USMS Cellblock is for the purposes of every USMS employee and their families health and well-being. As Christopher Andreski can only assume that United States Marshal Service Director Ronald Davis would also agree and encourage each USMS employee who worked in the time-period of the health hazard conditions in the D.C. Superior Court USMS cellblock, to be medically examined by their **own personal** Pulmonologist Doctor.

Lastly, Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis understand, that every Operational USMS employee dedicates their life around Honor, Justice, Integrity, and Service. Now, no USMS manager or USMS employee should every abused there USMS leadership position, tools, or sources, to conspire with others to terrorizing anyone's life in the United States of America. Recently in 2023, I believe there was a unbecoming Criminal Investigator Deputy U.S. Marshal who was out of California, and recently was sentenced in Federal Court to serve a term of ten (10) years in Federal Bureau Prison (Club Fed), for some of the same illegal terrorizing attacks Christopher Andreski family, friends, and himself have endured for many years now.

Things to take in consideration - **Knowingly, Willingly, and Wantonly:**

**Criminal Antitrust Anti-Retaliation Act (CAARA) 15 U.S.C. & 7a-3.**

- Section & **7a-3** Anti-retaliation protection for whistleblowers.
- **(a)** Whistleblower protection for **employees**, contractors, subcontractors, and **agents**.

**Major Group 92:**

- Justice, Public Order, and Safety, Industry **922**:
- **9221** Police Protection
- Government establishing primarily engaged in prosecution are classified in Industry **9222**.
- Government establishing primarily engaged in the collection of law enforcement statics are classified in Industry **9229**.

**18 U.S.C. 241: Conspiracy against rights.** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States.

**18 USC 241: Conspiracy against rights, Title 18, U.S.C., Section 242 -** Deprivation of Rights Under Color of Law, 1985(1) (conspiracy to prevent a **federal officer** from performing his duties).

**42 U.S. Code § 1985 - Conspiracy to interfere with civil rights.**

**18 U.S.C. & 1507.**

**Title 18, U.S.C., Section 245", Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights –** (1) PREVENTING OFFICER FROM PERFORMING DUTIES, (2) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

2. Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.

**Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law,** "statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.".

**Title 18 U.S.C. 1341" - (frauds and swindles through the mail).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

**Title 18 U.S.C. 1922 and Title 18 U.S.C. Sec 111 Assaulting, resisting, or impeding certain officers or employees (b) inflicts bodily injury, shall be fined under this title, or imprisoned not more than [ten] 20 years, or both".**

**18 U.S.C. Chapter 31 EMBEZZLEMENT AND THEFT - §664. Theft or embezzlement from employee benefit plan.**

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than five years, or both.

As used in this section, the term "any employee welfare benefit plan or employee pension benefit plan" means any employee benefit plan subject to any provision of title I of the Employee Retirement Income Security Act of 1974.

**Fourteenth Amendment, Section 1:**

*All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor*

*shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

Thank you and God Bless America!

Respectfully,
Christopher Andreski


10:49
5G
Wi-Fi
TMOBILE-C881
Join This Network
Private Wi-Fi Address
Wi-Fi Address 26:A4:CF:38:D4:EC
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP Automatic
DNS
Configure DNS Automatic
HTTP PROXY
Configure Proxy Off


10:49
5G
Wi-Fi
[range]_E30AJT7113247A
Join This Network
Private Wi-Fi Address
Wi-Fi Address 16:7F:95:DC:70:E2
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP Automatic
DNS
Configure DNS Automatic
HTTP PROXY
Configure Proxy Off


10:54
LTE
Wi-Fi
NETGEAR47
Join This Network
Private Wi-Fi Address
Wi-Fi Address D6:34:BA:CE:80:CB
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP Automatic
DNS
Configure DNS Automatic
HTTP PROXY
Configure Proxy Off


10:51
5G 49
Wi-Fi
NETGEAR97
Join This Network
Private Wi-Fi Address
Wi-Fi Address 16:77:F2:A2:45:11
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP Automatic
DNS
Configure DNS Automatic
HTTP PROXY
Configure Proxy Off
10:49
5G 50
Wi-Fi
CaptainNemo
Join This Network
Private Wi-Fi Address
Wi-Fi Address 56:63:8A:3F:D0:81
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP Automatic
DNS
Configure DNS Automatic
HTTP PROXY
Configure Proxy Off


10:56
LTE
Wi-Fi
NETGEAR99
Join This Network
Private Wi-Fi Address
Wi-Fi Address
AA:57:32:39:11:86
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP
Automatic
DNS
Configure DNS
Automatic
HTTP PROXY
Configure Proxy
Off

Attachment #2

U.S. Department of Justice
Civil Rights Division

*Washington, DC 20530*

May 10, 2023

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

Dear Christopher Andreski,

You contacted the Department of Justice on March 8, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

# What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 291990-FQV.

# What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

## To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home (https://www.americanbar.org/groups/legal_services/flh-home)
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid (https://www.lsc.gov/find-legal-aid)

# How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

$000.60

May 10, 2023

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

Date: 05/16/2024

Attachment #2

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF MICHIGAN
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9700

# CITIZEN INFORMATION FORM

Thank you for contacting the U.S. Attorney's Office. Our office is responsible for prosecuting violations of federal law and for representing officers and agencies of the federal government in civil actions. We rely on federal investigative agencies for case referrals and can only undertake cases falling within our authority.

Due to the COVID-19 outbreak, we are **only accepting mail or online** submissions of this form. More information is available at: www.justice.gov/usao-edmi/citizen-complaints

**Name:** Christopher Andreski

**Address:** 12491 Woodland Park Dr. N.E. Belding, MI 48809

**Telephone:** (586) 321 - 4113

**Have you ever presented a complaint or provided information to this office before?** YES ⊗ NO ○

If yes, when? Email: AndreskiChris@outlook.com How? (i.e. phone, mail, in person) Email / USPS D.C. Certified

**Were you referred to our office by any agency or public official?** ⊗ YES ⊗ NO

If yes, who? No one reffered Christopher Andreski to the E/MI Civil Rights Division, However Congressman John Moolenaar office told me to reach out to Attorney

**If you have an attorney representing you in this matter, provide her/his name and telephone number:**

Attorney Scott Graham - 269-330-4321

**Are there any court actions pending in this matter?** ⊗ YES ○ NO

If yes, provide court, case number, etc: MSPB#

**Please briefly state the details of the information you are providing or the basis of your complaint. Additional relevant documents may be submitted as attachments to the email.** (State of Michigan, USMS, Delta

On 05-16-2024, Christopher Andreski hand delivered the E/MI U.S. Attorney office, Civil Rights Divison of Retaliation from Christopher Andreski Whiselblower Complaint to DOJ Civil rights Division, DOJ Criminal Division, OSC, FBI, Eight Page list of Flying/Blinking Drones list time/Dates videos terrorising Christopher Andreski, Family friends, in the W/MI and in the E/MI. Christopher Andreski Shooting incident with his grandmother in his vehice in the E/MI district on 12-18-2023 After Leaving the FBI Detroit feild office. All Christopher Andreski PII Sensitive information is being stolen/tampered with in the E/MI and W/MI Districts. on 01-23-2024, Christopher Andreski has Confirmation from a out-of-state Doctor that Christopher Andreski is on a Black list from receiving proper medical treatment or help from an Attorney. Christopher Andreski, Vehicle has been vandalized and tampered with by Christopher

Submit

18 U.S.C. 241: Conspiracy against rights.

18 U.S.C. 242 [redacted] Deprivation of Rights
Under Color of Law, 1985(1) (Conspiracy to Prevent a
Federal officer from Performing his duties)

Title 18 U.S.C. 1341 (Frauds and swindles through the Mail.

Obstruction of Justice Retaliation Against
Whiselblower 18 U.S.C. 1513 (e).

18 U.S.C. Chapter 31 Embezzlement and Theft - 664
(Theft or Embezzlement from employee benefit Plan.

Title 18 U.S.C 1922 and 18 U.S.C. Sec. 111.

42 U.S Code § 1985 - Conspiracy with

# House, Home, Family

Many of the suggestions that follow are very basic and may already be part of your normal routine. However, it may not be correct to assume that all of your family members are similarly conscious of the need for personal security practices. Be on the safe side. Go over these points with them so that they can feel confident that both they and you are taking good care of yourselves.

## Tips for the Family at Home

- Restrict the possession of house keys. Change locks if keys are lost or stolen and when moving into a previously occupied residence.
- Lock all entrances at night, including the garage. Keep the house locked, even if you are at home.
- Personally destroy all envelopes or other items that reflect your name and official position.
- Develop friendly relationships with your neighbors.
- Arrange for an unlisted home telephone number (so that your address will not be too readily accessible).

## Be Suspicious

- Be alert to public utility crews or any workmen requesting access to your residence; check their identification through a peep-hole before allowing entry.
- Be alert to peddlers and strangers.
- Write down license numbers of suspicious vehicles; note descriptions of occupants.
- Refuse unordered packages.
- Never eat candy or other foodstuffs that are delivered to your residence from an unknown source. If such items are received, notify the U.S. Marshal or local police.
- Treat with suspicion any inquiries about the whereabouts or activities of other family members.
- Report all suspicious activity to the U.S. Marshals Service and/or local police.

Attending Physician's Report

EXHIBIT# 18

U.S. Department of Labor
Office of Workers' Compensation Programs

**Record of Examination**

1. Patient's name Last First Middle: Andreski Christopher J
2. Date of Injury mo. day yr.: 03/05/2019
3. OWCP File Number: 094006074
OMB No. 1240-0046 Expires: 05-31-2024

4. What history of the employment injury (including disease) did the patient give to you?
Injured during work Fit Time

Christopher John Andreski
SSN: 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
OWCP Case# 094006074
Date of Injury: 03-05-2019

5. Is there any history or evidence of concurrent or pre-existing injury or disease or physical impair... (If yes, please describe) ☐ Yes ☒ No

6. What are your findings? (Include results of X-Rays, laboratory reports, etc.)
MRI: Rotator cuff tear of (L) shoulder

7. What is your specific diagnosis(es) related to the employment activity? Code(s)
Complete rotator cuff tear (L) shoulder; Bicipital tendinitis (L) shoulder; Strain (L) bicep — M75.122, M75.22, S46...

8. Do you believe the condition(s) found was caused or aggravated by an employment activity as described in item 4.? (Please explain answer) ☒ Yes ☐ No
Injury occurred during work

9. Did injury require hospitalization? If no, go to item # 13 ☐ Yes ☒ No
10. Date of admission mo. day yr.
11. Date of discharge mo. day yr.
12. Additional Hospitalization required If Yes, describe in "Remarks" (item 25) ☐ Yes ☒ No

13. What treatment did you provide?
P.T., O.T., massage, cupping, shockwave, pain management inj., chiro, E-stim, PRP inj., stem cell inj., IV push of stem cells

14. Date of first examination mo. day yr.: 04/21/2022
15. Date(s) of treatment mo. day yr.: 06/15/2023, 06/22/2023, 06/28/2023
16. Date of discharge from treatment mo. day yr.

17. Period of total disability From mo. day yr. Thru mo. day yr.: 03/05/2019 - unknown at this time (for job duties)
18. Period of Partial Disability From mo. day yr. Thru mo. day yr.
19. Date employee able to resume light work mo. day yr.

20. Date employee is able to resume regular work mo. day yr.
21. Has employee been advised that he/she can return to work? ☐ Yes ☒ No
22. If yes, on what date was he/she advised? mo. day yr.

23. If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #25 if necessary.)
24. Are any permanent effects expected as a result of this injury? If yes, describe in Item #25. ☒ Yes ☐ No

25. Remarks: Patient still has a piece of bone that was removed during surgery + was ∅ consented by patient! Nerve damage.

26. If you have referred the employee to another physician provide the following:
Name: Steven Schwimberg
Specialty: Orthopedic Surgeon
Address: 212 N. Lasalle Dr.
City: Chicago State: IL Zip: 60610
27. What was the reason for this referral? ☒ Consultation ☐ Treatment

Signature

28. I certify that the statements in response to the questions asked above are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to criminal prosecution.

Signature of Physician: [signature] Date: 6/28/23

29. Name of Physician: Ronald Steinbris, M.D.
30. Tax ID Number: 36-3781566
Address: Peak Performance Health Care 1749 N. Wells
31. Do you specialize? ☒ Yes ☐ No
City: Chicago State: IL ZIP: 60614
32. If yes, indicate specialty: Medical Doctor

If you have a disability and are in need of communication... language interpretation), accommodations and/or modifications, please contact OWCP. See form instr... Aids and Services.

CA-2 - Supporting Medical Evidence.

Pain in left shoulder ICD-10 code(s): M25.512" and left side of neck Cervicalgia "ICD-10 code(s): M54.2"

MEDICAL

CA-20 (Rev. 08-14)

DEFLHWO ...

yahoo!mail

Find messages, documents, photos or people Advanced

Home

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts 74
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders Hide
+ New Folder
L
Notes

**U.S. Department of Labor**
www.dol.gov

ECOMP Representative Notification: Representation Withdrawn from Case

Yahoo/Inbox

www.dol.gov
From: noreply@ecomp.dol.gov
To: andreskichris@yahoo.com

Fri, Feb 23 at 3:47 PM

This email is intended for:

Name: christopher andreski
Username: andreskichris@yahoo.com

Assoc., McCready, Garcia, & Leet has withdrawn representation of Case #094006074.

You may select new representation by selecting "Select Representation" from your case page in ECOMP.

If you did not sign up for this account, do not click this link.

https://www.ecomp.dol.gov/
[Message ID: lsz4ldr0.2AuHX3qQI0d4]

Reply, Reply All or Forward

# Andreski-current invoice and Client File

From: Patrick McQueeney (mcqueeneylaw@gmail.com)

To: andreskichris@yahoo.com

Date: Tuesday, April 16, 2024 at 01:31 PM EDT

Chris,

I hope that this email finds you doing well. I have attached your current invoice and request that you send a payment at your earliest convenience. In the meantime, I have asked you on more than one occasion as to what you would desire my office to do with your client file. I have had the file in my possession for the past few years and you can either pick up the file or send a representative to pick up the file or I can destroy the file. I do not want to continue to keep the file in my office and I do not want to put the file in storage and incur costs to my office.

Please advise forthwith what you desire my office to do with the client file. In the event that I receive no response, I will presume that you have no interest in obtaining my client file and will likely destroy the file. Please advise my office at your earliest convenience would you would like my office to do with your client file.

Best Regards,

Patrick J. McQueeney.

AndreskiInvoice4.16.24.docx
35.3kB

PEAK PERFORMANCE HEALTHCARE

1749 N. Wells
Chicago, IL 60614
Main 312.440.9646
Fax 877.254.3043
www.pphcc.com

Peak Performance Healthcare
1749 N Well Street
Chicago, IL 60614

Date: 03/13/2024

Dear Phillip Piggie:

I would like to take this opportunity to formally notify you that if you do not respond to our office and schedule an appointment to see me within 30 days of March 13, 2024; I will no longer be your medical provider because you have been inconsistent with communication with the office.

This letter is to advise you that I will no longer be available to provide medical services to you if our office doesn't hear from you by April 12, 2024. Again, if our office doesn't hear from you by April 12, 2024, I will no longer be your medical provider, and it will be important that you select another medical provider to continue with your care.

