## 03-09-2022

**03-09-2022, USMS Director Ronald Davis Memo to USMS Employees.**

**02-28-2022 - Bruce A. Nordin <u>Acting</u> United States Marshal for W/MI.**

22 Acting United State...

U.S. Department of Justice

United States Marshals Service

*Office of the Director*

Washington, DC 20530-0001

March 9, 2022

MEMORANDUM TO: United States Marshals Service Employees

FROM: Ronald L. Davis
Director

SUBJECT: Acting United States Marshals

I am pleased to announce that the Attorney General has designated the following Acting United States Marshals:

- Lawrence J. Bobnick
  District of Connecticut
  Effective February 24, 2022
- Bruce A. Nordin
  Western District of Michigan
  Effective February 28, 2022
- Lasha R. Boyden
  Eastern District of California
  Effective March 5, 2022

Please join me in congratulating Acting Marshals Bobnick, Nordin, and Boyden on their designations.

From: Patrick Brenk [redacted]
Sent: 5/31/2019 10:39:08 AM
To: "Vinyard, Morgan (EGLE)" [redacted] "Gregory Converse" [redacted]
Cc: "Frank Force" [redacted] "Alan Rumbaugh" [redacted] "Krupp, Keisey (EGLE)" [redacted] "Schutte,Bruce" [redacted]
Subject: RE: 12525 Woodland Park Parcel Number 41-12-10-401-005

Morgan,

Why would we need to go on line and file a complaint. EGLE is very much aware of this situation, as you were the department that issued the "restore order". We are only advising you that it HAS NOT been restored, not have they complied. As a matter of fact, they have violated further your order to restore and have proceeded with violating the area worse than it was when you issued the order.

We would appreciate it if you would look into this matter. This gentleman who is in violation is laughing in your face as he knows your department is shorthanded and slow to react.

Regards,

Patrick Brenk
[redacted]

05/31/2019 ←

Police Department

Reporting Time: 6 am

Date: 5 / 31 / 19

YOUR CASE NUMBER IS:

19-127999

Kent County Sheriff Office

Detective Tim Potts

INVESTIGATIVE DIVISION

(616) 632-6133

(616) 632-6154

timothy.potts@kentcountymi.gov

KENT COUNTY SHERIFF'S OFFICE

Michelle LaJoye-Young

701 Ball Avenue, N.E.
Grand Rapids, MI 49503

(616) 632-6100

KENT COUNTY SHERIFF'S OFFICE

# KENT COUNTY SHERIFF'S OFFICE INVESTIGATIVE DIVISION

701 Ball Avenue NE, Grand Rapids, MI 49503
Phone: (616) 632-6125 Fax: (616) 632-6154

# FAX TRANSMISSION

DATE: 6-17-14

TO: Det. Jon Erlandson

FROM:

PHONE:

NUMBER OF PAGES NOT INCLUDING COVER SHEET:

MESSAGE:

This transmission has been generated from a law enforcement agency. If you have received this transmission in error please contact our office and discard immediately.
CONFIDENTIAL INFORMATION ATTACHED

**Kent County Sheriff's Office**
**701 Ball Avenue NE, Grand Rapids, MI 49503**

Incident No: 19-127999
Status: Closed

Date Reported: Fri 05/31/2019 17:42:00
Dispatch Time: 17:41:00 Arrival Time: 17:41:00 Clear Time: 18:15:00
CFS Number: KSP-0127999-2019
Officers: YSQUIERDO, ANTHONY Detective: POTTS, TIMOTHY
Classification: INTIMIDATION/STALKING – (13003)
Local Use: ASSIGNED OPEN NON-CRIMINAL
Location: 12491 WOODLAND PARK DR NE, BELDING Section / Nbh: /
Description: HARASSMENT Entered: CADIMPORT

Suspect: (13003 INTIMIDATION/STALKING)
UNKNOWN 00
DOB: [redacted] Age: 61 (?)
Race: White Sex: Male
Notes: USE ONLY THIS UNKNOWN PERSON RECORD. UNKNOWN SHOULD BE USED FOR SUSPECTS ONLY.

Victim: (13003 INTIMIDATION/STALKING)
ANDRESKI, CHRISTOPHER, JOHN
DOB: [redacted] Age: 35
12491 WOODLAND PARK DR NE
BELDING, MI 48809
Phone: (586)321-4113
Opr: A536115429313 / MI
Race: White Sex: Male
Height: 5' 10" Weight: 210 lbs.
Notes: Original record details added from: SOS query.

INITIAL INCIDENT INFORMATION: Reporting Officer: YSQUIERDO, ANTHONY, M

On 5/31/19 at 1741 hours I was approached in the parking lot at KCSO by Chris Andreski. He said that he wanted to file a report for Grattan Twp staff for falsifying legal documents and extortion type behavior.

CONTACT WITH CHRIS ANDRESKI:

Chris has property that he is building on at 12491 Woodland Park Dr NE. He has an on going permit, legal documents and meetings with various Grattan TWP officials. He said that last year he began a process of building on the property and pulled permits to do so on the property. He went first to zoning office to get approval and he was denied. He then went to The Department of Environmental quality (DEQ) to get additional assistance and see if anything could be done for an appeal with the zoning board to allow him to build. DEQ 1st

He went in around December 2018 and DEQ officials came to his property in January 2019 to examine the land and stated that zoning and land issues were good. He was told that there were no complaints at the property and that he was good to start the appeal and then begin the project. He said that he was told by the DEQ 3 times on separate occasions that he was ok and clear of complaints and that there was no reason to prevent the build.

He went to the zoning board of appeals (ZBA) to try again and was again denied the right and permits to build on the property. When he went back to the DE to get clarification he was told that there was now a complaint on the land that had to be addressed. He was told that the complaint originated on 3/22/2018 and was not known to him

Incident No: 19-127999

or the officials that told him he was clear on 1/17/19. He received a letter from someone known as Morgan on 2/12/19 saying that the complaint was valid and was inspected and reported on 4/9/18. The letter, according to Chris, said that the the inspection was done and he was aware of the violations on that date.

Chris said that this was not possible and that he didn't even begin the permits, meeting and applications until December 2018. He said that he felt that the DEQ and other officials were falsifying the letters dates and trying to make it appear that he was in violation, allowing his project to be denied, before he was given approval later in the year. He was given numerous conditions to fulfill including removing dirt, sand and earth from the area and he did so in excess of what was required to help smooth the process but was told that it was not enough. He then got notified that if he did not correct the violations that he was "supposedly" aware of back in April 2018 he would be charged with misdemeanor violations and given sanctions and fines. He said that he feels that the officials are doing this now to intimidate him and basically "extort" his compliance with threats of criminal charges if he continues to press the issue. He said that he feels that unless he abandons the project, he will be charges criminally and be forced to pay fines in addition to the costs associated with correcting the mistakes that he was not aware of.

ADDITIONAL INFORMATION:

It is unknown of the multiple parties involved whom is directly responsible for the "threats" and the request for prosecution against Chris. he provided a lengthy packet that included several names and forms to assist in the investigation.

CHARGES:

He asked that if applicable he wanted charges to be pressed for the falsifying documents and extortion.

DOCUMENTS:

The documents provided was put into a routing packet and submitted to the DB.

STATUS:

Closed/DB

**Kent County Sheriff's Office**
**701 Ball Avenue NE, Grand Rapids, MI 49503**

Incident No: **19-127925**
Status: **Closed**

| | |
|---|---|
| Date Reported: | Fri 05/31/2019 12:41:00 |
| Dispatch Time: | 12:50:00 Arrival Time: 13:15:00 Clear Time: 13:20:00 |
| CFS Number: | KSP-0127925-2019 |
| Officers: | WHITE, TROY |
| Classification: | CIVIL MATTER DISPUTES/FAMILY TROUBLE – (98006) Detective: |
| Location: | 12491 WOODLAND PARK DR NE / / 12400 DRISCOLL ST NE, GRATTAN TWP Section / Nbh: / |
| Description: | KEEP PEACE ON CIVIL COMPLAINT Entered: CADIMPORT |

**Informational: (98006 CIVIL MATTER DISPUTES/FAMILY TROUBLE)**

ANDRESKI, CHRISTOPHER, JOHN DOB: [redacted] Age: 35
12491 WOODLAND PARK DR NE Phone: (586)321-4113
BELDING, MI 48809
Opr: A536115429313 / MI
Race: White Sex: Male
Height: 5' 10" Weight: 210 lbs.
Notes: Original record details added from: SOS query.

INITIAL INCIDENT INFORMATION: Reporting Officer: WHITE, TROY A

On 5/31/19 I was dispatched to the above address for a standby while the caller met with contractors regarding his new house being built.

CONTACT WITH CHRISTOPHER ANDRESKI:

I met with the caller while he was talking with the contractor. He said he called because he wasn't sure if there was going to be an issue regarding a dispute about alterations he had made to his property near the lake. He said everything seemed to be ok for now and he said he should. He would call back if there were any issues.

STATUS:

Closed TOT records.

**Seidel, Teresa (EGLE)** 189 [redacted]

| | |
|---|---|
| **From:** | Erlandson, Janet (EGLE) |
| **Sent:** | Wednesday, July 10, 2019 1:18 PM [redacted] |
| **To:** | Seidel, Teresa (EGLE); Saldivia, Luis (EGLE) |
| **Cc:** | Woods, Vence (EGLE) |
| **Subject:** | RE: Call from Mr. Andreski |

I would suggest you not call him back since the case has been referred for criminal prosecution. If he wants to talk to someone about his life, , he can talk to his minister. Thanks for the heads up Teresa.

---

**From:** Seidel, Teresa (EGLE) [redacted]
**Sent:** Wednesday, July 10, 2019 12:24 PM
**To:** Erlandson, Janet (EGLE) [redacted] Sanders, Jerrod (EGLE) [redacted]
**Subject:** Call from Mr. Andreski

I received a call and voice mail message from Andreski today. He stated he wanted to talk about what is going on "in his life". Curious if I should call him back or what the next step should be.

**Teresa Seidel**
**Director**
**Water Resources Division**
**Michigan Department of Environment, Great Lakes, and Energy**
[redacted]
Michigan.gov/EGLE
P.O. Box 30458
Lansing, Michigan 48909-7958
**EGLE**

EGLE
Screwing
with Christopher
Andreski
LIFE

Good mental and psychological health is just as essential as good physical health for law enforcement officers to be effective in keeping our country and our communities safe from crime and violence. With the passage of the Law Enforcement Mental Health and Wellness Act, Congress took an important step in improving the delivery of and access to mental health and wellness services that will help our nation's more than 800,000 federal, state, local, and tribal law enforcement officers. Many things, including strong relationships with the community, help keep officers safe on the job. This act called for the U.S. Department of Justice (DOJ) to submit a report to Congress on mental health practices and services in the U.S. Departments of Defense and Veterans Affairs that could be adopted by federal, state, local, or tribal law enforcement agencies and containing recommendations to Congress on effectiveness of crisis lines for law enforcement officers, efficacy of annual mental health checks for law enforcement officers, expansion of peer mentoring programs, and ensuring privacy considerations for these types of programs. The DOJ is pleased to respond to this requirement of the act with this report.

COPS
Community Oriented Policing Services
U.S. Department of Justice

U.S. Department of Justice
Office of Community Oriented Policing Services
145 N Street NE
Washington, DC 20530

To obtain details about COPS Office programs, call the COPS Office Response Center at 800-421-6770.

Visit the COPS Office online at www.cops.usdoj.gov.

e121803899
Published 2019

[redacted]

**From:** [redacted]
**Sent:** Wednesday, July 17, 2019 5:14 PM
**To:** [redacted]
**Cc:**
**Subject:**

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

On 7/16/2019, Detective Janet Erlandson, Michigan Department of Natural Resources, Environmental Investigation Section, provide me with an investigative-Report regarding the conduct of DUSM Chris ANDRESKI, charging him with one count of Stalking- Aggravated, MCL-750.4441i, (shall not threating or intimate, influence, attempt to encourage future official proceedings), a felony.

Detective Erlandson stated it was decided NOT to prosecute DUSM ANDRESKI locally as a professional law enforcement courtesy to the USMS. But to provide the investigative reports to the USMS and allow the USMS to deal with the offense. She did state they're still going to proceed civilly.

[redacted]
DUSM.

I have spoken with CDUSM Ron Carter regarding this matter. I FedEx'd (Tracking number: 775757780161) the "Investigative Report", and two CD's provided to the USMS.

Respectfully,

Bruce Nordin
AUSM
Western District of Michigan
O- (616)456-2440
C- (616)437-1016

EXHIBIT# B

**Internal Affairs (USMS)**

| | |
|---|---|
| From: | Nordin, Bruce (USMS) |
| Sent: | Friday, July 19, 2019 11:55 AM |
| To: | Internal Affairs (USMS) |
| Cc: | Carter, Ronald (USMS) |
| Subject: | FW: Interview |

– DATE / Time

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Please attach the below email to the file I sent earlier this week regarding DUSM ANDRESKI.

This started as a personal matter involving the construction of DUSM ANDRESKI's home and property he purchased on a lake. However, the name and reputation of the USMS has been tarnished and it would appear based on the statements, so too has the U.S. Attorney's Office. This matter has been building for some time and is not over. Based on the statements I read in the investigative report, I have concern over DUSM ANDRESKI's behavior and actions.

Respectfully,
Bruce Nordin
AUSM
W/MI

From: Erlandson, Janet (EGLE) [mailto:ERLANDSONJ@michigan.gov]
Sent: Friday, July 19, 2019 11:03 AM – DATE / Time
To: andreskichris@yahoo.com
Cc: Saldivia, Luis (EGLE) <SALDIVIAL@michigan.gov>; Seidel, Teresa (EGLE) <SEIDELT@michigan.gov>; Sanders, Jerrod (EGLE) <SANDERSJ3@michigan.gov>; Fischer, Jeff (EGLE) <FISCHERJ1@michigan.gov>; Woods, Vence (EGLE) <WOODSV1@michigan.gov>; Thorson, Erick (EGLE) <ThorsonE@michigan.gov>
Subject: Interview

Mr. Andreski,

The Department of Environment, Great Lakes and Energy (EGLE) , Water Resources Division (WRD) , have requested increased enforcement action against you for violation of the Natural Resources and Environmental Protection Act, (NREPA). Your property located at 12491 Woodland Park, Belding, Gratton Township, Kent County, have alleged Part 301 Inland Lakes and Streams and Part 303 Wetlands Protections, both misdemeanors under Michigan statutes violations. Since this complaint has been referred for criminal enforcement, the EGLE staff are no longer involved in this matter. Contacting them will not help you resolve this complaint.

I would like to set a time to interview you in reference to the above stated violations within the next 15 calendar days. You can reach me at the below listed numbers.

Office: 616-356-0029
Cell: 616-262-6283

Tom,

I will summarize a few points about the interview yesterday. I ask Chris to correct anything that is appropriate.

The investigator did not dwell on background information. In fact, he seemed to do a perfunctory review in this area, and got to the issues in the "complaint" fairly quickly.

I don't understand why he balked at having you on the phone, but he did. We decided that it was not worth blowing up the interview over this because of the problems it might have caused.

The interview lasted until about 1 p.m. We took some 3 breaks - none of them were too long.

Our request to record the interview was denied. Again, we decided not to blow things up over that.

The investigator asked nothing about interactions with the DEQ "investigator". This was surprising to me. In fact, because we were advised about potential "negative" contact with law enforcement, the lack of questions about contact with law enforcement made little sense, from my perspective.

We heard about only one law enforcement officer, a Kent County Deputy, and it seems clear that he made no complaint about Chris. The security guard at the DEQ offices was a private employee.

The investigator did not challenge Chris' truthfulness. Chris often told the investigator that he was just trying to tell the truth, and the investigator never challenged this.

The investigator focused on the following points, and seemed to push positions that I will try to describe:

1. A meeting occurred at the property involving DEQ employee Jeff Fisher and Chris. Prior to the meeting, Chris tried to get a friend with the USMS to attend as a witness. This did not work out. Chris then contacted a TFO employed by the Sheriff and asked that a deputy attend the meeting. Chris did this for one reason: he wanted a person of integrity to witness the meeting. Chris did not trust DEQ administrators by this point. The investigator asked if Chris thought Jeff Fisher could have felt "intimidated" by the situation. The

issues of whether Chris used his position to get a deputy to the scene without going through "dispatch", and whether he used his position to try to intimidate Fisher, seemed to be at the heart of the questioning here. Chris answered all questions fully and honestly. He told the investigator that he probably did not go through "dispatch" to ask for a deputy. I suspect this will be important to the investigator.

2. Chris filed a FOIA request with the Township seeking to get "complaints" about his property. (The Township repeatedly told Chris that there were no complaints on the property, and later said there were "a couple" of complaints. The notice triggered the FOIA request.) In one instance, the complainant's name was redacted. The investigator asked questions indicating that he thought Chris might have used his position to ask for an unredacted copy of the report in order to see the complainant's name. Chris denied that he knowingly did this. The investigator seemed to suggest that the FOIA administrator might have "felt" that Chris was doing this. It seemed clear that the administrator has advised someone that this is how she felt.
3. In a related point, the investigator asked if Chris used his work email to send FOIA materials to the Township. Chris did this on at least one occasion and admitted this. The investigator did not linger on this point.

But the real focus of questioning seemed to get at what happened when Chris went to the DEQ offices in Lansing to complain about the way that the local DEQ office was treating him. (Chris took leave and went to Lansing in order to try to see someone at DEQ HQ. Questions seemed to focus on events occurring: 1) on the telephone during a call with the Director, 2) at the security desk, 3) during interaction with an administrative employee, and 4) with the Assistant Director.

4. Chris presented at the security desk and asked to see someone who could address his problem. He used his phone to "google" the Director's number and called it. He talked with the Director and had a meeting with the Assistant Director. The investigator focused, in part, on the question of whether Chris told the Director the her employees had committed crimes and further told her that

# MEMORANDUM

To: Tom Allen
From: Scott Graham
Re: Andreski – Process in Michigan for Obtaining Criminal Charge

---

The tone of the original investigative documents prepared by the EGLE detective seems to indicate that the agency did not charge Chris with aggravated stalking or another crime as a form of "law enforcement courtesy." This misrepresents the process for starting a criminal charge in Michigan. The agency would have been required to take it file to an appropriate prosecuting authority, such as a county prosecutor or the state Attorney General. A prosecutor would have evaluated the file and decided whether to issue a charge. I see no indication that this happened. I think it is important to try to learn whether the file went to a prosecutor for evaluation. The failure to follow this process is potentially another act of bad faith.

# MEMORANDUM

To: Tom Allen
From: Scott Graham
Re: Andreski – Definition of Aggravated Stalking in Michigan

In Michigan, a person is guilty of aggravated stalking (MCL 750.411i) when the person;

1. Commits at least one act that violates a restraining order that prevents stalking, and the person has actual notice of the court's order;
2. Commits an act of stalking that violates a condition of bond, probation, parole, etc., or
3. During a stalking course of conduct, makes a credible threat against a victim or the victim's family.

There is no allegation I've seen that supports any of these theories.

Another Michigan statute might be relevant. MCL 750.122 prohibits interference with a witness who will provide testimony, evidence, etc. in a future proceeding. I don't see how that statute applies to any of the allegations in this case.

6:04 LTE 52

DETROIT METROTIMES

METRO DETROIT NEWS NEWS

# US Attorney: Michigan is the nation's most corrupt state

By Tom Perkins on Wed, Jun 5, 2019 at 2:25 pm

SEND A NEWS TIP




Sen. Debbie Stabenow and WDIV anchor Devin Scillian.

SUPPORT US

The level of corruption in Michigan is staggering. It's Democrats, it's Republicans, its the entire political establishment, which is mostly a cesspool of morally bankrupt dirtbags working on behalf of corporations and the wealthy instead of the middle and lower class.

That much is evident to anyone paying attention, and

- **The Corruption and Civil Rights Violations by the United States Marshal Service, Ottawa County Prosecution Office, Ottawa County Sheriff Department and the Ottawa County Court.**

# Binder# 2

EXHIBIT# 20

AT&T Wi-Fi 3:09 PM 40%

**Store16** 1:13 PM

to me

Mr. Kuiper

I regret to inform you that I do not have the capability to go back this far in footage. I have contacted my security company to see if the footage is backed up on a cloud, which they informed me that it does not. The footage over writes the drive after 90 days have been recorded. The furthest back my system can reach is October 29. I apologize I could not be of any help. Hopefully Subway, Arbys, or Brooklyn bagels could be of better assistance for you.

Regards,

Andrew Carpenter

**From:** Josh Kuiper <jkuiperlaw@gmail.com>
**Sent:** Tuesday, December 29, 2020 1:09 PM
**To:** Store16 <Store16@WESCOINC.com>; Josh Kuiper <Jkuiperlaw@gmail.com>
**Subject:** Fwd: See Attached Document

An official website of the United States government
Here's how you know

THE UNITED STATES DEPARTMENT of JUSTICE
JUSTICE NEWS

Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE

Tuesday, June 14, 2022

# Deputy U.S. Marshal Charged with Unlawfully Obtaining Cell Phone Location Information

A Deputy U.S. Marshal has been charged by indictment with unlawfully obtaining cell phone location information by misusing a law enforcement service, and later making false statements about his use of that service.

Adrian Pena, 48, of Del Rio, Texas, made his initial appearance in federal court yesterday in the Western District of Texas.

According to court documents, Pena allegedly unlawfully used a law enforcement service operated by Securus Technologies Inc. (Securus) for personal reasons, including to obtain cell phone location information relating to multiple individuals with whom the defendant had personal relationships and their spouses. Pena obtained this information by uploading false and fraudulent documents to the Securus system and by certifying that those documents were official documents giving permission to obtain the relevant individuals' cell phone location information. After this activity became known to law enforcement, Pena lied to law enforcement officials about his use of the Securus service for personal reasons, including to locate individuals with whom he was or had been in a personal relationship. Pena also drafted an affidavit in the name of one of these individuals and persuaded that individual to sign the affidavit, which falsely stated that the individual had given Pena unlimited access to all of that individual's personal cell phone information at all times.

Pena is charged with 11 counts of obtaining confidential phone records, two counts of false statements, and one count of falsification of a record. If convicted, he faces up to 10 years in prison for each count of obtaining confidential phone records, up to five years in prison for each count of false statements, and up to 20 years in prison for falsification of a record. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department's Criminal Division and Special Agent in Charge Cloey C. Pierce of the Department of Justice Office of the Inspector General (DOJ-OIG) Dallas Field Office made the announcement.

DOJ-OIG is investigating the case.

Deputy Chief Robert Heberle and Trial Attorney Nicole Lockhart of the Criminal Division's Public Integrity Section are prosecuting the case.

*An indictment is merely an allegation, and all defendants are presumed innocent until proven guilty beyond a reasonable doubt in a court of law.*

---

**Attachment(s):**
Download Pena Indictment.pdf

**Topic(s):**
Public Corruption

**Component(s):**
Criminal Division
Criminal - Public Integrity Section
Office of the Inspector General

**Press Release Number:**
22-626

*Updated July 14, 2022*

MOTHERBOARD
TECH BY VICE

# US Marshal Charged for Using Cop Phone Location Tool to Track People He Knew

Adrian O. Pena allegedly abused the Securus system by simply uploading blank documents and pretending he had authority to track people he had personal relationships with and their spouses.

By Joseph Cox

June 14, 2022, 12:23pm



IMAGE: CATHRYN VIRGINIA

The Department of Justice has charged a Deputy U.S. Marshal for allegedly abusing access to a controversial phone tracking service offered by a company called Securus to track the physical location of people he had personal relationships with as well as their spouses.

The news highlights the stark risk of abuse of telecoms' mishandling of their users' location data and the for-profit tracking services based on that data. Securus first entered public consciousness when the New York Times and the office of Senator Ron Wyden investigated the service in 2018. The *Times* showed that a former sheriff leveraged the system for their own use, including monitoring the location of a judge. This latest indictment suggests that abuse was not an isolated incident and that abuse of Securus' Location Based Services (LBS) product was more widespread.




Hacking. Disinformation. Surveillance. CYBER is Motherboard's podcast and reporting on the dark underbelly of the Internet.

SEE MORE →

ADVERTISEMENT

Deputy U.S. Marshal, according to the indictment. He did this by uploading fake documents to the Securus platform that he claimed gave him authority to obtain requested location data, the indictment adds.

Pena was assigned to the Lone Star Fugitive Task Force in the Uvalde County Sheriff's Office in Texas, which had access to the system, according to the indictment. (Uvalde is the city where local police have been widely criticized for their failure to act in a mass shooting at Robb Elementary school in May where 19 children and two adults died).

ADVERTISEMENT

"Pena on numerous occasions used the LBS platform to obtain location data associated with the cellular telephones of his personal associates, including individuals with whom Pena was or had been in a personal relationship and their spouses," the indictment reads. The

A SCREENSHOT FROM THE INDICTMENT. IMAGE: MOTHERBOARD

After being confronted by law enforcement officials about his actions, Pena allegedly lied about using the Securus service for personal reasons. In a November 2017 interview with the Office of the Inspector General (OIG), which provides oversight of agencies, one OIG official asked Pena "Other than yourself, have you ever pinged anybody using the system? You know, family members, friends, ex-girlfriend?"

"No," Pena responded. "But there is like lost phones and stuff like that—that a deputy lost a phone and—we're trying to find his phone and stuff like that." At one point the OIG official asked if Pena was married, to which he replied yes. The official then asked if Pena ever looked up a high school girlfriend.

"No," Pena replied.

The indictment doesn't go into more detail on the specific victims, but at the end of the transcript of the conversation with OIG officials it adds, "These statements and representations were false because, in

Tech

**I Gave a Bounty Hunter $300. Then He**

Shortly after the interview with OIG officials, Pena drafted a statement for one of his victims to sign that falsely said she had provided Pena with permission to track her phone at all times since 2012, the indictment adds. That included all her social media data, call history, text messages, and cell phone location data "24/7-365" "without any restrictions," the indictment reads.

Securus is a massive prison and law enforcement contractor that, among many other things, previously offered a service for geolocating nearly all phones in the United States called Location Based Services. This was facilitated by a continuous relationship with a location data broker called 3Cinteractive Corporation, which in turn obtained access to the data from another broker called LocationSmart. AT&T, T-Mobile, Sprint, and Verizon sold the access to their own users' location data to LocationSmart as part of a convoluted supply chain of data that most phone users likely had no idea existed. The system provided users with a handy map interface of where their target was approximately located.

Securus said it only offered the location service to law enforcement officials. During its operation users were asked to upload a document, such as a search warrant or other legal mechanism, and tick a box saying that the document gave them permission to lookup the

Tech

**Black Market T-Mobile Location Data Tied to Spot of**

support efforts to ensure individual data is protected. We discontinued the tool more than four years ago and permanently shut it off. Even when operable, it was only available to users who were granted authorization by a law enforcement agency or facility. The tool was engineered with safeguards and security protocols, but we also relied on the integrity of law enforcement to operate it ethically. All of this preceded our aggressive, multi-year transformation, and we wouldn't and won't provide the service ever again, period."

Dave Oney from the U.S. Marshals' Office of Public Affairs told Motherboard in a statement that "The U.S. Marshals Service is aware of the indictment of Deputy U.S. Marshal Adrian Pena. We are cooperating fully with the Department of Justice Office of Inspector General's investigation of the matter. We take seriously any allegation of misconduct by our personnel. The alleged actions of this employee do not reflect the core values of the U.S. Marshals Service, and Pena has been relieved of his operational duties and placed on administrative leave. An indictment is merely an allegation, and the defendant is presumed innocent until proven guilty beyond a reasonable doubt in a court of law."

In May 2018, Motherboard reported that a hacker broke into servers belonging to Securus and stole data including usernames and poorly secured passwords.

Motherboard has also revealed how stalkers have posed as U.S. Marshals to convince telecoms to provide them with real-time location data of victim's phones. One victim previously told Motherboard that T-Mobile put her "life in danger."

Indeed, some of the documents Pena allegedly uploaded were simply blank pages, award certificates, and letterhead templates, according to the indictment. A table in the indictment lays out more specifics for each alleged violation, including the document uploaded.

"Blank doc.docx uploaded as official document to Securus LBS platform," eight of the 11 instances read.

"These documents were not official and did not provide PENA with permission to obtain cellular telephone location data from Securus," the indictment adds.

Responding to the news of the indictment, Senator Wyden reiterated the lax security measures in place at Securus and told Motherboard in an emailed statement that "When Securus gave law enforcement essentially unrestricted access to track any phone in the country, it was inevitable the system would be abused. Requiring a pinky promise of a court order was woefully insufficient, as this case demonstrates."

At the time of the *Times*' and Senator Wyden's investigations into Securus, the telecoms said they would stop selling users' location data. A year later, Motherboard published a wave of stories showing not only that AT&T, T-Mobile, and Sprint continued to share such information, but that it was being sold to bounty hunters and other third parties. After those revelations, the telecoms finally stopped the data selling program.




**Date: 10-04-2020** - Christopher Andreski personal phone contact Yo (Yolanda)– Former/Retired Kent County Sheriff Correctional Officer who I gave a boat tour on Big Pine Island Lake (BPI), this was prior to Yolanda buying her house on BPI.

Yolanda mentions in her text message to Christopher Andreski personal phone (586-321-4113), that she (Yolanda) is bringing her friend Michelle. Little did Christopher Andreski know that Yalonda's friend Michelle, was also the newly elected Kent County, MI Sheriff.

Later, Christopher Andreski discovers that Kent County Sheriff Michelle LaJoyce Young is also Facebook friends with the Contractor State of Michigan employee Janet Crumpton-Erlandson. Contractor State of Michigan employee Janet Crumpton-Erlandson who illegally interfered / impeded with Christopher Andreski employer, by falsifying herself as a law enforcement officer to my employer, providing my employer a false prosecution report which had Christopher Andreski personal identifiers (Protected DOJ Employee), along with false statements and fabricated lies in Contractor State of Michigan employee Janet Crumpton-Erlandson false report.

