18 U.S.C. 241. Conspiracy against rights.

18 U.S.C. 242 Deprivation of Rights
Under Color of Law, 1985(1) (Conspiracy to Prevent a
Federal officer from Performing his duties)
Title 18 U.S.C. 1341 (Frauds and swindles through the Mail.

Obstruction of Justice Retaliation Against
Whiselblower 18 U.S.C. 1513 (e).
18 U.S.C. Chapter 31 Embezzlement and Theft - 664.
(Theft or Embezzlement from employee benefit Plan.
Title 18 U.S.C 1922 and 18 U.S.C. Sec. 111.
42 U.S. Code § 1985 - Conspiracy with

**Retaliation Shooting Incident on 12-18-2023.**

On 12-18-2023, I notified the FBI field office in Detroit, MI regarding the unknown individuals who appear that have been hired to attack and terrorize my life contently. The consent terrorizing attacks from these unknown individuals continue causing me harm mentally, harm to me physically, harm to me financially, which has impacted my family and loved ones. During the limited time interview with FBI Special Agent Neil Gavin, I inquired to Special Agent Gavin on what to do if any more attacks happen after leaving the the FBI Detroit, MI office. Special Agent Gavin, then replied that I should notify my local police authorities.

When departing the FBI field office in Detroit, MI, I proceeded to travel back to my grandmother's residence. When I arrived at my grandmother's home, my grandmother and I decided to go dinner at a local diner that was near my grandmother's home. My grandmother's and I then proceeded to travel in my vehicle to the local diner, as my grandmother and I approached the traffic that was roughly two (2) blocks away from my grandmother's home, then Christopher Andreski grandmother and I heard a loud "POP" sound, as my grandmother and I then looked at each other and thought the load "POP" sound was an odd. When we arrived at the local diner near my grandmother's house, I proceed to get out of my vehicle and then notice my rear back driver side (left) temper glass window panel was disfigured as you can see in the pictures attached to this statement. It appears that someone possibly might have shot my rear back driver side (left) temper glass window panel out with a Pellet/BB Gun, which might of occurred from the parking lot that the rear of my vehicle was facing while waiting for the traffic light to turn green.

On 12-18-2023, my grandmother and I reported the incident to my vehicle to the local sterling heights police department where the incident occurred. The police officer who wrote the police report gave me a Complaint Number 23-112797 and told me that I would be able to pick up the police report from the police department the next day. On 12-19-2023 at 09:00 AM, prior to going to my grandmother's brother's funeral, I attempted to receive a copy of the police incident report (23-112797) from the Sterling Heights Police Department but was unsuccessful. Then I was told by the Sterling Heights Police Department administrative staff I needed to file a FOIA request to receive a copy of police report "Complaint Number 23-112797". While returning to the local police department after departing my grandmother's brother's funeral, I submitted the police department FOIA request form that I was a requirement by the police department so I could receive a copy of the incident on 12-18-2023, complaint incident number 23-112797. On 12-20-2023, I then was advised from the Sterling Heights Police Department administration staff that my complaint incident "23-112797" (Police Report) would not be available until next Friday (12-29-2023).

Respectfully,
Christopher Andreski

[signature]
01-16-2024

Corey Andrea Adkins
[signature]

COREY ANDREA ADKINS
Notary Public, State of Michigan
County of Macomb
My Commission Expires 03-31-2026
Acting in the County of Macomb

copy received by R. [signature] #1721



5:08
◂ App Store

47

Linked in

Join now

Sign in

Tim Norman




US EDMI '24 MAY 16 AM11:04

...

## Tim Norman

Department of Defense Aircraft Painter and Private Investigator

Private Eyes, Inc. · Liberty Univerisity

New Bern, North Carolina, United States · **Contact Info**

153 followers · 153 connections

**See your mutual connections**

Join to view profile

Message


BULLEIT




RONTIER
UP FOR WHAT IS RIGHT,
N IF YOU STAND ALONE.
MICHIGAN
4PNJ09
WATER-WINTER
LaFontaine


FRONTIER
STAND UP FOR WHAT IS RIGHT,
EVEN IF YOU STAND ALONE.




M+S





BELLE TIRE

# Invoice / Receipt

Store 042

(517) 627-3300 - FACILITY REG. NO. F158200

6624 WEST SAGINAW HIGHWAY - LANSING MI 48917-7718

Order #: 43031688 Date: 03-15-2024

Last Usr: BLQ Time: 13:20

Last Prt: 03-15-2024 00:00

Salesperson BEN J. HILL

Customer #: IQ3038

CHRIS ANDRASKI

12437 CABIN DR NE

BELDING, MI 48809

Home Phone: 586-321-4113

Work Phone:

2015 GMC TRUCK SIERRA 1500 PICKUP

Plate #: EBE9543

Odometer: 196185.0

VIN #: 1GTV2VEC[illegible]FZ348652

Comments: put spare on it - put old tire in bed

| Product | Quantity | UnitPrice | Amount |
|---|---|---|---|
| 1 1 LB FLR | | KHE | |
| | 1.00 | @ 0.00 | 0.00 |

FLAT REPAIR POSIT(S): LF SLIT IN SIDEWALL

| | |
|---|---|
| Total Labor: | 0.00 |
| Total Parts: | 0.00 |
| Other: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $0.00 |
| Balance Due: | $0.00 |

Mechanics / Technicians

KHE

KENNETH A. SCHLEE

Certification: All repairs and parts listed

BELDING, MI 48809

Home Phone: 586-321-4113
Work Phone:

2015 GMC TRUCK SIERRA 1500 PICKUP

Plate #: EBE9543
Odometer: 196165.0
VIN #: 1GTV2VEC?FZ348552
Comments: put spare on lf put old tire in bed

| Product | Quantity | UnitPrice | Amount |
|---|---|---|---|
| 1 I TB FLR | | | KHE |
| | 1.00 | @ 0.00 | 0.00 |

FLAT REPAIR POSIT(S): LF SLIT IN SIDEWALL

| | |
|---|---|
| Total Labor: | 0.00 |
| Total Parts: | 0.00 |
| Other: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$0.00** |
| Balance Due: | $0.00 |

Mechanics / Technicians
KHE
KENNETH A. SCHLEE

Certification: All repairs and parts listed were furnished in compliance with the Michigan Auto Repair Act (P.A. 300).

X [signature]

Merchandise and/or services received by:

X *Off-site Delivery or Service*

OFF-SITE DELIVERY OR SVC
Print Name Date

ALL PARTS ARE NEW UNLESS OTHERWISE STATED. YOU ARE ENTITLED BY LAW TO THE RETURN OF ALL PARTS REPLACED, EXCEPT THOSE WHICH ARE TOO HEAVY OR LARGE, AND THOSE REQUIRED TO BE SENT BACK TO THE MANUFACTURER OR DISTRIBUTOR BECAUSE OF WARRANTY WORK


EQP 0583

USAO EDMI '24 MAY 16 AM11:06

IONIA SHERIFF'S OFFICE
133 E. Adams St. • Ionia, Michigan 48846

**Bradley Mezei**
Deputy
bmezei@ioniacounty.org

616.527.5737 Complaint # 1508-24 Date 3/15/24
www.ioniacounty.org

**Information for Crime Victims**

1. Emergency and Medical Services are available, if applicable.
2. You may be eligible for crime victim's compensation benefits. To apply, an application is available from the Crime Victim's Compensation Board at P.O. Box 30026, Lansing, MI 48909 Telephone number (517) 373-7373
3. For additional information about your rights, you may contact Crime Victim's Services at the Prosecutor's Office, 100 Main St., Ionia, MI 48846 or by phone at (616) 527-8226
4. If you would like to receive information about the defendant's status after the arrest, contact VINE at 1-800-770-7657 or www.vinelink.com.
5. If the defendant is prosecuted under local ordinance, you are entitled to the same rights. The officer can provide you with contact information for the township or city attorney.

**Ionia County Central Dispatch**

**616-527-0400**

Attachment #2

Affidavit of the Events Regarding
Christopher Andreski attempt to Create and
Send Out his Emails from Southfield Library.

I, Bruce Nierzwick, Resident of Macomb County Michigan, hereby swear to the truth of these events that occurred on Monday, the 18th day of March 2024 to the best of my abilities. That I received two phone calls at 7:30 and 7:40 A.M. from Chris regarding the Email he needed to get out. He was very concerned about the harassment, interference and intimidation by these investigators that have been stalking and terrorizing him. While I was visiting with one of my friends and customers I received a third call from Chris around Noon, He didn't want to tell me over the phone were he was, because they were hacking his phone and emails. During are calls he always reminds me that they have been eavesdropping on our phone conversations. During the Conversation he indicated that there were people in the library spying on him and trying to intercept his email that he had to create and send out numerous individuals. I could sense that he was worried about these people harassing him and that they continuously are interfering with his life.

I had made the decision to see if I could help him with the problem that he was having with these investigators. The day before, Sunday the 17th day of March 2024 he told me that he found a Library that was open on a Sunday and it is the Southfield Library, so I made my way there. I believe I arrived about 1:00 P.M. When I called Chris to find out where he was located in the library he told me that he was on the third floor, so I walked up the stairs to the third floor and I found him straight back from the elevators. While walking towards him I noted the individual with a backpack that was cubicle in shape. He was sitting with his back towards Chris. This individual matched the person in the picture that Chris sent me. I also noted a black male sitting in one of the chairs who appeared to be monitoring Chris as well. He may have been a decoy, not sure.

After briefly speaking with Chris I told him that I would get some video of these investigators harassing him. So, I did a walk about trying to get good video of them. I sat down and as we were speaking about the Email he was working on, I had noticed a man with a black mask and hat on watching us from behind the bookshelf. So I went around to the aileway to get video tape of him and as I was walking down the aisleway when I startled him, he grabbed his mask and readjusted it. He had a think black, gray and white beard and mustache. He struggled to get up and I estimate that he was about 6' tall and maybe 180 pounds. When I got back to the table to view the video, only part of the video was recorded, nothing showing the individual I confronted in the aileway.

While telling Chris what had happen, he asked me if he should call the Police, with out hesitation, I said yes, call them. We continue to talk briefly when he stated that he need to really get this email done so he can send it. He also want me to check on his truck, I told him that I would go out side and check on the vehicles while waiting for the police to show up.

Affidavit of the Events Regarding
Christopher Andreski attempt to Create and
Send Out his Emails from Southfield Library.

