# Attachment# 3
## CH-0752-22-0331-I-1
## IV. Relief

- Reinstate Christopher J. Andreski and reinstated in the work hardening program that Christopher Andreski was illegally kicked out of.

- The USMS will pay for any and all Stem Cell Procedures that Christopher Andreski receives for his injuries.

  - The factual fraudulent activity to Christopher Andreski Special 6c LEO FERS benefits be corrected, updated years of service and investigated by the FBI for corrective action.

  - The unjust 2019 withholding of Christopher Andreski GS-13 and proper GS-Step increases, be corrected with financial back-pay and financial interest.

  - Christopher Andreski financial pay status will be changed to a GS-15 Step-10 by the USMS, along with changing Christopher Andreski high three (3) years of government service as a GS-15-Step-10 with the USMS with the Special 6c LEO FERS protected covered benefits previsions.

  - Reimbursed for all medical bills and all travel expenses, premium travel expenses, personal vehicle and transportation expenses 2019 to present.

  - Reimbursed for all Attorney and/or Representation financial bills from the time period of 2018-present.

  - Damage to personal vehicle estimate. **60,000** (Personal vehicle does not run because of the terrorizing vandalizing attacks.)

  - Interference and Violations of violating Christopher Andreski Fourteenth Amendment, Civil Rights and Fraudulent Acts towards Christopher Andreski life, relationships, career, personal property and family: **$55,000,000.**

  - The DOL/OWCP and the USMS will pay all future medical bills regarding any of Christopher Andreski USMS work injuries or injuries that stem from Christopher Andreski USMS work injuries.

  - Christopher Andreski Special 6c protected LEO FERS benefit tax free for life.

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

- Christopher Andreski Dental Insurance benefits, will be fully restored without any expense to Christopher Andreski.
- All Christopher Andreski USMS career and DOL/OWCP TSP withdraws and TSP loans will be fully to be restored to **$1,000,040**.
- Any State or Federal taxes, in respect from Christopher Andreski being forced to withdraw money out of my TSP, will be paid by the USMS.
- Christopher Andreski will have a Clean Slate Record (CRA) with all FLEOA, DOJ Divisions, USMS District/Divisions, Office Personnel File (OPF), Office of Personnel Management (OPM), Defense Finance and Accounting Service (DFAS), DOL/OWCP and FECA Benefits.
- The USMS and DOL/OWCP will have to pay Christopher Andreski **76,000,000** for the life altering medical impact, medical interference, medical impeding and malicious attacks Christopher Andreski had to endure and embrace throughout the last seven (7) years and USMS career.
- The USMS, DOL/OWCP, any and/or all federal and state agencies will not retaliate against Christopher Andreski or his family.
- Christopher Andreski does not have to sign non-disclosure agreement and his father James Andreski NTA agreement with the USMS, will no longer be valid and terminated.
- Christopher Andreski Attorney and Legal Fees be paid.
- Christopher Andreski never have to pay Property taxes, State income taxes or Federal income taxes.
- Additional Pain and Suffering and Mother Pain and Suffering Amount: **55,000,000 Tax Free.**
- Federal Investigation by the FBI Investigative Unit in Washington D.C., pertaining to the Public Corruption in Western District of Michigan.

management treatment. **(Christopher Andreski has exhausted his funds for Stem Cell and PRP Medical Treatments).**

**03-24-2023 -** News Article in Birmingham, AL (Journalist: Lauren Harksen) regarding the USMS employees train LEO in Birmingham, AL for five days. The **USMS Director Ronald Davis "We're seeing violent crime go up and corresponding with that is also violence against law enforcement"**.

**03-25-2021 - Exhibit# -** Former W/MI USMS, Mark Holloway Farwell email, thanking the W/MI USMS District employees for allowing CIDUSM Holloway handling his workload through the last couple years, while CIDUSM Mark Holloway was allowed to telework for the W/MI USMS District.

**03-27-2023 - -** Christopher Andreski text message screenshot from Christopher Andreski's aunt (mother's sister), regarding Christopher Andreski's mother taking a turn for the worst while fighting cancer.

**03-29-2023 -** Christopher Andreski receipt payment of **$4075.00**, for Stem Cell medical procedure to DOL/OWCP USMS work injuried Left Shoulder Case# 094006074.

**03-30-2023 -** Christopher Andreski sent a forwarding email **(07-13-2022)** to USMS HQ/HRD Leadership, USMS/OGC Caine, USMS/OGC Bullock, USMS Assistant Chief Sharonda Purnell, USMS Billy Atwater and FLEOA Rep. Larry Berger, as Christopher Andreski was respectfully inquiring an update from alomost a year ago. While Christopher Andreski forwarding email pertained to his **07-13-2022**, email he sent to USMS OGC Attorneys Caine and USMS OGC Attorney Bullock after the MSPB hearing and supporting evidence attached that pertain to Christopher Andreski MSPB case, and the illegal fraudulent activity to years **2020, 2021** and **2022** high-three **(3)** year history regarding Christopher Andreski DOJ (6c) LEO "1811" Special FERS benefits package. (Retaliation).

**03-30-2023 -** Christopher Andreski follow-up/status update email from Christopher Andreski last email on **06-17-2022** to the USMS, regarding what appears to be fraudulent activity to Christopher Andreski USMS Special 6c LEO FERS benefits and the status. Mr. Andreski also blind-copied Office of Special Counsel (OSC) Attorney Sarah Karpinen in Christopher Andreski 03-30-2023, status update email to the USMS.

**03-30-2023 -** Christopher Andreski email to Attorney Stephaine Leet, regarding rescheduling Christopher Andreski DOL/OWCP second, DOL/OWCP second opinion doctor's appointment regarding Christopher Andreski USMS work left shoulder injury DOL/OWCP Case# 094006074. As Christopher Andreski was starting stem cells treatment for his injuried left shoulder in April,

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

- Christopher Andreski and his family will be allowed to have the same United States Constitutional rights as any American in the Western District of Michigan, Eastern District of Michigan, Kent County, Grattan Township, and of course anywhere in the United States of America.

- The Department of Justice and the President of the United States will order the State of Michigan to allow Christopher Andreski and his family to have the same 14th Amendment Rights, while many residences who live in Kent County, MI and live on Big Pine Island Lake have been allowed to have a 20ftx100ft sand beach. While Christopher Andreski and his family would like the court to order that they be allowed the same rights and have a 20ftx100ft sand beach, while ordering the labor, material and yearly sand upkeep lifetime maintain financial cost go to the United States Marshal Service, Kent County and Grattan Township budget.

- Federal criminal charges brought on the individuals who were knowingly, wantonly and willingly terrorizing Harassing, Targeting, Threating, Aggressive Stalking, Conspiracy to do bodily harm (Federal felony to remove a person bone without receiving permission or consent), False Statements, Impersonating a Police Officer, Identity Theft, and Cybercrime.

- Life-time stay away order that imposes a provision, to former USMS employee Bruce Nordin and Janet Elderson from any and all contact or communication to Christopher Andreski family and Christopher Andreski. The life-time stay away order will have special detail instruction and language to detour either party from contacting Christopher Andreski or his family.

- DOJ and the FBI will investigate the 2020 OWI arrest and Unethical and Unlawful proceeding in the Ottawa County Court (Public Corruption – ANDRESKI REPORT Binder# 2).

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

**USMS Administration Request:**

- Retirement on Good-Stand with the USMS.
- Receive my USMS Retirement Credentials with a proper retirement LEOSA Card.
- Receive my original issued USMS Credentials and Badge.
- USMS Retirement Shadow Box.
- Letter from the USMS Director thanking me for my service.
- Letter of recommendation by the director of the USMS and Signed.
- Letter of recommendation by CDUSM Guzman and signed.
- USMS ordered to issue me a plaque for the apparitions of years of service from USMS D.C. Superior Court and from the Western District of Michigan that I never received.
- A letter from the USMS allowing me to qualify with a USMS Firearms Instructor once a year for LESOA in any USMS district of my choosing.
- Allowed to purchase my issue USMS Glock 22 40 Cal.

**2 Separate Requests**

- **A list of former USMS LEO employee who have wronged by the USMS issue the former employees.**

    1. USMS letter of good stand from the USMS
    2. Retirement USMS Credentials.
    3. LEOSA card with a USMS letter allowing them to qualify once a year at any district of their choosing with a qualified USMS Firearms Instructor.

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD

| | |
|---|---|
| CHRISTOPHER J. ANDRESKI, Appellant, | DOCKET NUMBER CH-1221-22-0418-W-1 |
| v. | |
| DEPARTMENT OF JUSTICE, Agency. | DATE: May 30, 2024 |

# THIS FINAL ORDER IS NONPRECEDENTIAL[1]

Scott Graham, Esquire, Portage, Michigan, for the appellant.

Simon Caine and Cedric D. Bullock, Washington, D.C., for the agency.

**BEFORE**

Cathy A. Harris, Chairman
Raymond A. Limon, Vice Chairman

## FINAL ORDER

¶1 The appellant has filed a petition for review of the initial decision, which dismissed his individual right of action (IRA) appeal for lack of jurisdiction based on the failure to exhaust his administrative remedies with the Office of Special Counsel (OSC). Generally, we grant petitions such as this one only in the following circumstances: the initial decision contains erroneous findings of material fact; the initial decision is based on an erroneous interpretation of statute

[1] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

or regulation or the erroneous application of the law to the facts of the case; the administrative judge's rulings during either the course of the appeal or the initial decision were not consistent with required procedures or involved an abuse of discretion, and the resulting error affected the outcome of the case; or new and material evidence or legal argument is available that, despite the petitioner's due diligence, was not available when the record closed. Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115). After fully considering the filings in this appeal, we conclude that the petitioner has not established any basis under section 1201.115 for granting the petition for review. Therefore, we DENY the petition for review and AFFIRM the initial decision, which is now the Board's final decision. 5 C.F.R. § 1201.113(b).

¶2 On petition for review, the appellant generally asserts that the administrative judge failed to correctly apply the law to the facts. Petition for Review File, Tab 1 at 4. However, the petition for review does not directly challenge the findings in the initial decision and does not make any assertions related to the Board's jurisdiction over his whistleblower reprisal complaint. We agree with the administrative judge's findings that the appellant's four alleged protected disclosures were not exhausted before OSC. Initial Appeal File, Tab 23, Initial Decision at 5-7. Accordingly, the Board lacks jurisdiction over the appellant's IRA appeal.

## NOTICE OF APPEAL RIGHTS[2]

You may obtain review of this final decision. 5 U.S.C. § 7703(a)(1). By statute, the nature of your claims determines the time limit for seeking such review and the appropriate forum with which to file. 5 U.S.C. § 7703(b). Although we offer the following summary of available appeal rights, the Merit Systems Protection Board does not provide legal advice on which option is most

[2] Since the issuance of the initial decision in this matter, the Board may have updated the notice of review rights included in final decisions. As indicated in the notice, the Board cannot advise which option is most appropriate in any matter.

appropriate for your situation and the rights described below do not represent a statement of how courts will rule regarding which cases fall within their jurisdiction. If you wish to seek review of this final decision, you should immediately review the law applicable to your claims and carefully follow all filing time limits and requirements. Failure to file within the applicable time limit may result in the dismissal of your case by your chosen forum.

Please read carefully each of the three main possible choices of review below to decide which one applies to your particular case. If you have questions about whether a particular forum is the appropriate one to review your case, you should contact that forum for more information.

**(1) Judicial review in general**. As a general rule, an appellant seeking judicial review of a final Board order must file a petition for review with the U.S. Court of Appeals for the Federal Circuit, which must be received by the court within **60 calendar days** of the date of issuance of this decision. 5 U.S.C. § 7703(b)(1)(A).

If you submit a petition for review to the U.S. Court of Appeals for the Federal Circuit, you must submit your petition to the court at the following address:

U.S. Court of Appeals<br>for the Federal Circuit<br>717 Madison Place, N.W.<br>Washington, D.C. 20439

Additional information about the U.S. Court of Appeals for the Federal Circuit is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, 10, and 11.

If you are interested in securing pro bono representation for an appeal to the U.S. Court of Appeals for the Federal Circuit, you may visit our website at http://www.mspb.gov/probono for information regarding pro bono representation

for Merit Systems Protection Board appellants before the Federal Circuit. The Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

(2) **Judicial or EEOC review of cases involving a claim of discrimination**. This option applies to you only if you have claimed that you were affected by an action that is appealable to the Board and that such action was based, in whole or in part, on unlawful discrimination. If so, you may obtain judicial review of this decision—including a disposition of your discrimination claims—by filing a civil action with an appropriate U.S. district court (*not* the U.S. Court of Appeals for the Federal Circuit), within **30 calendar days** after you receive this decision. 5 U.S.C. § 7703(b)(2); *see Perry v. Merit Systems Protection Board*, 582 U.S. 420 (2017). If you have a representative in this case, and your representative receives this decision before you do, then you must file with the district court no later than **30 calendar days** after your representative receives this decision. If the action involves a claim of discrimination based on race, color, religion, sex, national origin, or a disabling condition, you may be entitled to representation by a court-appointed lawyer and to waiver of any requirement of prepayment of fees, costs, or other security. *See* 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 794a.

Contact information for U.S. district courts can be found at their respective websites, which can be accessed through the link below:

http://www.uscourts.gov/Court_Locator/CourtWebsites.aspx.

Alternatively, you may request review by the Equal Employment Opportunity Commission (EEOC) of your discrimination claims only, excluding all other issues. 5 U.S.C. § 7702(b)(1). You must file any such request with the EEOC's Office of Federal Operations within **30 calendar days** after you receive this decision. 5 U.S.C. § 7702(b)(1). If you have a representative in this case, and your representative receives this decision before you do, then you must file

with the EEOC no later than **30 calendar days** after your representative receives this decision.

If you submit a request for review to the EEOC by regular U.S. mail, the address of the EEOC is:

Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 77960
Washington, D.C. 20013

If you submit a request for review to the EEOC via commercial delivery or by a method requiring a signature, it must be addressed to:

Office of Federal Operations
Equal Employment Opportunity Commission
131 M Street, N.E.
Suite 5SW12G
Washington, D.C. 20507

**(3) Judicial review pursuant to the Whistleblower Protection Enhancement Act of 2012**. This option applies to you only if you have raised claims of reprisal for whistleblowing disclosures under 5 U.S.C. § 2302(b)(8) or other protected activities listed in 5 U.S.C. § 2302(b)(9)(A)(i), (B), (C), or (D). If so, and your judicial petition for review "raises no challenge to the Board's disposition of allegations of a prohibited personnel practice described in section 2302(b) other than practices described in section 2302(b)(8), or 2302(b)(9)(A)(i), (B), (C), or (D)," then you may file a petition for judicial review either with the U.S. Court of Appeals for the Federal Circuit or any court of appeals of competent jurisdiction.[3] The court of appeals must receive your

[3] The original statutory provision that provided for judicial review of certain whistleblower claims by any court of appeals of competent jurisdiction expired on December 27, 2017. The All Circuit Review Act, signed into law by the President on July 7, 2018, permanently allows appellants to file petitions for judicial review of MSPB decisions in certain whistleblower reprisal cases with the U.S. Court of Appeals for the Federal Circuit or any other circuit court of appeals of competent jurisdiction. The All Circuit Review Act is retroactive to November 26, 2017. Pub. L. No. 115-195, 132 Stat. 1510.

petition for review within **60 days** of the date of issuance of this decision. 5 U.S.C. § 7703(b)(1)(B).

If you submit a petition for judicial review to the U.S. Court of Appeals for the Federal Circuit, you must submit your petition to the court at the following address:

U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Additional information about the U.S. Court of Appeals for the Federal Circuit is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, 10, and 11.

If you are interested in securing pro bono representation for an appeal to the U.S. Court of Appeals for the Federal Circuit, you may visit our website at http://www.mspb.gov/probono for information regarding pro bono representation for Merit Systems Protection Board appellants before the Federal Circuit. The Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

Contact information for the courts of appeals can be found at their respective websites, which can be accessed through the link below:

http://www.uscourts.gov/Court_Locator/CourtWebsites.aspx.

FOR THE BOARD:

Gina K. Grippando

Gina K. Grippando
Clerk of the Board

Washington, D.C.

CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

| | |
|---|---|
| | <u>Appellant</u> |
| Certified Mail | Christopher Andreski<br>5333 Egypt Valley Avenue, NE<br><br>Belmont, Michigan 49306 |
| | <u>Agency Representative</u> |
| Electronic Service | Cedric Bullock<br>Served on email address registered with MSPB |
| | <u>Agency Representative</u> |
| Electronic Service | Simon Caine<br>Served on email address registered with MSPB |
| | <u>Private Attorney</u> |
| U.S. Mail | Scott Graham<br>Scott Graham Pllc<br>1911 West Centre Avenue, Suite C<br>Portage, Michigan 49024 |

| | |
|---|---|
| 05/30/2024 | *John Hayes* |
| (Date) | John Hayes |

CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE
Docket # CH-0752-22-0331-I-1
Petition for Review
Summary Page

**Case Title :** CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE

**Docket Number :** CH-0752-22-0331-I-1

**Pleading Title :** Petition for Review

**Filer's Name :** Scott Graham

**Filer's Pleading Role :** Private Attorney

**Details about the supporting documentation**

N/A

## Table of Contents

Pleading Interview 3
Certificate of Service 6

CHRISTOPHER J. ANDRESKI v. DEPARTMENT OF JUSTICE
Docket # CH-0752-22-0331-I-1
Petition for Review
Online Interview

1. Would you like to enter the text online or upload a file containing the pleading?

Enter Online

---

2. Do you want to enter the text in a free form manner or through a guided interview?

Guided

---

3. Have you been denied any procedures during your appeal to the MSPB to which you believe you were entitled? Examples of procedures include holding a hearing, submitting evidence, and calling witnesses.

Yes

---

4. What procedures were denied and why do you believe you were entitled to them? Did you raise this matter with the judge? Please describe how not having this procedure has harmed you.

Holding a hearing, submitting evidence, and calling witnesses. I was entitled to these procedures because a material issue of fact existed. I did raise this matter with the judge in my papers. I was not able to establish through evidence the factual basis of my claim.

---

5. Do you have any documents or evidence that are important to your appeal that were not filed with the judge before the record closed? If so, you should attach these documents and evidence. (You will be given an opportunity to upload any evidence that you have in electronic form. If you have paper documents you will be given the opportunity to submit them by mail, fax or by personal or commercial delivery)

No

---

6. Did the initial or addendum decision incorrectly decide any important facts or fail to consider any important facts that were presented to the judge?

No

---

7. Did the initial or addendum decision apply the wrong law or apply the law incorrectly?

Yes

---

8. What law should be applied and how? For example, did the decision fail to properly consider a specific law or regulation or another case that has been decided by a court or by the board? Your explanation should refer to a law, regulation or case. Explain how application of the right law should change the result in your case.

The court did not correctly apply the law to the facts.

---

9. Are there other reasons why the initial or addendum decision was wrong?

No

---

10. What action (relief or remedy) do you want the Merit Systems Protection Board to order in this case? Why do you believe that you are entitled to this relief or remedy?

I would like the board to remand this matter with instructions to conduct an evidentiary hearing. I am entitled to this relief because my papers established a basis for such a hearing.

---

11. Does your pleading assert facts that you know from your personal knowledge?

Yes

---

12. Do you declare, under penalty of perjury, that the facts stated in this pleading are true and correct?

Yes

---

# Certificate Of Service

e-Appeal has handled service of the assembled pleading to MSPB and all of the Parties.
Following is the list of the Parties in the case:

| Name & Address | Documents | Method of Service |
|---|---|---|
| MSPB: Office of the Clerk of the Board | Petition for Review | e-Appeal / e-Mail |
| Christopher J. Andreski<br>Appellant | Petition for Review | e-Appeal / e-Mail |
| Simon Caine<br>Agency Representative | Petition for Review | e-Appeal / e-Mail |
| Cedric D. Bullock<br>Agency Representative | Petition for Review | e-Appeal / e-Mail |

U.S. MERIT SYSTEMS PROTECTION BOARD

Contact: William Spencer
202-653-7200
TDD/Videophone Users:
Please Call Via Relay

FOR IMMEDIATE RELEASE
June 3, 2024

## MSPB WELCOMES NEW BOARD MEMBER HENRY J. KERNER

The Merit Systems Protection Board (MSPB) welcomes new Board Member Henry J. Kerner, who was sworn in today by Chairman Cathy Harris. Member Kerner was unanimously confirmed by the U.S. Senate on May 14, 2024, after being renominated by President Biden on January 8, 2024. His term expires on March 1, 2030.

Chairman Cathy Harris said, "We are very grateful to once again have a full Board, and particularly excited about Henry joining us. Among other things, he is the first person to have served as Special Counsel and now as a Board member. Henry's previous experience as Special Counsel will be a valuable asset to the Board and will help us in our mission to protect the merit systems."

Vice Chairman Ray Limon added, "I've appreciated getting to know Henry and admired his leadership at OSC. I'm looking forward to collaborating with him now as a colleague, and I welcome him as he joins MSPB's amazing team."

Previously, Member Kerner was the Special Counsel of the Office of Special Counsel (OSC) from October 2017 until October 2023. As Special Counsel, he implemented new processes and procedures aimed at improving OSC response time to whistleblower complaints and streamlining the handling of prohibited personnel practice (PPP) investigations. Under his leadership, OSC set new agency records for the number of favorable actions achieved on behalf of whistleblowers.

Member Kerner graduated from Harvard Law School and spent 18 years working as a career prosecutor, primarily in Compton, California. In 2011, he joined the staff of the U.S. House Committee on Oversight and Government Reform where, under Chairman Darrell Issa and later Chairman Jason Chaffetz, he led investigations of the Federal bureaucracy and advocated on behalf of whistleblowers to protect American taxpayers. Mr. Kerner also served as staff director under Ranking Member Sen. John McCain of the Senate Permanent Subcommittee on Investigations.

MSPB also welcomes Member Kerner's Chief Counsel, Travis Millsaps. He joins MSPB after spending six-and-a-half years at OSC. There, he oversaw the policy and legislative affairs portfolio and reviewed attorney work products related to PPPs, the Hatch Act, and whistleblower disclosures. He also interfaced with the inspector general community and various government agencies, including the Office of Management and Budget, to coordinate OSC's views on whistleblower issues and respond to requests for information. Before his tenure at OSC, Mr. Millsaps worked at the Cause of Action Institute, a nonprofit government watchdog organization. There, he partnered with whistleblowers and stakeholders to conduct strategic oversight of the executive branch through investigations, Freedom of Information Act requests, litigation, and other administrative law accountability measures.

During law school, Mr. Millsaps clerked for the Senate Homeland Security and Governmental Affairs Committee, where he investigated Federal agencies to identify and prevent waste, fraud, and abuse in government. He earned a B.S. in Business Administration from the University of Tennessee and a J.D. from the George Washington University Law School.

The U.S. Merit Systems Protection Board (MSPB) is an independent, quasi-judicial agency whose mission is to protect the Merit System Principles and promote an effective Federal workforce free of Prohibited Personnel Practices.

We have received your submission for Government Employees Pro Bono Application

From: Federal Circuit Bar Association (noreply@formresponse.com)
To: andreskichris@yahoo.com
Date: Friday, June 21, 2024 at 07:47 PM EDT

Federal Circuit Bar Association BENCH & BAR®

**Government Employees Pro Bono Application**

This is in response to your request for pro bono assistance. Among the goals of the organization is encouraging such opportunity for pro bono assistance as the organization's policies and resources may permit. The Federal Circuit Bar Association does not, as an organization, intervene on behalf of or represent pro se individuals.

The Association will forward requests for pro se assistance to volunteer attorneys. **There can be no guarantee that private attorneys will consider or provide representation on any matter forwarded to them**. If circumstances permit volunteer attorneys to consider your dispute, they will contact you directly. Any discussions and decisions related to undertaking an attorney/client relationship will be solely between you and the attorney. Do not forward, fax or email any documents to the Association without being instructed to do so. You will be informed which documents will be required to process your request.

If you have an upcoming deadline, please ensure that you have at least 14 days before the deadline to allow the attorneys to review your case. If your deadline for Petition for Review filing has passed, you will not be eligible for the program unless you have a compelling reason for missing the deadline.

