UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER J. ANDRESKI,

      Plaintiff,                          Case No. 1:24-CV-699

v                                         Hon. Paul L. Maloney

U.S. DEPARTMENT OF JUSTICE, et al,

      Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated:  July 11, 2024                         /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge