UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER J. ANDRESKI,

    Plaintiff,

v.

                                            Case No. 1:24-cv-699

U.S. DEPARTMENT OF JUSTICE, et al.,       HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on July 5, 2024.  Plaintiff also filed a Sealed Emergency Motion requesting various forms of injunctive relief on July 16, 2024.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 13, 2024, recommending that this Court order Plaintiff to file an amended complaint and deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff shall file an amended complaint that conforms to the rules of federal civil procedure.  The deadline for Plaintiff to file an amended complaint is **October 23, 2024**.  Plaintiff is warned that failure to file an amended complaint may result in dismissal of the case for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Sealed Emergency Motion (ECF No. 14) is DENIED.

2

**IT IS FURTHER ORDERED** that the request for appointment of counsel is DENIED.

Dated:  September 25, 2024                    /s/  Paul L. Maloney                
                                                              Paul L. Maloney
                                                              United States District Judge