Should you have any additional questions, please do not hesitate to contact me at 312-440-9646.
Sincerely,

Olesia Galanesi, APRN, FNP-C

Peak Performance
Health Care
1749 N wells St
Chicago, Il 60614

CAROL STREAM IL 601
14 MAR 2024 PM 8 L

FREEDOM

Christopher Andreski
5333 Egypt Valley N.E
Belmont, Michigan 49306

49306-911933

## Rural Political Corruption Local and County Officials in Kent County, MI.

**Club Fed:**

The federal long-term vacation for criminals in includes, an assigned five by eight concrete room, a life roommate, three meals a day, life essential's and of course an educational life rehabilitation program.

**08-06-2008 - Exhibit# -** MLIVE news article, regarding Grattan Township Supervisor **Frank Force** being **reelected** as Grattan Township Supervisor, and who has held the position sense **1991** to present **2024.**

**02-19-2009 - Exhibit# -** MLIVE news article, "**Township leaders violated** the Open Meeting Act in October while discussing a sewage issue".

**02-23-2009 -** Media Article: **"Grattan Township Under Investigation Computers Seized"**, by the Kent County Sheriff's Department.

**08-01-2009 - Exhibit# -** Grand Rapids, MI "MLIVE" News Article, Long-time (30 years) **Kent County Sheriff Phil Heffron** dead at 86. Heffron is survived by his wife and "Five Sons".

**Question:** Does retired former FBI Special Agent Heffron, who is also a private investigator DOJ contractor for the Western District of Michigan U.S. Attorney Office have any ties with Denny Heffron or with Phil Heffron? If so, think about that……

**Denny Heffron "Big Farmer In Grattan Township"** that sits on the Grattan Township Board Member and is known throughout the Grattan Township community that nothing is approved without Denny Heffron's approval. Denny Heffron daddy was the Kent County Sheriff for 30 years, and it known throughout Grattan Township, MI (Kent County) that no one wants to get on Denny Heffron bad side. I would hope that the U.S. Department of Justice and the FBI would address the rural politically corrupt local framer that daddy used to be the Kent County Sheriff for 30 plus years, and who has utilized his rural political positions for many years to benefit himself. While abusing and stealing from the **"poor and middle class"** and give kickbacks (money/low property taxes/property/ taxes/contracts/jobs/permission to what the poor and middle class can't do to their property) benefit Denny Heffron and his rural political corrupt colleges. Christopher Andreski can tell you that the people are afraid of retaliation, so they won't speak up.

- **Denny Heffron - 03-14-2014,** MSU New Article about Heffron Farms in Kent County Grattan Township.

- **Denny Heffron** sits on the **DEQ/Eagle** committee boards with the State of Michigan.

- **Denny Heffron** is **Agriculture Represenitive** for the Kent County Agriculture Preservation Board. (**RURAL Public Official Corruption**).

- **Denny Heffron** personal property has Kent County Road Commission Violation, but because of the names, Kent County Road Commission turns blind eye.

- **Denny Heffron** is the point of contact and oversee any **energy solar panels** that are being installed in Grattan Township (**Kent County**). FYI: Denny Heffron farmland was the first property in Grattan Township (off 5-mile rd.) to have energy solar panels installed on his farmland.

- It appears **Denny Heffron** uses the point of contacts that Denny Heffron made with State of Michigan employees, Grattan Township employees, and Kent County employees for funding and to screw with anyone that Denny Heffron choices too.

- FYI: Christopher Andreski believes that Denny Heffron or his associates are flying private planes and doing thermal imagining over Christopher Andreski house, by using Grattan Township, MI tax dollars. Christopher Andreski has been told Denny Heffron and his associates have done this before.

**2-10-2011 - Exhibit# - Robert Frain** Obituary - "Bob" worked as a **tax assessor** in several municipalities throughout West Michigan.

**2021-Ionia County, MI, Assessors Sally Frian** for Otisco Twp. (616) 617-7872, Email: assessor@otiscoywp.org.

**Matt Frain & Associates** - Industries: "Management Consulting Services". **(616-677-3612).**

**HBA Owner Matthew Frain** - Home **Builders** Association of Greater Grand Rapids. **(616-446-5151).**

**Matthew Frian Builder** - Connect with Matthew Frain Builder on Facebook. "Renovation".

**Matt Frian Real-Estate Agent.**

**06-16-2016** - Michigan Watchdog news article, regarding **Matt Frain** in Cannon Township, MI as the Property Tax Assessor that is violating a Cannon Township residential homeowners **4TH Amendment Constitutional Rights**, while homeowner has no trespassing signs posted on his property.

**Matt Frain Grattan Township** Property Tax Assessor. – "12493 Woodland Park Dr. NE Belding, MI 48809 receive a Special Tax Rate.". **(Kick-Back).**

**Matt Frain** Property Tax Assessor, **1.** Grattan Township **(Kent County)**, **2.** Cannon Township (Steve Grimm-Nordin) (Kent County), **3.** Brooks Township (Newaygo County), **4.** Evertt

Township (**Newaygo County**), **5.** Denver Township (Newaygo County), **6.** Dayton Township (Newaygo County), **7.** Garfield (Newaygo County).

Christopher Andreski is the fifth (**5**) case in Grattan Township, MI (Kent County) history to be forced to take his property tax case to the State of Michigan Tax Tribunal.

**Side Note:** Can one imagine in this hypothetical situation, if someone was a Rural Local/County Property Tax Assessor in several Townships and Counties, in the state of Michigan, and who was an owner of a Home Residential Builder/Renovation business. While this same individual also was a Real Estate Agent, that was part owner of a Management Consulting business. Wow, what an accomplishment. We all know that there is a big problem with corruption involving public officials that in rural local townships and rural counties in the beautiful State of "Pure Michigan". Could one imagine with this same hypothetical situation, if this special entrepreneur had billboard slogan off a Michigan highway that stated, "Special Builder builds or renovates your dream home, you will receive a special low property tax on your home!!" **"Call Now 1-800-Club-Fed"**.

- Something to take into consideration, for the **U.S. Department of Justice Criminal Division** and **FBI**. While the DOJ funded the building an addition to Newaygo County, MI Sheriff Department for the former Western District of Michigan USMS employee Bruce Nordin, who lounged W/MI USMS in-custody prisoners. Cannon Township, MI (Kent County) Supervisor Steve Grimm who is also a Malpractice Attorney and good friends with former USMS employee Bruce Nordin.

1. **04-26-2022 - Exhibit# -** Attorney Grimm **voicemail** to Christopher Andreski, mentions that he is "Good Friends" with Bruce Nordin.
2. **Steve Grimm:** Kent County Agri-Business Community Work Group. (Mary Swanson relation to Lisa Swanson W/MI USMS AO – Nordin's contour partner in W/MI USMS office?) Tires for personal vehicles...
3. **Steve Grimm:** Board of Directors North Kent Sewer Authority, as Cannon Township Representative, Chairman.
4. Former USMS employee Bruce Nordin had his **home built in Cannon Township, MI** (Bear Creek). Questions: Matt Frain Build Newaygo County Jail or former USMS employee Bruce Nordin home in cannon Township? Did Matt Frain/Steve Grimm provide special fixed property tax rate? Kickbacks?

**11-06-2015 - Exhibit# -** State of Michigan Tax Tribunal **Brian** B. Heethuis, Petitioner v. Grattan Township. Respondent. Final Opinion and Judgement in **MTT Docket No. 15-000648.**

**2020-2022 Incident/Rural Public Corruption:** New homeowners (Wendy and Larry Harr) who built on **BPI**, directly across from from Christopher Andreski home residence, in Grattan Township (Kent County), MI. The timeline of seven-pages and supporting evidence consist of, pictures, notes, witness statements and Kent County Sheriff Department (KSD) reports/incidents that Wendy and Larry Harr reported and summited to Grattan Township

Board members. Grattan Township notes from Grattan Township Attorney Cliff Bloom and Grattan Township Former Zoning Officer Greg Converse. KSD Rural Public Corruption by turning a blind eye when Wendy and Larry Harr reported the hate crime of vandalism of spray paint (blue in color) over their home surveillance camera and what appears to be spray paint (blue in color) **"Two balls and a penis peeing"** on Wendy and Larry Harr entire new home driveway, in Grattan Township, MI (Kent Couty).

**Targeted 07-15-2022 Incident/Rural Public Corruption: Case No. 21-02399-CZ.** Dana Cowen v. Attorneys (Cliff Bloom) for Grattan Township. Dana Cowen was being targeted for remodeling there her own interior property, where other homeowners who recently remodeled their homes on Woodland Park Dr. NE BPI, never pulled permits or were harrassed by Grattan Township, Kent County, or the State of Michigan. Side Note: Dana Cowen is one of Christopher Andreski neighbors who mentioned to Christopher Andreski "You should see what Grattan Township employees have said about you (Christopher Andreski, when Dana Cowen Attorney received there FOIA and Discovery request from Grattan Township.

**Summer of 2022- Exhibit# -** In the summer of 2022/2023, Kent County Road Commission **Amy Koets was inspecting** Christopher Andreski property, and told Christopher Andreski that the State of Michigan DEQ/Eagle was pissed off at Grattan Township (Kent County,MI), for getting the Michigan DEQ/Eagle involved with Grattan Township mess. **FYI: Targeting Christopher Andreski.**

**Fall of 2022 - Exhibit# -** Kent County Road Commission **Amy Koets gave** Christopher Andreski his final inspection to his home/property. During **Amy Koets** inspector Christopher Andreski, Builder, Designer and Shane, when special attorney neighbor "Stanley" was present, because Stanley had concerns about the water runoff (Gods Rain) from Christopher Andreski grass leaf's to Stanley grass leaf's. This is when Kent County Road Commission Amy Koets raised her voice at Christopher Andreski special attorney neighbor Stanley, by stating in front of everyone "Stan there is nothing more you can do, the house is built, and he (Christopher Andreski) is going to live here". Then special attorney neighbor Stanley, stormed back into his house.

**2017-2023 - Exhibit# -** Christopher Andreski **82-pages** of text message screen shots of special attorney neighbor "Stanley" bullying and harrassing Christopher Andreski. FYI: Special Attorney neighbor "Stanley" has a lot of ties with public officials in Grattan Township, Kent County, MI and the State of Michigan.

**2022/2023 -** I was told that Brian B Heethuis brought a civil lawsuit against Grattan Township (Kent County).

**04-17-2023 - Exhibit# -** Christopher Andreski personally hire an Appraisal Company to compare against Independent Banks New Appraial, regarding Christopher Andreski Unfinished/Structal Foundation Damaged home residence, 12491 Woodland Park Dr. NE Belding, MI 48809. The purpose of Christopher Andreski hiring an appraisal company was because Christopher Andreski was advised by Tax Tribunal Attorney Mark Hampton, to get another home residence appraisal to bring before the State of Michigan Tax Tribunal as supporting evidence of Christopher Andreski Property Michigan property tax value. (Grattan Township targeted Christopher Andreski "Grattan Twp Tax Assessor Matt Frain") (Pending State of Michigan Property Tax Tribunal **Second** Case).

**05-10-2023 - Exhibit# -** Christopher Andreski USPS Certified Mail# **7019 2970 0000 5723 22**, signed and dated 05-10-2023, Michigan PRE-form and sent to Grattan Township Property Tax Assessor Matt Frain who signed and dated on 05-17-2023. USPS Certified Mail# **7019 2970 0000 5723 22.** FYI: Christopher Andreski had assistants from **Attorney Mark Hampton** filling out the Michigan PRE-form prior to mailing to Grattan Township Property Tax Assessor Matt Frain.

**08-11-2023 - Exhibit# -** Attorney Mark D. Hampton Esq, letter to the Michigan Tax Tribunal, regarding a **Motion for Reconsideration** because Christopher Andreski MOAHR Property Tax Tribunal Case Docket No. 23-000694, was illegally dismissed. FYI: Grattan Township employees and State of Michigan employee's Interference. During this time-period is when the unknown individuals who have harmed and attacking Christopher Andreski life, have **illegally influenced and swindled** Christopher Andreski hired private Attorney **Counsel Mark Hampton.** Then Attorney Mark Hampton advised Christopher Andreski to get a second appraisal as Christopher Andreski did, which was lower than Independent Bank appraisal. Attorney Mark Hampton also advised during the end of 2023, that Christopher Andreski should put his house on the **market** to see the true value and then take it off, which Christopher Andreski did not do. Not to mention, Christopher Andreski home is unfinished, and has Structal Foundation Damage to Christopher Andreski unfinished home residence.

- **FYI:** Christopher Andreski believes there is some fraud scheme going on in Grattan Township, with property taxes and kickbacks in Grattan Township. While Christopher Andreski new nehibor s (12493 Woodland Park Dr. NE Belding, MI 48809) property taxes that **were never reassessed**, not until Grattan Township Property Tax Assessor Matt Frain **(Builder)** completed Christopher Andreski new nehibor s home additions, two extra floor/two rooms, garage, and an exterior remodel almost five (5) years later. Mind you, Christopher Andreski let his new nehibor park their two vehicles in his driveway and even stored building material in Christopher Andreski garage (Slider Door). Christopher Andreski has a list of homes on his street in Grattan Township of the fixed property tax rates because of personal relationships. Additionally, Christopher Andreski has several recently listed properties that sold on

his street and marketed with the wrong property addresses **"Red Flag"**, like the **09/08/2023.**

**08-11-2023 - Exhibit# -** Attorney Mark D. Hampton, Esq, Michigan Proof of Service document to the Michigan Tax Tribunal for Christopher Andreski MOAHR Docket No. 23-000694. Side Note: **Attorney Mark D. Hampton did not sign** the Michigan Proof of Service document (MOAHR Docket No. 23-000694).

**08-14-2023 - Exhibit# -** Tax Tribunal Attorney Mark Hampton email with attached tax tribunal documents. FYI: The Michigan Tax Tribunal closed Christopher Andreski Tax Tribunal Appeal without notifying Christopher Andreski Tax Tribunal Attorney Mark Hampton, at which time Tax Tribunal Attorney Mark Hampton filed a motion to reopen Christopher Andreski Tax Tribunal Appeal case. Furthermore, in the second Michigan Tax Tribunal case, Grattan Township or the State of Michigan took Grattan Township Property Tax Assessor Matt Frian name off Christopher Andreski Michigan Tax Tribunal Appeal case.

Kent County Sheriff Department: Rural Political Corruption Kent County Sheriff **Michelle Young** and ties with the FBI Taskforce in the Western District of Michigan Long-time (30 years) Kent County Sheriff **Phil Heffron, Denny Heffron.** Any ties with Retired Former FBI Special Agent Heffron?

**12-04-2023 - 2:23 PM - Exhibit# -** Christopher Andreski screenshot missed call from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-04-2023 - 2:36 PM - Exhibit# -** Christopher Andreski phone conversation for 20 minutes with Tax Tribunal Attorney Counsel Mark Hampton and an unknown third party that Christopher Andreski who was not told that was on the phone conversation laughed in the background (PI or State of Michigan Investigators). **FYI:** Read the exhibit notes. (517-316-6451). **Knowingly, Willingly and Wantonly.**

**12-11-2023 - Exhibit# -** Christopher Andreski email to **Attorney Mark Hampton** regarding supporting evidence and facts of recent property comps, regarding the new homes built and recently homes sold **PROPERTY TAXES** just on **Woodland Park Dr, NE Belding, MI 48809.**

**2-12-2023 - 08:41 AM - Exhibit# -** Christopher Andreski screenshot missed a call from Tax Tribunal Attorney Mark Hampton.