**DATE: 10-04-2020 - 2nd Text Message Page.**

Contractor State of Michigan employee Janet Crumpton-Erlandson who interference / impeded in Christopher Andreski employment which has now impacted/hurt members of Christopher Andreski family and the health and well-being of victim Christopher Andreski. Christopher Andreski also believes based on the evidence Christopher Andreski has, that former USMS employee Bruce Nordin swindled and conspired with Contractor State of Michigan employee Janet Crumpton-Erlandson regarding these illegal and unjust attacks by destroying Christopher Andreski Professional Career and Impeding and Interference in Christopher Andreski personal life / family life which have been impacted for life.

Additionally, Christopher Andreski evidence will also show several more criminal acts of individuals working together and conspiring crimes to hurt/impact Christopher Andreski personal property, financially, medically, and emotionally which will show the Hate Crimes of the indivuals who swindled/conspired in destroying Christopher Andreski life. I will not expose the list of individuals who are involved in the Hate Crimes against Christopher Andreski at this time.

DEQ/Eagle Facebook. Current as of 09-03-2023.

DEQ/Eagle Employee Facebook, Erlandson also has two other Facebook (FB) accounts.

(Total of three FB accounts)

Janet Crumpton-Erlandson



# Janet Crumpton-Erlandson

Retired criminal Investigator state of Michigan

**From:** Geertruida Roer
**To:** Michelle Alberts
**Cc:** president.boll@gmail.com
**Subject:** Comments for discussion of short term rentals in Grattan Township
**Date:** Monday, March 14, 2022 3:32:21 PM

---

Dear board members,

Thank you for your consideration of a somewhat contentious issue, namely short term rentals.
My husband Terry and I live year round on Wimpole Drive, on the shore of Big Pine Island Lake, in Grattan Township, and, together with many of our neighbors, are concerned about the proliferation of short term rentals around the lake, especially around our corner of the lake. We would have preferred to attend today's meeting, but family obligations prevent us from being here in person.

We would like to offer the following for your consideration:

First of all, we realize short term rentals don't HAVE to be a problem. If the owner of a summer place wants to rent out this place for a few weeks each summer to offset the rising cost of ownership, it will give other families an opportunity to enjoy the water, and help the owner to maintain ownership, and maintain the property , to enjoy it the rest of the summer. Resulting in stability in the area.

However, short term rentals become a problem when they are, for all practical purposes, a business.

The area around Big Pine Island lake is NOT zoned for commercial use. As a resident of the area I have a reasonable expectation of residential use around me. Regardless of all the other reasons why too intense a use of short term rentals is a problem, outlined in a previous letter to this governing body, a continual stream of PAYING visitors, on a year round basis, constitutes a business. Thereby violating the zoning ordinance.

We therefor propose that the board adopts a policy of limiting the number of weeks a property can be used for short term rental from May to September. The thought being that the remainder of the summer the property owners will enjoy the property themselves.

This has the added advantage, that if someone is a good manager, whose rentals do not disturb the neighbors, no one is going to bother complaining if the number of weeks is slightly over. But nuisance rentals, with too many renters, too many cars, over use of infra structure, noise, in short, the rentals no one wants to spent their summer next to, can be weeded out.

One way to keep track of the rentals would be to make it mandatory for short term rentals to register their property with the township for this use, and to get pre approved for renting. Approval would be based on the number of parking spots, as well as lot size, etc, and include the number of people who can stay at the rental. Approval would have to be obtained on a yearly basis. Violation of the rules would result in pulling of the permit for at least a year.

All of the above towards to goal of discouraging business use of residential property.

If any of the above has already been decided by the board I apologize. I did read the pertinent meeting minutes ( thank you for making this all available online!), but did not fully understand the implications. Thank you so much for your time and your consideration of Township residents well-being.
Sincerely,
Terry and Trudy Roer

Sent from my iPad

March 9, 2022

TO: Grattan Township Board Members

We, Wendy and Larry Harr, submit the following information in response to the upcoming Grattan Township meeting on March 14, 2022 in which an agenda item 'Hearing of the Public' has been requested by the resident at 7310 Wimpole Dr. (Rebecca Wood). Our response here addresses and rebuts Wood's concerns regarding short term rentals.

Our property address is 7313 Wimpole Dr. Construction on the house was completed, other than minor items, in September 2021 with the Certificate of Occupancy granted on 9/27/2021. We have utilized the Airbnb and VRBO short term rental (STR) programs for a few months with total days occupied at 43 as of the end of February 2022. During the past 3 months, the home has been occupied 47% of the time.

**Sewer Issues**. We don't know how the sewer would be affected any differently than if we were living in the house ourselves because the home has not been occupied full time since the occupancy permit was granted. Unless there are township sewage issues, this shouldn't be a problem.

**Unlawful parties**. The 'party' clause/requirements per AirBnb states NO events or parties with over 16 people. Any excessive or disruptive noise is not tolerated either. We do emphasize these standards on our STR websites as well as the limited parking area. If hosts, like us, receive any less than desirable reviews/complaints from guests or 'neighbors', those reviews are investigated. A host suspension can be directed and, if the review has strong merit, the agencies can cancel a host entirely.

On Christmas Eve, guests had family members/friends (6 total) over to celebrate the holiday. There were four vehicles, all fully on our property. We were informed by the guest that R. Wood yelled at her stating she (Wood) wouldn't be able to get her truck out of her carport. The guest took pictures and called us describing how the vehicles were positioned – also verified by our security camera. Wood's carport is on the opposite side (east side) of the road, to the south of our parking area. *Is R. Wood's carport so close to the road that she cannot get out without turning onto our property?* [Greg Converse (former ZA), while visiting our property at the project's beginning, mentioned that he did not know the carport was there; he said he wasn't sure it was even legal/authorized.] ***Can the carport install/approval be verified?***

On February 12, a guest wanted to hold a 'Sweet Sixteen' birthday party for her granddaughter at the house. She said there would be 12 people; 4 adults and 8 teens. We told her that parking was limited to three cars, which had to be on our property only. She said that wouldn't be a problem as most of the girl friends would be dropped off. Since it was February, the party was held indoors so a 'noise disturbance' should not have been an issue. The party concluded by 9pm. We do know that for 3 hours there were four cars in our parking area, three pulled up to the house and one across the end of the driveway, which, again, was recorded by our security camera. It did not appear that the road was blocked in any way.

**Property damage**. We have not heard anything about damage to R. Wood's property since we took possession of our property other than early on in the construction, she complained that a taillight on her trailer was damaged. She had positioned it right on the road's edge line so there is no way of knowing if the damage was done by a construction truck or a vehicle that would have had difficulty getting around her trailer.

**[Reference hand printed note citing trespassing, etc. on or around mid-July, 2021]**

We will spend as much time as we can at the lake and hope to continue offering the STR's. It wasn't our initial intent to utilize the STR programs but realized we needed to find a way to offset the unexpected construction costs involved in meeting the non-conforming lot requirements. Operating the STR's at Big Pine Island Lake has given renters/guests opportunities to enjoy the lake and helps to pay the mortgage and taxes.

STRs are a type of business, paying state and county taxes. We have stayed in STRs, here and abroad, and believe that it is a wonderful way to vacation, much nicer than hotels. We do believe ordinances could clarify the obligations and responsibilities of STR owners as well as the right to rent their properties in peace. BPIL is a wonderful lake and our guests have informed us how nice it was to have a chance to share in its beauty!

## Compilation of issues/complaints involving R. Wood - 7310 Wimpole Dr.

The chronological entries that follow will show what we have been subjected to since the entire project began. *Some of the language/photos may be offensive.*

**11-23-20** I contacted Rich Schultz (Schultz Builders) around 1645L to get his input regarding an incident that happened last week with the neighbor lady, R. Wood, and excavator/landscaper (KN Landscaping). She even yelled obscenities at him (Rich).
We know there was an issue with the equipment trailer and the location. KN Landscapers (Kelby Nielson) was on site and did say that R. Wood was yelling at him to get off her property.
Some graffiti ended up on the trailer in the form of 'F U'. His trailer was impounded, tires were flattened and the fee to retrieve his trailer was $500.00.
Rich Schultz said he later went out to check on Kelby and after a bit, heard a honk. He quickly went out to move his truck and she, Rebecca, was already walking toward him yelling at him saying that he didn't pay taxes here (Rich told her 'my clients do') but she kept up with "f**king this and that, and just being rude. He kept his cool and apologized but she wanted nothing to do with it. She did call him by 'Rich', so she remembered him from the Planning Commission meetings last year. Rich did send an email to Greg Converse and to Laura, township secretary, regarding the incident. I did mention the security camera idea to Rich.

**11-24-20** I drove to the property around 1200L. I sent a text to Rich asking when those guys would be out there (ref yesterday's note). When I arrived, I noticed the trailer at the very top of road. (One of the workers told me that a homeowner up at top of hill said it was fine where he parked it). I asked him if he was the one 'Rebecca' yelled at – yes! He said, "she was a bitch". I suggested he get the documentation/police report. "How in the world was it 'impounded', and so quickly, in the first place?"

**11-25-20** On the way to a meeting (1030L) with the builder's designer, Brandon Schultz, I received an email from Greg Converse about 'complaints' from neighbors. He even talked about a 'STOP WORK ORDER' if blockages couldn't be remedied.
I was able to briefly discuss the complaint issue with Rich Schultz. He was going to call Gregg C. to discuss who, when, police report, impounding trailer, obscenities written on the excavator's trailer, etc. and then report back to me if needed.

2

**5-16-21** **1500L** –During construction, we saw Marcey (Bryan Rowley – neighbor) - and invited her to look around. R. Wood came home and before she went into her house, as we were standing on our deck, she loudly stated 'Oh, the selfish people are here'.....

**7-21-21** DECK – W and I out for a visit. Saw Bryan and Marcey from 7311 Wimpole Dr. We all went up to see the new deck railing/stairs. Nice.
Bryan showed us a note that blew into his yard – it is believed to have originated from R. Wood (Wood walked out onto her deck and made a comment like – oh, here are the selfish people)


"Contractors...
don't touch my trailer.
You already broke the tail
light when you moved it once
before. You are trespassing
on private property & now
you've damage my property.
I've pulled the neighbors
video camera as evidence
Stay the fuck off my
property

**8-14-21** VISIT – **1600 approximately.** Wendy, Emily (our daughter) and I (Larry) drove out to see the progress on the place.
*We walked out onto the deck, R. Wood was on her pontoon sweeping (pontoon was docked just to south of Bryan's). She made a comment about how good her weekend was going until 'we showed up'. It seemed she stated, somewhat sarcastically, 'thank god you're here'.... Emily told her she was welcome..? R. Wood never really stopped talking for anyone to get a word in although she was engaging us. She said we were selfish and for a Marine, I should have more integrity. She told us that the neighbors hated us – she named Ken (7314 Wimpole Dr.) and others by name (didn't hear the other names clearly enough). She and 'others' have lived there for 35 years and she didn't appreciate selfish neighbors. She said when he (Bryan) moves, we won't have any friends. I told her that Grattan Twnship PC granted the approval and that she should probably talk to them.*
*She mentioned she had been taking pictures but we weren't really sure why she was telling us. We, and the construction crews, have been doing the best not to create problems during the build. We did tell her perhaps she should have purchased the property and she said something to the fact that it was a piece of crap and who would want it. She kept repeating that we were selfish and didn't f...king care about anyone in the neighborhood. She brought up the Marine-lack of integrity again and Wendy told R. Wood that I was retired USAF and she didn't know what she was talking about. R. Wood just wouldn't stop talking. Emily said we would pray for her and she told us not to pray for her. God blesses her everyday.*

One concern we have is that she may try to damage some part of the property. I guess we wouldn't put it past her. We went back inside and saw her talking on her phone. Emily took her dog, Loki, outside and did hear R. Wood call her 'boyfriend'? to "get a beer and get down here now – they're here." We never did see him walk down to the pontoon. We locked up the cottage and left.

**8-25-21** DRIVEWAY POURING - CEMENT WAS POURED TODAY!!!

**1658** – We recv'd a text from Bryan that R. Wood was telling the concrete guy to get the 'fuck' off her property, etc. He was actually going to the neighbors telling them that the 'concrete cutter' was loud and high pitched and that if they owned a pet, they may want to keep them from hearing it and hurting their ears. She was just nasty. I called Kent County Sheriff and told them the situation and to have a car come out. We headed to Bryan's and sat and chatted awhile. At 1904, I got a call from dispatch apologizing about being backlogged and if we were still there and still wanted an officer to come out. I said yes. It did take awhile, but finally Kent County Deputy Richardson drove up. I explained what R. Wood had been doing, etc. Wendy joined in our conversation. R. Wood soon came trotting down her hill and the officer told us we best go back inside. He talked with Wood for some time and soon Joe, 7318 Wimpole (house to the north of Ken, 7314 Wimpole) joined the chat. We were over at Bryan's and did not hear what was being discussed. When their 'talk' was done, the officer walked back over to us. He said R. Wood was upset about the 'parking' on the street. Nothing was said to the officer from R. Wood or Joe about the 'view', even though that is what has been yelled about since the beginning of the entire project. Earlier in the day, Joe had stated, loud enough for Wendy to hear as she was walking down the street after parking her car up the hill, 'there's the one that screwed up my 'fucking view'. Apparently, the 'parking' was the thing now!? Deputy Richardson will be sending the report to a Sgt. Matthews (community police liaison?) who in turn will be contacting me and no doubt, R. Wood, to get both sides of the story. She would be more familiar with situations like this according to the KCS Richardson. The report number: 21-139868
*As of this date, March 2022, no follow-up has been made to us by Sgt Matthews.*

**9-8-21** KEITH KUIPER (Project Manager)
Kuiper told us that when he was at the cottage, 'Becky' came rushing over asking him if he was the inspector; he said no but could he help her. She quickly looked down at the label on his shirt and said that was ok. She walked off. Later, Kuiper then talked to Joe – the neighbor (7318 Wimpole Dr.) to the north of Ken VanHoven. A little scuttlebutt was that Joe seemed to think that R. Wood thinks we must have paid someone off or had someone 'in' the township to allow such a project. Kuiper told Joe what we had to go through to get approval and the meetings we were involved in and that R. WOOD WAS THERE AT ALL OF THEM. Joe seemed to understand a bit more. Maybe he (Joe) will now be a little nicer and better understand what we did – half of a second story – to help some in the 'view area'. Kuiper told him we had to go higher since the size didn't allow us to have 2 bedrooms on the main floor (non – conforming lot size) and the second story was the only way. Kuiper said one really can't have a cottage on the lake with ONE BEDROOM!!

**10-10-21** - Jim and Bev [parents/in-laws] followed us out to have their first look at the new house. Of course, when we were up on the deck, R. Wood yelled something about 'fucking up the view'.

**10-24-21** **VANDALISM** –We received a text from Bryan about 1005 today with pictures of a big blue penis/balls and our camera that was painted over. I called KCSheriff at 10:24 and again at 11:43 (Amber – said they had been tied up but were now on the way) since no one had shown up yet. Officer Dale DeKorte responded some time later. He saw the 'painting' and commented how it must have been done by teens and that they were 'not very anatomically correct'. COMPLAINT # 21-149650. We told him about the other complaint (Officer Richardson, # 21-139868, Aug 25, 2021) and the trouble we have had with R. Wood. Naturally, we suspected her right off. We told KCS that we have no proof as the perps also spray painted our camera. He took our info and offered a few tips on camera options. Scott, one house south of R. Wood, came over and we even showed him inside – he liked it and told us he has never really had an issue with R. Wood. Nathan (our son) came out - before deputies arrived. The guy with the peddle bike, JERRY and his dog, Mowgli, stopped by and met Nate – said the 'painting' was terrible. Nice guy and he felt for us. A little

later, Nate got into a verbal exchange with R. Wood's boyfriend, Derek. [Bryan had told us that Derek and his son were on their pontoon late last night (vandalism occurred at 0105 – time camera was painted] Of course, we think it odd – perps knew where camera was, came in from behind and sprayed camera before painting the driveway, etc. Derek and Nate were yelling back and forth about Dereck's son, thinking I was taking pics of him as he was at his car getting ready to head back to Alma college for football. Nate kept telling Derek that he wasn't displaying the best way in how to be a man to his son. Derek threatened to come over and 'bitch slap' Nathan. He was flipping us off and just being a creep. Nate had to leave due to a previous appointment – his plan was to quickly help me pressure wash the driveway/painting and that was it. He, Nathan, did get a chance to chat with Bryan and Scott for a brief moment. We had removed the camera off the shed and W tried cleaning it up. We tried GOOF OFF but it ate through the plastic and ruined the antenna connections. Discovered later that the antenna cannot be replaced. Wendy did a pretty good job at getting most of the paint off. I started the pressure washer and Derek was yelling at me like: he enjoyed watching me clean the 'cock' and for Wendy to open her mouth, etc, etc. Wendy had to go into the house; it was too much. What a jerk! He flipped me off and made comments about my 'bald head' and that he didn't want his son photographed. I told him I hadn't. He wanted to kick my ass and that if we thought 'Becky' was evil, we haven't seen anything – 'we threatened his kid!!!' I asked him if I needed to get my gun and he, pointed to his biceps, said he had his guns right there. He also said he had 2 guns in his car. He kept yelling things so I called KC Sheriff's again at 1342. Officer Ondu? said he would transfer the call. Apparently, Dale DeKorte (KCS) had been chatting with R. Wood at the top of the hill. (She does work at the jail – we believe the Bellamy Creek Correctional Facility in Ionia) KCS was quick to return since they were just up the hill. Officer DeKorte and another Officer Geysen? showed up. Again, I told him what 'Derek' was saying. The officers talked to both R. Wood and Derek. R. Wood said she wanted to file a report against me stating that I threatened Derek with a gun. [Note: I have a concealed carry license and am a NRA and MCRGO Certified Firearms Instructor – my firearm was locked in my truck] She wanted a copy of the report too! She also told the officers to write me a ticket since my truck was 'blocking' the drive..... ?? Deputies were blocking the roadway more than I was at the time.

THE PAINT IS NOT COMING OFF THE CONCRETE EASILY – it started taking the top film off of concrete so I quit. Bryan (neighbor) said he will try some carburetor cleaner on a spot and let us know. Bryan's buddy, Jeff, brought some airplane engine cleaner and some other type cleaner for us to try as well.
As we were gathering equipment to take home, Derek yelled over and said he wanted to apologize. I motioned for him to come down – he did – we shook hands. He said he had been drinking and his jail mentality kicked in and he said many things he shouldn't have. The son thing really had him over the edge. Wendy told him, Derek, that 'Becky' has yelled a lot of derogatory statements and always about 'blocking the f...ng view'. Derek kept saying that 'Becky' was really a nice person. We told him if they have a problem, they need to voice it to the township since they were the approving body.



**11-4-21** LANDSCAPING – CE Hardscapes (Jason and Scott) completed the job today. They spread top soil over both sides of driveway and filled in the ruts on Bryan's side. Jason did hear it again from 'REBECCA' about being on her property. (Over the past couple of days, she had been making comments to Jason regarding her property – if there were any 'property' issues, they were minimal at best.)

**12-24-21** AIRBNB GUEST – At 1859, guest Kristie called Wendy to say the neighbor across the street (later determined it was REBECCA WOOD) was upset because there were cars parked in OUR driveway and 'she might have trouble getting out of her carport'. Kristie told R. Wood – and to Wendy during the phone call – that all of the cars were parked on our property. She also took a picture to prove it. Kristie said that R. Wood was out on her porch in the dark and hollered at her when she was getting packages from the car; and something about she, R. Wood, was 'going to the township'. Wendy told Kristie to ignore her and to NOT ENGAGE – that is just what 'Rebecca' wants.

**1-17-22** COMMENT – Had a representative from MotorCity Floors and Covering checking out our driveway vandalism. As we were talking, 'Rebecca' came out to her truck and laughing, said 'INTEGRITY' with sarcasm. I just chuckled in return and continued talking to the rep.

**2-15-22** AIRBNB COMPLAINT RECV'D – PARKING – NOISE – Wendy recv'd an email from AirBnB about the neighbor's complaint (REBECCA) regarding 'inadequate parking/party'. W responded explaining the birthday party [house had no open windows so noise could not be the issue] and a small truck that was across the end of the drive but maybe was only 'in roadway' by inches, if that. We even chatted with Marcey who said she heard nothing and did not notice any road issues.

**2-18-22** AIRBNB RESPONSE – W got the email response from AirBnB regarding the complaint on 2-15-22 and they said they will not be taking any action at this time. Funny, they did suggest 'talking' to the neighbor – like that's going to happen.

*Note: With the language R. Wood used on more than one occasion, she clearly has been in violation of - Grattan Township 'Disorderly Conduct Ordinance' No. IV, 1973, Section II – a few of the listed acts.*

*Also, on 11-21-2021, R. Wood was burning leaves on the roadside. Had she obtained a permit as required in the 'Open Burning Ordinance, No, 06-01, Subsection 4.2?*

The construction crews often communicated with each other sharing the 'warning' that the 'lady across the street' can get very nasty. The crews were frequently being yelled and cursed at.
R. Wood often positioned her little 'trailer' outside of her carport and as close to the edge of the roadway as possible in hopes, we believe, of causing the crews difficulties in maneuvering their vehicles to and from the site. This could have possibly resulted in the taillight breakage as mentioned in earlier paragraphs.

After the vandalism, we had several residents, walking or driving by, who stopped to say how terrible it was, apologized and said that the neighborhood is not like that. We did meet some very nice folks. One young man just a couple homes to our north (7322 Wimpole) even told us we could park along side his drive if we needed to.

The purpose of this document is not only to rebut R. Wood's short term rental complaints but to reveal her abuse, anger and contempt that our house was built and that we are even there. Hopefully, she will realize the house is there to stay regardless who is living there.

We don't think the AirBnB complaints are really her main concern as, when this passes, she will try to find some other reason and continue her efforts in making the right to enjoy our property as unpleasant and uncomfortable as possible.

The difficulties of this project were expected, in a way, as some of the PC board members mentioned throughout the approval meetings. The township attorney (Bloom) also commented how this non-conforming lot was one of the smallest, if not the smallest, they have encountered in the township.
Gregg Converse did express concerns and contacted us and/or our builders at any time the guidelines were not being met. All involved did the best to complete the project with as little interruption as possible and within directives.

Subscribe

# Grattan Township under investigation, computers seized

Published: Feb. 23, 2009, 6:59 p.m.

By **Matthew S. Russell**

It all comes down to timing and intent in the investigation currently being carried out by Kent County officials involving improprieties allegedly committed by the Grattan Township Board.On Jan. 16, the Kent County Sheriff Department received a complaint through the state Attorney General's Office that the board had violated the Open Meetings Act in October by failing to post notice of an upcoming meeting within 18 hours of its start. The complaint alleges the notice was posted only an hour or so prior to the outset of the meeting.

Discussed at that meeting, held Oct. 27, were problems the township was having with sewage lagoon overflows and the possibility of ending a contract with Sierra Geological and Environmental Consultants of Kent City.

Meeting minutes show that at least one board member faulted the consulting firm for the problems at the lagoon.

According to Sgt. Marc Burns of the Sheriff Department, investigators will be looking at the board members' intent with regard to the late posting of the meeting. If they find the intent was to hold the meeting clandestinely, those responsible could be looking at up to 93 days in jail.

Last week police executed a search warrant at the township offices, confiscating computers there. Now investigators will search through those records in an attempt to determine whether the meeting notice was indeed posted late, and if so, if it was done deliberately.

Advertisement

**From:** Chris Andreski
**Sent:** Wednesday, June 1, 2022 5:20 PM
**To:** Karpinen, Sarah
**Cc:** Biggs, Tracy; McMullen, Catherine; Kerner, Henry; pboulay@osc.gov; lbrown@osc.gov; kbaxter@osc.gov; ecollier@osc.gov; jfigueira@osc.gov
**Subject:** FW: today's call

Ms. Karpinen,

Thank you for speaking with me today. While I do have many concerns about the health and safety of my family and myself, which of course stems from all the attacks that I have disclosed already to OSC and yourself (The Andreski Report). Ms. Karpinen, I appreciate your concerns but I think I will just pray to our higher power, who I call God and see what happens.

Have a good evening.

Respectfully,
Chris Andreski

**From:** Karpinen, Sarah
**Sent:** Wednesday, June 1, 2022 4:43 PM
**To:** Chris Andreski
**Subject:** today's call

Mr. Andreski,

Thank you for taking the time to speak with me this afternoon. During our call, you expressed concern that you may be in danger. I am sorry you are experiencing such a stressful time. Since you asked me who you should contact if you feel you are in danger, I just wanted to reiterate that if that occurs, you should contact your local law enforcement for assistance.

Sincerely,

Sarah Karpinen
Attorney
U.S. Office of Special Counsel, Midwest Field Office
(313) 335-8102

NOTICE: This message and any attachments may contain information that is sensitive, confidential, or legally privileged. If you are not the intended recipient, please immediately notify the sender and delete this email from your system; you should not copy, use, or disclose its contents. Thank you for your cooperation.

CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE
Docket # CH-0752-22-0331-I-1
Petition for Review
Summary Page

**Case Title :** CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE

**Docket Number :** CH-0752-22-0331-I-1

**Pleading Title :** Petition for Review

**Filer's Name :** Scott Graham

**Filer's Pleading Role :** Private Attorney

**Details about the supporting documentation**

N/A

## Table of Contents


| | |
|---|---|
| Pleading Interview | 3 |
| Certificate of Service | 6 |

CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE
Docket # CH-0752-22-0331-I-1
Petition for Review
Online Interview

1. Would you like to enter the text online or upload a file containing the pleading?

Enter Online

---

2. Do you want to enter the text in a free form manner or through a guided interview?

Guided

---

3. Have you been denied any procedures during your appeal to the MSPB to which you believe you were entitled? Examples of procedures include holding a hearing, submitting evidence, and calling witnesses.

Yes

---

4. What procedures were denied and why do you believe you were entitled to them? Did you raise this matter with the judge? Please describe how not having this procedure has harmed you.

Holding a hearing, submitting evidence, and calling witnesses. I was entitled to these procedures because a material issue of fact existed. I did raise this matter with the judge in my papers. I was not able to establish through evidence the factual basis of my claim.

---

5. Do you have any documents or evidence that are important to your appeal that were not filed with the judge before the record closed? If so, you should attach these documents and evidence. (You will be given an opportunity to upload any evidence that you have in electronic form. If you have paper documents you will be given the opportunity to submit them by mail, fax or by personal or commercial delivery)

No

---

6. Did the initial or addendum decision incorrectly decide any important facts or fail to consider any important facts that were presented to the judge?

No

---

7. Did the initial or addendum decision apply the wrong law or apply the law incorrectly?

Yes

---

8. What law should be applied and how? For example, did the decision fail to properly consider a specific law or regulation or another case that has been decided by a court or by the board? Your explanation should refer to a law, regulation or case. Explain how application of the right law should change the result in your case.

The court did not correctly apply the law to the facts.

---

9. Are there other reasons why the initial or addendum decision was wrong?

No

---

10. What action (relief or remedy) do you want the Merit Systems Protection Board to order in this case? Why do you believe that you are entitled to this relief or remedy?

I would like the board to remand this matter with instructions to conduct an evidentiary hearing. I am entitled to this relief because my papers established a basis for such a hearing.

---

11. Does your pleading assert facts that you know from your personal knowledge?

Yes

---

12. Do you declare, under penalty of perjury, that the facts stated in this pleading are true and correct?

Yes

# Certificate Of Service

e-Appeal has handled service of the assembled pleading to MSPB and all of the Parties. Following is the list of the Parties in the case:

| Name & Address | Documents | Method of Service |
|---|---|---|
| MSPB: Office of the Clerk of the Board | Petition for Review | e-Appeal / e-Mail |
| Christopher J. Andreski<br>Appellant | Petition for Review | e-Appeal / e-Mail |
| Simon Caine<br>Agency Representative | Petition for Review | e-Appeal / e-Mail |
| Cedric D. Bullock<br>Agency Representative | Petition for Review | e-Appeal / e-Mail |

**Kent County Sheriff's Office -**
**701 Ball Avenue NE, Grand Rapids, MI 49503**

Incident No: **23-143823**
Status: **Closed**

| | |
|---|---|
| Date Reported: | Tue 08/08/2023 22:00:00 |
| Dispatch Time: | 22:43:00 Arrival Time: 22:43:00 Clear Time: 23:08:00 |
| CFS Number: | KSP-0143823-2023 |
| Officers: | MEYER, WESLEY Detective: |
| Classification: | SUSPICIOUS SITUATION (CARS. PERSONS.PACKAGES. ETC) -- (98007) |
| Area: | GRATTAN TOWNSHIP |
| Location: | 12491 WOODLAND PARK DR NE / / 12400 DRISCOLL ST NE, GRATTAN TWP Section / Nbh: / |
| Description: | SUSPICIOUS SITUATION Entered: CADIMPORT |

**Informational: (98007 SUSPICIOUS SITUATION (CARS. PERSONS.PACKAGES. ETC))**

ANDRESKI, CHRISTOPHER, JOHN
12491 WOODLAND PARK DR NE
BELDING, MI 48809
DOB: 04/23/1984 Age: 39
Phone: (586)321-4113
Ops: A536115429313 / MI
Race: White Sex: Male
Height: 5' 10" Weight: 210 lbs.
Ethnicity: Unknown
Notes: [redacted]

INITIAL INCIDENT INFORMATION: Reporting Officer: MEYER, WESLEY, P

On 8/8/2023 at 2243 hours, I was dispatched to a report of a suspicious situation at 12491 Woodland Park Dr NE. Dispatch advised the caller believed someone was following him and trying to break into his vehicle.