As I went towards the door of the Library, I noted a bald headed white male wearing a gray hoody with Alabama on his chest in red rectangle and white lettering. He was briskly pacing and talking fast. I went out and checked the vehicle and on the way back in I noticed that the white male was still briskly pacing and talking fast and I seen two black male one sitting and the other standing. Both were wearing all black clothing and the one standing by the wall had a walkie talkie clipped to his Polo shirt–I said hi to him as I walked by. I took the elevator up to the third floor and went to where Chris, when I sat down–he said can you see the guy video taping me. I didn't notice him right away, but when I did, I decided to get a picture of the white male who was sit close to the fireplace.

Shortly after sitting down, the Black male sitting in the same area by the fireplace started staring at me just before the police officers got off the elevator. When the arrived at the table Chris and I were sitting the officer asked Chris what was going on and Chris identified himself as a US Marshal and the officer asked him if he had a weapon on him. Chris said no. Chris gave the officer a paper with information about who he is and what he was going through and he indicated that he had a complaint with the FBI and he gave him the contact person at the FBI.

While the officer was asking questions to Chris, the white male with the backpack was getting suited up and getting ready to leave when I pointed this out to the officer, after he was finishing up questions with Chris he started walking over to the black male the white male with the backpack started walking out and I followed him out of the Library he walked all the way to Quizons, he briefly stood in line then left the building southbound.

I ended up going back into the Library to talk with Chris, he was very anxious about getting the Email done and he was worried about them screwing with his truck, so I went down to check on the truck and grab my coat. Every time I went in and out of the Library, the Three individuals were in the same location and doing the same activities. On the way back in I spoke with the officer while he was in his vehicle and he said that he was on the phone with the FBI, and he stated that I needed to be careful. I also told the officer there was a red mini van three vehicles from mine and the he was there before I parked my vehicle and that he has been in the vehicle the entire time.

Again, I went back up to Chris to reassure him that the vehicle was okay and that the officer was on the phone with the FBI. He was still very anxious about get the email done as I was explaining about the bald head man pacing back and forth–I told Chris he is one of the main guys so I told him that I would get a picture of the White Male. I sent him that picture and later that evening he set me a picture of the same man.

After Chris finished his email he sent it out and he asked me on three different occasions

Affidavit of the Events Regarding
Christopher Andreski attempt to Create and
Send Out his Emails from Southfield Library.

whether I had received it. I had not received it. He went through a third party to get the email to me. I found it weird that I hadn't received so I called Wowway at 9:37P.M. to file a complaint and to find out why I didn't receive the Email. JM indicated that Chris email was put on Spamhous Blocklist and that she filed the complaint and that they should have an answer in 24 hours.

These individuals have been harassing him, intimidating him and interfering with him and his life in violation of both state and federal laws. Chris has been sending me videos of Drones following him around his home and while is is traveling in violation of FAA regulations and laws. These individuals are now interfering with me, harassing me and trying to intimidate me. They have physically hacked into my phone and computer. In addition, they went in to my setting at Wowway and altered the spam house block list. These people are committing crimes–both state and federal.

The undersigned attest to the truth to the best of his memory and his ability as stated in the above Affidavit.

Bruce Nierzwick
Bruce Nierzwick

March 21, 2024
Date

I, GUS ZOPPI III, NOTARY PUBLIC, ACKNOWLEDGE THAT, BRUCE NIERZWICK, SIGNED THIS AFFIDAVIT, ON THIS DATE OF MARCH 21ST, 2024.

X

GUS ZOPPI III
Notary Public, Oakland County, MI
My Commision Expires May 3, 2025
Acting in the County of
MACOMB

(1)

**U.S. MARSHALS SERVICE**
**EMPLOYEE MEDICAL PROGRAMS NOTICE OF MEDICAL STATUS**

| | | | |
|---|---|---|---|
| NAME: | **CHRISTOPHER J. ANDRESKI** | DATE: | **03/31/2021** |
| SS#: | **nnn - nn -** [redacted] | DISTRICT: | **Western District of Michigan** |
| GRADE/SERIES: | **13-1811** | DATE OF EXAM: | **03/2202021** |

**NEXT EXAM DUE:**

**The following information is the result of a medical review**

○ recent periodic medical examination ● recently reported injury or illness

☐ **MEDICALLY CLEARED TO PERFORM FULL RANGE OF DUTIES OF THE POSITION**

☐ **ADDITIONAL MEDICAL INFORMATION IS NEEDED IN ORDER TO MAKE A DETERMINATION OF MEDICAL STATUS.**

- ☐ INCOMPLETE EXAM OR REPEAT TESTING IS NEEDED: Employee may need to return to the district/division contract medical facility. Employee should see **Medical Review** for details of missing items or repeat test results which need to be provided.
- ☐ MEDICAL CLEARANCE CANNOT BE ISSUED BASED ON THE RESULTS OF THE MEDICAL REVIEW: Employee should see **Medical Review** for specific information requested. Any expenses incurred in obtaining this information from their personal/treating physician will be the employee's responsibility.

☒ **RESTRICTED FROM FULL DUTY:** Employee should see **Medical Review** for specific medical information needed while they are restricted from full duty. Employee's doctor should complete the Physician Evaluation Report for USMS Operational Employees form (USM-522A) MONTHLY to indicate changing medical status and changing job restrictions. The USM-522A is available on the intranet.

☐ **CLEARED FOR RESPIRATOR USE:** Employee has no medical restrictions that would prevent the use of a respirator (N-95, gas mask, PAPR and SCBA) for normal job duties.

There are no permanent limited duty positions for law enforcement (LE) employees in the USMS and there is no requirement for management to produce limited duty LE work if none is available although in many cases there are projects/assignments that could be delegated. It will be the responsibility of district/division management to decide if restrictions can be accommodated.

Periodic Medical Exams (PMEs) are mechanisms to determine fitness for duty for operational employees and are designed as screenings. They are not intended to replace regular private medical surveillance although frequently some useful information for that purpose is provided. Additional information requested as a result of questions arising from the PME are for the benefit of the employee - both as an indicator of their personal health status and to provide them with the opportunity to demonstrate to the agency their ability to continue to perform the full range of their duties. Since such additional information constitutes diagnostic evaluation and/or treatment intervention the cost for obtaining this information is the responsibility of the employee. In addition, information needed can usually be obtained more efficiently and with greater confidence from one's own personal medical provider. Exceptions to this are additional screening for issues where the U.S. Marshals Service screening criteria or format is unusual (hearing evaluation).

**ALL REQUESTED INFORMATION MUST BE RECEIVED UPON RECEIPT OF THIS NOTICE.** In extenuating circumstances, such as the need to schedule an appointment with a specialist, additional time may be granted by the Employee Medical Program (EMP) upon request. If the requested documentation is not received, further action will be taken including notification to the Chief, US Marshal, and ultimately, possible referral to Discipline Management.

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING Upgrade Now

yahoo/mail

Find messages, documents, photos or peopl Advanced

Home

Compose

Back Archive Move Delete Spam

Inbox
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders Hide
+ New Folder
L
Notes

**U.S. Department of Labor**
**www.dol.gov**

Visit site

## ECOMP Representative Notification: Representation Withdrawn from Case

Yahoo/Inbox

www.dol.gov
From: noreply@ecomp.dol.gov
To: andreskichris@yahoo.com

Fri, Feb 23 at 3:46 PM

This email is intended for:

Name: christopher andreski
Username: andreskichris@yahoo.com

Assoc., McCready, Garcia, & Leet has withdrawn representation of Case #550113498.

You may select new representation by selecting "Select Representation" from your case page in ECOMP.

If you did not sign up for this account, do not click this link.

https://www.ecomp.dol.gov/
[Message ID: lsz4htp8.4rbbzo5GU9vU]

**Reply, Reply All or Forward**

What is the most important information I should kn
about RINVOQ?
RINVOQ may cause serious side effects, incl
• Serious infections. RINVOQ can lower your
infections. Serious infections have happened
RINVOQ, including tuberculosis (TB) and infec
Full Prescribing Information >

sonicdrivein
647.6k followers




sonicdrivein SCORE!! $1.99 Crispy Tender Wraps are here for a limited time. Avail in Hickory BBQ or Cheesy Baja. Snack on.

Limited ti
participati

15

**From:** Chris Andreski
**Sent:** Monday, May 13, 2024 10:28 PM
**To:** Scott Graham
**Subject:** FW: TIMELINE

Scott,

I do not feel conferrable summiting anything to the Michigan State Police, for many reasons without consulting and meeting with you first. When do you foresee having time to meet with me?

---

**From:** Elizabeth Smeal <esmeal@scottgrahampllc.com>
**Sent:** Friday, May 10, 2024 2:00:38 PM
**To:** Chris Andreski <andreskichris@outlook.com>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** TIMELINE

Chris: When you came into the office, I did provide you with Mr. Graham's trial schedule and, as of today's date, is still in trial. Pursuant to your last voice mail, Mr. Graham is recommending that you take your complaint to the State Police.

Elizabeth A. Smeal, Legal Assistant
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
Telephone: 269.327.0585
Facsimile: 269.327.0811
Email Address: esmeal@scottgrahampllc.com

SG SCOTT GRAHAM PLLC

Scott Graham, PLLC
1911 W. Centre Ave., Ste. C
Portage, MI 49024
Office: (269) 327-0585
Fax: (269) 327-0811

www.scottgrahampllc.com





Attachment #2

# ANDRESKI REPORT

## BINDER# 10

**FREEDOM OF INFORMATION ACT (FOIA) Inquires too the**

**U.S. Marshal Service (USMS).**

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000862

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 14, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306

**Re: Freedom of Information Act Request Number 2022-USMS-000862**
**Subject: FOIA Request regarding USMS correspondence.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all materials, emails, memos, and letters from former USMS employee Bruce Nordin, USMS employee Jeff Lour and all former and/or current USMS employees who may have sent, received, and/or corresponded with the information that you list below. The time period of your request is from 01/01/2019 to present.

- All former and/or current state of Michigan DEQ and/or EAGLE employee, who may have sent, received and/or corresponded with any USMS employee.
- Janet Erlandson
- Jerrod Sanders
- Teresa Seidel
- Luis Salvidia
- Vence Woods
- Kelsey Krupp
- Jeff Fischer
- Mary Beth Thelen
- Laura Smith
- Morgan Vinyard
- Erick Thorson

Received by the United States Marshals Service (USMS) on September 13, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**
**September 15, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- **Government Phone Number – (616) 437-1016.**
- **Government Phone Number – (616) 456-2440**
- **Government Phone Number – (008) 226-7754**

Thank you.

Respectfully,
Christopher Andreski

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000

**Signature** [4] ________ **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000874

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000874**
**Subject: FOIA Request for correspondence between USMS and Ottawa County, MI.**

Dear Andreski;

The United States Marshals Service (USMS) is in receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request for the following:

> "All material, emails, memos, letters, and text messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time period of this unredacted FOIA request is from 01/01/2020 to present."