**Please be aware that there can be no guarantees of pro bono representation**. We always encourage those who contact us to reach out to local (e.g., state) bar associations with employment law sections and/or pro bono programs. It is prudent to move ahead in many ways and not rely on any one source. **Submitting this application does not guarantee assistance, and you are responsible for keeping up with any and all deadlines regarding your case.**

We hope this information is helpful. Should you have any questions, please contact probono@fedcirbar.org.

| | |
|---|---|
| First Name | CHRISTOPHER |
| Middle Initial | J. |
| Last Name | ANDRESKI |
| Street Address | 5333 Egypt Valley NE |
| City | Belmont |
| State | Michigan |
| Zip Code | 49306 |
| Email | andreskichris@yahoo.com |
| Phone Number | (586) 321-4113 |
| Agency Name | Department of Justice, Agency |
| Household Income | 0 |
| Number of People in Household | 1 |
| Military Service? | No |
| Do you have now, or have had, the assistance of counsel with respect to this matter? | Yes |
| MSPB Appeal? | Yes |

| | |
|---|---|
| Date of MSPB Appeal | 05-30-2024 |
| Docket number of the MSPB appeal | CH-0752-22-0331-I-1 |
| MSPB Initial Decision? | Yes |
| Date of MSPB Initial Decision | 05-30-2024 |
| Final Order from MSPB? | No |
| Briefly tell us about your case such as what you are appealing and why you are appealing it: | On 06-05-2024, Attorney Counsel Scott Graham received the MSPB Final Order, Docket No. CH-0752-22-0331-I-1 OPINION AND ORDER. On 06-21-2024, I Christopher J. Andreski would respectfully request the Federal Circuit Bar Association Bench & Bar grant me Christopher Andreski, Pro Bono Attorney Counsel in Docket No. CH-0752-22-0331-I-1. On 06-11-2024, Attorney Counsel Scott Graham signed and dated Christopher Andreski hand receipt, regarding to Attorney Scott Graham accepting Christopher Andreski PII Sensitive Information 187-page timeline of attacks that pertain to Docket No. CH-0752-22-0331-I-1 On 06-17-2024, Attorney Counsel Scott Graham sent me an email recommending me request for assistance from the pro-bono panel through the website. While the unjust threats and unjust attacks have taken a toll on my body, mind and life for years. I have exhausted my finances and Federal TSP, from being forced to pay tens of thousands of dollars to a disability dol/owcp attorney that pertained to my USMS work injuries, I also paid for my USMS work injury medical bills which I have been either denied reimbursement or not been reimbursed. The medical travel mileage and other medical travel/vehicle expenses from my USMS work related DOL/OWCP injuries have put me in a financial hardship where I cannot fix my personal vehicle from all the whistleblowing retaliation attacks and disability discrimination attacks. Some recent disability discrimination, involves how unknown individuals are stealing and tampering with my personal medical PII Sensitive Information mail. I have filed seven (7) separate complaints with the USPS Inspector of the Attorney General LEO Unit, which has been a financial burden on myself. These unknown individuals who appear have been hired to knowingly, willingly and wantonly target me and members of my family with intimidation acts and retaliatory hate crime acts, I have reported to the local police departments. Thank you. Respectfully, Christopher Andreski. |
| Unique ID | 50080 |

USPS

Attachment #2

04-25-2-24


4:39
5G
UNKNOWN
1 (877) 876-2455
Today
4:26 PM Outgoing Call
7 minutes
Block this Caller

**From:** MailTheft@uspis.gov
**Sent:** Saturday, March 9, 2024 1:04 AM
**To:** ANDRESKICHRIS@OUTLOOK.COM
**Cc:** ANDRESKICHRIS@OUTLOOK.COM
**Subject:** Identity Theft Report

Thank you for completing this form.<br/><br/>Your Reference number is: 37593380<br/><br/>The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized.<br/><br/>U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public. We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.<br/><br/>Please DO NOT REPLY to this email

**From:** MailTheft@uspis.gov
**Sent:** Saturday, March 9, 2024 1:04 AM
**To:** ANDRESKICHRIS@OUTLOOK.COM
**Cc:** ANDRESKICHRIS@OUTLOOK.COM
**Subject:** Identity Theft Report

Thank you for completing this form.<br/><br/>Your Reference number is: 37593378<br/><br/>The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized.<br/><br/>U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public. We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.<br/><br/>Please DO NOT REPLY to this email

# Christopher Andreski

## United States Postal Service (USPS) Complaint

## USPS Green Card Cert# 7019 2970 0000 5778 4138

## COMPL-LIC2300956

## No Signature – (Box-A.), "No Received by (Print Name) – (Box-B.), or "Date of Delivery – (Box C.) – "Fiduciary Agreement".

On 01-08-2024, Christopher Andreski mailed a USPS box package with the United States Postal Service (USPS), Certified # **7019 2970 0000 5778 4138** "Green Card" receipt, to the Bureau of Professional Licensing Investigation & Inspections Division to Complaint Intake Section P.O. Box 30670 Lansing, MI 48909 Telephone: (517) 241-2389. The supporting information in Christopher Andreski USPS box package, pertained to Christopher Andreski complaint number: **COMPL-LIC2300956** with the (Michigan) Professional Licensing Investigation & Inspections Division (Complaint Intake Section). When Christopher Andreski received the USPS return Certified # **7019 2970 0000 5778 4138** "Green Card" receipt, there was No Signature – (Box-A.), "No Received by (Print Name) – (Box-B.), or "Date of Delivery – (Box C.)" on Christopher Andreski Certified # **7019 2970 0000 5778 4138** "Green Card" "Fiduciary Agreement" receipt.

It appears that the individuals who have harm and terrorize Christpher Andreski life, have been impeding and interfering in Christopher Andreski USPS mail for some time by utilizing the United States Postal Service (USPS). Additionally, Christopher Andreski USPS Mail Fraud / Identity Theft USPS LEO Inspector complaint and prior USPS Mail Fraud / Identity Theft USPS LEO Inspector complaints will be sent to the appropriate U.S. Department of Justice agencies that Christopher Andreski deems necessary, due to the past and ongoing political attacks and interference that has risen to a pattern of illegal criminal activity towards Christopher Andreski life.

**18 U.S.C. 1341 - frauds and swindles through the mail, Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights, 18 USC 241: Conspiracy against rights, Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SER

U.S. POSTAL INSPECTION SERVIC

**Identity Theft via the U.S. Mail**

If you would like to add information to an existing complaint, click here.
Learn how to protect yourself from ID theft: pdf | html

---

***Was mail involved in your Identity Theft?** Unknown

**Your Information**

| | | | | | |
|---|---|---|---|---|---|
| *First Name | CHRISTOPHER | Middle | | *Last | ANDRESKI |
| Company | | | | | |
| *Address | 12491 WOODLAND PARK DR. NE | | | | |
| PO Box (if applicable) | | | | | |
| *City | BELDING | *State | MI | | |
| Country | United States | | | | |
| *ZIP | 48809 | | | | |
| *Phone 1 | 586-321-4113 | | | | |
| Phone 2 | | | | | |
| *Email | ANDRESKICHRIS@OUTL | | | | |

**Address used for Fraud**

| | | | | | |
|---|---|---|---|---|---|
| First Name | | Middle | | Last | |
| Company | | | | | |
| Address | | | | | |
| PO Box (if applicable) | | | | | |
| City | | State | | | |
| Country | United States | | | | |
| ZIP | | | | | |
| Home Phone | | | | | |
| Work Phone | | | | | |

***How was your identity compromised?** U.S. Mail

**How did you find out about it?** USPS "Green Card" receipt (Blank), there was No Signature – (Box-A.), "I

Type of Content Compromised: Other

Description of Item: Several corrupt individuals are trying to cover up and stop

*Loss Amount ($) 100.00

**Police Notified?** No

***Briefly describe what happened**

On 01-08-2024, Christopher Andreski mailed a USPS box package with the United States Postal Service (USPS), Certified # 7019 2970 0000 5778 4138 "Green Card" receipt, to the Bureau of Professional Licensing Investigation & Inspections Division to Complaint Intake Section P.O. Box 30670 Lansing, MI 48909 Telephone: (517) 241-2389. The supporting information in Christopher Andreski USPS box package, pertained to Christopher Andreski complaint number: COMPL-LIC2300956 with the (Michigan) Professional Licensing Investigation & Inspections Division (Complaint Intake Section). When Christopher Andreski

**Who do you suspect (explain why)**

The individuals who have harm and terrorized Christpher Andreski life, have been impeding and interfering in Christopher Andreski USPS mail for some time by utilizing the United States Postal Service (USPS). Additionally, Christopher Andreski USPS Mail Fraud / Identity Theft USPS LEO Inspector complaint and prior USPS Mail Fraud / Identity Theft USPS LEO Inspector complaints will be sent to the appropriate U.S. Department of Justice agencies that Christopher Andreski deems necessary, due to the past and ongoing political attacks and interference that has risen to a pattern of illegal criminal activity towards

**Explain what evidence you have**

The USPS return Certified # 7019 2970 0000 5778 4138 "Green Card" receipt, there was No Signature - (Box-A.), "No Received by (Print Name) - (Box-B.), or "Date of Delivery - (Box C.)" on Christopher Andreski Certified # 7019 2970 0000 5778 4138 "Green Card" "Fiduciary Agreement" receipt. I also have evidence of the pattern of my PII Sensitive Information USPS mail (USPS Sending and USPS Receiving) consistently being tampered with, missing or both.

Submit Complaint

**Privacy Act Statement:**

Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is a

Home Phone

Work Phone

*How was your identity compromised? U.S. Mail

How did you find out about it? USPS "Green Card" receipt (Blank), there was No Signature – (Box-A.), "No Received by (Print Nan

Type of Content Compromised: Other

Description of Item: Several corrupt individuals are trying to cover up and stop

*Loss Amount ($) 100.00

Police Notified? No

*Briefly describe what happened

supporting information in Christopher Andreski USPS box package, pertained to Christopher Andreski complaint number: COMPL-LIC2300956 with the (Michigan) Professional Licensing Investigation & Inspections Division (Complaint Intake Section). When Christopher Andreski received the USPS return Certified # 7019 2970 0000 5778 4138 "Green Card" receipt, there was No Signature - (Box-A.), "No Received by (Print Name) - (Box-B.), or "Date of Delivery - (Box C.)" on Christopher Andreski Certified # 7019 2970 0000 5778 4138 "Green Card" "Fiduciary Agreement" receipt.

Who do you suspect (explain why)

Justice agencies that Christopher Andreski deems necessary, due to the past and ongoing political attacks and interference that has risen to a pattern of illegal criminal activity towards Christopher Andreski life. 18 U.S.C. 1341 - frauds and swindles through the mail, Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights, 18 USC 241: Conspiracy against rights, Major Fraud Act, Whistleblower Anti-retaliation Provision 18 U.S.C. & 1031(h).

Explain what evidence you have

The USPS return Certified # 7019 2970 0000 5778 4138 "Green Card" receipt, there was No Signature - (Box-A.), "No Received by (Print Name) - (Box-B.), or "Date of Delivery - (Box C.)" on Christopher Andreski Certified # 7019 2970 0000 5778 4138 "Green Card" "Fiduciary Agreement" receipt. I also have evidence of the pattern of my PII Sensitive Information USPS mail (USPS Sending and USPS Receiving) consistently being tampered with, missing or both.

Submit Complaint

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SER

U.S. POSTAL INSPECTION SERVI

Thank you for completing this form. The information you provided will be entered into our national complaint sys

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occ

U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received f

**From:** noreply@accela.com
**Sent:** Monday, December 18, 2023 1:10 PM
**To:** Andreskichris@outlook.com
**Subject:** COMPLAINT RECEIVED

Dear Sir/Madam:

Your Bureau of Construction Codes Complaint has been received and is being tracked under the following complaint number: COMPL-LIC2300956 - Builders. Your complaint will be assigned to the appropriate division within the bureau and reviewed to determine if the bureau has jurisdiction over the matter and whether a violation of the statutes or rules has occurred.

Please be advised that any information you sent to our office will not be returned, will be used for investigative purposes, and may be subject to release under the Freedom of Information Act.

Your allegations will be investigated based upon the information you have provided. Our review of the allegations does not preclude you from seeking remedy through the legal system. If you resolve the issues through another agency or the court system, please advise us immediately.

As final determinations are based on the facts, we are unable to tell you how long the investigation may take, however, we appreciate your patience. At the conclusion of the investigation, you will be notified of the findings and determinations made regarding your complaint.

Thank you for bringing this matter to our attention.

Thank You,

Licensing and Compliance Division, BCC

01-08-2024 - 956

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Professional Licensing
Investigations & Inspections Division
Complaint Intake Section
PO Box 30670
Lansing, MI 48909
Telephone: (517) 241-2389

9590 9402 8418 3156 4778 55

2. Article Number *(Transfer from service label)*

7019 2970 0000 5778 4138

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ... Mail
- ... Mail Restricted Delivery
- ...500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 8418 3156 4778 55

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRISTOPHER ANDRESKI
12491 WOODLAND PARK DR. NE
BELDING, MI 48809

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70192970000057784138

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 10:23 am on January 10, 2024 in LANSING, MI 48924.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
LANSING, MI 48924
January 10, 2024, 10:23 am

**Arrived at Post Office**
LANSING, MI 48924
January 10, 2024, 7:55 am

Feedback

**Arrived at USPS Regional Facility**
LANSING MI DISTRIBUTION CENTER
January 10, 2024, 2:56 am

**Arrived at USPS Regional Facility**
DETROIT MI NETWORK DISTRIBUTION CENTER
January 9, 2024, 8:12 pm

**In Transit to Next Facility**
January 9, 2024

**Arrived at USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

January 8, 2024, 8:33 pm

**Departed Post Office**
GREENVILLE, MI 48838
January 8, 2024, 6:30 pm

**USPS in possession of item**
GREENVILLE, MI 48838
January 8, 2024, 5:28 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## Christopher Andreski

## United States Postal Service (USPS) Complaint

## USPS Green Card Cert# 7019 2970 0000 5778 4145

## COMPL-LIC2300957

## No Signature – (Box-A.), "No Received by (Print Name) – (Box-B.), or "Date of Delivery – (Box C.) – "Fiduciary Agreement".

On 01-08-2024, Christopher Andreski mailed a USPS box package with the United States Postal Service (USPS), Certified # **7019 2970 0000 5778 4145** "Green Card" receipt, to the Bureau of Construction Codes Licensing & Compliance Division P.O. Box 30254 Lansing, MI 48909 Telephone: (517) 241-0130. The supporting information in Christopher Andreski USPS box package, pertained to Christopher Andreski complaint number: **COMPL-LIC2300957** with the (Michigan) Bureau of Construction Codes Licensing & Compliance Division. When Christopher Andreski received the USPS return Certified # **7019 2970 0000 5778 4145** "Green Card" receipt, there was No Signature – (Box-A.), "No Received by (Print Name) – (Box-B.), or "Date of Delivery – (Box C.)" on Christopher Andreski Certified # **7019 2970 0000 5778 4145** "Green Card" "Fiduciary Agreement" receipt.

It appears that the individuals who have harm and terrorize Christpher Andreski life, have been impeding and interfering in Christopher Andreski USPS mail for some time by utilizing the United States Postal Service (USPS). Additionally, Christopher Andreski USPS Mail Fraud / Identity Theft USPS LEO Inspector complaint and prior USPS Mail Fraud / Identity Theft USPS LEO Inspector complaints will be sent to the appropriate U.S. Department of Justice LEO agencies that Christopher Andreski deems necessary, due to the past and ongoing political attacks and interference that has risen to a pattern of illegal criminal activity towards Christopher Andreski life.

**18 U.S.C. 1341 - frauds and swindles through the mail, Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964, 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights, 18 USC 241: Conspiracy against rights, Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h).**

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SER

U.S. POSTAL INSPECTION SERV

## Identity Theft via the U.S. Mail

If you would like to add information to an existing complaint, click here.
Learn how to protect yourself from ID theft: pdf | html

---

*Was mail involved in your Identity Theft? Unknown

### Your Information

| | | | | | |
|---|---|---|---|---|---|
| *First Name | CHRISTOPHER | Middle | | *Last | ANDRESKI |
| Company | | | | | |
| *Address | 12491 WOODLAND PARK DR. NE | | | | |
| PO Box (if applicable) | | | | | |
| *City | BELDING | *State | MI | | |
| Country | United States | | | | |
| *ZIP | 48088 | | | | |
| *Phone 1 | 586-321-4113 | | | | |
| Phone 2 | | | | | |
| *Email | ANDRESKICHRIS@OUTL | | | | |

### Address used for Fraud

| | | | | | |
|---|---|---|---|---|---|
| First Name | | Middle | | Last | |
| Company | | | | | |
| Address | | | | | |
| PO Box (if applicable) | | | | | |
| City | | State | | | |
| Country | United States | | | | |
| ZIP | | | | | |
| Home Phone | | | | | |
| Work Phone | | | | | |

***How was your identity compromised?** U.S. Mail

**How did you find out about it?** No Signature on the USPS Certified Return "Green Card" "Fiduciary Agre

Type of Content Compromised: Other

Description of Item: PII Senesitive Information - Embezzelment and Bank Frau

*Loss Amount ($) 100

**Police Notified?** No

***Briefly describe what happened**

On 01-08-2024, Christopher Andreski mailed a USPS box package with the United States Postal Service (USPS), Certified # 7019 2970 0000 5778 4145 "Green Card" receipt, to the Bureau of Construction Codes Licensing & Compliance Division P.O. Box 30254 Lansing, MI 48909 Telephone: (517) 241-0130. The supporting information in Christopher Andreski USPS box package, pertained to Christopher Andreski complaint number: COMPL-LIC2300957 with the (Michigan) Bureau of Construction Codes Licensing & Compliance Division. When Christopher Andreski received the USPS return Certified # 7019 2970 0000 5778 4145 "Green Card"

**Who do you suspect (explain why)**

It appears that the individuals who have harm and terrorize Christpher Andreski life, have been impeding and interfering in Christopher Andreski USPS mail for some time by utilizing the United States Postal Service (USPS). Additionally, Christopher Andreski USPS Mail Fraud / Identity Theft USPS LEO Inspector complaint and prior USPS Mail Fraud / Identity Theft USPS LEO Inspector complaints will be sent to the appropriate U.S. Department of Justice LEO agencies that Christopher Andreski deems necessary, due to the past and ongoing political attacks and interference that has risen to a pattern of illegal criminal

**Explain what evidence you have**

USPS return Certified # 7019 2970 0000 5778 4145 "Green Card" receipt, there was No Signature - (Box-A.), "No Received by (Print Name) - (Box-B.), or "Date of Delivery - (Box C.)" on Christopher Andreski Certified # 7019 2970 0000 5778 4145 "Green Card" "Fiduciary Agreement" receipt. I also have evidence of the pattern of my PII Senitive Information USPS mail (USPS Sending and USPS Receiving) consistently being tampered with, missing or both.

Submit Complaint

**Privacy Act Statement:**

Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is a

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SER

U.S. POSTAL INSPECTION SERVI

Thank you for completing this form. The information you provided will be entered into our national complaint sys

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occ

U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received f

**From:** noreply@accela.com
**Sent:** Monday, December 18, 2023 1:14 PM
**To:** andreskichris@outlook.com
**Subject:** Your Licensing Complaints Form Has Been Received.

Dear Sir/Madam:

Your Licensing Complaints form has been received and is being tracked under the following complaint number: COMPL-LIC2300957. Your complaint will be assigned to the appropriate division within the bureau and reviewed to determine if the bureau has jurisdiction over the matter and whether a violation of the statutes or rules has occurred.

Your allegations will be investigated based upon the information you have provided. Our review of the allegations does not preclude you from seeking remedy through the legal system. If you resolve the issues through the court system, please advise us immediately.

As final determinations are based on the facts, we are unable to tell you how long the investigation may take, however, we appreciate your patience. At the conclusion of the investigation, you will be notified of the findings and determinations made regarding your complaint.

Thank you for bringing this matter to our attention.

Thank You,

BCC Team.

01-03-24 - 957

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Construction Codes
Licensing & Compliance Division
P.O. Box 30254,
Lansing, MI 48909
Telephone: (517) 241-0130

9590 9402 8418 3156 4776 57

2. Article Number (Transfer from service label)

7019 2970 0000 5778 4145

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- d Mail
- l Mail Restricted Delivery
- 500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING#

9590 9402 8418 3156 4776 57

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRISTOPHER ANDRESKI
12491 WOODLAND PARK DR. NE
BELDING, MI 48809

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 70192970000057784145

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 10:23 am on January 10, 2024 in LANSING, MI 48924.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
LANSING, MI 48924
January 10, 2024, 10:23 am

**Arrived at Post Office**
LANSING, MI 48924
January 10, 2024, 7:55 am

**Arrived at USPS Regional Facility**
LANSING MI DISTRIBUTION CENTER
January 10, 2024, 2:55 am

**Arrived at USPS Regional Facility**
DETROIT MI NETWORK DISTRIBUTION CENTER
January 9, 2024, 8:38 pm

**In Transit to Next Facility**
January 9, 2024

**Arrived at USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

Feedback

January 8, 2024, 8:19 pm

**Departed Post Office**
GOWEN, MI 49326
January 8, 2024, 4:55 pm

**USPS in possession of item**
GOWEN, MI 49326
January 8, 2024, 4:25 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

## Text & Email Updates

Select what types of updates you'd like to receive and how. Send me a notification for:

| Text | Email | |
|---|---|---|
| ☐ | ☐ | All Below Updates |
| ☐ | ☐ | Expected Delivery Updates ⓘ |
| ☐ | ☐ | Day of Delivery Updates ⓘ |
| ☐ | ☐ | Package Delivered ⓘ |
| ☐ | ☐ | Available for Pickup ⓘ |
| ☐ | ☐ | Delivery Exception Updates ⓘ |
| ☐ | ☐ | Package In-Transit Updates ⓘ |

---

## USPS Tracking Plus®

**Christopher Andreski – United States Postal Service (USPS) Complaint**

**FDIC (Second USPS Big Package)**

**USPS Green Card Cert# 7022 2410 0001 4436 7784**

**PII Sensitive USPS Big Package is Missing / No Signature on the return USPS Green Card receipt.**

FDIC

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

U.S. POSTAL INSPECTION SERVICE

# Mail Fraud Complaint

## Your Information

Company Name:

* First Name: Christopher
* Last Name: Andreski
* Address: 12491 Woodland Park Dr. NE
* City: Belding
* State: Michigan
* ZIP Code: 48809
* Country: UNITED STATES

Cell Phone: (586) 321-4113

Work Phone:

Home Phone:

Fax:

Email Address: andreskichris@outlook.com

Age Range: 30-39

Are you a Veteran?: ◯ Yes ◉ No

## Complaint Filed Against

Company Name: USPS

First Name:

Last Name:

Address:

City:

State: Michigan

ZIP Code:

Country: UNITED STATES

Cell Phone:

Work Phone:

Home Phone:

Fax:

Email Address:

Website Address:

**How Were You Contacted?**

How were you contacted? Other

Other: No Adult Signature on USPS

On what date were you contacted?

Do you have the envelope it was mailed in? ○ Yes ◉ No

**How Did You Respond to This Offer?**

How did you respond to this offer? In Person

Response Mailed to a Different Address: ○ Yes ◉ No

Do you have a Tracking Number? (Certified, Insured or Express Mail)? ◉ Yes ○ No

Tracking Number: 70222410000144367784

What did you receive? max size 250 characters
The second package Christopher Andreski sent the FDIC was on 01-08-2024. In the second package that was sent to the FDIC on 01-08-2024, had PII Sensitive Information regarding Christopher Andreski personal information

How did it differ from what you expected? max size 250 characters
The first package Christopher Andreski sent to the FDIC on 01-02-2024, and was received by the FDIC on 01-05-2024, signed by Charles Williams on 01-05-2024.

How much did the company ask you to pay ($)? 32.00

Do you have the item? ○ Yes ◉ No

How was it delivered? US Mail

Did you contact the company or person about the complaint? ◉ Yes ○ No

Date Last Contacted Company or Person: 01/18/2024

**Did You Lose Money?**

Lose Money: ◉ Yes ○ No

Payment Type: Debit Card

Payment Amount($): 32.00

Payment Date: 01/08/2024

**Type of Mail Fraud Complaint**

Scheme Category: Merchandise or Services

Scheme Type: Misrepresentation of Product/Service

**Additional Information**

max size 1000 characters

The pattern of interference and retaliation that has been occurring for sometime, regarding Christopher Andreski sending/receiving PII Sensitive Information to governmental agencies USPS certified mail and receiving no adult signature on the return USPS green card receipt. The second FDIC package of PII Sensitive Information that Christopher Andreski sent on 01-08-2024, "FDIC Chairman Travis Hill Federal Deposit Ins. Corp 550 17th St. NW

**Privacy Act Statement:**
Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is authorized by 39 U.S.C. 401 and 404; and 18 U.S.C. 3061. Providing the information is voluntary, but if not provided, we may be unable to investigate your complaint. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS (service providers); to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; to the Merit Systems Protection Board or Office of Special Counsel; to the public, news media, trade associations, or organized groups for USPS public interest purposes; to a federal, state, local or foreign prison, probation, parole, or pardon authority or to any other agency involved with the maintenance, transportation, or release of a person held in custody; and to a foreign country to the extent necessary to assist such country in apprehending or returning a fugitive to its jurisdiction. For information regarding our privacy policies visit https://www.uspis.gov/terms-of-service/#privacy-policy.

* **Required Fields**

Submit

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

U.S. POSTAL INSPECTION SERVICE

Mail Fraud Complaint form submitted successfully.

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

01-08-2024-818-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FDIC CHAIRMAN TRAVIS HILL
FEDERAL DEPOSIT INS. CORP
550 17TH ST NW STE MB-3138
WASHINGTON DC 20429

9590 9402 8418 3156 4776 64

2. Article Number *(Transfer from service label)*

7022 2410 0001 4436 7784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Stuck to a different package belonging to OPM

USPS TRACKING #

9590 9402 8418 3156 4776 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRISTOPHER ANDRESKI
12491 WOODLAND PARK DR. NE
BELDING, MI 48809

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Portage, MI 49024
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $22.80 |
| Total Postage and Fees | $30.70 |

Postmark: GREENVILLE, MI 48838 0838 08 JAN 08 2024 01/08/2024 USPS

Sent To: SCOTT GRAHAM
Street and Apt. No., or PO Box No.: 1911 W CENTRE AVE

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7022 2410 0001 4436 7784

For delivery information, visit our website at www.usps.com®.

Washington, DC 20429
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $24.10 |
| Total Postage and Fees | $32.00 |

Postmark: GREENVILLE, MI 48838 0838 08 JAN 08 2024 Here 01/08/2024 USPS

Sent To: FDIC TRAVIS HILL
Street and Apt. No., or PO Box No.:
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777
)8/2024 05:35 PM

| luct | Qty | Unit Price | Price |
|---|---|---|---|
| rity Mail® | 1 | | $22.80 |
| lat Rate Box | | | |
| Portage, MI 49024 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 01/10/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70222410000144356962 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 8418 3156 4776 71 | | | |
| | | | $30.70 |

Total: $30.70

Card Remit $30.70
ard Name: VISA
ccount #: XXXXXXXXXXXX8502
pproval #: 073503
ransaction #: 883
eceipt #: 044419
bit Card Purchase: $30.70
D: A0000000980840 Contactless

Attorney Scott Graham PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777
01/08/2024 05:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $24.10 |
| Washington, DC 20429 | | | |
| Weight: 16 lb 2.6 oz | | | |
| Expected Delivery Date | | | |
| Fri 01/12/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70222410000144367784 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 8418 3156 4776 64 | | | |
| Total | | | $32.00 |

Grand Total: $32.00

Debit Card Remit $32.00
Card Name: VISA
Account #: XXXXXXXXXXXX8502
Approval #: 073933
Transaction #: 884
Receipt #: 044420
Debit Card Purchase: $32.00
AID: A0000000980840 Contactless
AL: US DEBIT

# JSPS Tracking Intranet

## Delivery Signature and Address

racking Number: 7022 2410 0001 4436 7784

his item was delivered on 01/11/2024 at 12:03:00

Return to Tracking Number View

gnature

dress




at up to 35 items separated by

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 70222410000144367784

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:03 pm on January 11, 2024 in WASHINGTON, DC 20429.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20429
January 11, 2024, 12:03 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
January 11, 2024, 8:15 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
January 10, 2024, 10:26 pm

**In Transit to Next Facility**

January 10, 2024

**Departed Post Office**

GREENVILLE, MI 48838
January 8, 2024, 6:30 pm

**USPS in possession of item**

Feedback

GREENVILLE, MI 48838
January 8, 2024, 5:38 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**


UNITED STATES
POSTAL SERVICE
PRIORITY
★ MAIL ★
PRIORITY
★ MAIL ★
$32.00
VISIT US AT
FROM
TO:

Thank you for contacting the FDIC regarding your banking concerns on December 28, 2023. Your case number is: 01682818. The FDIC's authority to act on your behalf is limited to the enforcement of federal banking laws and regulations for banks supervised by the FDIC.