**12-12-2023 - 9:02 AM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-12-2023 - 9:04 AM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-12-2023 - 9:40 AM - Exhibit# -** Email from Christopher Andreski Tax Tribunal Attorney Counsel Mark Hampton to LARA-taxtrib@michigan.gov, and to the Grattan Township Property Tax Assessor **Matt Frain** (assessor@grattantownship.org), regarding Attorney Counsel Mark Hampton Congestive Heart Failure and had Christopher Andreski Property Tax Appeal Hearing Adjourned.

**12-12-2023 - 9:54 AM - Exhibit# -** Email from LARA-taxtrib@michigan.gov, to Christopher Andreski Tax Tribunal Attorney Counsel Mark Hampton and Grattan Township Property Tax Assessor Matt Frain.

**12-12-2023 - 11:11 AM - Exhibit# -** Email to BCC, Michigan Tax Tribunal and Tax Tribunal Attorney Mark Hampton, regarding Chritopher Andreski Michigan Building Codes Complaint with the State of Michigan.

**12-12-2023 - 11:40 AM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-12-2023 - 12:22 PM - Exhibit# -** Christopher Andreski sent an email to State of Michigan Divisions, Political Parties, Kent County DA Office, regarding "PLEASE HELP AND ADDRESS THESE ISSUES" – MOAHR Docket No. 23-000694-R (MOAHR Docket No. 23-000694-R-TT).

**12-12-2023 - 12:28 PM - Exhibit# -** Christopher Andreski forward the GOVERNMENT, Christopher Andreski 12-12-2023 at 12:22 PM email, to State of Michigan Divisions, Political Parties, Kent County DA Office, regarding "PLEASE HELP AND ADDRESS THESE ISSUES" – MOAHR Docket No. 23-000694-R (MOAHR Docket No. 23-000694-R-TT).

**12-12-2023 - 2:06 PM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-12-2023 - 2:07 PM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone, while Christopher Andreski was standing in the State of Michigan Tax Tribunal lobby with his supporting former girlfriend/witness. Attorney Mark Hampton adjourned Christopher Andreski Michigan Tax Tribunal case that was scheduled on **12-12-2023 at 4:00 PM**. (Read Exhibit)

**12-12-2023 - Exhibit# -** Christopher Andreski hand delivered the Michigan Tax Tribunal Chirstopher Andreski signed and dated **12-11-2023,** Michigan Bureau of Construction Codes Complaint (BCC), at which time was **time stamped** by the Michigan Tax Tribunal on **12-12-2023.**

**12-12-2023 - 6:36 PM - Exhibit# -** Tax Tribunal Attorney Counsel Mark Hampton forwarded email to Christopher Andreski, regarding 12-12-2023, at 9:54 AM from LARA-taxtrib@michigan.gov, to Christopher Andreski Tax Tribunal Attorney Counsel Mark Hampton and Grattan Township Property Tax Assessor Matt Frain MOAHR Docket No. **23-000694-R.**

**12-12-2023 - Exhibit# -** Five (5) videos on 12-12-2023, of the unknown individual driving past harrassing and stalking Christopher Andreski home residence 12491 Woodland Park Dr. NE Belding, MI 48809.

**12-13-2023 - 08:07 AM - Exhibit# -** Christopher Andreski screenshot missed a call from Tax Tribunal Attorney Mark Hampton, who apparently was in the hospital and suffering from congestive heart failure. "Read Exhibit".

**12-13-2023 – 8:08 AM - Exhibit# -** Christopher Andreski screenshot text message from Tax Tribunal Attorney Mark Hampton to Christopher Andreski personal cell phone.

**12-13-2023 - Exhibit# -** Christopher Andreski email to LARA-BCC-RBS-Compliance, regarding Chritopher Andreski Michigan Building **Codes Complaint status** (USPS Certified Mail Number: **7022 2410 0001 4435 6917**).

**12-14-2023 - Exhibit# -** Email response from Stella C. Departmental Analyst at LARA-BCC-RBS-Compliance to Chritopher Andreski Michigan Building Codes Complaint.

**12-18-2023 - Exhibit# -** Chirstopher Andreski received confirmation email Michigan Bureau of Professional Licensing Investigation & Inspections Division Complaint that Christopher Andreski signed and dated on **12-11-2023**, complaint number: **COMP-LIC2300957**.

**12-18-2023 – Exhibit# -** Christopher Andreski received confirmation email Michigan Bureau of Construction Codes Complaint (BCC), that Christopher Andreski signed and dated on **12-11-2023**, complaint number: **COMPL-LIC2300956.**

**12-21-2023 - Exhibit# -** State of Michigan Tax Tribunal Response to Order fee in the amount of $125.00. Christopher Andreski paid in person on 12-12-2023, with a Cashier's Check# **0000353025** for $125.00 to the Michigan Tax Tribunal Small Claims Division in reference to Presiding Judge Patrica L. Halm in MOAHR Docket No. **23-000694-R. (FYI:** Presiding Judge Patrica L. Halm **NEVER SIGNED THE ORDER)**

**12-21-2023 - Exhibit# -** Christopher Andreski respectfully requested an in-person Michigan Tax Tribunal hearing before Michigan Tax Tribunal Cashier's Check# **0000353025** for $125.00 to the Michigan Tax Tribunal Small Claims Division. Which was hand delivered in State of Michigan Tax Tribunal Case# 23-000694-R. **(MCL 211.7cc(5))**

**12-21-2023 - Exhibit# -** Christopher Andreski hand delivery the State of Michigan Tax Tribunal a detailed package of notarized and timestamped (12-21-2023) detailed proof of service motion with supporting evidence, relevant documents, and color photo in Christopher Andreski State of Michigan Tax Tribunal Case# **23-000694-R.**

**12-22-2023 - Exhibit# -** Protecting Civil Rights by U.S. Attorney Mark A. Totten W/MI, states **"No one should have to endure harassment and discrimination, especially in their own homes".**

**12-22-2023 - Exhibit# -** Christopher Andreski provides, Proof of Service to Grattan Township Property Tax Assessor Matt Frain USPS Certified# **7019 2970 0000 5779 0511** mail, regarding Christopher Andreski hand delivery Michigan Tax Tribunal package of notarized detailed proof of service motion Supporting Evidence, relevant documents and, Color Photo in State of Michigan Tax Tribunal Case# **23-000694-R.**

**12-28-2023 - Exhibit# -** Christopher Andreski email with attachment detailed exhibits to all parties in Christopher Andreski property tax tribunal appeal case# 23-000694-R, before the State of Michigan Tax Tribunal Case# **23-000694-R.** Christopher Andreski also provided evidence of his home residence being unfinished and having structural foundation damage while providing Proof of Service to all parties USPS Certified# **7019 2970 0000 5779 0511** mail. Additionally, Christopher Andreski also respectfully CC in his the email, **Michigan State Represenitive** Bryanposthumus@house.mi.gov, kctreasurer@kentcountymi.gov, **and** SenPMacGregor@senate.michigan.gov.

**12-28-2023 - Exhibit#** - Christopher Andreski email with attachment detailed exhibits to all parties in Christopher Andreski property tax tribunal appeal case# 23-000694-R, before the State of Michigan Tax Tribunal. In Christopher Andreski email that identifies Proof of Service to all Michigan Tax Tribunal parties, USPS Certified# **7019 2970 0000 5779 0511** mail. Additionally, Christopher Andreski also respectfully provided the email to **Michigan State Represenitive** Bryanposthumus@house.mi.gov, kctreasurer@kentcountymi.gov, SenPMacGregor@senate.michigan.gov.

**12-28-2023 – Christopher Andreski complaint to the FDIC**, regarding Independent Bank, in reference number **01682818.**

**2023 -2024 - Exhibit#** - These unknown individuals appear to be hacking and listening in on my phone calls by illegally spoofing my mobile phone. Additionally, these unknown individuals are also illegally hacking into my personal home residence WIFI internet and hacking my home residence "Bluetooth" speaks that are in both bathrooms. I have turned both breakers off that go to my two separate bathrooms in my home residence. While cutting off the power in the two bathrooms in my home residence, which has made it more difficult to see during the night hours as one could imagine. However, the "flashlights" and several "neon glow sticks" I recently purchased have brought extra light during the night hours in the two bathrooms of my home.

1. Did I mention that my special attorney neighbor who tried to stop me from having my home built, wife's professional career is a **"Software Engineer"**?
2. Think about this and read the special attorney neighbors mobile screen shot text messages from "2023".
3. Remind me to show you the criminal case that involves a bad neighbor who was a software engineer and was hacking into their neighbors "WIFI".

**01-02-2024 - Exhibit#** - Christopher Andreski first **FDIC Complaint** and Christopher Andreski Michigan Tax Tribunal appeal relevant case documents sent in a USPS big box Green Card return receipt# **7022 2410 0001 4436 6688** mail, to **Travis Hill FDIC. FDIC Complaint# 01682818**

**01-02-2024 - Exhibit#** - Christopher Andreski first **FDIC Complaint** and supporting evidence and Christopher Andreski Michigan Tax Tribunal Appeal case sent in a USPS big box Green Card return receipt# **7022 2410 0001 4436 6701** mail, to Christopher Andreski **Attorney Counsel Scott Graham. FDIC Complaint# 01682818**

**1-03-2024 - Exhibit# -** Christopher Andreski Cashier's Check# **442987,** for $100.00 payment to Tax Tribunal Attorney Mark Hampton was USPS Certified# **9589 0710 5270 0176 8001 59** mailed on 01-03-2024.

**01-05-2024 - Exhibit# -** Christopher Andreski first **FDIC** USPS Green Card return receipt# **7022 2410 0001 4436 6688** that was signed but did not check mark the **"agent"** or **"addressee"** small boxes by the signature box (A.). It appears a Charles Williams on 01-05-2024, received Big USPS Box Package, regarding PII Sensitive Information of Christopher Andreski FDIC Complaint with **Independent Bank.**

**01-06-2024 - Exhibit# -** Christopher Andreski email with attachment detailed exhibits to all parties in Christopher Andreski property tax tribunal appeal **case# 23-000694-R,** before the State of Michigan Tax Tribunal Case# 23-000694-R. Christopher Andreski also provided evidence of his home residence being unfinished and having structural foundation damage while providing Proof of Service to all parties USPS Certified# **7019 2970 0000 5779 0511** mail. Additionally, Christopher Andreski also respectfully CC in his the email, Michigan State Represenitive Bryanposthumus@house.mi.gov, kctreasurer@kentcountymi.gov, and SenPMacGregor@senate.michigan.gov, Michigan Attorney General, LARA-taxtrib, LARA-BCC-RBS-Compliance.

**01-08-2024 - Exhibit# -** Second (2) USPS Certified# **7022 2410 0001 4436 7784** mail (Green Card) USPS Package PII Sensitive Evidence, to **FDIC Chairman Travis Hill (DC),** as Christopher ANDRESKI PII Sensitive Information USPS package appears to be stolen. When Christopher Andreski received the return USPS Green Card, the USPS Green Card was blank and was not signed. However, a paper sticky note was on Christopher Andreski USPS FDIC Green Card return receipt, **"Stuck to a package belonging to OPM".**

**01-08-2024 - Exhibit# -** Christopher Andreski send Michigan Building complaints to the state of Michigan, which contained two (2) separate USPS Green Card return receipts. The USPS Certified# **7022 2410 0001 4435 7310** was mailed to the Michigan Bureau of Construction Codes Licensing & Compliance Division, regarding complaint number: **COMPL-LIC2300956.** The second USPS Certified# **9589 0710 5270 1031 2448 42** mail was sent to the Michigan Bureau of Professional Licensing Investigations & Inspections Division, regarding complaint number: **COMPL-LIC2300957.**

**01-09-2024 – Exhibit# - POTENTIAL Fraud Email -** Christopher Andreski received an email from FDIC "NoReply", Subject: FDIC Reply - **01682818.** Re: Independent Bank. The FDIC appears to have referred the direct supervision of the **Federal Reserve.** Address: Federal Reserve PO Box 1200 Minneapolis, MN 55480. (1-888-851-1920).

**01-10-2024 - Exhibit# -** USPS Certified# **7022 2410 0001 4435 7310** the Green Card return receipt was returned to Christopher Andreski with no signature, name, or date, Michigan Bureau of Construction Codes Licensing & Compliance Division, regarding complaint number: **COMPL-LIC2300956.**

**01-10-2024 - Exhibit#** - USPS Certified# **9589 0710 5270 1031 2448 42** the Green Card return receipt was returned to Christopher Andreski with no signature, name, or date, from the Michigan Bureau of Professional Licensing Investigations & Inspections Division, regarding complaint number: **COMPL-LIC2300957.**

**01-11-2024 – Exhibit#** - Christopher Andreski USPS Certified# **7022 2410 0001 4435 7303** mailed Green Card to Grattan Building Inspector Casey Patterson, regarding the two **(2) separate** Building Inspector Report's, regarding **COMPL-LIC2300956** and **COMPL-LIC2300957** complaints that must be completed by the Grattan Township Building Inspector Casey Patterson.

1. **One (1) 01-11-2024, notarized detailed proof of service motion from Christopher Andreski to Grattan Township Building Inspector Casey Patterson, regarding three building complaints.**
2. **Sixteen (16) pictures of interior improper framing/install of unfinished home framing structure foundation, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
3. **Eight (8) pictures of improper interior framing and improper installation regarding unfinished home framing structure and foundation, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
4. **Fourteen (14) pictures of unfinished kitchen cabinets and unfinished kitchen island and kitchen island cabinets, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809. Additionally, the kitchen cabinets and island cabinets were the wrong kitchen cabinet design doors, color and did not have a final finish paint on any of the kitchen cabinets.**
5. **Two (2) pictures of carpet that needs to be installed in open loft, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
6. **Two (2) pictures of carpet that needs to be installed in open loft, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
7. **Two (2) pictures of unfinished interior painting, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
8. **One (1) picture of structural home foundation water leak when a heavy rain occurs at 12491 Woodland Park Dr. NE Belding, MI 48809.**

**01-16-2024 - Exhibit#** - USPS Green Card return receipt USPS Certified# **7022 2970 0000 4435 5779 0542** from Grattan Township and signed by L Kuhnert on **1-16-24.** MOAHR Docket No. **23-000694-R.**

**01-16-2024 - Exhibit#** - USPS Green Card return receipt USPS Certified# **7019 2970 0000 5778 4107** from Grattan Township and signed by L Kuhnert on **1-16-24**. MOAHR Docket No. **23-000694-R.**

**01-16-2024 - Exhibit# -** USPS Green Card return receipt USPS Certified# **7019 2410 0001 4435 7303** from Grattan Township, regarding Building Inspector Casey Patterson, regarding the two (2) separate Building Inspector Report's, regarding **COMPL-LIC2300956** and **COMPL-LIC2300957**.

**01-16-2024 - Exhibit# -** State of Michigan Department of Licensing and Regulatory Affairs complaint letter response to Chrispher Andreski, regarding **Licensee (s) Thomas Pifer** and **File Number: COM24-000321.**

**02-02-2024 - FRSecure Message Center - from email: "consumer-complaint.chi@chi.frb.org"** - Message pertains to Christopher Andreski FDIC complaint that was referred to the Federal Reserve Bank of Chicago and Christopher Andreski missing FDIC second USPS (Green Card) Big Box Package to Travis Hill at the FDIC.