CONTACT:

I made contact with Christopher Andreski via telephone. He informed me he believed he was being followed by a lot of people because he was part of a whistle-blower group that exposed some things the federal government was trying to hide. Christopher stated this has been happening for several months, and he sees cars following him everywhere. He advised he lives in his house with his blinds closed all the time so no one can see into and stalk his house. Christopher advised he has had fake police officers come to his work on several occasions and file false criminal complaints against him. He also stated that he has no idea who is following him but believes it is part of the whistle-blower group he is a part of. He then said he works for the federal government, and believes it could be private detectives the government has hired to stalk him.

Christopher stated the attempted car break-in that he wanted to report happened 6 months ago. He said he ran out onto his front porch with his shotgun and "several" people went running away from his truck. He also advised that he has attorney that he is working with, but stated they can only do so much to stop this problem from continuing. Christopher said he would like to speak to a detective to further investigate this case. I advised Christopher that no detectives are working at this time of night. He insisted he still wanted to speak to one and would be expecting them to reach out to him in the next couple of weeks as he has "tons" of evidence against these unknown stalkers and people hired by the government.

[redacted]

STATUS:

Closed / Informational

BUREAU:

Tot Records

# STATE OF MICHIGAN

# DEPARTMENT OF LICENSING & REGULATORY AFFAIRS

# MICHIGAN ADMINISTRATICE HEARING SYSTEM

# MICHIGAN TAX TRIBUNIAL

Christopher Andreski,

Petitioner,

V

Matthew Frain

Grattan Township,

Respondent.

Michigan Tax Tribunal

MOAHR DocketNo. 23-000694-R

(MOAHR DocketNo. 23-000694-R-TT)

## PROOF OF SERVICE

Christopher Andreski states that on December 8, 2023, he served a copy of evidence by Certified USPS and also email copy of the Christopher Andreski evidence relative to the above-captioned matter upon:

Michigan Tax Tribunal

P.O. Box 30232

Lansing, MI 48909

Michigan Office of Administrative Hearing and Rules

Michigan Tax Tribunal

611 W. Ottawa St.

Lansing, MI 48933

Matthew Frain

Grattan Township

Belding, MI 48809

Mark Hampton

Hampton Tax Law

829 Seymour Ave.

Lansing, MI 48909

Respectfully,

Christopher Andreski

GRATTAN TOWNSHIP 2023 Winter

**MESSAGE TO TAXPAYER**

POSTMARKS NOT ACCEPTED AS DATE OF PAYMENT. Office hours: Mon-Thurs 9:00AM-4:00PM. Drop box is available. To receive receipt, bring entire bill to office or send entire bill with self-addressed stamped envelope by mail. Please do not include sewer payments. Questions - call (616) 691-8450.

Grattan Township will not accept any postdated checks. Any postdated checks received by Grattan Township will be returned to the submitter.

**PAYMENT INFORMATION - This is NOT a Bill**

This tax is due: 02/14/2024
After 02/14/2024 additional interest and fees apply

Pay by mail to:
GRATTAN TOWNSHIP
12050 OLD BELDING RD
BELDING MI 48809

Princ. Residence Exemption Has Reduced Bill By: 3997.74

**PROPERTY INFORMATION**

Property Assessed To:
ANDRESKI CHRISTOPHER
12491 WOODLAND PK DR NE
BELDING, MI 48809

Prop #: 41-12-10-257-028 BELDING AREA SCHOOL
Prop Addr: 12491 WOODLAND PK DR NE School: 34080

Legal Description:
LOTS 3 & 4 * WOODLAND PARK

**TAX DETAIL**

Taxable Value: 222,097 RESIDENTIAL-IMPROV
State Equalized Value: 273,200 Class: 401
P.R.E. %: 100.0000

Mort Code: COREL

Taxes are based upon Taxable Value.
1 mill equals $1.00 per $1000 of Taxable Value.
Amounts with no millage are either Special
Assessments or other charges added to this bill.

| DESCRIPTION | MILLAGE | AMOUNT |
|---|---|---|
| BELDING OPER-NH | 18.00000 | EXEMPT |
| BELDING OTHER-H | 7.00000 | 1,554.67 |
| IONIA ISD | 5.81360 | 1,291.18 |
| KENT JAIL | 0.75460 | 167.59 |
| KENT SENIOR | 0.50000 | 111.04 |
| KENT VETERANS | 0.05000 | 11.10 |
| KENT ZOO/MUSEUM | 0.42060 | 93.41 |
| CHILDHOOD DEV | 0.24090 | 53.50 |
| KENT LIBRARY | 1.10000 | 244.30 |
| GRATTAN TWP | 0.67320 | 149.51 |
| GRATTAN FIRE OP | 0.97910 | 217.45 |
| GRATTAN FIRE EOP | 0.48950 | 108.71 |
| BPI WEED 10 | | 186.00 |
| DELINQUENT CI | | 144.63 |
| DELINQUENT SEWER | | 876.75 |
| Total Tax | 36.02150 | 5,209.84 |
| Administration Fee | | 40.02 |
| **TOTAL AMOUNT DUE** | | 5,249.86 |

**OPERATING FISCAL YEARS**

The taxes on bill will be used for governmental operations for the following fiscal year(s):

| | |
|---|---|
| County: | 10/01/2023 - 09/30/2024 |
| Twn/Cty: | 04/01/2023 - 03/31/2024 |
| School: | 07/01/2023 - 06/30/2024 |
| State: | 10/01/2023 - 09/30/2024 |

Does NOT affect when the tax is due or its amount

Please detach along perforation. Keep the top portion.

Mortgage Co: CORELOGIC TAX SERVICES

**Informational Copy - This is NOT a Bill**

Pay this tax to:
GRATTAN TOWNSHIP

12050 OLD BELDING RD
BELDING MI 48809

PLEASE RETURN THIS PORTION WITH PAYMENT. THANK YOU.

This tax is due: 02/14/2024
After 02/14/2024 additional interest and fees apply

2023 Winter Tax for Prop #: 41-12-10-257-028

TAXPAYER NOTE: Is your mailing address correct? If not, please make corrections below. Thank You.

Property Addr: 12491 WOODLAND PK DR NE

Make Check Payable To: GRATTAN TOWNSHIP

TOTAL AMOUNT DUE: 5,249.86

To: ANDRESKI CHRISTOPHER
12491 WOODLAND PK DR NE
BELDING MI 48809

Amount Remitted: ____________

You have the following rights under Article I, Section 24 of the Michigan Constitution as well as under the Crime Victim's Rights Act.

## YOUR RIGHTS

- The right to be treated with fairness and respect throughout the criminal justice process
- The right to timely disposition of the case following arrest of the accused
- The right to be reasonably protected from the accused throughout the criminal justice process
- The right to notification of court proceedings
- The right to attend trial and all other court proceedings the accused has the right to attend
- The right to confer with the prosecution
- The right to make a statement to the court at sentencing
- The right to restitution
- The right to information about the conviction, sentence, imprisonment, and release of the accused

## FREQUENTLY ASKED QUESTIONS

**Why am I receiving a subpoena?**
The law requires live testimony in criminal cases.

**Why was this case rescheduled?**
Cases are rescheduled for many reasons. Witnesses or attorneys may be unavailable. Multiple trials are set each day and the court decides the scheduling priority of each case.

**What is Crime Victim Compensation?**
Victims who were injured or lost earnings or support because of the crime may be qualified for reimbursement in addition to court-ordered restitution.

**What is an impact statement?**
A written or verbal statement letting the court know your feelings about the crime and how it has affected your life.

**What happens if I don't return my impact statement?**
Your views on the case may not be known and restitution may not be ordered on your behalf.

For more information please visit our offices, or our website:
http://www.accesskent.com/CourtsAndLawEnforcement/ProsecutorsOffice/

COUNTY KENT MICHIGAN

Crime and its aftermath can have seriou consequences for you, your family and o community. Without your help an cooperation, however, the criminal justic system cannot successfully prosecute thos individuals who have obviously demonstrate that they have no regard for your safety o property.

This brochure is meant to provide you wit basic information about the court system an to assist you in understanding the variou steps of the criminal case in which you are involved.

In an effort to support you and your family during this difficult process, the county has created the Victim/Witness Unit. Its staff is available to answer your questions and to help in any way possible. I would encourage you to contact the office either by phone at (616) 632-5400 or in person. The office is located in Suite 5400 on the 5th floor of the Kent County Courthouse.

Sincerely,

Christopher Becker
Prosecuting Attorney

## HOW YOU CAN HELP

- Keep our office up to date with your current address, phone number(s), and/or e-mail address
- Attend court hearings
- Provide documentation to verify your losses
- Fill out and return the Victim Impact Statement

## VICTIM ASSISTANCE

The Victim/Witness staff is here to assist by providing the following services:

- Information about the court process and case progress
- Information and assistance in applying for Michigan Crime Victim Services Commission Funds
- Referrals to community agencies which may provide counseling and other services
- Accompany the victim to court

[illegible]

## IMPORTANT PHONE NUMBERS AND ADDRESSES

**KENT COUNTY CORRECTIONAL FACILITY**
Sheriff Lawrence A. Stelma
703 Ball NE
Grand Rapids MI 49503
(616) 632-6300

**DEPARTMENT OF CORRECTIONS**
**STATE OF MICHIGAN**
PO Box 30003
Grandview Plaza Building
Lansing MI 48909
(517) 373-4467
Toll Free: 1-877-886-5401

**CRIME VICTIMS SERVICES COMMISSION**
Lewis Cass Building
320 S. Walnut St.
Lansing MI 48933
(517) 373-7373
Toll Free: 1-877-251-7373

**MICHIGAN CRIME VICTIM NOTIFICATION NETWORK**
(800) 770-7657

# Kent County Prosecutor's Office

## Victim Witness Unit

## CHRISTOPHER BECKER
## PROSECUTOR

**KENT COUNTY**
**VICTIM WITNESS UNIT**

180 Ottawa – Suite 5400
Grand Rapids, MI 49503
(616) 632-5400
Fax: (616) 632-5389
Toll Free: (877) 451-8115
TDD: (616) 632-5404

**From:** Chris Andreski
**Sent:** Friday, September 22, 2023 6:26 PM
To: Bear, Josiah; Johnson, Joel
**Cc:** Scott Graham
**Subject:** RE: Two Package sent to my home (Boxes) Appears to have been Tampered with, Opened and Resealed.

Dear Congressman John R. Moolenaar and Josiah Bear,

It appears that the two packages that you (Josiah Bear) and Congressman John Moolenaar and staff sent to my home have been tampered with, opened and resealed. As you can see in the two pictures that I have provided you (Josiah Bear) and Congressman John Moolenaar and staff in this email below the two boxes have been opened and resealed. I have not opened the two packages that were delevered, as I assume that two package you (Josiah Bear) and Congressman John Moolenaar and staff sent to my home have detailed persoanl infromation regarding my disclosures and my personal supporting medical evidence/information of my injuries that occurred working for the U.S. Marshal Service (USMS), which I shared with you (Josiah Bear) and Congressman John Moolenaar and his staff.

Addtionaly, the information I provided you (Josiah Bear) and Congressman John Moolenaar and staff, was me respectfully requesting HELP from the attacks/retaialtion that I have endured and even people in my family have endured, due to my Whiselblower disclosures. I was also respectfully requesting HELP and assistance regarding reenburshment in my medical bills that I had to paid for, I also need additional PRP/Stemcell procedures done to my DOL/OWCP injuried left shoulder accepted case, that I do not have the funds or resources to pay for. I have already provided you (Josiah Bear) and Congressman John Moolenaar and his staff, with most of my personal/medical supporting evidence that pertains to my work injury's and that have been accepted, pending for years or denied from DOL/OWCP. I also wanted to let you know that I am a protected DOJ Federal Law Enforcement Officer who is protected under 6C Federal LEO Enhanced Special FERS Provisions. The 6C Federal LEO Enhanced Special FERS Provisions that I am protected under which also pertains to my position/job title as an (1811) Criminal Investigator Deputy U.S. Marshal. While sharing with you (Josiah Bear) and Congressman John Moolenaar and staff the impairment ratings regarding the injuries that occurred in the line of duty, while working for the U.S. Marhsal Service (USMS), as I have hurled and managed to overcome most of my impairment disability that I have endured while working for the USMS, I would respectfully ask HELP and assistants in my recovery.

While the U.S. Marshal Service (USMS) seperated me from service, I was forced to apply for OPM Federal Disability FERS Retirement under the 6C Special FERS Enhance Provisions that pertains to my job title is a (1811) Criminal Investigator Deputy U.S. Marshal. Unfortenaly, during my process in applying for OPM Federal Disability Retirerment under the 6c Special FERS Enhanced Provisions as a (1811) Criminal Investigator Deputy U.S. Marshal, my agency the U.S. Marshal Service (USMS) has not responded to OPM email or requests regarding my OPM Federal Disability Retirerment under the 6c Special FERS Enhanced Provisions application. Furthermore, I have forwarded OPM's email to you (Josiah Bear) and Congressman John Moolenaar and staff on **09-07-2023**, regarding my OPM Federal Disability FERS Retirerment application under the 6C Special Enhance Provisions in my job title is a **(1811)** Criminal Investigator Deputy U.S. Marshal.

In my opinion Josiah Bear, Congressman John Moolenaar and staff, the individuals who have attacked me in the past and currently to this day, I would not wish this upon anyone, as every american should feel free and protected under the U.S Consituation that our Founding Fathers created. Additionally, I take take pride in our country as I do believe in our Justicer system that we live and stay by day in and day out Josiah Bear, Congressman John Moolenaar and staff. In my opinion Josiah Bear, Congressman John Moolenaar and staff, no person should ever be discrimatied against anyone regarding there Age, Disability, Equal Pay/Compension, Gentic Information, Harrasment, National Origin, Pregnancy, Race/Color, Religion, Retailation, Sex, Sexual Harassment and Sexual Orientation and Gender Identity have to endure having indivuals interferre, impeded and influnced others to cause harm or disstress to any injuried Federal Government employee (DOJ) or anyone else who is receiving treatment/rehab and trying to recover from a injury should never fear of being harmed or having individuals destress there life.

Lastly, I have also attacked Congressman John R. Moolenaar regarding the **August 2, 2023**, letter that was sent to me regarding Congressman John R. Moolenaar assistants by looking into the issuse's regarding my **(Christopher J. Andreski)** Federal Benefits, as I would truly appreciate you Congressman John R. Moolenaar helping me during this difficult time. I have attached the three (3) separate privacy release forms to this email which I have signed and dated to Congressman John Moolenaar and his staff Josiah Bear.

Again, any help would be greatly appreciated.

Thank you.

Respectfully,
Christopher Andreski
(586) 321-4113


"Alexa, add gift wrap to my list.



**From:** Bear, Josiah
**Sent:** Friday, September 22, 2023 2:25 PM

**To:** Johnson, Joel
**Cc:** andreskichris@outlook.com
**Subject:** Re: Boxes

Just saw he was copied - apologies. They are from the office, Mr. Andreski.

All the best,

**Mr. Josiah Bear**
Deputy District Director
**Congressman John Moolenaar (MI-02)**
8980 North Rodgers Court - Suite H
Caledonia, MI 49316
Office Phone: 616-528-7100
Cell Phone: 989-264-4193
Fax: 202-225-9679
Josiah.Bear@mail.house.gov
https://moolenaar.house.gov

On Sep 22, 2023, at 2:09 PM, Johnson, Joel <Joel.Johnson@mail.house.gov> wrote:

Josiah,

Mr. Chirstopher Andreski called the Clare District Office this afternoon. When you return to the office, he would like you to call him. He received a delivery of some boxes that look like they may have been opened and sealed back up. He wants to confirm if they came from our office before opening them.

Joel Johnson
Constituent Representative
Congressman John Moolenaar (MI-02)
431 North McEwan Street
Clare, MI 48617
989-802-6040

**From:** Chris Andreski
**Sent:** Friday, September 29, 2023 12:24 PM
**To:** Monica.janiskee@kentcountymi.gov
**Subject:** FW: 08-10-2023 - Follow up email with 2- Attachments of Documents and 1 - Recording Attachment

Good Afternoon,

I apologize for emailing you here today, but I feel I have no other choice. If I could have the opportunity to meet with you in or someone from your office to explain and show evidence regarding all the attacks over the past 5 years, I would truly appreciate your time or any help your office could provide me. I would also respectfully request any information that I provide is strictly for the District Attorney Office in Kent County, MI to handle, as I suspect that there are several individuals in Kent County, MI running political interference. The political interference I suspect is due to the fact now, I have the evidence of several individuals who have conspired to try to destroy my life. These attacks have impact my life but also has impacted people in my family and people in my personal life as well, as I allege this is a Hate Crime.

Thank you for your time.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Friday, September 29, 2023 11:45 AM
**To:** dustin.cook@kentcountymi.gov
**Subject:** 08-10-2023 - Follow up email with 2- Attachments of Documents and 1 - Recording Attachment

**09/29/2023**

Dear Kent County Sheriff Detective Dustin Cook,

This is a follow up email regarding the questions you asked me "victim" on 08-10-2023. As I "victim" was seeking help from my local law enforcement authorities which is in this case is the Kent County Sherriff Department. During our discussion on 08-10-2023, I tried to explain these unlawful acts and crimes that I allege my family and I still are still experiencing "five years". While most of these attacks/hate crimes I alleged have been targeted towards me. My family, friends and I are concerned regarding the unknown individuals following me, unknown creeping vehicles driving past my home, unknown drones stalking my home and during my travels which makes it difficult driving at times. Having these unknown drones surrounding my home most nights does make a person feel uncomfortable and has caused even more harm to me and to people I care about. I have evidence of these unknown drones trying to invade my family privacy and my privacy in my home "curtilage" which is a fourth amendment violation. My

evidence of photos, voice recordings, video surveillance, witnesses, police reports, conspiring emails between two or more indivuals, factual supporting documentation that tells a story regarding my allegations of the conspiring attacks and hate crimes to myself and victimizing my family that I will not share with you. The evidence regarding the scenarios of two or more individuals conspiring together by making false statements, that I alleged was intended to cause harm to my professional career but also attacked me in my personal life as well. Again, these attacks have caused harm to myself but also emotional distress to my family.

These individuals who have attacked me in my work life either by defamation of character, stalking/harassment, making false statements, withholding my personal property and interfering in my personal life has impacted my family and me in ways one cannot imagine. If that was not enough, I have evidence of individuals interfering in my personal medical which has cause harm to me "victim" and to my professional career. Furthermore, the individual who appeared to be acting like police officer "Detective" showed up to my workplace of employment and provided my employer "former manager" a false/fabricated prosecution package that consisted of many untrue statements and lies. I would hope the Kent County Sheriff's Department would take it seriously if anyone who appears to be acting like a law enforcement officer by causing harm and interfering in a person's employment seriously. Detective Cook, these acts were not only unlawful but unjust, as this traumatic experience has not only impacted me but has also impacted people in my family.

The Individuals who have conspired to cause great harm to me, has finically, physically, and even emotionally done so. Also, the individuals also attacked me I alleged to be aggressive stalking, harassment, intent to malicious (medical) cause harm to a person "Federal Officer", embezzlement, individuals who threatened to cause harm to me, unethical privacy disclosure, swindling, defamation of character which has caused great destress to my family's and my life. I hope and pray that no person or law enforcement officer ever experiences these unlawful / awful acts, that I have experienced here in Kent County, MI. Now, when a victim attempts to notify their local law enforcement agency "Kent County Sheriff's Department" as the victim of a crimes that has occurred the Kent County, MI, it was my impression that the victim of a crime should feel some type of relief after meeting with local law enforcement. Unfortenaly I the "victim" cannot say I feel any relief, as the attacks continued happening even after leaving the Kent County Sheriff's Department the next day on 08-11-2023. I have a better understanding now, why people now hesitate to notify or go to their local law enforcement authorities when reporting a crime or even seeking help as a victim of a crime (Hate Crime).

What baffles me Detective Cook is when I "victim" tried to be forthcoming with you, by providing you with five documents of supporting evidence on 08-10-2023, regarding the attacks and hate crimes my family and I have endured over the years. I was confused why you refused to take the five documents of supporting evidence that I alleged, as I found this to be odd. The five documents would have shown you the basic element of crime and proof of guilt of mens rea. These five documents in my opinion would have shown all three levels of mens rea (General Intent, Specific Intent, Criminal Negligence), as one basic element of crime is only required. Again, in my opinion I believe the preponderance of evidence would focus on the specific intent, as the specific intent would focus on the malice (**Definition - desire to cause pain, injury, or distress to another**), knowledge, willfulness, or fraud regarding the circumstantial evidence. Furthermore, I have attached in this email the five documents you refuse to take from me on 08-10-2023, I also have provided you with two additional Kent County Sheriff's Department reports from 2019 and one 2019 Kent County Sheriff's Department dispatch recording.

While I provided you with an emergency contact number, who is my father in case someone decides to try to cause harm to me. I then requested that you (Kent County Detective Dustin Cook) not contact anyone from my employer, due to certain individuals being involved in interfering in my personal life (outside of work) along with making threats against me in the past. Now, ironically enough the next day on 08-11-2023, after I met with you (Detective Dustin Cook on 08-10-2023), I found it odd that my father received a text message regarding an employee from my employer who called my father's home inquiring about their concerns about me on 08-11-2023. If that is not troubling enough, I find it troubling when I have local neighbors tell me "They are head hunting you, as in me" or another neighbor stated to me "They are never going to stop leaving you alone, as in me." I understand this might not mean anything to you, but I wanted you to know that I do not stand for any type of corruption. However, I do believe in our in our Justice System.

In Michigan hate crimes are defined as criminal offenses that are motivated by bias or hatred- (extreme dislike or disgust) against another individual race, religion, sexual orientation, gender identity, national origin, age, or disability. Michigan Penal Code also includes aggravated assault and aggravated stalking as categories of hate crimes. When a person or persons decide to commit a crime or crimes together most of the time the person/persons do not intend to get caught, as I am sure you are aware.

[redacted]

Thank you for your service and remember please stay safe.

Respectfully,
Christopher Andreski
[redacted]

80

+1 (833) 322-0916

Fri, Apr 12 at 2:46 PM

Your Care Provider: Chris has an appointment on Apr. 26 at 3:30 PM at Age Management of West Michigan PC @ 1959 E Paris Ave SE Grand Rapids. View upcoming appointments at corewellhealth.org/mc. Thank you To cancel your appointment, text 3. To stop texts, text END.

Fri, Apr 19 at 3:02 PM

Your Care Provider: Chris has an appointment on Apr. 26 at 3:30 PM at Age Management of West Michigan PC @ 1959 E Paris Ave SE, Grand Rapids. View upcoming appointments at corewellhealth.org/mc.
To confirm, text 1. To cancel, text 3. To stop texts, text END.

Wednesday 5:33 PM

Your Care Provider: Chris has an appointment on Apr. 26 at 3:30 PM at Age Management of West Michigan PC @ 1959 E Paris Ave SE, Grand Rapids. View upcoming appointments at

Text Message

**From:** Chris Andreski
**Sent:** Wednesday, May 8, 2024 8:05 PM
**To:** Donna Russo
**Cc:** Qwandra Malone
**Subject:** FW: 12-26-2024 - Medical Interference and Update - (Willingly, Knowingly, and Wantonly)

**From:** Chris Andreski
**Sent:** Sunday, April 28, 2024 9:52:52 PM
**To:** Scott Graham <sgraham@scottgrahampllc.com>
**Cc:** Elizabeth Smeal <esmeal@scottgrahampllc.com>; Donna Russo <DRusso@AIPLLC.ORG>
**Subject:** 12-26-2024 - Medical Interference and Update - (Willingly, Knowingly, and Wantonly)

Attorney Counsel Scott Graham,

On **12-26-2024**, I (Christopher Andreski) went to Dr. Piyush Bhatnagar, MD, office to switch Christopher Andreski primary doctor from Dr. John Millet that I have not seen sense November of 2022, to Dr. Piyush Bhatnagar, MD. Furthermore, I (Christopher Andreski) went to Dr. Piyush Bhatnagar, MD office also to get medical help with my USMS injuries. My (Christopher Andreski) injuries pertaining to the pulling sensation and swallowing issues that is affecting my left side of my thoart, which appears to stem from the illegal removal of Christopher Andreski left clavicial bone on 02-10-2021 and my (Christopher Andreski) denied USMS Asbestos DOL/OWCP appeal claim. I (Christopher Andreski) also am having issues with my USMS injury left shoulder and my left neck USMS injury, while my neck is starting to curve to the left of my spine at this time. My (Christopher Andreski) left knee USMS injury Master DOL/OWCP case, which is affecting my (Christopher Andreski) left foot, that has limited me to power walking at this time.

I (Christopher Andreski) then explained several of the medical USMS injuries issues that I (Christopher Andreski) am having issues with to Dr. Piyush Bhatnagar, MD. I (Christopher Andreski) then explained to Dr. Piyush Bhatnagar, MD, when I transferred to Grand Rapids, MI, Dr. John Millet was the first doctor I seen if I came down with a cold or something. In fact, the last time I saw Dr. John Millet, regarding that my USMS injury left shoulder surgery, (Dr. James Lebolt illegally removed a piece of Christopher Andreski left clavicial bone). Dr. John Millet, he told me (Christopher Andreski) by stating, "I'm not saying it, but other doctors are talking about it, but I'm not saying it". I (Christopher Andreski) then responded to Dr. John Millet "Malpractice"? Dr. John Millet would not answer my question but, gave me (Christopher Andreski) that look like someone did something wrong, during Christopher Andreski USMS injury left shoulder surgery on 02-10-2021. Then Dr. Piyush Bhatnagar, MD told me (Christopher Andreski) that he wanted to have "Psych Study Exam" done to Christopher Andreski with Dr. Piyush Bhatnagar, MD medical specialist, that Dr. Bhatnagar, MD called on his

cell phone when I (Christopher Andreski) was in Dr. Piyush Bhatnagar, MD patient room on 04-26-2024. Dr. Piyush Bhatnagar, MD then stated to Christopher Andreski that if everything went well with the "Psych Study Exam" then Dr. Bhatnagar, MD could take over for Dr. John Millet. Dr. Piyush Bhatnagar, MD also told Christopher Andreski that Dr. Bhatnagar, MD was friends with Dr. John Millet.

Dr. Piyush Bhatnagar, MD then had a "Psych Study Exam" scheduled for Christopher Andreski on 04-29-2024, at 12:00 PM. Christopher Andreski does not feel confirmable disclosing his PII Sensitive Information with "Psych Study Exam" Dr. Bhatnagar, MD medical specialist, due to all the medical interference and illegal attacks Christopher Andreski has endured. In fact, Dr. Piyush Bhatnagar, Dr. James Lebolt and Dr. John Millet, all know each other and work in the same medical network (EPIC) used to fall under the Spectrum Health Care Umbrella but has been changed to Cornell Heath Care. Furthermore, due to all the illegal medical interference and illegal medical impeding in Christopher Andreski USMS injury medical DOL/OWCP cases, that Christopher Andreski described to Dr. Piyush Bhatnagar, Christopher Andreski took the liberty and prepared a three-page medical letter/questioner, that Christopher Andreski had notarized while hand delivering to Dr. Piyush Bhatnagar on 04-26-2024.

In Christopher Andreski notarized three-page medical letter/questioner, describes some of the most recent concerning attacks to Christopher Andreski, friends, and family life and health and well-being. Additionally, Christopher Andreski respectfully requested Dr. Piyush Bhatnagar to answer seven (7) medical questions in Christopher Andreski notarized three-page medical letter/questioner. Christopher Andreski wanted Attorney Counsel Scott Graham to know, when Dr. Piyush Bhatnagar took Christopher Andreski notarized three-page medical letter/questioner from him on 04-26-2024, Dr. Piyush Bhatnagar tried to get Christopher Andreski notarized three-page medical letter/questioner back to Christopher Andreski several times, at which time Christopher Andreski respectfully insisted that Dr. Piyush Bhatnagar keep Christopher Andreski notarized three-page medical letter/questioner. Christopher Andreski wanted to give Dr. Piyush Bhatnagar a reasonable amount of time, so Dr. Piyush Bhatnagar could read, review and answer Christopher Andreski concerning medical questions to Dr. Piyush Bhatnagar. It is concerning to Christopher Andreski that Dr. Piyush Bhatnagar, did not want to help or give guideness on 04-26-2024, regarding Christopher Andreski USMS work injuries. In fact, it is also concerning to Christopher Andreski and his family, regarding how Dr. Piyush Bhatnagar stated to Christopher Andreski that his medical appointment with Dr. Piyush Bhatnagar on 04-26-2024 at 3:30 PM, never happened.

The prior and recent medical impeding and medical interference that has occurred in Christopher Andreski prior medical care and medical treatment that involves muitlible parties. Christopher Andreski supporting evidence, along with a **(165-page)** timeline of the illegal conspiring attacks, will prove the illegal, bad faith acts and negligent conduct on how the conspiring parties **willingly, knowingly, and wantonly agreed** to cause Christopher Andreski distress, financial impact, and harm to Christopher Andreski life and health and well-being. These conspiring attacks also have impacted Christopher Andreski' s family and friends. Unfortionally, Christopher Andreski will not being going to give Dr. Piyush Bhatnagar "Psych

Study Exam" on 04-29-2024 or any other medical exam, but encourages Dr. Piyush Bhatnagar to respond to Christopher Andreski notarized three-page medical letter/questioner. Christopher Andreski does have a medical appointment with Dr. Robert Piccinini in May, 2024.

Lastly, Criminals will do anything to coverup criminal activity and/or swindle (Felony) other parties to act in bad faith or sway/influence ones decesion. The reason these criminals try to coverup their criminal conspires activity they have committed, is so the criminals would not impacted, caught and prosecuted for the crimes they have committed together. As a side note; Club Fed does not discriminate against Medical Doctors or there medical staff.

Attachment:

1. Screenshot of text messages of Christopher Andreski medical appointment with Dr. Piyush Bhatnagar on 04-26-2024, at 3:30 pm. FYI: Unknown individuals are spoofing Christopher Andreski phone calls, illegally hacking into Christopher Andreski email, phone and internet.