The USMS adopted a "first in/first out" practice for processing all incoming FOIA/PA requests. Your request was placed in chronological order based on following the date of receipt and will be handled as quickly as possible when assigned for processing. Please note that the records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether the USMS possesses records that are responsive to your request. Accordingly, we may be unable to comply with the 20 working-day time limit in this case, as well as the 10 additional days provided by the statute.

The actual processing time will depend on the complexity of your request and whether it involves sensitive records, voluminous records, extensive search, and/or consultation with other U.S. Department of Justice (DOJ) components or other agencies. Due to a substantial backlog of requests, it is estimated the processing of your request may be significantly delayed. I regret the necessity of this but assure you that your request will be processed as soon as possible.

The FOIA and DOJ FOIA regulations allow agencies to recover part of the costs of processing FOIA requests. Please be advised the FOIA and DOJ FOIA regulations allow

agencies to recover part of the costs of processing FOIA requests. The filing of your request constitutes your agreement to pay all applicable fees that may be charged under the Department of Justice FOIA/PA regulations in excess of $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

The FOIA and DOJ FOIA regulations are available at the following web addresses:

- FOIA regulations: http://www.justice.gov/oip/foia-resources
- DOJ FOIA regulations: https://www.justice.gov/oip/doj-foia-regulations

It is your responsibility to notify our office of any changes in your contact information (i.e., mailing address, telephone numbers, and/or email address). Any returned correspondence due to "unknown address" is considered sufficient reason to close your request.

If you have any questions regarding the status of your request, you may contact the Government Information Specialist assigned to your request at the following address:

United States Marshals Service
CG-3, 15th Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Lastly, you may contact the USMS FOIA Public Liaison either by telephone at 703-740-3943, your PAL account (https://foia.usmarshals.gov), or the address listed above if you would like to discuss any aspect of your FOIA/PA request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
Freedom of Information/Privacy Act Officer
Office of General Counsel

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

September 09, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all Material, Emails, Memos, Letters and Text Messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time-period of this unredacted FOIA request is from 01/01/2020 to present.

Thank you.

Respectfully,
Christopher Andreski

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000226

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-FOIA/PA-000226**
**Subject: FOIA Request regarding requester.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all unredacted material, emails, memos, letters from any/all USMS employees who may have sent, received and/or corresponded with any/all Department of Labor (DOL) employee, Office of Workman Compensation Program (OWCP) employee, regarding DOL/OWCP past, present, current, open and closed DOL/OWCP cases that pertain to yourself. The time period of this request is from 01/01/2016 to present. Received by the United States Marshals Service (USMS) on September 15, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

September 09, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all unredacted Material, Emails, Memos, Letters from any/all USMS employees who sent, received and/or corresponded with any/all Department of Labor (DOL) employee, Office of Workman Compensation Program (OWCP) employee, regarding DOL/OWCP Past, Pending, Current, Open and Closed DOL/OWCP cases that pertain to myself (Christopher J. Andreski) (Christopher John Andreski) (Christopher Andreski). The time-period of this unredacted FOIA request is from 01/01/2016 to present.

Thank you.

Respectfully,
Christopher Andreski

UNITED STATES POSTAL SERVICE

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/12/2022 01:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |

Washington, DC 20530
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Fri 09/16/2022
Certified Mail® $4.00
Tracking #:
70220410000108339945
Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 68
Total $7.85

Grand Total: $8.34

Debit Card Remit $8.34
Card Name: VISA
Account #: XXXXXXXXXXXX5727
Approval #: 033350
Transaction #: 215
Receipt #: 011415
Debit Card Purchase: $8.34
AID: A0000000980840 Chip
AL: US DEBIT

UNITED STATES POSTAL SERVICE
CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777
09/12/2022 01:26 PM
Product Qty Unit Price Price
Envelope 6X9 1 $0.49 $0.49
First-Class Mail® Letter 1 $0.60
Washington, DC 20530
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Fri 09/16/2022
Certified Mail® $4.00
Tracking #:
70220410000108339938
Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 75
Total $7.85
Grand Total: $8.34
Debit Card Remit $8.34
Card Name: VISA
Account #: XXXXXXXXXXXX5727
Approval #: 032600
Transaction #: 214
Receipt #: 011414
Debit Card Purchase: $8.34
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
Washington DC 20530 OFFICIAL USE
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate) $3.25
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.60
Total Postage and Fees $7.85
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions
Postmark Here: CANNONSBURG MI SEP 12 2022 USPS 0317 01 09/12/2022
7022 0410 0001 0833 9938

7022 0410 0001 0833 9945
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20530 OFFICIAL USE
Certified Mail Fee $4.00
Extra Services & Fees (check box, add fee as appropriate) $3.25
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.60
Total Postage and Fees $7.85
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here: CANNONSBURG SEP 12 2022 USPS 0317 01 09/12/2022

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016). Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000380

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 22, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000380**
**Subject: FOIA Request for USMS documents.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all unredacted material, emails, memos, and letters from all former and/or current USMS employees who may have sent, received, and/or corresponded with all of the following that are listed in the attached letter. Received by the United States Marshals Service (USMS) on September 22, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113
September 12, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted Material, Emails, Memos, and Letters from all **Former and/or Current USMS Employee** who sent, received and/or corresponded with all the following that is listed below.

All United States Marshal Service (USMS) employee's, Office of General Counsel (OGC) employee, State of Michigan employee, Janet Erlandson, erlandsonj@michigan.gov, Kent County MI employee, Bruce Schutte, Wayne Harrall, kluneke@kentcountyroad.net, Allison Tierney, ATierney@house.mi.gov, Hope MacLaren, HMacLaren@house.mi.gov, Thomas Albert, Tom Albert, Stu Kogge, skogge@geiconsultants.com, Grattan Township MI employee, Ottawa County MI employee, Federal Law Enforcement Association employee (FLEOA), All attorneys along with outside counsel and representatives that are affiliated with FLEOA/FLEOA members, fleoaatty@aol.com, Larry Berger, lberger@lbfedlaw.com, Tom Allen, Thomas Allen, Thomas J. Allen, tom@tjallenlaw.com, Peter Noone, Thomas A. Kuiper, Thomas Kuiper, Scott W. Kraemer, Scott Kraemer, Joshua Kuiper, Joshua J. Kuiper, Josh Kuiper, jkuiperlaw@gmail.com, Lee Fisher, lfisher@miottawa.org, JoEllen Hass, jhaas@miottawa.org, Gregory Babbitt, gbabbitt@miottawa.org, Steve Grimm, Stephen L. Grimm, Steve@slgrimmpc.com, Laureen A. Birdsall, lbirdsall@aol.com, Cliff Bloom, cliff@bloomsluggett.com, Frank Force, supervisor@grattantownship.org, Greg Converse, Gregory Converse, ggconverse@comcast.net, glconverse@gmail.com, all Government Agency and/or Government Agency employee that pertains to my person **"Christopher John Andreski"**. (**Andreski, Chris Andreski, Chris J Andreski, Christopher J Andreski, Christopher Jon Andreski, Christopher Andreski, CJA, CA**). The unredacted FOIA request time-period of is from **01/01/2016 to present.**

Thank you.

Respectfully,
Christopher Andreski

[signature]

**U.S Department of Justice**

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature [4]** **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000888

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 27, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000888**
**Subject: FOIA Request regarding Bruce A. Nordin.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all unredacted telephonic material, text messages and call log records from former USMS employee Bruce Nordin/Bruce A. Nordin who allegedly sent, received and/or corresponded with all the following information that is listed below. The start date is from 01/01/2019 to present.

-Bruce Nordin / Bruce A. Nordin - Government Cell Phone
-Bruce Nordin / Bruce A. Nordin - government Office Phone
-Government Phone Number - (616) 437-1016
-Government Phone Number - (616) 456-2440
-Government Phone Number - (008) 226-7754

Received by the United States Marshals Service (USMS) on September 26, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

**U.S Department of Justice**

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] Date 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000883

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 22, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000883**
**Subject: FOIA Request regarding Bruce Nordin.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all unredacted material, emails, memos, and letters from former USMS employee Bruce Nordin, Bruce A Nordin, who may have sent, received and/or corresponded with all the following that are listed in the attached letter. Time period is from 01/01/2016 to present. Received by the United States Marshals Service (USMS) on September 21, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113
September 12, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

FREEDOM OF INFORMATION ACT (FOIA) Request.

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted Material, Emails, Memos, and Letters from former USMS Employee **Bruce Nordin, Bruce A Nordin**, who sent, received and/or corresponded with all the following that is listed below.

All United States Marshal Service (USMS) employee's, Office of General Counsel (OGC) employee, State of Michigan employee, Janet Erlandson, erlandsonj@michigan.gov, Kent County MI employee, Bruce Schutte, Wayne Harrall, kluneke@kentcountyroad.net, Allison Tierney, ATierney@house.mi.gov, Hope MacLaren, HMacLaren@house.mi.gov, Thomas Albert, Tom Albert, Stu Kogge, skogge@geiconsultants.com, Grattan Township MI employee, Ottawa County MI employee, Federal Law Enforcement Association employee (FLEOA), All attorneys along with outside counsel and representatives that are affiliated with FLEOA/FLEOA members, fleoaatty@aol.com, Larry Berger, lberger@lbfedlaw.com, Tom Allen, Thomas Allen, Thomas J. Allen, tom@tjallenlaw.com, Peter Noone, Thomas A. Kuiper, Thomas Kuiper, Scott W. Kraemer, Scott Kraemer, Joshua Kuiper, Joshua J. Kuiper, Josh Kuiper, jkuiperlaw@gmail.com, Lee Fisher, lfisher@miottawa.org, JoEllen Hass, jhaas@miottawa.org, Gregory Babbitt, gbabbitt@miottawa.org, Steve Grimm, Stephen L. Grimm, Steve@slgrimmpc.com, Laureen A. Birdsall, lbirdsall@aol.com, Cliff Bloom, cliff@bloomsluggett.com, Frank Force, supervisor@grattantownship.org, Greg Converse, Gregory Converse, ggconverse@comcast.net, glconverse@gmail.com, all Government Agency and/or Government Agency employee that pertains to my person **"Christopher John Andreski"**. (**Andreski, Chris Andreski, Chris J Andreski, Christopher J Andreski, Christopher Jon Andreski, Christopher Andreski, CJA, CA**). The unredacted FOIA request time-period of is from **01/01/2016 to present.**

Thank you.

Respectfully,
Christopher Andreski

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113
September 15, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

FREEDOM OF INFORMATION ACT (FOIA) Request.

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- **Government Phone Number – (616) 437-1016.**
- **Government Phone Number – (616) 456-2440**
- **Government Phone Number – (008) 226-7754**

Thank you.