Additional correspondence regarding this matter should include your case number and be forwarded to the FDIC at:
Federal Deposit Insurance Corporation
Consumer Response Unit
1100 Walnut Street, Box #11
Kansas City, MO 64106

You may also contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342).
Thank you for bringing this matter to our attention.

Thank you for contacting the FDIC. This automatic response acknowledges receipt of your submission to FDIC on Dec 29, 2023.
The reference number assigned to your case is 01682818.

# Upload Files

(HTML attachments are not accepted)

For your protection, PLEASE DO NOT INCLUDE PERSONAL CONFIDENTIAL INFORMATION SUCH AS YOUR SOCIAL SECURITY NUMBER. Please only provide documents supporting the issue you are experiencing with your bank.

Upload Files

**From:** FDIC NoReply
**Sent:** Tuesday, January 9, 2024 4:57 PM
**To:** andreskichris@outlook.com
**Subject:** FDIC Reply - 01682818

January 9, 2024
Ref. No.: 01682818

Re: Independent Bank

Dear Christopher Andreski:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Federal Reserve.** We are forwarding a copy of your correspondence to this agency at the address below:

**Federal Reserve**
PO Box 1200
Minneapolis, MN 55480
**Website:** www.federalreserveconsumerhelp.gov
**Telephone:** 1-888-851-1920

Please direct any future concerns to the **Federal Reserve.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
Telephone: (877) ASK-FDIC

**From:** Chris Andreski
**Sent:** Friday, January 12, 2024 9:39 PM
**To:** AC_Coordination@state.gov <AC_Coordination@state.gov>
**Subject:** FW: FDIC Reply - 01682818

Please help.

**From:** FDIC NoReply <shr_fdicsfnoreply@fdic.gov>
**Sent:** Tuesday, January 9, 2024 4:57:00 PM
**To:** andreskichris@outlook.com <andreskichris@outlook.com>
**Subject:** FDIC Reply - 01682818

January 9, 2024
Ref. No.: 01682818

Re: Independent Bank

Dear Christopher Andreski:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Federal Reserve.** We are forwarding a copy of your correspondence to this agency at the address below:

**Federal Reserve**
PO Box 1200
Minneapolis, MN 55480
**Website:** www.federalreserveconsumerhelp.gov
**Telephone:** 1-888-851-1920

Please direct any future concerns to the **Federal Reserve.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance

Federal Deposit Insurance Corporation
Telephone: (877) ASK-FDIC

INDEPENDENT
BANK

February 16, 2024

Christopher Andreski
12491 Woodland Park Dr Ne
Belding, MI 48809

RE: Loan: 517194012931

Dear Christopher Andreski:

**If you have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but only enforcement of a lien against the property.**

On February 03, 2024, Independent Bank ("IB") sent a demand letter informing the above referenced loan (the "Loan") was in default due to required payments not being received The letter informed you that you must pay $11,240.51 on or before March 04, 2024, make payment arrangements for a resolution, or legal action on the Loan would continue.

On February 16, 2024, IB received your payment in the amount of $100.00. The amount received does not satisfy the demand. The remaining past due payments totaling $1,140.51, must be received by March 04, 2024 to stop the pending legal action.

If you do not have the funds to fully reinstate the Loan, IB remains committed to working with you. A Borrower Assistance Package, offering alternatives to foreclosure was previously sent to you. If you need assistance with the payments, please complete and return the package with the requested financial documentation. Your situation will be evaluated to determine if you qualify for one of the alternatives to foreclosure.

Please contact us at 1-844-279-2748 to discuss your situation or if you have questions about the contents of this letter.

Sincerely,

Independent Bank
Homeowner Support Team
TF: 844.279.2748
homeownersupport@ibcp.com

**IF YOU BELIEVE AN ERROR HAS OCCURRED REGARDING POSTING OF TRANSACTIONS, PLEASE SEND A WRITTEN NOTICE EXPAINING THE ERROR TO INDEPENDENT BANK, ATTN: ERROR RESOLUTION, 230 W. MAIN, IONIA, MI 48846.**

**From:** Chris Andreski
**Sent:** Friday, February 23, 2024 1:42 PM
**To:** OIG Hotline
**Subject:** FW: FDIC Reply - 01682818

HELP PLEASE. My SECOND PACKAGE I SENT TO THE FDIC " PII SENITIVE INFORMATION" IS STILL MISSING. I ALSO AM BEING HARRSSED AND STALKED NOW. MY PHONE IS BEING SPOOFED BY AN UNKNOWN PARTY AS WELL.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Friday, January 12, 2024 9:39:07 PM
**To:** AC_Coordination@state.gov <AC_Coordination@state.gov> <AC_Coordination@state.gov>
**Subject:** FW: FDIC Reply - 01682818

Please help.

**From:** FDIC NoReply <shr_fdicsfnoreply@fdic.gov>
**Sent:** Tuesday, January 9, 2024 4:57:00 PM
**To:** andreskichris@outlook.com <andreskichris@outlook.com>
**Subject:** FDIC Reply - 01682818

FDIC
FEDERAL DEPOSIT INSURANCE CORPORATION

January 9, 2024
Ref. No.: 01682818

Re: Independent Bank

Dear Christopher Andreski:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Federal Reserve.** We are forwarding a copy of your correspondence to this agency at the address below:

**Federal Reserve**
PO Box 1200
Minneapolis, MN 55480
**Website:** www.federalreserveconsumerhelp.gov
**Telephone:** 1-888-851-1920

Please direct any future concerns to the **Federal Reserve.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
Telephone: (877) ASK-FDIC

**From:** Regs
**Sent:** Monday, March 4, 2024 10:29 AM
**To:** Chris Andreski
**Subject:** RE: [EXTERNAL MESSAGE] RE: Builders Insurance

NONPUBLIC//FDIC BUSINESS

Mr. Andreski,

Thank you for your email. This mailbox is for information on the FDIC's Rules and Regulations publication.

Please direct your question to the FDIC Information and Support Center at https://www.fdic.gov/contact/. The Center allows users to submit a request, inquiry, or complaint, check on its status, and securely exchange documents with the FDIC. The Center will ensure that your question will be properly directed and tracked. You can also contact them directly at 877-ASKFDIC (877-275-3342).

I hope this information is helpful.

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, March 4, 2024 1:15 AM
**To:** Asman, Katrina <KAsman@ibcp.com>; Coats, Cindy <CCoats@ibcp.com>; Murphy, Bridget <BMurphy@ibcp.com>
**Cc:** KWeaver@ibcp.com; Scott Graham <sgraham@scottgrahampllc.com>; Regs <Regs@FDIC.gov>
**Subject:** [EXTERNAL MESSAGE] RE: Builders Insurance

**CAUTION**: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings,

Can someone explain to me in a email, why my mortgage payment for $100.00 did not go towards my home mortgage principle payment on 02-15-2024? This appears to be another act of retaliation from my FDIC Complaint against Independent Bank. While my last mortgage payment in the amount of $2765.58 on 02-29-2024, can someone explain in the email how both (2) of my February mortgage payments reflect on the first page of the attachment that is titled "Recent Two Payments"? I have attached the new FDIC guidelines that will be in affect as of April 01, 2024. As my last question pertains to the mishandling of my funds and the embezzled funds from my construction loan, and I was wondering sense Independent Bank would not provide me with a copy of my Builder's Building Insurance then

would the new FDIC policy help me "Victim" fix the structural foundation damages in my unfinished home and complete my unfinished home with this new FDIC policy?

Thank you for your time and sorry for the inconvidence.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Saturday, February 17, 2024 12:00 AM
**To:** Asman, Katrina; Coats, Cindy; Murphy, Bridget
**Cc:** KWeaver@ibcp.com; Scott Graham
**Subject:** RE: Builders Insurance

Greetings,

First and foremost I would like to begin email by thank you Katherine Weaver, for taking the time to talk with me yesterday on 02-15-2023, in Independent Banks Ionia, MI branch. I would like to mention if Independent Bank would be able to obtain my Builder Tom Pifer (TLP Contractors) builder insurance, it would greatly appreciate. I also understand what is going on, the word is called "retaliation" that I do not appreciate. I also believe this is Disability Discrimination, due to the fact you know my medical situation.

It is my understanding that the Federal Deposit Insurance Corporation (FDIC) was established to set standards for its members' operation; examine them to ensure compliance with standards; take action to prevent a trouble bank from failing; and pay depositors id an insured bank failed. It is also my understand, when I came across a reading from the Community Reinvestment Act that required banks to take positive steps to improve their communities. I thought to myself, while my first mortgage loan office from Independent Bank was so persistent on me financing my construction loan with Independent Bank. While thinking to myself, maybe the Independent Bank mortgage loan officer was so persistent of being my construction loan officer because of the Community Reinvestment Act regarding myself, by bring a positive and enjoyable improvement to the community to the Kent County, MI. Then I thought to myself, was the Community Reinvestment Act the positive reason why my first mortgage loan officer from Independent Bank referred me to Builder Tom Pifer (TLP Contractors) in 2019? During the signing of the Independent Bank construction loan documents, the Independent Bank closing officer appeared to be confused at signing that day. While the Independent Bank closing officer inquired to my first Independent Bank mortgage loan officer with a question regarding why my (first) Intendent Bank mortgage loan officer was involved in my Independent Bank residential construction/mortgage loan? In fact, in 2019 my Independent Bank mortgage loan officer only handled "Commercial Construction Loans" and did not handle "Residential Construction Loans". I understand why now....

Does anyone understand why the banking industry has laws and regulations? I tell you why, the reason for the existence of so many rigorous government controls over banking was stated by Alexander

Hamilton almost 200 years ago. Alexander Hamilton pointed out that government must intervene for the general good of the public when the private sector has not carried out its tasks and met its obligations property. I can only assume that Independent Bank is aware that in the case of banking and how it is essential to the country's well-being that public regulation and examination of commercial banks (and thrift institution) helps to assure the public that deposits are secure and that the banks are well managed.

I can personally say throughout my life I have seen several individuals who have committed unethical banking practice acts, along with other bad acts... While I "Christopher Andreski" construction loan signing with Independent Bank, back in 2019. While financial paying interest only payments and personal funds because of misuse of funds (Not by me) that the interest only payments finally ended in December of 2023. Is it normal for Independent Bank to have a builder and a loan officer have a residential construction loan open for over three (3) years? Is it normal for Independent Bank to allow a builder and loan officer to receive final payment and complete the terms of the builders contract? Does Independent Bank take advantage of a person who is victim of a crime, by being left with a unfinished house that also has permeriment structural foundation damage throughout the entire home (11ft, 12ft, 13ft cracks in the foundation structure)? The structural foundation damage to Christopher Andreski home and the length of the construction time-period, leaves Christopher Andreski residing here today with a unfinished along with structural foundation damaged home.

I understand that Independent Bank is aware of the current complaint with the FDIC, which has been referred to the Federal Reserve. I also understand, that there is a third-party who has went to great lengths of involving themselves in my life. This same individual appears to have used their political influence to impeding and interference during my the construction period of my unfinished structural foundation damage home. I also am aware, it appears many individuals involving are involving themselves in my Michigan Tax Tribunal case. The financial burden of being targeted and forced to fight my property taxes regarding the false appraisal to my unfinished structural foundation damaged home, that leaves me not being able to pay my mortgage payments. I will be making another full mortgage payment this week. Does Independent know is it legal for a bank to expect a person to pay for an unfinished structural foundation damaged home?

On a separate subject, regarding the "Duress Threats" and "Hate Crimes" towards members of my family and myself that we have experienced. As I would respectfully request that if anyone from Independent Bank has any knowledge of the attacks towards my family or my life, please do not hesitate let me know as I also encourage you to notify the appropriate law enforcement official (Preferably the FBI).

Any help would be greatly appreciated.

Thank you,

Respectfully,
Christopher Andreski

---

**From:** Weaver, Katherine <KWeaver@ibcp.com>
**Sent:** Friday, February 16, 2024 11:01:39 AM

**To:** andreskichris@outlook.com <andreskichris@outlook.com>
**Subject:** Builders Insurance

Good morning Chris. I can't get the information you requested because it's not available to me. I would like make sure you know that there is nothing more we can do for you at the branch level because none of us are familiar with your transaction. I'm sorry!!

Sent from my iPhone

**Independent**

IndependentBank.com | Instagram | Facebook | LinkedIn



INTERNAL FR

FEDERAL RESERVE BANK
OF CHICAGO

February 27, 2024

Christopher Andreski
12491 Woodland Park Dr NE
[andreskichris@outlook.com]
Belding, Michigan 48809

Dear Christopher Andreski:

This letter is in response to your complaint regarding Independent Bank (Bank), Grand Rapids, Michigan. In your complaint, you allege that a mortgage loan officer at the bank shared credit information with outside parties without permission. Additionally, you allege that the bank has not provided proper oversight of the construction of a home at 14491 Woodland Park Dr. Nem Belding, MI. Lastly, in your complaint, you allege that a mortgage loan officer at the bank, in collaboration with your contractor committed fraud / embezzled funds intended for construction of a permanent residence.

We have reviewed the concerns noted in your complaint and determined that the issues you have raised do not fall under any federal consumer protection banking laws or regulations. Therefore, we have referred your complaint to the supervisory staff responsible for oversight of the bank for their review. If the supervisory staff needs to discuss the concerns you raised in your correspondence, they will contact you separately.

Thank you for taking the time to contact us regarding your concerns.

Sincerely,

Consumer Complaints
Federal Reserve Bank of Chicago

CONSUMER COMPLAINTS

230 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60604-1413
www.chicagofed.org

**From:** CHI Consumers Complaint
**Sent:** Tuesday, February 27, 2024 6:25 PM
**To:** andreskichris@outlook.com
**Subject:** Federal Reserve Bank Consumer Complaint Follow-up - (Andreski)

---

**New secure email message from FRSecure Message Center**

---

To view the secure message, click Open Message. Please do not reply to this email directly.

The secure message expires on Mar 19, 2024 @ 10:25 PM (GMT).

This communication is intended solely for the use of the addressee. If you have received this comı please delete or destroy all copies of it and notify the sender of this message.

If clicking Open Message does not work, copy and paste the link below into your Internet browser
https://SecureEmail.FederalReserve.com/s/e?m=ABC9scdDJowv843tB86GOK1p&em=andreskich

**FRSecure**
**Message Center**

# Federal Reserve Bank Consumer Complaint Follow-up - (Andreski)

andreskichris@outlook.com

| | |
|---|---|
| **Received:** | Feb 27, 2024 6:25 PM |
| **Expires:** | Mar 19, 2024 5:25 PM |
| **From:** | consumer-complaint.chi@chi.frb.org |
| **To:** | andreskichris@outlook.com |
| **Cc:** | consumer-complaint.chi@chi.frb.org |
| **Subject:** | Federal Reserve Bank Consumer Complaint Follow-up - (Andreski) |

**Attachments:** image002.jpg , image001.gif , Closeout Letter - Andreski, Christopher_02 27 2024.pdf

This message was sent securely using Zix

INTERNAL FR/OFFICIAL USE // SECURE EXTERNAL

Good Afternoon,

We have completed our review of your recent complaint and attached is a summary of our review. If you have any questions, please feel free to contact us at (877) 228-0141.

Regards,

**Consumer Complaints**

FEDERAL RESERVE BANK OF CHICAGO

230 SOUTH LASALLE STREET

CHICAGO, IL 60604-1413

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

This message was secured by Zix ®.

**This message center is strictly for use by current Federal Reserve System business partner and customer employees, any other use of this system is strictly prohibited.**

**"To the Board's Email Recipients: the secureemail.federalreserve.com will migrated to the new portal secureemail.federalreserve.gov after 10/1/2020. You will get new messages notification from the new portal then you need register to the new portal to read your email and send email to the Board users. After migration you can still login secureemail.federalreserve.com portal to read the older messages but you could not send new messages to the Board users. The old messages will expired in 14 days"**

This service is hosted by Zix on behalf of FRSecure Message Center More information

# A Message From our CEO



**"It is my honor and pleasure to share with you Independent Bank Corporation's Environmental, Social and Governance (ESG) report."**

As we enter our 158th year, I am pleased to provide an update regarding Independent Bank's results as we continue to adjust, adapt and advance our mission of working together to make a positive difference in the lives of our customers, associates, shareholders, partners and community. Our vision is to guide, serve and empower people to improve lives and the world in which we live. Our Bank associates and their families continue to be resilient in this effort as we work our way through the pandemic. Yet it has not been without pain, suffering and loss of life within our corporate family, as we mirror the communities we live in.

During 2021, we assisted over 6,923 customers in either acquiring their dream home or refinancing their existing home and improving their financial position. In this effort we originated an IBC record of $1.9 billion in mortgage loans in our communities. Our plans to return to work for some were put on hold and our service delivery channels (particularly our branch network) continued to be

**Christopher Andreski**

**United States Postal Service (USPS) Complaint**

**SSA - USPS Green Card Cert# 7022 2410 0001 4436 6695**

**Missing USPS PII Sensitive Information Package and USPS Green Card was perfectly cut at the end.**

**(Belding, MI - PO Box Post)**

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777

01/02/2024 05:32 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Lg Flat Rate Box London, KY 40742 Flat Rate Expected Delivery Date Sat 01/06/2024 | 1 | | $22.80 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 70222410000144366695 | | | $4.35 |
| Return Receipt Tracking #: 9590 9402 7639 2122 6832 94 | | | $3.55 |
| Total | | | $30.70 |

Grand Total: $30.70

Debit Card Remit $30.70
Card Name: VISA
Account #: XXXXXXXXXXXX8502
Approval #: 073228
Transaction #: 805
Receipt #: 044336
Debit Card Purchase: $30.70 Chip
AID: A0000000980840
AL: US DEBIT
PIN: Verified

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE ®
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

London, KY 40742
OFFICIAL USE

7022 2410 0001 4436 6695

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $3.55 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $22.80 |
| Total Postage and Fees | $30.70 |

Postmark Here: GREENVILLE MI 48838 JAN 02 2024 — 01/02/2024 USPS

Sent To: SSA

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1

SOCIAL SECURITY ADMINISTRATION
S79 DETROIT DDS PO BOX 8900
LONDON, KY 40742-9747

9590 9402 7639 2122 6832 94

2. Article Number *(Transfer from service label)*

7022 2410 0001 4436 6695

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION O*

A. Signature

X

B. Received by *(Printed Name)*

D. Is delivery address different fr
If YES, enter delivery address

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ... Mail
- ...Mail Restricted Delivery
0)

C

TRACKING #

'639 2122 6832 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS ANDELSKI
P O BOX 183
BELDING MI 48809

# USPS Tracking®

FAQs >

This website may use cookies to improve your experience. We'll assume you're ok with this, but you can leave if you wish. Read More

Remove ✕

**Tracking Number:**

## 70222410000144366695

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 3:30 pm on January 8, 2024 in LONDON, KY 40741.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

LONDON, KY 40741
January 8, 2024, 3:30 pm

**Available for Pickup**

LONDON
1760 HIGHWAY 192 W
LONDON KY 40741-9998
M-F 0830-1700; SAT 0900-1200
January 6, 2024, 6:49 am

**Arrived at Post Office**

LONDON, KY 40741
January 6, 2024, 1:31 am

**Arrived at USPS Facility**

LONDON, KY 40741
January 5, 2024, 3:02 pm

**Departed USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER

January 5, 2024, 1:17 pm

This website may use cookies to improve your experience. We'll assume you're ok with this, but you can leave if you wish. Read More

**Arrived at USPS Regional Destination Facility**
KNOXVILLE TN DISTRIBUTION CENTER
January 5, 2024, 4:08 am

**In Transit to Next Facility**
January 4, 2024

**Arrived at USPS Regional Origin Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
January 3, 2024, 3:06 am

**Departed Post Office**
GREENVILLE, MI 48838
January 2, 2024, 6:34 pm

**USPS in possession of item**
GREENVILLE, MI 48838
January 2, 2024, 5:30 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

UNITED STATES POSTAL SERVICE®

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

# WE CARE

US Postal Service

DEAR VALUED POSTAL CUSTOMER:

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

YOUR POSTMASTER

g Intranet

ature and Address

22 2410 0001 4436 6695

ed on 01/08/2024 at 15:30:00

umber View




arated by commas.

Quick Search

Submit

Product Tracking & Reporting, All Rights Reserved

Version: 24.1.1 P11-07-ef8eec34

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

# Mail Fraud Complaint

## Your Information

| | | | |
|---|---|---|---|
| Company Name: | | | |
| * First Name: | Chris | * Last Name: | Andreski |
| * Address: | PO BOX 183 | | |
| * City: | Belding | | |
| * State: | Michigan | | |
| * ZIP Code: | 48809 | | |
| * Country: | UNITED STATES | | |
| Cell Phone: | (586) 321-4113 | Work Phone: | |
| Home Phone: | | Fax: | |
| Email Address: | andreskichris@outlook.com | | |
| Age Range: | 30-39 | | |
| Are you a Veteran?: | ○ Yes ◉ No | | |

## Complaint Filed Against

| | | | |
|---|---|---|---|
| Company Name: | USPS | | |
| First Name: | | Last Name: | |
| Address: | | | |
| City: | | | |
| State: | Michigan | | |
| ZIP Code: | | | |

Country: UNITED STATES

Cell Phone:

Work Phone:

Home Phone:

Fax:

Email Address:

Website Address: USPS.COM

**How Were You Contacted?**

How were you contacted? US Mail

On what date were you contacted? 01/18/2024

Do you have the envelope it was mailed in? (•) Yes ( ) No

Does the envelope have a permit number? ( ) Yes (•) No

Does the envelope have a postage meter number? ( ) Yes (•) No

**How Did You Respond to This Offer?**

How did you respond to this offer? In Person

Response Mailed to a Different Address: ( ) Yes (•) No

Do you have a Tracking Number? (Certified, Insured or Express Mail)? (•) Yes ( ) No

Tracking Number: 70222410000144366695

What did you receive? max size 250 characters

No Adult Signature on the return on the USPS certified green card receipt - SSA (PII Sensitive Medical Documents). The USPS green card return receipt had a quarter cutoff the USPS green card receipt, on the cutoff piece had been perfectly cut

1 of 2

How did it differ from what you expected? max size 250 characters

The PII Sensitive medical documents that pertain to Christopher Andreski, were sent to SSA, was supposed to return a USPS certified green card Adult Signed receipt back to Christopher Andreski. This also shows a pattern

How much did the company ask you to pay ($)? 30.70

Do you have the item? (•) Yes ( ) No

How was it delivered? US Mail

Did you contact the company or person about the complaint? (•) Yes ( ) No

Date Last Contacted Company or Person: 01/18/2024

**Did You Lose Money?**

Country: UNITED STATES

Cell Phone:

Home Phone:

Email Address:

Website Address: USPS.COM

Work Phone:

Fax:

**How Were You Contacted?**

How were you contacted? US Mail

On what date were you contacted? 01/18/2024

Do you have the envelope it was mailed in? (●) Yes ( ) No

Does the envelope have a permit number? ( ) Yes (●) No

Does the envelope have a postage meter number? ( ) Yes (●) No

**How Did You Respond to This Offer?**

How did you respond to this offer? In Person

Response Mailed to a Different Address: ( ) Yes (●) No

Do you have a Tracking Number? (Certified, Insured or Express Mail)? (●) Yes ( ) No

Tracking Number: 70222410000144366695

What did you receive? max size 250 characters

No Adult Signature on the return on the USPS certified green card receipt - SSA (PII Sensitive Medical Documents). The USPS green card return receipt had a quarter cutoff the USPS green card receipt, as the cutoff piece had been perfectly cut.

How did it differ from what you expected? max size 250 characters

The PII Sensitive medical documents that pertain to Christopher Andreski, were sent to SSA, was supposed to return a USPS certified green card Adult Signed receipt back to Christopher Andreski. This also shows a pattern.

2 of 2

How much did the company ask you to pay ($)? 30.70

Do you have the item? (●) Yes ( ) No

How was it delivered? US Mail

Did you contact the company or person about the complaint? (●) Yes ( ) No

Date Last Contacted Company or Person: 01/18/2024

**Did You Lose Money?**

Lose Money: ◉ Yes ◯ No

Payment Type: Debit Card

Payment Amount($): 30.70

Payment Date: 01/02/2024

**Type of Mail Fraud Complaint**

Scheme Category: Merchandise or Services

Scheme Type: Misrepresentation of Product/Service

**Additional Information**

max size 1000 characters

The PII Sensitive Medical Documents that pertain to Christopher Andreski, were sent by USPS to the SSA "Social Security Administration, S79 Detroit DDS PO BOX 8900 London, KY 40724-9747. The USPS certified green card return receipt did not an Adult Signature. This also shows the consistent pattern of tampering of Christopher Andreski USPS mail. Attorney Scott Graham is aware of the ongoing pattern of USPS mail incidents

1 of 2

**Privacy Act Statement:**
Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is authorized by 39 U.S.C. 401 and 404; and 18 U.S.C. 3061. Providing the information is voluntary, but if not provided, we may be unable to investigate your complaint. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS (service providers); to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; to the Merit Systems Protection Board or Office of Special Counsel; to the public, news media, trade associations, or organized groups for USPS public interest purposes; to a federal, state, local or foreign prison, probation, parole, or pardon authority or to any other agency involved with the maintenance, transportation, or release of a person held in custody; and to a foreign country to the extent necessary to assist such country in apprehending or returning a fugitive to its jurisdiction. For information regarding our privacy policies visit https://www.uspis.gov/terms-of-service/#privacy-policy.