**02-05-2024 – Exhibit# -** Christopher Andreski, State of Michigan Tax Tribunal hearing date notice on **02-05-2024** at 3:30 PM, was adjourned due to Christopher Andreski requesting an **in-person hearing.**

**02-08-2024 - Exhibit# -** One video of flying blinking drone following Christopher Andreski at his home residence 12491 Woodland Park Dr. NE Belding, MI 48809, sent to Attorney Counsel Scott Graham.

## Kent County Sheriff Department:

**09-28-2018 - Exhibit# -** WKTV new media "Undersheriff Michelle Young appointed as first female sheriff to Kent County". The news article mentions a **2016** interview with Kent County Undersheriff Michelle LaJoye-Young has been appointed Sheriff to fill the unexpired term of Sheriff Larry Stelma, who retires on Nov. 1 of this year. (2016).

**10-04-2020 - Exhibit# -** Christopher Andreski screenshot the conversation text message communication between Christopher Andreski and Yalonda (YO), FYI: Yalonda was a former Kent County CO Deputy, retired. The screenshot photo describes Christopher Andreski text message conversation his 2-page exhibit, that details the events that explain the pattern of political corruption and the political personal relationships between, former USMS employee Bruce Nordin, Janet Crumpton-Erlandson, and the Kent County Sheriff Michelle Young.

**10-04-2020 - Exhibit# -** text message where YO tells Christopher Andreski that her friend **Michelle** was going to tag along for a boat ride around BPI. Then come to find out, that YO friend was Michelle Young who is the **"Kent County Sheriff"** for Kent County Sheriff's Department in Kent County, MI. During this event Christopher Andreski found it odd at that time, that YO failed to tell Christopher Andreski the Kent County Sheriff was going to tag along for a boat ride around BPI, so YO could see the view on the water of the view would look like from the fixer up house on BPI prior to purchasing the Grattan Township home (Kent County). Later, Christopher Andreski discovers that **Kent County Sheriff Michelle LaJoyce Young** is also friends with the State of Michigan DEQ/Eagle contractor employee **Janet Crumpton-Erlandson**, who falsified she was a police officer and who also conspired with the former USMS employee to attack Christopher Andreski and family.

- **FYI:** Facebook screenshot Janet Crumpton-Erlandson Friends list, **Michelle LaJoyce Young**, and Michigan DEQ employer **Kelsey Crump**. Janet Crumpton-Erlandson Facebook also states that she is **"Retired"**. Go Figure. Then Christopher Andreski can recall, when YO and her friend **Michelle** were walking down the hill of Christopher Andreski property (12491 Woodland Park Dr. NE Belding, MI 48809). Christopher Andreski then noticed Michelle looking round Christopher Andreski home concrete foundation. It was then, Michelle inquired to Christopher Andreski if he brought the small amount of sand that was around Christopher Andreski concrete home foundation. Christopher Andreski then replied, no that was either my builder or his contractor that was excavating Christopher Andreski (Sandy Lot, have pictures) sandy land around. Christopher Andreski then recalls, when Christopher Andreski mentioned another person (**Michelle Alberts**) who had issues building on BPI in Grattan Township, MI (Kent County). Wouldn't you know it, Michelle Alberts now works for Grattan Township. When Christopher Andreski said the Michelle Alerts

name, YO, and her friend Michelle Young (**Sheriff for Kent County, MI**) quickly looked at each other and smiled.

**11-20-2020 - Exhibit#** - MLIVE news article "Kent County Sheriff Michelle LaJoye-Young leading challengers in early election returns".

**05-08-2023 - Exhibit#** - Local News article, in Ingham County, **Michigan. "NOT GUILTY Former Kent Co. deputy cleared of charges following alleged August assault".** The off-duty Kent County Deputy was fired from doing his job by making a citizen's arrest off duty. Then after being found **not guilty** by a jury, regarding the **08-19-2022**, incident. The Kent County Sheriff's Department (Sheriff) would not give Marcelo Aranda his job back. On **06-19-2020**, Marcelo Aranda had an **unexpected** death, while leaving a **wife** and **four children**. The Kent County Sheriff mentions being guardians of the community and the mission to preserve and protect the safety and security of the community. Rural Political Influence and Political Corruption was a factor by the Kent County Sheriff's Department firing Kent County Deputy Sheriff Marcelo Aranda, and then refused to reinstate the former Kent County Sheriff Deputy Marcelo Aranda after being found not guilty of all charges from a jury in Ingham County, MI. Now, the family of former Kent County Sheriff Deputy Marcelo Aranda has filed a lawsuit against the Kent County Sheriff's Department in **September of 2023**. Then in **02-09-2024** in a new article, **"the Kent County Sheriff's Department is asking the judge to dismiss a lawsuit filed by the estate of a former Kent County Sheriff's deputy who claims he was wrongly fired."**. In Christopher Andreski opinion, this is another bad faith act that shows the pattern of political corruption in the Kent County Sheriff Department, along with the **lack of leadership**. If the Kent County Judge rules in favor of the former Kent County Sheriff's deputy that was wrongful terminated, it would then show the Kent County Sheriff's true character and lack of leadership to the citizens of Kent County, MI. Furthermore, this would not be good for reelection year, as Michelle Young running for Kent County Sheriff politics should never play a factor to influence any judge's decision.

**08-10-2023 - Exhibit#** - Christopher Andreski went to the Kent County Sheriff's Department to get his police report from the **08-08-2023**, from the 911 incident call. Then Christopher Andreski seek help from Kent County Sherriff Deputy **Detective Dustin Cook, (Blue Shirt)** who was trying hard to recording Christopher Andreski. With Dustin Cooks body camera on his chest. While Christopher Andreski could tell by Detective Cooks mannerisms and questions, that Detective Cook was being directed not to help Christopher Andreski, based on Detective Cook leading and bating questions which were indicators to Christopher Andreski (Rural Public Corruption). Christopher Andreski did provide Detective Cook with his father's phone number in case someone decides to harm Christopher Andreski. Christopher Andreski made it clear to Detective Cook that Christopher Andreski's fathers phone number should not be given out to any USMS employee. (**Kent County Sheriff Michell Young – Public Corruption**)

**08-11-2023 - Exhibit# -** Pictures of the unknown Private Investigator followed Christopher Andreski to Medical Doctors Office, sitting in acting like patient sleeping in MD Office lobby. Later that day on **08-11-2023**, Christopher Andreski surveillance cameras picked up video footage of the unknown PI driving past Christopher Andreski home residence several times very slow at 12491 Woodland Park Dr. NE Belding, MI 48809.

**08-11-2023 - 3:28 PM - Exhibit# -** Christopher Andreski Screen Shot text message from his father. **"KG (sp) just called me in the house line. He wanted to know how you are doing- I told him I would text you passing along the message."** W/MI USMS employee KG does not have Christopher Andreski's father's home phone number. Again, Christopher Andreski instructed Kent County Sheriff Detective Dustin Cook not to provide anyone from the USMS with Christopher Andreski's fathers phone number.

**2024 - Exhibit# -** Keep Sheriff Michelle LaJoye-Young endorsement webpage. **(5-Pages).** The second page mention "In 2016, "Michelle was inducted into the Michigan State University Scholl of Justice Wall of fame". Community outreach membership Michelle Young is a member of are the following: **1. FBI** Beyond 2020, Criminal Records Improvement, Committee Member. **2. FBI** Information Services Committee, Member. **3.** FBI Mobile Data Security Taskforce, Member and several other state and local board memberships. The third page Sheriff Michelle LaJoye-Young strives on four key principles, VALUES, VISION, MISSION, PRIORITIES. (Public Safety). The fifth document is a **letter** from Sheriff Michelle LaJoye-Young to the Kent County community. Additional documents, regarding **Public Safety that the Kent County Sheriff's Department provide to the Kent County community.** (18 U.S.C. && 241, 242)

**01-23-2024 - Exhibit# -** MLIVE News article **"Family of late Kent Sheriff's deputy claims he was wrongfully fired, files lawsuit". FYI:** Kent Sheriff's deputy wife also works for Kent County Sheriff Department, as a Correctional Officer. (This incident (Firing) stems from the political gain and rural corruption from Kent County Sheriff **Michelle Young.**

**02-09-2024 - Exhibit# -** MLIVE News Article **UPDATE: "Family of late Kent Sheriff's deputy claims he was wrongfully fired, files lawsuit".** (See how the media leaves **"County"** out of "Kent Sheriff's". Bad for election time you know.

**02-12-2024 - Exhibit# -** One video of flying blinking drone terrorizing Christopher Andreski at his home residence 12491 Woodland Park Dr. NE Belding, MI 48809.

5. **02-15-2024 - Exhibit# - Flying Drones and Unknown Hired Private Investigators:** The supporting evidence below is regarding the first vehicle description, from what I (Christopher Andreski) suspect who was following me home, and while operating flying drones over my vehicle to impair my driving possiably. Again, this is when I was traveling west bound on I-96 (Between the hours of **8pm-930pm**). The description of the vehicle below, was written by a source that I was talking with on my personal phone. (I was on speaker mode on my personal phone, during this time).

1. Vehicle: Michgan licence plate: **DVG623.**
2. Vehicle: Ford Explorer, white in color – (No Michigan license plate on vehicle).
3. Vehicle: Commerical company mini utility vehicle, white in color vehicle **"STS Line Maintace" (STSLM.COM) "Drone Maintance"!!**, Florida licence plate: **Z62BIH.**
4. Vehicle: SUV/Jeep Cherokee black in color, Michgan licence plate: **2PQR23.**
5. Vehicle: Hydia small SUV, Michgan licence plate: **2NHG66.**

6. I suspected that the unkonwn Private Investigators (PI) / Flying Drone that are terrorozing my life followed me in Portland, MI. It appeared that these same unknown PI's were dropping off members of their team, to there vehicles and/or regrouping purposes. When I exited Exit 52, I quickly noticed these events occuring. At this time I quickly pulled into and out of the public parking lot near Exit# 52. Then I turned on my brights lights, because of the rural area (deer). While exiting the parking lot (near exit# 52), a blackout sadan vehicle (chevy/ford) strted to pull into the enterence of the public parking lot near Exit# 52. Unfortenally, during this time I forgot to turn off my bright lights, while I was exiting the parking lot and passing the blackout sadan vehicle (chevy/ford). I then noticed what appeared to be two male passengers inside the blackout sadan vehicle. I also noticed, while exiting and passing of the blackout sadan, had "green neon lights" troughout the entire interior of the blackout sadan vehicle.

**02-19-2024 - Exhibit# - (4 - separate video clips)** - Christopher Andreski email to Attorney Scott Graham and FBI Agent Neil Gavin, regarding the unknown individuals who are attacking Christopher Andreski family and himself are utilizing the USPS, FedEx, and UPS mailing service to assist these unknown individuals who are terrorizing and harmed Christopher Andreski family and himself. I filed five complaints with USPS Postal Inspectors Office online, regarding the mail fraud and identity theft attacks me. Additionally, I have between "5-10" additional USPS complaints to file and summit to the USPS Postal LEO Inspectors Division online that pertains to my PII Sensitive Information being stolen and tampered with regarding my USPS mail.

**02-19-2024 - 6:52 PM - Exhibit#** - Christopher Andreski screenshot missed call (President Day) from **+1(876) 321-9237,** Kingston, Surrey County, Jamaica.

**02-21-2024 - 3:57 PM - Exhibit#** - Screenshot Text message, from a former W/MI USMS contractor employee (CSO) recenly reached out to Christopher Andreski, by text messaging to Christopher Andreski personal mobile phone number. It appears that the former W/MI USMS contractor employee was being baited into reching out to Christopher Andreski with a leading open question, regarding former USMS employee Nordin. Christopher Andreski suspects that former USMS employee was utilizing former W/MI USMS contractor employee by trying to see if Christopher Andreski would respond negitivally about the the former W/MI USMS employee Bruce Nordin.

**02-22-2024 - Exhibit#** - Video of flying blinking drone following Christopher Andreski leaving his home residence 12491 Woodland Park Dr. NE Belding, MI 48809, while Christopher Andreski was driving into downtown Belding, MI. **NETGEAR18-5G** - Wi-Fi Address: **F6:DB:9C:4D:CC:CA.**

**02-27-2024 - Exhibit# - "HAND DELIVERY RECEIPT" to (Michelle Alberts)** Grattan Township, from: Christopher Andreski – (12491 Woodland Park Dr. NE Belding, MI 48809) to **Grattan Township Building Inspector Casey Patterson,** regarding Christopher Andreski building documents and detail color pictures of Christopher Andreski unfinished and structural foundation damage home.

1. Two (2) separate Building Inspector Report's, regarding **COMPL-LIC2300956** and **COMPL-LIC2300957** that must be completed by the Building Inspector. **(Grattan Township Building Inspector Casey Patterson).**
2. **Sixteen (16) pictures of interior improper framing/install of unfinished home framing structure foundation, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
3. **Eight (8) pictures of improper interior framing and improper installation regarding unfinished home framing structure and foundation, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
4. **Fourteen (14) pictures of unfinished kitchen cabinets and unfinished kitchen island and kitchen island cabinets, regarding address: 12491 Woodland Park Dr. NE Belding, MI 48809. Additionally, the kitchen cabinets and island cabinets were the wrong kitchen cabinet design doors, color and did not have a final finish paint on any of the kitchen cabinets.**
5. **Two (2) pictures of carpet that needs to be installed in open loft, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
6. **Two (2) pictures of carpet that needs to be installed in open loft, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
7. **Two (2) pictures of unfinished interior painting, regarding 12491 Woodland Park Dr. NE Belding, MI 48809.**
8. **One (1) picture of structural home foundation water leak when a heavy rain occurs at 12491 Woodland Park Dr. NE Belding, MI 48809.**
9. **Three (3) pictures of the exterior "CRACK" regarding home address: 12491 Woodland Park Dr. NE Belding, MI 48809, of the street exterior home structural foundation damage.**
10. **One (1) picture of the exterior "CRACK" regarding home address: 12491 Woodland Park Dr. NE Belding, MI 48809, of the lake side exterior home structural foundation damage.**
11. **Sixteen (16) pictures regarding the first (1st) interior "BIG CRACK" in the middle of the basement wall structural foundation damage of home address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
12. **Five (5) pictures regarding the second (2nd) interior "BIG CRACK" of the basement wall structural foundation damage of home address: 12491 Woodland Park Dr. NE Belding, MI 48809.**

13. **Six (6) pictures regarding the third (3rd) interior "BIG CRACK" of the basement wall structural foundation damage of home address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
14. **One (1) picture of interior "BIG CRACK" in the middle of basement floor structural foundation damage of home address: 12491 Woodland Park Dr. NE Belding, MI 48809.**
15. **Eleven (11) pictures regarding the exterior unfinished and improper framing and installation of exterior deck and improper exterior deck railing, regarding the structural foundation of home address: 12491 Woodland Park Dr. NE Belding, MI 48809.**

**02-27-2024 - Exhibit# -** Appears to be a fraudulent letter (**INTERNAL FR**) from the **Federal Reserve Bank of Chicago** to Christopher Andreski. In the fraudulent Federal Reserve Bank of Chicago letter, it states that Christopher Andreski home (**incorrect**) address is **14491** Woodland Park Dr. **Nem** Belding, MI. While Christopher Andreski home **correct address is 12491 Woodland Park Dr. NE Belding, MI 48809.**

**02-29-2024 - Exhibit# -** Video of flying blinking drone monitoring Christopher Andreski at his home residence, 12491 Woodland Park Dr. NE Belding, MI 48809.