2. Christopher Andreski three-page medical letter/questioner to Dr. Piyush Bhatnagar.

3. Christopher Andreski one-page medical proof of service letter to Dr. Piyush Bhatnagar.

4. Three pages of Dr. John Millet medical reviews.

5. Bruce Nierzwick three-page **Affidavit** from the incident at the Southfield, MI library on **03-18-2024**.

6. 03-31-2021 – Christopher Andreski USMS medical status form.

7. 02-23-2024 (3:46 pm) – DOL/OWCP ECOMP email, **Attorney Stephanie Leet** has **withdrawn representation** of Christopher Andreski USMS Injury PTSD DOL/OWCP Case# 550113498.

8. 02-23-2024 (3:47 pm) – DOL/OWCP ECOMP email, **Attorney Stephanie Leet** has **withdrawn representation** of Christopher Andreski USMS Injury Left Shoulder DOL/OWCP Case# 094006074.

9. 04-16-2024 – Attorney Patrick Mcqueeney email to Christopher Andreski, appears trying to not to be accountable and trying to destroy Christopher Andreski Ottawa County Case evidence. FYI: It would appear someone (Unknown Attackers) has swindled Attorney Patrick Mcqueeney, based on ANDRESKI Report Binder# 2 and the most recent supporting evidence Christopher Andreski.

10. 12-29-2020 - Christopher Andreski screen shot text message from Attorney Josh Kuiper Ottawa County, MI case. – FYI: Interference from former USMS employee Bruce Nordin.

# PROOF OF SERVICE

**04-26-2024**

**Dr. Piyush Bhatnagar, MD**

**Christopher Andreski Three-Page Medical Letter**

04-26-2024

NATHANIEL MILLER
Notary Public - State of Michigan
County of Ionia
My Commission Expires Oct. 15, 2029
Acting in the County of Kent

4-26-2024

**Christopher Andreski**

**DOB:** [redacted]

**SSN:** [redacted]

**MEDICAL**

NATHANIEL MILLER
Notary Public - State of Michigan
County of Ionia
My Commission Expires Oct 15, 2029
Acting in the County of Kent

04-26-2024

**04-26-2024**



Dr. Piyush Bhatnagar, MD,

Christopher Andreski is respectfully requesting you (Dr. Piyush Bhatnagar, MD), to answer the following question below, due to the prior and ongoing attacks to Christopher Andreski and his life. While Christopher Andreski Personal Identifier Information (PII) Sensitive Information Medical Information has been stolen and it appears someone is utilizing the USPS mailing services, while Christopher Andreski has reported several USPS complaints to the appropriated law enforcement agencies. Furthermore, these unknown individuals who are attacking Christopher Andreski, have shootout Christopher Andreski rear panel vehicle window on 12-18-2023. On 03-15-2024, Christoper Andreski vehicle tire was slashed on the sidewall of the tire. It appears this is retaliation from Christopher Andreski Whistleblowing Complaints, as these unknown individuals who are willingly, knowingly, and wantonly attacking and terrorizing Christopher Andreski life and health, which also has impacted Christopher Andreski's friends and family members. On 03-18-2023, Christopher Andreski also has a police report and a witness affidavit from the unknown individuals who are willingly, knowingly, and wantonly attacking and terrorizing Christopher Andreski life and health. Lastly, Christopher Andreski has confirmation that he is on some type of Medical Blacklist, which was confirmed by an out-of-state Medical Doctor, MD. This Blacklist is regarding Christopher Andreski not being able to receive the proper medical care and medical treatment that pertain to Christopher Andreski USMS work injuries DOL/OWCP medical cases (FECA).

**Question# 1:** Does Dr. Piyush Bhatnagar, MD have any knowledge of the following: Third-Party, Insurance Company, State of Michigan Agency, State of Michigan Contractor, Government Agency, Government Contractor, Contractor, U.S. Department of Labor, Attorney or Law Enforcement Agency that has inquired about Christopher Andreski "Personal Identifier Information (PII) Sensitive Information"?

**Question# 1 - Yes or No – If yes, Who?**

**Christopher Andreski**

**DOB:**[redacted]

**SSN:**[redacted]

**MEDICAL**

**Medical Question# 2:** Does Dr. Piyush Bhatnagar, MD have any knowledge of any of the following: Third-Party, Insurance Company, State of Michigan Agency, State of Michigan Contractor, Government Agency, Government Contractor, Contractor, U.S. Department of Labor, Attorney or Law Enforcement Agency, that has inquired about Christopher Andreski "Medical Treatment, Medical History, Medical Care Doctor Provider / Medical Care Doctor Providers"?

**Medical Question# 2 - Yes or No – If yes, Who?**

**Medical Question# 3:** Does Dr. Piyush Bhatnagar, MD have any knowledge of Christopher Andreski "Medical Records" being released to any of the following: Third-Party, Insurance Company, State of Michigan Agency, State of Michigan Contractor, Government Agency, Government Contractor, Contractor, U.S. Department of Labor, Attorney or to any Law Enforcement Agency?

**Question# 3 - Yes or No – If yes, Who?**

**Question# 4:** Does Dr. Piyush Bhatnagar, MD have knowledge or evidence **(emails, calls/text, letters, medical communicating messaging system)** of any Medical Interference and/or Medical Impeding that has or is occurring in Christopher Andreski medical records, medical care, or medical treatment?

**Question# 4 - Yes or No – If yes, Who and please explain?**

**Christopher Andreski**

**DOB**[redacted]

**SSN**[redacted]

**MEDICAL**

**Question# 5:** Does Dr. Piyush Bhatnagar, MD have any knowledge or evidence **(Example: Emails, Calls/Text Messages, Letters, Medical Communicating Messaging System)**, regarding to any Medical Contractor, Medical Staff or Medical Doctor that obtained or trying to obtain any of Christopher Andreski medical status information, medical records information, or Christopher Andreski Personal Identifier Information (PII) Sensitive Information?

**Question# 5 - Yes or No – If yes, Who?**

**Question# 6:** Does Dr. Piyush Bhatnagar, MD have knowledge or any evidence of anyone, that tried or who is trying to influence/swindle any medical matter decision that pertains to Christopher Andreski and his health and well-being?

**Question# 6 - Yes or No – If yes, Who?**

**Question# 7:** Does Dr. Piyush Bhatnagar, MD have knowledge or any evidence of Christopher Andreski being on a Blacklist or a Negative List to not provide the proper medical care/treatment?

**Question# 7 - Yes or No – If yes, please explain?**

**From:** Chris Andreski
**Sent:** Thursday, May 9, 2024 1:19 PM
**To:** Donna Russo
**Subject:** FW: Medical Fraud - 04-29-2024 - Christopher Andreski Phone Conversation. No Medical Appointment was ever scheduled at noon, today.

Please make sure Dr. Robert Piccinni receives this.

Thank you.

**From:** Chris Andreski
**Sent:** Monday, April 29, 2024 11:46:22 AM
**To:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** Medical Fraud - 04-29-2024 - Christopher Andreski Phone Conversation. No Medical Appointment was ever scheduled at noon, today.

Medical Fraud - West Michigan Family Medicine – (616) 808-2695. The involved parties, State of Michigan, DOL/OWCP, USPS, Unknown Third-Party, Dr. James Lebolt and/or Dr. Lebolts staff, Dr. John Millet and Dr. Piyush Bhatnagar, MD.

X

Learn more about medical license public record check

## Dr. Millett's Reviews - OlD Doctor

Likelihood to recommend Dr. Millett

**3.4** 20 ratings, 3 with a written review

| | |
|---|---|
| 5 Star | 50% |
| 4 Star | 10% |
| 3 Star | 0% |
| 2 Star | 5% |
| 1 Star | 35% |

healthgrades

Leave a review

How likely are you to recommend Dr. Millett?

Select Rating

**What went well**

Appointment scheduling (12)

Explained conditions well (11)

Listened & answered questions (11)

+4 More

**What could be improved**

Didn't listen or answer questions (7)

Appointment was rushed (6)

Didn't trust the provider's decisions (6)

+5 More

Overview Experience Ratings 20 About Me Insurance Locations H

X

Recent Highest Lowest Most Helpful

↪ Reply Flag

I was not happy with this doctor. I have been on the same meds for 10 plus years that work for me. From the first visit his goal was to ignore my past medical history and make me come for office visits every month before he would fill my scripts. These meds by the way are medications that most other doctors offers 3 refills at a time. he would not. It is my opinion that this doctor make a habit of collecting as much money as he can from you rather than focus on your health.

**What went well**

- Wait times

**What could be improved**

- Difficult to schedule appointment
- Didn't listen or answer questions
- Didn't trust the provider's decisions

Fewer Details

6 people found this helpful

Helpful

Comstock Park, MI – Feb 27, 2017

↪ Reply Flag

Very, hands-off approach to care. Doesn't listen to patients needs. Continually pushing medications that you are opposed to all the while "holding your current prescriptions as hostage", insisting on monthly visits where the cycle repeats. Very disappointing to know that you aren't being listed to. In fact, I was actually told in order to create a smooth handover from one physician (I recently moved to the state) to another physician without "bumps". I needed to "play the game". "Feed to the ego

**What went well**

**What could be improved**

- Didn't listen or answer questions

- Long wait times

Fewer Details

2 people found this helpful

Helpful Comstock Park, Mo – Jan 03, 2017

Reply Flag

Dr. Millett is great, but the staff at West Michigan Family Medicine leaves A LOT to be desired. The phone hours are inconvenient, the staff, particularly Jack, are especially rude when trying to schedule or requesting a prescription refill. After you get past the staff and actually into the...

More Details

3 people found this helpful

Helpful Grand Rapids, MI – Jul 18, 2016

## Leave a review

How was your experience with Dr. Millett?

Continue

## Know Before You Go

Expand your knowledge with related news and articles.

### Do's and Don'ts of Diabetes

**From:** Chris Andreski
**Sent:** Wednesday, March 13, 2024 10:47 AM
**To:** Scott Graham; Neil Gavin; neil.gavin@ic.fbi.gov
**Cc:** Neil Gavin; antitrust.leniency@usdoj.gov; Criminal.Division@usdoj.gov; VictimsRights@fbi.gov; USAMIE-Civil Rights (USAMIE); antitrust.leniency@usdoj.gov; eousa.victimombudsman@usdoj.gov; antitrust.ATR@usdoj.gov; Cheyvoryea.Gibson@ic.fbi.gov; USAMIW-CIVILRIGHTS; FCS.CRT@USDOJ.GOV; USAMIW-CIVILRIGHTS; USAMIE-Civil Rights (USAMIE); Criminal.Division@usdoj.gov; Cheyvoryea.Gibson@ic.fbi.gov; antitrust.ATR@usdoj.gov; VictimsRights@fbi.gov
**Subject:** USPS Mail Fraud and Identity Theft - ANDRESKI REPORT Binder# 20 (Part#1). (BLACKLISTED)

Attorney Graham / FBI Agent Gavin,

I have around ten (10) more USPS LEO Inspector Identity Theft and USPS missing mail complaints to complete, regarding my concerns of my personal PII Sensitive Information. The unknown individuals that are attacking me, are also spoofing, and intercepting my personal mobile phone conversations calls and emails communications. Additionally, these unknown individuals appear to be impleading and interfering in my personal WIFI internet. While these unknown individuals know exactly what they are doing, as these unknown individuals are trying to prevent me from using my personal WIFI internet browser and at times are preventing me from sending/receiving emails to Government LEO Agencies. Furthermore, when I am using Microsoft Word on my personal computer, I must disconnect from my personal WIFI internet and put my computer into "Airplane Mode" because it appears that these unknown individuals that are hacking into my computer are able to bring up errors that shutdown my personal computer at times.

While I cannot report to Kent County Sheriff's Department, as it appears there is political corruption and personal relationships that has been going on for some time in the Kent County Sheriff's Department. In my previous emails, I have also included attachments that pertained to supporting evidence which idenifity the pattern of political corruption that involve State employees, Kent County Sheriff's Department (turning blind eye), Kent County employees, and the Rural Local Grattan Township employees that have targeted me over the past five years (Hate Crime). As a side note to the FBI, when I worked in Washington D.C. I handled special individuals that were arrested by law enforcement for falsifying in the District of Columbia that they were either a FBI Agent or a Special LEO Agent, while these individuals were not FBI Agents or LEO Special Agents, they were arrested, arrained and held without bond and remained into USMS custody.

Permeatitated to the illegal removal piece of my Left Clavicle Bone. I have my medical document I signed. It does not matter if you're a government employee or not, you do not do this to anyone. All my medical is being screwed with, and I am on a Blacklist. If the FBI and the U.S. Department of Justice want to inform me that I should crawl in hole and die, please send me an email informing that my life is over..

## Racketeering / RICO Case:

### FYI: Christopher Andreski is on a Blacklist.

- **Hate Crime / Domestic Terrorism.**

- Rural Corruption, Kent County Employees, Grattan Township (It appears it might be a Sociality Group "Freemasons"), State of Michigan Employees, and it appears that Former LEO Government Employees may be also involved.
- Mail Fraud / Bank Fraud / Embezzlement (Banker built his own 14 Mile Storage Units business the same time my residential home was being built as it pertained to the excavating and concrete work, as I allege my builder and Banker

- Premeditated to harm Christopher Andreski Health and Well- Being and Life, by illeally removing a left piece of clavicle bone from Christopher Andreski Left Shoulder, and now is affecting Christopher Andreski left side of neck and left side of my throat.

- Impeding and interfering in "ALL" Christopher Andreski Medical Care – "18 U.S.C. 1922".

- Insuancance Fraud / Life Insurance Fraud.

- Hates Crimes towards Christopher Andreski Life by State and Rural local township/county (Organizations/Divisions) – For example "Kickbacks" (Business Building Deals), Assessed Property Tax Favors, from state and Rural local township/county.

- Identity Theft and Artificial Intelligence to set-up Christopher Andreski with false charges and entrapment.

- Tampering with USPS/UPS Mail Fraud / USPS Missing Stolen Mail.

- USPS Carriers Interfering with Christopher Andreski USPS Mail and providing PII Sensitive Information to third parties individuals who have terrorizes and harmed Christopher Andreski and his family.

- Title 3 Violations.
- 4th Amendment Violations.
- Local Judiciary Misconduct and Illegal Wrong-Doing.
- USMS Whistleblowing Retaliation (Criminal Activity).
- DOL/OWCP Whistleblowing Retaliation (Criminal Activity).
- FDIC Complaint - Referred to Federal Reserve? Stolen FDIC USPS Package I sent, PII Sensitive Information.
- Two (2) State of Michigan Building Complaints.
- OSHIA CAARA Complaint – Dismissed.

- It appears that the Unknown Third Parties, MSPB, OSHA CAARA Act, DOL/OWCP (Interfering with my medical providers "This a Fact", OGC/USMS, and Disability Attorney are all working together.

- Social Security Administration Fraud – Stolen SSA PII Sensitive Information USPS Package that Chrsitopher Andreski sent with the USPS (Green Card).

- Cyber Crimes.
- Aggressive Stalking.
- Targeting and Harrasment.

- Interfering and Impeding in my personal friends and family personal life's, which has impacted them for life.

- I suspect the individuals that are attacking me, are trying, or have utilized a couple of my neighbors in my neirboorhood, that have ties with employees in the local rural State, county, and township. For example, Grattan Township Tax Assessor Matt Frian. Grattan Township Tax Assessor Matt Frian was also the builder to my next-door neighbors two floor addition to my nehibor' s home residence. While Grattan Township Tax Assessor Matt Frian never assessed my neighbor's property taxes when they first bought the home, that was purchased for almost two hundred thousand dollars more then the previous homeowners paid for the home. Wouldn't know it, after four (4) plus years, and with two floor additions, attached two-car garage and new siding on my neighbor's home, Grattan Township Tax Assessor Matt Frian finally reassessed my next-door neighbor's remodeled home for a minimal increase in their home residence Grattan Township property taxes. While my neighbor's remodeled home has almost twice as much livable square footage then my my home residence. The reason I want to make the FBI and the Western District of Michigan U.S. Attorney office aware of this one special story, is because I would have hired Grattan Township Tax Assessor Matt Frian as my builder. If I had known Grattan Township Tax Assessor Matt Frian was also builder, I could have a finished house without structural foundational damages and possibly even low property taxes like my nehibor remodeled home. Again, I understand and can accept that am a no body and my life does not matter. While I am not much of a baker, I should have attempted to bake that cherry pie and placed a special envelope filled with hundred-dollar bills next to the cherry pie, but again I would never do that. Now, Grattan Township Building Inspector Casey Patterson who is also a builder and I have been told is cousins with my builder.

Why do you think the MSPB that never allowed my Attorney Counsel Scott Graham and myself to have deposition hearings? It appears that the MSPB was inflununcae by Third-Party individuals, DOL/OWCP and the USMS because it would be debtermential to those who committed hate crimes against Christopher Andreski and his family. This is why I created the ANDRESKI REPORT, remember that movie scene from "A Few Good Men", when Tom Cruise told Military Coorunial Jessup (Jack Nicolson) in the military courtroom, "I want the truth" and Military Coorunial Jessup (Jack Nicolson) responded, by screaming at Tom curse "You can't handle the truth". Once the Military Coorunial Jessup (Jack Nicolson) was finished with his testimony, the Military Judge then had the Military Coorunial Jessup (Jack Nicolson) charged and taken into custody. The reason I brought up the movie scene scenario from "A Few Good Men" is because, in my opinion certain individuals who have attacked me, and my family would find themselves in the same position as the USMC Military Coorunial Jessup (Jack Nicolson) when he finished testimony in the military courtroom.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

2. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

- Mortgage Fraud. Sense my mother death, I have been paying her mortgage with cashier's checks, from funds from the individual that lives in my mother's house home and who also takes

care of my mother's two (2) dogs. The individual who lives in my mother's home also helped me with my mother. The attorney I hired to draw up quick claims deed on my mother's home, told me I could just keep paying my mother's mortgage so that is what I have been doing. Now, the individuals who are attacking me are trying take everything I have, like my mother home residence. When my mother was alive, she was able to get mortgage assistants with Michigan COVID-19 relief assistants because my mother fell behind on her mortgage due to cancer medical bills and life events. Now the bank (Wells' Fargo) is trying to not recognize my mother's new mortgage payment, that I have been paying for almost a year. Recently I have been notified that none of mortgage payments that I have paying with cashier's checks for almost a year have not been applied, which I find odd. I also found it odd that Wells Fargo, sent me a letter asking what was my profession, as I do not know if fighting for my life against "Political Corruption" is much of a Profession? I am by far not well versed in financial fraud laws, or bank fraud laws and banking policies, but I thought I would mention this because this is just more thing.

FYI: I am almost done with ANDRESKI REPORT Binder# 21, regarding the pattern of individuals in the local rural county, township, state employees' regarding the pattern of corruption. It's odd that some of the information that I have regarding some of the past corrupte media stories appear to have been deleted from the internet, go figure right.

**Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

2. **Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

3. **DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whistleblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

4. **Federal Acquisition Regulation; Contractor Business Ethics Compliance and Contractor Whistleblower Protection Rules. – 48 C.F.R. Ch. 1, 48 C.F.R. Subpart 3.900, 73 Federal Register 67064. – (Interference when I was reporting crimes to city and local law enforcement agencies).**

**Title 18, U.S.C., Section 245 - Federally Protected Activities.**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

3. A voter, or person qualifying to vote...;
4. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
5. an applicant for federal employment or an employee by the federal government,
6. a juror or prospective juror in federal court; and
7. a participant in any program or activity receiving Federal financial assistance.

- **Title 18 Chapter 95-Racketeering:**

**Sec. 1951.** – Interference with commerce by threats or violence. Additionally, it can be a common law tort where one party interferes with the contracts or relationships of another party.
**Sec. 1954.** – Offer, acceptance, or solicitation to influence operation of an employee benefit plan.
**Sec. 1959.** –Violent crime in aid of racketeering activity.

**18 U.S.C. § 1962**: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities, Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each

of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6

***United States v. Enmons*, 410 U.S. 396 (1973)**, holding that violence undertaken by the parties to labor-management relations is "wrongful" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.

## 5. 18 U.S.C. Chapter 31 EMBEZZLEMENT AND THEFT.

**§648. Custodians, generally, misusing public funds.**

Whoever, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, loans, uses, or converts to his own use, or deposits in any bank, including any branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), or exchanges for other funds, except as specially allowed by law, any portion of the public moneys in trusted to him for safe-keeping, is guilty of embezzlement of the money so loaned, used, converted, deposited, or exchanged, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§650. Depositaries failing to safeguard deposits.**

If the Treasurer of the United States or any public depositary fails to keep safely all moneys deposited by any disbursing officer or disbursing agent, as well as all moneys deposited by any receiver, collector, or other person having money of the United States, he is guilty of embezzlement, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§656. Theft, embezzlement, or misapplication by bank officer or employee.**

Whoever, being an officer, director, agent or employee of, or connected in any capacity with any Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch or agency of a foreign bank, or organization operating under section 25 or section 25(a) [1] of the Federal Reserve Act, or a receiver of a national bank, insured bank, branch, agency, or organization or any agent or employee of the receiver, or a Federal Reserve Agent, or an agent or employee of a Federal Reserve Agent or of the Board of Governors of the Federal Reserve System, embezzles, abstracts, purloins or willfully misapplies any of the moneys, funds or credits of such bank, branch, agency, or organization or holding company or any moneys, funds, assets or securities in trusted to the custody or care of such bank, branch, agency, or organization, or holding company or to the custody or care of any such agent, officer, director, employee or receiver, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount embezzled, abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**From:** Chris Andreski
**Sent:** Monday, May 13, 2024 9:16 AM
**To:** BJANTTAC@ojp.usdoj.gov
**Cc:** OIG CIGIE (OIG); OIG Hotline
**Subject:** FW: 01-23-2024 Oklahoma City Medical Trip and ongoing 03-15-2024 Tire / 03-18-2024 Stalking Intimating Incidents.

**From:** Chris Andreski
**Sent:** Monday, March 18, 2024 5:00 PM
**To:** Scott Graham; Neil Gavin; Neil Gavin
**Cc:** VictimsRights@fbi.gov; USAMIE-Civil Rights (USAMIE); antitrust.leniency@usdoj.gov; antitrust.ATR@usdoj.gov; USAMIE-Civil Rights (USAMIE); Cheyvoryea.Gibson@ic.fbi.gov; USAMIE-Civil Rights (USAMIE); USAMIW-CIVILRIGHTS; Criminal.Division@usdoj.gov; VictimsRights@fbi.gov
**Subject:** 01-23-2024 Oklahoma City Medical Trip and ongoing 03-15-2024 Tire / 03-18-2024 Stalking Intimating Incidents.

Update,

The information in this email is the most recent events, regarding the terrorizing and illegal attacks to the life, health, and well-being of injured Criminal Investigator Deputy United States Marshal Christopher Andreski. While in pain and the battle to fight for my life, while also battling the illegal political corruption towards my family and me. The individuals who have conspired together to illegally attacked my family and I, by utilized their political occupation positions. Furthermore, these individuals that have conspired with several individuals who are in political occupation of powers against me by illegally impacting my professional life and my personal life, intentionally harmed me, and financially.

The medical interference **(18 U.S.C. 1922)** prior to my scheduled medical appointments in Oklahoma City, OK, on 01-23-2024, were canceled by an unknown party on 01-08-2024, which I had rescheduled on 01-04-2023 because of the terrorizing attacks. This was frustrating as one can imagine, while I am making medical travel agreements and lodging arrangements with my personal funds that I do not have. The financial impact of fighting for my life from these terrorizing attacks has put me in a financial crisis. Now, these medical appointments in Oklahoma City, OK, that pertained to my USMS work injuries and to receive help and/or assistants with the illegal medical interference towards my health and life on 01-23-2024 (Tuesday). I would also like to mention, that I had another medical doctor's appointment scheduled in Michigan on 01-22-2024 (Monday). This medical appointment on 01-22-2024, in Michigan pertained to me changing my primary medical doctor. This was due to the medical interference and medical impeding (18 U.S.C. 1922) that has occurred with my primary medical doctor. While I knew that I was not going to be able to make the medical appointment in Michigan on 01-22-2024 because I was going to be in Oklahoma City, OK for my medical appointments on 01-23-2024. As I did not cancel the medical appointment on 01-22-2024 in Michigan. I did this because of the medical interference and the medical impeding that is occurring in my life, which stems from all my USMS work injury DOL/OWCP cases. Additionally, I confirmed my medical Michigan appointment (online), days before the Michigan medical appointment that I knew I could not attend. The reason I did this, was because I was attempting

to deter the individuals who are interfering and impeding in my medical appointments Oklahoma City, OK, on 01-23-2024. During this time, I felt I had no choice to schedule the medical appointment in Michigan that I knew I was not attending, as I suspected there was corrupt medical interference going on with my medical appointment in Michigan. Not mention, this medical provider in Michigan has been caught in a recent prior medical corruption case. Then the medical provider called my personal phone several times and text messages to my personal phone several times after I confirmed my 01-22-2024, medical appointment in Michigan. I suspected the reason these individuals were illegally spoofing my personal phone calls and text messages, so the unknown individuals could impede and interferer with in my USMS medical work injury DOL/OWCP cases.

- ***United States v. Enmons*, 410 U.S. 396 (1973)**, holding that violence undertaken by the parties to labor-management relations is "wrongful" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.

While I am not a lawyer and do not have the funds or resources to battle the corporate medical industry system when it pertains to the illegal and unethical premeditated incident to my person on 02-10-2023 (Illegally Removed my Left Clavicle Bone). Furthermore, in the past when I have reach out to several medical attorneys in Michigan, who informed me that their attorney law firm did not want to battle any federal medical work injury cases or they did not have time, while I understand now why (ANDRESKI REPORT# 6 / ANDRESKI REPORT# 7). It appears, while no attorney law firm will engage in a battle with any illegal activity, regarding protected government employees who have been harmed and still suffering from a USMS work injury DOL/OWCP case because it would be "detrimental" to the employing government agency.

I then traveled to Oklahoma City, OK on 01-21-2024. When I arrived in Oklahoma City, OK on 01-21-2024, I noticed I received a text message on my mobile. The text message on my mobile was from a USMS employee that I used to work with while I was stationed in Washington D.C. This Special USMS employee who sent me the text message to my mobile, was inquiring if I was attending the Detroit Lions playoff game that was occurring in Detroit, MI? As I did not respond to the Special USMS employee text message to my mobile. While this Special USMS employee was having difficulties in the past in transferring to the Special USMS employee's home USMS district. In fact, this Special USMS employee and I used to be somewhat good friends at one time. Now, I cannot communicate with the Special USMS employee, because of the supporting evidence in ANDRESKI REPORT Binder# 9. In ANDRESKI REPORT Binder# 9, the supporting evidence would show the pattern of communication activity regarding how individuals who have tried to entrap me in the past. As it pertains to the Special USMS employee that was possibility forced and then swindled to share my personal information and fishing for information for the former for the former W/MI USMS employee and other individuals who have appeared to agree to stalked and terrorizing my life in the past and currently here today. "Side note: there are many former and current USMS employees and individuals who are fully aware that former W/MI USMS employee did In in fact utilize his position to stalk my personal life, while conspiring with other individuals to cause me pain and suffering but also to destroy my life". **18 USC 241: Conspiracy against rights.**

Now, this same Special USMS employee later was rewarded for the Special USMS employee corporation in sharing my personal information with that former USMS employee in W/MI and individuals, while on a USMS detail (2019- USMS CIRT responding to shooting incident in PA). When Special USMS employee approved transfer led the Special USMS to the Special USMS employee home area that was approved by the USMS (Roberto Roberson – I suspect, as there is a reason for this). While I have refused to communicate with this Special USMS employee over the last five (5) years, I also believe this same

Special USMS employee was being swindled and/or coursed to contact me on 01-21-2024, for purposes of narrowing down my location for individuals impeding and interfering in my USMS work injury DOL/OWCP case. The reason the individuals who are terrorizing my life were having difficulties tracking my location. This is why I had tactically run interference with my own life's location when traveling to Oklahoma City, OK, safe and without potential fear of being harmed or potently killed. **42 U.S. Code § 1985 - Conspiracy to interfere with civil rights.**

**Question:** Does the U.S. Department of Justice, Western District of Michigan U.S. Attorney, Eastern District U.S. Attorney, and the Federal Bureau of Investigation (FBI) agree, it is not approate for anyone to hire a private contractor (Private Investigators) to terrorize anyone's dying mother, while one's mother is dying in their home residence while in hospice care? Think about that...

During my in Oklahoma City, OK, I was looking forward to not having to feel like I had to look over my shoulder from the individuals who caused harm to my life and that continue to terrorizing my life and stalked my life flying drones invading my privacy (curtilage). If that wasn't enough, I continue trying to figure out the status of my complaints to the FDIC, and the Federal Reserve. While my SECOND package of "PII Sensitive Information" that I sent USPS certified "Green Card" mail to the FDIC is still missing and has not been received FDIC. In fact, now the interference with my USPS packages of sending and receiving is occurring with FDIC and with Federal Reserve regarding the individuals who have embezzled money from my unfinish home and permitted structural foundation damage, along with unethical banking procedures and illegal conspiring attacks from several third parties. Now, can you believe that the individuals who terrorizing and attacking my life, appear to be illegally swindling and/or conspiring with individuals from United States Postal Service (USPS) mail and my my USPS carriers mail to commit USPS Mail Fraud and USPS Mail Identity Theft?