Respectfully,
Christopher Andreski

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Washington, DC 20530
OFFICIAL USE

7022 0410 0001 0833 9907

Certified Mail Fee
$ $4.00

Extra Services & Fees (check box, add fee as appropriate) $3.25
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $0.60

Total Postage and Fees
$ $7.85

0517
01

Postmark Here
CANNONSBURG MI
SEP 16 2022
09/16/2022
49317

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/16/2022 01:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 0.70 oz | | | |
| Estimated Delivery Date Tue 09/20/2022 | | | |
| Certified Mail® Tracking #: 70220410000108339907 | | | $4.00 |
| Return Receipt Tracking #: 9590 9402 7593 2098 8100 51 | | | $3.25 |
| Total | | | $7.85 |

| | |
|---|---|
| Grand Total: | $8.34 |
| Cash | $10.35 |
| Change | -$2.01 |

*******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000874**
**Subject: FOIA Request for correspondence between USMS and Ottawa County, MI.**

Dear Andreski;

The United States Marshals Service (USMS) is in receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request for the following:

> "All material, emails, memos, letters, and text messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time period of this unredacted FOIA request is from 01/01/2020 to present."

The USMS adopted a "first in/first out" practice for processing all incoming FOIA/PA requests. Your request was placed in chronological order based on following the date of receipt and will be handled as quickly as possible when assigned for processing. Please note that the records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether the USMS possesses records that are responsive to your request. Accordingly, we may be unable to comply with the 20 working-day time limit in this case, as well as the 10 additional days provided by the statute.

The actual processing time will depend on the complexity of your request and whether it involves sensitive records, voluminous records, extensive search, and/or consultation with other U.S. Department of Justice (DOJ) components or other agencies. Due to a substantial backlog of requests, it is estimated the processing of your request may be significantly delayed. I regret the necessity of this but assure you that your request will be processed as soon as possible.

The FOIA and DOJ FOIA regulations allow agencies to recover part of the costs of processing FOIA requests. Please be advised the FOIA and DOJ FOIA regulations allow

agencies to recover part of the costs of processing FOIA requests. The filing of your request constitutes your agreement to pay all applicable fees that may be charged under the Department of Justice FOIA/PA regulations in excess of $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

The FOIA and DOJ FOIA regulations are available at the following web addresses:

- FOIA regulations: http://www.justice.gov/oip/foia-resources
- DOJ FOIA regulations: https://www.justice.gov/oip/doj-foia-regulations

It is your responsibility to notify our office of any changes in your contact information (i.e., mailing address, telephone numbers, and/or email address). Any returned correspondence due to "unknown address" is considered sufficient reason to close your request.

If you have any questions regarding the status of your request, you may contact the Government Information Specialist assigned to your request at the following address:

United States Marshals Service
CG-3, 15th Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Lastly, you may contact the USMS FOIA Public Liaison either by telephone at 703-740-3943, your PAL account (https://foia.usmarshals.gov), or the address listed above if you would like to discuss any aspect of your FOIA/PA request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
Freedom of Information/Privacy Act Officer
Office of General Counsel

**From:** USMS OGC FOIA
**Sent:** Friday, September 16, 2022 7:57 AM
**To:** andreskichris@outlook.com
**Subject:** Acknowledgment Letter re FOIA Request No. 2022-USMS-000874

Good Morning,

I hope this email finds you safe and in good health.

Attached is an acknowledgement letter pertaining to USMS FOIA Request Number 2022-USMS-000874 .

Should you have any questions, please contact the United States Marshals Service through the Public Access Link (PAL).

Thank you,

USMS FOIA Administrative Team

7022 0410 0001 0833 9983

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington, DC 20530

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate) $3.25

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $8.95

Total Postage and Fees $16.20

0317
01

Postmark Here
CANNONSBURG MI
SEP -9 2022
09/09/2022

Sent To USMS FOIA

Street and Apt. No., or PO Box No. CG-3 15 FL

City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8101 36

Total $16.20

Grand Total: $16.20

Cash $20.00
Change -$3.80

Ottawa County - USMS

*****************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
*****************************************

Text your tracking number to 28777 (2USPS)

7022 0410 0001 0833 9976

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington, DC 20530

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate) $3.25

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $8.95

Total Postage and Fees $16.20

0317
01

Postmark Here
CANNONSBURG MI
SEP -9 2022
09/09/2022

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 82

Total $16.20

Grand Total: $16.20

Cash $20.25
Change -$4.05

OWCP/USMS

*****************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
*****************************************

Text your tracking number to 28777 (2USPS)

7020 3160 0001 0418 9705

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington, DC 20530

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate) $3.25

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $9.45

Total Postage and Fees $16.70

0361
14

Postmark Here

09/08/2022

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

70203160000104189705

Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8101 43

Total $16.70

Grand Total: $16.70

Cash $20.25
Change -$3.55

DEA/Eagle - USMS

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email:** Andreskichris@outlook.com
**Phone: (586) 321-4113**

**September 08, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following information below:

> This FOIA request pertains to all Material, Emails, Memos, and Letters to be unredacted, from former USMS employee Bruce Nordin, USMS employee Jeff Lour and all Former and/or Current USMS employees who sent, received and/or corresponded with the information that I have listed below. The time-period of my unredacted FOIA request is from 01/01/2019 to present.

- **All Former and/or Current State of Michigan DEQ and/or EAGLE employee, who sent, received and/or corresponded with the any USMS Employee.**

- **Janet Erlandson**
- **Jerrod Sanders**
- **Teresa Seidel**
- **Luis Salvidia**
- **Luis Saldivia**
- **Vence Woods**
- **Kelsey Krupp**
- **Jeff Fischer**
- **Mary Beth Thelen**
- **Laura Smith**
- **Morgan Vinyard**
- **Erick Thorson**

Thank you.

Respectfully,
Christopher Andreski

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**

**September 09, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all unredacted Material, Emails, Memos, Letters from any/all USMS employees who sent, received and/or corresponded with any/all Department of Labor (DOL) employee, Office of Workman Compensation Program (OWCP) employee, regarding DOL/OWCP Past, Pending, Current, Open and Closed DOL/OWCP cases that pertain to myself (Christopher J. Andreski) (Christopher John Andreski) (Christopher Andreski). The time-period of this unredacted FOIA request is from 01/01/2016 to present.

Thank you.

Respectfully,
Christopher Andreski

PRESS FIRMLY TO SEAL

7022 0410 0001 0833 9983

U.S. POSTAGE PAID
CANNONSBURG MI
SEP 09 22
AMOUNT
$16.20
R2306K136843

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

9590 9402 7593 2098 8101 36

2. Article Number (Transfer from service label)

7022 0410 0001 0833 9983

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 7022 0410 0001 0833 9983 Domestic Return Receipt

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®

FROM:

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

TO:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

September 09, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all Material, Emails, Memos, Letters and Text Messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time-period of this unredacted FOIA request is from 01/01/2020 to present.

Thank you.

Respectfully,
Christopher Andreski

CERTIFIED MAIL

PRESS FIR

7022 0410 0001 0833 9976

PAPER POUCH

U.S. POSTAGE PAID
PM
CANONSBURG MI
49317
SEP 09 22
AMOUNT
$16.20
R2305K135663

1004 20530

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®

FROM:

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

TO:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

9590 9402 7593 2098 8100 82

2. Article Number (Transfer from service label)

7022 0410 0001 0833 9976

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 7022 0410 0001 0833 9976 Domestic Return Receipt

2019 DEQ/EAGLE

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Marshals Service ATTN: Elaine Rivera
FOI/PA OGC CG-3
15th FL DC 20530

9590 9403 0598 5183 2987 46

2. Article Number (Transfer from service label)

7020 3160 0001 0418 8715

COMPLETE THIS SECTION ON DELIVERY

X

☐ Agent
☐ Address

B. Received by (Printed Name)

C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 12 2021

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 Domestic Return Receip

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

5333 Egypt Valley
Belmont, MI 49306
ATT: Chris Andreski

USPS TRACKING#

9590 9403 0598 5183 2987 46

EXHIBIT# 1

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 27, 2021

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306

**Re: Freedom of Information Act (FOIA)/Privacy Act (PA)**
**Request No. 2021-USMS-FOIA/PA-000181**

Dear Christopher Andreski,

This is in regards to your pending FOIA/PA request, which you submitted on October 24, 2019 regarding an investigation on yourself.

While the United States Marshals Service is continuing to process your request, our efforts to substantively respond to the many Freedom of Information and Privacy Act requests pending action by this Service and our limited personnel resources have prevented a final response to your request.

So that we may more effectively utilize our limited resources, please advise regarding your continued interest in obtaining records responsive to your request. If you are still interested in receiving the documents responsive to this request should they exist, please mail your affirmative reply to: U.S. Marshals Service, ATTN: Elaine Rivera, FOI/PA, Office of General Counsel, CG-3, 15th Floor, Washington, DC 20530 or respond via email to Elaine.Rivera@usdoj.gov. Should we not hear from you within 30 days of the date of this letter, we will be forced to close your request due to not being responsive.

Your attention to this matter is appreciated.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Associate General Counsel
FOIA/PA Officer
Office of General Counsel

[X] **Yes**, I am still interested in receiving the requested documents.

YES

U.S. Department of Justice
*United States Marshals Service Headquarters*
*Washington, DC 20530-0001* - OGC, 15th Floor

Official Business
Penalty for Private Use $300

NOVA 220
30 SEP 2021 PM 2 L

$0.530
US POSTAGE
FIRST-CLASS
062S0011396640
FROM 20735
S4439142

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306

49306-911933

E Mail

**From:** Chris Andreski
**Sent:** Thursday, October 7, 2021 10:27 AM
**To:** Elaine.Rivera@usdoj.gov
**Subject:** Freedom of Information Act (FOIA)/Privacy (PA) Request No. 2021-USMS-FOIA/PA-000181

Email and Cert mail
USMS/OGC

7020 3160 0001 0418 8715

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.75 | 0317 01 |
| Extra Services & Fees (check box, add fee as appropriate) $3.05 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | [...]NONSBURG MI |
| ☐ Adult Signature Required $ $0.00 | OCT -6 2021 |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $1.36 | |
| Total Postage and Fees $ $8.16 | 10/06/2021 USPS |

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Certified Mail® $3.75

Tracking #:
70203160000104188715

Return Receipt $3.05

Tracking #:
9590 9403 0598 5183 2987 46

Total $8.16

**From:** Chris Andreski
**Sent:** Monday, July 11, 2022 12:43 PM
**To:** Chris Andreski
**Subject:** Fwd: Christopher Andreski

**From:** Larry Berger <lberger@lbfedlaw.com>
**Date:** May 17, 2022 at 3:40:55 PM EDT
**To:** Elaine.Rivera@usdoj.gov
**Cc:** andreskichris@yahoo.com
**Subject: Christopher Andreski**

Dear Ms. Rivera,

Please be advised that I am outside counsel to the Federal Law Enforcement Officers Association (F.L.E.O.A.) and in that capacity represent Mr. Christopher Andreski with regard to his pending FOIA/PA request which was duly submitted to your offices on October 24, 2019.