Lose Money: (•) Yes ( ) No

Payment Type: Debit Card

Payment Amount($): 30.70

Payment Date: 01/02/2024

**Type of Mail Fraud Complaint**

Scheme Category: Merchandise or Services

Scheme Type: Misrepresentation of Product/Service

**Additional Information**

max size 1000 characters

possibly trying to stealing Christopher Andreski Identity and PII Sensitive Information. The ongoing attacks are never ending while fighting for my life. It is hard to recover from USMS work injuries, and it is even difficult to recover while dealing with ongoing attacks even as injuried Federal LEO - OWCP. Please do not share any information or complaints with the USMS or US DOL, for obvious reasons.

2 of 2

**Privacy Act Statement:**
Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is authorized by 39 U.S.C. 401 and 404; and 18 U.S.C. 3061. Providing the information is voluntary, but if not provided, we may be unable to investigate your complaint. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service (USPS) or requesting agency becomes aware of a violation of law; to a congressional office at your request; to entities or individuals under contract with USPS (service providers); to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; to the Merit Systems Protection Board or Office of Special Counsel; to the public, news media, trade associations, or organized groups for USPS public interest purposes; to a federal, state, local or foreign prison, probation, parole, or pardon authority or to any other agency involved with the maintenance, transportation, or release of a person held in custody; and to a foreign country to the extent necessary to assist such country in apprehending or returning a fugitive to its jurisdiction. For information regarding our privacy policies visit https://www.uspis.gov/terms-of-service/#privacy-policy.

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully.

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

**Christopher Andreski – United States Postal Service (USPS)**

**Complaint Filed - 02-13-2024.**

**USPS Green Card Cert# 7021 1970 00007114 9515**

**Mail Fraud – My Certified USPS PII Sensitive Information package is still missing and the return USPS Green Card receipt (To: Address) was tampered with a sticker of another address on the USPS Green Card.**

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

**Identity Theft via the U.S. Mail**

If you would like to add information to an existing complaint, click here.
Learn how to protect yourself from ID theft: pdf | html

***Was mail involved in your Identity Theft?** Unknown

**Your Information**

*First Name Christopher Middle J *Last Andreski
Company
*Address 12491 Woodland Park Dr. NE
PO Box (if applicable)
*City Belding *State MI
Country United States
*ZIP 48809
*Phone 1 586-321-4113
Phone 2
*Email andreskichris@outlook.co

(1)

**Address used for Fraud**

First Name Middle Last
Company US Department of Labor WC
Address
PO Box (if applicable) P.O. Box 8311 -FYI: Fraud label address was placed over my mailing address label
City London State KY
Country United States
ZIP 40742
Home Phone
Work Phone

***How was your identity compromised?** Other
**How did you find out about it?** USPS Green Return Card No Signature or US DOL Stamp / Fraud Label on the USPS Green Card.

Type of Content Compromised: Other

Description of Item: PII Sensitive Information - Medical and Private ID.

*Loss Amount ($) 100.00

**Police Notified?** No

***Briefly describe what happened**

On 07-31-2023 - I "Christopher Andreski" sent a package a USPS Certified Mail "Green Card Return Receipt" (USPS Cert# 7021 1970 0000 7114 9515) that requires a signature from the Cleveland FECA District Office, Att: District Director Lana Betton, DFELHWC-FECA - Special Handling, 1240 East Ninth Street, Room 851 Cleveland, OH 44199. The 07-31-2023, USPS Package PII Sensitive Information regarding my personal medical that also has my "Social Security Number" over most of my supporting medical documents that were never delivered. In fact, my USPS Green Card return receipt that was tampered

**Who do you suspect (explain why)**

I am being attacked by the individuals who I have caught committing crimes/hate crimes towards me and my family. Additionally, this is more retaliation from my Whistleblowing Complaint to OSC and to the U.S. Department of Justice. All my mail sent or received is being tampered with, including the mail I have sent to my counsel Attorney Counsel Scott Graham. I believe the tampering with my DOL/OWCP work injury cases is from private contractors and/or USPS employees who are being directed by the individuals who have caused me harm. The Political Corruption and Attacks I am

**Explain what evidence you have**

1. USPS paper receipt 07-31-2023.
2. USPS certified mail receipt with the correct label on the USPS certified mail receipt that was stamped by the USPS paid on 07-31-2023.Cert# 7021 1970 0000 7114 9515.
3. USPS Green Card return receipt that was illegally tampered with by relabeled over my address label on the USPS Green Card 1. with a different address label - MISSING!
4. USPS Postmaster Tracking Information that was never delivered - MISSING!!

(1)

Submit Complaint

**Privacy Act Statement:**

Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is authorized by 39 U.S.C. 401 and 404; and 18 U.S.C. 3061. Prc

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

**Identity Theft via the U.S. Mail**

If you would like to add information to an existing complaint, click here.
Learn how to protect yourself from ID theft: pdf | html

---

***Was mail involved in your Identity Theft?** Unknown

**Your Information**

2

*First Name Christopher Middle J *Last Andreski
Company
*Address 12491 Woodland Park Dr. NE
PO Box (if applicable)
*City Belding *State MI
Country United States
*ZIP 48809
*Phone 1 586-321-4113
Phone 2
*Email andreskichris@outlook.co

**Address used for Fraud**

First Name Middle Last
Company US Department of Labor WC
Address
PO Box (if applicable) P.O. Box 8311 -FYI: Fraud label address was placed over my mailing address label
City London State KY
Country United States
ZIP 40742
Home Phone
Work Phone

***How was your identity compromised?** Other
**How did you find out about it?** USPS Green Return Card No Signature or US DOL Stamp / Fraud Label on the USPS Green Card.

Type of Content Compromised: Other

Description of Item: PII Sensitive Information - Medical and Private ID.

*Loss Amount ($) 100.00

**Police Notified?** No

---

***Briefly describe what happened**

with. Someone illegally relabeled over my address label on the USPS Green Card 1. Article Address to: - with a different label address - US Department of Labor WC, P.O. Box 8311 London, KY 40742. - Whistleblower Retaliation and a Hate Crime. Lastly, the Green Card was never signed anyone but was stamped by USPS, as I contacted several USPS Post Masters and all said I need to contact the U.S. Postal Inspector Office, this is Fraud and Identity Theft of my PII Sensitive Information. FYI: The USPS return receipt address is 5333 Egypt Valley AVE NE, Belmont, MI, where I some have mail sent

**Who do you suspect (explain why)**

enduring is overwhelming, as I believe now these individuals who have attacked me know now that I have caught them committing these crimes and are going to try to kill me at some point here. On 12-18-2023, my rear vehicle (drivers-side) panel window was shot out. FYI: Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e). / Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h) / Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964. / 1341 (frauds and swindles through the mail). I would start questioning and/or

**Explain what evidence you have**

receipt that was stamped by the USPS paid on 07-31-2013.Cert# 7021 1970 0000 7114 9515.
3. USPS Green Card return receipt that was illegally tampered with by relabeled over my address label on the USPS Green Card 1. with a different address label - MISSING!
4. USPS Postmaster Tracking Information that was never delivered - MISSING!!
18 U.S.C. 1922 -Medical Interference and Medical Impeding in Christopher Andreski USMS Work Injury DOL/OWCP Cases.

(2)

Submit Complaint

**Privacy Act Statement:**

Your information will be used to support investigations of criminal, civil, or administrative matters. Collection is authorized by 39 U.S.C. 401 and 404; and 18 U.S.C. 3061. Prc

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

**Identity Theft via the U.S. Mail**

If you would like to add information to an existing complaint, click here.
Learn how to protect yourself from ID theft: pdf | html

*Was mail involved in your Identity Theft? Unknown

**Your Information**

| | | | |
|---|---|---|---|
| *First Name | Christopher | Middle J | *Last Andreski |
| Company | | | |
| *Address | 12491 Woodland Park Dr. NE | | |
| PO Box (if applicable) | | | |
| *City | Belding | *State MI | |
| Country | United States | | |
| *ZIP | 48809 | | |
| *Phone 1 | 586-321-4113 | | |
| Phone 2 | | | |
| *Email | andreskichris@outlook.coi | | |

**Address used for Fraud**

| | | | |
|---|---|---|---|
| First Name | | Middle | Last |
| Company | US Department of Labor WC | | |
| Address | | | |
| PO Box (if applicable) | P.O. Box 8311 -FYI: Fraud label address was placed over my mailing address label | | |
| City | London | State KY | |
| Country | United States | | |
| ZIP | 40742 | | |
| Home Phone | | | |
| Work Phone | | | |

*How was your identity compromised? Other

How did you find out about it? USPS Green Return Card No Signature or US DOL Stamp / Fraud Label on the USPS Green Card.

Type of Content Compromised: Other

Description of Item: PII Sensitive Information - Medical and Private ID.

*Loss Amount ($) 100.00

Police Notified? No

***Briefly describe what happened**

Article Address to: - with a different label address - US Department of Labor WC, P.O. Box 8311 London, KY 40742. - Whistleblower Retaliation and a Hate Crime. Lastly, the Green Card was never signed anyone but was stamped by USPS, as I contacted several USPS Post Masters and all said I need to contact the U.S. Postal Inspector Office, this is Fraud and Identity Theft of my PII Sensitive Information. FYI: The USPS return receipt address is 5333 Egypt Valley AVE NE, Belmont, MI, where I some have mail sent to.

(3)

**Who do you suspect (explain why)**

1513(e). / Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1831(h) / Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964. / 1341 (frauds and swindles through the mail). I would start questioning and/or monitoring the USPS Belding, MI carrier and post and in Belmont, MI USPS carrier and post, that I suspect is sharing my information and/or working with individuals who have conspired to harm me and terrorize my life. Lastly, I fear someone is going to try to break in my home and cause me harm, as I hope someone will do something.

**Explain what evidence you have**

UNITED STATES POSTAL INSPECTION SERVICE

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

(4)

Thank you for completing this form. The information you provided will be entered into our national complaint system. A confirmation email containing your reference number v

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost mon

U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public. Please retain all documentation related to you

Close

7021 1970 0000 7114 9515

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Cleveland OH 44199

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.95 |
| $ | |
| Total Postage and Fees | $17.85 |
| $ | |

0304
JUL 27 2023
08
Postmark Here

Sent To: Cleveland FECA District Office
Att: District Director Lana Betton
DFELHWC-FECA - Special Handling
Street and Apt. No., 1240 East Ninth Street, Room 851
City, State, ZIP+4® Cleveland, OH 44199

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

CHESTERTON
1070 S CALUMET RD
CHESTERTON, IN 46304-9998
(800)275-8777

07/27/2023 04:30 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $9.95 |
| Legal FR Env | | | |
| Cleveland, OH 44199 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Sat 07/29/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70211970000071149515 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 7857 2234 5953 04 | | | |
| Total | | | $17.85 |
| Priority Mail® | 1 | | $9.95 |
| Legal FR Env | | | |
| London, KY 40742 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 07/31/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70211970000071149508 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 8095 2349 1971 91 | | | |
| Total | | | $17.85 |

Grand Total: $35.70

Cash $40.00
Change -$4.30

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cleveland FECA District Office

US Department of Labor WC
P.O.Box 8311
London, KY 40742

9590 9402 7857 2234 5953 04

2. Article Number (Transfer from service label)

7021 1970 0000 7114 9515

PS Form 3811, July 2020 PSN 7530-02-000-9053 7021 1970 0000 7114 9515 Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Condolent Certified Mail Center

023

Profit ... Osborne

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

9590 9402 7857 2234 5953 04

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRISTOPHER ANDRESKI
5333 EGYPT VALLEY AVE NE
BELMONT, MI 49306

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7021 1970 0000 7114 9515**

Tracking Expires On
July 27, 2025

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 441999904 | CLEVELAND | OH |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 463049998 | CHESTERTON | IN |

### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| **Class/Service:** | Priority Mail Certified Mail |
| **Class of Mail Code/Description:** | PM / Priority Mail® |

**Destination Address Information**

| | |
|---|---|
| **Address:** | 1240 E 9TH ST |
| **City:** | CLEVELAND |
| **State:** | OH |
| **5-Digit ZIP Code:** | 44199 |
| **4-Digit ZIP Code add on:** | 9904 |
| **Delivery Point Code:** | 99 |
| **Record Type Code:** | Building/Apartment |
| **Delivery Type:** | Business, Sidewalk |

**Origin / Return / Pickup Address Information**

| | |
|---|---|
| **Address:** | |
| **City:** | |
| **State:** | |
| **5-Digit ZIP Code:** | 46304 |
| **4-Digit ZIP Code add on:** | 9998 |

**Service Delivery Information**

| | |
|---|---|
| **Service Performance Date:** | Expected Delivery by: Saturday, 07/29/2023 |
| **Expected Delivery:** | by 9:00pm |
| **Expected Delivery Displayed Externally?:** | Check service calculation information page |
| **Delivery Option Indicator:** | 1 - Normal Delivery |
| **Zone:** | 03 |
| **PO Box:** | N |
| **Other Information** | Service Calculation Information |

**Payment**

| | |
|---|---|
| **Postage:** | $9.95 |
| **Weight:** | 1 lb(s) 15.00 oz(s) |
| **Rate Indicator:** | Legal Flat Rate Envelope |

**Other Information**

| | |
|---|---|
| **Related Product:** | 9590 9402 7857 2234 5953 04 |

Agent Information

Request Internal USPS Tracking Plus Statement

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $4.35 |
| Up to $100 Insurance Included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| IN TRANSIT TO NEXT FACILITY | NT | 08/02/2023 | 18:28 | | System Generated | | | 08/02/2023 17:37:06 | Request Delivery Record |
| IN TRANSIT TO NEXT FACILITY | NT | 08/01/2023 | 18:28 | | System Generated | | | 08/01/2023 17:39:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 07/31/2023 | 18:28 | | System Generated | | | 07/31/2023 17:41:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 07/30/2023 | 18:28 | | System Generated | | | 07/30/2023 17:41:05 | |
| ENROUTE/PROCESSED | 10 | 07/29/2023 | 22:28 | CLEVELAND, OH 44101 | Scanned | APBS-001-000004 | | 07/29/2023 21:34:03 | Length: 15.35 inch(es) Width: 10.83 inch(es) Height: 0.2 inch(es) Weight: 1 lb(s) 14.56 oz(s) |
| IN TRANSIT TO NEXT FACILITY | NT | 07/29/2023 | 18:08 | | System Generated | | | 07/29/2023 18:17:05 | |
| ENROUTE/PROCESSED | 10 | 07/28/2023 | 02:08 | FOREST PARK, IL 60130 | Scanned | APBS-001-000003 | | 07/28/2023 02:13:16 | Length: 12.8 inch(es) Width: 18.73 inch(es) Height: 0.59 inch(es) Weight: 1 lb(s) 14.40 oz(s) |
| DEPART POST OFFICE | SF | 07/27/2023 | 19:13 | CHESTERTON, IN 46304 | System Generated | | | 07/27/2023 19:29:04 | |
| ACCEPT OR PICKUP | 03 | 07/27/2023 | 16:27 | CHESTERTON, IN 463049998 | Scanned | RSS POS | Destined to route C000 | 07/27/2023 16:58:08 | UPC Barcode: PS00001000080 Facility Finance Number: 171507 Length: 15 inch(es) Width: 9.5 inch(es) Height: 0.01 inch(es) Weight: 1 lb(s) 15.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-af8eec34

**Christopher Andreski - U.S. Postal Inspection Service Complaint**

**02-13-2024**

**USPS Green Card Cert# 7021 1970 0000 7114 9515.**

On 07-31-2023 - I "Christopher Andreski" sent a package a USPS Certified Mail "Green Card Return Receipt" (USPS Cert# 7021 1970 0000 7114 9515) that requires a signature from the Cleveland FECA District Office, Att: District Director Lana Betton, DFELHWC-FECA - Special Handling, 1240 East Ninth Street, Room 851 Cleveland, OH 44199. The 07-31-2023, USPS Package PII Sensitive Information regarding my personal medical that also has my "Social Security Number" over most of my supporting medical documents that were never delivered. In fact, my USPS Green Card return receipt that was tampered with. Someone illegally relabeled over my address label on the USPS Green Card 1. Article Address to: - with a different label address - US Department of Labor WC, P.O. Box 8311 London, KY 40742. - Whistleblower Retaliation and a Hate Crime. Lastly, the Green Card was never signed anyone but was stamped by USPS, as I contacted several USPS Post Masters and all said I need to contact the U.S. Postal Inspector Office, this is Fraud and Identity Theft of my PII Sensitive Information. FYI: The USPS return receipt address is 5333 Egypt Valley AVE NE, Belmont, MI, where I some have mail sent to.

I am being attacked by the individuals who I have caught committing crimes/hate crimes towards me and impacted my family. Additionally, this is more retaliation from my Whistleblowing Complaint to OSC and to the U.S. Department of Justice. All my mail sent or received is being tampered with, including the mail I have sent to my counsel Attorney Counsel Scott Graham. I believe the tampering with my DOL/OWCP work injury cases is from private contractors and/or USPS employees who are being directed by the individuals who have caused me harm. The Political Corruption and Attacks I am enduring is overwhelming, as I believe now these individuals who have attacked me know now that I have caught them committing these crimes and are going to try to kill me at some point here. On 12-18-2023, my rear vehicle (drivers-side) panel window was shot out. FYI: Obstruction of Justice Retaliation Against Whistleblower 18 U.S.C. & 1513(e). / Major Fraud Act, Whistleblower Antiretaliation Provision 18 U.S.C. & 1031(h) / Racketeer Influence and Corrupt Organization Act 18 U.S.C. & 1961, 1962 and 1964. / 1341 (frauds and swindles through the mail). I would start questioning and/or monitoring the USPS Belding, MI carrier and post and in Belmont, MI USPS carrier and post, that I suspect is sharing my information and/or working with individuals who have conspired to harm me and terrorize my life. Lastly, I fear someone is going to try to break in my home and cause me harm, as I hope someone will do something.

1. USPS paper receipt 07-31-2023.

2. USPS certified mail receipt with the correct label on the USPS certified mail receipt that was stamped by the USPS paid on 07-31-2023.Cert# 7021 1970 0000 7114 9515.

3. USPS Green Card return receipt that was illegally tampered with by relabeled over my address label on the USPS Green Card 1. with a different address label - MISSING!

4. USPS Postmaster Tracking Information that was never delivered - MISSING!!

18 U.S.C. 1922 -Medical Interference and Medical Impeding in Christopher Andreski USMS Work Injury DOL/OWCP Cases.

**Christopher Andreski**

**United States Postal Service (USPS) Complaint**

**SSA - USPS Green Card Cert# 7022 2410 0001 4436 6695**

**Missing USPS PII Sensitive Information Package and USPS Green Card was perfectly cut at the end.**

**(Belding, MI - PO Box Post)**

**Christopher Andreski**

**United States Postal Service (USPS) Complaint**

**SSA - USPS Green Card Cert# 7022 2410 0001 4436 6695**

**Missing USPS PII Sensitive Information Package and USPS Green Card was perfectly cut at the end.**

**(Belding, MI - PO Box Post)**

**01-31-2024**

**Email From: CISCFCSExternal@uspis.gov**

**Mail Fraud Report C#2171021.**

**From:** CISCFCSExternal@uspis.gov
**Sent:** Wednesday, January 31, 2024 4:06 PM
**To:** andreskichris@outlook.com
**Subject:** In Response To Your Mail Fraud Report C#2171021

Thank you for contacting the U.S. Postal Inspection Service. The information you provided has been entered into our national Fraud Complaint System. Your reference number is C#2171021. If we need more information, you will be contacted directly. Please hold on to any original documents related to your complaint.
Please note that Postal Inspectors do not have the authority to ensure that your losses are refunded. We may share the information you provided with other agencies when there is a possible violation within their jurisdiction.
In the future, if you have complaints about mail fraud or mail theft, you can visit our website, https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fpostalinspectors.uspis.gov%2F&data=05%7C02%7C%7C37b8f251b56649e364c408dc22a08ce2%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638423320165284853%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=mQRiC8Df92%2B8iflxpkUNTIZ4NU5qQtrvGfYM9bSIE2o%3D&reserved=0, to file a complaint online.

United States Postal Inspection Service

This is a system-generated email message. Please do not reply to this message.

**02-01-2024**

**Email From: CISCFCSExternal@uspis.gov**

**Mail Fraud Report C#2171129.**

UNITED STATES POSTAL INSPECTION SERVICE

CRIMINAL INVESTIGATIONS SERVICE CENTER

02/01/2024

CHRIS ANDRESKI

PO BOX 183
BELDING MI 48809-0183

Ref: C|CSL|013|S1608724|C2171129

Dear Postal Customer:

Thank you for the information you provided this office regarding:

USPS

MI

A review of this matter indicates that your complaint would be best handled by:

USPS CONSUMER AFFAIRS CENTRAL AREA
MICHIGAN 2 DISTRICT: 486 - 491, 493 - 499
PO BOX 999631
GRAND RAPIDS MI 49599-9631

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate. Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

433 W HARRISON STREET ROOM 3255
CHICAGO IL 60699-3255
TELEPHONE: 800-372-8347
FAX: 312-669-5651

UNITED STATES POSTAL INSPECTION SERVICE
CRIMINAL INVESTIGATION SERVICE CENTER
433 W. HARRISON STREET, ROOM 3255
CHICAGO, IL 60699-3255

S SUBURBAN IL 604
1 FEB 2024 PM 1 1

First-Class Mail
Postage and Fees Paid
USPS
Permit No. G-10

48809-018383

**02-14-2024**

**Email From: CISCFCSExternal@uspis.gov**

**Mail Fraud Report C#2171129.**

**From:** MailTheft@uspis.gov
**Sent:** Wednesday, February 14, 2024 1:02 AM
**To:** andreskichris@outlook.com
**Cc:** andreskichris@outlook.com
**Subject:** Identity Theft Report

Thank you for completing this form.<br/><br/>Your Reference number is: 37570937<br/><br/>The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized.<br/><br/>U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public. We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.<br/><br/>Please DO NOT REPLY to this email

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

[redacted]
USPS / Consumer Affairs
225 Michigan St. NW
Grand Rapids, Michigan 49599-9996

First-Cla
Postage
USPS
Permit N

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Chris Andreski
P.O. Box 183
Belding, MI 48809

TRACKED ■ INSUF

UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9023 0722 4922 2291 92

PS00001000014

EP14F O
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.C
ORDER FREE SUPPLIES ON

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.

POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES
POSTAL SERVICE

[redacted]
USPS / Consumer Affairs
225 Michigan St. NW
Grand Rapids, Michigan 49599-9996

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Chris Andreski
P.O. Box 183
Belding, MI 48809

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 9114902307224922229192

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 7:52 am on February 17, 2024 in BELDING, MI 48809.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, PO Box**

BELDING, MI 48809
February 17, 2024, 7:52 am

**Arrived at Post Office**

BELDING, MI 48809
February 17, 2024, 7:36 am

**Arrived at USPS Facility**

BELDING, MI 48809
February 17, 2024, 5:48 am

**Departed USPS Regional Facility**

LANSING MI DISTRIBUTION CENTER
February 17, 2024, 2:35 am

**Arrived at USPS Regional Facility**

LANSING MI DISTRIBUTION CENTER

February 16, 2024, 11:22 pm

**Departed USPS Regional Facility**
DETROIT MI NETWORK DISTRIBUTION CENTER
February 16, 2024, 9:57 pm

**Arrived at USPS Regional Facility**
DETROIT MI NETWORK DISTRIBUTION CENTER
February 16, 2024, 6:22 pm

**Departed USPS Regional Facility**
LANSING MI DISTRIBUTION CENTER
February 16, 2024, 5:00 am

**Arrived at USPS Regional Facility**
LANSING MI DISTRIBUTION CENTER
February 16, 2024, 2:16 am

**Departed USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
February 16, 2024, 1:06 am

**Arrived at USPS Regional Facility**
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX
February 15, 2024, 11:56 pm

USDC-EDMI '24 MAY 16 AM11:00

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

## USPS Tracking Plus®

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until June 14, 2024. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

4 of 4

Date: 05/16/2024

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF MICHIGAN
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9700

USAO-EDMI '24 MAY 16 PM 1:39

**CITIZEN INFORMATION FORM**

Thank you for contacting the U.S. Attorney's Office. Our office is responsible for prosecuting violations of federal law and for representing officers and agencies of the federal government in civil actions. We rely on federal investigative agencies for case referrals and can only undertake cases falling within our authority.

Due to the COVID-19 outbreak, we are **only accepting mail or online** submissions of this form. More information is available at: www.justice.gov/usao-edmi/citizen-complaints

**Name:** Christopher Andreski

**Address:** 12491 Woodland Park Dr. N.E. Belding, MI 48809

**Telephone:** (586) 321 - 4113

**Have you ever presented a complaint or provided information to this office before?** YES ⊗ NO ○

If yes, when? Email: AndreskiChris@outlook.com How? (i.e. phone, mail, in person) Email / USPS D.C Post m.

**Were you referred to our office by any agency or public official?** ⊗ YES ⊗ NO

If yes, who? No one reffered Christopher Andreski to the E/MI Civil Rights Division, However Congressman John Molenaar office told me to reach out to Attorne

**If you have an attorney representing you in this matter, provide her/his name and telephone number:**

Attorney Scott Graham - 269-330-4321

**Are there any court actions pending in this matter?** ⊗ YES ○ NO

If yes, provide court, case number, etc: MSPB#

**Please briefly state the details of the information you are providing or the basis of your complaint. Additional relevant documents may be submitted as attachments to the email.** (State of Michigan, USMS, Delta

On 05-16-2024, Christopher Andreski hand delivered the E/MI U.S. Attorney office, Civil Rights Division of Retaliation from Christopher Andreski's Whiselblower Complaint to DOJ Civil rights Division, DOJ Criminal Division, OSC, FBI, Eight Page list of Flying/Blinking Drones list time/Dates videos terrorizing Christopher Andreski, Family friends, in the W/MI and in the E/MI. Christopher Andreski Shooting incident with his grandmother in his vehicle in the E/MI district on 12-18-2023 After Leaving the FBI Detroit field office. All Christopher Andreski PII sensitive information is being stolen/tampered with in the E/MI and W/MI Districts. On 01-23-2024, Christopher Andreski has Confirmation from a out-of-state Doctor that Christopher Andreski is on a Black list from receiving proper medical Submit treatment or help from an Attorney. Christopher Andreski, Vehicle has [illegible] and tampered with, Christopher

18 U.S.C. 241: Conspiracy against rights.

18 U.S.C. 242 Deprivation of Rights Under Color of Law, 1985(1) (Conspiracy to Prevent a Federal officer from Performing his duties)

Title 18 U.S.C. 1341 (Frauds and swindles through the Mail.