**03-09-2024 - 1:15 PM - Exhibit# -** Christopher Andreski caught an unknown Private Investigator vehicle that had two unknown private investigators in the PI vehicle, pull into the Public Library in Spencer Township, MI (Kent County) and quickly pulled out while caught off guard and noticing Christopher Andreski was on the passenger side of his vehicle. The potential PI vehicle (Color Photo) had a Michigan license wonderland plate **1PFW06**, Red in color Ford SUV.

**03-11-2024 - Exhibit# -** Notice of Assessment Taxable Valuation and Property Classification, from Grattan Township Property Tax Assessor. FYI: Christopher Andreski property taxes were raised again.

**03-12-2024 - Exhibit# -** Video of flying blinking drone following Christopher Andreski **NETGEAR19.**

**03-13-2024 - 10:24 AM - Exhibit# -** Christopher Andreski email and attached supporting documentation to Grattan Township Building Inspector Casey Patterson and other Kent County, Michigan officials. A Christopher Andreski respectfully requested Building Inspector Casey Patterson to answer Christopher Andreski **seven** (7) questions.

1. Does my builder Tom Pifer the owner of TLP Contractors, have any family relationship to you in anyway Casey Patterson?
2. Grattan Township Building Inspector Casey Patterson, why would you allow the builder to build my unfinished new home on a "Structural Damage Foundation" that has a **"Preexisting 15ft crack"** in the middle of my unfinished new home structural basement wall foundation?
3. Grattan Township Building Inspector Casey Patterson, is your position as a building inspector for Grattan Township (Kent County) to ensure that all builders that build new residential homes in Grattan Township, MI (Kent County) are not violating Michigan building codes and are following the proper standards of the Michigan Building Code Standards?
4. Grattan Township Building Inspector Casey Patterson, do Michigan builders normally build new homes on a structural concrete foundation that has a **"HUGE Preexisting 15ft crack"** in the middle of the structural foundation?
5. Grattan Township Building Inspector Casey Patterson, why does my unfinished home basement foundation floor have major cracks in the structure of the foundation basement floor?
6. Grattan Township Building Inspector Casey Patterson, is it normal to install structural foundation concrete walls first, prior to installing a foundation concrete basement structural floor?
7. Grattan Township Building Inspector Casey Patterson is it normal what appears that my builder had concrete installed over small peas stone rocks when my builder built the concrete foundation structural basement structural floor?

**03-13-2024 - 10:24 AM - Exhibit# -** Christopher Andreski email and attached supporting documentation to Grattan Township Property Tax Assessor Matt Frain and other Kent County, Michigan officials. A Christopher Andreski respectfully requested Property Tax Assessor Matt Frain to answer Christopher Andreski four **(4)** questions.

8. I would respectfully inquire to Grattan Township Property Tax Assessor **Matt Frain**, in the matter regarding why my residential home residence property taxes "12491 Woodland Park Dr. NE Belding, MI 48809" (Kent County) have been reappraised and raised again?
9. Grattan Township Property Tax Assessor **Matt Frain** are aware that my unfinished home/property tax appeal case before the Michigan Tax Tribunal, is still pending before the State of Michigan Tax Tribunal (LARA -Home/Property Tax Division)?
10. Grattan Township Property Tax Assessor **Matt Frain** are you also aware that we are still waiting for In-Person hearing date before the Michigan Tax Tribunal, regarding my unfinished home residence that has major structural foundation damage?
11. Grattan Township Property Tax Assessor **Matt Frain or any Grattan Township Employee,** have heard of anyone from a financial institute or anyone from an insurance company, that has inquired about my "person" "Christopher Andreski" or my home "12491 Woodland Park Belding, MI 48809? If so, please don't hesitate to inform by email at **Andreskchris@outlook.com**, along with my Attorney Counsel Mark Hamilton and Attorney Counsel Scott Graham.

**03-13-2024 – 2:40 PM - Exhibit# -** Christopher Andreski email and attached supporting documentation to Grattan Township Property Tax Assessor Matt Frain and other Kent County, Michigan officials. A Christopher Andreski respectfully requested Property Tax Assessor Matt Frain to answer Christopher Andreski ONE (1) question about the Michigan **L-4035** Form.

**03-13-2024 - Exhibit# -** Christopher Andreski email respectfully inquiring, questions to Grattan Township Employee (Kent County, MI) from Christopher Andreski.

12. Due to the threats to my life and harm that I have endured, I respectfully inquire this question, as I mean no disrespect to anyone. While I would respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township Supervisor Frank Force, or anyone who is employed at Grattan Township has any information of the unknown individuals who are harrassing and terrorizing my life, with flying drones that hover over my home "12491 Woodland Park Dr. NE Belding, MI 48809" while trying to look inside my homes curtilage every night (4th Amendment Violation)? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please.

13. Does Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township

Supervisor Frank Force, or anyone who is employed at Grattan Township have any information of the flying drones that follow me when I am driving my vehicle during the evening hours? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please. FYI: These Flying Drones have in the past obstructed my view while driving my vehicle, it is not good feeling.

14. I would again respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, or Grattan Township Supervisor Frank Force or anyone that is employee in Grattan Township has any information of anyone tampering with my "Christopher Andreski" United States Postal Service (USPS) mail? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham and to the proper law enforcement authorities please.

15. Why am I "Christopher Andreski" being targeted and terrorized, which makes me feel in fear of my life at times?

16. Is Christopher Andreski who grew up in the Metro Detroit, Michigan, allowed to have the same "Pure Michigan" equal protected rights while residing in the Western District of Michigan (Kent County)?

**03-14-2024 - Exhibit# -** Christopher Andreski received a **fraud medical letter/envelope** at address: 5333 Egypt Valley, MI 49503, from an unknown criminal by mailing from CAROL, STREAM, IL USPS mail service. **1.** Dear, Phillip Piggie, **2.** Patient name, Christopher Andreski and medical information was not on the medical fraud letter, **3.** Fraud Signature (Bigger loop in the "G" and the signature had two dots on letter inside of one dot (Previous Letters), **4.** Spelling and Punctuations were incorrect, regarding to the Medical PA name and medical title.

**03-15-2024 - 11:34 AM - Exhibit# -** Christopher Andreski Independent Bank mortgage payment email confirmation, from Independent Bank in **Saranac, MI.**

**03-15-2024 - 11:44 - Exhibit# -** Christopher Andreski parked his vehicle on the street, that was across the street from the Public Library in Saranac, MI. Christopher Andreski suspected a potential PI vehicle was parked in front of Christopher Andreski vehicle. The potential PI vehicle had a Michigan license plate **EQP0583,** White in color AWD Chevy Traverse SUV.

- FYI: Christopher Andreski approached the Female Ionia County Sheriff Deputy, and asked if the sheriff deputy could keep an eye on Christopher Andreski vehicle while he went into the Public Library in Saranac, MI for five (5) minutes to scan PII Sensitive documents to Christopher Andreski personal email. The Female Ionia County Sheriff Deputy then said she would keep an eye on Christopher Andreski

vehicle. However, I did notice that there was a dark blue in color SUV vehicle that had two spotlights on the front of the SUV vehicle parked in the gas station parking lot, which was near the Female Ionia County Sheriff Deputy cruiser was parked. Christopher Andreski then inquired if the Female Ionia County Sheriff Deputy knew if the dark blue color SUV that had spotlights was a PI or unmarked unit? The Female Ionia County Sheriff Deputy then replied to Christopher Andreski while stating, the SUV that looks like an unmarked police cruiser was a local in the Saranac, MI area.

LIST OF FLYING DRONES / UNKNOWN PRIVATE INVESTIGATORS

TERRORIZING CHRISTOPHER ANDRESKI LIFE / FAMILY AND FRIENDS.

1. **01-18-2023 - Exhibit# -** Four (4) separate video clips of an unknown silver in color minivan vehicle driving by Christopher Andreski home, when Christopher Andreski was in Chicago, IL at his DOL/OWCP medical appointments on **01-18-2023**. Christopher Andreski would not be surprised, if this incident involved W/MI USMS MSP Task Force Officer (TFO) who drives an undercover minivan - MSP USMS TFO **Brad Howard. FYI:** The The E/MI USMS knows about what type of USMS TFO's W/MI receives from the the MSP. Side Note: Wondering Officers usually are never addressed in the State of Michigan, and it has been an on-going problem throughout history in the beautiful State of Pure Michigan.

2. **02-12-2023 - Exhibit# -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski and family inside of Christopher Andreski home residence, (**curtilage**). These Domestic Terrorist criminals need to be arrested and placed into "**CLUB FED**".

3. **03-08-2023 - Exhibit# -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski driving back to his home residence.

4. **03-23-2023 - Exhibit# -** Three (3) videos of the flying drone terrorizing Christopher Andreski and friend in Lowell, MI (Main Street BBQ).

5. **04-12-2023 - Exhibit# -** One video of a neighbor on that made a beach in a wet land area without permission and was not get targeted or attacked by rural local/county corrupt Grattan Township public officials / employees or Kent County public officials / employees. The illegal attacks to Chritopher Andreski and his family were all Knowing, Willingly and Wantonly done by these rural local/county public officials, along with the help from a former W/MI USMS employee who doesn't any USMS employee to relief themselves by going number two (2) in the USMS bathroom that is located on the 7th floor.

6. **07-03-2023 - Exhibit# -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski driving back to his home residence.

7. **07-10-2023 - Exhibit# -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski in a gas station parking lot and driving back to his home residence. These flying blinking drones terrorizing and following Christopher Andreski driving back to his home residence from the medical facility in Chicago, IL, that was difficult and

painful after receiving **18** medical injections to Christopher Andreski injuried Left Shoulder (TSP Covered those medical bills, may I have another).

8. **07-17-2023 - Exhibit#** - Christopher Andreski video recorded the flying drones. FYI When I was in the parking lot in Wendy's parking lot, the Van Burren County, Sheriff Department are in my iPhone video and witnessed the flying drones.

9. **08-05-2023 - Exhibit# -** Two (2) videos of flying blinking drone monitoring Christopher Andreski and his friend at his home residence, were trying to enjoy an evening by the bon fire, but unfortenaly the blinking flying drones became too much to handle.

10. **08-08-2023 - Exhibit# -** Three (3) videos of the flying blinking drones terrorizing Christopher Andreski driving back to his home residence.

11. **08-29-2023 - Exhibit# -** Video of flying blinking drones terrorizing Christopher Andreski and his friend who was driving Christopher Andreski home, from the Grand Rapids, MI train station from Christopher Andreski medical appointments in Chicago, IL Furthermore, it appears that Christopher Andreski transmission was tampered with again during his trip to Chicago, IL.

12. **09-12-2023 - Exhibit# -** Two (2) videos of flying blinking drone at Christopher Andreski Grandmother home in Metro Detroit area on 09-12-2023.

13. **10-05-2023 - Exhibit# -** On Sunday, five (5) videos of the USPS vehicle with no license plate of USPS Vehicle number tag on the USPS vehicle, driving past Christopher Andreski home residence, on **Sunday**. The pattern of the unknown USPS vehicle that operates the USPS vehicle with no Michigan vehicle plate or USPS vehicle identifier number, only drives past Christopher Andreski neighborhood on a Sunday's and at times visits the recently new neighbor that is required to register with the State of Michigan Sex Offender registry list (Relationship). **Side Note:** My recent new neighbor that is a Sex Offender was supposed to come off the Michigan sex offender registry back in June or July of 2023. I understand there could have been a sex offender violation. I suspect all the corruption with the public rural local and rural county officials in Kent County, MI, would not surprise me if they swindled/influenced the sex offender nehibor into agreeing to be registered on Michigan sex offender registry list, in exchanged to the Sex Offender cooperation with the rural corrupt local/county officials would have his Sex Offender criminal history deleted by the State of Michigan. Again, this is just a thought based on Andreski Report Binder# 9 and the unusual activity over the past six months.

14. **10-12-2023 – (1) Exhibit#** - Christopher email to Attorney Scott Graham and a separate video of flying drones following Christopher Andreski driving to his doctor's medical appointments in Chicago, IL. During this event Christopher Andreski explains when the drones were flying in front of of Christopher Andreski vehicle while he was driving on the expressway. Not a good feeling, but maybe one day a Federal Judge will send these criminals to Club Fed.

15. **10-12-2023 – (2) Exhibit#** - Video of flying blinking drone monitoring Christopher Andreski at his home residence.

16. **10-14-2023 - Exhibit#** - Three (3) video of flying blinking drone monitoring Christopher Andreski at his home residence.

17. **11-08-2023 - Exhibit#** - Two (2) videos of a green in color unknown vehicle and a white female with red hair woman that got out of her vehicle and walked around Christopher Andreski home residence, when Christopher Andreski was not home.

18. **11-09-2023 - Exhibit#** - Two (2) videos of flying blinking drones terrorizing Christopher Andreski driving to his medical appointments in Chicago, IL. Sent to Attorney Counsel Scott Graham.

19. **11-16-2023 - Exhibit#**- Three (3) videos of flying blinking drone monitoring Christopher Andreski at his home residence.

20. **11-17-2023 – (1) Exhibit#**- Video of flying blinking drone terrorizing Christopher Andreski driving back to his home residence. FYI: This video shows how the flying blinking drone the main road intersection while Christopher Andreski is driving his vehicle. Flying Drone Operator is a Domestic Terrorist Criminal.

21. **11-17-2023 - (2) Exhibit#** - Video of flying blinking drone monitoring Christopher Andreski at his home residence.

22. **11-19-2023 - Exhibit#** - Christopher Andreski sent a mobile phone text message video of the Flying blinking drone to Kent County Deputy Shultz phone mobile (**616-802-2994**) at 7:05 PM.

**23.** **11-21-2023 - Exhibit#** - Seven (7) new videos of the Kent County Sheriff's Department vehicle cruiser and unmarked vehicles.

- FYI: The house across the street where the Kent County Sheriff Department pulled into and out of as you can see in the video clips, was a recently new neighborhood who bought the house 2-Years ago, give or take. This same neighbor across the street from my house texted me a couple weeks ago that her property taxes just went up to almost 300.00 a month, I did not respond to her text message. Then last week the same neighbor saw me outside while I was trying to leave my house. During this time the neighbor was driving her vehicle and approached me with her grandson in the passenger seat while hanging her head out of the driver's window while screaming that her property taxes went up almost 300.00 a month! Then the same neighbor asked me what she should do, regarding her property taxes? I quickly gave a neighborly and concerned response, "You can always go to your State Rep".
- Additionally, the recently new neighbor across the street, asked me permission if her partially deaf / partially blind grandson and her could walk on my property path to gain access the lake. As I allowed permission to use my property to gain access to the lake, while trying to be good neighbor as well. I also included a communication text message that detailed that I (Christopher Andreski) was not responsible if anyone was to get hurt or injured on my property. The across the street neighbor replied and understood.

**24. 12-05-2023 - Exhibit#** - Three (3) videos of flying blinking drones terrorizing Christopher Andreski at Rite Aid, in Belding, MI purchasing medical in Belding, MI and at Christopher Andreski home residence.