- **18 U.S.C. § 1962: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities. Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6.**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**

- **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

While I have made several complaints online to the United States Postal Service Inspector LEO Division, it appears I have new evidence of individuals trying to send me several fraudulent letters through the USPS, that appear to mislead and cover up illegal activity. I also can tell you, that I several more USPS complaints to file with the U.S. Postal Inspector LEO Division. In my USPS complaints to the U.S. Postal Inspector LEO Division, it will show the the pattern of my personal mail "PII Sensitive Information" being stolen and tampered with. In fact, my "USPS Green Card" "PII Sensitive Information" packages are being intercepted by an unknown individual or individuals. In my travels I have notified and inquired to several USPS offices, regarding the "Pattern" of issues with sending and receiving of my person USPS mail "PII Sensitive Information" packages and letters are being tampered with, no signatures on the "USPS Green Cards" and USPS packages end up missing and/or USPS packages never making it to the correct destination. I want the U.S. Postal Service Inspector LEO Division in E/MI and the U.S. Postal Service

Inspector LEO Division W/MI to be aware, my personal "PII Sensitive Information" USPS packages that I am sending out with a "USPS Green Card" appears to be more retaliation from my whistleblower complaints and disclosure of illegal harmful attacks to members of my family and myself. I suspect these illegal criminal acts, regarding my personal "PII Sensitive Information" from the United States Postal Service "USPS packages" (USPS Green Card) that are being illegally intercepted and obtained by individuals who have caused to members of my family and myself, as I fear that my personal identity will be stolen and/or utilized in a way to destroy my life. **"Title 18 U.S.C. 1341" - (frauds and swindles through the mail).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act. Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

The individuals that involved themselves in interfering and impeded in my medical that pertained to my USMS work injuries DOL/OWCP cases, are also involved with the same individuals who continue to terrorize and harm my life. I understand that these hired private investigator will go to great lengths to terrorize one's life, and I have been told even if that means breaking the "Law". I also have been told that it is likely that these unknown individuals **(1(210) 640-1338 - San Antonio, TX)** appear to be spoofing my personal mobile calls and text messages to illegally obtaining my personal PII Sensitive Information and my personal location from my personal mobile and/or GPS illegally monitoring my personal location "Title III Violation". The illegal gathering of my personal information appears to be gathered without a search warrant **(Franks v. Delaware).**

While in Oklahoma City, OK, I was planning on working on the responses of being attacked by the Michigan Tax Tribunal, Grattan Township Building Inspector, the embezzlement of money and my unfinished/damaged home complaints that are at the FDIC/Federal Reserve/Michigan Building Code Compliance and Michigan Building Investigations. I also have file additional complaints with USPS Postal Inspector, due to the issues of my personal PII Sensitive (Complaints) mail not being properly delivered, along with my USPS mail being tampered with, which this has been happening for some time now.

- FYI: Could one imagine, if a state agency or even a government agency hired a company to navigate medical interference and impede in harming an injuried Protected DOJ 6c 1811 Federal Law Enforcement Officer health and well-being and life? This would show not only an act of bad faith act, but also meet the criminal elements for, that pertain to **"Title 18 U.S.C. 1922 and Title 18 U.S.C. Sec 111 Assaulting, resisting, or impeding certain officers or employees (b) inflicts bodily injury, shall be fined under this title, or imprisoned not more than [ten] 20 years, or both".**

On 01-22-2024, at 0900 am I called down to the valet (No Free Parking) from my hotel room to bring my rental vehicle to the front exterior lobby of the hotel. Then just before I started to head down to the hotel lobby my phone rings in my hotel room, when I picked the phone in my hotel room, the hotel manager then notifies me that the valet driver had a minor accident with my rental vehicle. When I arrived too the hotel lobby, the hotel manager first tells me that all the damages will be covered by the hotel, then the valet driver brings me outside to show me my damaged rental vehicle. While looking at valet driver and my damaged rental parked on the curb of the sidewalk. The damage to my rental vehicle from the valet/hotel staff was the left passenger tire/rim that was bent over the icy intersection sidewalk curb and appeared damage to left front passenger tie-rod.

Once I reported the rental vehicle had been damaged and made an accident report with rental vehicle company, I then told the rental vehicle company that the hotel/valet manager were covering the damages to the rental vehicle. Then the hotel manager paid to have the rental vehicle towed back to the rental company. When I arrived back at the rental vehicle company the rental company employee made me do a second accident report, this was so I could get another rental vehicle. Once I received a second rental vehicle, I went to the USPS station to mail a restricted USPS "thumb drive" package to my counsel Attorney Scott Graham (01-22-2024). Later that day (01-22-2024), I noticed I had a missed a call from an Oklahoma City, Sheriff. When I called the Oklahoma City, Sheriff back, the Sheriff first thanked me for calling him back, then the Sheriff notified me that the valet/hotel staff had my damaged rental vehicle towed to the wrong rental vehicle location, but the damaged vehicle eventually made it to the correct rental vehicle destination.

On 01-23-2024, I arrived at the Senior Medical Doctor's office located in Oklahoma City, OK, before 08:00 AM. I then noticed that I was possibly being followed by an unknown private investigator (PI). When I arrived at the Senior Medical Doctor lobby, I checked in and took seat while waiting to be seen. I could tell the VA patient (PI) (Ruse) was eager to start up a conversation with me. The VA patient (PI) (Ruse) started openly expressing his personal injuries with me. Then two more male VA patients (PI) (Ruse) showed up in Senior Medical Doctor VA lobby office around 0815 am/0820 am. FYI: Senior Medical Doctor's lobby does not open until 0900 am. In my opinion, I would not put anything past the individuals who are interfering and impeding in my scheduled medical appointments, that day in the Senior Medical Doctor office on 01-23-2024 (Oklahoma City, OK).

While waiting in the lobby of the doctor's office in Oklahoma City, OK, to be examined and talk with the medical doctor and the legal medicine assistant that I previously talked with over the phone on 01-04-2024. **(FYI: The previous phone conversation on 01-04-2024, with the legal medicine assistant was for nearly three (3) hours regarding me sharing and describing the medical issues I am experiencing, retaliation attacks, and the medical concerns of individuals interfering with my medical and impeding in my USMS work injury DOL/OWCP cases.)** Then a high-strung female approached me around 08:30 AM, while the high-strung female I noticed was wearing jeans and a casual shirt. As I also noticed the medical attire was quite different then then the high-strung female attire, as the medical doctor's medical staff were wearing medical uniforms, kind of the same normal medical staff wear in hospital (different colors but same) on 01-23-2024. Then the high-strung female (PI) (Ruse) began informing me on how my medical appointments were going to have to be reschedule. While I paused and thought to myself, really with all the medical interference and the ongoing attacks that I am enduring and now this. Not to mention, how I thought it was strange that the high-strung female who was not wearing a medical uniform and was not listed online of the Senior Medical Doctor medical staff employee roster list, which is currently posted on the Senior Medical Doctor web page.

Then high-strung female (PI) informed that she could not find any of my medical documents regarding my USMS work injury DOL/OWCP cases, but only one of my USMS work injury DOL/OWCP case (Neck). I then informed the high-strung female (PI), that I have already scheduled and talked with legal medicine assistant at the doctor's office previously on 01-04-2024, who told me that she had received my all my medical (DOL/OWCP Cases). Then the high-strung female appeared to look at me with disgust look on her face, then storming off (walking fast) in the back of the medical doctor's office. While patiently waiting in the doctor's lobby, the high-strung female (PI) walked back into the doctor's lobby and told me that she able to retrieve all my medical cases/medical documents. Then the high-strung female (PI) started talking about my personal medical "PII Sensitive Information" USMS work injury DOL/OWCP

cases in front of the the three (3) patients, who appeared to be private investigators (PI's) (Ruse) that were all sitting in the doctor's lobby before 9 AM. While the high-strung female (PI) was becoming more frustrated with me because I refused to reschedule my medical appointments, as I tried explaining that I traveled from Michigan to Oklahoma City, OK with my personal funds I do not have just to get help. The High-Strung Female then stormed back into the doctor office again. While waiting I then decided after two (2) hours, to walk across the hall where the Senior Medical Doctor had a second Medical Doctors office. When I approached the medical staff in the lobby, I began explaining my situation. Within minutes, the medical staff (second medical office) then told me the Senior Medical Doctor was going to personally talk with me in his office. While the medical staff escorted me back to the Senior Medical Doctors office, I quickly noticed through the corner of my eye, the high-strung female (PI) making what appeared to be another mean facial expression towards me. As I wonder if the high-strung female (PI) was a government employee?
When I walked into the Senior Medical Doctor office, the Doctor told me to take a seat. While I took a seat, I then noticed a video recording camera staring at my face. I also noticed, there were several more video recording cameras mounted throughout the Senior Medical Doctors office.

I began to become a little concerned, due to the fact I traveled to Oklahoma City, OK, to receive medical "HELP", as I did not travel to Oklahoma City, OK to be interrogated and recorded for all my USMS work injury DOL/OWCP cases (Entrapment?). I then inquired if the Senior Medical Doctor, was recording me? The Senior Medical Doctor then responded to my question, by citing versions of the Bible and then talking about God. Eventually, the Senior Medical Doctor answered my question regarding if I was being recorded, while stating to me that I (Christopher Andreski) was "NOT" being recorded. Additionally, I "NEVER" gave any consent to be recorded at any point or at any time to anyone on 01-23-2024, to be recorded, while in the Senior Medical Doctor office trying to get medical help the pertained to my USMS work injuries DOL/OWCP cases.

The Senior Medical Doctor continued to preach to me about God, versions of the Bible, and about his extensive experience regarding with dealing federal work injury DOL/OWCP claims and the games that go on. While listening to how great the Senior Medical Doctor was, I couldn't help but notice that the doctor's office door was widely opened. I also noticed several USMS patches hanging on the wall/hallway, outside the Senior Medical Doctors office. While one of the USMS patches I noticed was a USMS "Big Glock Gun" patch that was hanging on the doctor's hallway wall, which gave me flashback. The detailed USMS "Big Glock Gun" patch I thought was a cool patch, but it reminded me of being targeted by a former USMS employee and USMS OPR-IA Division employees. I then became concerned, the reason I was concerned was regarding the USMS employee who created the cool USMS "Big Glock Gun" patch. As I wondered if the USMS/OGC approved the USMS "Big Glock Patch"? At this time sense the Senior doctor was still preaching versions of the bible to me in his office, I decided to say prayer to myself, asking "God" to not allow anyone in the USMS to retaliate against the USMS employee who created the cool USMS "Big Glock Gun" patch. While knowing firsthand of the targeting, and retaliation I experienced from the former USMS employee and USMS OPR-IA employees from the moral boosting wolverine patch I created and paid for with my personal funds. While the patch I created and paid for was intended to bring moral up in the USMS office, I also donated the patch to disabled children at the YMCA. (FYI: Jonny still likes his patch).

During this time-period of my open/closed USMS OPR-IA of the wolverine patch I created. Former USMS employee who called himself "The King" and "Dad" was engaging in "prohibited personnel practices" (PPP). While there were several NCAA football coaches who showed up during USMS operational working hours, in the Western District of Michigan USMS office. The former USMS employee used his

position of power for thirty plus years for his own personal gains that benefited his family as well. As the former USMS employee has tarnished the integrity of the USMS, but also internally placed our Western District of Michigan Judges, Judiciary staff and USMS employees in potential harm's way.

This same former USMS employee has not only shown his "gross management" skills by talking down and laugh at his USMS employees, while the former USMS employee would give tours to the NCAA football coaches during USMS operational working hours. During this same time-period in W/MI USMS office, the former USMS employee who called himself "The King" and "Dad" would instruct USMS employees (2-W/MI USMS JSI'S) to make temporary parking passes for access to the Gerald R. Ford Courthouse parking garage, for the former USMS employee's friends "prohibited personnel practices" (PPP).

Once the Senior Medical Doctor finally finished preaching to me about God and versions of the holy bible (45 minutes). The Senior Medical Doctor then informed how I am fighting "Evil", and I will never win, and that "Law" does not matter. The Senior Medical Doctor then insists that I pray with him and hold his hands during prayer. During this time, I thought to myself, I must have missed the chapter in the Federal Employee Compassion Act Practice Manual regarding having to hold a medical doctor's hands and praying with them so one can receive "HELP" in their work injury DOL/OWCP cases. Once prayer session was over with Senior Medical Doctor from Oklahoma City, OK, the doctor then asked me to wait in the lobby. At this time, I suspected the medical doctor had me to wait in the lobby, not because the medical doctor had another patient, as I suspected the Senior Medical Doctor was being told and coached by hired contractors (Private Investigators) and/or individuals who have and are currently terrorizing my life. It also appeared that individuals (PI) that are impeding with my medical appointments, were directing the Senior Medical Doctor to ask me follow-up leading and baiting questions that pertained to my USMS work injuries.

When the Senior Medical Doctor had me step back into his medical office (2nd time), the Doctor started asking me questions, regarding the one thing that he can do for me? (FYI: Watch the Senior Medical Doctor website videos). I responded that I need help in receiving the proper medical treatment and medical care in my all USMS work injury cases, but mostly help in my left shoulder (Missing Bone) that is now affecting my **"NECK"** (I want to go to the Mayo Clinic and receive medical Stem Cells I cannot afford). Then the Senior Medical Doctor started yelling at me again and asked me "What is the one thing that he can do for me?". I then responded that I need a piece of bone/graph/stem cell, or something (medical procedure) to fill in the empty spot of my left clavicle bone from my USMS work injury DOL/OWCP left shoulder case. I also stated that the medical doctor illegally took out a piece of my left clavicle bone without my consent. The Senior Medical Doctor responded back to me, by yelling "You are not going to get better!!". I then inquired if the Senior Medical Doctor reviewed my supporting medical evidence that I sent to him USPS Green Card and Fax? At this time the Senior Medical Doctor appeared to be getting more upset with me by yelling at me telling me "Shut-Up"!! I then told the Senior Medical Doctor again, that I never gave consent to have the medical doctor surgeon, remove any piece of my left clavicle bone out of my body on 02-10-2021 in my USMS work injury left shoulder DOL/OWCP case, as it is a Federal Crime, to remove anyone's left clavicle bone out of any patient's body without their consent prior or during surgery. The Senior Medical Doctor then started yelling at me again, by telling me to "Shut-Up!" (ANDRESKI REPORT Binder# 6 and ANDRESKI REPORT Binder# 7).

While the Senior Medical Doctor did not question me, regarding the malicious medical conduct by medical doctor surgeon (or medical PA) did to me on 02-10-2021, in my USMS work DOL/OWCP injury case "Left Shoulder". As I inquired if the Senior Medical Doctor wanted to look at my new supporting

medical evidence, I brought with me to his medical office on 01-23-2024? The Senior Medical Doctor then screamed at me, while stating "Don't you get it!! You are battling "EVIL", and "You will never win!!", then the Senior Medical Doctor stated, "Law does not matter!". I then responded to the Senior Medical Doctor concerning responses, by stating the Senior Medical Doctor that my intensions have never been about winning or losing, but about receiving the proper medical treatment/medical care without medical barriers and medical interference. My health is being affected by all these attacks as I told the Senior Medical Doctor, as the doctor yelled at me again and stated again that 'I will not get better". I then inquired if the Senior Medical Doctor reviewed any my supporting medical evidence. The Senior Medical Doctor responded to me again, to "Shut-Up!". As I disagree with the Senior Medical Doctor, but due to all the medical impeding and medical interference that has been happened and still occurring, is not only holding me back from my recovery and receiving the medical treatment and medical care but is making my injury worse and is now affecting my "NECK" (curving to the left) and other body parts.

The Senior Medical Doctor then started ranting and yelling at me about my USMS work injury DOL/OWCP denied/pending appeal cases, regarding how the U.S. Department of Labor will "NEVER" accepted my USMS (factual) work injury DOL/OWCP cases. (FYI: Remember this medical doctor also states "EVIL" is number and Law does not matter). When I finally had a chance to respond to the Senior Medical Doctor statement regarding my denied/pending appeals USMS work injury cases, I asked the Senior Medical Doctor, was his decision based on the overwhelming amount of supported medical evidence I submitted to DOL/OWCP and supporting medical doctor letters that I submitted to DOL/OWCP, along with government OSHA health audit reports to DOL/OWCP? The Senior Medical Doctor then screamed at me again and told me again to "Shut-Up!!". While the Senior Medical Doctor kept on yelling and ranting at me that I must accept that, "EVIL" will always win, and that "Law" does not matter!! Then the Senior Medical Doctor stated to me that he has not yet decided if he was going to help me in my USMS work injury DOL/OWCP cases. At this point, I was not only confused but frustrated, due to the fact I exhausted my personal funds, but also exhausted from all the terrorizing attack. The illegal retaliation from my Whistleblower Complaints and disclosures that pertain to me reporting the criminal conduct and civil rights violations to United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG) in 2022, 2023, 2024. Furthermore, while prior illegal retaliation is still ongoing from the United States Marshal Service (USMS) and other government agencies, state/local agencies and hired third-party contractors, in my Whistleblower Complaints and disclosures of the criminal conduct and civil rights violations my family and I have endured to the United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG) in 2021.

The Senior Medical Doctor then started preaching to me versions of the holy bible again. Once the gospel session was over with the Senior Medical Doctor, I respectfully inquired if the Senior Medical Doctor would allow me to ask him another question? The Senior Medical Doctor then allowed me to ask my question, while I informed the Senior Medical Doctor that it appears that I am on a "Blacklist"? As I explained to the Senior Medical Doctor the medical concerns and overbearing medical paperwork, I have experienced from trying to receiving correct medical care, medical treatment, and DOL/OWCP medical reimbursement for medical USMS work injury bills and USMS work injury medical travel that I was forced to withdraw from my Thrift Savings Retirement (TSP) account. I also explained to the Senior Medical Doctor the issues I was experiencing from receiving any assistants/help in my DOL/OWCP cases because of retaliation from my Whistleblowing Complaints to United States Department of Justice Office of Attorney General Civil Rights Division and Criminal Division (DOJ OIG). It also appears, that I am on a "Blacklisted" with the United States Postal Service (USPS, due to the fact many of my "USPS" mail that I

send out through the (PII Sensitive Information) USPS Certified mail "Green Card" and the overbearing fraudulent and the tampering with my PII Sensitive Information USPS mail receiving is being tampered with and opened at times. It concerning and disturbing that my personal "PII Sensitive Information" USPS Certified mail "Green Card" that requires a signature, are not being signed and my personal "PII Sensitive Information" USPS Certified mail **(1341 - frauds and swindles through the mail)**.

While asking the Senior Medical Doctor opinion of the individuals who have conspired together in my medical care/treatment **(ANDRESKI REPORT Binders 6, 7, 14, and 20)**, along with the retaliation from my Whistleblowing Complaints to the DOJ OIG Civil Rights Division and OIG DOJ Criminal Division to my life **(Racketeering RICO Case)**. The Senior Medical Doctor then paused, then responded by stating "YES!!!! The Senior Medical Doctor then told me that "We finally agree on something!!", regarding me being "Blacklisted" and targeted from receiving assistants and help. Then the Senior Medical Doctor told me, that no Federal Disability Attorney who specializes in U.S. Department of Labor OWCP Federal work injury cases can assist or help me (Blacklisted) in my USMS work injury DOL/OWCP cases and then mentioned again to me that "Law" does not matter. I am sure that everyone realizes that it is illegal to "Blacklist" and "Retaliate" against anyone who is has an open/pending Whistleblowing complaint with the DOJ OIG and two (2) separate MSPB cases, and other approate U.S. Government Agencies and State agencies. **FYI: I already know about the interference and swindling acts with my U.S. Congressman "Staff Member". Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

Once the Senior Medical Doctor was finished yelling and screaming at me, the doctor then pulls out a measuring tape and measures each binder of my supporting medical evidence that I USPS mailed to the Senior Medical Doctor office in Oklahoma City, OK, on 10-23-2023. Then the Senior Medical Doctor measures the two (2) additional binders of supporting medical evidence, that I brought with me to the doctor's office on 01-23-2024. The two additional binders of supporting medical evidence I brought with me that day on 01-23-2024, the Senior Medical Doctor yelled at me while refusing to review the recent supporting medical evidence. While the two (2) additional binders of supporting medical evidence contained new medical tests, new medical imaging (Neck MRI'S medical reports, recent X-Ray medical reports, along with current medical reports that I prepared and categorized for the Senior Medical Doctor office in Oklahoma City, OK, on 01-23-2024. While the Senior Medical Doctor was measuring my supporting medical evidence binders, as I felt it was necessary to inquire again if the Senior Medical Doctor reviewed "ANY" of my supporting medical evidence that pertained to my USMS work injury DOL/OWCP cases, that I USPS mailed (Green Card) to the doctor's office in Oklahoma City, OK on 10-23-2023, as instructed by the doctor's medical staff? The Senior Medical Doctor then screamed at me again to "Shut up!!". At this time, I could not help but wonder to myself, why would the Senior Medical Doctor who specializes in Federal work injury DOL/OWCP cases, measure the two (2) new supporting medical evidence that I brought with me to the doctor's office on 01-23-2024, while never reviewing any of my new supporting medical evidence?

**Side note:** The two separate medical sources made me aware of the ongoing misleading, false medical information, medical impeding, and the medical interference in my USMS work injury DOL/OWCP cases. Additionally, the retaliation in my medical regarding my USMS work injury DOL/OWCP cases, appear to illegally be sharing my personal "PII Sensitive Information" with many unknown third parties for some time. Furthermore, a several individuals have me aware that my hired Disability Attorney in Chicago, IL, has been misleading, by trying to swindle me with bad information in my personal USMS work injury DOL/OWCP cases (**Entrapment**). The unethical and illegal behavior from my Disability Attorney in Chicago, IL, who I have paid tens of thousands of dollars, that forced me to withdraw from my TSP retirement account because of the financial impact of being retaliated against by the USMS and the

DOL/OWCP. I also financial assistants from my family, that helped me pay for medical bills, medical travel and the medical Disability Attorney in Chicago, IL retainers fees and monthly bill fees. While I cannot fire my Disability Attorney in Chicago, IL, because of the financially impacted and financial hardship that I am in here today. Additionally, I cannot afford to pay or find another Disability Attorney who specializes in Federal DOL/OWCP work injury cases, and who also specializes in Protected DOJ 6c Injuried "1811" Criminal Investigator Deputy United States Marshal who is "Blacklisted" from receiving help and assistants.

I then inquired if the Senior Medical Doctor knew that I had prior medical impairment ratings from my prior USMS work related injuries that occurred in the line of duty for the USMS (Left Knee / Right Shoulder)? The Senior Medical Doctor then asked me for supporting DOL/OWCP impairment documents, which were sent to him on 10-23-2023, as I also I provided the impairment documents to the doctor on 01-04-2023. The Senior Medical Doctor then finished writing his medical report and talking into a handheld voice recorder. Then out of nowhere, the Senior Medical Doctor starts raising his voice at me, while informing me that the Senior Medical Doctor is not an attorney, as I knew this. Then the Senior Medical Doctor told me to take all my supporting medical evidence back that I mailed to the doctor USPS (Green Card) on 10-23-2023 back with me, as the Senior Medical Doctor told me he was not an attorney. The Senior Medical Doctor randomly then pulls his phone out quickly and snaps a picture of me sitting in the chair in the doctor's office. I then proceeded to ask the Senior Medical Doctor "why did you take a picture of me with your cell phone"? The Senior Medical Doctor responded that the Senior Medical Doctor keeps a picture of each of his patients on file. This was concerning to me for many reasons, **(Fraud/Identity Theft/Scams/Entrapment)**. I suspected the Senior Medical Doctor was told to take a picture of me by individuals who have been hired to harm me and terrorize my life. When the Senior Medical Doctor finished screaming and yelling at with me about my USMS work injury DOL/OWCP cases, the doctor then told me I would be receiving a letter from Senior Medical Doctor in Oklahoma City, OK, regarding my scheduled appointment that day (01-23-2024) and if the Senior Medical Doctor could assist or help me with any of my USMS work injury DOL/OWCP cases.

The Senior Medical Doctor then walked me to his legal medicine assistant office and told me to have a seat. It appeared the legal medicine assistant was also being directed to ask me leading and baiting questions regarding my USMS work injury OWCP/DOL cases and appeared that the legal medicine assistant was being directed to not help me with any of my USMS work injury DOL/OWCP cases. I suspected that the PI's coached the legal medicine assistant by telling her to ask me leading questions to see if I would "Lie "or to get me to change my story "False Statement". For example, the legal medicine assistant asked me a leading question regarding the incident shooting on 12-18-2023, as I shared the redacted shooting incident email with her on 01-04-2024. The legal medicine assistant then inquired several times by stating to me "you stated "It was your mother in the vehicle during the shooting incident" as I had repeatedly stated no, "It was my grandmother". **Remember, I just left the Detroit, MI FBI Field office, then I picked up my grandmother up in my vehicle so we could go out to dinner. As this incident occurred at a traffic like while traveling to a restaurant with my grandmother on 12-18-2023**. I found it odd, the legal medicine assistant was asking me the leading/baiting question several times, regarding who was in my vehicle during the shooting incident on 12-18-2023. As I also explained some of the prior terrorizing retaliation events from the unknown hired private investigators who appeared were also hired to terrorize my mother's home while my mother (Former LEO) was dying in hospice care, as my mother passed away shortly after these terrorizing harassing incidents. Then I inquired if the legal medicine assistant, was asking me about the shooting incident on 12-18-2023? The legal medicine assistant then told me that she wanted to have the 12-18-2023, shooting incident facts for her records (I'm sure she did). However, the legal medicine assistant informs me that I could

participated in work hardening program if I wanted for, medical quality-of-life purposes that will be benifitual for my health and well-being purposes.

When I was receiving the proper medical DOL/OWCP treatment "work hardening program" I was making improvements. The medical work hardening program did help me stabilize and built muscle strengthening around my left shoulder area and left side of my neck, that was impacted from my USMS work injuried left shoulder surgery and how the DOL/OWCP medical doctor surgeon illegally removed my left "clavicle" bone from my left shoulder (Premeditated Missing Bone) DOL/OWCP case. Then I informed the legal medicine assistant, about the overbearing impeding and interference that was occurring with my medical care, as I forced out of the "work hardening program" which was illegal to deny me the medical treatment I choose to stay with. When I was being kicked out of the work hardening program, I could tell that my physical therapist I was working with for some time, appeared to be being directed from a different direction, while I was making medical improvements in my USMS work injury DOL/OWCP case and my health and well-being. When my assigned physical therapist informed me of the bad news, that my DOL/OWCP medical treatment "Work Harden Program" was being denied, I was confused and did not understand (Retaliation Whistleblowing Complaint). Then my pyisical therapist informed me that I could pay out of pocket for medical treatment at the physical therapy facility regarding my USMS work injury Left Shoulder/Neck DOL/OWCP case. Then I was forced to find another medical therapist and medical doctor who handled Federal work injury DOL/OWCP cases, which I did in Chicigo, IL. As the medical staff told me it was illegal to deny my medical treatment "Work Hardening Program" in any DOL/OWCP work injury case **"Title 18 U.S.C. 1922" (Now, I know why individuals are sooner than later retiring and/or leaving the USMS – ANDRESKI REPORT)**. While it is illegal to place anyone on a blacklist (Retaliation Whistleblowing Complaints), the Senior Medical Doctor from Oklahoma City, OK did advise me that, "Law does not matter". Which I refuse and never will accept, but also, I believe that "Law" does matter.

**Title 18, U.S.C., Section 245 - Federally Protected Activities.**

**1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:**

a. **A voter, or person qualifying to vote.**
b. **a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States.**
c. **an applicant for federal employment or an employee by the federal government.**
d. **a juror or prospective juror in federal court; and**
e. **a participant in any program or activity receiving Federal financial assistance.**

The legal medicine assistant in Oklahoma City, OK, I had a prior conversation with for almost three (3) hours, on 01-04-2024. In our conversation on 01-04-2024, I was inquiring for help/assistants with USMS work injuries DOL/OWCP cases, as my medical treatment, medical care and DOL/OWCP overbearing paperwork in retaliation of my 2021, 2022, 2023, 2023, 2024 whistleblowing complaints and disclosures to the DOJ OIG criminal and civil rights division and agencies. I also explained to the legal medicine assistant how the illegal targeting and retaliation is impacting my health and well-being. The legal medicine assistant then informed me (01-04-2024) that the legal medicine assistant could either help/assist me and/or write up any medical responses to DOL/OWCP in my USMS work injury DOL/OWCP cases. However, the legal medicine assistant informed me (01-04-2023), that she could only help/assist me in my DOL/OWCP medical injury DOL/OWCP cases that I do not have attorney

representation on. On 01-23-2024, when discussing my USMS work injury DOL/OWCP cases with the Senior Medical Doctor's legal medicine assistant, the legal medicine assistant informed me that the legal medicine assistant is not an attorney, as I was fully aware the legal medicine assistant was not an attorney.

The legal medicine assistant then informs me that the legal medical assistant could not help me with" ANY" of my USMS work injury DOL/OWCP medical case responses that pertain to my USMS work injury DOL/OWCP cases. As I thought to myself, why the hell am I here in Oklahoma City, OK, and why did the Senior Medical Doctor and why did the legal medicine assistant mislead me they could help me over the phone on 01-04-2024? Again, I have been "Blacklisted" (Retaliation). The legal medicine assistant then informs me that the legal medicine assistant is sorry. I then inquire if the legal medicine assistant had any federal disability attorneys or referral help for me, due to all the retaliation in my whistleblowing complaints and illegal crimes that were happening to me for some time. The legal medicine assistant responded to me that the egal medicine assistant did not have any disability attorney that could help me out at this time.

While the retaliation from these unknown individuals that are interfering and impeding in my USMS work injury DOL/OWCP cases in my medical/treatment is preventing me from receiving the proper medical treatment and medical care. Most recently, my left side of my throat is now being impacted, it appears because of the missing piece of my left clavicle bone that was illegally taken out of my body without my consent is impacting my throat. Furthermore, while I am having a new pulling down sensation coming from the left downside of my throat (Missing Left Clavicle Bone), I was able to obtain a free imagining picture my neck, as I have neck issues now from the 02-10-2021 DOL/OWCP surgery. Can one believe that the imagining of my neck, is now curving to the left, it's not a good feeling. The individuals who have conspiring together and are making up stories are trying not to be exposed and get in trouble.