Kindly review the attached letter and advise us when Mr. Andreski should expect a response to his FOIA request.

Thank you.

Larry Berger

Lawrence Berger, Esq.
Georgia Deplas, Esq.
Outside Counsel to FLEOA Members
Mahon & Berger, Esqs.
70 Glen Street, Suite 249
Glen Cove, New York 11542
Office:(516) 671-2688
Facsimile:(516) 671-1148

# EXHIBIT 13

**MAHON & BERGER ESQS.**
Attorneys at Law

*Lawrence Berger, Esq.*
*Kathleen Mahon, Esq. (Deceased)*
*Luciano Cerasi, Esq., Of Counsel*
*Georgia Deplas, Esq.*

May 16, 2022

U.S. Department of Justice
United States Marshals Service
Office of General Counsel
CG-3, 15th Floor
Washington, DC 20530-0001
Elaine.Rivera@usdoj.gov

ATT: Elaine Rivera

RE: **FREEDOM OF INFORMATION ACT (FOIA) PRIVACY ACT (PA)**
**Request No.: 2021-USMS-FOIA/PA-000181**

Dear Ms. Rivera,

Please be advised that I am outside counsel to the Federal Law Enforcement Officers Association (F.L.E.O.A.) and in that capacity represent Mr. Christopher Andreski with regard to his pending FOIA/PA request which was duly submitted to your offices on October 24, 2019.

Mr. Andreski's request involved obtaining all documents related to an investigation by the U.S. Marshals Service into himself. Although his request was received in October 2019, he did not receive any correspondence from your office until September 27, 2021. Your offices advised Mr. Andreski that the U.S. Marshals Service was continuing to process his request but due to limited personnel resources, they had not yet finalized his request. Your office aksed that he submit his continued interest in receiving the documentation within 30 days of such letter. (See a copy of the letter attached hereto as Exhibit "A").

Mr. Andreski duly submitted his response within the 30 day period indicating he remains interested in obtaining all documents requested in his October 21, 2019 FOIA request. (See a copy of the certified mailing receipt indicating the letter of continued interest was submitted to your offices on October 6, 2021 attached hereto as Exhibit "B").

As of today, however, Mr. Andreski has not received any follow up letters nor any response to his FOIA request. It has been over 2 ½ years since his initial FOIA request and over 8 months since your office's follow up letter to Mr. Andreski. Mr. Andreski is entitled to all such documentation and we respectfully request that you use your good offices to look into this matter and provide him with all documents enumerated in his FOIA request as soon as possible.

Thank you.

Very truly yours,

*Lawrence Berger*

Lawrence Berger, Esq.

Cc: Christopher Andreski

EXHIBIT# 2

7022 0410 0001 0833 9983

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
OFFICIAL USE
Washington DC 20530

| | |
|---|---|
| Certified Mail Fee $ | $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 |
| Postage $ | $8.95 |
| Total Postage and Fees $ | $16.20 |

Postmark Here: 0317 — CANNONSBURG MI — SEP -9 2022 — USPS — 09/09/2022

Sent To: USMS FOIA
Street and Apt. No., or PO Box No.: CG-3 15FL
City, State, ZIP+4®: Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

$3.25
Return Receipt
Tracking #:
9590 9402 7593 2098 8101 36

| | |
|---|---|
| Total | $16.20 |
| Grand Total: | $16.20 |
| Cash | $20.00 |
| Change | -$3.80 |

OTTAWA County - USMS

******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
******************************************

Text your tracking number to 28777 (2USPS)

7022 0410 0001 0833 9976

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
OFFICIAL USE
Washington DC 20530

| | |
|---|---|
| Certified Mail Fee $ | $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $8.95 |
| Total Postage and Fees $ | $16.20 |

Postmark Here: 0317 01 — CANNONSBURG MI — SEP -9 2022 — USPS 49317 — 09/09/2022

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

$3.25
Return Receipt
Tracking #:
9590 9402 7593 2098 8100 82

| | |
|---|---|
| Total | $16.20 |
| Grand Total: | $16.20 |
| Cash | $20.25 |
| Change | -$4.05 |

OWCP/USMS

******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
******************************************

Text your tracking number to 28777 (2USPS)

7020 3160 0001 0418 9705

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
OFFICIAL USE
Washington DC 20530

| | |
|---|---|
| Certified Mail Fee $ | $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | $0.00 |
| Postage $ | $9.45 |
| Total Postage and Fees $ | $16.70 |

0361 14
Postmark Here
09/08/2022

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

70203160000104189705
$3.25
Return Receipt
Tracking #:
9590 9402 7593 2098 8101 43

| | |
|---|---|
| Total | $16.70 |
| Grand Total: | $16.70 |
| Cash | $20.25 |
| Change | -$3.55 |

DEA/Eagle - USMS

CERTIFIED MAIL

PRESS FIR

7022 0410 0001 0833 9976

PAPER POUCH

U.S. POSTAGE PAID PM
CANNONSBURG MI
49317
SEP 09 22
AMOUNT
$16.20
R2305K135883

1004 20530

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

9590 9402 7593 2098 8100 82

2. Article Number (Transfer from service label)
7022 0410 0001 0833 9976

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 7022 0410 0001 0833 9976 Domestic Return Receipt

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®

FROM:

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

TO:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

EXHIBIT# 3

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**

**September 09, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all unredacted Material, Emails, Memos, Letters from any/all USMS employees who sent, received and/or corresponded with any/all Department of Labor (DOL) employee, Office of Workman Compensation Program (OWCP) employee, regarding DOL/OWCP Past, Pending, Current, Open and Closed DOL/OWCP cases that pertain to myself (Christopher J. Andreski) (Christopher John Andreski) (Christopher Andreski). The time-period of this unredacted FOIA request is from 01/01/2016 to present.

Thank you.

Respectfully,
Christopher Andreski

[signature]

EXHIBIT# 4

**From:** USMS OGC FOIA
**Sent:** Thursday, September 15, 2022 2:42 PM
**To:** andreskichris@outlook.com
**Subject:** DOJ 361 Needed re FOIA Request No. 2022-USMS-FOIA/PA-000226

Good Afternoon,

I hope this email finds you safe and in good health.

Attached is a Certificate of Identity (DOJ 361) letter and Certificate of Identity (DOJ 361) form that requires the signature of the individual whose information is being requested in FOIA Request Number 2022-USMS-FOIA/PA-000226.

Your request will be placed on HOLD until the proper documentation is provided. You have thirty (30) days to provide the requested documentation or your request will be administratively closed.

Should you have any questions, please contact the United States Marshals Service through the Public Access Link (PAL).

Thank you,

USMS FOIA Administrative Team

EXHIBIT# 5

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-FOIA/PA-000226**
**Subject: FOIA Request regarding requester.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all unredacted material, emails, memos, letters from any/all USMS employees who may have sent, received and/or corresponded with any/all Department of Labor (DOL) employee, Office of Workman Compensation Program (OWCP) employee, regarding DOL/OWCP past, present, current, open and closed DOL/OWCP cases that pertain to yourself. The time period of this request is from 01/01/2016 to present. Received by the United States Marshals Service (USMS) on September 15, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

EXHIBIT# 6

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**

**August 24, 2022**

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This is a second attempt to collect the material that I have requested on June 05, 2022, under the request under the Freedom of Information Act (FOIA# 2022-USMS-000522). This FOIA request is to have all the following material unredacted as described in this letter that has been signed and dated on August 24, 2022.

The FOIA request of unredacted material consist of the following; this FOIA request is to have all unredacted material of the USMS Western District of Michigan disbursements of the last ten (10) years of Awards, Bonuses and/or Cash Awards, and to include unredacted type of award and unredacted amount that was awarded to the USMS employee in the Western District of Michigan (040). In addition, to any Special Act (MSA) Award/Cash amounts over the past ten (10) years in the USMS Western District of Michigan. Furthermore, this FOIA of unredacted material request is to include all current and former USMS employee names that are or were assigned to the USMS Western District of Michigan (040) that received any Award, Bonus, QSI, Cash Award and/or Special Act (MSA) Award over the past ten (10) years. While including all unredacted first and last name (Example: First Name - John – Last Name - Doe) regarding who received the award, unredacted reason the USMS employee received the Award, Bonus, QSI, Cash Award, Special Act (MSA) Award along with the unredacted date (Example: Month/Day/Year) of the USMS employee received the award.

Thank you.

Respectfully,
Christopher Andreski

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

9590 9402 7593 2098 8101 67

2. Article Number (Transfer from service label)

7020 3160 0001 0418 9675

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 2022-USMS-000522 Domestic Return Rece

USPS TRACKING #

9590 9402 7593 2098 8101 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Christopher Andreski
5333 Egypt Valley N.E.
Belmont, MI 49306

EXHIBIT# 7

UNITED STATES POSTAL SERVICE

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/12/2022 01:26 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |

Washington, DC 20530
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Fri 09/16/2022
Certified Mail® $4.00
Tracking #:
70220410000108339938
Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 75

Total $7.85

Grand Total: $8.34

Debit Card Remit $8.34
Card Name: VISA
Account #: XXXXXXXXXXXX5727
Approval #: 032600
Transaction #: 214
Receipt #: 011414
Debit Card Purchase: $8.34
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Verified

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington DC 20530

OFFICIAL USE

Certified Mail Fee $4.00
0317
01

Extra Services & Fees (check box, add fee as appropriate) $3.25
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $ $0.00

Postage $0.60

Total Postage and Fees $7.85

Postmark Here
CANNONSBURG MI SEP 12 2022 USPS
09/12/2022

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 0410 0001 0833 9938

7022 0410 0001 0833 9945

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington DC 20530

OFFICIAL USE

Certified Mail Fee $4.00
0317

Extra Services & Fees (check box, add fee as appropriate) $3.25
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $ $0.00

Postage $0.60

Total Postage and Fees $7.85

Postmark Here
CANNONSBURG SEP 12 2022 USPS
09/12/2022

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/12/2022 01:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |

Washington, DC 20530
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Fri 09/16/2022
Certified Mail® $4.00
Tracking #:
70220410000108339945
Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 68

Total $7.85

Grand Total: $8.34

Debit Card Remit $8.34
Card Name: VISA
Account #: XXXXXXXXXXXX5727
Approval #: 033350
Transaction #: 215
Receipt #: 011415
Debit Card Purchase: $8.34
AID: A0000000980840 Chip
AL: US DEBIT

EXHIBIT# 8

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

September 09, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

The FOIA request of unredacted material consist of the following request below:

> I am requesting all Material, Emails, Memos, Letters and Text Messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time-period of this unredacted FOIA request is from 01/01/2020 to present.