Obstruction of Justice Retaliation Against Whiselblower 18 U.S.C. 1513(e).

18 U.S.C. Chapter 31 Embezzlement and Theft. 664 (Theft or Embezzlement from employee benefit Plan.

Title 18 U.S.C 1922 and 18 U.S.C. Sec. 111.

42 U.S. Code § 1985 - Conspiracy with

## Coping with Crime

- Simplify your life for a while. Make a list of the things that you are responsible for in your life, such as taking care of the kids, buying groceries, or going to work. Then, look at your list and see which things are absolutely necessary. Is there anything you can put aside for a while? Are there things you can let go of completely?
- Take care of your mind and body. Eat healthy food. Exercise regularly, even if it is only a long walk every day. Exercise will help lift depression and help you to sleep better. Massage can also help release tension and comfort you.
- Rely on people you trust. Seek information, advice, and help from them.
- Begin to restore order in your world by re-establishing old routines at work, home, or school as much as possible. Stay busy with work that occupies your mind; avoid over-taxing yourself with too much activity; leave yourself some down time to relax.
- Talk to your children, who are often the invisible victims of these crimes, and make sure they are part of your reactions, activities, and plans.
- Ask for help from family, friends, or professionals when you need it. Healing trauma, grief, and loss is similar to healing your body after illness or an accident. Just as there are doctors and nurses who are trained to help heal the body, there are professionals who are trained to help people recover from loss and cope with emotional pain.
- Think about things that give you hope. Make a list of these things and turn to them on bad days.

## If You Have a Complaint About the FBI

If you believe that you have been denied a right or service to which you are entitled by the FBI, you may lodge a formal complaint with the:

**Victim's Rights Complaint Coordinator**
**Federal Bureau of Investigation**
**935 Pennsylvania Avenue, N.W.**
**Victim Services Division**
**Washington, D.C. 20535**
**Toll-free: 877-236-8947**
**Email: victimsrights@fbi.gov**

Complaints must be submitted in writing via letter or email. Please include the following information in your complaint:

- Your name and contact information;
- The name and contact information of the employee who is the subject of the complaint, or other identifying information if the complainant is not able to provide the name and contact information;
- The FBI case number; and,
- The nature of the complaint.

## Your FBI Victim Specialist

The FBI Victim Specialist assigned to your case is there to make sure you have information and support to help you get through this process. She or he will explain the criminal justice process, listen to your concerns, help you find counseling and other forms of assistance, and keep you updated on the status of the case. The Victim Specialist works for the FBI but is not an Agent. Instead, the Victim Specialist is often someone with a social work or counseling degree and experience working with young people and adults who have been victims of violent crime.

The Victim Specialist works as part of a team with the FBI Agent and employees from the U.S. Attorney's Office. While most of the discussions that you have with your Victim Specialist are confidential, there may be times when the Victim Specialist will need to share information you provide with other team members. If you have questions about limited confidentiality, you may contact your Victim Specialist for clarification. Generally, the Victim Specialist and the Agent will make every effort to protect your privacy.

### Important FBI Contacts

**FBI Victim Specialist:** ____________________

**Phone:** ____________________

**FBI Special Agent:** ____________________

**Phone:** ____________________

Federal Bureau of Investigation
Victim Services Division
J. Edgar Hoover Building
935 Pennsylvania Ave. NW
Washington D.C. 20535
(202) 324-3000
www.fbi.gov/resources/victim-services

*The opinions, findings and conclusions expressed in this brochure are those of the author(s) and do not necessarily represent the official position or poli-*

## Introduction

The Federal Bureau of Investigation (FBI) is responsible for investigating a wide range of federal crimes. Part of the FBI's work involves providing information and assistance to victims of those crimes. Crimes can have a devastating effect on victims and their families who may need help coping with the impact of victimization. This brochure is designed to give you a summary of what to expect during the course of an FBI investigation.

## The Role of an FBI Agent

FBI Agents are criminal investigators. The FBI may investigate a crime if there is reason to believe that the crime violated federal law.

If the FBI concludes that a federal crime may have been committed, one or more FBI agents will conduct an investigation. As part of the investigation, the agent will gather evidence, which may include an interview with you and other victims or witnesses.

FBI investigations can be both complex and lengthy. It can take an extended period of time to complete a thorough, accurate investigation. It may involve several agencies, some federal and some local.

Every effort will be made to tell you about major events in an investigation, such as an arrest or indictment. The FBI is committed to providing such information to you before it is released to the public, when possible. However, the FBI must always be careful not to reveal sensitive information that could hurt the investigation.

The FBI will tell you when an investigation is over. At that point, there are several possible scenarios:

- The FBI may conclude that there was no federal crime and close the case.
- The FBI may conclude that there was a federal crime, but the Department of Justice (DOJ) US Attorney's Office (USAO) may decide not to prosecute the case. In some of those instances, the FBI will refer the case to state or local law enforcement authorities.
- The DOJ USAO may decide to prosecute the case. At that time a prosecuting attorney or Victim Witness Coordinator from the USAO will be contacting you.

## The Role of an FBI Victim Specialist

In addition to an FBI agent, each case with an identified victim will have an FBI Victim Specialist assigned. A Victim Specialist is a highly trained professional who can assist you with support, information, and resources. The Victim Specialist will serve as the point of contact between you and the FBI.

## If you are Threatened or Harassed

Your safety is paramount. If anyone threatens you or you feel that you are being harassed because of your cooperation with an investigation, you should report this to the assigned FBI agent or Victim Specialist. If you are in immediate danger, contact your local law enforcement agency immediately.

## If you Need Financial Help or Support Services

Every state has a crime victim compensation program that may help cover some expenses resulting from crime. Your state program may pay for medical and mental health care costs, lost wages and support, and funeral and burial expenses not covered by insurance or other benefits. Your Victim Specialist can help you with the application process, if you are eligible.

Your Victim Specialist can also refer you to other types of programs and services, such as emergency housing, counseling, medical assistance, support groups and credit counseling. At your request, the FBI can notify an employer and/or creditor for you, if your victimization causes you to be absent from work or affects your ability to make timely payments to creditors.

If the offender is charged and is convicted or pleads guilty, the court may order payment to you by the offender, called restitution, which may help cover expenses and losses caused by your victimization.

It is recommended that you and family members keep copies of all receipts that may be necessary for victim compensation or restitution claims.

## If your Property was Stolen or Held as Evidence

If your property was stolen, we hope to recover it as part of our investigation and return it as soon as possible. Please understand that some property we receive as evidence may have been damaged during the course of the crime. We will return this property to you as is when possible. If your property is held as evidence, the FBI will notify you, maintain it in the current condition, and make every effort to see that it is returned to you as quickly as possible once it is no longer needed as evidence.

**From:** FDIC NoReply
**Sent:** Tuesday, January 9, 2024 4:57 PM
**To:** andreskichris@outlook.com
**Subject:** FDIC Reply - 01682818

FDIC
FEDERAL DEPOSIT INSURANCE CORPORATION

January 9, 2024
Ref. No.: 01682818

Re: Independent Bank

Dear Christopher Andreski:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Federal Reserve.** We are forwarding a copy of your correspondence to this agency at the address below:

**Federal Reserve**
PO Box 1200
Minneapolis, MN 55480
**Website:** www.federalreserveconsumerhelp.gov
**Telephone:** 1-888-851-1920

Please direct any future concerns to the **Federal Reserve.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
Telephone: (877) ASK-FDIC

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Lansing, MI 48909 OFFICIAL USE

Certified Mail Fee $4.35

Extra Services & Fees (check box, add fee as appropriate) $3.55
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $

Postage $22.80

Total Postage and Fees $30.70

Postmark Here: GREENVILLE, MI 48838 JAN 08 2024 01/08/2024 USPS

Sent To PO BOX 30670
Street and Apt. No., or PO Box No. LANSING
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777

08/2024 05:30 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Box | 1 | | $22.80 |
| Lansing, MI 48909 | | | |
| Flat Rate | | | |
| Expected Delivery Date Thu 01/11/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: 70192970000057784138 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: 9590 9402 8418 3156 4778 55 | | | |
| Total | | | $30.70 |

Grand Total: $30.70

Debit Card Remit $30.70
Card Name: VISA
Account #: XXXXXXXXXXXX8502
Approval #: 072958
Transaction #: 882
Receipt #: 044418
Debit Card Purchase: $30.70
AID: A0000000980840 Contactless
AL: US DEBIT

Bureau of Professional Licensing
Investigations & Inspections Division
Complaint Intake Section
PO Box 30670
Lansing, MI 48909
Telephone: (517) 241-2389

7019 2970 0000 5778 4145

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Lansing, MI 48909 OFFICIAL USE

Certified Mail Fee $4.35

Extra Services & Fees (check box, add fee as appropriate) $3.55
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $ $0.00

Postage $22.80

Total Postage and Fees $30.70

Postmark Here: GOWEN MI 0326 JAN - 8 2024 01/08/2024 USPS - 49326

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

GOWEN
2922 OAK ST
GOWEN, MI 49326-9648
(800)275-8777

01/08/2024 04:27 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Lg Flat Rate Box | 1 | | $22.80 |
| Lansing, MI 48909 | | | |
| Flat Rate | | | |
| Expected Delivery Date Wed 01/10/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: 70192970000057784145 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: 9590 9402 8418 3156 4776 57 | | | |
| Total | | | $30.70 |
| ClrTape 1.88x800 | 1 | $3.99 | $3.99 |

Grand Total: $34.69

Debit Card Remit $34.69
Card Name: VISA
Account #: XXXXXXXXXXXX8502
Approval #: 062742
Transaction #: 084
Receipt #: 007738
Debit Card Purchase: $34.69

Bureau of Construction Codes
Licensing & Compliance Division
P.O. Box 30254,
Lansing, MI 48909
Telephone: (517) 241-0130

CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Portage, MI 49024

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $22.80 |
| Total Postage and Fees | $30.70 |

GREENVILLE, MI 48838 0838 08 JAN 08 2024 Postmark Here 01/08/2024 USPS

Sent To SCOTT GRAHAM

Street and Apt. No., or PO Box No. 1911 W CENTRE AVE

...structions

CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20429

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $3.55 |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $24.10 |
| Total Postage and Fees | $32.00 |

GREENVILLE, MI 48838 0838 08 JAN 08 2024 Postmark Here 01/08/2024 USPS

7022 2410 0001 4436 7784

Sent To FDIC TRAVIS HILL

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777

08/2024 05:35 PM

| ...duct | Qty | Unit Price | Price |
|---|---|---|---|
| ...ority Mail® | 1 | | $22.80 |
| ...lat Rate Box | | | |
| Portage, MI 49024 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 01/10/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70222410000144356962 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 8418 3156 4776 71 | | | |
| ...l | | | $30.70 |

...d Total: $30.70

...t Card Remit $30.70
...Card Name: VISA
...Account #: XXXXXXXXXXXX8502
...pproval #: 073503
...ransaction #: 883
...eceipt #: 044419
...ebit Card Purchase: $30.70
...ID: A0000000980840 Contactless

Attorney Scott Graham PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024

UNITED STATES POSTAL SERVICE.

GREENVILLE
119 W CASS ST
GREENVILLE, MI 48838-9998
(800)275-8777

01/08/2024 05:39 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $24.10 |
| Washington, DC 20429 | | | |
| Weight: 16 lb 2.6 oz | | | |
| Expected Delivery Date | | | |
| Fri 01/12/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70222410000144367784 | | | |
| Return Receipt | | | $3.55 |
| Tracking #: | | | |
| 9590 9402 8418 3156 4776 64 | | | |
| Total | | | $32.00 |

Grand Total: $32.00

Debit Card Remit $32.00
Card Name: VISA
Account #: XXXXXXXXXXXX8502
Approval #: 073933
Transaction #: 884
Receipt #: 044420
Debit Card Purchase: $32.00
AID: A0000000980840 Contactless
AL: US DEBIT

# Michigan Construction Codes Complaint

## Complaint Number: COMPL-LIC2300956

CHRISTOPHER ANDRESKI

12491 WOODLAND PARK DR. NE

BELDING, MI 48809

EMAIL: Andreskichris@outlook.com

Phone: 586-321-4113

Preferred to be email first based on all the impeding, interference, fraud, threats, and harm this has caused my family and myself.

Thank you and God Bless.

Bureau of Construction Codes
Licensing & Compliance Division
P.O. Box 30254,
Lansing, MI 48909
Telephone: (517) 241-0130

# Michigan Licensing Complaints

## Complaint Number: COMPL-LIC23200957

CHRISTOPHER ANDRESKI

12491 WOODLAND PARK DR. NE

BELDING, MI 48809

EMAIL: Andreskichris@outlook.com

Phone: 586-321-4113

Preferred to be email first based on all the impeding, interference, fraud, threats, and harm this has caused my family and myself.

Thank you and God Bless.

Bureau of Professional Licensing
Investigations & Inspections Division
Complaint Intake Section
PO Box 30670
Lansing, MI 48909
Telephone: (517) 241-2389

# FDIC - Reference Number 01682818

New

CHRISTOPHER ANDRESKI

12491 WOODLAND PARK DR. NE

BELDING, MI 48809

EMAIL: Andreskichris@outlook.com

Phone: 586-321-4113

Preferred to be email first based on all the impeding, interference, fraud, threats and harm this has caused my family and myself.

Thank you and God Bless.

*An official website of the United States government*

Home (/fdicinformationandsupportcenter/s/?language='en_US')

My Cases (/fdicinformationandsupportcenter/s/mycases?language='en_US')

FDIC Knowledge Center (/fdicinformationandsupportcenter/s/public-information?language='en_US')

Logout (../secur/logout.jsp)

Thank you for contacting the FDIC regarding your banking concerns on December 28, 2023. Your case number is: 01682818. The FDIC's authority to act on your behalf is limited to the enforcement of federal banking laws and regulations for banks supervised by the FDIC.

Additional correspondence regarding this matter should include your case number and be forwarded to the FDIC at:
Federal Deposit Insurance Corporation
Consumer Response Unit
1100 Walnut Street, Box #11
Kansas City, MO 64106

You may also contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342).
Thank you for bringing this matter to our attention.

Thank you for contacting the FDIC. This automatic response acknowledges receipt of your submission to FDIC on Dec 29, 2023.
The reference number assigned to your case is 01682818.

# Upload Files

## (HTML attachments are not accepted)

For your protection, PLEASE DO NOT INCLUDE PERSONAL CONFIDENTIAL INFORMATION SUCH AS YOUR SOCIAL SECURITY NUMBER. Please only provide documents supporting the issue you are experiencing with your bank

Upload Files

For questions regarding this form, email publicinfo@fdic.gov (mailto:publicinfo@fdic.gov)
Page Updated 09/04/2018

Thank you for contacting the FDIC regarding your banking concerns on December 28, 2023. Your case number is: 01682818. The FDIC's authority to act on your behalf is limited to the enforcement of federal banking laws and regulations for banks supervised by the FDIC.

Additional correspondence regarding this matter should include your case number and be forwarded to the FDIC at:
Federal Deposit Insurance Corporation
Consumer Response Unit
1100 Walnut Street, Box #11
Kansas City, MO 64106

You may also contact the FDIC at 1-877-ASK-FDIC (1-877-275-3342).
Thank you for bringing this matter to our attention.

Thank you for contacting the FDIC. This automatic response acknowledges receipt of your submission to FDIC on Dec 29, 2023.
The reference number assigned to your case is 01682818.

# Upload Files

(HTML attachments are not accepted)

For your protection, PLEASE DO NOT INCLUDE PERSONAL CONFIDENTIAL INFORMATION SUCH AS YOUR SOCIAL SECURITY NUMBER. Please only provide documents supporting the issue you are experiencing with your bank.

Upload Files

Speeches, Statements & Testimonies

# Statement by Vice Chairman Travis Hill on the FDIC Sign and Advertising Final Rule

Last Updated: December 20, 2023

I plan to vote in favor of the rule. While I don't agree with everything in it, I appreciate the staff's extensive engagement, and the willingness of the staff and the Chairman to compromise on a number of issues in the spirit of achieving consensus.

This rulemaking effort began almost four years ago with the issuance of a request for information seeking input on how the FDIC could modernize its sign and advertising rule to reflect changes in how customers engage with banks, including in particular the increased use of online and mobile banking.[1] I support the goals of promoting awareness of FDIC insurance, ensuring clear delineation between FDIC-insured deposits and uninsured non-deposit products, and providing additional clarity regarding the FDIC's expectations for nonbanks that make representations – or misrepresentations – of deposit insurance.

The final rule includes a number of important improvements from the proposed rule, including, among others, (1) tailoring the ATM requirement by allowing existing ATMs that do not offer non-deposit products to display a physical FDIC sign rather than the new digital signs;[2] (2) clarifying the FDIC's expectations for circumstances in which it is challenging to physically segregate the offering of deposit and non-deposit products at a physical location;[3] (3) adding a number of important clarifications around disclosures for non-deposit products offered by nonbanks that also offer pass-through FDIC insurance;[4] and (4) narrowing when a bank is required to show a pop-up or notification on the bank's website or app related to non-deposit products.[5]

The FDIC is also declining to include the proposed definition of crypto assets in the final rule, and further clarified that the final rule is not expressing a view on whether a financial product employing blockchain-related technology does today, or could in the future, fall within the statutory definition of a "deposit" under the FDI Act.[6] While I agree that crypto assets *generally*

are not "deposits" under the FDI Act and should be subject to the same FDIC disclosure regime as other non-deposit products, the question of whether and under what circumstances tokenized deposits, dollar tokens, and other similar products should be treated and reported as "deposits" is an important one for the FDIC and the broader financial system. The FDIC was working hard on this question, along with many related ones, in 2021 and early 2022,[7] but it is unclear to me whether the agency has made any meaningful progress since then. Nonetheless, I agree that this rulemaking is not the appropriate vehicle for consideration of this issue, and I support the amendments in the final rule.

Finally, I want to thank the staff for the multiyear effort to finalize the rule and look forward to voting in favor.

[1] *See* Federal Deposit Insurance Corporation, Request for Information on FDIC Sign and Advertising Requirements and Potential Technological Solutions, 85 Fed. Reg. 10997 (February 26, 2020).

[2] *See* Final Rule, at § 328.4(b).

[3] *See id.*, at § 328.3(c).

[4] *See id.*, at § 328.102(b)(5)(iii).

[5] *See id.*, at § 328.5(g)(2).

[6] *See id.*, at n. 55.

[7] *See, e.g.*, Remarks by Jelena McWilliams at the Bipartisan Policy Center (February 3, 2022) ("A key question that the FDIC has been carefully exploring is whether a stablecoin, or the funds represented by a stablecoin, meets the definition of "deposit" under the Federal Deposit Insurance Act, and relatedly, whether stablecoins could be eligible for deposit insurance. These are critical questions with major ramifications for the evolution of stablecoins. My personal view is that generally bank-issued stablecoins closely resemble digital representations of deposits. I urge the FDIC to build off the work we have done and provide clarity to the public as soon as practicable, which could include promulgating amendments to the deposit insurance rules.") Note there has been evolution over the years in the use of terms like "stablecoin" and "tokenized deposit."

**From:** Chris Andreski
**Sent:** Wednesday, December 20, 2023 2:57 PM
**To:** neil.gavin@ic.fbi.gov
**Subject:** FW: 12-15-2023 - 4 Videos of Unknown person walking by home after the Unknown PI vehicle DB past my home on 12-15-2023. 2 of 4.

**From:** Chris Andreski
**Sent:** Friday, December 15, 2023 12:43 PM
**To:** Scott Graham
**Cc:** Elizabeth Smeal;
**Subject:** 12-15-2023 - 4 Videos of Unknown person walking by home after the Unknown PI vehicle DB past my home on 12-15-2023. 2 of 4.

Beth,

Please make sure my counsel Attorney Scoot Graham receives these four (4) videos from today on 12-15-2023, this happen after the unknown PI vehicle DB past my home on 12-15-2023.

Thank you.

**From:** Chris Andreski
**Sent:** Wednesday, December 20, 2023 2:57 PM
**To:** neil.gavin@ic.fbi.gov
**Subject:** FW: 5 videos on 12-14-2023 - Unknown Private Investigator Driving By (DB) my home. 3 of 4.

**From:** Chris Andreski
**Sent:** Friday, December 15, 2023 12:44 PM
**To:** Scott Graham
**Cc:** Elizabeth Smeal;
**Subject:** 5 videos on 12-14-2023 - Unknown Private Investigator Driving By (DB) my home. 3 of 4.

Beth,

Please make sure my counsel Attorney Scoot Graham receives these five (5) videos from today (12-14-2023), of the unknown PI harrassing /stalking me at home.

Thank you.

**From:** Chris Andreski
**Sent:** Wednesday, December 20, 2023 2:57 PM
**To:** neil.gavin@ic.fbi.gov
**Subject:** FW: Six (6) Videos on 12-15-2023 - Unknown Private Investigator Driving By (DB) after I was done loading my vehicle. 1 of 4.

**From:** Chris Andreski
**Sent:** Friday, December 15, 2023 12:43 PM
**To:** Scott Graham
**Cc:** Elizabeth Smeal;
**Subject:** Six (6) Videos on 12-15-2023 - Unknown Private Investigator Driving By (DB) after I was done loading my vehicle. 1 of 4.

Beth,

Please make sure my counsel Attorney Scoot Graham receives these six (6) videos from today (12-15-2023), regarding the unknown PI harrassing /stalking me at home.

Thank you.

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:14 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 12-18-2023 - Updated incident.

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Wednesday, December 20, 2023 2:56:50 PM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>; Scott Graham <sgraham@scottgrahampllc.com>
**Cc:** Elizabeth Smeal <esmeal@scottgrahampllc.com>
**Subject:** 12-18-2023 - Updated incident.

Dear Special Agent Gavin and Attorney Scott Graham,

On 12-18-2023, I notified the FBI field office in Detroit, MI of the health and safety concerns I have regarding, the unknown individuals who appear that have been hired to attack and terrorize my life contently. The consent terrorizing attacks from these unknown individuals continue causing me harm mentally, harm to me physically, harm to me financially, which has impacted my family and loved ones. During the limited time interview with FBI Special Agent Neil Gavin, I inquired to Special Agent Gavin on what to do if any more attacks happen after leaving the the FBI Detroit, MI office. Special Agent Gavin, then replied that I should notify my local police authorities.

When departing the FBI field office in Detroit, MI, I proceeded to travel back to my grandmother's residence. When I arrived at my grandmother's home, my grandmother and I decided to go dinner at a local diner that was near my grandmother's home. My grandmother's and I then proceeded to travel in my vehicle to the local diner, as my grandmother and I approached the traffic that was roughly about two (2) blocks away from my grandmother's home. My grandmother and I then heard a load "POP" sound, as my grandmother and I then looked at each other and thought the load "POP" sound was an odd. When we arrived at the local diner near my grandmother's house, I proceed to get out of my vehicle and then notice my rear back driver side (left) temper glass window panel was disfigured as you can see in the pictures attached to this email. It appears that someone possibly might have shot my rear back driver side (left) temper glass window panel out with Pellet/BB Gun, that might of came from the parking lot that the rear of my vehicle was facing while waiting for the traffic light to turn green.

On 12-18-2023, my grandmother and I reported the incident to my vehicle to the local police department where the incident occurred. The police officer who wrote the police report gave me a Complaint Number **23-112797** and told me that I would be able to pick up the police report from the police department the next day. On 12-19-2023 at 09:00 AM, prior to going to going to my grandmother's brother's funeral, as I attempted to receive a copy of the police incident report (#23-112797) but was unsuccessful. I then was told by the administrative staff from the police department that I needed to file a FOIA request to receive a copy of police report "Complaint Number 23-112797". While returning to the local police department after departing my grandmother's brother's funeral, I submitted the police department FOIA request form that I was a requirement by the police department

so I could receive a copy of the incident on 12-18-2023, complaint incident number 23-112797. On 12-20-2023, I was advised from the police department administration staff that my complaint incident "23-112797" (Police Report) would not be available until next Friday (**12-29-2023**).

Lastly, I would like to mention that FBI Special Agent Neil Gavin was professional and respectful to me during Special Agent Gavin limited timeframe of questioning.

Thank you for your time in this matter and hope everyone has a Merry Christmas.

Respectfully,
Christopher Andreski







**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:20 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: Christopher Andreski - 586-321-4113 - 1 of 3

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, December 25, 2023 11:25:05 PM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: Christopher Andreski - 586-321-4113 - 1 of 3

Notes:

1. I was told by a mutual friend that Independent Bank mortgage loan officer Bob Brill was telling mutual friends on the lake the reason my house was not finished was because my credit report was not high enough and couldn't get approved more money.
2. The voicemails stem from me firing Independent bank mortgage loan officer Bob Brill and requesting a new loan officer. When mortgage loan officer Brill told me that I could not meet with builder Tom Pifer and mortgage loan officer Brill to discuss the financing situation of my unfinished build, that was a red flag to me.
3. Bob Brill and Tom Pifer both embezzled money from me.
4. Independent Bank Vice President AJ Harma and Bob Brill are friends, as I suspect AJ Harma was trying to cover for Bob Brill, (Harma and Brill vacation together, have pictures).
5. Bob Brill and I were friends at one time, as Brill was persistent on me hiring Brill to do my financial construction loan.
6. Dec-2019-2020 - Bob Brill was starting his personal (financial banking Independent Bank) new construction of storage unit business on 14 mile in Rockford, MI. The start of Bob Brill new construction was the same time period of the start of construction of my home 12491 Woodland Park Dr. NE Belding, MI 48809.
7. $9,700.00 for Pea Stone for foundation for my home when the quote was 1800.
8. Excavation of my home was almost triple.
9. Bob Brill and Tom Pifer are friends, and also do business together along with knowing and using the same subcontractors. Everyone knows Everyone.
10. I also have been told by a friendly this is not the first time Bob Brill has screwed someone.

**From:** Chris Andreski
**Sent:** Tuesday, May 9, 2023 12:32 PM
**To:** Asman, Katrina
**Cc:** Murphy, Bridget
**Subject:** FW: Custom Kitchen Cabinet Issue - Help Please. UPDATE?