**25.** **12-07-2023 - Exhibit#** - Two (2) videos of flying blinking drones terrorizing Christopher Andreski driving to his medical appointments in Chicago, IL. Sent to Attorney Counsel Scott Graham.

**26. 12-12-2023 - Exhibit#** - Five (5) videos of the unknown individual driving past very slow in a stalking Christopher Andreski home residence.

**27. 12-14-2023 - Exhibit#** - Five (5) videos of the unknown individual walking past Christopher Andreski home residence oddly.

**28.** **12-15-2023 - Exhibit#** - Six (6) videos of Unknown individual driving by (DB) Christopher Andreski home residence after Christopher Andreski.

**29. 12-15-2023 - Exhibit#** - Six (6) videos of the unknown individual walking oddly past Christopher Andreski home residence.

30. **12-19-2023 - Exhibit#** - Two (2) videos of flying blinking drones monitoring Christopher Andreski at his grandmother's home residence in Metro Detroit, MI.

31. **12-20-2023 - Exhibit#** - Two (2) videos of flying blinking big drone following Christopher Andreski off the highway. Possible related vehicle picture, **License Plate 0LG W16.**

32. **01-19-2024 - Exhibit#** - One video of flying blinking drones following Christopher Andreski driving on the expressway.

33. **02-03-2024 - Exhibit#** - One video of flying blinking drone following Christopher Andreski at his home residence.

34. **02-07-2024 - Exhibit#** - One video of flying blinking drone following Christopher Andreski to Wal-Mart in Milford, MI. Christopher Andreski got a hotel that night because he was in fear of his life of the Flying Blinking Drones.

35. **02-08-2024 - Exhibit#** - One video of flying blinking drone following Christopher Andreski at his home residence, sent to Attorney Counsel Scott Graham.

36. **02-12-2024 - Exhibit#** - One video of flying blinking drone terrorizing Christopher Andreski at his home residence.

37. **02-19-2024 - Exhibit#** - Four (4) videos of the USPS vehicle with no license plate and USPS Vehicle number tag on the USPS vehicle, driving past Christopher Andreski home residence, on President Day.

38. **02-22-2024 - Exhibit#** - Video of flying blinking drone following Christopher Andreski leaving his home residence, while Christopher Andreski was driving into downtown Belding, MI. **NETGEAR18-5G** - Wi-Fi Address: **F6:DB:9C:4D:CC:CA.**

39. **02-22-2024 - Exhibit#** - Two (2) videos of flying blinking drones monitoring Christopher Andreski at his home residence.

40. **02-29-2024 - Exhibit#** - Video of flying blinking drone monitoring Christopher Andreski at his home residence.

41. **03-12-2024 - Exhibit#** - Video of flying blinking drone following Christopher Andreski driving. WiFi: **NETGEAR19.**

42. **03-13-2024** - Four (4) Separate Videos of Private Investigators Stalking Christopher Andreski home resident, **WIFI: NETGEAR19.**

43. **03-15-2024 – (1) Exhibit#** - Video of one (1) flying blinking drone following Christopher Andreski to his (696) mother's home at 14311 Melva Dr. Warren, MI 48088, where family friend David resides.

44. **03-15-2024 – (2) Exhibit#** - Video of three (3) flying blinking drones following Christopher Andreski to his (696) mother's home at 14311 Melva Dr. Warren, MI 48088, where family friend that assisted/helped Christipher Andreski with his mother, David resides.

45. **03-15-2024 – (3) Exhibit#** - Video of six (6) flying blinking drones following Christopher Andreski at his mother's home at 14311 Melva Dr. Warren, MI 48088, where Family Friend Dave resides.

46. **03-17-2024 - Exhibit#** - On Sunday, two (2) videos that identify the USPS vehicle with no vehicle license plate or vehicle identifier USPS number on the USPS vehicle, while the USPS was driving past Christopher Andreski home residence on Sunday. The first video also shows how an unknown white in color Buick backup in Christopher Andreski home driveway and appeared almost into Christopher Andreski home residence. The white in color, Buick vehicle plate appears from the video footage Michigan License Plate: **EWX 8417**.

47. **03-21-2024 - Exhibit#** - One video of the flying drones that was following Christopher Andreski into a parking lot. Domestic Terrisom.

48. **04-05-2024 - Exhibit#** - Three (3) video's and one that was sent to Christopher Andreski Attorney Counsel Scott Graham, of flying blinking drones monitoring Christopher Andreski at his home residence.

**49.** **04-08-2024 - Exhibit# -** Four (4) video's and one that was sent to Christopher Andreski Attorney Counsel Scott Graham, of flying blinking drones monitoring Christopher Andreski at his home residence.

**50.** **04-21-2024 - Exhibit# -** Video sent to Attorney Scott Graham of flying blinking drones, monitoring Christopher Andreski at his home residence.

**51. 04-29-2024 -Exhibit# -** Christopher Andreski phone recorded conversation with Dr. Piyush Bhatnagar, MD., and medical staff who told Christopher Andreski, that he did not have any Medical Appointment scheduled at noon, for the date of 04-29-2024, **Third-Party interference**. The medical fraud from West Michigan Family Medicine phone number (616) 808-2695. The medical fraud and the knowingly, willingly, and wontedly medical neglect attacks to Christopher Andreski health and well-being involve, the State of Michigan public officials and employees, DOL/OWCP, USPS, Unknown Third-Parties, Dr. James Lebolt, MD and/or Dr. Lebolts staff (Burns/Jade), Dr. John Millet, MD, and Dr. Piyush Bhatnagar, MD.

**52.** **04-30-2024 - Exhibit# -** USPS Van appears to be withholding Christopher Andreski letters, at his home residence.

**53.** **05-08-2024 - Exhibit# -** Video sent to Attorney Scott Graham of flying blinking drones, monitoring Christopher Andreski driving to his home residence, from Greenville Michigan Planet Fitness. FYI: Video is in Christopher Andreski 05-09-2024 and 05-10-2024, email to the USMS Director Ronald Davis and Attorney Counsel Scott Grahm. **Question:** Is planet fitness illegally providing these unknown third-party criminals with Christopher Andreski PII Sensitive Information and check in times? What would President Joe Biden think about all these illegal and terrorizing criminal attacks towards Christopher Andreski's family, friends, and himself.

Domestic Terrorism: Definitions, Terminology, and Methodology

*November 2020*

| Statute | Pub. L. 116-92 – National Defense Authorization Act for Fiscal Year 2020 |
|---|---|
| Requirements | • Develop standardized definitions of terminology relating to domestic terrorism (DT) and uniform methodologies for tracking incidents of DT<br>• This is requested to be done jointly by the Federal Bureau of Investigation (FBI) and the U.S. Department of Homeland Security (DHS), and in consultation with the Director of National Intelligence. |

*Under FBI policy and federal law, no investigative activity may be based solely on First Amendment activity. The FBI does not investigate, collect, or maintain information on US persons solely for the purpose of monitoring activities protected by the First Amendment. All personnel should exercise sound judgment and discretion in evaluating the totality of circumstances surrounding any of these indicators in order to determine whether a law enforcement or intelligence response or activity is warranted.*

***Definitions***

**Domestic Terrorism for the FBI's purposes is referenced in U.S. Code at 18 U.S.C. 2331(5), and is defined as activities:**

- Involving acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;
- Appearing to be intended to:
  - Intimidate or coerce a civilian population;
  - Influence the policy of government by intimidation or coercion; or
  - Affect the conduct of a government by mass destruction, assassination or kidnapping; and
- Occurring primarily within the territorial jurisdiction of the United States.

This is a definitional statute, not a charging statute. We talk about the threat these actors pose as Domestic Terrorism threats, but each of the FBI's threat categories, described in further detail below, uses the words "violent extremism" because the underlying ideology itself and the advocacy of such beliefs is not prohibited by U.S. law.

**In using the term Domestic Terrorism, DHS looks to the Homeland Security Act definition of terrorism, 6 U.S.C. 101(18), which is substantially similar but not identical to the title 18 definition. That provision defines terrorism as any activity that:**

- Involves an act that:
  - Is dangerous to human life or potentially destructive of critical infrastructure or key resources; and
  - Is a violation of the criminal laws of the United States or of any State or other subdivision of the United States; and
- Appears to be intended:
  - To intimidate or coerce a civilian population;
  - To influence the policy of a government by intimidation or coercion; or
  - To affect the conduct of a government by mass destruction, assassination, or kidnapping.

## AUTHORIZATION TO FILE CLAIM ARISING FROM OPM DATA BREACHES

To:
FLEOA
Attn: OPM Legal Claim
7945 MacArthur Blvd
Suite 201
Cabin John, MD 20818

I am a member of the Federal Law Enforcement Officers Association (FLEOA), a nonprofit professional organization that represents more than 26,000 federal law enforcement officers from over 65 different agencies.

By my signature below, I hereby designate and authorize Larry Berger, FLEOA General Counsel, or his designee as my duly authorized agent, and confer upon him the power and authority to file, adjust, and settle for and on my behalf any and all claims which have been filed or will be filed arising from the data breaches at the Office of Personnel Management (OPM), discovered in 2015.

Without limitation, this authorization includes the authority to make a claim against OPM for damages, injury, or death, arising under the Federal Tort Claims Act, the Privacy Act of 1974, or any other applicable law, and to pursue those claims through administrative proceedings and in federal or state court.

Name: Christopher Andreski

Address: 12437 Cabin dr Belding, MI 49088.

Phone: 586-321-4113

Email: AndreskiChris@Yahoo.com / Christopher.Andreski@usdoj.gov

Agency Employed: U.S Marshal Service

Executed on the 07 day of 23, 2015.

Signature: [signature]

Any further legal questions, please contact FLEOA Legal Services at 516-671-2688.

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**

Office of the General Counsel
United States Office of Personnel Management
1900 E Street NW
Washington, DC 20415-1300

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.**

Christopher Andreski, Mother, Father and Step-Mother.
12437 Cabin Dr Belding, MI 49088.

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 04/23/1984 | SINGLE | unknown | |

**8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).**

OPM was negligent and violated federal law when it failed to protect my personal information resulting in an invasion of my privacy. This information was lost through a breach or series of breaches that occurred because OPM failed to take the proper preventative measures. The U.S. government indicated that China, a foreign adversary, was one of the actors. The FBI reports adversaries and terrorists use this information to target law enforcement. My family and I are now at risk for the rest of our lives. This negligence caused permanent damage which dictates increased measures for information and personal protection.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The illegal loss of Personally Identifiable Information including employment, security, financial, health and other information of belonging to the claimant, family members and other personal and professional people of interest.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

n/a

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| n/a | n/a |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | (586) 321-4113 | 07/23/2015 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**From:** Nordin, Bruce (USMS) <BNordin@usms.doj.gov>
**Sent:** Friday, December 4, 2020 9:16 AM
**To:** MIW-ALL (USMS) <USMS-MIW-ALL@usms.doj.gov>
**Subject:** 7th floor restroom

Beginning today, 12/4/2020, the 7th floor restroom will only be used for the purpose of going #1. For other duties, please use the public 7th floor restrooms or one on a different floor. With the break/lunch room next to the restroom, the reason is obvious. If you have questions, please come see me.

AUSM

**From:** Nordin, Bruce (USMS)" <BNordin@usms.doj.gov>
**Date:** February 18, 2021 at 10:36:06 AM EST
**To:** "MIW-ALL (USMS)" <USMS-MIW-ALL@usms.doj.gov>
**Subject: Notifications**

A few DUSMS have called "Uncle" and asked to no longer receive the notifications the USM and CDUSM receive. The reason these notices are being shared is several DUSMS in the last Fed Employee Viewpoint Survey stated District management didn't share with employee what was going on within the agency. So as a correct action we're sharing what we receive (I didn't send the other 15 closers we received today). I'm not sure what else those DUSMS think we get and are withholding. Should you ever have questions or concerns about what's going on within agency, please come speak with Joe or I. If we know, we'll share.

AUSM

**From:** Director Sends (USMS)
**Sent:** Thursday, September 17, 2020 2:36 PM
**To:** USMS-ALL
**Subject:** Message from Deputy Director Driscoll -- RE: Maintain Vigilance

USMS Family,

Nothing is more important than protecting the health and safety of everyone in our great Agency. The recent unprovoked attacks against two Los Angeles County Sheriff's Deputies in Los Angeles and most recently against a Court Security Officer assigned to the U.S. Courthouse in Phoenix, Arizona, should serve as a reminder to always remain alert. These are unprecedented times in law enforcement and everyone should recognize that we may be targeted and attacked, without warning or reason. Therefore, I am urging all of our personnel to ***be vigilant***.

- Exercise caution at all times.
- Be aware of your environment and surroundings.
- Maintain constant situational awareness.
- Be prepared.
- Take every reasonable precaution when engaging with the public.
- Watch your back—and that of your partner.
- Do not take unnecessary chances and call in additional support when needed.

Please keep yourself, your families, and your communities safe by being vigilant on duty and off. There are individuals who are motivated solely by a desire to hurt or kill law enforcement, so please do not let your guard down.

Stay safe,

Derrick Driscoll
Deputy Director

EXHIBIT# 21

# Agency Response - Initial Development

Memo To: OWCP Claims Examiner
From: Lisa Swanson
Date: 05/06/2020
Message: **Response to Correspondence Dated 03/26/2020**
Regarding:

| | |
|---|---|
| *Case* **094014491** *Claimant* | ANDRESKI , CHRISTOPHER JOHN |
| *Organization* | W/MI CG-3; HRD 4TH FL. RM 4022C |

Please note that this task was originally erroneously sent to the wrong district office-thus the late response. The agency does not concur with the employee's allegation of COVID-19 exposure. The employee was not exposed to any known COVID-19 infected individual during the performance of his work duties. The Western District of Michigan did not have any confirmed or suspected COVID-19 within the Court facility or any of the prisoner in our custody. As a Deputy U.S. Marshal, the employee regularly transports prisoners to/from jail facilities, escorts prisoner to/from court proceedings and processes incoming prisoners. All USMS employee's have access to N95 face masks, gloves, hand sanitizer, as well as soap and water to wash hands. Additionally, any prisoner demonstrating signs of illness are given a face mask to wear.

*Agency contact name:* Lisa Swanson
*Agency contact phone number:*

**From:** Scott Graham <sgraham@scottgrahamplc.com>
**Sent:** Tuesday, February 16, 2021 9:39 AM
**To:** Alexander, Santuci (USMS) <SAlexander2@usms.doj.gov>; Alexander, Santuci (USMS) <SAlexander2@usms.doj.gov>
**Cc:** Guzman, Joseph (USMS) <JGuzman@usms.doj.gov>; Nordin, Bruce (USMS) <BNordin@usms.doj.gov>; Carter, Ronald (USMS) <rcarter@usms.doj.gov>; Smith, Andrew (USANM) <ASmith8@usa.doj.gov>; Campbell, Dianna (USMS) <DMCampbell@usms.doj.gov>; Patterson, Phillip (USMS) <PPatterson@usms.doj.gov>; Walker, Heather (USMS) <HWalker@usms.doj.gov>; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Mans, Jeffrey (USMS) <JMans@usms.doj.gov>; Simmons, Terri (USMS) <TSimmons@usms.doj.gov>; Gibson, Susan (USMS) <SGibson@usms.doj.gov>; Andreski, Christopher (USMS) <CAndreski@usms.doj.gov>
**Subject:** DUSM Christopher Andreski

Dear Ms. Alexander,

I represent DUSM Christopher Andreski. Chris underwent major surgery today for a work-related injury. His surgeon estimates that he will be off work for a minimum period of 6 months while he recovers and rehabilitates. I provide this letter because of concerns I have regarding DUSM Andreski's working conditions. If I should direct the communication elsewhere, please let me know.