When I was leaving the Senior Medical Doctor's office, I decided to provide the legal medicine assistant with a different address where I receive mail. I provided my PO Box address to the legal medicine assistant to send the Senior Medical Doctors letter to because of all the tampering and mail fraud that has been occurring with my (PII Sensitive Information) USPS mail. Additionally, the unknown individuals that are illegally attacking me, appear to be utilizing the United States Postal Service (USPS) by tampering with my USPS mail when I am sending my PII Sensitive Information USPS Green Card mail out and when I receive my personal (PII Sensitive Information) USPS mail. (Remember, I am on a "Blacklist", as I suspect that my name/address is illegally being flagged in the USPS system?). The factual evidence I that I have, and summited in my complaints to the USPS Postal LEO Inspector that identifies these unknown individuals have been illegally tampering and illegally intercepting my USPS mail "PII Sensitive Information" for some time now, when I send USPS (Green Card) my (PII Sensitive Information) mail out and receiving my personal (PII Sensitive Information) USPS and it appears UPS to. These unknown individuals also appear to be trying to illegally steal my identity by illegally obtaining my PII Sensitive Information. As I also have file several complaints with USPS Postal LEO Inspector (online), due to the Mail Fraud / Identity Theft with my personal PII Sensitive USPS mail being tampered with.

The next day on 01-24-2024, I was scheduled to fly back to Grand Rapids, Michigan. When checking out of the hotel, I then remember I needed to purchase another travel bag for the medical binders that the Senior Medical Doctor was so kind to give back to me, during my travels back to Michigan. I then purchased a used travel bag ($5.99) from the Super Goodwill store on the way to the library before departing flight in Oklahoma City, OK. Once I finished scanning and email documents at the library, I was

planning on dropping the rental vehicle off at the airport. While I proceeded to start the rental vehicle in the library parking lot the battery goes dead, go figure right. I then have the rental vehicle towed back to the rental vehicle station at the airport, then get on my flight to Houston, TX, from Houston, TX departing to Chiago, IL then to Grand Rapids, MI (home). While waiting at the Houston, TX airport terminal, I receive an email that I missed my flight to Chicago, IL, while I was standing in front of the airport terminal that my flight to Chicago, IL has been cancelled flashing in red. While waiting seven (7) hours at the airport in Houston TX, and the airline rescheduled my flight for the next day on 01-25-2024. Then the airline finally decides to put me up in a hotel near the Houston, TX airport. The next day on 01-25-2024, early morning I departed from Houston, TX to Chicago, IL, with a 2-hour layover.

Prior to boarding to my flight home to Grand Rapids, MI, I decided to change my window seat changed to a seat near the exit row. As the fly staff kindly changed my seat, and notified me that no one else was assigned to the seat next to me (window seat) on my final departing flight back to Grand Rapids, MI. While boarding the plane and locating my assigned seat, I noticed an interesting white male in his mid-40's sitting in the window seat next to me. The man seemed to be nice and told me that his company booked him the flight back home to Grand Rapids, MI (Grandville). Then the man started telling me story after story, mostly in the Kalamazoo, MI, area. The man then states to me that he is thinking about retiring in a year or so, as I thought to myself this is too much. I noticed when the man was telling his random stories to me, the man mentions "Funny Money" several times. The man then starts telling me a a time when he was pulled over by the Michigan State Police (MSP). The man then stated the reason the MSP officer pulled the man over was for speeding and something to do with his vehicle license plate. Then the man pulls his wallet out and hands me his old Michigan driver's license card, while I noticed the man had several other Michigan ID cards in his wallet wallet (PI). The man then told me his name "Mike Smith" and then stated, "common name right". Mr. Smith then asked me a question regarding what I notice about his Michigan driver's license ID photo? As I responded to Mr. Smith question by inquiring if Mr. Smith was religious priest? My question to Mr. Smith was based off the religious priest uniform Mike Smith was wearing in his Michigan driver's license photo. Mr. Smith started laughing loud, then Mr. Smith informed me his driver's license photo was the reason Mr. Smith ended up with a warning from the MSP officer. Once we landed in Grand Rapids, MI, Mr. Smith then asked me what I did for a living? I just replied "government" but I'm currently injuried right now and work comp. Mr. Smith then carries on about how his brother is a "FED" and in a position as a "Federal Government Analyst". Mr. Smith then informs me how Mr. Smith tells his brother how he could so much more money in the private sector. At this time, I proceeded to depart the aircraft and retrieve my luggage in the baggage claim area in Gerald R. Ford airport. When I approached my luggage bag, I noticed my luggage bag was unzipped (3-4 inches). I then opened my luggage bag in the baggage claim area, as it appeared that all my PII Sensitive Information personal medical and USMS work injury medical documents were in the bag, and only few medical documents were wet from the rain that day.

When I reported to my local law enforcement agency **"Kent County Sheriff's Department"**, who appears to turn a blind eye. So, then I emailed and reported crimes to the Kent County's Proscutors Office, as it appears they too have turned a blind eye. - **Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law**, "statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S."; Now, it appears political corruption has now impeded in my complaints of being a victim from individuals who have targeted me and committed crimes towards me, and which has impacted my family. Furthermore, the civil rights violations and conspiring "Hate Crimes", towards Christopher Andreski involve a several corrupt organization, corrupt rural individuals, corrupt rural high power political neighbor, rural hospital employees, corrupt rural

bank employees, rural insurance agency, rural builder, rural township employees, rural county employees, rural county LEO employee, and rural state employees who harmed and conspired to destroying Christopher Andreski life, for reasons I cannot explain. As Christopher Andreski believes that everyone in the United States of America has the right to live free and equal. Christopher Andreski also stands for Life, Liberty, and Justice. In my opinion, the criminal statue of **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964,** would meet the criminal elements in the ANDRESKI REPORT. In a new chapter of the ANDRESKI REPORT, it will show the criminal elements in my opinion that the rural corrupt bank employees and rural bank would be able to be charged with the **BANK - Section 1507 of the Dodd-Frank Act, codified at 12 U.S.C. & 5567. – The Bureau of Consumer Financial Protection, "The CFSL Bulletin (July 23, 2010). – FBI. 12 U.S.C. 1831j (FDIC); 31 U.S.C. & 5228.**

The interference and impeding in my medical treatment and medical care is a violation of the **18 U.S.C., Section 245 – Federally Protected Activates,** as I described below. Its appears that these individuals who were hired to bullying and intimidate me by shooting the rear panel window of my vehicle on 12-18-2023, would in my opinion meet the requirements of the **18 U.S.C. 241 - Conspiracy against rights.** The shooting incident on 12-18-2023, has impacted a family member of mine who was sitting in the passenger seat of my vehicle. While the 12-18-2023, traumatic shooting incident occurred, it my opinion and maybe even the people of the United States of America, that "NOW" the **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964,** that the ANDRESKI REPORT would meet the criminal elements that are outlined in the ANDRESKI REPORT and in this email along with the supporting evidence that is attached to this email. While I understand I am not an attorney it would be my opinion, due to the facts that are outlined in the ANDRESKI REPORTS regarding the Civil Rights Violations, Bad Faith Acts, along with individuals who have Conspired together to commit Criminal Acts for purposes of harming and destroying my life, which will always impacting members of my family here today.

It would also appear because of these individuals who have attacked me, are utilizing the United States Postal Service (USPS). As it appears these same individuals have illegally obtained and/or tried to obtain my personal private medical/financial documents, which also have my social security number on my PII Sensitive Information documents. I hope everyone can agree, tampering with USPS mail, USPS mail fraud and USPS identity theft is serious crime and should be addressed by the United States Postal Inspector Law Enforcement "1811" Criminal Investigators. If these individuals have illegally influenced the Senior Medical Doctor not to help me and/or illegally providing these individuals with my personal supporting medical evidence **"PII Sensitive Information"** in return for "Kickbacks" "Money", I would hope the FBI would investigate this matter **"18 U.S.C. 1922"? Katz v. United States (1967),** along with **Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

While I have repeatedly reported many civil rights violations, long with criminal acts to the US Department of Justice OIG Division and the Criminal and US Department of Justice OIG Civil Division. I also have reported the DOJ OSC Division, MSPB, OSHA (CARRA ACT), FDIC, DOL/OWCP, Congressman John Moolenaar staff and most recently now the FBI. Additionally, I have also respectfully requested help from State of Michigan Represenitive Bryan Posthumus and State of Michigan Senator Rick Outman, along with State of Michigan OIG Office (by email) regarding the State of Michigan/Grattan Township targeting me at the Michigan Tax Tribunal regarding my unfinished/damaged home residence property taxes. I have also made several complaints with the State of Michigan Building codes/investigation divisions matters, as it appears there is more interference regarding my two (2) building complaints with the State of Michigan. Regarding the individuals who are consentity targeting me in their State, Local, and former and active Government employee's positions, seemed to be swaying influence in not addressing these individuals who have conspired in harming and destroying Christopher Andreski life. - (***United States v. Enmons*, 410 U.S. 396 (1973)**, **holding that violence undertaken by**

**the parties to labor-management relations is "wrongful" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.)**

What I cannot accept from all these illegal targeting/terrorizing attacks and bad faith acts, to happen to another USMS Operational employee, First Responder, any other Government employee in that matter. As I would respectfully request the U.S. Department of Justice to and the FBI to address these individuals who continue causing harm my life that has also impacted my family.

Why do you think the MSPB that never allowed my Attorney Counsel Scott Graham and myself to have deposition hearings? It appears that the MSPB was inflununcae by unknown parties, due to the fact it would be debtermential to those who committed hate crimes offenses against Christopher Andreski and his family. This is why I created the "ANDRESKI REPORT". Does everyone remember that movie scene from "A Few Good Men", when Tom Cruise told the Military Coorunial Jessup (Jack Nicolson) in the military courtroom, "I want the truth" and Military Coorunial Jessup (Jack Nicolson) responded, by screaming at Tom curse "You can't handle the truth". Once the Military Coorunial Jessup (Jack Nicolson) was finished with his testimony, the Military Judge then had the Military Coorunial Jessup (Jack Nicolson) charged and taken into custody. The reason I brought up the movie scene scenario from "A Few Good Men" is because, in my opinion certain individuals who have attacked me, and my family would find themselves in the same position as the USMC Military Coorunial Jessup (Jack Nicolson) when he finished testimony in the military courtroom.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

2. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**1. Title 18, U.S.C., Section 245 - Federally Protected Activities.**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

f. A voter, or person qualifying to vote...;
g. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
h. an applicant for federal employment or an employee by the federal government.
i. a juror or prospective juror in federal court; and
j. a participant in any program or activity receiving Federal financial assistance.

3. **Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

3. **Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

- **Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

- **DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whileblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

4. **18 USC 241: Conspiracy against rights.**

§241. Conspiracy against rights

- If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any

right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

1. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**2. Title 18, U.S.C., Section 245 - Federally Protected Activities.**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

k. A voter, or person qualifying to vote...;
l. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
m. an applicant for federal employment or an employee by the federal government.
n. a juror or prospective juror in federal court; and
o. a participant in any program or activity receiving Federal financial assistance.

- **18 U.S.C. & 1513(e) Obstruction of Justice Retaliation Against Whistleblower.**

- **18 USC 241: Conspiracy against rights.**

**§241. Conspiracy against rights**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

FYI: The 12-18-2023, shooting incident occurred in the metro Detroit, MI area. **As I hope the U.S. Attorney office of the Eastern District of Michigan would take this incident serous (RICO CASE)?**

Remember, when individuals who have conspired together by agreeing to commit a crime for the purposes of harming anyone, these same individuals who committed the conspiring crimes will go to great lengths to terrorizes that same personal life to above criminal prosecution. In my opinion, most of the individuals who conspired together, to cause harm my life, have many political ties in the local rural community (Kent County) and the State of Michigan. As it would appear, these same individuals who have conspired to attack me would meet the criminal elements in my opinion being charged in a RICO case of political corruption. Additionally, I have provided below this email, several criminal statues regarding Racketeering criminal case statues and RICO criminal case statues. Lastly, being caught of that crime and placed in five by eight room, that comes with free room and board.

**-15 U.S.C. & 78u-6 (h)(1)(A)(iii) Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (establishing a civil action for wrongful discharge based on violation of 18 U.S.C. & 1513(e))**

**Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

**Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

**DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whileblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

- **Federal Acquisition Regulation; Contractor Business Ethics Compliance and Contractor Whistleblower Protection Rules. – 48 C.F.R. Ch. 1, 48 C.F.R. Subpart 3.900, 73 Federal Register 67064**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

- **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**
- **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

**False Claims Act, Whistleblower Antiretaliation 31 U.S.C. & 3730(h)**

- **U.S. ex rel. Yesudian v. Howard University, 163 F.3d 731 (D.C. Cir 1998) (board definition of protected activity).**

**ANDRESKI REPORT Binder# 2:**

- 1985(3) (conspiracy to violate a person's constitutional rights and privileges).
- 5th Amendment (right to due process).
- 6th Amendment (right to a fair trial with assistance of counsel).
  512 (obstruction of justice).
- Violations of 28 U.S.C. § 454 (practice of law by justices and judges).
- Violations of the Federal Rules of Civil Procedure 60(b).
- Relief from judgment or order for mistakes.
  26(e) (duty to supplement disclosures and responses in discovery).
  Excusable neglect, and newly discovered evidence, fraud.

**Title 18 U.S.C. 1341** (frauds and swindles through the mail).

## 18 USC 241: Conspiracy against rights:

**§241. Conspiracy against rights:**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## 1985(1) (conspiracy to prevent a federal officer from performing his duties). "ANDRESKI REPORT".

### 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights:

**(1) PREVENTING OFFICER FROM PERFORMING DUTIES:**

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

**(2) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES:**

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**United States v. Leon, 438 U.S. 897 (1984).**

### Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law.

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, then those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

When two or more individuals conspire to commit a crime together against any person and/or persons, as the conspiring individuals who agreed to commit the illegal conspiring crime together will also go to great lengths to coverup all criminal activity and/or bad faith acts the conspirers agreed upon. When destroying supporting evidence of criminal activity and/or swindling/bribing other individuals to commit a crime and/or illegally do bad faith act so the individuals who conspire that original I understand I am just a number, and my life is meaningless to most, but I want you to know I still take pride in our beautiful country "United States of America" and believe in our "Federal Justice System".

**- Title 18, U.S.C., Section 245 - Federally Protected Activities:**

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

5. A voter, or person qualifying to vote...;
6. a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
7. an applicant for federal employment or an employee by the federal government.
8. a juror or prospective juror in federal court; and
9. a participant in any program or activity receiving Federal financial assistance.

**Title 18 Chapter 95-Racketeering:**

**Sec. 1951.** – Interference with commerce by threats or violence. Additionally, it can be a common law tort where one party interferes with the contracts or relationships of another party.

**Sec. 1954.** – Offer, acceptance, or solicitation to influence operation of an employee benefit plan.

**Sec. 1959.** –Violent crime in aid of racketeering activity. (**12-18-2023** Shooting Vehicle window out" incident; **03-15-2024** "Slashing Tire" incident and prior incidents).

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than **five years**, or both.

**18 U.S.C. § 1962(c) Section 1962(c):**

Makes it unlawful for any person "employed by or associated with any enterprise" engaged in or affecting interstate or foreign commerce "to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. "12 For example, employees of the New York State Department of Motor Vehicles violated this provision by using the DMV to process fraudulent licenses and registrations for stolen vehicles in exchange for money.

**18 U.S.C. Chapter 31 EMBEZZLEMENT AND THEFT.**

**§648. Custodians, generally, misusing public funds.**

Whoever, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, loans, uses, or converts to his own use, or deposits in any bank, including any branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), or exchanges for other funds, except as specially allowed by law, any portion of the public moneys in trusted to him for safe-keeping, is guilty of embezzlement of the money so loaned, used, converted, deposited, or exchanged, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§650. Depositaries failing to safeguard deposits.**

If the Treasurer of the United States or any public depositary fails to keep safely all moneys deposited by any disbursing officer or disbursing agent, as well as all moneys deposited by any receiver, collector, or other person having money of the United States, he is guilty of embezzlement, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§656. Theft, embezzlement, or misapplication by bank officer or employee.**

Whoever, being an officer, director, agent or employee of, or connected in any capacity with any Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch or agency of a foreign bank, or organization operating under section 25 or section 25(a) [1] of the Federal Reserve Act, or a receiver of a national bank, insured bank, branch, agency, or organization or any agent or employee of the receiver, or a Federal Reserve Agent, or an agent or employee of a Federal Reserve Agent or of the Board of Governors of the Federal Reserve System, embezzles, abstracts, purloins or willfully misapplies any of the moneys, funds or credits of such bank, branch, agency, or organization or holding company or any moneys, funds, assets or securities in trusted to the custody or care of such bank, branch, agency, or organization, or holding company or to the custody or care of any such agent, officer, director, employee or receiver, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount embezzled, abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§658. Property mortgaged or pledged to farm credit agencies.**

Whoever, with intent to defraud, knowingly conceals, removes, disposes of, or converts to his own use or to that of another, any property mortgaged or pledged to, or held by, the Farm Credit Administration, any Federal intermediate credit bank, or the Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, any production credit association organized under sections 1131–1134m of Title 12, any regional agricultural credit corporation, or any bank for cooperatives, shall be fined under this title or imprisoned not more than five years, or both; but if the value of such property does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**§664. Theft or embezzlement from employee benefit plan**

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than five years, or both.

As used in this section, the term "any employee welfare benefit plan or employee pension benefit plan" means any employee benefit plan subject to any provision of title I of the Employee Retirement Income Security Act of 1974.

4. ***United States v. Enmons*, 410 U.S. 396 (1973)**, holding that violence undertaken by the parties to labor-management relations is "**wrongful**" only if they have no legitimate claim under the federal labor laws to the wages, benefits, and other property which they seek to obtain.

**§666. Theft or bribery concerning programs receiving Federal funds:**

(a) Whoever, if the circumstance described in subsection (b) of this section exists—

(1) being an agent of an organization, or of a State, local, or Indian tribal government, or any agency thereof—

(A) embezzles, steals, obtains by fraud, or otherwise without authority knowingly converts to the use of any person other than the rightful owner or intentionally misapplies, property that—

(i) is valued at $5,000 or more, and

(ii) is owned by, or is under the care, custody, or control of such organization, government, or agency; or

(B) corruptly solicits or demands for the benefit of any person, or accepts or agrees to accept, anything of value from any person, intending to be influenced or rewarded in connection with any business, transaction, or series of transactions of such organization, government, or agency involving anything of value of $5,000 or more; or

(2) corruptly gives, offers, or agrees to give anything of value to any person, with intent to influence or reward an agent of an organization or of a State, local or Indian tribal government, or any agency thereof, in connection with any business, transaction, or series of transactions of such organization, government, or agency involving anything of value of $5,000 or more; shall be fined under this title, imprisoned not more than 10 years, or both.

(b) The circumstance referred to in subsection (a) of this section is that the organization, government, or agency receives, in any one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance.

(c) This section does not apply to bona fide salary, wages, fees, or other compensation paid, or expenses paid or reimbursed, in the usual course of business.

(d) As used in this section—

(1) the term "agent" means a person authorized to act on behalf of another person or a government and, in the case of an organization or government, includes a servant or employee, and a partner, director, officer, manager, and representative;

(2) the term "government agency" means a subdivision of the executive, legislative, judicial, or other branch of government, including a department, independent establishment, commission, administration, authority, board, and bureau, and a corporation or other legal entity established, and subject to control, by a government or governments for the execution of a governmental or intergovernmental program;

(3) the term "local" means of or pertaining to a political subdivision within a State;

(4) the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States; and

(5) the term "in any one-year period" means a continuous period that commences no earlier than twelve months before the commission of the offense or that ends no later than twelve months after the commission of the offense. Such period may include time both before and after the commission of the offense.

I would like to mention in 2020, injuried USMS Operational employee "Criminal Investigator Deputy U.S. Marshal (CIDUSM)" Christopher Andreski respectfully requested (verbally), to W/MI USMS Acting Chief Deputy U.S. Marshal in his office to telework. While the USMS W/MI Acting Chief Deputy U.S. Marshal

brought my reasonable request before the former W/MI USMS Acting employee. The former W/MI USMS Acting employee declined to allow me to telework in the W/MI USMS office. During this time, I was confused regarding the former W/MI USMS Acting employee decision on not allowing me to telework, as many W/MI USMS employees have been allowed to telework in the past when they have been sick or injuried in the W/MI USMS District - **Sherbert v. Verner (1963)**. I have been told that the former Acting employee has sensed retired, which was unusually odd, sense the well-respected USMS Director Ronald Davis, selected the former USMS employee for the Acting USM position in the USMS Western District of Michigan. Justice Alito explains how the second amendment "the right to keep and bear arms" in his concurring opinion in case, **McDonald v. City of Chicago**, the right of self-defense.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

5. **Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.**

**15 U.S.C. & 78u-6 (h)(1)(A)(iii) Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (establishing a civil action for wrongful discharge based on violation of 18 U.S.C. & 1513(e))**

**Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964.**

6. **Beck v. Prupis, 529 U.S. 494 (2000) (limiting availability of RICO under the pre-Sarbanes-Oxley version of the federal obstruction of justice law).**

7. **DeGuelle v. Camilli, 664 F .3d 192 (7th Cir. 2011) (permitting whistleblower to file a Civil RICO case on violations of & 1514(e); the post-SOX federal obstruction of justice statute).**

8. **Federal Acquisition Regulation; Contractor Business Ethics Compliance and Contractor Whistleblower Protection Rules. – 48 C.F.R. Ch. 1, 48 C.F.R. Subpart 3.900, 73 Federal Register 67064. – (Interference when I was reporting crimes to city and local law enforcement agencies).**

Example: When I went to my local law enforcement agency "Kent County Sheriff Department" in 2023, regarding the safety and concerns that my family, friends, and I were having from the disturbing "Flying Drones". I explained to Detective Blue Shirt, how the Flying Drones have been stalking, harrassing and spying in my home residence for some time. The intimidation of these 'Flying Drones" also travels and how the unknown individuals were and currently are tampering of my personal vehicle "Good Feeling". While Detective Blue Shirt from the Kent County Sheriff's Department, was more concerned in asking me leading and baiting questions about my USMS work duties and how long I have been on DOL/OWCP work comp. It appeared that Detective Blue Shirt from the Kent County Sheriff's Department, was being directed not to help me, while stating several times it sounds like a USMS matter. While W/MI USMS Management placed injuried Criminal Investigator Deputy U.S. Marshal (CIDUSM) Christopher Andreski in many situations of disadvantages and without his USMS tools and USMS identifiers and expecting CIDUSM Christopher Andreski to perform his USMS Operational Duties, as one could think these illegal acts could be USMS matter. In fact, these illegal acts would appear to be handled by the Department of Justice OIG Criminal Investigation Division and the FBI. **"Title 18, U.S.C., Section 245", Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights – (1) PREVENTING OFFICER FROM PERFORMING DUTIES, (2) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES, 18 USC 241: Conspiracy against rights, Title 18, U.S.C., 18 USC 241: Conspiracy against rights, Section 242 - Deprivation of Rights Under Color of Law, 1985(1) (conspiracy to prevent a federal officer from performing his duties).**

Justice Alito explains how the second amendment "the right to keep and bear arms" in his concurring opinion in case, **McDonald v. City of Chicago**, the right of self-defense. Justice Alito cited examples from amicus briefs in which individuals brandished a firearm in public in order to save some-one who was being attacked. Justice Alito then cited examples of a gay man in Arkansas who was being attacked by four gay-bashers However, a friend of the victim pulled out a pistol and stopped the brutal attack. Justice

Alito also cited the example of a woman in Jefferson City, Tennessee, who was being attacked until a bystander pulled out a firearm and saved a woman....

**False Claims Act, Whistleblower Antiretaliation 31 U.S.C. & 3730(h)**

> **U.S. ex rel. Yesudian v. Howard University, 153 F.3d 731 (D.C. Cir 1998) (board definition of protected activity).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h)**

> **Moore v. California Institute of Technology, 275 F.3d 838 (9th Cir. 2002). Elements of Major Fraud Act.**
> **Statue does not have a filing deadline, see Graham County v. U.S. ex rel. Wilson, 545 U.S. 409 (2005).**

**Law are published at 29 C.F.R. Part 1983.**

**BANK – Section 1507 of the Dodd-Frank Act, codified at 12 U.S.C. & 5567. – The Bureau of Consumer Financial Protection, "The CFSL Bulletin (July 23, 2010). – FBI.**

> **12 U.S.C. 1831j (FDIC); 31 U.S.C. & 5228.**

**Refusing to Perform Dangerous Work: Whirlpool Corp. v. Marshall, 445 U.S. 1 (1980) (OSHA); NLRB v. Washington Aluminum Co., 370 U.S. 9 (1962) (NLRB); Gateway Coal Co. v. United Mine Workers, 414 U.S. 368 (1974).**

**18 U.S.C. § 1962**: Prohibited Activities Section 1962(a), (b), and (c) set forth the substantive prohibited activities. Section 1962(d) makes it unlawful to conspire to commit any such prohibited activities. Each of the prohibited activities includes, as a necessary element, proof of a "pattern of racketeering activity" or "collection of an unlawful debt. "6

> **Question# 1:** What would you do if two or more individuals have conspired, to not only destroy your life but also cause your family, friends, and yourself harm?
>
> **Question# 2:** What does a United States American citizen do, in the United States of America, when your local law enforcement agency is being influenced by political corruption, political interference and political influence?
>
> **Question# 3:** Regarding the statement that the Senior Medical Doctor in Oklahoma City, OK, stated to me, that "**Law does not matter**". Would the U.S. Department of Justice OIG Criminal Division, Federal Bureau of Investigation, U.S. Attorney Mark A. Totten for the Western District of Michigan, U.S. Attorney Dawn N. Ison for the Eastern District of Michigan agree with the Senior Medical Doctor statement, "**Law does not matter**"?

On **03-18-2024** at **1338 hours** , I "Christopher Andreski" called "911" the (Southfield Police Department) to respond to the third (3rd) floor of the Southfield, MI library. The reason I "Christopher Andreski" called the police was because I am in fear of my life from the unknown individuals who appear been hired to harrass , stalk, tamper with my persoanal computer (PII Sensitive Information), tampering with mobile phone, and potentially

**From:** Chris Andreski
**Sent:** Thursday, March 21, 2024 4:51 PM
**To:** Casey Patterson; Matt Frain; Monica.janiskee@kentcountymi.gov ; Chris.Becker@kentcountymi.gov
**Cc:** LARA-BCC-RBS-Licensing; LARA-taxtrib; LARA-BCC-RBS-Compliance; MSHDA-HO-HAF-Program@michigan.gov; taxtrib@michigan.gov; Mark Hampton; buildingdept@grattantownship.org; tbosch@pcimi.com; aandrus@grcity.us; jhagstrom@grcity.us; senator@stebenow.senate.gov; supervisor@grattantownship.org; Congressman John Moolenaar; bryanposthumus@house.mi.gov; Michigan Attorney General; kctreasurer@kentcountymi.gov; senroutman@senate.michigan.gov; Regs; Scott Graham; Monica.janiskee@kentcountymi.gov; Chris.Becker@kentcountymi.gov; bccbldg2; taxtrib@michigan.gov; Mark Hampton
**Subject:** RE: Supporting Evidence Proof of Service and Questions: Grattan Township Building Inspector Casey Patterson and Grattan Township Property Tax Assessor Matt Frain Property Tax Questions and Concerns.

Grattan Township Building Inspector Casey Patterson,

I have respectfully attached the 2021 Michigan Building Inspector Metro Roster (contact information) document to this email here today, which outlines online **"casepatterson55@gmail.com"** as your Michigan Building Inspector email online to the public of the United States of America. The second document that is attached behind the registered 2021 Michigan Building Inspector Metro Roster (contact information), is regarding your two (2) separate dated building inspection signed receipts. Grattan Township Building Inspector Patterson I want you to focus on your first Building Inspection Nelson Township, MI receipt, that is signed and dated by you on **09-16-2020**. Building Inspector Patterson as you are aware, my unfinished home that has structural foundation damage is located in Grattan Township, MI (Kent County). This is why I included your 2021 Michigan Metro Roster Building Inspector email that is open to the public online in my email. Furthermore, I do not think it would be unreasonable to include your 2021 Michigan Building Inspector email that is listed online, but I will remove your 2021 Michigan Building Inspector online public email / personal email from the email chain.

I would respectfully request again, Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain and other Grattan Township employees kindly answer the respectful inquiry questions that I "Christopher Andreski" sent to all Grattan Township, MI (Kent County) parties on **02-29-2024** and on **03-14-2024**. Furthermore, if anyone has information of the individual or individuals who are looking to harm me, please let me and our local law enforcement agency, as someone has slashed/stabbed my personal vehicles tire on the sidewall.

Thank you again for your time.

Respectfully,
Christopher Andreski

**"We're blessed with the opportunity to stand for something**
**for liberty and freedom and fairness.**
**And these are things worth fighting for,**
**worth devoting our lives to"**

**-Ronald Regan**

**From:** Casey Patterson
**Sent:** Thursday, March 14, 2024 2:33 PM
**To:** Chris Andreski
**Cc:** Mark Hampton; buildingdept@grattantownship.org; tbosch@pcimi.com; kevin@pcimi.com; aandrus@grcity.us; jhagstrom@grcity.us; senator@stebenow.senate.gov; supervisor@grattantownship.org; Congressman John Moolenaar; bryanposthumus@house.mi.gov; Michigan Attorney General; kctreasurer@kentcountymi.gov; senroutman@senate.michigan.gov; Regs; Scott Graham; Monica.janiskee@kentcountymi.gov; Chris.Becker@kentcountymi.gov; bccbldg2
**Subject:** Re: Supporting Evidence Proof of Service and Questions: Grattan Township Building Inspector Casey Patterson and Grattan Township Property Tax Assessor Matt Frain Property Tax Questions and Concerns.