Thank you.

Respectfully,
Christopher Andreski

UNITED STATES POSTAL SERVICE.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ©
MADE IN THE U.S.A.

0 15645 72738 0 00

49317

-01

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001

9590 9402 7593 2098 8100 75

2. Article Number *(Transfer from service label)*

7022 0410 0001 0833 9938

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
)0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 7022 0410 0001 0833 9938 Domestic Return Receipt

EXHIBIT# 9

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000874**
**Subject: FOIA Request for correspondence between USMS and Ottawa County, MI.**

Dear Andreski;

The United States Marshals Service (USMS) is in receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request for the following:

> "All material, emails, memos, letters, and text messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time period of this unredacted FOIA request is from 01/01/2020 to present."

The USMS adopted a "first in/first out" practice for processing all incoming FOIA/PA requests. Your request was placed in chronological order based on following the date of receipt and will be handled as quickly as possible when assigned for processing. Please note that the records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether the USMS possesses records that are responsive to your request. Accordingly, we may be unable to comply with the 20 working-day time limit in this case, as well as the 10 additional days provided by the statute.

The actual processing time will depend on the complexity of your request and whether it involves sensitive records, voluminous records, extensive search, and/or consultation with other U.S. Department of Justice (DOJ) components or other agencies. Due to a substantial backlog of requests, it is estimated the processing of your request may be significantly delayed. I regret the necessity of this but assure you that your request will be processed as soon as possible.

The FOIA and DOJ FOIA regulations allow agencies to recover part of the costs of processing FOIA requests. Please be advised the FOIA and DOJ FOIA regulations allow

agencies to recover part of the costs of processing FOIA requests. The filing of your request constitutes your agreement to pay all applicable fees that may be charged under the Department of Justice FOIA/PA regulations in excess of $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

The FOIA and DOJ FOIA regulations are available at the following web addresses:

- FOIA regulations: http://www.justice.gov/oip/foia-resources
- DOJ FOIA regulations: https://www.justice.gov/oip/doj-foia-regulations

It is your responsibility to notify our office of any changes in your contact information (i.e., mailing address, telephone numbers, and/or email address). Any returned correspondence due to "unknown address" is considered sufficient reason to close your request.

If you have any questions regarding the status of your request, you may contact the Government Information Specialist assigned to your request at the following address:

United States Marshals Service
CG-3, 15th Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Lastly, you may contact the USMS FOIA Public Liaison either by telephone at 703-740-3943, your PAL account (https://foia.usmarshals.gov), or the address listed above if you would like to discuss any aspect of your FOIA/PA request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
Freedom of Information/Privacy Act Officer
Office of General Counsel

**From:** USMS OGC FOIA
**Sent:** Friday, September 16, 2022 7:57 AM
**To:** andreskichris@outlook.com
**Subject:** Acknowledgment Letter re FOIA Request No. 2022-USMS-000874

Good Morning,

I hope this email finds you safe and in good health.

Attached is an acknowledgement letter pertaining to USMS FOIA Request Number 2022-USMS-000874 .

Should you have any questions, please contact the United States Marshals Service through the Public Access Link (PAL).

Thank you,

USMS FOIA Administrative Team

EXHIBIT# 10

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**
**September 12, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted Material, Emails, Memos, and Letters from all **Former and/or Current USMS Employee** who sent, received and/or corresponded with all the following that is listed below.

All United States Marshal Service (USMS) employee's, Office of General Counsel (OGC) employee, State of Michigan employee, Janet Erlandson, erlandsonj@michigan.gov, Kent County MI employee, Bruce Schutte, Wayne Harrall, kluneke@kentcountyroad.net, Allison Tierney, ATierney@house.mi.gov, Hope MacLaren, HMacLaren@house.mi.gov, Thomas Albert, Tom Albert, Stu Kogge, skogge@geiconsultants.com, Grattan Township MI employee, Ottawa County MI employee, Federal Law Enforcement Association employee (FLEOA), All attorneys along with outside counsel and representatives that are affiliated with FLEOA/FLEOA members, fleoaatty@aol.com, Larry Berger, lberger@lbfedlaw.com, Tom Allen, Thomas Allen, Thomas J. Allen, tom@tjallenlaw.com, Peter Noone, Thomas A. Kuiper, Thomas Kuiper, Scott W. Kraemer, Scott Kraemer, Joshua Kuiper, Joshua J. Kuiper, Josh Kuiper, jkuiperlaw@gmail.com, Lee Fisher, lfisher@miottawa.org, JoEllen Hass, jhaas@miottawa.org, Gregory Babbitt, gbabbitt@miottawa.org, Steve Grimm, Stephen L. Grimm, Steve@slgrimmpc.com, Laureen A. Birdsall, lbirdsall@aol.com, Cliff Bloom, cliff@bloomsluggett.com, Frank Force, supervisor@grattantownship.org, Greg Converse, Gregory Converse, ggconverse@comcast.net, glconverse@gmail.com, all Government Agency and/or Government Agency employee that pertains to my person **"Christopher John Andreski". (Andreski, Chris Andreski, Chris J Andreski, Christopher J Andreski, Christopher Jon Andreski, Christopher Andreski, CJA, CA)**. The unredacted FOIA request time-period of is from **01/01/2016 to present**.

Thank you.

Respectfully,
Christopher Andreski

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**
**September 12, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted Material, Emails, Memos, and Letters from former USMS Employee **Bruce Nordin, Bruce A Nordin**, who sent, received and/or corresponded with all the following that is listed below.

All United States Marshal Service (USMS) employee's, Office of General Counsel (OGC) employee, State of Michigan employee, Janet Erlandson, erlandsonj@michigan.gov, Kent County MI employee, Bruce Schutte, Wayne Harrall, kluneke@kentcountyroad.net, Allison Tierney, ATierney@house.mi.gov, Hope MacLaren, HMacLaren@house.mi.gov, Thomas Albert, Tom Albert, Stu Kogge, skogge@geiconsultants.com, Grattan Township MI employee, Ottawa County MI employee, Federal Law Enforcement Association employee (FLEOA), All attorneys along with outside counsel and representatives that are affiliated with FLEOA/FLEOA members, fleoaatty@aol.com, Larry Berger, lberger@lbfedlaw.com, Tom Allen, Thomas Allen, Thomas J. Allen, tom@tjallenlaw.com, Peter Noone, Thomas A. Kuiper, Thomas Kuiper, Scott W. Kraemer, Scott Kraemer, Joshua Kuiper, Joshua J. Kuiper, Josh Kuiper, jkuiperlaw@gmail.com, Lee Fisher, lfisher@miottawa.org, JoEllen Hass, jhaas@miottawa.org, Gregory Babbitt, gbabbitt@miottawa.org, Steve Grimm, Stephen L. Grimm, Steve@slgrimmpc.com, Laureen A. Birdsall, lbirdsall@aol.com, Cliff Bloom, cliff@bloomsluggett.com, Frank Force, supervisor@grattantownship.org, Greg Converse, Gregory Converse, ggconverse@comcast.net, glconverse@gmail.com, all Government Agency and/or Government Agency employee that pertains to my person **"Christopher John Andreski". (Andreski, Chris Andreski, Chris J Andreski, Christopher J Andreski, Christopher Jon Andreski, Christopher Andreski, CJA, CA)**. The unredacted FOIA request time-period of is from **01/01/2016 to present.**

Thank you.

Respectfully,
Christopher Andreski

EXHIBIT# 11

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 14, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306

**Re: Freedom of Information Act Request Number 2022-USMS-000862**
**Subject: FOIA Request regarding USMS correspondence.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all materials, emails, memos, and letters from former USMS employee Bruce Nordin, USMS employee Jeff Lour and all former and/or current USMS employees who may have sent, received, and/or corresponded with the information that you list below. The time period of your request is from 01/01/2019 to present.

- All former and/or current state of Michigan DEQ and/or EAGLE employee, who may have sent, received and/or corresponded with any USMS employee.
- Janet Erlandson
- Jerrod Sanders
- Teresa Seidel
- Luis Salvidia
- Vence Woods
- Kelsey Krupp
- Jeff Fischer
- Mary Beth Thelen
- Laura Smith
- Morgan Vinyard
- Erick Thorson

Received by the United States Marshals Service (USMS) on September 13, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

EXHIBIT# 12

7022 0410 0001 0833 9907

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.25 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $ $0.60 |
| Total Postage and Fees | $ $7.85 |

0317
01

Postmark Here

CANNONSBURG MI
SEP 16 2022
09/16/2022
49317

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/16/2022 01:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 0.70 oz | | | |
| Estimated Delivery Date Tue 09/20/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: 70220410000108339907 | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7593 2098 8100 51 | | | |
| Total | | | $7.85 |
| Grand Total: | | | $8.34 |
| Cash | | | $10.35 |
| Change | | | -$2.01 |

******************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

OFFICIAL USE

7022 0410 0001 0833 9907

| | |
|---|---|
| Certified Mail Fee | $ $4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.25 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $ $0.60 |
| Total Postage and Fees | $ $7.85 |

0317
01

Postmark Here
CANNONSBURG MI
SEP 16 2022
09/16/2022
49317

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**UNITED STATES POSTAL SERVICE®**

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/16/2022 01:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 0.70 oz | | | |
| Estimated Delivery Date Tue 09/20/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: 70220410000108339907 | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7593 2098 8100 51 | | | |
| Total | | | $7.85 |
| Grand Total: | | | $8.34 |
| Cash | | | $10.35 |
| Change | | | -$2.01 |

*******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email:** Andreskichris@outlook.com
**Phone: (586) 321-4113**
**September 15, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- **Government Phone Number – (616) 437-1016.**
- **Government Phone Number – (616) 456-2440**
- **Government Phone Number – (008) 226-7754**

Thank you.