Katrina,

I am respectfully requesting assistance from Independ Bank regarding, the email I sent Independent Bank below on **12/16/2022** "My Home Kitchen Cabinets/ Bathroom Vanity's". I do not understand why my kitchen cabinets are different from what I selected. While the kitchen cabinet shells are hanging (that I did not select). However, the kitchen cabinets are missing most of the kitchen cabinet doors, kitchen cabinet trim/finish work, kitchen cabinet shelving, hardware and drawers. Additionally, the bathroom vanity's in my home are not complete as well.

While my sick mother who has been fighting cancer, also did not understand how Independent Bank would allow my builder not completed her only child's home (Kitchen Cabinets / Bathroom Vanity's), even when the builder who built my unfinished home was referred by my first Independent Bank loan officer. Unfortenaly, now my mother has recently passed away. I understand my mothers passing is not Independ Banks concern, but it saddens me that my mother could not enjoy and see her only child's new home finished before she passed.

Question?

- What does Independent Bank suggest I do, to resolve these issues to my unfinished home?

Again, I am trying to resolve these issues. As I hope this email does not cause more pain and suffering in my family life or my life.

God Bless all of you.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Friday, December 16, 2022 10:38 AM
**To:** Asman, Katrina
**Cc:** Scott Graham
**Subject:** Custom Kitchen Cabinet Issue - Help Please.

Katrina,

I am respectfully requesting that Independent Bank reach out to my builder Thomas Pifer "TLP Contractors LLC" regarding completing my homes custom kitchen cabinets where I am living. The final draw payment was recently released to Thomas Pifer "TLP Contractors LLC" to finish the custom kitchen cabinets from Venture Woodworking. My builder Thomas Pifer "TLP Contractors LLC"wrote Venture Woodworking a check for half down on the custom kitchen cabinets as a deposit, which was a amount of five thousand dollars on **09/03/2020**.

As it stands now, there are two bathroom vanity doors that are not complete, along with the custom kitchen cabinet doors and trim that are not complete.

- The list of issues regarding the custom kitchen cabinets:

1. The custom kitchen trim on top is supposed to be molding trim.
2. The custom kitchen cabinet door trim is not even close to the same custom kitchen door sample I provided to Thomas Pifer "TLP Contractors LLC" and Venture Woodworking.
3. The custom kitchen doors that were installed do not have a smooth finish them, where it feels like a rough paint when you rub your hand over some of them.
4. The custom kitchen cabinet doors are uneven.
5. The middle of the custom kitchen cabinet doors are super thin where it feels like you can poke a hole in them with your finger.
6. The bottom part of the lazysusian needs a rotating tray.
7. The custom kitchen side panels are not the same as what the draw calls for.
8. A small shelf was supposed to be on the one side custom kitchen panels.
9. I even bought a finish custom kitchen cabinet door from Lowes for Venture Woodworking.

Again, my builder Thomas Pifer "TLP Contractors LLC" wrote Venture Woodworking a check for half down deposit in the amount of five thousand dollars on **09/03/2020** and the date is **12/16/2022**.

Please reach out to Thomas Pifer "TLP Contractors LLC" to resolve these issues.

Thank you and Merry Christmas.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Wednesday, December 20, 2023 2:56 PM
**To:** neil.gavin@ic.fbi.gov
**Subject:** FW: 5 videos On 12-12-2023 - Unknown Private Investigator Driving By (DB) my Home 4 of 4.

**From:** Chris Andreski
**Sent:** Friday, December 15, 2023 12:44 PM
**To:** Scott Graham
**Cc:** Elizabeth Smeal;
**Subject:** 5 videos On 12-12-2023 - Unknown Private Investigator Driving By (DB) my Home 4 of 4.

Beth,

Please make sure my counsel Attorney Scoot Graham receives these five (5) videos from today (12-12-2023), of the unknown PI harrassing /stalking me at home.

Thank you.

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:12 PM
**To:** Neil Gavin; victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Cc:** Scott Graham
**Subject:** RE: FBI Intake Complaint Case Number?

FBI Agent Neil Gavin,

If the FBI Detroit, MI, field office does not assign complaint case numbers to victims who report crimes committed against them to the FBI, then I feel it would only be appropriate to include the Victim's Rights Complaint Coordinator Federal Bureau of Investigation and the Criminal Division of the U.S. Department of Justice in my emails and supporting evidence moving forward. My supporting evidence in the "Andreski Report" that identify the crimes that have been committed against me, which have also affected members of my family. The two (2) attachments pertain to the supporting evidence I sent to the FDIC (Ref. No.: 01682818) in what appears to be Bank Fraud and the two (2) separate Michigan building complaints (COMPL-LIC232000957)(COMPL-LIC2300956).

Thank you.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Neil Gavin
**Sent:** Monday, January 8, 2024 12:14 PM
**To:** Chris Andreski
**Subject:** Re: FBI Intake Complaint Case Number?

Mr. Andreski,

We don't assign numbers to our complaints, it would just be your name and the date to look it up (Andreski 12/18/2023). Thanks,

Neil

---

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Friday, January 5, 2024 8:40 AM
**To:** Gavin, Neil M. (DE) (FBI) <nmgavin@fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** [EXTERNAL EMAIL] - FBI Intake Complaint Case Number?

FBI Agent Neil Gavin,

Can you please provide me with my assigned FBI intake complaint case number?

Thank you.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:23 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: Documents regarding my FDIC Complaint - 12-26-2023.

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Tuesday, December 26, 2023 10:14:57 PM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** Documents regarding my FDIC Complaint - 12-26-2023.

Making a FDIC Complaint tomorrow.

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:25 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: OWCP Case# 094006074

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 9:11:47 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: OWCP Case# 094006074

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Tuesday, June 14, 2022 12:05:31 PM
**To:** Terri Smolinski <terri@mccreadylaw.com>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** OWCP Case# 094006074

Terri,

Can you and Stephanie listen to the above attached recording from my DOL/OWCP Claims examiner.

Thank you.

**From:** Chris Andreski
**Sent:** Tuesday, June 14, 2022 9:24 AM
**To:** CHRIS@LONGBOWPOLICY.COM
**Subject:** FW: Christopher Andreski

Mr. Long,

Do you know of anyone in FLEOA that can assist me with my travel and bill reimbursement? I believe based on the return email from Director Mihalek, that Director Mihalek is out of the office until 06-19-2021.

Again, thank you for any help you can provide me.

Christopher Andreski
(586) 321-4113

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, June 13, 2022 2:31:57 AM
**To:** djmihalek@gmail.com <djmihalek@gmail.com>
**Subject:** Christopher Andreski

Director Mihalek,

I appreciate you taking your time to talk with me this past Friday. The reason I emailing you is that I am very concerned as it pertains in communicating with OWCP and with my claims examiner. This stems from all the games/attacks the USMS/OWCP has done to my family and myself. I understand now my life does not matter to the USMS, as these games/attacks have been nothing but Mentally, Physically and Financially draining on my family and myself over the past 3 years. If FLEOA could help me in regards to communicating with DOL/OWCP and my claims examiner regarding my travel reimbursement or guide me to get any assistants with my medical bills would be greatly appreciative.

Unfortionally, when I asked for any assistants from USMS/HQ the response I received from USMS Chief Velicia Marshall is below. I truly can now appreciate the warm, caring and love the USMS has for me now, as I only wish the best for all USMS employees. Lastly, I attached the recording from the most recent communication I had my DOL/OWCP claims examiner (06-10-2022), where you can hear some of the difficulties I am facing.

10. Medical Bills, can the USMS assist me with the medical bills in my active OWCP traumatic injury case, if OWCP denies my medical bill reimbursement claim?
    HRD response provided by OWCP Coordinator - The USMS does not provide this service

Thank you for your time.

Respectfully,
Christopher Andreski
(586) 321-4113


There are no easy answers, but there are simple answers. We must have the courage to do what we know is morally right.
RONALD REAGAN
GRACIOUSQUOTES.COM

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:11 AM
**To:** neil.gavin@ic.fbi.gov
**Cc:** Scott Graham
**Subject:** FW: OWCP Case# 094006074

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Tuesday, June 14, 2022 12:05:31 PM
**To:** Terri Smolinski <terri@mccreadylaw.com>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** OWCP Case# 094006074

Terri,

Can you and Stephanie listen to the above attached recording from my DOL/OWCP Claims examiner.

Thank you.

**From:** Chris Andreski
**Sent:** Tuesday, June 14, 2022 9:24 AM
**To:** CHRIS@LONGBOWPOLICY.COM
**Subject:** FW: Christopher Andreski

Mr. Long,

Do you know of anyone in FLEOA that can assist me with my travel and bill reimbursement? I believe based on the return email from Director Mihalek, that Director Mihalek is out of the office until 06-19-2021.

Again, thank you for any help you can provide me.

Christopher Andreski
(586) 321-4113

---

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, June 13, 2022 2:31:57 AM
**To:** djmihalek@gmail.com <djmihalek@gmail.com>
**Subject:** Christopher Andreski

Director Mihalek,

I appreciate you taking your time to talk with me this past Friday. The reason I emailing you is that I am very concerned as it pertains in communicating with OWCP and with my claims examiner. This stems from all the games/attacks the USMS/OWCP has done to my family and myself. I understand now my life does not matter to the USMS, as these games/attacks have been nothing but Mentally, Physically and Financially draining on my family and myself over the past 3 years. If FLEOA could help me in regards to communicating with DOL/OWCP and my claims examiner regarding my travel reimbursement or guide me to get any assistants with my medical bills would be greatly appreciative.

Unfortionally, when I asked for any assistants from USMS/HQ the response I received from USMS Chief Velicia Marshall is below. I truly can now appreciate the warm, caring and love the USMS has for me now, as I only wish the best for all USMS employees. Lastly, I attached the recording from the most recent communication I had my DOL/OWCP claims examiner (06-10-2022), where you can hear some of the difficulties I am facing.

10. Medical Bills, can the USMS assist me with the medical bills in my active OWCP traumatic injury case, if OWCP denies my medical bill reimbursement claim?
    HRD response provided by OWCP Coordinator - The USMS does not provide this service

Thank you for your time.

Respectfully,
Christopher Andreski
(586) 321-4113


There are no easy answers, but there are simple answers. We must have the courage to do what we know is morally right.
RONALD REAGAN
GRACIOUSQUOTES.COM

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:25 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: OWCP Case# 094006074

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 9:11:47 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: OWCP Case# 094006074

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Tuesday, June 14, 2022 12:05:31 PM
**To:** Terri Smolinski <terri@mccreadylaw.com>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** OWCP Case# 094006074

Terri,

Can you and Stephanie listen to the above attached recording from my DOL/OWCP Claims examiner.

Thank you.

**From:** Chris Andreski
**Sent:** Tuesday, June 14, 2022 9:24 AM
**To:** CHRIS@LONGBOWPOLICY.COM
**Subject:** FW: Christopher Andreski

Mr. Long,

Do you know of anyone in FLEOA that can assist me with my travel and bill reimbursement? I believe based on the return email from Director Mihalek, that Director Mihalek is out of the office until 06-19-2021.

Again, thank you for any help you can provide me.

Christopher Andreski
(586) 321-4113

---

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, June 13, 2022 2:31:57 AM
**To:** djmihalek@gmail.com <djmihalek@gmail.com>
**Subject:** Christopher Andreski

Director Mihalek,

I appreciate you taking your time to talk with me this past Friday. The reason I emailing you is that I am very concerned as it pertains in communicating with OWCP and with my claims examiner. This stems from all the games/attacks the USMS/OWCP has done to my family and myself. I understand now my life does not matter to the USMS, as these games/attacks have been nothing but Mentally, Physically and Financially draining on my family and myself over the past 3 years. If FLEOA could help me in regards to communicating with DOL/OWCP and my claims examiner regarding my travel reimbursement or guide me to get any assistants with my medical bills would be greatly appreciative.

Unfortionally, when I asked for any assistants from USMS/HQ the response I received from USMS Chief Velicia Marshall is below. I truly can now appreciate the warm, caring and love the USMS has for me now, as I only wish the best for all USMS employees. Lastly, I attached the recording from the most recent communication I had my DOL/OWCP claims examiner (06-10-2022), where you can hear some of the difficulties I am facing.

10. Medical Bills, can the USMS assist me with the medical bills in my active OWCP traumatic injury case, if OWCP denies my medical bill reimbursement claim?
    HRD response provided by OWCP Coordinator - The USMS does not provide this service

Thank you for your time.

Respectfully,
Christopher Andreski
(586) 321-4113

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:27 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: Independent Bank - 12491 Woodland Park Dr. NE 48809.

Sent from Mail for Windows

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:28:57 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** Independent Bank - 12491 Woodland Park Dr. NE 48809.

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:28 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 1 of 2 - 11-19-2023 - Drone Video - Politics and Corruption - Grattan Township - State of Michigan DEQ/Eagle - USMS.

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 9:32:02 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: 1 of 2 - 11-19-2023 - Drone Video - Politics and Corruption - Grattan Township - State of Michigan DEQ/Eagle - USMS.

**From:** Chris Andreski
**Sent:** Monday, November 20, 2023 10:46 PM
**To:** Scott Graham
**Cc:** Elizabeth Smeal;
**Subject:** FW: 1 of 2 - 11-19-2023 - Drone Video - Politics and Corruption - Grattan Township - DEQ/Eagle - USMS.

Scott,

The second email will have the drone video I reported to the Kent County Sheriff Department that the drone was near my house last night on **11-19-2023**. I talked with a Kent County Sheriff Deputy Shultz who gave me a Kent County Incident# **23-165905**. I also to the Kent County Deputy to make Kent County Detective aware of the Drone activity around my home, as it is a 4th amendment violation violating my privacy. Kent County Deputy Shultz asked me how long the drone activity has been going on, as I stated maybe a year to 8 months. Honestly, I really have no clue how long the drones have been stalking me. I do know the Kent County/USMS/FBI/HSI/DEA/ATF all have a drone programs, and it would be a FCC violation if one of the agency were abusing the drone programs, as the FCC has strike guidelines even for Law Enforcement Agencies. As a side note, just because special individuals who hold an authority positions and are worried about their illegal actions along with the ramification from our justice system, does not give the special indivuals the right to terrorize anyone.

Additionally, the USMS has not disclosed the FOIA information as I have requested, as they lied to DOL/OWCP in there response in my Master OWCP PTSD case. The only FOIA information that I received were some redacted W/MI cash awards documents and some USMS medical communication that had redacted USMS emails/documents regarding my USMS medical injury's, as the USMS could not provide me with all medical communication due to the fact it would be detrimental to the USMS agency. As I said from before, I believe the USMS either were up on my phone/GPS on my vehicle, I have been told

by a ligament federal law enforcement source that the USMS will hire a PI company who have drones to harass and stalk a USMS employee if the USMS agency is at risk of being exposed like in the past (Andreski Report Binder# 4). If the USMS drone tracking program was used or is using to tracking my location when I was pulled over in Ottawa County or is being used to stalk me / causing harm in my life, as in my opinion would be an act of **Title 18 U.S.C. & 2331 (5).**

They say what doesn't kill us will make us stronger.

1. **02-23-2009** - Grattan Township under investigation, Kent County Sheriff Department computers seized – mlive. Kent County Case just went away, go figure.
   - **2021** - Grattan Township Zoning Map does not show Agricultural.
   - Hessler (Big name Builder small town) and Heffron (Big name Farmer small town), Heffron runs Grattan Township.
   - Kent County Sheriff Detective Dustin Cook, went from GRPD, hired in by Wyoming, MI Police Department, hired by Kent County Sheriff Department (5 mile radius). Puppet/Yes Man example, if Kent County Sheriff Captain directs the Kent County Sheriff Detective to turn a blind eye from a victim who has been assulted and the Detective does so. Now some will play devilavicate, but every LEO takes an oath to protect and serve, this is not the 1970s or 1980s. Maybe Tucker Carson would give some good input, I heard he looking for a good story.
   - Ottawa County Sheriff, Hamtramck Police Department, Hired Wyoming, MI Police Department but failed the FTO program (Wyoming FTO noted that Dyer was incompadent to be a Police Officer). Dyer tried to go back to Hamtramck Police Department who declined to take Dyer back. Year later, Dyer was hired by the Ottawa County Sheriffs Department as a Correctional Officer who eventually made it to be a road Deputy Sheriff. Cannot forget Dyer lied "Giglo" five different times at my evidentiary hearing, even the Hamtramck, MI Prosecutor called Dyer out (Wondering Officer).

2. **Kent County Sheriff Department Off-Duty Incident Date: 12-05-2019** - The link below is a video incident that occurred in Kent County, MI, back in 2019, where a off-duty Kent County Sheriff Deputy was involved. The Kent County District Attorney (DA) Office declined to prosecute the off-duty Kent County Sheriff Deputy . The Kent County Sheriffs Department displined the Kent County Sheriff Deputy who had three years on the job for a month suspension.

Deputy on the job after pulling gun in off-duty brawl, lying | WOODTV.com

3. **Kent County Sheriff Department Off-Duty Incident Date: 08-13-2020** - The link below is a video incident that occurred in Kent County, MI, back in 2020, where the same off-duty Kent County Sheriff Deputy was involved in another separate off-duty incident that involved the off-duty Kent County Deputy leaving the scene and vehicle of an accident. Shorty after the incident the off-duty Kent County Deputy resigns from his position from the Kent County Sheriff's Department.

Kent County deputy resigns after off-duty crash | WOODTV.com

4. **Kent County Sheriff Department Off-Duty Incident Date: 08-19-2022** - The link below is a video of a recent incident that happened in Ingham County, MI involving a off-duty Kent County Sheriff Deputy who was unjustly fired by the Kent County Sheriffs Department. On 05-08-2023, the former Kent County Sheriff Deputy was found NOT Guilty by the jury. Then on 06-29-2023, the former Kent County Sheriff 45 years of age deputy died in Leon, Mexico, as the Deputy death was unexpected and brief. I know some of the back story about this incident regarding the GAMES, POLITICS, CORRUPTION. Go figure Josh Kuiper was his Defense Attorney.

Jury finds former Kent Co. deputy not guilty of assault | wzzm13.com

5. **Title 18 U.S.C. & 2331 (5).**
   - Attached Document. Attached the DOJ below link document as well.

Civil Rights Division | Addressing Police Misconduct Laws Enforced By The Department Of Justice

6. The link below is a recent FCC case in Harris, TX, just shows an example of corrupt police officer in a leadership position who got caught and was giving a general discharge but then was rehired in 10 days to another police department. "Wondering Officer".

Sgt. Wayne Schultz resigns from Precinct 6 days after taking new job during Harris County Precinct 1 GPS scrambler investigation - ABC13 Houston

God Bless.

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:35 AM
**To:** neil.gavin@ic.fbi.gov
**Cc:** Scott Graham
**Subject:** Independent Bank - Notes and Evidence regarding - New Homes / Grattan Township Property Taxes on Woodland Park Dr. NE Belding, MI 48809 and 2015 Prior Tax Tribunal case against Grattan Township Matt Frain

1. **Parcel Number: 41-12-10-257-021**

- **Property Address: 12499 WOODLAND PARK DR NE** – Property Address: 12499 WOODLAND PARK DR NE sales history dates, **04/14/2017** and **02/26/2021** sales dates appear to be incorrect. As Property Address: **12499 WOODLAND PARK DR NE** sold for **253,500** on **04/14/2017.** Then recently updated and remodeled home Property Address: 12499 WOODLAND PARK DR NE, sold for **495,000** on **06/09/2023 (Location: Kent County, MI).**

- **Access Kent County Records?**

| Sale Date | Liber/Page | Instrument # | Qualification | Type | Sale Price | |
|---|---|---|---|---|---|---|
| 06/09/2023 | 202306160033681 | | 03-ARM'S LENGTH | WD | 495,000 | 495,000 |
| 02/26/2021 | 202103030025461 | INCORRECT | 21-NOT USED/OTHER | QC | 0 | 0 |
| 04/14/2017 | 201704260036014 | INCORRECT | 03-ARM'S LENGTH | WD | 253,500 | 253,500 |
| 08/24/1996 | 3910:732 | | 03-ARM'S LENGTH | WD | 30,000 | 30,000 |
| 11/11/1911 | 3910:0732 | | 33-TO BE DETERMINED | WD | 0 | 0 |
| 11/11/1911 | 2237:0001 | | 33-TO BE DETERMINED | WD | 0 | 0 |

2. **Parcel Number: 41-12-10-257-007**

- **Property Address: 12429 WOODLAND PARK DR NE** - It appears another ERROR has occurred regarding 12429 WOODLAND PARK DR NE, regarding incorrect sales history dates. Property Address: 12499 WOODLAND PARK DR NE, sold in February 2021 property sold (Auction Kent County Court) for **65,815.** In 2021, the Property Address: 12429 WOODLAND PARK DR NE was sold again for **191,000**.

- The new homeowners who bought Property Address: 12429 WOODLAND PARK DR NE then decided to demolish the Property Address: 12429 WOODLAND PARK DR NE old home and have a new home built on Property Address: 12429 WOODLAND PARK DR NE. It does not appear that the **New Home** that was built on Property Address: **12429 WOODLAND PARK DR NE** was ever updated with any new home information or reappraised (Property/Home Tax Value) by Grattan Township Tax Assessor Matt Frain **(Location: Kent County, MI).**

- The incorrect information regarding Property Address: **12429 WOODLAND PARK DR NE** (12/04/2023, Comparable Analysis Report) that was provided to the Michigan Tax Tribunal by Grattan Township Tax Assessor Matt Frain. While newly built home Property Address: 12429 WOODLAND PARK DR NE (recently sold in 2023) shows the newly home residence has **3-bedrooms** (not 2-bedrooms) and it appears to be a 2 story home with 2-walkout deck balconies 2-STY home (Not 1-STY) regarding the newly home Property Address: 12429 WOODLAND PARK DR NE. 2023 listing Property Address: 12429 WOODLAND PARK DR **NE** recent pictures that I have provided do not lie.

- **Access Kent County Records?**

| Sale Date | Liber/Page | Instrument # | Qualification | Type | Sale Price |
|---|---|---|---|---|---|
| 03/21/2023 | 202303240015035 | | 03-ARM'S LENGTH | WD | 495,000 |
| 12/02/2020 | 202101140005149 | | 21-NOT USED/OTHER | QC | 0 |
| 01/05/2016 | 201601140004136 | | 12-FROM LENDING INSTITUTION NOT EXPOSED | WD | 191,000 |
| 10/23/2015 | 201510230093906 | | 21-NOT USED/OTHER | QC | 2,500 |
| 10/14/2015 | 201511040097535 | | 21-NOT USED/OTHER | SD | 0 |
| 06/01/2012 | 201206220058519 | | 21-NOT USED/OTHER | QC | 0 |
| 10/13/2006 | | 200610200116201 | 03-ARM'S LENGTH | WD | 125,000 |

Property Address: **12429 WOODLAND PARK DR NE**

• 2023 - Present
David Durst, Kimberly Hytinen Durst

- Date of Purchase: February 2021
- Purchase Price: $495,000

• • 2020 - 2023
Lisa K Rupert

- Date of Purchase: February 2021

• • 2016 - 2020
Scott Talo, Rupert Lisa Talo

- Date of Purchase: February 2021
- Purchase Price: $191,100

• • 2015 - 2016

Robert G Ryder, Yvonne Ryder

- Date of Purchase: February 2021
- Purchase Price: $2,500

• • 2015 - 2015
Wells Fargo Bk Na

- Date of Purchase: February 2021
- Purchase Price: $65,815

• • 2012 - 2015
Melissa Pawlanta

- Date of Purchase: February 2021

• • 2006 - 2012
Scott R Nicholson, Marcy Nicholson

- Date of Purchase: February 2021
- Purchase Price: $125,000

• N/A - 2006
Mark Orsinger

**3. Parcel Number: 41-12-10-176-013 – Recently Listed 524,000 / updated home.**
**Property Address: 12375 WOODLAND PARK DR NE (2-Lots)**
**Property Classification:** 401-RESIDENTIAL-IMPROVED
**School District:** 34080 - BELDING AREA SCHOOL DISTRICT

Assessment:

| Year State Equalized Value | | |
|---|---|---|
| 2023 | 198,000 | 122,415 |
| 2022 | 159,600 | 116,586 |
| 2021 | 143,000 | 112,862 |

**4.**

12493 Woodland Park Dr Ne

**Belding, MI 48809**

Estimated Value

$289K - $320K

- Vesting Changes

March 14, 2019
**Warranty Deed**
Tax Assess **Buyer Records**
Most Recent Tax Assessment (2023)
**$135,600**
Total Value
-
Land Value
-
Improvement Value
**$2,719**
Property Tax
**0.0%**
Change from last year
**2.01%**

Property Address: 12493 Woodland Park Dr. NE Belding, MI property taxes were never reassessed when the new homeowners purchased the home in 2019. Additionally, it appears no building permit is shown for the record on the state of Michigan property description page regarding the addition to Property Address: 12493 Woodland Park Dr. NE Belding, MI 48809. Regarding the Michigan property description/tax record, Grattan Township Tax Assessor Matt Frain who is also a builder built an addition to the new homeowners Property Address: 12493 Woodland Park Dr. NE Belding, MI 48809 this year in 2023. The additions to Property Address: 12493 Woodland Park Dr. NE Belding, MI 48809 consist of a new driveway, 2 car garage and appears to be a 2 level additional to the resident addition.

**5. RECENTLY NEW HOME BUILT.**

**12525 Woodland Park Dr Ne**

**Belding, MI 48809**

**1,652** sq. ft. living area
**3** bathrooms + **1** partia
**NEW HOME WITH BUILT IN POOL ON LAKE SIDE.**

## Tax Assessments

Most Recent Tax Assessment (2023) - Kent County property tax records show differently.
**$397,300**
Total Value
-
Land Value
-
Improvement Value
**$3,549**
Property Tax

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:40 AM
**To:** neil.gavin@ic.fbi.gov
**Cc:** Scott Graham
**Subject:** Independent Bank - FW: 06-07-2023 - Grattan Township FOIA Request

**From:** Michelle Alberts
**Sent:** Thursday, June 8, 2023 12:22 PM
**To:** Chris Andreski
**Cc:** Mark Hampton
**Subject:** RE: 06-07-2023 - Grattan Township FOIA Request

Chris and Mark,

Apologies again for the misinterpretation of this portion on the last request. Attached is the Township's response to the request from June 7, 2023 and the documents.