I am very concerned that the working conditions that await Chris when he returns to full duty status. On August 19, 2020, Chris was assigned to "limited duty" status and was required to turn in his gun, badge and credentials. At the time, Chris was prepared to perform all duties covered by his "limited duty" status. However, he was immediately assigned to the Cellblock, where he processed new arrests, and searched and moved in custody prisoners. He was then assigned as DUSM running the Cellblock. In addition, when a DEA round-up happened in early December, Chris was assigned to process all the new arrests that day and enter information in the USMS new data base "Capture." He handled his duties professionally, as recognized by the DEA.

Chris has been assigned to duty as a DUSM in courtrooms hearing criminal matters, despite not having his gun, badge, and credentials. Many of these matters involved in-custody prisoners. Chris had no means to protect the courts, staff, and other persons who were present in the courthouse other than a taser. Policy in this district requires that all proceedings involving a person who is on bond must be staffed by at least one armed DUSM. Chris followed orders at all times despite the increased danger to him. All the while, Chris has worked with a badly injured shoulder for which he

underwent surgery today. He also has residual damage to his other shoulder as a result of a work-related injury. On his last day of work before surgery, Chris was assigned to a courtroom hearing a supervised release matter. The prisoner was a man who attempted to attack an AUSA while in court on the prisoner's original case. Chris was required to subdue the prisoner in a violent encounter in which Chris injured his knee. In the recent encounter, Chris recognized the prisoner and wondered whether, despite his on-the-job injury and lack of a weapon, history would repeat itself. Chris should not be required to go through this.

I am very concerned about having Chris return to work the same conditions when he is cleared by his surgeon. Chris should not be forced to work at these assignments without his weapon and Identifiers. Chris cannot protect himself, as well as those he is assigned to protect, including court personnel. For example, what would Chris do if confronted by an active shooter as the only DUSM assigned to a courtroom?

In today's societal climate, Chris should not be required to move about public without a gun and badge. These are the tools he uses for his job and to keep himself safe. He appears in court and has contact with detainees, prisoners, and others who attend court proceedings. He never knows when he will run into those people outside court and he never know what their attitude will be toward him.

Chris has been instructed at various times to transport items to and from his residence to be used in work assignments. These items include a taser, vest, handcuffs, tactical belt, etc. If he is stopped for something as simple as a speeding violation, he has no credentials authorizing him to have these items. All that he has is a USMS PIV Card that says he works for the USMS.

Upon his return from surgery and rehabilitation, Chris will be ready to perform all duties assigned to him. I remain concerned that he may be expected to perform these duties without his gun, badge, and credentials.

Thank you for your attention to this matter.

Scott Graham

**From:** "Alexander, Santuci (USMS)" <SAlexander2@usms.doj.gov>
**Date:** February 22, 2021 at 7:25:09 AM EST
**To:** Scott Graham <sgraham@scottgrahamplic.com>
**Cc:** "Guzman, Joseph (USMS)" <JGuzman@usms.doj.gov>, "Nordin, Bruce (USMS)" <BNordin@usms.doj.gov>, "Carter, Ronald (USMS)" <rcarter@usms.doj.gov>, "Smith, Andrew (USANM)" <ASmith8@usa.doj.gov>, "Campbell, Dianne (USMS)" <DMCampbell@usms.doj.gov>, "Patterson, Phillip (USMS)" <PPatterson@usms.doj.gov>, "Walker, Heather (USMS)" <HWalker@usms.doj.gov>, "Brown-Ghee, Beth (USMS)" <BBrown-Ghee@usms.doj.gov>, "Mans, Jeffrey (USMS)" <JMans@usms.doj.gov>, "Simmons, Terri (USMS)" <TSimmons@usms.doj.gov>, "Gibson, Susan (USMS)" <SGibson@usms.doj.gov>, "Andreski, Christopher (USMS)" <CAndreski@usms.doj.gov>, "Hicks, Tammie (USMS)" <THicks@usms.doj.gov>
**Subject:** RE: DUSM Christopher Andreski

Good Morning All,

Mr. Graham, in regards to the limited duties of DUSM Andreski, his district management would decided on the duties assigned. If DUSM Andreski has concerns about duties assigned to him that require him to have weapons, he should discuss this with this management as well. Let me know if you have further questions or concerns. I have included my Assistant Chief Tammie Hicks on this email for awareness.

African-American girl to school surrounded by signs of racial tension. It was inspired by four actual deputies escorting first-grade student Ruby Bridges to school in New Orleans in 1960. Rockwell did not paint the faces of the deputies, but identified them through their armbands! By the 1970's the cap often provided informal identification as part of official uniform. The Special Operations Group was one of the first to incorporate the prominent identifying cap in operational use.




1. Armband formerly belonging to U.S. Marshal Jesse Grider of Kentucky, 1962 (Pictured right)
2. Armband, Modern Version (Not pictured)
3. Cap and Photograph-Special Operations Group showing their full uniform including the official cap, and the original issue cap worn by SOG Inspector Mike Hammer at Wounded Knee -1973 (Pictured above with badges)

*For more information, please contact:*
Office of Public Affairs, Historian
United States Marshals Service
U.S. Department of Justice
(202) 307-9065

United States Marshals Service
U.S. Department of Justice

# Identify Yourself!




## The Badge and Other Forms of Identification in the U.S. Marshals Service

USMS Pub. 116A
Rev. 12/12

**U.S. Marshals** and their deputies have excelled for more than 200 years, but a common object over time has been the identifying instrument and documentation presented while conducting agency business. A badge denotes official operational capacity and the special merit that characterizes our personnel. Whether the badge was a six-sided "tin star" made famous in western movies or a circular shape specifying the individual branch of duty, the badge has become a legend on its own. There was no uniform badge in the U.S. Marshals Service until 1941, when the "Eagle Top" variety was introduced nationwide. Prior to this time, the badges came in different shapes and forms. Each district made its own identifying badge. Other forms of official notice came in the form of election official ribbons, photo identification credentials, patches, and business cards.


No. 8 Date Jan. 6, 1942
U. S. DEPARTMENT OF JUSTICE
This is to certify that the person whose signature appears hereon is an employee of the UNITED STATES MARSHAL'S OFFICE of the U. S. Department of Justice
United States Marshal
Signature

Special instructions were sometimes provided for the display of identification. One example denoted a federal election in California in the early 1880's. U.S. Marshal Moses M. Drew posted an eight point instruction sheet, including the proper etiquette in wearing the badge. The first numbered point stated, "Each deputy will wear his badge of office outside, on the left lappel of his coat during the time he shall be on duty."
Since 1980, the badge has been worn with credentials in one unit. The old shield-shaped badge changed twice, the present form being a star within a circular ring. Whatever the shape and symbolism, the U.S. Marshals badge will always be identified with its legendary mission.

## The Seal




The official seal of the United States Marshals Service was established in December 1968 by Order Number 407-68. Authority was vested in Attorney General Ramsey Clark by Section 509 of Title 28 and Section 301 of Title 5 of the United States Code to produce the official symbolic design. The road to the final decision took six years. In June 1964 the agency began groundwork inquiries for the official establishment of a representative seal. U.S. Marshals and their employees were encouraged to send in their ideas. In October 1966, U.S. Marshal Robert F. Morey of the District of Massachusetts was part of a committee tasked by Chief United States Marshal James J.P. McShane to review various drawings and submissions. The prototype design was ready by Autumn 1968.
The seal was a fascinating mixture of symbolism and patriotic color. It contained the six-pointed star of a western resemblance, surrounded by a field of deep blue. The field contained this color to represent the same symbols as in the American flag: vigilance, perseverance, and justice. Over the badge was an American bald eagle that clutched two symbols in its talons; an olive branch in one and arrows in the other. A small breastplate was superimposed over the symbolic eagle and showed all three flag colors and the date "1789," the first year of the agency's existence. A red ring was outside of the solid blue background, signifying courage and bloodshed in carrying out duties. Thirteen stars are over the top half of the seal, while the agency motto: "Justice, Integrity, Service" is denoted on the bottom half. Finally a gold-colored ring on the outside stated the words "Department of Justice" and "United States Marshal." The outer edge was brown colored to signify the Earth.

Chief U.S. Marshal McShane wanted to bring the districts together with a common bond that promoted its common mission. He noted in a memo to Attorney General Clark that the seal would "further our development of unity and cooperation." The Attorney General's Office sent the proposal through the Army Heraldry Service, the Government Printing Office, and the Office of Legal Counsel to assure the image followed guidelines. The Official notice was given six days later.

### Historical Examples from Collections:

1. Badge Mold and Dies for first Uniform Issue "Eagle Top" Variety 1941 (Pictured below)
2. Enamel and Alloy Shield Design Badge, New York, ca 1910
3. Badge Worn by Deputy U.S. Marshal David H. Pleet, Eastern District of Pennsylvania, ca 1930
4. Circular and Cut Star Design, ca 1890, Donated by family of U.S. Marshal Everett R. Langford, Western District of Kentucky and District of Oregon
5. Badge from U.S. Marshals Pecos, Texas Office, ca 1900.
6. Prototype Sketch of the Proposed U.S. Marshals Seal, 1966, as submitted by William Manning, Plymouth, North Carolina (Not pictured)
7. Patch of U.S. Marshals Seal, as Designed in 1968



### Credentials – A Badge unto Itself



The credential was official notice of agency powers and since September 1980 the second part of the official badge unit. In earlier times, it showed the actual deputation rank such as Field Deputy or Office Deputy. The U.S. Marshal for each district was required to sign the credential. Later this requirement changed to the director. As important and reassuring as the badge, it was the true authorization to perform assigned duties.

### Historical Examples from Collections:

1. Credentials of Deputy U.S. Marshal Robert S. Cheshire, Jr., Deceased. On February 13, 1983 Deputy U.S. Marshal Robert Cheshire and U.S. Marshal Kenneth Muir were killed by tax protester Gordon Kahl and his followers at a roadblock near Medina, North Dakota. Kahl's group opened fire on the roadblock, killing Cheshire and Muir with automatic weapons. Four months later, Kahl was killed in Arkansas in a second gunfight with the U.S. Marshals, FBI, and local police. (Not pictured)
2. Three early credentials, John Dempsey (Pictured above) of the Western District of Pennsylvania (1935), Fannie G. Morrow of the District of Minnesota (1937), and Emil Edward Mudrak of the District of New Jersey (1941) differ in few ways, but one denotes Field Deputy status. There were several noted categories of Deputy U.S. Marshal, including one for an Office Deputy.
3. Paper Identification Card Issued for Ernest Drew, January 5, 1942, signed by U.S. Marshal John J. Farrel of the District of Minnesota

### Business Cards, Buttons, and Miscellany

A more informal notice of identification is the agency business card. Easily accessible, but not an official authorization, the cards relate contact information for the course of business. A large number of these can be collected over the course of a career. Modern varieties show the rank, phone, and official address. Note the wrong spelling of "Marshall" on one of the cards in the exhibit.

The celluloid button was equally informal, but useful for identification.

### Historical Examples from Collections:

1. Celluloid Button, ca. 1940. Found in the Norfolk, Virginia Sub-office in the 1940's. (Not pictured)
2. Business card of U.S. Marshal Richard J. Dunn, District of Nevada, ca. 1977 (Not pictured)
3. Desk Identification Plate of John W. (Jack) Cameron, ca. 1965. Mr. Cameron served in many roles during the critical periods in the 1950's through the 1970's, including service as an Associate Director, Regional Director, and Chief Inspector of the Office of Internal Audit. (Not pictured)

### Armbands and Caps

During special events, particularly in the Civil Rights Era, saw the prominent use of agency armbands for identification. In several high-profile events, such as the integration of the University of Mississippi (1962) and the Pentagon Riots (1967), the armband is symbolic. Norman Rockwell's painting, "The Problem We All Live With," features four deputies escorting a young

### Ribbons for Special Elections

The special deputation for overseeing federal elections brought its own "badge." The ribbon for these events gave the wearer special status for the event. Some were not professional law enforcement personnel, but private citizens deputized for the purpose. There were strict guidelines for the appointees. Section 5521 of the Revised Statutes of the United States stated,

*If any person be appointed a Supervisor of Election or a Special Deputy Marshal under the provisions of Title "The Elective Franchise," and has taken the oath of office as such Supervisor of election, or such special Deputy Marshal and thereafter neglects or refuses, without good and lawful excuse, to perform and discharge fully the duties, obligations and requirements of such office, until the expiration of the term for which he was appointed,he shall not only be subject to removal from office, with loss of all pay and emoluments, but shall be punished by imprisonment for not less than six months nor more than one year, or by a fine of not less than two hundred dollars and not more than five hundred dollars or by both fine and imprisonment, and shall pay the costs of prosecution.*

Due to the large crowds and the need to keep order, special powers were necessary. The silk or cloth ribbons came in different varieties, like the two below for the Elections of 1880 and 1892 from New York City. The victors in these two elections were Republican James Garfield and Democrat Grover Cleveland.

### Related Exhibits:

1. Two Special Deputy Ribbons for the Elections of 1880 and 1892 (Not pictured)

USA TODAY

EXHIBIT# 18

POLITICS

# US Marshals lack staff, threat detection capabilities to protect federal judiciary

Kevin Johnson USA TODAY

Published 12:07 p.m. ET Jun. 16, 2021 | Updated 7:15 p.m. ET Jun. 16, 2021

The U.S. Marshals Service lacks staffing and threat detection capabilities to adequately protect the federal judiciary as threats against jurists have escalated, an internal Justice Department report concluded Wednesday.

Among a number of alarming findings outlined in the 32-page report, Justice Department Inspector General Michael Horowitz found that the agency was operating at a 24% staffing shortage and needed at least 1,200 additional deputy marshals to meet its obligations.

"Resource limitations and competing agency budget and staffing priorities have impeded the USMS's ability to provide the level of protective services that it has determined is required given the increasing number of threats directed at the judiciary," the report said. "Further, the USMS does not have adequate proactive threat detection capabilities to monitor the current threat landscape, including in online and social media settings."

In addition, updated home security equipment is not being offered to judges, and other judges are not participating in the Marshals Service's home security program, known as the Home Intrusion Detection System. And some of the judges who have the systems do not regularly activate them.

The agency's manager of the home security program was "unable to explain" why some of the systems were not regularly armed.

"However, (the manager) did speculate that judges opt out of the HIDS program because they prefer to pay for their own security system, believe they have better alternatives available to them, or simply are not satisfied with what the HIDS system has to offer," the report found.

The service has a far-reaching security responsibility for protecting more than 2,700 sitting judges, the deputy attorney general and about 30,000 federal prosecutors and court officials

across the country.

**Related:** Federal courts look to expand security following Capitol riot, other threats to judges

## A year ago, a judge's family was targeted

The report comes nearly a year after a shooting at the New Jersey home of a federal judge left her son dead and husband wounded.

Judge Esther Salas later decried the vulnerability of the judiciary, saying her colleagues on the bench should not have to "live in fear for our lives."

**Related:** Report: Federal judge says assailant who attacked her family had dossier on Justice Sonia Sotomayor

A self-proclaimed anti-feminist attorney, Roy Den Hollander, 72, posed as a delivery person before opening fire at the judge's home. Hollander later shot and killed himself.