Mr Andreski,
Please remove my personal email ( casepattetson55@gmail.com) address from this email string. This is my personal email and not to be used for work issues.
I will communicate through my email address at Grattan Township which is already in this email string.
Thank you
Casey Patterson
Sent from my iPhone

On Mar 14, 2024, at 11:36 AM, Chris Andreski <andreskichris@outlook.com> wrote:

**From:** Chris Andreski
**Sent:** Wednesday, March 13, 2024 10:25 AM
**To:** Matt Frain; casepatterson55@gmail.com; buildingdept@grattantownship.org; LARA-taxtrib; LARA-BCC-RBS-Licensing; LARA-BCC-RBS-Compliance; LARA-BCC-Compliance; bccbldg2; taxtrib@michigan.gov; Regs; OIG Hotline; Mark Hampton
**Cc:** tbosch@pcimi.com; kevin@pcimi.com; aandrus@grcity.us; jhagstrom@grcity.us; senator@stebenow.senate.gov; supervisor@grattantownship.org; Congressman John Moolenaar; bryanposthumus@house.mi.gov; Michigan Attorney General; kctreasurer@kentcountymi.gov; senroutman@senate.michigan.gov; Regs; Scott Graham; Monica.janiskee@kentcountymi.gov ; Chris.Becker@kentcountymi.gov; bccbldg2; Congressman John Moolenaar
**Subject:** Supporting Evidence Proof of Service and Questions: Grattan Township Building Inspector Casey Patterson and Grattan Township Property Tax Assessor Matt Frain Property Tax Questions and Concerns.

Good Morning,

Today is March 13th, 2024, while sun is shining this morning in our Beautiful and Shining "Pure Michigan" State that we all call home, as I hope everyone's health and well-being

is doing well today. Now, I would respectfully request to the following employees in Grattan Township, MI (Kent County), that Grattan Township Supervisor Frank Force, Grattan Township Building Inspector Casey Patterson, and Grattan Township Property Tax Assessor Matt Frain respond to my inquiry questions below. My family, friends and I believe that no individual in Grattan Township, Kent County, Michigan, or the United States of America should ever be targeted and to experience this traumatic life experience that I present to you today. I want to thank you in advance, for taking your time and consideration to read and review my inquiry questions, documents and color pictures regarding my unfinished new home (4-year build) that has Major Structural Foundation damage (Huge Cracks) to my unfinished home.

Grattan Township Building Inspector **Casey Patterson,**

**Questions:**

1. Does my builder Tom Pifer the owner of TLP Contractors, have any family relationship to you in anyway Casey Patterson?

2. Grattan Township Building Inspector Casey Patterson, why would you allow the builder to build my unfinished new home on a "Structural Damage Foundation" that has a **"Preexisting 15ft crack"** in the middle of my unfinished new home structural basement wall foundation?

3. Grattan Township Building Inspector Casey Patterson, is your position as a building inspector for Grattan Township (Kent County) to ensure that all builders that build new residential homes in Grattan Township, MI (Kent County) are not violating Michigan building codes and are following the proper standards of the Michigan Building Code Standards?

4. Grattan Township Building Inspector Casey Patterson, do Michigan builders normally build new homes on a structural concrete foundation that has a **"HUGE Preexisting 15ft crack"** in the middle of the structural foundation?

5. Grattan Township Building Inspector Casey Patterson, why does my unfinished home basement foundation floor have major cracks in the structure of the foundation basement floor?

6. Grattan Township Building Inspector Casey Patterson, is it normal to install structural foundation concrete walls first, prior to installing a foundation concrete basement structural floor?

7. Grattan Township Building Inspector Casey Patterson, is it normal what appears that my builder had concrete installed over small peas stone rocks when my builder built the concrete foundation structural basement structural floor.

Grattan Township Property Tax Assessor
**Matt Frain,**

**Questions:**

1. I would respectfully inquire to Grattan Township Property Tax Assessor **Matt Frain**, in the matter regarding why my residential home residence property taxes "12491 Woodland Park Dr. NE Belding, MI 48809" (Kent County) have been reappraised and raised again?

2. Grattan Township Property Tax Assessor **Matt Frain** are aware that my unfinished home/property tax appeal case before the Michigan Tax Tribunal, is still pending before the State of Michigan Tax Tribunal (LARA -Home/Property Tax Division)?

3. Grattan Township Property Tax Assessor **Matt Frain** are you also aware that we are still waiting for In-Person hearing date before the Michigan Tax Tribunal, regarding my unfinished home residence that has major structural foundation damage?

4. Grattan Township Property Tax Assessor **Matt Frain or any Grattan Township Employee,** have heard of anyone from a financial institute or anyone from an insurance company, that has inquired about my "person" "Christopher Andreski" or my home "12491 Woodland Park Belding, MI 48809? If so, please don't hesitate to inform by email at Andreskchris@outlook.com, along with my Attorney Counsel Mark Hamilton and Attorney Counsel Scott Graham.

    1. I would like to mention the financial burden from being forced to appeal my unfinished home property taxes before the State of Michigan Tax Tribunal (LARA -Home/Property Tax Division), has also impacted members of my family health and my health from being targeted and attacked.

**Respectfully Inquiring Questions from Christopher Andreski.**

2. Due to the threats to my life and harm that I have endured, I respectfully inquire this question, as I mean no disrespect to anyone. While I would respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township Supervisor Frank Force, or anyone who is employed at Grattan Township has any information of the unknown individuals who are harrassing and terrorizing my life, with flying drones that hover over my home "12491 Woodland Park Dr. NE Belding, MI 48809" while trying to look inside my homes curtilage every night (4th Amendment Violation)? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please.

3. Does Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township Supervisor Frank Force, or anyone who is employed at Grattan Township have any information of the flying drones that follow me when I am driving my vehicle during the evening hours? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please. FYI: These Flying Drones have in the past obstructed my view while driving my vehicle, it is not good feeling.

4. I would again respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, or Grattan Township Supervisor Frank Force or anyone that is employee in Grattan Township has any information of anyone tampering with my "Christopher Andreski" United States Postal Service (USPS) mail? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham and to the proper law enforcement authorities please.

5. Why am I "Christopher Andreski" being targeted and terrorized, which makes me feel in fear of my life at times?

6. Is Christopher Andreski who grew up in the Metro Detroit, Michigan, allowed to have the same "Pure Michigan" equal protected rights while residing in the Western District of Michigan (Kent County)?

Thank you for your time, in this concerning and turmanic experience matter.

Respectfully,
Christopher Andreski

<35B51095361D4BB885F40F1608D77106.png>
**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, February 29, 2024 4:09:51 PM

**To:** casepatterson55@gmail.com <casepatterson55@gmail.com>; buildingdept@grattantownship.org <buildingdept@grattantownship.org>; Matt Frain <assessor@grattantownship.org>
**Cc:** supervisor@grattantownship.org <supervisor@grattantownship.org>; taxtrib@michigan.gov <taxtrib@michigan.gov>; senroutman@senate.michigan.gov <senroutman@senate.michigan.gov>; Levengood, Vicki (MDCR) <LevengoodV@michigan.gov>; bccbldg2 <BCCBLDG2@Michigan.gov>; LARA-BCC-RBS-Compliance <LARA-BCC-RBS-Compliance@michigan.gov>; LARA-BCC-RBS-Licensing <LARA-BCC-RBS-Licensing@michigan.gov>; Mark Hampton <mark.hampton@algtaxsolutions.com>; LARA-taxtrib <LARA-taxtrib@michigan.gov>; Monica.janiskee@kentcountymi.gov <Monica.janiskee@kentcountymi.gov>; Scott Graham <sgraham@scottgrahampllc.com>; bryanposthumus@house.mi.gov <bryanposthumus@house.mi.gov>; Congressman John Moolenaar <MI02JMima@mail.house.gov>; BPL-Complaints <BPL-Complaints@michigan.gov>
**Subject:** Proof of Service - 1 of 2 Questions: Grattan Township Building Inspector Casey Patterson and Grattan Township Property Tax Assessor Matt Frain and Supporting Evidence.

Dear Grattan Township Building Inspector Casey Patterson / Grattan Township Property Tax Assessor Matt Frain,

On 02-27-2024, I "Christopher Andreski" have summitted supporting documentation to you "Building Inspector Casey Patterson" at Grattan Township (Kent County). The supporting information that I hand delivered to Grattan Township employee Michelle Alberts on 02-27-2024, told me she was going to place the supporting documentation packet that I summited to her on your desk in Grattan Township. Additionally, the supporting documentation I summitted to you "Building Inspector Patterson" consist of the detailed information in the attachment in this email, regarding the number of issues in my Unfinished home residence along with the Strutucial Foundation Damage to my unfinished home (Address: 12491 Woodland Park Dr. NE Belding, MI 48809 - Kent County). Furthermore, I wrote up a detailed summary list that consists of three-page and that I had notarized, for you Building Inspector Patterson. The detailed notarized summary list consists of the major issues that pertain to the unfinished work to my unfinished home. While the detail notarized summary list also provides "you" (Building Inspector Patterson), a detail list of the color images of supporting evidence that pertains to the Structural Foundation Damage of each of the three "3-BIG CRACKS" that are ingrained in the middle of my unfinished basement wall foundation.

Question for Grattan Township Building Inspector **Casey Patterson** (Kent County):

1. Grattan Township Building Inspector Casey Patterson have completed the two (2) separate Michigan Building Inspection Reports that I have requested, regarding Michigan COMPL-LIC2300956 and Michigan COMPL-LIC2300957? If so, I would respectfully request that "you" Grattan Township Building Inspector Casey Patterson kindly provide me with a copy of each of your Michigan "Building Inspection Reports", regarding to Michigan COMPL-LIC2300956 and

Michigan COMPL-LIC2300957 be sent to my personal email at Andreskchris@outlook.com.

Question for Grattan Township Property Tax Assessor **Matt Frain** (Kent County).

1. I would respectfully inquire to Grattan Township Property Tax Assessor **Matt Frain**, in the matter regarding why my residential home residence property taxes "12491 Woodland Park Dr. NE Belding, MI 48809" (Kent County) have been reappraised and raised again?

1. Grattan Township Property Tax Assessor **Matt Frain** are aware that my unfinished home/property tax appeal case before the Michigan Tax Tribunal, is still pending before the State of Michigan Tax Tribunal (LARA -Home/Property Tax Division)?

1. Grattan Township Property Tax Assessor **Matt Frain** are you also aware that we are still waiting for In-Person hearing date before the Michigan Tax Tribunal, regarding my unfinished home residence that has major structural foundation damage?

1. Grattan Township Property Tax Assessor **Matt Frain or any Grattan Township Employee,** have heard of anyone from a financial institute or anyone from an insurance company, that has inquired about my "person" "Christopher Andreski" or my home "12491 Woodland Park Belding, MI 48809? If so, please don't hesitate to inform by email at Andreskchris@outlook.com, along with my Attorney Counsel Mark Hamilton and Attorney Counsel Scott Graham.

    1. I would like to mention the financial burden from being forced to appeal my unfinished home property taxes before the State of Michigan Tax Tribunal (LARA -Home/Property Tax Division), has also impacted members of my family health and my health from being targeted and attacked.

**Respectfully Inquiring Questions from Christopher Andreski.**

1. Due to the threats to my life and harm that I have endured, I respectfully inquire this question, as I mean no disrespect to anyone. While I would respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township Supervisor Frank Force, or anyone who is employed at Grattan Township has any information of the unknown individuals who are harrassing and terrorizing my life, with flying drones that hover over my home "12491 Woodland Park Dr. NE Belding, MI 48809" while trying to look inside my homes curtilage every night (4th Amendment Violation)? If so, please don't

hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please.

1. Does Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, Grattan Township Supervisor Frank Force, or anyone who is employed at Grattan Township have any information of the flying drones that follow me when I am driving my vehicle during the evening hours? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham, and to the proper law enforcement authorities please. FYI: These Flying Drones have in the past obstructed my view while driving my vehicle, it is not good feeling.

1. I would again respectfully inquire, if Grattan Township Building Inspector Casey Patterson, Grattan Township Property Tax Assessor Matt Frain, or Grattan Township Supervisor Frank Force or anyone that is employee in Grattan Township has any information of anyone tampering with my "Christopher Andreski" United States Postal Service (USPS) mail? If so, please don't hesitate to let me know, along with my Attorney Counsel Scott Graham and to the proper law enforcement authorities please.

Thank you for your time in this matter and God Bless Everyone.

Respectfully,
Christopher Andreski

<EF93EC6E678F417B8006AA7BFE87F88E.png>
**From:** Casey Patterson <buildingdept@grattantownship.org>
**Sent:** Monday, February 12, 2024 12:14:26 PM
**To:** Chris Andreski <andreskichris@outlook.com>
**Subject:** RE: schedule inspection

I can inspect on Mondays and Wednesdays, both days would be late morning appointments.
I have tried to contact you by phone, but your voicemail is full..

Grattan Township
12050 Old Belding Rd
Belding, Mi. 48809

Casey Patterson

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, January 29, 2024 4:52 PM
**To:** Casey Patterson <buildingdept@grattantownship.org>; Casey Patterson <buildingdept@grattantownship.org>

**Cc:** bccbldg2 <BCCBLDG2@Michigan.gov>; Scott Graham <sgraham@scottgrahamplic.com>; LARA-BCC-RBS-Compliance <LARA-BCC-RBS-Compliance@michigan.gov>; LARA-BCC-RBS-Licensing <LARA-BCC-RBS-Licensing@michigan.gov>; Michelle Alberts <clerk@grattantownship.org>; Mark Hampton <mark.hampton@algtaxsolutions.com>
**Subject:** [External] RE: schedule inspection

Dear Grattan Township Building Inspector Casey Patterson,

I have been out of state for a minute. I would respectfully request another timeframe in February, so I can coordinate with my medical appointments and long with time to coordinate with my attorney and family? I have attached documents in this email of the Proof of Service I sent to your building inspection office at Grattan Township. Additionally, I have attached colored pictures for you to review, relevant new construction building documents for you to review and TLP Contract. I will scan you a copy of the recent pictures of my Unfinished Homes deck pictures that have also several Structal and Safety concerning issues.

Thank you for your time in this matter.

Respectfully,
Christopher Andreski
586-321-4113

<01D764B33236484FB78EBFC3C4CFB93E.png>
**From:** Casey Patterson <buildingdept@grattantownship.org>
**Sent:** Monday, January 22, 2024 1:30:56 PM
**To:** andreskichris@outlook.com <andreskichris@outlook.com>
**Subject:** schedule inspection

Hi,
I have either Wednesday Jan 24 at 10 am open or Jan 29 sometime late morning available to inspect code issues related to your complaint with the State of Michigan. Please schedule through Laura ate the Township office 616 691-8450

Grattan Township
12050 Old Belding Rd
Belding, MI. 48809

Casey Patterson

<New New 02-27-2024 - Three pages of detail exhibits to Building Inspector Casey Patterson Grattan Township and to Gattand Township Property Tax Assesor Matt Frain.pdf>

**From:** Chris Andreski
**Sent:** Thursday, May 9, 2024 2:00 PM
**To:** Alex.Neville@usdoj.gov; Jeffery.Lour@usdoj.gov; Cheryl.Jacobs@usdoj.gov; Marshall, Velicia (USMS); Carter, Ronald (USMS) <rcarter@usms.doj.gov>; Ronald.Carter@usdoj.gov; Ronald_Carter@usdoj.gov; Dianne.Cambell@usdoj.gov; Dianne_Campbell@usdoj.gov; DCambell@usdoj.gov; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov>; Phillip_Patterson@usdoj.gov; PPatterson@usdoj.gov; Phillip.Patterson@usdoj.gov; Beth_Brown-Ghee@usdoj.gov; Brown-Ghee, Beth (USMS); BBrown-Ghee@usdoj.gov; Jeffery.Mans@usdoj.gov; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Jeffery_Mans@usdoj.gov; JMans@usdoj.gov; Susan_Gibson@usdoj.gov; Susan.Gibson@usdoj.gov; SGibson@usdoj.gov; Sharon.Purnell@usdoj.gov; Sharon_Purnell@usdoj.gov; Billy_Atwater@usdoj.gov; Atwater, Billy (USMS); BAtwater@usdoj.gov; Ronald.Davis@usdoj.gov; Brendan.Gordan@usdoj.gov; Caine, Simon (USMS); Bullock, Cedric (USMS); Sherman, Sarah (USMS); Marshall, Velicia (USMS) <VMarshall@usms.doj.gov>; Marshall, Velicia (USMS); Atwater, Billy (USMS); Schmidt, Beverly (USMS); usms-benefits@usdoj.gov; usms-benefits@usms.doj.gov; usmsbenefits@usms.doj.gov; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Brown-Ghee, Beth (USMS); oce@mail.house.gov; Sherman, Sarah (USMS); Jarrod.Bruner@usdoj.gov; Sandee.Burkemper@usdoj.gov; darnell.sims@usdoj.gov; Phillip.Patterson@usdoj.gov; Kevin.Riley@usdoj.gov; Lisa.Dickinson@usdoj.gov; Mark.Pittella@usdoj.gov
**Cc:** OAJL-NewportNews@dol.gov; Patto, Patricia M - OALJ; ARB-Correspondence; Scott Graham; VictimsRights@fbi.gov; criminal.division@usdoj.gov; Congressman John Moolenaar; MSPB; RFR; antitrust.atr@usdoj.gov; antitrust.leniency@usdoj.gov; USAMIE-Civil Rights (USAMIE); USAMIW-CIVILRIGHTS; FCS.CRT@USDOJ.GOV; summer.duncan@usdoj.gov
**Subject:** Questions Regarding CN-1032 Form Benefits - Criminal Retaliation Concerns - USMS DOL OWCP Injury Questions and Concerns.

United States Marshal Service Director Ronald Davis, USMS U.S. Department of Labor OWCP Specialist / USMS Office of General Counsel,

1. Christopher Andreski recently received the CN-1032 form from the U.S. Department of Labor Office of Workman's Compensation Program. Does Christopher Andreski have to complete the CN-1032 form?

2. If Christopher Andreski must complete the CN-1032 form that has Christopher Andreski PII Sensitive Information on the CN-1032 form, then where does Christopher Andreski have to summit the competed CN-1032 forms and to who?

3. Question three (3) of the CN-1032 form, are 1811 Criminal Investigator Deputy U.S. Marshals covered under the Armed Forces? If so, does Christopher Andreski "receive benefits from the (VA) disability award resulting from the United States? Yes or No?", **CN-1032 Question# 3 a**.

4. Question three (3) of the CN-1032 form, does Christopher Andreski have a Arm Forces file number? **CN-1032 Question# 3 b**.

5. Question three (3) of the CN-1032 form, does Christopher Andreski have a percentage of Christopher Andreski VA award increased since injury for which Christopher Andreski is receiving benefits under the FECA? **CN-1032 Question# 3 c.**

6. Can you send information on receiving Dual Benefits, which will help Christopher Andreski pay for medical bills, medical travel and other bills.

7. Does the USMS want Christopher Andreski to file a CA-1 for my Left Foot injury that is related to my USMS work injury Left Knee Master DOL/OWCP Case?

A promptly response would be much appreciated by the USMS U.S. Department of Labor OWCP Specialist.

On other news, while Christopher Andreski has summited seven (7) online complaints to the U.S. Postal Inspector Office, regarding Christopher Andreski PII Sensitive Information (Mail Fraud/Identify Theft) USPS mail being stolen, and USPS mail being tampered with. If anyone has any information of the Criminals who are **Knowingly, Willingly and Wantonly** stealing/tampering with Christopher Andreski PPI Sensitive Information USPS mail through the United States Postal Service, please let Christopher Andreski, Attorney Counsel Scott Graham and the FBI know as soon as possible. Addionally, Christopher Andreski has several more online USPS mail fraud / USPS mail identity theft (PII Sensitive Information) complaints to file with the U.S. Postal Inspector Office but is waiting to file because Christopher Andreski and his Attorney Counsel Scott Graham have been contacted by the approate federal USPS law enforcement agency. Christopher Andreski can only hope and pray to God that this is not another act of retaliation, towards Christopher Andreski. While retaliation is a crime itself, stealing and tampering USPS mail is also a Felony Crime Offense: **"Title 18 U.S.C. 1341".**

These unknown criminals who are **Knowingly, Willingly and Wantonly** attacking Christopher Andreski life and family by shooting out Christopher Andreski rear panel vehicle window on **12-18-2023**, while Christopher Andreski "Grandmother" was sitting in passenger seat of the vehicle. United States Marshal Service Director Ronald Davis do you or anyone in the USMS have any information about the **12-18-2023**, shooting incident to Christopher Andreski rear panel window, that occurred in the **Eastern District of Michigan**? Then on **03-15-2024**, Christopher Andreski vehicle tire was slashed/puckered on the sidewall of his vehicle tire. The concerns Christopher Andreski raises in this hate crime incident that occurred in the **Western District of Michigan**, is that someone could have been seriously hurt if Christopher Andreski vehicle tire would have exploded on the highway. While this hate crime appears to be another retaliation crime from CIDUSM Christopher Andreski Whistleblowing Complaints. Furthermore, the unknown criminals who are **"Knowingly, Willingly, and Wantonly"** attacking and terrorizing Christopher Andreski life, health, and well-being, also are impacting Christopher Andreski' s family and friends' life, health and well-being.

On **03-18-2024**, Christopher Andreski was seating in the Quiet Zone area of the library, which was in the Eastern District of Michigan, as Christopher Andreski had countersurveillance over the over the unknown countersurveillance on Christopher Andreski. Christopher Andreski

witness wrote a notarized affidavit, from the unknown individuals who are "**Knowingly, Willingly, and Wantonly**" terrorizing Christopher Andreski life, health, and well-being.

**January of 2024**, Christopher Andreski has confirmed confirmation that Christopher Andreski is on some type of "**Medical Blacklist**", which was confirmed by an out-of-state Medical Doctor, MD. This "**Medical Blacklist**" is preventing Christopher Andreski receiving the proper medical care and medical treatment for Christopher Andreski USMS work injuries DOL/OWCP cases (FECA).

**CIDUSM Christopher Andreski Questions:**

While W/MI USMS CIDUSM Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis inquire with the Western District of Michigan USMS Acting U.S. Marshal Joseph Guzman, regarding who has possession of W/MI USMS CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does W/MI USMS Acting U.S. Marshal Joseph Guzman know the whereabouts of CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Does the W/MI USMS Acting U.S. Marshal Joseph Guzman have any knowledge of former W/MI USMS employee Bruce Nordin illegally stealing or obtaining any of CIDUSM Christopher Andreski "PII Sensitive Information" or CIDUSM Christopher Andreski "USMS Credentials and USMS Badge"? Do the leaders of the USMS, OGC or United States Marshal Service Director Ronald Davis, have any knowledge of CIDUSM Christopher Andreski **"PII Sensitive Information" or "USMS Credentials and USMS Badge" being illegally released, illegally tampered with, or illegally stolen?** If so, this would be a good time to be honest with the U.S. Department of Justice Criminal Division and the U.S. Department of Justice Attorney General Merrick B. Garland, and of course to my Attorney Counsel Scott Graham and CIDUSM Christopher Andreski. While CIDUSM Christopher Andreski would hope that the U.S. Department of Justice Attorney General Merrick B. Garland and United States Marshal Service Director Ronald Davis would not stand or tolerate whistleblowing retaliation crimes towards any U.S. Department of Justice employee, USMS employee or anyone in general. CIDUSM Christopher Andreski whistleblowing complaints and supporting evidence was summitted to the U.S. Department of Justice Civil Division, U.S. Department of Justice Criminal Division, Office of Special Counsel (OSC) and to other approate law enforcement agencies.

CIDUSM Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis inquire to W/MI USMS employee CIDUSM Tony Casper laughing statement on 06-30-2021. While on 06-30-2021, in the Western District of Michigan USMS managers had their annual district all USMS staff meeting in the conference room on the 7th floor. During the conversation meeting, CIDUSM Christopher Andreski name was one topic that was discussed with all **Western District of Michigan** USMS employees, this is where CIDUSM Tony Casper stated while laughing and I quote **"I don't know if I would give Andreski his gun back, after what "WE" did to him (CIDUSM Christopher Andreski)"**. CIDUSM Christopher Andreski question to United States Marshal Service Director Ronald Davis, what did CIDUSM Tony Casper and W/MI USMS employee's **Knowingly, Willingly** and **Wantonly** do to injuried Criminal Investigator Deputy U.S. Marshal Christopher Andreski?

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, Christopher Andreski have to exhaust his Thrift Saving Account (TSP), due to Christopher Andreski paying medical bills for his USMS injuries DOL/OWCP injury cases, vandalism to Christopher Andreski personal property/home, and being forced to hire a Federal Disatibilty Attorney who had Christopher Andreski benefits USMS DOL/OWCP reinstated from being illegally cut-off?

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, the USMS had

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family why, the USMS Office of General Counsel Attorney Simon Caine was attempting or did illegally obtain Christopher Andreski PII Sensitive Information Personal (**Medical Documents**)? FYI: Recording and Transcripts do not lie Mr. Caine.

USMS Office of General Counsel Attorney Simon Caine and USMS Office of General Counsel Attorney Cedric Bullock, can you explain to Christopher Andreski and his family, why the fraud to Criminal Investigator Deputy U.S. Marshal Christopher Andreski benefits has not been addressed by the USMS? In fact, it has been almost over two (2) years now. Maybe the FBI can assist the USMS OFFICE of General Counsel, I hear the FBI is well versed in financial fraud crimes.

United States Marshal Service Director Ronald Davis can you explain to Christopher Andreski and his family, why Christopher Andreski PII Sensitive Information is being released by the USMS to third parties without Christopher Andreski permission or consent? How would you feel?

United States Marshal Service Director Ronald Davis Christopher Andreski wanted you to be aware that OPM is investigating Christopher Andreski PII Sensitive Information that appears to be stolen. Christopher Andreski suspects the USPS mail fraud and USPS mail identity theft crimes are occurring with someone in the United States Postal Service (Sunday). Christopher Andreski also wanted you to be aware, that by chance if anyone in the USMS ever worked for **OPM** prior to coming to our W/MI USMS family, maybe someone should be looking into that person. FYI: The FBI calls this a clue.

When CIDUSM Christopher Andreski signed a USMS form USM-2 on **04-23-2010**, by former United States Marshal Service Director John F. Clark. The USM-2 form stated "I **Christopher Andreski do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and will enforce the laws thereunder, execute all lawful precepts directed to me under authority of the United States, and in all things faithfully execute the duties of the office of Deputy United States Marshal during my continuance in office. So help me God.**". Now, United States Marshal Service Director Ronald Davis, I want to be aware, no one in the United States of America the land of the free has the right to terrorizes anyone life or family.

Christopher Andreski wanted to inform his family, friends, and colleges that when criminals commit crimes, criminals will do almost anything not to get caught from there **knowingly,**

**willingly, and wantonly** criminal actions. Why do you think these illegal attacks are occurring to Christopher Andreski family, friends, and himself, ask yourself that? While Christopher Andreski not only believes but trusts our United States of America Federal Justice System, as he knows many of you do as well. Attorney Counsel Scott Graham told Christopher Andreski to stay strong in 2022, and while Christopher Andreski will always keep the "warrior mind set" and to always stay strong but also will never give up from ANY illegal evil criminal attacks. Now, Christopher Andreski will only do what reasonable person he believes would do, which Christopher Andreski would only hope that United States Marshal Service Director Ronald Davis would agree in Christopher Andreski decesion, to keep reporting the pattern of illegal crime acts that these criminals are **knowingly, willingly,** and **wantonly** doing to the U.S. Department of Justice OIG Criminal Division, and to the proper law enforcement authorities.

Christopher Andreski also wanted to inform his USMS D.C. Superior Court colleges that he will sending a separate email, regarding the health conditions and hazards the USMS had us working in while assigned to the D.C. Superior Court Cellblock. While Christopher Andreski encourages every USMS employee who worked in the D.C. Superior Court USMS cellblock prior to the USMS Cellblock renavation (Per-OSHA), to see **your own personal** Pulmonologist Doctor. In Christopher Andreski email to his colleges there will a special DOJ/OSHA audit report of D.C. Superior Court, regarding the health conditions and health harazids the USMS had us all work in. Christopher Andreski also going to provide a D.C. Superior Court public record, from an honor attorney in the District of Colombia. While Christopher Andreski main concern of making every USMS employee who worked health hazard conditions, while assigned to the D.C. Superior Court USMS Cellblock is for the purposes of every USMS employee and their families health and well-being. As Christopher Andreski can only assume that United States Marshal Service Director Ronald Davis would also agree and encourage each USMS employee who worked in the time-period of the health hazard conditions in the D.C. Superior Court USMS cellblock, to be medically examined by their **own personal** Pulmonologist Doctor.

Lastly, Christopher Andreski would respectfully request that United States Marshal Service Director Ronald Davis understand, that every Operational USMS employee dedicates their life around Honor, Justice, Integrity, and Service. Now, no USMS manager or USMS employee should every abused there USMS leadership position, tools, or sources, to conspire with others to terrorizing anyone's life in the United States of America. Recently in 2023, I believe there was a unbecoming Criminal Investigator Deputy U.S. Marshal who was out of California, and recently was sentenced in Federal Court to serve a term of ten (10) years in Federal Bureau Prison (Club Fed), for some of the same illegal terrorizing attacks Christopher Andreski family, friends, and himself have endured for many years now.

Things to take in consideration - **Knowingly, Willingly, and Wantonly:**

**Criminal Antitrust Anti-Retaliation Act (CAARA) 15 U.S.C. & 7a-3.**

- Section & **7a-3** Anti-retaliation protection for whistleblowers.
- **(a)** Whistleblower protection for **employees**, contractors, subcontractors, and **agents**.