Respectfully,
Christopher Andreski

7022 0410 0001 0833 9907

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0317 |
| Extra Services & Fees (check box, add fee as appropriate) $3.25 | 01 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | CANNONSBURG MI SEP 16 2022 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $0.60 | 09/16/2022 |
| Total Postage and Fees $ $7.85 | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**UNITED STATES POSTAL SERVICE.**

CANNONSBURG
7825 CANNONSBURG RD NE
CANNONSBURG, MI 49317-9800
(800)275-8777

09/16/2022 01:53 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| First-Class Mail® Letter | 1 | | $0.60 |
| Washington, DC 20530 | | | |
| Weight: 0 lb 0.70 oz | | | |
| Estimated Delivery Date Tue 09/20/2022 | | | |
| Certified Mail® | | | $4.00 |
| Tracking #: 70220410000108339907 | | | |
| Return Receipt | | | $3.25 |
| Tracking #: 9590 9402 7593 2098 8100 51 | | | |
| Total | | | $7.85 |
| Grand Total: | | | $8.34 |
| Cash | | | $10.35 |
| Change | | | -$2.01 |

*******************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email: Andreskichris@outlook.com**
**Phone: (586) 321-4113**
**September 15, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- **Government Phone Number – (616) 437-1016.**
- **Government Phone Number – (616) 456-2440**
- **Government Phone Number – (008) 226-7754**

Thank you.

Respectfully,
Christopher Andreski

# U.S. MARSHALS SERVICE - WESTERN MICHIGAN

| NAME | TITLE | AGENCY | CALL NUMBER | BADGE NUMBER | CELL NUMBER |
|---|---|---|---|---|---|
| Peter C. Munoz | U.S. MARSHAL | USMS | 9001 | 0158 | 616-446-2430 |
| Bruce A. Nordin | CHIEF DEPUTY | USMS | 9002 | 2687 | 616-437-1016 |
| Mark K. Hill | SUPERVISOR | USMS | 9003 | 2366 | 616-437-3136 |
| Steve T. Hetherington | SUPERVISOR | USMS | 9004 | 1821 | 616-437-3159 |
| Joe A. Guzman | SUPERVISOR | USMS | 9006 | 5262 | 616-437-0467 |
| Richard J. Marsh | INSPECTOR | USMS | 9005 | 2229 | 616-437-1019 |
| Erin M. Hartline | DEPUTY | USMS | 9025 | 30193 | 906-202-3742 |
| R. Scott Lugtigheid | DEPUTY | USMS | 9011 | 0944 | 616-437-3157 |
| Mark D. Hessler | DEPUTY | USMS | 9012 | 5420 | 616-437-3160 |
| Scott L. Masteller | DEPUTY | USMS | 9013 | 5760 | 517-712-0865 |
| Mark D. Holloway | DEPUTY | USMS | 9014 | 0328 | 269-567-8125 |
| Ken J. Groenveld | DEPUTY | USMS | 9015 | 5748 | 616-437-3162 |
| Anthony T. Casper | DEPUTY | USMS | 9016 | 3558 | 616-437-6018 |
| Mark A. Castagna | DEPUTY | USMS | 9017 | 3824 | 616-914-2186 |
| Brandon P. Lally | DEPUTY | USMS | 9018 | 4221 | 616-262-6053 |
| Joshua J. Ramey | DEPUTY | USMS | 9019 | 4470 | 616-401-0492 |
| Christopher J. Andreski | DEPUTY | USMS | 9020 | 4576 | 616-307-0528 |
| Michael C. DeMinck | DEPUTY | USMS | 9021 | 0099 | 616-460-0633 |
| Thomas A. Perosky | DEPUTY | USMS | 9022 | 4655 | 616-446-8729 |
| Jessica L. Erickson | DEPUTY | USMS | 9023 | 4831 | 616-307-7153 |
| Andres E. Fernandez | DEPUTY | USMS | 9024 | 4903 | 616-550-5626 |
| Benjamin D. Walkington | DEPUTY | USMS | 9026 | 4974 | 616-826-1967 |
| Jordan J. Beimers | DEPUTY | USMS | 9027 | 30361 | 616-450-3922 |
| Timothy E. Dawe | DEPUTY | USMS | 9028 | 30431 | 616-307-6264 |
| Jeff L. Schripsema | TFO | MSP | 6030 | 263 | 616-262-6500 |
| Zach Sparks | TFO | MSP | 6031 | 682 | 616-260-8571 |
| Chris Pietrantonio | TFO | MSP | 1630 | 6333 | 989-948-0687 |
| Doug Best | TFO | MDOC | 9039 | 99 | 517-599-5398 |
| Joel W. Bowman | TFO | GRPD | 1212 / 9212 | 004 | 616-318-7543 |
| Joe E. Garrett | TFO | GRPD | 1213 / 9213 | 353 | 616-318-7544 |
| Tom A. Schifini | TFO | ICE | 9040 | 4187 | 616-291-3509 |
| Jason Russell | TFO | HUD-OIG | 9041 | 489 | 616-916-3715 |
| Robert A. Meredith | TFO | WYOMING | 9029 | 4431 | 616-437-2767 |

Updated May 18, 2016

EXHIBIT# 13

**Christopher Andreski**
**5333 Egypt Valley**
**Belmont, MI 49306**
**Email:** Andreskichris@outlook.com
**Phone: (586) 321-4113**
**September 15, 2022**

**USMS FOIA**
**Office of General Counsel**
**CG-3 15 Floor**
**Washington, DC 20530-001**
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

**FREEDOM OF INFORMATION ACT (FOIA) Request.**

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- **Government Phone Number – (616) 437-1016.**
- **Government Phone Number – (616) 456-2440**
- **Government Phone Number – (008) 226-7754**

Thank you.

Respectfully,
Christopher Andreski

[signature]

| U.S. MARSHALS SERVICE - WESTERN MICHIGAN | | | | | |
|---|---|---|---|---|---|
| NAME | TITLE | AGENCY | CALL NUMBER | BADGE NUMBER | CELL NUMBER |
| Peter C. Munoz | U.S. MARSHAL | USMS | 9001 | 0158 | 616-446-2430 |
| Bruce A. Nordin | CHIEF DEPUTY | USMS | 9002 | 2687 | 616-437-1016 |
| Mark K. Hill | SUPERVISOR | USMS | 9003 | 2366 | 616-437-3136 |
| Steve T. Hetherington | SUPERVISOR | USMS | 9004 | 1821 | 616-437-3159 |
| Joe A. Guzman | SUPERVISOR | USMS | 9006 | 5262 | 616-437-0467 |
| Richard J. Marsh | INSPECTOR | USMS | 9005 | 2229 | 616-437-1019 |
| Erin M. Hartline | DEPUTY | USMS | 9025 | 30193 | 906-202-3742 |
| R. Scott Lugtigheid | DEPUTY | USMS | 9011 | 0944 | 616-437-3157 |
| Mark D. Hessler | DEPUTY | USMS | 9012 | 5420 | 616-437-3160 |
| Scott L. Masteller | DEPUTY | USMS | 9013 | 5760 | 517-712-0865 |
| Mark D. Holloway | DEPUTY | USMS | 9014 | 0328 | 269-567-8125 |
| Ken J. Groenveld | DEPUTY | USMS | 9015 | 5748 | 616-437-3162 |
| Anthony T. Casper | DEPUTY | USMS | 9016 | 3558 | 616-437-6018 |
| Mark A. Castagna | DEPUTY | USMS | 9017 | 3824 | 616-914-2186 |
| Brandon P. Lally | DEPUTY | USMS | 9018 | 4221 | 616-262-6053 |
| Joshua J. Ramey | DEPUTY | USMS | 9019 | 4470 | 616-401-0492 |
| Christopher J. Andreski | DEPUTY | USMS | 9020 | 4576 | 616-307-0528 |
| Michael C. DeMinck | DEPUTY | USMS | 9021 | 0099 | 616-460-0633 |
| Thomas A. Perosky | DEPUTY | USMS | 9022 | 4655 | 616-446-8729 |
| Jessica L. Erickson | DEPUTY | USMS | 9023 | 4831 | 616-307-7153 |
| Andres E. Fernandez | DEPUTY | USMS | 9024 | 4903 | 616-550-5626 |
| Benjamin D. Walkington | DEPUTY | USMS | 9026 | 4974 | 616-826-1967 |
| Jordan J. Beimers | DEPUTY | USMS | 9027 | 30361 | 616-450-3922 |
| Timothy E. Dawe | DEPUTY | USMS | 9028 | 30431 | 616-307-6264 |
| Jeff L. Schripsema | TFO | MSP | 6030 | 263 | 616-262-6500 |
| Zach Sparks | TFO | MSP | 6031 | 682 | 616-260-8571 |
| Chris Pietrantonio | TFO | MSP | 1630 | 6333 | 989-948-0687 |
| Doug Best | TFO | MDOC | 9039 | 99 | 517-599-5398 |
| Joel W. Bowman | TFO | GRPD | 1212 / 9212 | 004 | 616-318-7543 |
| Joe E. Garrett | TFO | GRPD | 1213 / 9213 | 353 | 616-318-7544 |
| Tom A. Schifini | TFO | ICE | 9040 | 4187 | 616-291-3509 |
| Jason Russell | TFO | HUD-OIG | 9041 | 489 | 616-916-3715 |
| Robert A. Meredith | TFO | WYOMING | 9029 | 4431 | 616-437-2767 |

Updated May 18, 2016

EXHIBIT# 14

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] U.S. Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

08-24-2022 FOIA request letter (UNREDACTED) FOIA# 2022-USMS-000522

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

August 24, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

FREEDOM OF INFORMATION ACT (FOIA) Request.

This is a second attempt to collect the material that I have requested on June 05, 2022, under the request under the Freedom of Information Act (FOIA# 2022-USMS-000522). This FOIA request is to have all the following material unredacted as described in this letter that has been signed and dated on August 24, 2022.

The FOIA request of unredacted material consist of the following; this FOIA request is to have all unredacted material of the USMS Western District of Michigan disbursements of the last ten (10) years of Awards, Bonuses and/or Cash Awards, and to include unredacted type of award and unredacted amount that was awarded to the USMS employee in the Western District of Michigan (040). In addition, to any Special Act (MSA) Award/Cash amounts over the past ten (10) years in the USMS Western District of Michigan. Furthermore, this FOIA of unredacted material request is to include all current and former USMS employee names that are or were assigned to the USMS Western District of Michigan (040) that received any Award, Bonus, QSI, Cash Award and/or Special Act (MSA) Award over the past ten (10) years. While including all unredacted first and last name (Example: First Name - John – Last Name - Doe) regarding who received the award, unredacted reason the USMS employee received the Award, Bonus, QSI, Cash Award, Special Act (MSA) Award along with the unredacted date (Example: Month/Day/Year) of the USMS employee received the award.

Thank you.

Respectfully,
Christopher Andreski

**From:** USMS OGC FOIA
**Sent:** Monday, August 22, 2022 10:33 AM
**To:** Andreskichris@outlook.com
**Subject:** Re: Freedom of Information Act Request No. 2022-USMS-000522

The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA) request 2022-USMS-000522. Please find attached the final disclosure.