Have a great day!

GRATTAN TOWNSHIP Est. 1846

Michelle Alberts, MiPMC
Grattan Township Clerk
12050 Old Belding Rd
Belding, MI 48809
616-691-8450
www.grattantownship.org

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Wednesday, June 7, 2023 5:35 AM
**To:** Michelle Alberts <clerk@grattantownship.org>
**Cc:** Mark Hampton <mark.hampton@algtaxsolutions.com>
**Subject:** [External] 06-07-2023 - Grattan Township FOIA Request

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:41 AM
**To:** neil.gavin@ic.fbi.gov
**Cc:** Scott Graham
**Subject:** Independent Bank - FW: Completed FOIA Request

**From:** Michelle Alberts
**Sent:** Wednesday, June 28, 2023 2:47 PM
**To:** Chris Andreski; Mark Hampton
**Subject:** Completed FOIA Request

Good afternoon,

Attached is the Township's response to the FOIA request from June 12, 2023. Thank you!

GRATTAN TOWNSHIP
Est. 1846

Michelle Alberts, MiPMC
Grattan Township Clerk
12050 Old Belding Rd
Belding, MI 48809
616-691-8450
www.grattantownship.org

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:47 AM
**To:** neil.gavin@ic.fbi.gov
**Cc:** Scott Graham
**Subject:** 2nd Appraisal paid by Christopher Andreski - FW: 12491 Woodland Park, Belding MI 48809 - Independent Bank

FYI: The 2nd appraiser I paid for, separate from Independ banks, the appraiser never noted anything about the 15ft structural foundation crack in his appraisal report.

**From:** Chris Andreski
**Sent:** Wednesday, April 19, 2023 3:21 PM
**To:** Mark Hampton
**Subject:** FW: 12491 Woodland Park, Belding

**From:** Chuck Jerrils
**Sent:** Wednesday, April 19, 2023 2:28 PM
**To:** Chris Andreski
**Subject:** 12491 Woodland Park, Belding

Hi Chris, The estimated value is $485,000 upon completion $435,000 "as is"

Please let me know if you have any questions

Charles Jerrils

Residential Certified Real Estate Appraiser
Jerrils & Associates
12929 Pine Island Dr, Sparta, MI 49345
616-887-9373 ext #225
616-262-2418

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 9:51 AM
**To:** Scott Graham; neil.gavin@ic.fbi.gov
**Subject:** FW: e-Service of ALJ issued document in Andreski_v_US_Marshals_Service_2023CAR00002_(DEC_15_2023)_112729_CADEC

**From:** CTS Primary
**Sent:** Friday, December 15, 2023 2:30 PM
**To:** andreskichris@outlook.com
**Subject:** e-Service of ALJ issued document in Andreski_v_US_Marshals_Service_2023CAR00002_(DEC_15_2023)_112729_CADEC

**e-SERVICE DOCUMENT DELIVERY**

This is an automated email; **DO NOT RESPOND TO THIS EMAIL.** Filings to this email box will not be acted on. If you need to file a document with OALJ by email, follow the instructions at www.oalj.dol.gov/FILING_BY_EMAIL.HTML.

| | |
|---|---|
| OALJ Case No.: | 2023-CAR-00002 |
| Parties: | Andreski v. U.S. Marshals Service |
| Assigned Judge: | JOHNSON, PAUL |
| Assigned Office: | NN - NEWPORT NEWS |

This is service of the attached document issued by the presiding ALJ in the above-referenced case before the U.S. Department of Labor, Office of Administrative Law Judges (OALJ).

This is an automated email; do not respond to this message. Rather, contact information is found on the OALJ website at www.oalj.dol.gov and www.oalj.dol.gov/FILING_BY_EMAIL.HTML

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:35 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: Two Package sent to my home (Boxes) Appears to have been Tampered with, Opened and Resealed.

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 9:54:14 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: Two Package sent to my home (Boxes) Appears to have been Tampered with, Opened and Resealed.

---

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Friday, September 22, 2023 6:26:49 PM
**To:** Bear, Josiah <Josiah.Bear@mail.house.gov>; Johnson, Joel <Joel.Johnson@mail.house.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** RE: Two Package sent to my home (Boxes) Appears to have been Tampered with, Opened and Resealed.

Dear Congressman John R. Moolenaar and Josiah Bear,

It appears that the two packages that you (Josiah Bear) and Congressman John Moolenaar and staff sent to my home have been tampered with, opened and resealed. As you can see in the two pictures that I have provided you (Josiah Bear) and Congressman John Moolenaar and staff in this email below the two boxes have been opened and resealed. I have not opened the two packages that were delevered, as I assume that two package you (Josiah Bear) and Congressman John Moolenaar and staff sent to my home have detailed persoanl infromation regarding my disclosures and my personal supporting medical evidence/information of my injuries that occurred working for the U.S. Marshal Service (USMS), which I shared with you (Josiah Bear) and Congressman John Moolenaar and his staff.

Addtionaly, the information I provided you (Josiah Bear) and Congressman John Moolenaar and staff, was me respectfully requesting HELP from the attacks/retaialtion that I have endured and even people in my family have endured, due to my Whiselblower disclosures. I was also respectfully requesting HELP and assistance regarding reenburshment in my medical bills that I had to paid for, I also need additional PRP/Stemcell procedures done to my DOL/OWCP injuried left shoulder accepted case, that I do not have the funds or resources to pay for. I have already provided you (Josiah Bear) and Congressman John Moolenaar and his staff, with most of my personal/medical supporting evidence that pertains to my work injury's and that have been accepted, pending for years or denied from DOL/OWCP. I also wanted to let you know that I am a protected DOJ Federal Law Enforcement Officer who is protected under 6C Federal LEO Enhanced Special FERS Provisions. The 6C Federal LEO Enhanced Special FERS Provisions

that I am protected under which also pertains to my position/job title as an (1811) Criminal Investigator Deputy U.S. Marshal. While sharing with you (Josiah Bear) and Congressman John Moolenaar and staff the impairment ratings regarding the injuries that occurred in the line of duty, while working for the U.S. Marhsal Service (USMS), as I have hurled and managed to overcome most of my impairment disability that I have endured while working for the USMS, I would respectfully ask HELP and assistants in my recovery.

While the U.S. Marshal Service (USMS) seperated me from service, I was forced to apply for OPM Federal Disability FERS Retirerment under the 6C Special FERS Enhance Provisions that pertains to my job title is a (1811) Criminal Investigator Deputy U.S. Marshal. Unfortenaly, during my process in applying for OPM Federal Disability Retirerment under the 6c Special FERS Enhanced Provisions as a (1811) Criminal Investigator Deputy U.S. Marshal, my agency the U.S. Marshal Service (USMS) has not responded to OPM email or requests regarding my OPM Federal Disability Retirerment under the 6c Special FERS Enhanced Provisions application. Furthermore, I have forwarded OPM's email to you (Josiah Bear) and Congressman John Moolenaar and staff on **09-07-2023**, regarding my OPM Federal Disability FERS Retirerment application under the 6C Special Enhance Provisions in my job title is a **(1811)** Criminal Investigator Deputy U.S. Marshal.

In my opinion Josiah Bear, Congressman John Moolenaar and staff, the individuals who have attacked me in the past and currently to this day, I would not wish this upon anyone, as every american should feel free and protected under the U.S Consituation that our Founding Fathers created. Additionally, I take take pride in our country as I do believe in our Justicer system that we live and stay by day in and day out Josiah Bear, Congressman John Moolenaar and staff. In my opinion Josiah Bear, Congressman John Moolenaar and staff, no person should ever be discrimatied against anyone regarding there Age, Disability, Equal Pay/Compension, Gentic Information, Harrasment, National Origin, Pregnancy, Race/Color, Religion, Retailation, Sex, Sexual Harassment and Sexual Orientation and Gender Identity have to endure having indivuals interferre, impeded and influnced others to cause harm or disstress to any injuried Federal Government employee (DOJ) or anyone else who is receiving treatment/rehab and trying to recover from a injury should never fear of being harmed or having individuals destress there life.

Lastly, I have also attacked Congressman John R. Moolenaar regarding the **August 2, 2023**, letter that was sent to me regarding Congressman John R. Moolenaar assistants by looking into the issuse's regarding my **(Christopher J. Andreski)** Federal Benefits, as I would truly appreciate you Congressman John R. Moolenaar helping me during this difficult time. I have attached the three (3) separate privacy release forms to this email which I have signed and dated to Congressman John Moolenaar and his staff Josiah Bear.

Again, any help would be greatly appreciated.

Thank you.

Respectfully,
Christopher Andreski
(586) 321-4113

Loading...

Loading...

**From:** Bear, Josiah
**Sent:** Friday, September 22, 2023 2:25 PM

All the best,

**Mr. Josiah Bear**
Deputy District Director
**Congressman John Moolenaar (MI-02)**
8980 North Rodgers Court - Suite H
Caledonia, MI 49316
Office Phone: 616-528-7100
Cell Phone: 989-264-4193
Fax: 202-225-9679
Josiah.Bear@mail.house.gov
https://moolenaar.house.gov

On Sep 22, 2023, at 2:09 PM, Johnson, Joel <Joel.Johnson@mail.house.gov> wrote:

Josiah,

Mr. Chirstopher Andreski called the Clare District Office this afternoon. When you return to the office, he would like you to call him. He received a delivery of some boxes that look like they may have been opened and sealed back up. He wants to confirm if they came from our office before opening them.

Joel Johnson
Constituent Representative
Congressman John Moolenaar (MI-02)
431 North McEwan Street
Clare, MI 48617
989-802-6040

**To:** Johnson, Joel
**Cc:** andreskichris@outlook.com
**Subject:** Re: Boxes

Just saw he was copied - apologies. They are from the office, Mr. Andreski.

All the best,

**Mr. Josiah Bear**
Deputy District Director
**Congressman John Moolenaar (MI-02)**
8980 North Rodgers Court - Suite H
Caledonia, MI 49316
Office Phone: 616-528-7100
Cell Phone: 989-264-4193
Fax: 202-225-9679
Josiah.Bear@mail.house.gov
https://moolenaar.house.gov

On Sep 22, 2023, at 2:09 PM, Johnson, Joel <Joel.Johnson@mail.house.gov> wrote:

Josiah,

Mr. Chirstopher Andreski called the Clare District Office this afternoon. When you return to the office, he would like you to call him. He received a delivery of some boxes that look like they may have been opened and sealed back up. He wants to confirm if they came from our office before opening them.

Joel Johnson
Constituent Representative
Congressman John Moolenaar (MI-02)
431 North McEwan Street
Clare, MI 48617
989-802-6040

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:35 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 2018 to Present - Attacks from - Kent County Road Commission - State of Michigan - Grattan Township FW: EXHIBITS

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 10:01:23 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** 2018 to Present - Attacks from - Kent County Road Commission - State of Michigan - Grattan Township FW: EXHIBITS

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:36 PM
**To:** victimrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: OSC Form- 14 03-02-2022 - 11-37pm

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 10:04:00 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: OSC Form- 14 03-02-2022 - 11-37pm

**From:** Chris Andreski
**Sent:** Thursday, March 3, 2022 3:50 PM
**To:** <info@osc.gov>
**Subject:** OSC Form- 14 03-02-2022 - 11-37pm

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:40 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: When does the Stalking and Attacks Stop?

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 10:10:06 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: When does the Stalking and Attacks Stop?

Sent from Mail for Windows

**From:** Chris Andreski
**Sent:** Wednesday, July 26, 2023 4:25 PM
**To:** Campbell, Dianne (USMS); Queen, Katrina (USMS); MSPB; Bullock, Cedric (USMS); Caine, Simon (USMS); Davis, Marcus (USMS); Purnell, Sharonda (USMS); MSPB; chicago@mspb.gov; Heather.Walker@usdoj.gov; Brown-Ghee, Beth (USMS); Terri.Simmons@usdoj.gov; Ronald.Carter@usdoj.gov; Tammy.Shelton@usdoj.gov; Marshall, Velicia (USMS); Matthew.Hershey@usdoj.gov
**Cc:** Scott Graham; Mortan.Carlon@dol.gov
**Subject:** When does the Stalking and Attacks Stop?

**07/25/2023**

**(b) If an individual without good cause fails to apply for and undergo vocational rehabilitation when so directed under section 8104 of this title, the Secretary, on review under section 8128 of this title and after finding that in the absence of the failure the wage-earning capacity of the individual would probably have substantially increased, may reduce prospectively the monetary compensation of the individual in accordance with what would probably have been his wage-earning capacity in the absence of the failure, until the individual in good faith complies with the direction of the Secretary.**

Dear USMS OGC Attorney Bullock / USMS OGC Attorney Cain, USMS DOL/OWCP Specialist, DOL/OWCP Vocational Specialist and Family,

I would first like to start this email by saying that I truly hope everyone's health and well-being is going well. As it pertains to my health and well-being, I can tell you retaining a DOL/OWCP Attorney has been financially draining but was necessary in the beginning stages of my recovery. When my DOL/OWCP benefits were cut off in the initial stages of my accepted DOL/OWCP left shoulder work injury case, my DOL/OWCP counsel had my accepted DOL/OWCP benefits reinstated in my left shoulder work injury case. I then was forced to find a new treating physician/doctor to handle my accepted DOL/OWCP left shoulder work injury case. This was frustrating, as the medical physicians/doctors that specialized in shoulders injuries that I scene in West Michigan, would not touch my left shoulder due to what the previous surgeon did to my accepted DOL/OWCP left shoulder work injury case. Moving forward, as I never gave permission or consent to the approved DOL/OWCP doctor who removed any piece of my left clavicle bone, from my injuried left shoulder. While I could not find a medical malpractice attorney to touch my accepted DOL/OWCP left shoulder work injury case. I then faced political interference, which I did not understand in my DOL/OWCP left shoulder work injury case when I was trying to find a malpractice attorney. One cannot imagine how frustrating this could be, as I could not dwindle on what the approved DOL/OWCP doctor did to my accepted DOL/OWCP left shoulder work injury case. I had to stay focused in my recovery and remember what the USMS taught me, to always keep the Warrior Mind Set "Too Never Give Up."

I eventually found an approved/accepted DOL/OWCP medical facility and physician/doctor (MD) to treat my accepted DOL/OWCP left shoulder work injury case. The recognized DOL/OWCP medical facility and medical doctor but were out of state I lived in unfortunately. That is when I decided to invest in myself and eventually so did DOL/OWCP by approving me to receive treatment by the recognized DOL/OWCP out of state medical doctor (MD) and his medical staff regarding my DOL/OWCP left shoulder work injury case. When I started receiving medical treatment and rehab in the beginning, from my new approved/accepted medical doctor and his medical facility regarding my accepted DOL/OWCP left shoulder case, I did not understand why I was experiencing travel reimbursement issues from DOL/OWCP. This was stressful at the time, as I had to go through many unnecessary outside channels to start receiving travel reimbursement, regarding the 400-miles round trip that I experience once a week for treatment and rehab in my accepted DOL/OWCP left shoulder work injury case. If the DOL/OWCP Director and DOL/OWCP Supervisor are reading this email/letter, I would like to tell them thank you and I deeply appreciate their help during this difficult experience.

I am hopeful that PRP treatments and Stem Cell treatments that I paid for will help regenerate and help my DOL/OWCP injured left shoulder and reduce the pain in my injuried left shoulder along with the pain on the left side of my neck. I have uploaded the medical evidence into the DOL/ECOMP system and updated **06-28-2023** CA-17 medical form, updated **06-28-2023** CA-20 medical form, updated **06-28-2023** USMS-522A medical forms along with two separate medical doctor (MD) letters that support the medical evidence I have uploaded into DOL/ECOMP system regarding my accepted DOL/OWCP left shoulder work injury case and other accepted DOL/OWCP work injury cases, that I am still receiving treatment and rehab in.

Regarding the (2nd) second opinion medical doctor that DOL/OWCP sent me too, in my accepted DOL/OWCP left shoulder work injury case. Why was (2nd) second opinion medical doctor not provided any of my current and updated 04-18-2022 Left Shoulder MRI medical report and my 12-14-2021 MRI Spine Cervical medical report? The DOL/OWCP (2nd) second opinion medical doctor stated in his medical report response to DOL/OWCP regarding question number four, **"MES Solutions did not include any recent MRI reports"**. When I brought this medical supporting evidence to the (2nd) second opinion medical doctor the MD response was that he (MD) could only review the provided medical evidence documents/information that was provided to him (MD) regarding my DOL/OWCP left shoulder work injury case.

Additionally, in my updated 06-28-2023, DOL/OWCP CA-20 medical report for my accepted DOL/OWCP left shoulder work injury case, my treating medical doctor (MD) provides detail medical supporting evidence when answering question number twenty-five. Question twenty-five states, **Remarks: MD response; "Patient still has a piece of bone that was removed during surgery without consent by patient!"** Again, this is the reason I am having issues in my left shoulder and additional issues on the left side of my neck. It is stressful enough paying for medical bills from an injury that happened at work and stressful interference has not helped my recovery in my accepted DOL/OWCP left shoulder work injury case. While these stressful events have been mentally draining to me, which is not good for anyone's mental health and well-being.

I have also uploaded into the DOL/ECOMP system additional medical evidence regarding my physical therapy and medical treatments regarding my DOL/OWCP accepted left shoulder work injury case. As a side note, I am also receiving medical treatment/rehab to my accepted DOL/OWCP left knee work injury case where I also have a **DOL/OWCP 15%** Lower Extremity Impairment Rating to my Left Knee. Additionally, I have a **DOL/OWCP 5%** Right Upper Extremity Impairment Rating to my Right Shoulder. **(2010 - Permanent Separation in Right A/C Joint).**

- **USMS Special 6© Law Enforcement Officer Disability Retirement:**

I have submitted my Special 6© Law Enforcement Officer FERS Disability Retirement application to OPM because of the USMS separating me from service, therefore I had no choice but to apply, so I did. While I did not lose my benefits due to the one-year OPM deadline rule. However, I would respectfully request that USMS OGC Attorney Bullock and USMS OGC Attorney Cain to monitor any unethical interference during the process of my Special 6© Law Enforcement FERS Disability Retirement pending OPM application. Furthermore, OPM has sent me a receipt confirmation letter that identifies my CSA number. The question I have for OGC and the USMS is, has anyone figured out what has happened to my Special Law Enforcement Officer 6© FERS disability benefits, as my benefits appear to have had fraudulent activity to them? USMS OGC Attorney Bullock and USMS OGC Attorney Cain, as you are aware I have emailed several times regarding my benefit issues. Unfortenaly I never received a corresponding response back from either party resolving this issue to my benefit. I would consider this another act of retaliation, because of my disabilities and my whistleblowing complaints.

While USMS OGC Attorney Bullock and USMS OGC Attorney Cain both were present when I stated for the record, regarding what appears to be fraudulent activity to my Special Law Enforcement Officer 6© FERS disability benefits. My statement regarding my benefits was during the beginning stages of my MSPB appeal, before my assigned MSPB Administrative Judge. I am sure you are aware, but if not Section 504 of the Rehabilitation Act of 1973 is a national law that protects qualified indivuals from discrimination based on their disabilities. My family and I pray to God that there will not be any more retaliation due to my disabilities and this email that I have presented you today.

Pertaining to the DOL/OWCP Vocational Rehabilitation Specialist (DOL employee), I would respectfully request that the USMS DOL/OWCP specialist notify the DOL/OWCP left shoudler work injury case Supervisor and DOL/OWCP Vocational Rehabilitation Specialist (DOL employee), regarding my federal employee protected coverage as a USMS employee while serving as a (1811) Criminal Investigator Deputy U.S. Marshal. I also would respectfully request the USMS DOL/OWCP specialist notify DOL/OWCP Supervisor and the DOL/OWCP Vocational Rehabilitation Specialist (DOL employee) of my employment status with the USMS. As the the USMS is aware I am exercising my appeal rights with the Merit System Protection Board (MSPB). My counsel and I have filed the approate appeal documentation with the MSPB, regarding how the USMS separated me from service, during my recovery. My counsel and I also have filed a separate appeal with the MSPB, regarding my IRA whistleblowing retaliation complaint and currently both of my MSPB cases that I have described in this email have been combined into one MSPB case. Currently, my MSPB case is still pending before the Merit System Protection Board. I also have uploaded additional update (**06-28-2023, 07-07-2023, 07-25-2023**) supporting medical evidence into the DOL/ECOMP system regarding my DOL/OWCP left shoulder work injury case and supporting medical information regarding the other accepted DOL/OWCP work injuries I substance on duty while working for the USMS.

***2009 OIG Report:***

***"The Department of Justice's Management of the Federal Employees' Compensation Act Program."***

***"DOJ's Return to Work Efforts"***

**In order to return FECA claimants back to work as soon as appropriate, FECA Specialists must not only routinely monitor the condition of the injured employees receiving FECA benefits, they must also coordinate with component management, the employee, OWCP's registered nurse, and the employee's physician in order to create a light or modified duty assignment when applicable. We found 136 of the 389 (35 percent) case files selected for review lacked evidence to support any attempt by component personnel to return an employee back to work or offer light duty assignments. We concluded that DOJ missed opportunities to return employees back to work, thus allowing the FECA benefit expenses to increase while losing employee experience and production.**

**The ATF, DEA, JMD, and USMS did not give the same level of attention to providing light or modified duty assignments. For two USMS FECA claims in New York, we found that no case files existed, and we determined that there was no evidence of the FECA Specialist monitoring these cases and attempting to return employees to work. One case involved a U.S. Deputy Marshal whose claim for "back sprain, lumbar region" and "post traumatic stress disorder" was initially accepted by the OWCP in November 2001. This 31-year old Deputy Marshal did not return to work on his own initiative, nor did any district personnel attempt to contact the Deputy Marshal regarding the incident over the ensuing 8 years. The Deputy Marshal continues to receive FECA benefits and has been paid over $365,800 in benefits since June 2002.**

During this challenging time, as stated it has been stressful and frustrating enough having to deal with not only the obstacles with DOL/OWCP but also with unknown private investigator's (PI) following me and the unknown drones that follow me and try to watch over my resident. Can one imagine how disturbing and stressful one could feel from these stalking events? Again, these antics are not good for anyone's mental health. These unknown private investigators PI had the nerve to knock on my dying mother's door several times at her residents, during the last few days of my mother's life while she was in hospice care. Now, it is one thing to terrorize my life during this challenging time, but for an unknown PI to show up at my dying mothers' home who was also a former local law police officer, is low. It saddens me to say that my mother's last words before she passed away were "Don't Give Up", my mothers' words were regarding the attacks and retaliation from my whistleblowing complaint that I have been experiencing for some years now.

While having interference from USMS employees involving themselves not only in my work life but also my personal life. The issues with my accepted and pending DOL/OWCP work injury cases, I want USMS OGC Attorney Bullock and USMS OGC Attorney Cain to know that it does not help when USMS employees are running interference and unethical acts in my DOL/OWCP accepted injury cases. Why are my pending DOL/OWCP injury cases not being accepted by DOL/OWCP for some time now (2-years/3-years). As I have submitted the necessary medical evidence to DOL/OWCP, regarding my injuries that occurred while on duty working for the USMS. While I would consider this another act of retaliation from my whileblower complaints from 2021, prior to the USMS separating me from service in 2022 and present. I do not believe anyone should ever have to face retaliation or fear of having a disability due to injuries that occurred in the workplace.
Additionally, I would respectfully request that USMS OGC Attorney Bullock and USMS OGC Attorney Cain to inquire from the USMS DOL/OWCP Specialist regarding why my **02-24-2020**, COVID-19 CA-2 claim has not been approved by DOL/OWCP? Why did DOL/OWCP change my DOL/OWCP COVID-19 case number? While I hope that my supporting medical evidence of my CA-2 DOL/OWCP claim when I caught COVID-19 when I transported USMS prisoner to an USMS/BOP airlift. I would consider this another act of retaliation from my whistleblowing complaint. Remember, an Administration Officer (AO) is not a Medical Doctor and Interfering or Impeding in one's medical health is not only wrong, but it is against the law.

I think we all can agree that living in the United States of America is a place where anyone should be able to feel free and feeling safe in their home. Unfortunately, I cannot say that I feel free and safe in my home today, but maybe one day. While having flying drones invade one's privacy of their exterior home dwelling, is a little disturbing. I would also like to point out to OGC, USMS, DOL/OWCP Managers and the MSPB, that the unpredictable attacks, stalking and harassment that has been going on to myself and people I care about, has been troubling. As I just wanted the appropriate governmental parties to be aware. While no individual or individuals have the right to terrorize one's life, no matter if that person works for the Government, State or even Walmart.

Moving on, I would respectfully request USMS OGC Attorney Bullock and USMS OGC Attorney Cain to be aware that in the past while working for the USMS, I have had a USMS employee threaten to kill me, while this treat incident happened in front of my USMS Supervisor at the time. Then my USMS manager made threats to me, while I was on duty working for the USMS, which is still troubling to me today. This same USMS manager even withheld my private property. The same USMS manager along with USMS employees involved themselves not only causing a hostile work environment for myself but also decided to terrorize my personal life, which has impacted me but also has my family.

In law enforcement, an officer/agent handles every action and situation differently. While an officer/agent reacts to every situation based on his training, experience, and instincts which improve over their years of service. While my father was in law enforcement for many years, he developed a good sense of judgement, while testifying in 2014 before the sixth circuit court, by stating (public record document No. 13-2569) **"something stinks".** As I will also use my father's words and tell you that something stinks. What stinks you might ask? Well, I cannot go into detail at this time, but one would find it odd, that the original USMS OGC attorney withdrew their name from counsel at beginning stages of my appeal before the MSPB regarding how the USMS separating me from service....

I can only hope and pray that there will not be any more attacks or retaliation based on my whistleblowing complaint and my email here today. I also want to let everyone know that from the bottom my heart I truly wish everyone Peace, Love, and Tranquility.

Thank you for your time in these matters.
Respectfully,
Christopher Andreski

**Documents have been uploaded into the DOL/ECOMP system regarding my DOL/OWCP Left Shoulder work injury case.**

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:40 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: USMS Questions

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 10:13:45 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: USMS Questions

**From:** Chris Andreski
**Sent:** Wednesday, July 13, 2022 9:30 PM
**To:** Caine, Simon (USMS); Bullock, Cedric (USMS)
**Cc:** Scott Graham
**Subject:** FW: USMS Questions

Mr. Caine and Mr. Bullock,

For your records, the chain of emails below along with the attachments, pertain to my statements to Administrative Judge Jennifer Cassell in todays hearing (07-13-2022) Docket Number: **CH-0752-22-0331-I-1**.