"My family has experienced a pain that no one should ever have to endure," Salas said shortly after the attack. "And I am here asking everyone to help me ensure that no one ever has to experience this kind of pain. ... We may not be able to stop something like this from happening again, but we can make it hard for those who target us to track us down."

The severe security weaknesses outlined in the inspector general's report are "particularly concerning" in light of an 89% increase in reported security-related incidents involving "inappropriate communications and threats" made to those the agency protects between 2016 and 2019.

In a written response, Marshals Service Assistant Director Heather Walker acknowledged the inspector general's findings and said the agency was moving to address them.

According to Walker's memorandum, the agency's Judicial Security Division had reorganized its protective intelligence function, creating a specific Threat Investigations Unit.

"The United States Marshals Service will initiate a Mission Center concept similar to those at the Department of Homeland Security and the Federal Bureau of Investigation," the memo said. The actions and expansion of the protective intelligence unit "will lead to the USMS achieving desired threat identification, assessment, and mitigation capabilities."

In a separate statement, the agency said that it takes judicial security "very seriously."

"Ensuring that the judicial process operates independently and free from harm or intimidation is paramount to the rule of law and the reduction of violent crime," the agency said.

**Senator Dick Durbin**
**Chair, Senate Judiciary Committee**
**Written Questions for Ronald L. Davis**
**Nominee to be Director of the United States Marshals Service**
**May 19, 2021**

1. One of the most solemn responsibilities of the United States Marshals Service is the protection of federal judges and federal courthouses. Sadly, we have seen too many instances of violence against judges and their families. In my home state of Illinois, a man murdered the mother and husband of Judge Joan Lefkow after she had dismissed the man's case. And just last year, a lawyer angry with Judge Esther Salas, who sits on the federal district court in New Jersey, murdered the Judge's son and attempted to murder her husband. We know that more must be done to protect our judges and their families.

   a. **What steps will you take to prioritize judicial security?**

   ***Response:*** The tragedies you have outlined are stark reminders that threats against the judiciary have increased significantly in recent years. I won't know the exact scope of the problem and be able to evaluate solutions until I am confirmed, but I pledge that judicial security will be one of my highest priorities. I look forward to working with the experts at the Marshals, Department of Justice leadership and the Administrative Office of the U.S. Courts, to ensure all steps that can be taken are taken to protect our judiciary. I also stand ready to assist Congress as it evaluates legislation to respond to this threat and provides resources if necessary.

   b. **What additional resources or authorities do you believe the Marshals Service needs in order to effectively protect judges and their families?**

   ***Response:*** As I previously stated, threats against the judiciary are growing, but I will not have a definitive understanding of additional authorities or resources needed until after I am confirmed. I look forward to quickly obtaining an in-depth understanding of this area so I can articulate the need for any changes to Congress.

2. I have particular concerns about security risks to the Dirksen Federal Courthouse in Chicago, including the presence of four vacant and dilapidated GSA-owned buildings next to the Courthouse that would pose serious security concerns if given to private tenants.

   a. **Will you work with me to ensure the safety of the Dirksen Federal Courthouse and the judges, staff, and other persons who work and visit there?**

   ***Response:*** If confirmed, I look forward to learning more about the Dirksen courthouse in Chicago and I will do my best to ensure the safety of all who work or visit there.

**Senator Chuck Grassley, Ranking Member**
**Written Questions for Ronald L. Davis**
**Nominee to be Director of the United States Marshals Service**
**May 19, 2021**

1. How do you define the concept of defunding the police?

   *Response:* I define defunding as the act of taking appropriated funds from a police budget to use for other purposes. As the former Director of the Office of Community Oriented Policing Services at the Department, I spent years ensuring that state and local police departments across the nation received billions of dollars of funding to improve public safety, and I am keenly aware of the benefits that targeted investments in policing can have in local communities.

2. According to the Major City Chiefs, the have been 1,721 homicides for the first quarter of 2021. This is a 29% increase from the first quarter of 2020. What do you think accounts for this shocking increase in the violent crime rate?

   *Response:* In talking with my local law enforcement colleagues across the country, the reasons for this troubling increase are not yet clear. However, I am sure that if I am confirmed that the U.S. Marshals will have an important role in apprehending those criminals who are responsible for these crimes.

3. What steps, if any, do you think the Marshals Service should take to protect federal judges in the wake of this spike in violent crime?

   *Response:* It is crucial that federal judges be kept safe. If confirmed, I look forward to reviewing existing practices and working with all stakeholders, including the Administrative Office of the Courts, to take all appropriate steps to protect federal judges and court facilities from all threats. I know that over a period of years there have been a significant increase in threats against judges and others in the court family, and protection of the judiciary is a core mission of the Marshals Service that I will do my utmost to fulfill.

4. The en banc Ninth Circuit in 2017 held that the routine shackling of defendants violated the Constitution. The unanimous Supreme Court reversed the Ninth Circuit on jurisdictional grounds in 2018. My understanding is that, with the Ninth Circuit's judgment vacated, Marshals have resumed routine shackling as they conclude is necessary for the safety of their courthouses. Will you support Marshals in continuing the widespread practice of routine shackling in productions before judges?

   *Response*: One of the most important duties of the U.S. Marshals is providing a safe, secure environment for the judiciary to apply the rule of law. I am aware that the Marshals have a policy of fully restraining prisoners in federal court, unless otherwise

directed by a United States District or Magistrate Judge. If I am confirmed, I will consult with agency experts on this matter, and I am committed to doing whatever provides the safest environment for the judiciary to conduct its affairs consistent with constitutional principles.

5. Is it ever appropriate for demonstrators to attempt physical harm to a federal courthouse?

   ***Response:*** No. The First Amendment protects free speech but not violence or vandalism.

6. How should the Marshal Service respond to continued demonstrations that impede the intended use of federal courthouses by judges or juries?

   ***Response:*** If confirmed, I look forward to learning the current practices of the Marshal Service and will ensure any response to demonstrations are managed in a manner that protects the judiciary and its ability to operate while working with our local, state and federal partners to facilitate peaceful protests in the vicinity of federal courthouses.

7. What standard should the Marshal Service employ in deciding whether or not to arrest those attacking a federal courthouse or otherwise impeding its intended use?

   ***Response:*** If I am confirmed, the safe and secure operation of the federal judiciary will be one of my highest priorities and the Marshals Service will continue to perform its duties using probable cause as the constitutional standard by which to make an arrest of an individual who has committed or is about to commit an offense against the United States.

8. Under the Law Enforcement Officers Safety Act, Marshals and other current or retired law enforcement have the ability to engage in the concealed carry of firearms. Do you think federal judges should have the ability to carry concealed weapons nationwide like law enforcement? If not, why not?

   ***Response:*** I do not have sufficient information on this subject to offer a recommendation. If confirmed, I look forward to better understanding all of the measures taken to protect judges, both in the courthouse and at home, and I look forward to working with Congress as it discusses additional measures that can enhance their safety.

9. You mentioned at your hearing the storied history of the U.S. Marshal Service. What do you understand the origins of the Marshal Service to be?

   ***Response:*** The origins of the Marshals go back to the roots of our nation. The U.S. Marshals originated in the Judiciary Act of 1789, which formed the framework for the federal court system. George Washington appointed the first 13 U.S. Marshals, and ever since then the Marshals have been integral to the history of our country, participating key events in the westward expansion, the civil rights movement, and many other aspects of our history.

10. It has become popular among some liberal commentators to claim that law-enforcement in the United States had its origins in explicit racism. Do you think the establishment of the Office of United States Marshal by the First Congress was rooted in racism?

    ***Response:*** The establishment of the Office of the United States Marshals through the Judiciary Act of 1789 was based on the need to support the federal courts within their judicial districts and to carry out all lawful orders issued by judges, Congress, or the President.

11. Were the attacks on the Hatfield Courthouse in Portland last summer terrorism? If not, why not?

    ***Response:*** One of the core missions of the United States Marshals Service is to protect the judiciary. If confirmed as Director, I will ensure that the Marshals Service continues to perform these duties with adherence to the rule of law and in close collaboration with the United States Attorney's Office which ultimately makes criminal charging decisions.

12. My understanding is that President Biden's ban on "private prisons" has a significant negative effect on the Marshal Service. How do you intend to fulfill the tasks of the Marshal Service in the wake of this decision?

    ***Response:*** The Marshals Service facilitates the safe, humane, and timely care and movement of pretrial detainees remanded into its custody If confirmed, I look forward to learning more about the challenges of detention management on a national scale, understanding that the Marshals do not own or operate jails but are reliant on local, state and federal partners to house detainees for the duration of their judicial proceedings.

13. Have you had any conversations with individuals associated with the Arabella Network—including, but not limited to, the 1630 Fund, the New Venture Fund, or Arabella Advisors—in connection with this or any other potential nomination? If so, please explain the nature of the conversations.

    ***Response:*** No.

14. Please explain with particularity the process by which you answered these questions.

    ***Response:*** The Department of Justice received these questions on May 19, 2021. I worked with Department Attorneys, conducted research, and answered the questions. I finalized and approved all answers to the questions and authorized their transmission to the Committee on May 24, 2021.

15. Do the answers in this document reflect your true and personal views?

    ***Response:*** Yes.

**Senator Josh Hawley**
**Written Questions for Ronald L. Davis**
**Nominee to be Director of the United States Marshals Service**
**May 19, 2021**

1. In your past speeches and writings on the subject of our criminal justice system you have repeatedly stated that the criminal justice system in America is racist. In one speech you said, "we must acknowledge that the continued use of these draconian operational systems and practices allow structural racism to remain and spread." In another article, you wrote that our cities will only be safe when communities and law enforcement work together to "overcome bias, ignorance, and internal politics." Is it your view today that our criminal justice system is systematically and inherently racist?

   ***Response:*** I agree with the President that "…we need to root out systemic racism in our criminal justice system." I also agree with the President, as I've stated in my writings and speeches, that systemic racism does not mean or even suggest that law enforcement officers are inherently racist. I know this to be true based on my close to 30 years as a police officer.

2. In a 2020 article you authored for the Brennan Center for Justice article you wrote that, "after 30 years in local law enforcement trying to reform it, I would have to frankly say no, we cannot reform our current system." Is it your belief that not only is the criminal justice system racist, it is irredeemably so, and we must "dismantle this thing all the way to the ground" as you stated in the 2020 Brennan Center for Justice Article?

   ***Response:*** I do not believe the criminal justice system or those who operate the system are racist. As stated earlier, I do believe the system is impacted by systemic racism and we need to change it.

3. My bill, the *Supporting and Treating Officers in Crisis Act of 2019,* which was signed into law last Congress, expanded the family-support grant program's eligible uses to better address the mental health and support needs of law enforcement officers. In literature that you coauthored titled, "Re-Imagining Public Safety: Recommendations for the Harvard University Community & Police Department," you and your colleagues advocated for shifting funds away from the Harvard Police Department in favor of their redistribution to non-policing groups and services. Do your recommendations for shifting resources away from law enforcement agencies and organizations include resources that are used for suicide-prevention and mental health services?

   ***Response:*** As a police veteran with close to 30 years, I've lost colleagues to both murder and suicide, so the issue of officer safety and wellness is intensely personal to me. As a police chief who had one of my courageous officers shot and killed in the line of duty, ensuring the safety and wellness of my officers is one of my most solemn responsibilities. As the director of the COPS Office, I worked with all of our law enforcement

stakeholders to advocate for and provide funding to support officer safety and wellness. If confirmed, the safety and wellness of all Marshals employees will be one of my top priorities. Finally, I want to express my appreciation for the legislative efforts you have made in this area.

**Senator Thom Tillis**
**Written Questions for Ronald L. Davis**
**Nominee to be Director of the United States Marshals Service**
**May 19, 2021**

Law Enforcement

1. Some of your writings imply that you may be supportive of reallocating funding from police departments. Can you please clarify your views on defunding the police?

   ***Response:*** I do not support defunding or the arbitrary taking of funds from the police to use for other purposes. As the former Director of the Office of Community Oriented Policing Services at the Department, I spent years ensuring that state and local police departments across the nation received billions of dollars of funding to improve public safety, which is the exact opposite of defunding the police. After serving as a uniformed police officer for close to 30 years, I agree with the vast majority of my colleagues that we, as a society, over-rely on police to handle social issues police are neither trained nor equipped to resolve. Consequently, we continually place officers in untenable positions that compromise their safety and too often places them at odds with their communities.

2. If you do not support defunding the police, what will you do to ensure that the Biden Administration does not adopt anti-police policies?

   ***Response:*** President Biden and Vice President Harris have made it clear that they do not support defunding the police. In fact, they have asked for increased funding for the Department of Justice, COPS Office to support local, state and tribal law enforcement. If confirmed, I look forward to working under the leadership of Attorney General Garland to assist in the Department's efforts to support local law enforcement and the communities they serve, and I am confident that my many years as a police officer will serve as a valuable resource as law enforcement issues are considered within the Administration.

3. I am concerned about calls from the radical left to limit the ability of federal officers to detain criminals and dangerous criminal aliens. Do you believe the Marshals should be permitted to enter agreements with local and state facilities to hold federal detainees?

   ***Response:*** The Marshals Service currently has over 800 inter-governmental agreements (IGAs) with local and state detention facilities to assist in the housing of an approximate daily prisoner population of 60,000. These IGAs are critical to Marshals ability to house pretrial detainees remanded into Marshals custody by federal judges. If confirmed, I look forward to working closely with our IGA partners to help manage those remanded to Marshals custody.

Private Detention Facilities

4. Do you agree with President Biden's executive order which prohibits the use of private detention facilities? Do you agree that prohibiting their use makes it more difficult for the U.S. Marshals to detain criminals and protect public safety?

   *Response:* I don't know the practical effects of this executive order on Marshals Service detention operations. If confirmed as Director, I will have a responsibility to comply with all Executive Orders, and if I see particular issues implementing one, I will address those issues directly with the leadership of the Department.

5. If the number of private detention facilities continues to drop, what will the U.S. Marshals do to limit the risk to public safety from this executive order?

   *Response:* I do not yet know the practical effects of implementing this executive order on the Marshals Service. If there are any implementation issues, I will work through them with Department leadership, state and local equities, and the Court.

**Senator Tom Cotton**
**Written Questions for Ronald L. Davis**
**Nominee to be Director of the United States Marshals Service**
**May 19, 2021**

1. Since becoming a legal adult, have you ever been arrested for or accused of committing ahate crime against any person?

   *Response: No.*

2. Since becoming a legal adult, have you ever been arrested for or accused of committing a violent crime against any person?

   *Response:* No.

3. Please describe with particularity the process by which you answered these questions andthe written questions of the other members of the Committee.

   *Response*: The Department of Justice received these questions on May 19, 2021. I worked with Department attorneys, conducted research, and answered the questions. I finalized and approved all answers to the questions and authorized their transmission to the Committee on May 24, 2021.

4. Did any individual outside of the United States federal government write or draft your answers to these questions or the written questions of the other members of the Committee? If so, please list each such individual who wrote or drafted your answers. Ifgovernment officials assisted with writing or drafting your answers, please also identifythe department or agency with which those officials are employed.

   *Response*: Individuals at the Department of Justice helped draft answers based on my guidance and publicly available information. I finalized and approved all answers to the questions and authorized their transmission to the Committee on May 24, 2021.