**Major Group 92:**

- Justice, Public Order, and Safety, Industry **922:**
- **9221** Police Protection
- Government establishing primarily engaged in prosecution are classified in Industry **9222.**
- Government establishing primarily engaged in the collection of law enforcement statics are classified in Industry **9229.**

**18 U.S.C. 241: Conspiracy against rights.** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States.

**18 USC 241: Conspiracy against rights, Title 18, U.S.C., Section 242** - Deprivation of Rights Under Color of Law, 1985(1) (conspiracy to prevent a **federal officer** from performing his duties).

**42 U.S. Code § 1985 - Conspiracy to interfere with civil rights.**

**18 U.S.C. & 1507.**

**Title 18, U.S.C., Section 245", Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights –** (1) PREVENTING OFFICER FROM PERFORMING DUTIES, (2) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES.

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e)**

2. Federal felony to harm an employee's livelihood in retaltion for providing truthful information about potential crimes to federal law enforcement.

**Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law,** "statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.".

**Title 18 U.S.C. 1341" - (frauds and swindles through the mail).**

**Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

**Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e).**

**Title 18 U.S.C. 1922 and Title 18 U.S.C. Sec 111 Assaulting, resisting, or impeding certain officers or employees (b) inflicts bodily injury, shall be fined under this title, or imprisoned not more than [ten] 20 years, or both".**

**18 U.S.C. Chapter 31 EMBEZZLEMENT AND THEFT - §664. Theft or embezzlement from employee benefit plan.**

Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use or to the use of another, any of the moneys, funds, securities, premiums, credits, property, or other assets of any employee welfare benefit plan or employee pension benefit plan, or of any fund connected therewith, shall be fined under this title, or imprisoned not more than five years, or both.

As used in this section, the term "any employee welfare benefit plan or employee pension benefit plan" means any employee benefit plan subject to any provision of title I of the Employee Retirement Income Security Act of 1974.

**Fourteenth Amendment, Section 1:**

*All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

Thank you and God Bless America!

Respectfully,
Christopher Andreski


10:49
5G
Wi-Fi
TMOBILE-C881
Join This Network
Private Wi-Fi Address
Wi-Fi Address
26:A4:CF:38:D4:EC
Configure IP
Automatic
Configure DNS
Automatic
Configure Proxy
Off


10:49
5G
Wi-Fi
[range]_E30AJT7113247A
Join This Network
Private Wi-Fi Address
Wi-Fi Address
16:7F:95:DC:70:E2
Configure IP
Automatic
Configure DNS
Automatic
Configure Proxy
Off


10:54
LTE
Wi-Fi
NETGEAR47
Join This Network
Private Wi-Fi Address
Wi-Fi Address
D6:34:BA:CE:80:CB
Configure IP
Automatic
Configure DNS
Automatic
Configure Proxy
Off


10:51
5G
Wi-Fi
NETGEAR97
Join This Network
Private Wi-Fi Address
Wi-Fi Address
16:77:F2:A2:45:11
Configure IP
Automatic
Configure DNS
Automatic
Configure Proxy
Off
10:49
5G
Wi-Fi
CaptainNemo
Join This Network
Private Wi-Fi Address
Wi-Fi Address
56:63:8A:3F:D0:81
Configure IP
Automatic
Configure DNS
Automatic
Configure Proxy
Off


10:56
LTE
Wi-Fi
NETGEAR99
Join This Network
Private Wi-Fi Address
Wi-Fi Address
AA:57:32:39:11:86
Using a private address helps reduce tracking of your iPhone across different Wi-Fi networks.
IPV4 ADDRESS
Configure IP
Automatic
DNS
Configure DNS
Automatic
HTTP PROXY
Configure Proxy
Off

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

United States of America
v.
Adam Fox, Barry Croft, Ty Garbin, Kaleb Franks, Daniel Harris and Brandon Caserta
*Defendant(s)*

Case No. 1:20-mj-416

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2020 to the present in the county of Kent and elsewhere in the Western District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

RICHARD TRASK, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2020

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*

# CONTINUATION OF A CRIMINAL COMPLAINT

I, Richard J. Trask II, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since April 2011. As a Special Agent with the FBI, I have participated in, and conducted numerous investigations under the Domestic Terrorism, Counterterrorism, and Counterintelligence programs, to include espionage, terrorism, and domestic extremism investigations. I have participated in and executed search warrants to seize items of evidence from residences, telephone providers, and electronic devices, such as cell phones and computers.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to support the issuance of a criminal complaint and does not set forth all of my knowledge about this matter.

3. The United States, including the FBI, is investigating a conspiracy to kidnap the Governor of Michigan. 18 U.S.C. § 1201(c) makes it a felony to conspire to kidnap or abduct any person and hold that person for ransom, reward, or otherwise, where the kidnapper or the victim crosses a state boundary, or a means of interstate commerce (such as a cellular telephone or the internet) is used in committing, or in furtherance of, the offense.

4. In the course of its investigation, the FBI relied on information provided by Confidential Human Sources (CHS) and Undercover Employees (UCE) over several months. Not all CHSs and UCEs were present at all times, however, at least one CHS or UCE was usually present during the group meetings. Those CHSs and UCEs consensually recorded the meetings and conversations with the subjects. Some meetings or conversations were recorded by more than one CHS or UCE. Certain CHSs also had access to group or individual

texts, online chats, and phone calls. Each CHS was vetted for reliability by the FBI agent handling the source. None of the CHSs were aware of the other CHSs involved with the groups in order to preserve the independence of their reporting. Although multiple CHSs were used over the course of the investigation, this complaint only relies on audio recordings and information provided by CHS-1, CHS-2, UCE-1 and UCE-2.

5. The evidence set forth in this affidavit demonstrates probable cause to issue a criminal complaint charging Adam FOX, Barry CROFT, Ty GARBIN, Kaleb FRANKS, Daniel HARRIS, and Brandon CASERTA with conspiring to kidnap Michigan Governor Gretchen Whitmer, in violation of 18 U.S.C. § 1201(c). FOX, GARBIN, FRANKS, HARRIS and CASERTA are residents of Michigan, and CROFT is a resident of Delaware.

## CONSPIRACY TO KIDNAP THE GOVERNOR OF MICHIGAN

6. In early 2020, the FBI became aware through social media that a group of individuals were discussing the violent overthrow of certain government and law-enforcement components. Among those individuals identified were CROFT and FOX. Through electronic communications, CROFT and FOX agreed to unite others in their cause and take violent action against multiple state governments that they believe are violating the U.S. Constitution.

### Group Meeting in Ohio to Discuss the Operation

7. On June 6, 2020, CROFT, FOX and approximately 13 other people from several states gathered in Dublin, Ohio. CHS-1 was present at this meeting.[1] The group talked about

[1] The FBI has paid CHS-1 approximately $8,600 to date for expenses. CHS-1 does not have a criminal history and has been deemed reliable by the FBI. Information given by CHS-1 has been shown to be reliable and corroborated through review of recordings and physical surveillance. That meeting was recorded and provided to the FBI.

creating a society that followed the U.S. Bill of Rights and where they could be self-sufficient. They discussed different ways of achieving this goal from peaceful endeavors to violent actions. At one point, several members talked about state governments they believed were violating the U.S. Constitution, including the government of Michigan and Governor Gretchen Whitmer. Several members talked about murdering "tyrants" or "taking" a sitting governor. The group decided they needed to increase their numbers and encouraged each other to talk to their neighbors and spread their message. As part of that recruitment effort, FOX reached out to a Michigan based militia group (the "militia group.")

8. The militia group had already been brought to the attention of the FBI by a local police department in March 2020, when members of the militia group were attempting to obtain the addresses of local law-enforcement officers. At the time, the FBI interviewed a member of the militia group who was concerned about the group's plans to target and kill police officers, and that person agreed to become a CHS.

**Attempted Recruitment of the Militia Group and Others**

9. As reported by CHS-2 and confirmed by the FBI, the militia group periodically meets for field training exercises ("FTX")[2] on private property in remote areas of Michigan, where they engage in firearms training and tactical drills.[3] CHS-2 told the FBI that, at a FTX on June 14, 2020, one of the founders of the militia group said he had been introduced to FOX.

---

[2] The individuals identified in this affidavit often refer to a "field training exercise" as an "FTX" and, as such, the same is done in this affidavit.

[3] The FBI has paid CHS-2 approximately $14,800 to date, for reporting and expenses. CHS-2 does not have a criminal history and has been deemed reliable by the FBI. Information given by CHS-2 has been shown to be reliable and corroborated through review of recordings and physical surveillance. CHS-2 also consensually recorded certain meetings and provided those recordings to the FBI.

During that exercise, the militia group leadership had a call with FOX, who invited them to meet at his business in Grand Rapids, Michigan, later in the week.

10. FOX, in coordination with CROFT, met with members of the militia group at various times in June 2020. During one such meeting on June 18, 2020, which was audio recorded by CHS-2, FOX, militia group leadership, including Michigan resident Ty GARBIN, and CHS-2 met at a Second Amendment rally at the State Capitol in Lansing, Michigan. In an effort to recruit more members for the operation, FOX told GARBIN and CHS-2 he planned to attack the Capitol and asked them to combine forces.

**The Operation Focuses on Governor Whitmer**

11. As previously discussed, the FBI was able to monitor much of the activity between FOX and others through the use of CHSs. On June 14, 2020, CHS-2 participated in a consensually recorded telephone call with FOX, who described the meeting in Dublin, Ohio. FOX said he needed "200 men" to storm the Capitol building in Lansing, Michigan, and take hostages, including the Governor. FOX explained they would try the Governor of Michigan for "treason," and he said they would execute the plan before the November 2020 elections.

12. On June 20, 2020, FOX, GARBIN, and several other individuals, including CHS-2, met at FOX's business in Grand Rapids. As part of FOX's operational security, the attendees met in the basement of the shop, which was accessed through a trap door hidden under a rug on the main floor. FOX collected all of their cellular phones in a box and carried them upstairs to prevent any monitoring. CHS-2 was wearing a recording device, however, and captured the audio from the meeting. The attendees discussed plans for assaulting the Michigan State Capitol, countering law enforcement first responders, and using "Molotov cocktails" to destroy police

vehicles. The attendees also discussed plans for an additional meeting during the first weekend of July when they also would conduct firearms and tactical training.

13. On June 25, 2020, FOX live-streamed a video to a private Facebook group that included CHS-2, in which he complained about the judicial system and the State of Michigan controlling the opening of gyms. FOX referred to Governor Whitmer as "this tyrant bitch," and stated, "I don't know, boys, we gotta do something. You guys link with me on our other location system, give me some ideas of what we can do." The video was preserved by the FBI.

**Training and Planning to Kidnap the Michigan Governor**

14. On June 28, 2020, FOX, FOX's girlfriend, GARBIN, Michigan resident Kaleb FRANKS, Michigan resident Brandon CASERTA, and CHS-2 attended a tactical training exercise at the Munith, Michigan, residence of a militia-group member. After the training, FRANKS left the residence. Other people, including FOX, GARBIN, CASERTA, and CHS-2 remained at the residence and were told to leave if they were not willing to participate in attacks against the government and in kidnapping politicians. FOX, GARBIN, CASERTA, and CHS-2 stayed for the rest of the meeting. FRANKS left before the end of the night, though his departure does not appear to be related to FRANKS' commitment to the conspiracy.[4]

---

[4] On July 7, 2020, FRANKS attended a meeting at the residence of another militia group member, and CHS-2 was in attendance. FRANKS said that he was "not cool with offensive kidnapping" and added that he was "just there for training," or words to that effect. After the meeting, however, FRANKS actively continued to participate in the kidnapping plot, as further described below.

15. Over the weekend of July 10-12, 2020, FOX, CROFT, GARBIN, FRANKS, CASERTA, CHS-2, and others attended a FTX in Cambria, Wisconsin. Attendees participated in firearms training and other combat drills. On July 11, at the exercise, CROFT and a member of the militia group attempted to construct an improvised explosive device ("IED"), using black powder, balloons, a fuse, and BBs for shrapnel. CROFT, GARBIN and the militia group member attempted to make a second IED using similar components. The construction of the devices was faulty, and they did not detonate as planned. CHS-2 provided FBI with video of the event. FRANKS also brought and fired a rifle with a silencer at the exercise. Attendees shared photos and video recordings of the exercise in Facebook discussions that included CHS-2.

16. On July 18, 2020, GARBIN, FOX, CROFT, HARRIS, FRANKS, CHS-2, and other individuals met in Ohio. CHS-2 provided the FBI with an audio recording of the meeting. The attendees discussed attacking a Michigan State Police facility, and in a separate conversation after the meeting, GARBIN suggested shooting up the Governor's vacation home, which is located in the Western District of Michigan ("the vacation home.") The same day, GARBIN told CHS-2 and others that he did not want to go after the Capitol. He said he was "cool" with going after the Governor's vacation home, however, even if it only resulted in destruction of property.

17. On July 27, 2020, CHS-2 met FOX at his business in Grand Rapids. CHS-2 provided the FBI with an audio recording of the meeting. FOX said their best opportunity to abduct Governor Whitmer would be when she was arriving at, or leaving, either her personal vacation home or the Governor's official summer residence. Both residences are located in the Western District of Michigan. FOX described it as a "Snatch and grab, man. Grab the fuckin' Governor. Just grab the bitch. Because at that point, we do that, dude -- it's over." FOX said that after kidnapping the Governor, the group would remove her to a secure location in Wisconsin for

"trial." FOX suggested they get a realtor to help them find the exact location of the vacation home and collect information on the surrounding homes and structures. FOX discussed the importance of knowing the layout of the yard, homes, and security. FOX stated they needed to map out the surrounding property and gates, and they needed plumbers and electricians to help them read blueprints to refine their strategy. FOX also suggested recruiting an engineer or "IT [Information Technology] guy," a "demo guy," and other "operators."

18. On July 27, 2020 FOX asked in an encrypted group chat, which included GARBIN, HARRIS, FRANKS and CHS-2, "OK, well how's everyone feel about kidnapping?" No one responded to the question.

19. On July 28, 2020, FOX told CHS-2 over the phone that he had narrowed down his attack targets to the vacation home and the summer residence. The call was not recorded. The same day, FOX posted the following to a private Facebook page: "We about to be busy ladies and gentlemen . . . This is where the Patriot shows up. Sacrifices his time, money, blood sweat and tears . . . it starts now so get fucking prepared!!"

20. On August 9, 2020, FOX, GARBIN, HARRIS, FRANKS, and CHS-2 participated in a tactical training in Munith, Michigan. CHS-2 provided the FBI with an audio recording of the training. FOX asked the group about kidnapping Governor Whitmer. According to CHS-2, GARBIN initially expressed reluctance to talk about the plan in that setting. After the training, FOX, CHS-2, and others participated in a group call that was recorded by CHS-2. FOX suggested another member of the militia group could gather information about Governor Whitmer's primary residence in Lansing, and FOX discussed destroying the Governor's boat. After the call, FOX, FRANKS, GARBIN, HARRIS, and CHS-2 communicated in an encrypted group chat. In that chat, HARRIS stated, "Have one person go to her house. Knock on the door

and when she answers it just cap her . . . at this point. Fuck it." He added, "I mean . . . fuck, catch her walking into the building and act like a passers-by and fixing dome her then yourself whoever does it." (sic). In a follow-up chat about the plan, FRANKS told CHS-2, "OK sounds good I'm in for anything as long as its well planned."

21. On August 18, 2020, in an encrypted group chat that included FOX, HARRIS, GARBIN, FRANKS, CHS-2, and others, FRANKS expressed interest in taking part in a surveillance of the vacation home. In an effort to locate the Governor's vacation home, one of the members named specific cities where it could be located and told the group to check these cities. In a private chat later on August 18, 2020, the same person told CHS-2 the name of the lake in northern Michigan where the vacation home is located, and he said he was looking for an escape route using a boat on the lake.

**The Group Uses Operational Security Measures to Avoid Detection**

22. The conspirators often communicate via encrypted online platforms and use "code words" or phrases to describe their plans in a self-proclaimed effort to avoid law-enforcement detection. For example, on July 24, 2020, CHS-2 and GARBIN contacted FOX by telephone. The call was recorded by CHS-2. FOX said he had researched the Governor's office online, and he believed that the Governor kept only a ceremonial office in Lansing. FOX wondered aloud whether the group just needed to "party it out, make a cake and send it," in what CHS-2 believed was a coded reference to sending a bomb to the Governor. FOX discussed the need to train for the next three months to be ready to engage. FOX stated, "In all honesty right now . . . I just wanna make the world glow, dude. I'm not even fuckin' kidding. I just wanna make it all glow dude. I don't fuckin' care anymore, I'm just so sick of it. That's what it's gonna take for us to take it back, we're just gonna have to everything's gonna have to be annihilated man. We're

gonna topple it all, dude. It's what great frickin' conquerors, man, we're just gonna conquer every fuckin' thing man." FOX and GARBIN further discussed the need for the government to collapse because it has become so tyrannical.

23. On July 26, 2020, FOX told CHS-2 that he had not heard back from the "baker," which the CHS understood to mean an explosives manufacturer. FOX told the CHS that he thought it might be better to focus on the vacation home and summer residence as potential targets. FOX also said, "Maybe we should just make a bunch of cupcakes and send them out," in an apparent reference to a more widespread bombing campaign. CHS-2 understood these code words and phrases because the group often used such language when talking about explosives.

24. On August 23, 2020, GARBIN, HARRIS, FRANKS, CASERTA, CHS-2, and three other individuals met at HARRIS's residence in Lake Orion, Michigan. CHS-2 provided FBI with an audio recording of the meeting. The group had discussed concerns about being infiltrated by law enforcement, and all attendees were required to bring personal documents to confirm their identities. During the meeting, CASERTA asked FRANKS, "Franks, where you at?" FRANKS responded, "Same place. I'm ready to get it on. Doesn't matter. It could be 'cause somebody looked at us wrong." CHS-2, referring to FOX, stated, "He is all about fuckin' killin' her." CASERTA responded, "God. Go on someone's property and stuff like that. I would rather not scare them. Especially if it's a fuckin' political parasite. The world would be better without that person, I'll say that." CHS-2 explained that was why FOX wanted to do "recon" for the plan. The group discussed surveilling the vacation home in preparation for attacks on the Governor, and FRANKS advised he had recently spent almost $4,000 on a helmet and night-vision goggles. To address their concerns about law-enforcement infiltration, the attendees agreed to move their group chat to a different encrypted messaging application. Because the

group still included CHS-2, the FBI has maintained the ability to consensually monitor the chat communications.

**The Conspirators Conduct Surveillance of the Governor's Home on Two Occasions**

**Daytime Surveillance on August 29, 2020**

25. On August 29, 2020, FOX, CHS-2, and another individual conducted surveillance of the vacation home. CHS-2 provided FBI with an audio recording of the operation. FOX used his cell phone to attempt to locate the residence, but initially they had trouble finding it. He contacted a friend who had assisted them in the past; the friend told him where the vacation home was located and sent pictures of the home from the internet. FOX and the other individual located the vacation home, took photographs and slow-motion video from their vehicle as they drove by it, and discussed conducting additional surveillance from the water at a later date. The other individual then looked up the locations of the local police department and Michigan State Police in the area, and used them to estimate how long it would take law enforcement to respond to an incident at the vacation home. During the surveillance operation, FOX said, "We ain't gonna let 'em burn our fuckin' state down. I don't give a fuck if there's only 20 or 30 of us, dude, we'll go out there and use deadly force."

26. On August 30, 2020, FOX shared photos from his surveillance trip to the encrypted chat group, which included FRANKS, HARRIS, GARBIN and CHS-2. GARBIN offered to paint his personal boat black to support the surveillance of the vacation home from the lake where the vacation home is situated. In a text message conversation the same day, GARBIN asked CHS-2 how the surveillance trip had gone. CHS-2 shared a screenshot of a map of the area, which happened to show a bridge in the vicinity. Using symbols and emoticons, GARBIN replied "If the 🌉 go 👇, it also ❌ the 🚓," suggesting demolition of the bridge would hinder a

police response. CHS-2 provided the FBI with an image of a hand-drawn map of the lake near the vacation home with the mileage of the nearest police departments and the estimated response time. CHS-2 provided FBI with a picture of FOX drawing that map.

**Nighttime Surveillance on September 12-13, 2020**

27. Over the weekend of September 12-13, 2020, FOX, CROFT, GARBIN, FRANKS, HARRIS, CASERTA, CHS-2, a UCE, and another individual attended a FTX at GARBIN's property in Luther, Michigan. The location is approximately an hour and a half from the vacation home. CHS-2 and the UCE audio recorded the meetings and exercise. CROFT brought what he referred to as his "chemistry set," which included components for an IED. According to CHS-2, CROFT constructed an IED by removing the cap from a commercial firework, adding additional black powder, and wrapping the device in pennies and electrical tape as shrapnel. During the exercise, the group set the device in a clearing surrounded by human silhouette targets, and CROFT detonated it to test its anti-personnel effectiveness.

28. At the exercise, FOX took aside CROFT, GARBIN, FRANKS, CASERTA, CHS-2, two UCEs, and four other people. FOX briefed them on the plan to kidnap Governor Whitmer, and he told them about his first surveillance of the property. FOX selected CROFT, GARBIN, FRANKS, the CHS, the UCEs, and the four other people, to conduct a nighttime surveillance of the vacation home in preparation for the kidnapping. HARRIS, CASERTA, and another individual remained at the camp in Luther. HARRIS became aware of the surveillance the next day, and he expressed regret that he had not participated in the surveillance operation.

29. On September 12, 2020, while driving from GARBIN's property to Cadillac to bring others to the property, FOX told CHS-2 and another individual that the vacation home is the Governor's actual house, "And it's a perfect fuckin' setup. Out of everywhere that she

resides, this is the only one that's probably actually feasible with a success rate." That conversation was recorded by CHS-2.

30. During the late night of September 12 and early morning of September 13, the group drove from Luther to the vicinity of the vacation home in three separate vehicles. CHS-2 and the UCEs audio recorded the operation. Before leaving Luther, CROFT asked FOX if the surveillance participants were armed. FOX confirmed that they were, and CROFT suggested they take the opportunity to conduct an act of violence that night. CROFT was eventually dissuaded of this notion and decided to wait for a better time.

31. FOX, CROFT, CHS-2, a UCE, and an individual from Wisconsin traveled in the first vehicle. While in the vehicle, CROFT and FOX discussed detonating explosive devices to divert police from the area of the vacation home. They stopped at the M-31 highway bridge on the way, where FOX and the UCE inspected the underside of the bridge for places to seat an explosive charge. FOX took a picture of the bridge's support structure, which he later shared with CHS-2 in their encrypted chat. From there, they drove to a public boat launch across the lake from the vacation home to watch for the other cars in their group.

32. GARBIN, FRANKS, and another individual from Wisconsin traveled in the second vehicle to the vicinity of the vacation home. A digital dash camera was mounted in the vehicle and was activated to record the surveillance for later reference, which footage was later shared with CHS-2, who provided it to the FBI. External-facing video footage from the camera shows what the conspirators observed of the Governor's neighborhood, while the internal-facing footage captured GARBIN, FRANKS, and the other member inside the vehicle on the way to the vacation home. A review of the dash camera footage revealed GPS data indicating that the vehicle was located in close proximity to the vacation home next to the lake. When the second

vehicle arrived, the team contacted FOX, who was located in the first vehicle, to determine if they could see each other's lights across the lake. GARBIN asked the first vehicle, "Can you see my light?" CROFT asked the second vehicle, "You got our guys?" CHS-2 replied, "We got you."

33. Two of the other individuals and a UCE drove to the lake in the third vehicle. They were tasked by FOX to drive around and make sure no one was following or surveilling the group.

34. During the surveillance operation, FOX stated, "She fucking goddamn loves the power she has right now" and that "she has no checks and balances at all. She has uncontrolled power right now." CROFT stated, "All good things must come to an end." FOX also remarked "I can see several states takin' their fuckin' tyrants. Everybody takes their tyrants." The group also discussed how many people should be involved in the kidnapping operation.

35. During the ride back to GARBIN's property, FRANKS stated "We're doin' all the reconnaissance work, so it should go smooth." After arriving back at GARBIN's property, CHS-2 asked, "Everybody down with what's going on?" and someone stated, "If you're not down with the thought of kidnapping, don't sit here." GARBIN replied, "Oh no, we're not kidnapping, that's not what we're doing," which sparked general laughter. Amidst the laughter, another voice said, "No children!" and a voice added, "We're *adult* napping." FRANKS stated, "Kidnapping, arson, death. I don't care." The group then started discussing destroying the vacation home.

**The Conspirators Begin Finalizing Plans to Kidnap Governor Whitmer**

36. On the morning of September 13, 2020, the group reconvened at GARBIN's property in Luther, Michigan. FOX gathered CROFT, GARBIN, FRANKS, HARRIS,

Case 1:20-mj-00416-SJB ECF No. 1-1 filed 10/06/20 PageID.15 Page 14 of 15

CASERTA, CHS-2, the UCEs and two other individuals. CHS-2 recorded the discussion. FOX confirmed with the members that they were the group that was going to kidnap Governor Whitmer. An FBI UCE told FOX that it will cost approximately $4,000 to procure the explosives that FOX and CROFT want to use, to blow up the bridge leading to the vacation home. FOX later shared that information with the group. The group agreed to conduct a final training exercise in late October.

37. On September 14, 2020, FOX posted in the group's encrypted chat that he did not want the exercise to be the last week in October because it would leave insufficient time to execute the kidnapping before the national election on November 3, 2020. The group agreed to use the time until the final training exercise to raise money for explosives and other supplies.

38. On September 17, 2020, on an encrypted group chat that included FOX, GARBIN, FRANKS, HARRIS, CASERTA, CHS-2, and others, FOX asked the group what it thought of a militia group invitation to participate in an armed protest at the State Capitol. GARBIN replied, "I would highly advise minimizing any communication with him. Also there needs to be zero and i mean zero public interaction if we want to continue with our plans." CASERTA replied, "When the time comes there will be no need to try and strike fear through presence. The fear will be manifested through bullets." FOX responded, "Copy that boys, loud and clear!"

39. On September 30, 2020, FOX called CHS-2 on the phone and CHS-2 recorded the conversation. During the call, FOX discussed purchasing a taser for use in the kidnapping operation. FOX also told CHS-2 that CROFT, GARBIN, HARRIS, FRANKS, CASERTA, and others were aware of the $4,000 cost. On October 2, 2020, FOX confirmed he purchased an 800,000 volt taser in an encrypted chat message with CHS-2.

40. FBI's review of recent encrypted group chats indicates that, in preparation for their plan to kidnap Governor Whitmer, FOX, GARBIN, HARRIS, and FRANKS plan to meet with a UCE on October 7, 2020, to make a payment on explosives and exchange tactical gear. CASERTA said he could not attend because he will be at work. CROFT has returned to Delaware and is not available for this exchange.

41. On several occasions, FOX has expressed his intention and desire to kidnap Governor Whitmer before November, 3, 2020, the date of the national election.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:20-mj-416-SJB

v.

ADAM FOX, BARRY CROFT,
TY GARBIN, KALEB FRANKS,
DANIEL HARRIS AND
BRANDON CASERTA,

Defendants.

/

**PENALTY SHEET**

**CHARGE**: Conspiracy to Commit Kidnapping [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years | [18 U.S.C. § 3583(b)(1)] |
| | Class A felony | [18 U.S.C. § 3559(a)(1)] |

Date: 10/6/2020

/s/ Nils R. Kessler
Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046

2 of 4

Date: 05/16/2024

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF MICHIGAN
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9700

## CITIZEN INFORMATION FORM

Thank you for contacting the U.S. Attorney's Office. Our office is responsible for prosecuting violations of federal law and for representing officers and agencies of the federal government in civil actions. We rely on federal Investigative agencies for case referrals and can only undertake cases falling within our authority.

Due to the COVID-19 outbreak, we are **only accepting mail or online** submissions of this form. More information is available at: www.justice.gov/usao-edmi/citizen-complaints

**Name:** Christopher Andreski

**Address:** 12491 Woodland Park Dr. N.E. Belding, MI 48809

**Telephone:** (586) 321 - 4113

**Have you ever presented a complaint or provided information to this office before?** YES ⊗ NO ○

If yes, when? Email: AndreskiChris @outlook.com How? (i.e. phone, mail, in person) Email / USPS D.C Cert[illegible]

**Were you referred to our office by any agency or public official?** ⊗ YES ⊗ NO

If yes, who? No one reffered Christopher Andreski to the E/MI Civil Rights Division, However Congressman John Moolenaar office told me to reach out to Att[illegible]

**If you have an attorney representing you in this matter, provide her/his name and telephone number:**

Attorney Scott Graham - 269-330-4321

**Are there any court actions pending in this matter?** ⊗ YES ○ NO

If yes, provide court, case number, etc: MSPB#

**Please briefly state the details of the information you are providing or the basis of your complaint.**
**Additional relevant documents may be submitted as attachments to the email.** (State of Michigan, USMS, Belding

On 05-16-2024, Christopher Andreski hand delivered the E/MI U.S. Attorney office, Civil Rights Divison of Retaliation from Christopher Andreski's Whiselblower Complaint to DOJ Civil rights Division, DOJ Criminal Division, OSC, FBI, Eight Page list of Flying/Blinking Drones list time/Dates videos terrorizing Christopher Andreski, Family friends, in the W/MI and in the E/MI. Christopher Andreski Shooting incident with his grandmother in his vehicle in the E/MI district on 12-18-2023 After Leaving the FBI Detroit feild office. All Christopher Andreski PII sensitive information is being ~~stolen/tempered~~ With in the E/MI and W/MI Districts. On 01-23-2024, Christopher Andreski has Confirmation From a out-of-state Doctor that Christopher Andreski is on a Black list from receiving proper medical treatment or help from an Attorney. Christopher Andreski, Vehicle has been vandalized and tempered with. Christopher Andreski, Email, Phone Calls are being hacked by unknown Parties (USMS) All [illegible] without [illegible]

Submit