Sincerely,

USMS FOIA Admin

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that unauthorized dissemination, distribution, copying, or use of this email or its contents is prohibited and may violate applicable law. If you received this email in error, please notify the sender immediately and destroy all copies.

EXHIBIT# 15

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] U.S. Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

08-24-2022 FOIA request letter (UNREDACTED) FOIA# 2022-USMS-000522

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113

August 24, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

FREEDOM OF INFORMATION ACT (FOIA) Request.

This is a second attempt to collect the material that I have requested on June 05, 2022, under the request under the Freedom of Information Act (FOIA# 2022-USMS-000522). This FOIA request is to have all the following material unredacted as described in this letter that has been signed and dated on August 24, 2022.

The FOIA request of unredacted material consist of the following; this FOIA request is to have all unredacted material of the USMS Western District of Michigan disbursements of the last ten (10) years of Awards, Bonuses and/or Cash Awards, and to include unredacted type of award and unredacted amount that was awarded to the USMS employee in the Western District of Michigan (040). In addition, to any Special Act (MSA) Award/Cash amounts over the past ten (10) years in the USMS Western District of Michigan. Furthermore, this FOIA of unredacted material request is to include all current and former USMS employee names that are or were assigned to the USMS Western District of Michigan (040) that received any Award, Bonus, QSI, Cash Award and/or Special Act (MSA) Award over the past ten (10) years. While including all unredacted first and last name (Example: First Name - John – Last Name - Doe) regarding who received the award, unredacted reason the USMS employee received the Award, Bonus, QSI, Cash Award, Special Act (MSA) Award along with the unredacted date (Example: Month/Day/Year) of the USMS employee received the award.

Thank you.

Respectfully,
Christopher Andreski

EXHIBIT# 16

7022 0410 0001 0833 9983

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0317 |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | CANNONSBURG MI SEP -9 2022 USPS |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $8.95 | 09/09/2022 |
| Total Postage and Fees $ $16.20 | |

Sent To USMS FOIA
Street and Apt. No., or PO Box No. CG-3 15FL
City, State, ZIP+4® Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8101 36
Total $16.20

Grand Total: $16.20

Cash $20.00
Change -$3.80

Ottawa County - USMS

*****************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
*****************************************

Text your tracking number to 28777 (2USPS)

7022 0410 0001 0833 9976

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0317 |
| $ $3.25 | 01 |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | CANNONSBURG MI SEP -9 2022 USPS 49317 |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $8.95 | 09/09/2022 |
| Total Postage and Fees $ $16.20 | |

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8100 82
Total $16.20

Grand Total: $16.20

Cash $20.25
Change -$4.05

OWCP/USMS

*****************************************
Every household in the U.S. is now eligible to receive a third set of 8 free test kits.
Go to www.covidtests.gov
*****************************************

Text your tracking number to 28777 (2USPS)

7020 3160 0001 0418 9705

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.00 | 0361 |
| | 14 |
| Extra Services & Fees (check box, add fee as appropriate) | Postmark Here |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $9.45 | 09/08/2022 |
| Total Postage and Fees $ $16.70 | |

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

70203160000104189705
Return Receipt $3.25
Tracking #:
9590 9402 7593 2098 8101 43
Total $16.70

Grand Total: $16.70

Cash $20.25
Change -$3.55

DEQ/Eagle - USMS

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000862

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 14, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306

**Re: Freedom of Information Act Request Number 2022-USMS-000862**
**Subject: FOIA Request regarding USMS correspondence.**

Dear Christopher Andreski,

Reference is made to your above-captioned Freedom of Information Act (FOIA) / Privacy Act (PA) request for any and all materials, emails, memos, and letters from former USMS employee Bruce Nordin, USMS employee Jeff Lour and all former and/or current USMS employees who may have sent, received, and/or corresponded with the information that you list below. The time period of your request is from 01/01/2019 to present.

- All former and/or current state of Michigan DEQ and/or EAGLE employee, who may have sent, received and/or corresponded with any USMS employee.
- Janet Erlandson
- Jerrod Sanders
- Teresa Seidel
- Luis Salvidia
- Vence Woods
- Kelsey Krupp
- Jeff Fischer
- Mary Beth Thelen
- Laura Smith
- Morgan Vinyard
- Erick Thorson

Received by the United States Marshals Service (USMS) on September 13, 2022.

As an initial matter, the USMS can neither confirm nor deny the Agency possesses records on the above-named individuals. If the agency possesses responsive records on these individuals, the USMS cannot release any documentation without a properly executed privacy waiver, Form DOJ-361. In order for the USMS to address your request, it is necessary for you to provide the following prerequisite element(s):

**Authorization to disclose records to you.** You must provide a written release, which includes your identifying data, authorizing the USMS to disclose information pertaining to a third-party individual, to you. A Certification of Identity Form, DOJ-361, may be used for this purpose or (if the request is submitted from an attorney's office) a declaration by your client signed under penalty of perjury. See 28 C.F.R §16.41. A Certification of Identity form is available online at http://www.justice.gov/oip/doj-reference-guide-attachment-d-copies-forms.

**Please return the required information to Attn: FOIA/PA, Office of General Counsel, CG-3, 15th Floor, U.S. Marshals Service, Washington, DC 20530-0001 or via email to USMS.FOIA@usdoj.gov.**

**When providing your Certification of Identity, please input in the subject line "Certification of Identity" with the corresponding FOIA Request Number. The FOIA inbox (USMS.FOIA@usdoj.gov) is ONLY for Certificates of Identity (DOJ 361 forms). The USMS FOIA Team will not respond to questions or comments via this inbox.**

**Please submit all questions or comments via your PAL account.** We will acknowledge your request upon receipt of this information and correspond with you again accordingly. If the USMS FOIA Team does not receive a response within thirty (30) days from the date on this letter, your request will be administratively closed.

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel corona virus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosure

**From:** USMS OGC FOIA
**Sent:** Monday, August 22, 2022 10:33 AM
**To:** Andreskichris@outlook.com
**Subject:** Re: Freedom of Information Act Request No. 2022-USMS-000522

The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA) request 2022-USMS-000522. Please find attached the final disclosure.

Sincerely,

USMS FOIA Admin

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that unauthorized dissemination, distribution, copying, or use of this email or its contents is prohibited and may violate applicable law. If you received this email in error, please notify the sender immediately and destroy all copies.

EXHIBIT# 17

U.S Department of Justice

# Certification of Identity

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] CHRISTOPHER JOHN ANDRESKI

Citizenship Status [2] US Social Security Number [3] 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

Current Address 5333 EGYPT VALLEY AVE NE BELMONT, MI 49306

Date of Birth 04-23-1984 Place of Birth HOUSTON, TX

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

ATTORNEY SCOTT GRAHAM

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] [signature] **Date** 10-03-2022

FOIA# 2022-USMS-FOIA/PA-000874

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

Christopher Andreski
5333 Egypt Valley
Belmont, MI 49306
Email: Andreskichris@outlook.com
Phone: (586) 321-4113
September 15, 2022

USMS FOIA
Office of General Counsel
CG-3 15 Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov
Elaine.Rivera@usdoj.gov

FREEDOM OF INFORMATION ACT (FOIA) Request.

This FOIA request is for all unredacted material that consist of the following information below:

I am requesting all unredacted telephonic material, text messages and call log records from **Former USMS Employee Bruce Nordin / Bruce A. Nordin** who sent, received and/or corresponded with all the following information that is listed below. The start date is from **01/01/2019** to present.

- **Bruce Nordin / Bruce A. Nordin – Government Cell Phone.**
- **Bruce Nordin / Bruce A. Nordin – Government Office Phone.**
- Government Phone Number – (616) 437-1016.
- Government Phone Number – (616) 456-2440
- Government Phone Number – (008) 226-7754

Thank you.

Respectfully,
Christopher Andreski

U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

September 15, 2022

Christopher Andreski
5333 Egypt Valley NE
Belmont, MI 49306
andreskichris@outlook.com

**Re: Freedom of Information Act Request Number 2022-USMS-000874**
**Subject: FOIA Request for correspondence between USMS and Ottawa County, MI.**

Dear Andreski;

The United States Marshals Service (USMS) is in receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request for the following:

> "All material, emails, memos, letters, and text messages to be unredacted from any/all USMS employees who sent, received and/or corresponded to any/all Ottawa County employee which is located in Ottawa County, MI. The employees of Ottawa County, MI divisions consist of the following: Ottawa County Sheriff's Department, Ottawa County Judiciary Court, Ottawa County Probation, Ottawa County pretrial services, Ottawa County Probation, and the Ottawa County Prosecution Office. The time period of this unredacted FOIA request is from 01/01/2020 to present."

The USMS adopted a "first in/first out" practice for processing all incoming FOIA/PA requests. Your request was placed in chronological order based on following the date of receipt and will be handled as quickly as possible when assigned for processing. Please note that the records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether the USMS possesses records that are responsive to your request. Accordingly, we may be unable to comply with the 20 working-day time limit in this case, as well as the 10 additional days provided by the statute.

The actual processing time will depend on the complexity of your request and whether it involves sensitive records, voluminous records, extensive search, and/or consultation with other U.S. Department of Justice (DOJ) components or other agencies. Due to a substantial backlog of requests, it is estimated the processing of your request may be significantly delayed. I regret the necessity of this but assure you that your request will be processed as soon as possible.

The FOIA and DOJ FOIA regulations allow agencies to recover part of the costs of processing FOIA requests. Please be advised the FOIA and DOJ FOIA regulations allow

agencies to recover part of the costs of processing FOIA requests. The filing of your request constitutes your agreement to pay all applicable fees that may be charged under the Department of Justice FOIA/PA regulations in excess of $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

The FOIA and DOJ FOIA regulations are available at the following web addresses:

- FOIA regulations: http://www.justice.gov/oip/foia-resources
- DOJ FOIA regulations: https://www.justice.gov/oip/doj-foia-regulations

It is your responsibility to notify our office of any changes in your contact information (i.e., mailing address, telephone numbers, and/or email address). Any returned correspondence due to "unknown address" is considered sufficient reason to close your request.

If you have any questions regarding the status of your request, you may contact the Government Information Specialist assigned to your request at the following address:

United States Marshals Service
CG-3, 15th Floor
Washington, DC 20530-001
USMS.FOIA@usdoj.gov

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.

Lastly, you may contact the USMS FOIA Public Liaison either by telephone at 703-740-3943, your PAL account (https://foia.usmarshals.gov), or the address listed above if you would like to discuss any aspect of your FOIA/PA request.

Sincerely,

Elaine Rivera for

Charlotte Luckstone
Senior Associate General Counsel
Freedom of Information/Privacy Act Officer
Office of General Counsel