Thank you for your time.

Respectfully,
Christopher Andreski

---

**From:** Purnell, Sharonda (USMS) <Sharonda.Purnell@usdoj.gov>
**Sent:** Friday, June 17, 2022 2:37:51 PM
**To:** andreskichris@outlook.com <andreskichris@outlook.com>
**Cc:** Marshall, Velicia (USMS) <Velicia.Marshall@usdoj.gov>
**Subject:** FW: USMS Questions

Good Afternoon Mr. Andreski,

I am acknowledging receipt of your email and we will provide you a detailed response next week to your email below.

Thanks,
Sharonda

*Sharonda N. Purnell*
*Assistant Chief*
*Office of Compensation, Benefits, and Processing (OCBP)*
*Human Resource Dept.*
*U.S. Marshals Service*
*Cell: 703-851-0905 Phone: 703-740-1568*

United States Marshals Service
Justice Integrity Service

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Friday, June 17, 2022 9:51 AM
**To:** Atwater, Billy (USMS) <BAtwater@usms.doj.gov>
**Cc:** usmsbenefits@usms.doj.gov; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov>; Walker, Heather (USMS) <HWalker@usms.doj.gov>; Sherman, Sarah (USMS) <SSherman@usms.doj.gov>; Schmidt, Beverly (USMS) <BSchmidt@usms.doj.gov>; Queen, Katrina (USMS) <KQueen@usms.doj.gov>; Davis, Marcus (USMS) <MDavis3@usms.doj.gov>; Marshall, Velicia (USMS) <VMarshall@usms.doj.gov>; Hicks, Tammie (USMS) <THicks@usms.doj.gov>; Simmons, Terri (USMS) <TSimmons@usms.doj.gov>; Banks, Kimberly (USMS) <KBanks@usms.doj.gov>; Carter, Ronald (USMS) <rcarter@usms.doj.gov>; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov>; Phillip.Patterson@usdoj.gov <Phillip.Patterson@usdoj.gov>; Walker, Heather (USMS) <HWalker@usms.doj.gov>; Jeffery.Mans@usdoj.gov <Jeffery.Mans@usdoj.gov>; Scott Graham <sgraham@scottgrahamplic.com>; Shearer, Gregory (USMS) <GShearer@usms.doj.gov>
**Subject:** [EXTERNAL] USMS Questions

Mr. Atwater,

I have attached several documents to this email that I hope will help guide you and USMS Managers to correct my LEO Special FERS Benefits / OWCP Benefits. I have also attached the below email from Ms. Marshall to help guide you in answering some of the unanswered questions. I would respectfully request that you send this email to the proper point of contact in the TOG division, regarding the unanswered questions below.

In addition, I have several questions as it pertains to my **OWCP Pay and OWCP/LEO Special FERS Benefits**. While paying for some of these medical bills and other expenses as it pertains to my accepted OWCP case (left shoulder) and having my reimbursements for my travels denied by OWCP in regard to my accepted OWCP case (left shoulder) has been frustrating. I finally was able to get connected with someone in DOL/OWCP who handles/oversees OWCP claims and along with being quality insurance. This DOL/OWCP employee is trying to resolve some of these frustrating matters that I have been dealing with for some time now.

Mr. Atwater, while dealing with all the injuries that have endured in my career while working for the USMS and now trying to recover from my most recent accepted OWCP work injury case (left shoulder), this has been financially, physically, and mentally draining to my health and well-being. In my discussion with the DOL/OWCP employee, I was advised that the USMS told DOL/OWCP my pay rate was a GS 12-5 at the time of my surgery (02-10-2022 left shoulder). Mr. Atwater, I was a GS 13-2 and awaiting a step increase at the time of surgery on 02-10-2021 in my accepted OWCP case (left shoulder). Can you make sure this is correct and I receive any backpay I am entitled too?

When asking the OWCP employee if the USMS filled out the proper paper to transfer my LEO Special/FERS benefits, the OWCP employee responded that DOL/OWCP filed all the necessary paperwork for all my benefits to be transferred from the USMS back in October 2021. As I do not understand then why were my health benefits along with other benefits being terminated, can someone explain this to me?

While I am fighting for my health and well-being and dealing with all these attacks and civil right violations that I have endured for some time now. I would respectfully request all information on my LEO/Special FERS Benefit Package. While Ms. Marshall sent me the email below, she also attached a FERS Disability Benefits packet that I have attached to this email. Now, in this FERS Disability Benefit package that Ms. Marshall sent me, it does not go into any detail regarding my LEO Special FERS Benefits or LEO Special FERS Disability Benefits. This is frustrating, so if you could send me any information on the LEO Special FERS Disability Benefits that would be much appreciated.

As it pertains to my time sheets (Web T&A), it says contact your administrator. I assume I have been removed, due to the USMS separating me while still recovering from my work injury? When I signed into my EPP page, it gives me a red flag/notice that my EPP account will be expiring in 90 days. Is this true? Mr. Atwater can you get me a status update on the last 2 FOIA request that I sent the USMS?

Now, as it pertains to my USMS LEO Special FERS Benefits. I have attached the past 3 years of my LEO Special FERS Benefits to this email. It appears that someone fraudlically removed my LEO Benefits from my LEO Special FERS Benefit package, can someone explain this to me?

Lastly, as many of you might be aware, June is Mental Health Awareness Month. Think about it and when you get a second, read some of the federal case law I have attached in this email.

Have a great weekend.

Respectfully,
Christopher Andreski

**From:** Marshall, Velicia (USMS)
**Sent:** Thursday, June 9, 2022 4:17 PM
**To:** Chris Andreski; Sherman, Sarah (USMS); Schmidt, Beverly (USMS); terry.lunsford@usdoj.gov; usmsbenefits@usms.doj.gov
**Cc:** Queen, Katrina (USMS); Shearer, Gregory (USMS); Davis, Marcus (USMS); Brown-Ghee, Beth (USMS);

sharondra.purnell@usdoj.gov; Atwater, Billy (USMS); Scott Graham; Larry Berger
**Subject:** RE: 06-06-2022 - USMS Questions

Mr. Andreski,

Please see HRDs compiled responses listed below in orange.
I hope the information provided by HRD is helpful.

---

*Velicia Marshall*

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Monday, June 6, 2022 10:43 AM
**To:** Sherman, Sarah (USMS) <SSherman@usms.doj.gov>; Schmidt, Beverly (USMS) <BSchmidt@usms.doj.gov>; terry.lunsford@usdoj.gov; usmsbenefits@usms.doj.gov
**Cc:** Queen, Katrina (USMS) <KQueen@usms.doj.gov>; Shearer, Gregory (USMS) <GShearer@usms.doj.gov>; Davis, Marcus (USMS) <MDavis3@usms.doj.gov>; Marshall, Velicia (USMS) <VMarshall@usms.doj.gov>; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; sharondra.purnell@usdoj.gov; Atwater, Billy (USMS) <BAtwater@usms.doj.gov>; Scott Graham <sgraham@scottgrahampllc.com>; Larry Berger <lberger@lbfedlaw.com>
**Subject:** [EXTERNAL] 06-06-2022 - USMS Questions

Ms. Sherman,

I have a list of questions below if you could help gather some information for me during this difficult time in my life, while I am scheduled to have another procedure done this week to my OWCP active inquired left shoulder case. Unfortenaly, with everything that has went on in my active OWCP traumatic injury case, I had to go out of state now to get the appropriate care for my injuried left shoulder that occurred on the job. However, I tried to see four (4) different Occupational Surgeons in W/MI but unfortenaly, all the W/MI doctors who I have seen will not touch my left shoulder. The reason I had to go out of state is because there is no OWCP medical facility in the state of Michigan that specializes in OWCP claims and I wanted to get the proper treatment to avoid a life changing experience.

I understand the USMS might not care about this traumatic left shoulder injury and the medical issues that I am having, along with my health and well-being. I am trying to get better right now, as my family and friends still do care and want to see me recover from this traumatic injury that I endured on the job, as I do too.

**Disability Retirement Question List**:

1. **Can you send me all information regarding what USMS benefits that I am entitled to as it pertains to my LEO Disability Retirement Benefit Package?** Your separation package was sent to you and contains this information. Please see the attached Disability Retirement Brochure for more information.

2. Can you send me a copy of all documents in my USMS Personnel file? If you did not download your USMS Personnel File prior to your separation, we will send you a copy of your file under separate cover.

3. Can you send me copies of documents USMS Medical Documents the USMS has on me, which would include copies of all my USMS physicals that were done by the government or contracted out to a hospital? These types of records must be requested through OGC-FOIA. You may submit your FOIA request via **https://foia.usmarshals.gov/app/Home.aspx**

4. As you know, I do not have any USMS credentials or USMS retirement credentials. With that said, is there any USMS credentials in the USMS that would allow someone in my position like me, who is still recovering allowed to carry some type of USMS identifier so it would allow me to carry my personal firearm or does the USMS suggest for me to apply for a Conceal Weapons Permit? TOD will have to respond to this question. Please contact badging and credentials **Badges.Credential@usdoj.gov**

5. **Once all these traumatic procedures are done to my left shoulder and if I decide to apply for LEO Disability Retirement, is there a Special FERS applications and if so, can you send me the application?** This information is the separation package you received and also in the attached brochure. Disability Retirement. If you have a disabling medical condition expected to continue for at least a year, you may apply for a disability retirement annuity within 1 year of your separation form Federal Service. To be eligible, you must have at least 18 months of creditable Federal civilian service and you must have become disabled while employed in a position covered under FERS for "useful and efficient" service in both the position from which you separated and any other vacant position at the same grade and pay level for which you are qualified. How to apply for disability retirement. Complete the form, SF 3107, Application for Immediate Retirement and the form: SF 3112, Disability Statement. Documentation in Support of Disability Retirement. OPM is the sole authority to authorize and approve or disapprove a disability retirement. Once that office receives your application, they will adjudicate your claim and advise you of the decision. You should be aware that the adjudication process may take up to 12 months.

6. Are there any USMS forms I need to fill out regarding receiving USMS retirement credentials and if so, can you send me the forms? TOD will have to respond to this question. Please contact badging and credentials. **Badges.Credential@usdoj.gov**

7. If I decide to apply for LEO Disability Retirement, would I receive my USMS original credentials back like the other USMS retired employees? TOD will have to respond to this question. Please contact badging and credentials. **Badges.Credential@usdoj.gov**

8. Does the USMS allow current/retired CIDUSM to purchase their old USMS issued duty firearm back from the USMS? I believe FLEOA was working on this issue, but if this is allowed and if I decide to file for LEO disability retirement would I be allowed to purchase my old USMS issued

**Glock 22/40 back?** TOD will have to respond to this question not HRD. Please contact badging and credentials

**OWCP Questions:**

9. While traveling out of state to a medical facility that treats federal employees and specializes in OWCP claims like my active OWCP traumatic injury case (left shoulder). I summited the OWCP-957 travel reimbursement form which was recently denied, as I have another one to summit as well. Can the USMS assist me in travel expenses for this traumatic injury that occurred on the job, or can the USMS assist with OWCP Claims Examiner on approving my travel expenses regarding my OWCP active traumatic case (left shoulder)?
   HRD response provided by OWCP Coordinator - I see in your workers comp case file that OWCP sent you a letter regarding the denial of travel expenses that provided you the reason for denial. If you did not receive a copy of this letter in the mail you can access it from your case file in ECOMP under "case imaging" the letter is dated May 27, 2022. This office is unable to assist with this matter as the evidence needed does not require a response from the agency. The Information requested in the denial letter is specific to you and your provider

10. Medical Bills, can the USMS assist me with the medical bills in my active OWCP traumatic injury case, if OWCP denies my medical bill reimbursement claim?
    HRD response provided by OWCP Coordinator - The USMS does not provide this service

Thank you.

Respectfully,
Christopher Andreski

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:40 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: Unknown Private Investigator

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 10:40:10 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** Unknown Private Investigator

This unknown private investigator followed me into the Novi, MI library. The day prior the same unknown private investigator decided to sit next to me and my friend in a local Irish pub bar Clinton Township, MI, where we were grabbing dinner near my grandmothers residence in the metro Detroit area. Once my friend and I finished dinner, we both proceeded to pay our bills and leave. While walking towards the exit doors of the local pub, the unknown private investigator approached me and asked if I wanted to sing karaoke with him. I replied I can't and exited. I made a police report from the Novi, MI library incident on 04-04-2023.


MICHIGAN
DA26E



**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:40 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 04-14-2023 - Unknown PI followed me to my ordered DOL OWCP 2nd second opinion medical doctor appointment.

**From:** Chris Andreski
**Sent:** Thursday, December 28, 2023 11:25:09 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** 04-14-2023 - Unknown PI followed me to my ordered DOL OWCP 2nd second opinion medical doctor appointment.

I also have a witness that came with me to the 04-14-2023 DOL OWCP 2nd second opinion medical doctors office appointment.



**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:41 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 12-20-2023 - Drone following me off the highway in Michigan along with the Unknown Private Investigator.

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 12:02:31 PM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** 12-20-2023 - Drone following me off the highway in Michigan along with the Unknown Private Investigator.

FYI: 12-18-2023 – Rear window panel was shot out, while my grandmother was in the vehicle.



**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:42 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: 12-21-2023 - Petitioner Christopher Andreski hand delivered a Notarized Michigan Tax Tribunal Letter Requesting In-Person Hearing and 25.00 Cashiers Check Filing Fee before the Michigan Tax Tribunal MOAHR Docket No. 23-000694-R

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Friday, January 5, 2024 5:01:10 PM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>; USAWAW-Civil-Rights <USAWAW.Civil-Rights@usdoj.gov>; usamie.civilrights@usdoj.gov <usamie.civilrights@usdoj.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: 12-21-2023 - Petitioner Christopher Andreski hand delivered a Notarized Michigan Tax Tribunal Letter Requesting In-Person Hearing and 25.00 Cashiers Check Filing Fee before the Michigan Tax Tribunal MOAHR Docket No. 23-000694-R

**From:** Chris Andreski
**Sent:** Friday, January 5, 2024 2:25 PM
**To:** Matt Frain; taxtrib@michigan.gov; LARA-taxtrib; kctreasurer@kentcountymi.gov; Mark Hampton; SenPMacGregor@senate.michigan.gov
**Cc:** Scott Graham; bccbldg2; LARA-BCC-RBS-Compliance; LARA-BCC-RBS-Licensing; bryanposthumus@house.mi.gov; Congressman John Moolenaar; Michigan Attorney General
**Subject:** 12-21-2023 - Petitioner Christopher Andreski hand delivered a Notarized Michigan Tax Tribunal Letter Requesting In-Person Hearing and 25.00 Cashiers Check Filing Fee before the Michigan Tax Tribunal MOAHR Docket No. 23-000694-R

Dear Michigan Tax Tribunal,

On 12-21-2023, petitioner Christopher Andreski hand delivered his notarized (12-21-2023) letter to the Michigan Tax Tribunal requesting an In-Person Michigan Tax Tribunal hearing before Michigan Tax Tribunal Judge Brett Wallace - MOAHR Docket No. 23-000694-R. On 12-21-2023. Petitioner Christopher Andreski also hand delivered a $25.00 (filing fee) cashiers check to the Michigan Tax Tribunal, regarding petitioner Christopher Andreski request for a In-Person hearing before Michigan Tax Tribunal Judge Brett Wallace in MOAHR Docket No. 23-000694-R (Unfinished Home).

Petitioner Christopher Andreski also attached copies in this email of petitioner Christopher Andreski notarized (12-21-2023) letter to the Michigan Tax Tribunal requesting an In-Person Michigan Tax Tribunal hearing before Michigan Tax Tribunal Judge Brett Wallace MOAHR Docket No. 23-000694-R,

which also was time stamped and signed by the Michigan Tax Tribunal staff on 12-21-2023. Petitioner Christopher Andreski attached a copy of the $25.00 cashiers check (filing fee) that was time stamped and signed by the Michigan Tax Tribunal staff on 12-21-2023.

Thank you for your time and consideration in this matter.

Respectfully,
Christopher Andreski

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:48 PM
**To:** victimsrights@fbi.gov
**Subject:** FW: OSC Form- 14 03-02-2022 - 11-37pm

Sent from Mail for Windows

**From:** Chris Andreski <andreskichris@outlook.com>
**Sent:** Thursday, December 28, 2023 10:04:00 AM
**To:** neil.gavin@ic.fbi.gov <neil.gavin@ic.fbi.gov>
**Cc:** Scott Graham <sgraham@scottgrahampllc.com>
**Subject:** FW: OSC Form- 14 03-02-2022 - 11-37pm

**From:** Chris Andreski
**Sent:** Thursday, March 3, 2022 3:50 PM
**To:** <info@osc.gov>
**Subject:** OSC Form- 14 03-02-2022 - 11-37pm

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 10:59 PM
**To:** victimsrights@fbi.gov; Criminal.Division@usdoj.gov
**Subject:** FW: UPDATES AND MORE ATTACKS

**From:** Chris Andreski
**Sent:** Friday, December 15, 2023 8:05:09 PM
**To:** Scott Graham <sgraham@scottgrahampllc.com>
**Cc:** Elizabeth Smeal <esmeal@scottgrahampllc.com>; Donna Russo <DRusso@AIPLLC.ORG>
**Subject:** UPDATES AND MORE ATTACKS

Beth, please make sure my counsel Attorney Scott Graham receives this email. Thank you Beth.

Scott,

All of these are tying in together regarding the past attacks along with the consent ongoing attacks from the following State of Michigan employees, Grattan Township employees, Kent County, Banker (Proof of embezzlement/fraud) and former/current USMS employees. I will resubmit my complaint again with the additional the additional form I have already submitted (**USPS Certified Confirmation Number: 70222410000144356917 / Received on 12/13/2023 at 10:18am).** I will resubmit additional photos. FYI: These constant attacks are preventing me from receiving medical care for my USMS work injuries and the consent stalking and harassment has and continues affecting my health.

Additionally, last night on **12/13/2023** (7:30 PM-8:00 PM) six (6) drones followed me to the Greenville, MI library. Lastly, on November 1st, 2023, after I left the Grattan Township Planning Commission Board meeting while the Grattan Township Planning Commission Board approve the big-name builder in the Grattan Township, to build and clear out the wetland. I then left Grattan Township Hall and proceeded to go to Grattan Pub to grab dinner. While sitting in the Grattan Pub and having a conversation with a neighbor who is a friend, I have known for 8 years, who introduced me to the new neighbor down on the same street I live on. The new neighbor couple said to me they used to live across the lake and recently sold their home. Then the new neighbor husband in an exacting matter tells me, that he has been wanting to meet me, as it is known throughout the Grattan Township Lake community that I have been targeted and attacked throughout the process of my unfinished / damaged home from being built by my builder. The new neighbor husband then carries on telling me that he heard the reason for the holdup regarding my home being not completed was due to a sewer hookup issue and then stated that he did not know who told him about the sewer issue. I then responded to new neighbor husband and said that there was no sewer hookup issue, as the new neighbor husband proceeded ask me questions about the issues of

my unfinished house, as I stated I could not talk about the issues with my home, but maybe one day the new neighbor husband could read about it if I ever decide to write a book. The new neighbor's wife then asked me, what is your book going to be about? Again, I stated could not talk it, as I could tell that the new neighbor wife was fishing for information. Then I decided to lighten the new neighbor wife mood in a joking way that my book story would start on April 23rd 1984, the year I was born and then the Detroit Tigers won the World Series. Then in year 1985, I won the cutest baby contest at K-Mart in Houston, TX, the new neighbor wife then responded by calling me a smart ass. While finishing my dinner and before I left, the new neighbor's husband told me that someone told him that someone in the area does not want me around here. I proceeded to ask the new neighbor husband who does not want me around here. The new neighbor's husband then stated he did not remember who told him the comment regarding "someone does not want me around here".

Scott, I consider the new neighbor husband's statement that he heard from someone "someone does not want me around here" a "THREAT". While Kent County Sheriff's Department won't do anything, I want you to be aware in case something happens to me so either you or Beth to notify my family.

Suspected of course former USMS employee, but also think it has to deal with several individuals from Grattan Township and the Mortgage Loan officer at Independent Bank.

1. **Mortgage Loan Officer Bob Brill** was persistent in handling my construction loan, as Bob Brill told me that he wanted to help me out as I thought we were friends. In fact, Bob Brill was helping himself out, while during the construction period of my home Bob Brill was building Storage units in the local area. In 2022, the truth came out where the **7k/8k** worth of pea stone that was taken from my home construction home loan draw to Bob Brill Storage Unit Private Business on 14 mile in Rockford, MI. I also pulled the Bob Brill mortgage deed and property information regarding his Private Storage Unit Business from the Access Kent website, which also shows the same time frame when Bob Brill's new construction for his Storage Unit Business and the time frame of the start of my unfinished home construction. Banker Bob Brill also used the same financial institution his mortgage construction loan as well as my residential construction loan. Additionally, Banker Bob Brill hired the same concrete company services as my builder used during the same time frame regarding the concrete company services regarding the Structural Foundation of new construction to my unfinished home that I live in.

   Side note: I have the Text messages that I have screen shot from my personal phone. The text messages pertained to Banker Bob Brill referring me to Builder and Bob Brill was persistent on me using him when it came to me doing my Construction Loan for my home build.

   Bob Brill's friend Jon V., who lives three (3) houses down the street from me has been fishing for information and asking me baiting questions over text

messages the past 2 years. Jon V. and his friends/kids went to Rockford, MI School and played football with football together with you know who...... Additionally, in the past Jon V. also participated in the Rockford School Football Booster Club, as did the former USMS employee, just a thought. Big Fish small town....

2. **Builder: Tom Pifer** who Bob Brill referred to me also was persistent on me hiring Builder Tom Pifer, instead of a different builder I was going I want to go with, Mortgage Loan Officer Bob Brill told me the new builder I wanted to hire credit was shot.

3. **Grattan Township Building Inspector: Casey Patterson** I have been told is Tom Pifer (my builder) Cousin.

4. **Grattan Township Tax Assessor Matt Frain**, who is also a residential builder. While Matt Frain is the Tax Assessor for Grattan Township (Kent County), Matt Frain is also the Tax Assessor for Cannon Township (Kent County), Garfield Township (Newaygo County), Daytona Township (Newaygo County) and a builder.

I also understand one needs evidence showing a victim that is being targeted and attacked. I have evidence regarding the kickbacks tax assessor/builder Matt Frain who appears to be benefiting from. While I am fighting for my life, lively hood, and my home/property, I am anticipating the corrupt political defense would argue that tax assessor/builder Matt Frain did not intentionally appraise properties in my area (Grattan Township) with in in correct information regarding property/home assessments and appraisals. I also anticipate the political corrupt defense would call tax assessor/builder Matt Frain incorrect tax history submissions to the Michigan Tax Tribunal clerical ERRORS.

My neighbor bought 12493 Woodland Park Dr. NE Belding, MI 48809, for **350,000**. Ironically enough my new neighbor who bought 12493 Woodland Park Dr. NE Belding, MI 48809 house in 2019, was never reappraised from the prior homeowners purchasing price **214,900** to the new homeowners purchasing price of 350,000. It so happens the new homeowners hire Grattan Township Tax Appraiser Matt Frain who is also a home builder who built the new addition, new two (2) car garage, new driveway and resided their entire home with new siding for 12493 Woodland Park Dr. NE Belding, MI 48809 home.

Additionally, during the 2022-2023 year of my neighbor's new construction addition to their 12493 Woodland Park Dr. NE Belding, MI 48809 home, I was being neighborly and allowed my neighbor to park in my driveway for a year sense neighbors had no parking. Now 12493 Woodland Park Dr. NE Belding,

MI 48809 just recently was reassessed with a new addition in **2023 SEV: 135,600, as prior years were 2022 SEV: 108,800, 2021 SEV: 98,700 and 2020 SEV: 93,800.** Ironically enough, Grattan Township Tax Assessors/Builder Matt Frain left off address 12493 Woodland Park Dr. NE Belding, MI 48809 (updated and huge addition/garage) from Tax Assessor Matt Frain property/housing comparable. Grattan Township Tax Appraiser Matt Frain comparable report property/housing that Assessor Frain submitted to the State of Michigan Tax Tribunal.

As a side note: Former USMS employee resides in Cannon Township, as I was told that former USMS employee built his home in Cannon Township. I also suspect that Matt Frain personally knows or knew of a former USMS employee who resides in Cannon Township. If what I suspect is true, it would be troubling to imagine former USMS employee conspiring with State of Michigan employees, Kent County/Local Officials in conspiring to cause harm to me and to destroy my life, as I and others in my family have already been hurt/impacted by these unjust attacks.

5. Tax Tribunal Attorney Mark Hampton – Attachment in email. One would have to ask themselves if they were admitted into the hospital with Congestive Heart Failure, no one in there right mind would through such great lengths of communication to reach out to their client when you have a legal assistant and lawyers in a law firm. Expectally when you are the Vice President of a Tax Firm. Not to mention, Attorney Mark Hampton used to be a Michigan State Tax Tribunal Administrative Judge. There have been too many weird/odd things happening in the past week with Attorney Mark Hampton and my tax tribunal case. As I suspect more impeding/interference now has been going on with my counsel Attorney Mark Hampton, who now tells me that he cannot represent me if we do not have a good outcome at the tax tribunal, as this was not the case in the past. This was another reason I decided to send my email with redacted attachment that shows some of the attacks over the past 5 years, while no one wants to address the fraud, crimes and attacks that I have experienced and still expericing.

6. FTY; FLYING DRONES have followed me into the McDonalds Parking lot in Lowell, MI as I write this email.

Merry Christmas.

Respectfully,
Christopher Andreski

**From:** Chris Andreski
**Sent:** Tuesday, January 9, 2024 11:09 PM
**To:** Scott Graham
**Cc:** victimsrights@fbi.gov; neil.gavin@ic.fbi.gov; Criminal.Division@usdoj.gov
**Subject:** Screen Shot Text Messages - from Stanley Feldman to Christopher Andreski - 2017 to present - House and Life Interference.